AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| JOYCE BEATTY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-CV-04480 |
| DONALD J. TRUMP ET. AL | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Joyce Beatty                                                                    .

Date:     01/06/2026

/s/ Norman L. Eisen
*Attorney's signature*

Norman L. Eisen Bar No. 435051
*Printed name and bar number*

Democracy Defenders Fund
600 Pennsylvania Ave. SE#15180
Washington, D.C. 20003

*Address*

norman@democracydefenders.org
*E-mail address*

(202) 594-9958
*Telephone number*

*FAX number*