UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOYCE BEATTY,<br><br>                             *Plaintiff,*<br>v.<br><br>DONALD J. TRUMP, ET AL.,<br><br>                             *Defendants*. | No. 25-CV-04480-CRC |

**PROOF OF SERVICE AFFIDAVIT**

I, Kyle R. Freeny, hereby declare as follows:

    1)    I served a copy of the complaint and summonses on all Defendants as follows:

        a)    On December 29, 2025, I mailed a copy of the complaint and each summons, together with a cover letter addressed to all Defendants (including all individual defendants sued in their representative capacity), by certified mail to the following address: Board of Trustees et al., 2700 F Street NW, Washington, DC 20566. The U.S. Postal Service ("USPS") website shows that the materials were delivered on December 30, 2025.

        b)    On December 29, 2025, I mailed a copy of the complaint and each summons by certified mail to the U.S. Attorney's Office for the District of Columbia at the following address: 601 D Street NW, Washington, DC 20579. The USPS website shows that the materials were delivered on December 31, 2025.

        c)    On December 29, 2025, I mailed a copy of the complaint and each summons by certified mail to the Attorney General of the United States at the following address: 950 Pennsylvania Ave. NW, Washington, DC 20530. The USPS website shows that the materials were delivered on December 31, 2025.

-2-

2) Copies of the Certified Mail Receipts are attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: January 7, 2026      */s/ Kyle R. Freeny*
               Kyle R. Freeny

# Exhibit 1



Certified Mail Receipts:

- Sent To: Office of Attorney General, 950 Pennsylvania Ave NW, Washington DC 20530 (DEC 29 2025)
- Sent To: U.S. Attorney's Office for D.C., 601 D St. NW, Washington DC 20579 (DEC 29 2025)
- Sent To: Board of Trustees, et al. KC (Kennedy Center), 2700 F St. NW, Washington DC 20566 (DEC 29 2025)