UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOYCE BEATTY,<br><br>        *Plaintiff*,<br>v.<br><br>DONALD J. TRUMP, ET AL.,<br><br>        *Defendants*. | No. 25-CV-04480-CRC |

**PROOF OF SERVICE AFFIDAVIT**

I, Kyle R. Freeny, hereby declare as follows:

  1)  I served a copy of the complaint and summonses on all Defendants as follows:

    a)  On December 29, 2025, I mailed a copy of the complaint and each summons, together with a cover letter addressed to all Defendants (including all individual defendants sued in their representative capacity), by certified mail to the following address: Board of Trustees et al., 2700 F Street NW, Washington, DC 20566.  The U.S. Postal Service ("USPS") website shows that the materials were delivered on December 30, 2025.

    b)  On December 29, 2025, I mailed a copy of the complaint and each summons by certified mail to the U.S. Attorney's Office for the District of Columbia at the following address:  601 D Street NW, Washington, DC 20579.  The USPS website shows that the materials were delivered on December 31, 2025.

    c)  On December 29, 2025, I mailed a copy of the complaint and each summons by certified mail to the Attorney General of the United States at the following address: 950 Pennsylvania Ave. NW, Washington, DC 20530.  The USPS website shows that the materials were delivered on December 31, 2025.

2)      Copies of the Certified Mail Receipts are attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: January 7, 2026                         */s/ Kyle R. Freeny*
                                                Kyle R. Freeny

# Exhibit 1

