UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOYCE BEATTY,<br><br>    *Plaintiff*,<br>v.<br><br>DONALD J. TRUMP, RICHARD GRENELL, JENNIFER FISCHER, SERGIO GOR, JOHN FALCONETTI, BRIAN D. BALLARD, MARIA BARTIROMO, PAMELA BONDI, MARY HELEN BOWERS, HANNAH F. BUCHAN, ROBERT CASTELLANI, ELAINE CHAO, PAMELLA ROLAND DEVOS, PATRICIA DUGGAN, EMILIA MAY FANJUL, LYNETTE FRIESS, PAMELA GROSS, LEE GREENWOOD, KATE ADAMSON HASELWOOD, LAURA INGRAHAM, MICHELE KESSLER, DANA KRAFT, MINDY LEVINE, LYNDA LOMANGINO, BARBARA LONG, ALLISON LUTNICK, DOUGLAS MANCHESTER, CATHERINE B. REYNOLDS, DENISE SAUL, DAN SCAVINO, CHERI SUMMERALL, USHA VANCE, SUSIE WILES, ANDREA WYNN, PAOLO ZAMPOLLI, ROBERT F. KENNEDY, JR., MARCO RUBIO, LINDA MCMAHON, MIKE JOHNSON, SAM GRAVES, JULIA LETLOW, MIKE MCCAUL, JOHN THUNE, SHELLEY MOORE CAPITO, SUSAN COLLINS, TRUSTEES OF THE JOHN F. KENNEDY CENTER FOR THE PERFORMING ARTS, JOHN F. KENNEDY CENTER FOR THE PERFORMING ARTS,<br><br>    *Defendants*. | No. 25-CV-04480-CRC |

**MOTION TO ADMIT STEPHEN ALLEN JONAS *PRO HAC VICE***

The undersigned, Norman L. Eisen, an attorney admitted to the to the Bar of this Court and in good

standing, respectfully moves for the admission of Stephen Allen Jonas, pro hac vice, as counsel

for Joyce Beatty in this proceeding, pursuant to Local Rule 83.2(c) of the Local Rules of the United States District Court for the District of Columbia. Mr. Jonas is a member in good standing of the Bar of District of Columbia, Certificate of Good Standing is attached hereto. Also attached, is the Declaration of Pro Hac Vice Admission of Stephen Allen Jonas.  He is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association or administrative agency.  Finally, the undersigned is satisfied that Mr. Jonas possesses the character and skills required of a member of the Bar of this Court. Accordingly, the undersigned respectfully requests admission of Stephen Allen Jonas pro hac vice as representative of Plaintiff, Joyce Beatty, in this proceeding.

Dated: January 7, 2026                                  Respectfully submitted,

                                                        */s/ Norman L. Eisen*
                                                        Norman L. Eisen, DDC Bar No. 435051
                                                        DEMOCRACY DEFENDERS FUND
                                                        600 Pennsylvania Ave. SE# 15180
                                                        Washington, DC 20003
                                                        202-594-9958
                                                        norman@democracydefenders.org

                                                        *Counsel for Plaintiff*