AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Joyce Beatty )  | |
| *Plaintiff* ) | |
| v. ) | Case No. 25-CV-04480-CRC |
| Donald J. Trump, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Joyce Beatty.

Date: 02/12/2026

/s/ Stephen A. Jonas
*Attorney's signature*

Stephen A. Jonas, MA Bar No.
*Printed name and bar number*
Democracy Defenders Fund
600 Pannsylvania Ave. SE #15180
Washington, D.C., 20003

*Address*

steve@democracydefenders.org
*E-mail address*

(202) 594-9958
*Telephone number*

*FAX number*