IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOYCE BEATTY,<br><br>      *Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>      *Defendants*. | Civil Action No. 25-4480 (CRC) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that William S. Jankowski enters his appearance as counsel for Defendants in this matter.

Dated: February 24, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

STEPHEN M. ELLIOTT
Assistant Branch Director
Federal Programs Branch

*/s/ William S. Jankowski*
WILLIAM S. JANKOWSKI
D.C. Bar No. 90021524
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
(202) 353-7578
william.s.jankowski@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I, William S. Jankowski, hereby certify that on February 24, 2026, I electronically filed the foregoing using the Court's CM/ECF system, which automatically serves this document upon all counsel of record, in keeping with LCvR 5.4(d).

*/s/ William S. Jankowski*
William S. Jankowski

*Counsel for Defendants*
