IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOYCE BEATTY,<br><br>   *Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>   *Defendants*. | Civil Action No. 25-4480 (CRC) |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND
DEADLINE TO ANSWER COMPLAINT**

  For good cause, Defendants Donald J. Trump, *et al.*, respectfully move for a fourteen-day extension of the time for Defendants to answer or otherwise respond to Plaintiff's complaint to **March 16, 2026**. Defendants have conferred with counsel for Plaintiff as to this request. Plaintiff does not oppose this two-week extension, though Plaintiff's counsel indicated that they would likely oppose any additional delay in Defendants responding to the complaint, absent a compelling reason for such delay. *See* LCvR 7(m).

  In support of this motion, Defendants state as follows:

  1. Plaintiff served her complaint on Defendants on December 31, 2025, such that an answer to the complaint is due on March 2, 2026 by operation of Federal Rules of Civil Procedure 6(a)(1)(C) and 12(a)(2).

  2. This is the first extension that Defendants have sought in this litigation.

  3. Defendants anticipate that their forthcoming filing will necessitate review by multiple components of the United States government. In light of the time it may take to complete that review and the demands of other litigation being handled by undersigned counsel, Defendants

respectfully request a modest extension of time.

4.  Defendants ask—and Plaintiff does not oppose—that Defendants' deadline to answer or otherwise respond to Plaintiff's complaint be extended to March 16, 2026.

A proposed order is attached.

Dated: February 24, 2026                                          Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

STEPHEN M. ELLIOTT
Assistant Branch Director
Federal Programs Branch

*/s/ William S. Jankowski*
WILLIAM S. JANKOWSKI
D.C. Bar No. 90021524
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
(202) 353-7578
william.s.jankowski@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

    I, William S. Jankowski, hereby certify that on February 24, 2026, I electronically filed the foregoing, and all its attachments, using the Court's CM/ECF system, which automatically serves this document upon all counsel of record, in keeping with LCvR 5.4(d).

                                        */s/ William S. Jankowski*
                                        William S. Jankowski

                                        *Counsel for Defendants*