# Exhibit A

JOYCE BEATTY
OHIO, 3RD DISTRICT

COMMITTEE ON
FINANCIAL SERVICES
Ranking Member, Subcommittee on
NATIONAL SECURITY, ILLICIT FINANCE,
AND INTERNATIONAL FINANCIAL INSTITUTIONS
Subcommittee on Financial Institutions
AND MONETARY POLICY



# Congress of the United States
## House of Representatives
### Washington, DC 20515-3503

2079 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-4324-PHONE
(202) 225-1984-FAX

471 E. BROAD STREET, SUITE 1100
COLUMBUS, OHIO 43215
(614) 220-0003-PHONE
(614) 220-5640-FAX

Beatty.house.gov

February 20, 2026

Donald J. Trump, Chairman
Richard Grenell, President
The Kennedy Center Board of Trustees
2700 F St NW
Washington, DC 20566

Dear President Trump and Mr. Grenell,

I write regarding President Trump's surprise announcement on social media that he intends to shutter the Kennedy Center for two years for a "complete rebuilding."  I am deeply concerned that the Kennedy Center could be the next victim of President Trump's strategy to "demolish first, ask questions later," similar to when President Trump tore down the East Wing of the White House a few short months ago.  As a trustee of the Kennedy Center and a member of Congress, I demand immediate access to information regarding the plan to close the Center, including the analyses that supposedly led to this decision and specific details about the "rebuilding."

On February 1, 2026, President Trump announced on Truth Social that the Kennedy Center would close for approximately two years for "Construction, Revitalization, and Complete Rebuilding."[1]  As a trustee of the Center, I was alarmed by this unexpected announcement. The Board previously discussed plans for various capital improvements, but not shutting down the Center for an extended period. During recent meetings, the Board was told that capital improvements funded by Congress's recent $257 million appropriation were already underway. But now President Trump claims he conducted a "one year review" with contractors, musical experts, art institutions, and other advisors, resulting in his decision to close the Center.

This is the first we are hearing about this supposed review, which has not been shared with the Board.  The lack of detail about the "rebuilding"—combined with the shifting, contradictory statements about it—raises concern that President Trump really intends to either tear down or significantly alter the character of the Center.  As recently as August 2025, President Trump referred to the Center as a "great gem," and claimed that "with a little fix up and a little work, we can make it unbelievable."[2] In his announcement on February 1, 2026, President Trump referred

---

[1] Donald J. Trump (@realDonaldTrump), TRUTH SOCIAL (Feb. 1, 2026, at 6:21 ET), https://truthsocial.com/@realDonaldTrump/posts/115997939705121174.
[2] *President Trump Visits the Kennedy Center and Makes an Announcement*, YOUTUBE (Aug. 13, 2025), https://www.youtube.com/watch?v=W2K2j_Wakgs.

to the project as a "Complete Rebuilding." The next day, after significant public outcry, he denied that he would be "ripping [the Center] down." In the same breath, however, he also stated that he would "be using the steel" and "some of the marble" from the current building, and that the building will be "brand new."[3]

These shifting statements are reminiscent of President Trump's demolition of the East Wing of the White House to make room for the new White House ballroom. When that plan was first announced on July 31, 2025, President Trump claimed that the new ballroom "won't interfere with the current building" and that it "will be near [the East Wing] but not touching it."[4] A few months later, on October 20, 2025, the East Wing was being demolished with no warning and apparently without requisite approval from the National Capital Planning Commission.

The lack of transparency, conflicting explanations, and abrupt timing also suggest that the closure of the Center is not driven by genuine and carefully considered objectives but may instead be a pretext to conceal declining performances and ticket sales due to the unlawful renaming of the Kennedy Center as "The Trump Kennedy Center." According to an analysis conducted by the Washington Post, sales for orchestra, theater and dance performances at the Center are the worst they've been since the COVID-19 pandemic,[5] and after the Center purported to change its name, numerous artists cancelled their performances.[6]

President Trump's announcement stated that his plan is "totally subject to Board approval." But a Board cannot approve and conduct oversight while being kept in the dark. Moreover, given the severe nature of the actions President Trump proposes, the Board needs materials well in advance of any meeting to approve the project. In order to allow me to perform my oversight and fiduciary duties, I demand that you provide me with the following documents and information no later than February 27, 2026.

- A detailed description of the intended renovations, construction, and/or "rebuilding," including proposed timelines; any supporting plans, drawings, and documentation; identities of contractors or proposed contractors; contracts or proposed contracts; and details regarding the specific sources and amounts of funding for the proposed project.
- The timeline for the Board's supposed consideration of the plans announced by President Trump.

---

[3] Aaron Pellish, *Trump Says Kennedy Center Renovation Won't Be a Full Tear-down*, POLITICO (Feb. 2, 2026), https://www.politico.com/news/2026/02/02/trump-kennedy-center-renovation-00761377.

[4] *President Trump Signs an Executive Order, July 31, 2025*, YOUTUBE (July 31, 2025), https://www.youtube.com/live/NC09z2oqpDg?t=1354s.

[5] Travis M. Andrews, Jeremy B. Merrill and Shelly Tan, *Kennedy Center Ticket Sales Have Plummeted Since Trump Takeover*, WASH. POST (Oct. 31, 2025), https://www.washingtonpost.com/entertainment/2025/10/31/kennedy-center-sales/.

[6] Jeffrey Brown, Anne Azzi Davenport and Simon Epstein, *Kennedy Center Faces Artist Cancellations, Drop in Ticket Sales After Trump's name*, PBS NEWS (Jan. 2, 2026), https://www.washingtonpost.com/entertainment/2025/10/31/kennedy-center-sales/.

- Assurances that I and other ex officio members of the Board will be permitted to participate in the decision-making process.
- A timeline for securing any approvals by National Capital Planning Commission, the Commission on Fine Arts, and any other authorities.
- Assurances that no steps will be taken to effectuate any shutdown of the Center, including announcements to ticketholders and subscription holders, cancelation of performances and any contracts, without 60 days' advanced notice.
- A list of all performance contracts the Center has in place for the two-year period of closure and how they will be addressed.
- A list of all "Contractors, Musical Experts, Art Institutions, and other Advisors and Consultants" President Trump (or others acting on his behalf) consulted during the alleged "one year review."
- All reports and communications from the "Contractors, Musical Experts, Art Institutions, and other Advisors and Consultants" received by President Trump and Mr. Grenell regarding the Kennedy Center.
- Any analysis conducted on the purported need to close the Center during the period of renovation and documentation related to the costs of such closure.

I appreciate your cooperation and look forward to your prompt response.


Sincerely,

Joyce Beatty
Member of Congress