UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOYCE BEATTY,<br><br>　　　　　　　　*Plaintiff*,<br>　　v.<br><br>DONALD J. TRUMP *et al.*,<br><br>　　　　　　　　*Defendants*. | No. 25-CV-4480 (CRC) |

### DECLARATION OF JOYCE BEATTY

I, Joyce Beatty, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.  I represent Ohio's Third Congressional District in the United States House of Representatives. By virtue of my elected position in Congress, I serve ex officio on the Board of Trustees (the "Board") of the John F. Kennedy Center for the Performing Arts ("the Kennedy Center"). I submit this declaration in support of my request for emergency relief. I have personal knowledge of the facts stated herein, except as indicated otherwise.

2.  As an ex officio trustee of the Kennedy Center, I possess the same rights, responsibilities, and voting privileges as any general trustee appointed by the President. My trustee powers and obligations include participation in Board meetings, access and review of information relevant to the Board's governance and fiduciary functions, and the right and duty to vote on matters of significance to the Center.

3.  Prior to the events described herein, the Board of Trustees conducted its affairs in a manner consistent with the Kennedy Center's statutory mission: to maintain and administer the Center as a living memorial to President John F. Kennedy and as a premier performing arts institution for all Americans.

4.But after President Trump came into office in 2025, he sought to bring the Kennedy Center under his thumb. In February 2025, President Trump fired the Board's longtime chair, a businessman and philanthropist who had been appointed as a trustee by President George W. Bush; removed general trustees who would exhibit independent judgment; and replaced them with staunch loyalists including his own White House Chief of Staff, multiple Fox News personalities, and the spouses of his Vice President and Secretary of Commerce.

5.President Trump also appointed himself as a general trustee and had the Board elect him as the new chair. Under President Trump's direction, the Board fired the Kennedy Center's experienced president and replaced her with Defendant Richard Grenell, who served in the first Trump Administration and has no material prior experience in the arts or arts administration.

6.In my recent memory, votes of the Kennedy Center Board have largely been non-controversial and unanimous. Votes were conducted by voice, with no differentiation made between ex officio and appointed trustees. I have voted on matters in the past.

7.Prior to May 2025, the Board's bylaws also did not differentiate between the ex officio trustee and appointed trustee and all trustees. A true and correct copy of the January 2021 Bylaws of the Board of Trustees of the John F. Kennedy Center for the Performing Arts is attached hereto as **Exhibit A**. A true and correct copy of the January 2025 Board of Trustee Handbook is attached hereto as **Exhibit B**. It contains a copy of then-current bylaws.

8.In May 2025, the Board purported to amend the bylaws to make the ex officio members non-voting. A true and correct copy of the May 2025 Bylaws of the Board of Trustees of the John F. Kennedy Center for the Performing Arts is attached hereto as **Exhibit C**.

9. On December 18, 2025, I participated remotely in a meeting of the Kennedy Center Board of Trustees. I had no advance notice that the Board would be considering a name change for the Center. No such item appeared on the agenda distributed to me prior to the meeting.

10. The meeting was not held at the Kennedy Center or any other institutional venue. Instead, it was convened at the private residence of Defendant Andrea Wynn, the spouse of a casino mogul and Republican donor, whom President Trump had recently installed on the Board.

11. I was connected to the meeting by remote means and had been unmuted during earlier portions of the meeting. At the end of the meeting, President Trump's loyalists on the Board abruptly announced that they wished to share news: that the Kennedy Center would be renamed after President Trump.

12. When I attempted to speak in response to this announcement, I was muted. I made repeated efforts to unmute myself. I was unable to do so. I then received notifications on the electronic platform informing me that I would not be unmuted. As a result, I was entirely prevented from voicing my opposition to the proposed name change and from exercising my rights and duties as a trustee during a consequential vote.

13. Someone in the room purported to solicit feedback from the Board. Certain members voiced support for the renaming. At the conclusion of the meeting, Board members falsely declared the vote in favor of renaming to have been unanimous. It was not unanimous. I was actively prevented from voicing my opposition and casting a dissenting vote.

14. The following day, President Trump's name was installed on the Kennedy Center's front portico.

15. Immediately following the purported renaming, the Kennedy Center's website was updated to refer to the institution as "The Trump Kennedy Center," and the Center began sending emails and official communications bearing the same unauthorized name.

16. The renaming has caused and continues to cause concrete harm to the Kennedy Center. It is my understanding, based on public reporting, that numerous artists canceled scheduled performances following the renaming. It is also my understanding, based on public reporting, that ticket holders have canceled tickets and demanded refunds in protest of the unlawful renaming.

17. On February 1, 2026, President Trump announced on his Truth Social account that the Kennedy Center would close for approximately two years for what he described as "Construction, Revitalization, and Complete Rebuilding."

18. I was not informed of this announcement in advance. I am aware that the Board had previously discussed plans for various capital improvements to the Center—including improvements funded by Congress's recent $257 million appropriation, which the Board was informed were already underway—but to my knowledge the Board had never discussed, deliberated upon, or voted to approve a closure of the Center for an extended period, let alone a "complete rebuilding."

19. President Trump's announcement stated that his plan is "totally subject to Board approval." However, neither I nor, to my knowledge, other ex officio trustees were consulted in advance of the announcement. The Board has not been provided with the information necessary to evaluate the proposal, let alone to conduct meaningful deliberation or vote.

20. The announcement itself was contradictory and lacking in specifics. President Trump claimed to have conducted a "one year review" with contractors, musical experts, art

4

institutions, and other advisors. To date, this alleged review was never disclosed to the Board and has never been shared with me in my capacity as trustee.

21. I am aware of reporting that, following public outcry over the February 1 announcement, President Trump stated that he would not be "ripping [the Center] down." However, in the same statement, he indicated that he would "be using the steel" and "some of the marble" from the current structure and that the building would be "brand new." Aaron Pellish, *Trump Says Kennedy Center Renovation Won't Be a Full Tear-down*, POLITICO (Feb. 2, 2026), https://www.politico.com/news/2026/02/02/trump-kennedy-center-renovation-00761377.

22. This pattern—a unilateral announcement followed by contradictory clarifications and denial of meaningful trustee participation—mirrors Defendants' conduct with respect to the unlawful renaming. It also mirrors the approach taken when President Trump demolished the East Wing of the White House.

23. On February 20, 2026, in my capacity as trustee and Member of Congress, my office sent a written letter to President Trump and Defendant Grenell, via Defendant Grenell.[1] A true and correct copy of my February 20, 2026 letter (as corrected on February 24, 2026) is attached hereto as **Exhibit D**. The letter demanded, no later than February 27, 2026, production of:

---

[1] I have been informed of the following: On February 20, 2026, my counsel transmitted a courtesy copy of the letter to counsel for Defendants in this litigation. Because the email to Defendant Grenell bounced back and out of an abundance of caution, my office subsequently emailed a copy of the letter to Elliot Berke, the Kennedy Center's general counsel, on February 24, 2024. Mr. Berke promptly acknowledged receipt. The initial letter sent to Defendant Grenell included a typo regarding the return date for the documents, which date was updated in the letter transmitted to Mr. Berke. On February 25, 2025, my counsel similarly provided the updated letter to counsel for Defendants in this litigation. The copy of the letter in Exhibit D is the updated letter.

a. A detailed description of the intended renovations, construction, and/or "rebuilding," including proposed timelines; any supporting plans, drawings, and documentation; identities of contractors or proposed contractors; contracts or proposed contracts; and details regarding the specific sources and amounts of funding for the proposed project.

b. The timeline for the Board's supposed consideration of the plans announced by President Trump.

c. Assurances that I and other ex officio members of the Board will be permitted to participate in the decision-making process.

d. A timeline for securing any approvals by National Capital Planning Commission, the Commission on Fine Arts, and any other authorities.

e. Assurances that no steps will be taken to effectuate any shutdown of the Center, including announcements to ticketholders and subscription holders, cancelation of performances and any contracts, without 60 days' advanced notice.

f. A list of all performance contracts the Center has in place for the two-year period of closure and how they will be addressed.

g. A list of all "Contractors, Musical Experts, Art Institutions, and other Advisors and Consultants" President Trump (or others acting on his behalf) consulted during the alleged "one year review."

h. All reports and communications from the "Contractors, Musical Experts, Art Institutions, and other Advisors and Consultants" received by President Trump and Mr. Grenell regarding the Kennedy Center.

      i.    Any analysis conducted on the purported need to close the Center during the period of renovation and documentation related to the costs of such closure.

24.    To date, I have received no substantive response to my February 20, 2026 letter. Defendants have not provided any of the requested information, documents, or assurances.

25.    Any closure and "rebuilding" of the Kennedy Center without proper and meaningful Board deliberation, without the required regulatory approvals, and in violation of applicable law will cause irreparable harm to the Center and to its statutory mission as a living memorial to President Kennedy. The Kennedy Center is a unique federally-chartered institution and a national historic landmark; harm to its physical structure, its institutional character, and its mission cannot be adequately remedied after the fact.

26.    As a trustee of the Kennedy Center, I have a fiduciary obligation to ensure the Center fulfills the mission with which it is charged and performs the mandatory functions established by statute. Any closure and "rebuilding" of the Kennedy Center without proper and meaningful Board deliberation, without the required regulatory approvals, and in violation of applicable law will frustrate and irreparably harm my ability to fulfill my fiduciary duties, as set forth by statute.

27.    I have recently received word that a Board meeting is scheduled for March 16, 2026, to consider the closure and rebuilding that President Trump has already announced.

28.    As of the time I executed this declaration, I have not received the documents and information I requested. Without this basic documentation, including on the plan for reconstruction, the justification for closing the Center, and the budget, it is impossible for me or *any* trustee to discharge our fiduciary duties and exercise independent judgment about a proposal of this extreme magnitude.

29. To the extent I am permitted, I nonetheless intend to participate in the upcoming Board meeting and voice my opposition to the announced closure and rebuilding, including based on the absence of an adequate period for review, the lack of adequate documentation, and the fact that the proposal would violate the Kennedy Center's organic statute and lack appropriate inter-agency approvals. As a trustee, I have a right and obligation to participate in the meeting, both to vote and also to try to persuade other trustees that approval of the President's plans, under the current circumstances, would be foolhardy and would violate the Board's fiduciary duties to protect the Center and the trust and to follow the law as enacted by Congress. But based on my prior experience, I have strong reason to believe that Defendants will prevent me from participating in the meeting.

30. Absent immediate judicial intervention, I have every reason to believe that Defendants will proceed to take further unilateral, irreversible action with respect to the announced closure and rebuilding, causing additional irreparable harm to the Kennedy Center and to the rights of the American public it was established to serve.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of March, 2026.

                                                       /s/ Joyce Beatty
                                                       Joyce Beatty