# Exhibit B



# The Kennedy Center

# Board of Trustees Handbook

## 2025

**The Kennedy Center**

# Trustee Handbook

## Table of Contents

I.      Introduction

II.     Kennedy Center Leadership and Governance

    I.      Trustee Support Staff Contact Information

III.    Kennedy Center Overview

    I.      Our Story

    II.     Our Commitments, Mission, Vision, and Values

    III.    Our Pillars

    IV.     Artistic Programming

    V.      Education

    VI.     Social Impact

IV.     Board Responsibilities and Policies

    I.      Responsibilities and Stewardship

    II.     Conflict of Interest Policy

    III.    Trustee Ticketing Information

V.      Bylaws of the Board of Trustees

VI.     Standing and Advisory Committees

As of January 2025. Please reference Board Effect for the most recent handbook.

**The Kennedy Center**

# Introduction

The John F. Kennedy Center for the Performing Arts is America's living memorial to President John F. Kennedy, attracting millions of visitors each year to more than 2,000 performances, events, and exhibits.

With its artistic affiliates, the National Symphony Orchestra and Washington National Opera, the Center is one of the nation's busiest performing arts centers dedicated to providing world-class art, powerful education, and outstanding memorial experiences to the broadest possible constituency.

Across all its offerings, the Kennedy Center is committed to increasing accessible, inclusive opportunities for all people to participate in, and learn through the arts, including more than 400 free performances each year and a variety of Specially Priced Ticket programs for students, seniors, persons with disabilities, and others. On September 7, 2019, the Kennedy Center inaugurated the REACH, its first-ever major expansion. Designed by Steven Holl Associates, the REACH provides visitors with new opportunities to interact and engage with the Center as the nation's premier nexus of arts, learning, and culture. On September 8, 2022, the Kennedy Center unveiled Art and Ideals: President John F. Kennedy, a new 7,500-square foot permanent exhibit exploring Kennedy's presidency and his commitment to the arts.



"I SEE LITTLE OF MORE IMPORTANCE TO THE FUTURE OF OUR COUNTRY AND OUR CIVILIZATION THAN THE FULL RECOGNITION OF THE PLACE OF THE ARTIST"

*- John F. Kennedy*

**The Kennedy Center**

# Leadership

## David M. Rubenstein
## Chairman



David M. Rubenstein is Co-Founder and Co-Chairman of The Carlyle Group, one of the world's largest and most successful private investment firms. Established in 1987, Carlyle now manages $435 billion from 29 offices around the world.

Mr. Rubenstein is a Baltimore native and is the Chairman, CEO, and principal owner of Major League Baseball's Baltimore Orioles.

Mr. Rubenstein is Chairman of the Boards of the John F. Kennedy Center for the Performing Arts, the Council on Foreign Relations, the National Gallery of Art, the Economic Club of Washington, and the University of Chicago; a Trustee of Memorial Sloan-Kettering Cancer Center, Johns Hopkins Medicine, the Institute for Advanced Study, the National Constitution Center, the Brookings Institution, and the World Economic Forum; and a Director of Moderna, Inc., the Lincoln Center for the Performing Arts, and the American Academy of Arts and Sciences.

Mr. Rubenstein is a member of the American Philosophical Society, Business Council, Harvard Global Advisory Council (Chairman), Madison Council of the Library of Congress (Chairman), Board of Dean's Advisors of the Business School at Harvard, Advisory Board of the School of Economics and Management at Tsinghua University (former Chairman), and Board of the World Economic Forum Global Shapers Community.

Mr. Rubenstein has served as Chairman of the Boards of Duke University and the Smithsonian Institution, Co-Chairman of the Board of the Brookings Institution, and as a Fellow of the Harvard Corporation.

Mr. Rubenstein is an original signer of The Giving Pledge, a significant donor to all of the above-mentioned non-profit organizations, and a recipient of the Carnegie Medal of Philanthropy, and the MoMA's David Rockefeller Award, among other philanthropic awards.

# The Kennedy Center

Mr. Rubenstein is a leader in the area of Patriotic Philanthropy, having made transformative gifts for the restoration or repair of the Washington Monument, Lincoln Memorial, Jefferson Memorial, Monticello, Montpelier, Mount Vernon, Arlington House, Iwo Jima Memorial, the Kennedy Center, the Smithsonian, the National Archives, the National Zoo, the Library of Congress, and the National Museum of African American History and Culture. Mr. Rubenstein has also provided to the U.S. government long-term loans of his rare copies of the Magna Carta, the Declaration of Independence, the U.S. Constitution, the Bill of Rights, the Emancipation Proclamation, the 13th Amendment, the first map of the U.S. (*Abel Buell map*), and the first book printed in the U.S. (*Bay Psalm Book*).

Mr. Rubenstein is the host of *The David Rubenstein Show: Peer-to-Peer Conversations* on Bloomberg TV and PBS, *Bloomberg Wealth with David Rubenstein* on Bloomberg TV, and *Iconic America: Our Symbols and Stories with David Rubenstein* on PBS; and the author of four books published by Simon & Schuster, three of which are *New York Times* best sellers: *The American Story: Conversations with Master Historians* (2019), *How to Lead: Wisdom from the World's Greatest CEOs, Founders, and Game Changers* (2020), *The American Experiment: Dialogues on a Dream* (2021), and *How to Invest: Masters on the Craft* (2022).

Mr. Rubenstein is a 1970 magna cum laude graduate of Duke University, where he was elected Phi Beta Kappa. Mr. Rubenstein graduated in 1973 from the University of Chicago Law School, where he was an editor of the *Law Review*.

From 1973-1975, Mr. Rubenstein practiced law in New York with Paul, Weiss, Rifkind, Wharton & Garrison. From 1975-1976, he served as Chief Counsel to the U.S. Senate Judiciary Committee's Subcommittee on Constitutional Amendments. From 1977-1981, during the Carter Administration, Mr. Rubenstein was Deputy Assistant to the President for Domestic Policy. After his White House service and before co-founding Carlyle, Mr. Rubenstein practiced law in Washington with Shaw, Pittman, Potts & Trowbridge (now Pillsbury Winthrop Shaw Pittman).



# ▌ The Kennedy Center

# Deborah F. Rutter
# President



Sitting at the intersection of art, innovation, and public policy, Deborah F. Rutter is one of strongest leaders in the arts today, combining artistic daring with fiscal sustainability and community-driven solutions. President of the John F. Kennedy Center for the Performing Arts since September 2014, Rutter oversees the production, presentation, and curation of more than 2,000 diverse performances each year. She guides the Center's global network of over 40 education initiatives reaching 2.1 million individuals.

Rutter's vision led to the 2019 opening of the REACH — the first ever expansion of the Center's campus — bringing audiences into the artistic process, bolstering the Center's community programming, and setting the stage for a dynamic era of growth. In 2022, as part of the Center's 50th Anniversary Season, she oversaw the development and opening of *Art and Ideals: President John F. Kennedy*, an immersive, permanent 7,500-square foot exhibit exploring President Kennedy's connection to arts and culture.

During her tenure, Rutter has expanded programming to represent the diversity of art in America and led initiatives to integrate the arts into the daily lives of all Americans. Notably, the 2019 introduction of Social Impact as a central area of programming — the first of its kind at any major performing arts institution — focused on the power of art to build community, center joy, inspire action, and drive meaningful change. Across all her work, she emphasizes the intersection of art and wellbeing, demonstrating the role the arts can play in our everyday lives.

Rutter sits on the board of Vital Voices, is an executive member of the International Academy of Digital Arts and Sciences, and a member of the board of directors of the American Academy of Arts and Sciences. Before her tenure at the Kennedy Center, Rutter held executive leadership roles with the Chicago Symphony Orchestra, the Seattle Symphony, the Los Angeles Chamber Orchestra, and the Los Angeles Philharmonic.

Rutter is a graduate of Stanford University and holds an M.B.A. from the University of Southern California.

# The Kennedy Center

# Governance

By law, the Kennedy Center is a trust instrumentality of the United States and considered a unique federal establishment. However, the Kennedy Center is also recognized by the Internal Revenue Service as a 501(c)(3) tax-exempt organization. The Center's enabling federal statute, which is reviewed and updated as needed by Congress, provides direct authority for the Center. It affirms the Center's important mission and role as the national performing arts center. Additionally, the statute establishes a Board of Trustees and the federal responsibility for supporting the Center's maintenance upkeep and capital repairs through federal appropriated funds.

As a nonprofit organization, the Kennedy Center is governed by its own bylaws, written and approved by its Board of Trustees. These bylaws establish the role and responsibilities of the trustees and provide a governance structure for the prudent management of the Center. The Center's artistic programming and performances are supported with ticket revenues and private donations. Supporting the private fundraising goals of the Center is an essential role of the Board of Trustees.

Taken together, the Center's statute and bylaws integrate the federal and private functions of the Center. They create a governance structure that effectively manages the Center as a living memorial to President Kennedy and a robust and internationally acclaimed performing arts center.

The Center is a unique cultural organization that celebrates and presents all of the disciplines within the performing arts. The Center's artistic umbrella includes two affiliate organizations – the National Symphony Orchestra and Washington National Opera. Both the NSO and WNO maintain independent Boards, which provide management of their artistic and financial planning. However, the Kennedy Center Board sustains an integrated and collaborative oversight of both programs and retains ultimate financial responsibility.



**The Kennedy Center**

# Trustee Support Staff

**For stewardship needs, including concierge services (such as performance tickets or restaurant reservations), special events, and opportunities for supporting the Center, please reach out to:**



**Leslie Miller**
Senior Vice President,
Development

(202) 416-8389
LJMiller@Kennedy-Center.org



**Alexa Kaye**
Director,
Major & Leadership Gifts

(202) 416-8712
AKaye@Kennedy-Center.org



**Justina Yee**
Vice President,
Individual Giving

(202) 961-8052
JYee@Kennedy-Center.org



**Donor Concierge**
Ticketing | Reservations | Etc.

(202) 416-8068

**For any governance needs, including meetings and committees, please reach out to:**



**Rick James**
Executive Assistant
Office of the President

(202) 416-8011
RJames@Kennedy-Center.org



**Myles King**
Vice President,
Governance & Strategic Communication

(202) 416-8055
MCKing@Kennedy-Center.org

**We look forward to seeing you at the Center throughout the year!**



# ⬛ The Kennedy Center

# Our Story

Created by an Act of Congress in 1958 under the leadership of President Dwight D. Eisenhower, the National Cultural Center was established with a mission to showcase and elevate the performing arts, reflecting the remarkable breadth and diversity of America.

President John F. Kennedy was influential in raising funds and supporting efforts to launch the Center, integrating art and culture as a priority of his administration. In 1963, Congress passed, and President Lyndon B. Johnson signed into law new legislation designating the to-be-constructed National Cultural Center as the "living memorial" to President Kennedy.

In 1971, the John F. Kennedy Center for the Performing Arts, designed by the architect Edward Durrell Stone, opened along the banks of the Potomac River.  With its completion, the bipartisan vision of American leaders to contribute to our country's culture and civilization was realized.

In 2019, the Center opened its first ever physical expansion, the REACH, a dynamic arts innovation hub designed to bring audiences into to the creative process.  As part of its 2022 50th Anniversary Season, the Center reaffirmed its commitment to President Kennedy's legacy with the opening of Art and Ideals: President John F. Kennedy, an immersive, permanent 7,500-square foot exhibit exploring the President's connection to arts and culture.

"...A CENTER OF CULTURE...AN ARTISTIC MECCA"
– PRESIDENT DWIGHT D. EISENHOWER



The Kennedy Center's mission extends beyond its iconic facility and beyond its campus in Washington, D.C., advancing arts and culture across America and the world. The Kennedy Center works to elevate our nation's artists, connects Americans with each other and with international culture, and continues President Kennedy's desire that we will be remembered not for conflicts or politics, but for our contributions to the human spirit.

The Kennedy Center's portfolio of over 40 education programs creates artistically engaged citizens and learners of all ages. Social Impact programs use the arts for non-arts outcomes, working with artists, audiences, and leaders across the country to elevate our nation's communities, and Access/VSA initiatives ensure the arts are available and accessible to all. Arts and Wellbeing programming helps all of us understand how we can use the arts to improve our physical, mental, and communal health.

Led by a presidentially-appointed board with broad national representation, along with various local and federal government officials serving as ex officio members, David M. Rubenstein serves as Chairman of the Board of Trustees and Deborah F. Rutter serves as Kennedy Center President.

"THE LIFE OF THE ARTS...IS VERY CLOSE TO THE CENTER OF A NATION'S PURPOSE...THE TEST OF THE QUALITY OF A NATION'S CIVILIZATION."

– PRESIDENT JOHN F. KENNEDY



**The Kennedy Center**

# Our Commitments

The Kennedy Center is an arts-centric and community-driven institution, where our commitments guide our mission, vision, values, and priorities.

### *We are...*

... created by community, for community

... a place where all are welcome and accepted, invited to explore and to learn

... centered on our belief that art holds unique power in our society to drive meaningful change

... driven by the values we prioritize in our work with each other, artists, and you



The Kennedy Center stands on the traditional land of the Nacotchtank and Piscataway peoples past and present, and honor with gratitude the land itself and the people who have been the stewards of this land throughout the generations

## Our Mission

As the nation's cultural center, and a living memorial to President John F. Kennedy, we are a leader for the arts across America and around the world, reaching and connecting with artists, inspiring and educating communities. We welcome all to create, experience, learn about, and engage with the arts.

## Our Vision

We are the nation's beacon for the performing arts, engaging artists and audiences around the world to share, inspire, and celebrate the cultural heritage by which a great society is defined and remembered.

## Our Values

Collaboration | Respect | Inclusion | Openness | Empowerment | Service | Exploration

# The Kennedy Center

We fulfill our mandate as the national cultural center through three pillars...

## World-Class Art

Connecting audiences around the globe through the power of live performance



## Powerful Education

Ensuring everyone has the opportunity to learn from and through the arts at every stage in life



## A Living Memorial

Bringing to life the legacy of President John F. Kennedy



... reflecting the richness of our national and global culture.

# The Kennedy Center

# Programming

The Kennedy Center is one of the few performing arts centers in the world to house every major artform under one roof, bringing together everything from ballet to hip hop to opera in one immersive experience.

With thoughtful and intentional programming, we bring together the best artists, leaders, forward-thinkers, and culture makers to shape the events you see across our campus and nation, ensuring the arts are part of everyone's experience.

Annually we host more than **2,000** performances, events, and activities a year.

**Monica Holt**
*Senior Vice President
Artistic Planning
and Operations*

# 10
## Kennedy Center Program Curators across 15 areas of focus

Arts and Wellbeing

Ballet

Broadcast Programs

Classical & New Music

Comedy

Contemporary Music

Dance

Fortas Chamber Music

Hip Hop Culture

International Programming

Jazz

Social Impact

Special Programs

Theater

Renée Fleming *VOICES*

# 5 Kennedy Center Artistic Partners



**Renée Fleming**

*Artistic
Advisor-at-Large*



**Jennifer Koh**

*Artistic Director
for Fortas
Chamber Music
Concerts*



**Jason Moran**

*Artistic Director
for Jazz*



**Q-Tip**

*Artistic Director
for Hip Hop*



**Carlos Simon**

*Kennedy Center
Composer-in-
Residence*

# 2 Artistic Affiliates

## National Symphony Orchestra

 

**Gianandrea Noseda**

*Music Director,*
*The Roger Sant and*
*Congresswoman Doris*
*Matsui Chair*

**Jean Davidson**

*Executive Director*

**Steven Reineke**

*Principal Pops*
*Conductor*

**Ben Folds**

*NSO Artistic Advisor*

Founded in 1931 and an artistic affiliate since 1986, the National Symphony Orchestra "makes the world seem a better place." (*Financial Times*)

The 96-member orchestra presents a full series of concerts in the Concert Hall, as well as an acclaimed Pops season, emerging artist education initiatives, and extensive community programming. Programs like Sound Health, a collaboration with the National Institutes of Health, keep the NSO on the cutting edge of the orchestra scene.

## Washington National Opera

 

**Francesca Zambello**

*Artistic Director*

**Timothy O'Leary**

*General Director*

**Robert Spano**

*Music Director*
*Designate*

One of the most forward-thinking opera companies in the country, Washington National Opera was founded in 1956 and became an artistic affiliate in 2011. A leader in commissioning and championing new work, as well as uplifting new creative and artistic voices, WNO is led by Artistic Director Francesca Zambello and General Director Timothy O'Leary.

In addition to a regular mainstage season, WNO supports the next generation of opera artists and audiences through programs such as the American Opera Initiative, the Cafritz Young Artists pre-professional training program, and *Opera in the Outfield®*.

More than just programmers, our 'cultural curators' across the Kennedy Center, National Symphony Orchestra, and Washington National Opera are part of a collective, each with their own areas of expertise, but collaborating across genre and discipline to create unexpected and meaningful artistic experiences for our audiences.

# Marquee Programming



## The Kennedy Center Honors

A tradition since 1978, the Kennedy Center Honors is our nation's ultimate recognition of artistic achievement. Each December a new class of Honorees come together to be celebrated in a sold-out, star-studded gala performance. Millions of arts lovers around the world enjoy the celebration on national broadcast and streaming.

## The Kennedy Center Mark Twain Prize for American Humor

Founded in 1998, the Mark Twain Prize recognizes our greatest humorists for the laughter, wit, and observation they share with the world. The performance attracts comedic legends as well as up-and-coming talent to the stage, while the broadcast and social media clips rack up millions of views.

## NEXT at the Kennedy Center on PBS

Premiering in 2022, *Next at the Kennedy Center* on PBS features programs across the Center's season, showcasing artists who are at the forefront of their disciplines and serve as culture bearers of the 21st Century. Each program is captured to match the unique style of our artists, connecting the television audience to these culture-makers' perspectives, stories, and art.

# ◢ The Kennedy Center

# Education

Mandated by Congress to serve as a leader for arts education, we prioritize learning across everything we do.

Our programs bring the arts to learners of all ages and abilities in ways that spark curiosity, foster understanding, and uplift citizen artistry. We work in collaboration with a network of national and international partners, teachers, and administrators on more than 40 distinct programs.

**Learning is for everyone.**

Kennedy Center education goes beyond the classroom. While school-based arts education is vital to a student's success, we know learning doesn't stop when we graduate. Our education programs are created for learning across a spectrum of audiences.



**Jordan LaSalle**
*The A. James Clark Vice President of Education*

| School Groups and Families | Educators and Administrators | Emerging and Developing Artists | Researchers and Practitioners |



**KC education programs impact learners across the United States and Puerto Rico, as well as in 12 countries.**

**2 million** educators, administrators, and students reached

**1,030 sc**hool districts and **3,777** schools served

**1.7 million** students impacted through school and community programs

**1.5 million** online users of digital learning materials

**5** dedicated pre-professional young artist training programs across genres and disciplines

# 5 areas of focus

Education programming is divided across five areas of focus. Each program is based on replicable, evidenced based practices that can impact participants on individual, classroom, school, district, or organizational levels.

## 1 School and Community Programs

Collaborating with schools, educators, partner organizations, and artists nationwide we work to ensure arts are an integrated part of every K-12 student's curriculum.

**Professional development for educators ● Local and national partnerships between educators, administrators, school districts, and local organizations ● Encourage best practices unique to local communities and resources ● Teaching artist capacity building**

## 2 Education Programs and Productions

Shaping the artists and arts lovers of tomorrow, these programs invite audiences of all ages to enjoy the performing arts, and provide career development programs for young artists.

**Performances for school groups, young audiences, and families across theater, dance, music, and more ● Theater for young audiences national touring program ● Pre-professional artist training programs ● Moonshot Studio – our on-campus hands-on creative studio**

## 3 Office of Accessibility and VSA

Art should be accessible to and enjoyed by all. These programs provide resources and opportunities to artists and performers with disabilities, ensure our campus is accessible, and create best-in-class accessibility resources and training.

**VSA International Network mentorship ● Leadership Exchange in Arts and Disability conference ● On-campus accessibility accommodations**

## 4 Digital Learning

Learning can happen anywhere. Over 5,000 resources like standards-aligned lesson plans, pre-performance guides, and educator professional development programs are available nationwide and on-demand.

**Classroom lessons and activities ● Best-practices and resources for educators ● Virtual performances and field trips ● Topic-specific learning guides**

## 5 Research and Evaluation

The Research and Evaluation team conducts program assessments and progress reports, contributing to the on-going body of research surrounding the value of an arts-based education.

**Research papers ● Program development recommendations ● Grant reporting ● Internal measuring and benchmarking**

# The Kennedy Center

# Social Impact

At the Kennedy Center, our systemic commitment to social impact lives in our belief that the arts hold unique power in our society to build community, center joy, inspire action, and drive meaningful change.

**We leverage the arts for non-arts outcomes to advance justice and equity in all that we do.**

Established in 2019, the 16 programs within the Social Impact portfolio are organized under the pillars of Impact Performance, Artist Empowerment, Community Empowerment, Cultural Leadership, and REACH Activation. Additionally, social impact strategies are embedded across all levels of the institution to ensure the Center remains a transformative force for systemic inspiration.



**Marc Bamuthi Joseph**
*Vice President of Social Impact and Artistic Director of Cultural Strategy*

**Victoria Murray Baatin**
*Senior Director of Social Impact*

## Impact Performance

**We showcase visionary artists throughout the year, who leverage their profound talent to highlight issues of social impact.**

**Program Highlight: Millennium Stage**
The cornerstone of Impact Performance, Millennium Stage welcomes thousands of visitors to free performances throughout the week, reducing barriers to engaged participation in the arts, celebrating the human spirit, and encouraging intercultural understanding.

## Artist Empowerment

**Artists are never visitors at the Kennedy Center. Our stages belong to them. We prioritize the visionary leadership of marginalized people over institutional norms and control. This gives us the ability to amplify authentic voices and honor stories that are so often silenced.**

**Program Highlight: Local Theatre Residency**
Local Theatre Residency is a curated developmental residency program for local DMV theater companies and playwrights. Hosted at the Kennedy Center's REACH, we seek those who leverage their artistry to amplify stories that are often overlooked.

# Community Empowerment

**We dismantle real and perceived barriers between 'fine arts communities' and the richly diverse communities surrounding us here in the nation's capital. To maximize our impact beyond our walls, we humbly and continuously engage new communities through artistic expression, creative collaborations, and shared learning experiences.**

**Program Highlight: Conflux**
A confluence of efforts where the Kennedy Center and a flagship national community partner—each with its distinct missions, values, and social impact objectives combine efforts. The result is a series of transformative programming activations that advances the field and maximizes our collective impact. Collaborators have included: First People's Funds, Arab America Foundation, and National Black Theatre.

# Cultural Leadership

**We mobilize the arts and a wide spectrum of perspectives to challenge societal norms, test the boundaries of acute progress, and inspire change that transcends the audiences directly before us.**

**Program Highlight: Impactful Words Series**
Impactful Words celebrates the power of language and storytelling. This series brings together renowned authors, poets, and speakers who use their words to spark change, provoke thought, and inspire action. Through engaging readings, dynamic discussions, and interactive sessions, audiences explore the profound impact of words on our lives and society.

# REACH Activation

**The REACH aims to both mobilize people and bring them together. To educate groups in mass, and inspire individual reflection. With bold and engaging programming and a warmly inviting atmosphere, it's a shared space for collective healing, exploration, and experimentation across disciplines.**

**Program Highlight: Office Hours**
Office Hours provides artists with studio space and resources at the REACH with one goal: to create. The program seeks artists with an interest in site-specific work, supporting the idea of artistic exploration.

**Over the past five years we have invested nearly $15 million in programs that champion these five pillars, impacting hundreds of thousands of artists and audiences.**

# ▮◣ The Kennedy Center

# Board of Trustees
## 20 U.S.C. 76h

(a) Establishment

1. In general

There is established in the Smithsonian Institution a bureau, which shall be directed by a board to be known as the Trustees of the John F. Kennedy Center for the Performing Arts (hereafter in this subchapter referred to as the "Board"), whose duty it shall be to maintain and administer the John F. Kennedy Center for the Performing Arts and site thereof as the National Center for the Performing Arts, a living memorial to John Fitzgerald Kennedy, and to execute such other functions as are vested in the Board by this subchapter.

2. Membership

The Board shall be composed of—
A.      the Secretary of Health and Human Services;
B.      the Librarian of Congress;
C.      the Secretary of State;
D.      the Chairman of the Commission of Fine Arts;
E.      the Mayor of the District of Columbia;
F.      the Superintendent of Schools of the District of Columbia;
G.      the Director of the National Park Service;
H.      the Secretary of Education;
I.       the Secretary of the Smithsonian Institution;
J.      i.  the Speaker and the Minority Leader of the House of Representatives;
         ii.  the chairman and ranking minority member of the Committee on Transportation and Infrastructure of the House of Representatives; and
         iii.  three additional Members of the House of Representatives appointed by the Speaker of the House of Representatives;
K.      i. the Majority Leader and the Minority Leader of the Senate;
         ii. the chairman and ranking minority member of the Committee on Environment and Public Works of the Senate; and
         iii. three additional Members of the Senate appointed by the President of the Senate; and
L.   thirty-six general trustees, who shall be citizens of the United States, to be appointed in accordance with subsection (b).

(b) General trustees

The general trustees shall be appointed by the President of the United States. Each trustee shall hold office as a member of the Board for a term of 6 years, except that—

1. Any member appointed to fill a vacancy occurring before the expiration of the term for which the predecessor of the member was appointed shall be appointed for the remainder of the term;
2. A member shall continue to serve until the successor of the member has been appointed; and
3. The term of office of a member appointed before July 21, 1994, shall expire as designated at the time of appointment.

# The Kennedy Center

# Board Roster

**Honorary Chairs**

Melania Trump, First Lady of the United States
Dr. Jill Biden
Michelle Obama
Laura Bush
Hillary Rodham Clinton

**Officers**

David M. Rubenstein, *Chairman*
Anthony Welters, *Vice Chair*
Deborah F. Rutter, *President*
Jacqueline Badger Mars, *Secretary*
Shonda L. Rhimes, *Treasurer*
Aswathi Zachariah, *General Counsel*

**Members Appointed by the President of the United States**

Elizabeth E. Alexander
Brian D. Ballard
Jon Batiste
Pamela Bondi
Mary Helen Bowers
Hannah F. Buchan
Robert Castellani
Elaine Chao
Tatiana Copeland
Stephanie Cutter
Pamella Roland DeVos
Michael Donilon
Carlos Elizondo
Jennfier Fischer
Lynette Friess
Lee Greenwood
Kate Adamson Haselwood
Karine Jean-Pierre

Michele Kessler
Christopher G. Korge
Robert Drury Lenhard
Douglas Manchester
Henry R. Muñoz III
Phefelia Nez
Katherine Lynn Petrelius
Catherine B. Reynolds
Bryan Rafanelli
Amy Blanchard Ricchetti
David M. Rubenstein
Evan Ryan
Cari B. Sacks
Denise Saul
Supervisor Hilda L. Solis
Robin Lee Wiessmann
Andrea Wynn
Paolo Zampolli

# The Kennedy Center

# Board Roster

### Ex-Officio Members Designated by Act of Congress

TBD, *Secretary of Health & Human Services*
Carla Hayden, *Librarian of Congress*
Marco Rubio, *Secretary of State*
Billie Tsien, *Chair, U.S. Commission of Fine Arts*
Muriel Bowser, *Mayor, District of Columbia*
Lewis Ferebee, *Chancellor, DC Public Schools*
TBD, *Director, National Park Service*
TBD, *Secretary of Education*
Lonnie Bunch, *Secretary, Smithsonian Institution*
Representative Mike Johnson, *Speaker of the House of Representatives*
Representative Hakeem Jeffries, *Democratic Leader of the House of Representatives*
Representative Sam Graves
Representative Rick Larsen
Representative Julia Letlow
Representative Mike McCaul
Representative Joyce Beatty

Senator John Thune, *Senate Majority Leader*
Senator Chuck Schumer, *Senate Democratic Leader*
Senator Sheldon Whitehouse
Senator Shelley Moore Capito
Senator Mark Warner
Senator Chris Van Hollen
Senator Susan Collins

### Founding Chairman

Roger L. Stevens†

### Chairmen Emeriti

James A. Johnson†
Stephen A. Schwarzman
James D. Wolfensohn†

### President Emeritus

Michael M. Kaiser

### Senior Counsel

Robert Barnett

### Special Advisor to the Chairman

Cappy McGarr

### Special Advisors to the Executive Committee

W. James McNerney
Carol Melton

### Honorary Trustees

Alma Gildenhorn

# Responsibilities and Stewardship

The Board of Trustees, led by the Chairman, serves as the governing body of the Kennedy Center and has the primary leadership responsibility for enabling the organization to realize its mission, goals, opportunities, and obligations.

Trustees carry out their governance and leadership responsibilities by contributing their time, their personal skills, and their financial resources to the Kennedy Center in furtherance of its mission. Legal authority and accountability rest with the Board, and Trustees are expected to execute their responsibilities with due care and in a manner that encourages prudent and independent decision-making, at all times placing the interests of the Kennedy Center above any personal interests.

The Board establishes broad policies to guide the Kennedy Center's operations and communicates these policies to the President through the Chairman, who is the Kennedy Center's Chief Executive Officer.

### Standards of Trusteeship

The Kennedy Center's Board of Trustees is responsible, by Act of Congress and Presidential appointment, for the governance of this country's national center for the performing arts.  The expectations of Trustees in carrying out their duties are as follows:

- Trustees should attend the three annual Board meetings, the meetings of their assigned Board Committees, engage actively in Board and Board Committee discussions, deliberations and decisions, and participate in the activities of the Center to the greatest degree possible.  Trustees are responsible for reviewing materials provided to them in advance of Board and Board Committee meetings to enable an informed and engaged discussion.

- Trustees are responsible for learning about the programs and activities of the Kennedy Center, reviewing and approving the Kennedy Center's ongoing and future strategic plans, monitoring its budgets and finances, and establishing major policies for the organization.

- Trustees work in partnership with the President, who is responsible for carrying out the strategic plans and implementing the policies approved by the Board.

- Trustees serve as informed advocates and ambassadors for the Kennedy Center.

- Trustees maintain the confidentiality of Board and Board Committee discussions and deliberations to encourage full and frank discussion among Trustees.

- Trustees use information received from the Kennedy Center, including mailing lists and contact information of Trustees and others affiliated with the organization, only for Kennedy Center purposes.

- Trustees should conduct themselves in a manner consistent with the Kennedy Center's values and that reflects positively on the Kennedy Center.

- Trustees may reach out to the Kennedy Center's Chairman to discuss matters of Board affairs, and to the President, General Counsel and/or Chief Financial Officer, for matters regarding the organization's operations, legal affairs and financial affairs.

- Each Trustee shall demonstrate his/her personal stewardship of the Kennedy Center by making a significant financial contribution and helping the Center raise additional financial resources to the best of his or her ability.

**Trustee Financial Support**

The Kennedy Center relies on financial support from its Trustees as an important source of funding for its annual operations as well as special projects and events.  These include the following giving opportunities:

- The Kennedy Center maintains a Trustees' Fund to which all Trustees are obligated to contribute a minimum of $50,000 on an annual basis.  Each Trustee should recognize that meeting this annual obligation will not satisfy his or her personal commitment to the financial and artistic success of the Kennedy Center.

- The Kennedy Center encourages Trustees to make gifts to special projects of particular interest to the Trustee.  This may include specific educational programs, international festivals, as well as dance, jazz, opera, symphony, and theater programs.

- The Kennedy Center relies on Trustees to support special events that occur throughout the year and serve as major sources of funding for the Kennedy Center, including the National Symphony Orchestra Season Opening Gala, the Mark Twain Prize for American Humor, the Kennedy Center Honors Gala, and the Washington National Opera Gala. These events also provide the opportunity for guests to learn more about the Kennedy Center and its mission.

- The Kennedy Center invites all Trustees to make a leadership gift at some point during their tenure in support of special campaigns, to further secure the organization's future.

# Conflict of Interest and Anti-Corruption Policy

The John F. Kennedy Center for the Performing Arts, (the "Kennedy Center" or "Center") is a charitable organization whose Board members are chosen to serve the public purposes to which it is dedicated. This Conflict of Interest and Anti-Corruption policy (the "Policy") is intended to support the Kennedy Center and its Board members in identifying, evaluating, and addressing any real, potential or apparent conflicts of interest that might, in fact or in appearance, call into question a Board member's duty of undivided loyalty to the Center.

1.      **Covered Matters**

This Policy applies to all Covered Matters. A Covered Matter is any matter involving the Kennedy Center (including the National Symphony Orchestra and the Washington National Opera) and its Board members, or between the Kennedy Center and a Family Member or Affiliated Entity of a Board member.

(a)      Family Member includes an ancestor, spouse, sibling, child, grandchild, great-grandchild, or spouse of a sibling, child, grandchild or great-grandchild.

(b)      Affiliated Entity includes a corporation, partnership or other entity of which the Board member is an officer, director, trustee, employee, or more than 10% owner (individually or with one or more Family Members and/or other Affiliated Entities).

A Covered Matter also includes any other matter in which there may be an actual or perceived conflict of interest, including any transaction in which the interests of a Board member may be seen as competing with the interests of the Kennedy Center.

2.      **Disclosure, Refrain from Influence, and Recusal**

When a Board member becomes aware of a proposed or possible Covered Matter, they shall have a duty to take the following actions:

(a)      immediately disclose the existence and circumstances of such Covered Matter to the Kennedy Center's Chairman of the Board and the General Counsel;

(b)      refrain from using their personal influence to encourage the Kennedy Center to enter or not enter into the Covered Matter; and

(c)      recuse themselves (including physically/virtually) from participation in any discussions regarding the Covered Matter with officers and employees of the Kennedy Center and at meetings of the Board or Board Committees, except to respond to specific requests for fact-based information.

In order to assist the Kennedy Center in identifying potential Covered Matters, each Board member annually shall complete and sign a Conflict-of-Interest Declaration ("Declaration") provided by the Kennedy Center's Office of General Counsel ("OGC") and shall proactively update such Declaration as necessary to reflect changes during the course of the calendar year and in accordance with this Policy.

Completed Declarations shall be available for inspection by the Kennedy Center Audit Committee and may be reviewed by the General Counsel.

3.    **Standard for Approval of Covered Transactions**

The Kennedy Center may enter into a Covered Matter if, acting without the participation of the affected Board member, the Audit Committee of the Board of Trustees determine that such transaction is fair and reasonable to the Kennedy Center.

4.    **Anti-Corruption**

The Kennedy Center has a zero-tolerance stance towards corruption in all its forms. This is woven into the Kennedy Center's policies, procedures, and culture, and applies to all employees, Board members, and representatives of the Kennedy Center.

The Foreign Corrupt Practices Act (FCPA) and other U.S. laws prohibit payment of any money or anything of value to a foreign official, foreign political party (or official thereof), or any candidate for foreign political office for the purposes of obtaining, retaining, or directing of business. Members of the Board of Trustees are expected to be knowledgeable of, and strictly abide by, these laws.

It is unlawful to make a payment to a third party, including a business partner, knowing that any portion of the payment will go directly or indirectly to a foreign official for a corrupt purpose.

5.    **Administration of Policy**

This Policy shall be administered by the Audit Committee, acting on behalf of the Board of Trustees. The Audit Committee shall be responsible for the following:

(a)    reviewing the Declarations and receiving disclosures of proposed Covered Matters;

(b)    reviewing proposed or possible Covered Matters to determine whether they meet the above-described standard;

(c)    maintaining such documentation as may be necessary and appropriate to document its review of proposed or possible Covered Matters; and

(d)    reporting to the Board of Trustees on any proposed or possible Covered Matter approved in accordance with this Policy.

The Audit Committee may seek advice from the General Counsel or from outside advisors in connection with its review of any proposed Covered Matter or with the administration of this Policy. The Audit Committee shall have authority to review the operation of this Policy and make changes from time to time as it may deem appropriate.

The General Counsel shall provide a copy of this Policy on an annual basis to each current Board member and to all new Board members upon undertaking the duties of such office.

Last revised December 19, 2024, by the Office of General Counsel

# Ticketing Information

We look forward to welcoming you for performances throughout the season. In order to make your visits seamless please review the following ticketing policies.

**Complimentary House Seats**

The Kennedy Center maintains a selection of complimentary seats to be used by Trustees, Emeritus Trustees, visiting dignities, and other close friends of the Center. In order to maintain equitable access, Trustees are eligible to request these house seats in accordance with the below policy.

These seats are located on the Box Tier in the Opera House, Concert Hall, and Eisenhower Theater, and in designated sections in the Family and Terrace Theaters.

All requests are subject to ticket availability. By following the below guidelines every accommodation is made to provide access to as many Trustees and other guests as possible.

- Trustees may request a pair (2 tickets) of seats for each performance run.

- Tickets in the Concert Hall may be requested once a month.

- Requests above and beyond these guidelines will be placed on a waitlist and approved pending availability.

- Requests may be placed through the Development Office as soon as a performance is announced, but may not be approved or ticketed until the performance is on sale.

**Concierge Services**

Trustees may purchase additional tickets via our Ticket Concierge Service by contacting the Development Office or Donor Concierge Line at (202) 416-8068.

In addition to ticketing, the Concierge Staff can also assist with parking and dining reservations, as well as any other special requests and accommodations.

For questions or additional assistance with ticketing, reservations, or other aspects of your visit, please reach out to your stewardship team at the contact information below.



**Justina Yee**
Vice President,
Individual Giving
(202) 961-8052
JYee@Kennedy-Center.org



**Alexa Kaye**
Director,
Major & Leadership Gifts
(202) 416-8712
AKaye@Kennedy-Center.org

# Bylaws of the Board of Trustees of the John F. Kennedy Center for the Performing Arts

(As approved by the Board of Trustees, April 27, 1959, revised and re-issued following action by the Board on January 19, 1962 and revised and re-issued following approval by the Board on March 9, 1964; and amended further on May 17, 1965, January 29, 1968, August 15, 1975, December 4, 1982, November 30, 1987, April 15, 2002, May 8, 2017,  January 29, 2020, and January 13, 2021)

### ARTICLE I
### Establishment

Section 1. Pursuant to the National Cultural Center Act (Public Law 85-874, 72 Stat. 1698) as amended, presently known as the "John F. Kennedy Center Act" (Public Law 88-260, 78 Stat. 4) signed by President Johnson on January 23, 1964, there was established, on September 2, 1958, in the Smithsonian Institution a bureau which is directed by a Board known as the Trustees of the John F. Kennedy Center for the Performing Arts (hereinafter sometimes referred to as the "Board") whose duty it is to maintain and administer the John F. Kennedy Center for the Performing Arts (hereinafter sometimes referred to as the "Center" or the "Kennedy Center" and site thereof and execute such other functions that are vested in the Board by the John F. Kennedy Act (hereinafter sometimes referred to as the "Act").

Section 2. These Bylaws are promulgated pursuant to the authority of Section 6(a) of the Act, which provides in pertinent part as follows:

> "The Board is authorized...to make such Bylaws, rules, and regulations, as it deems necessary for the administration of its functions under this Act, including, among other matters, Bylaws, rules, and regulations relating to the administration of its trust funds and the organization and procedure of the Board."

Section 3. The principal office shall be located within the limits of the District of Columbia at such address as the Board may select.  Other offices may be located at such other places within and without the District of Columbia as the Board may from time to time determine.

### ARTICLE II
### General Concept and Specific Purposes

Section 1. The Center had its genesis under the Eisenhower Administration and was originally conceived by a bi-partisan Congress to stand as a monument to America's cultural maturity and to her realization that the conquest of material things cannot stand the test of time until they find fruition in the realm of the mind and soul.  The peoples of fifty sovereign states, sharing a love for the political freedoms of self-government, seek in the creation of a cultural center a concrete expression of their common attachment to the arts.  A desire to express this common attachment to the arts was felt most strongly by our late President, John Fitzgerald Kennedy.  Accordingly, it was most fitting to rename the

National Cultural Center, as the John F. Kennedy Center for the Performing Arts, in honor of the late President. No memorial could serve as a better tribute to his spacious view of the role of the arts in the development of the American civilization. The establishment of a climate in which the arts could flourish and every person could find opportunity for expression of his or her noblest thoughts and deepest passions, was a central objective of his Administration. This was, to him, one of the challenges of the free American society. The John F. Kennedy Center for the Performing Arts is an effort to contribute to such a climate.

Section 2. The specific purposes of the Board are:

1. To construct for the Smithsonian Institution a building to be designated as the John F. Kennedy Center for the Performing Arts on a site in the District of Columbia bounded by the Inner-loop Freeway on the east, the Theodore Roosevelt Bridge approaches on the south, Rock Creek Parkway on the west, New Hampshire Avenue and F Street on the north, which shall be selected for such purposes by the National Capital Planning Commission. Such building shall be in accordance with plans and specifications approved by the Commission of Fine Arts.

2. To maintain and administer the Center for the Performing Arts and site thereof.

3. To execute such other functions as are vested in the Board by the Act.


**ARTICLE III**
**Duties**

Section 1. Programs, Activities, and Goals -

(a) In general ----The Board shall --

(1) present classical and contemporary music, opera, drama, dance, and other performing arts from the United States and other countries;

(2) promote and maintain the John F. Kennedy Center for the Performing Arts as the National Center for the Performing Arts--

(A) by developing and maintaining a leadership role in national performing arts education policy and programs, including developing and presenting original and innovative performing arts and educational programs for children, youth, families, adults and educators designed specifically to foster an appreciation and understanding of the performing arts;

(B) by developing and maintaining a comprehensive and broad program for national and community outreach, including establishing model programs for adaptation by other presenting and educational institutions; and

(C) by conducting joint initiatives with the national education and outreach programs of the VSA arts, an entity affiliated with the John F. Kennedy Center for the Performing Arts, which has an established program for the identification, development and implementation of model programs and projects in the arts for disabled individuals;

(3) strive to ensure that the education and outreach programs and policies of the John F. Kennedy Center for the Performing Arts meet the highest level of excellence and reflect the cultural diversity of the Nation;

(4) provide facilities for other civic activities at the John F. Kennedy Center for the Performing Arts;

(5) provide within the John F. Kennedy Center for the Performing Arts a suitable memorial in honor of the late President.

(6) develop, and update annually, a comprehensive building needs plan for the features of the John F. Kennedy Center for the Performing Arts in existence on the date of enactment of the John F. Kennedy Center Act Amendments of 1994;

(7) with respect to the building and site of the John F. Kennedy Center for the Performing Arts, plan, design, and construct each capital repair, replacement, improvement, rehabilitation, alteration, or modification necessary to maintain the functionality of the building and the site at current standards of life, safety, security, and accessibility;

(8) provide----

   (A) information and interpretation; and

   (B) with respect to each feature of the building and site of the John F. Kennedy Center for the Performing Arts, all necessary maintenance, repair, and alteration of, and all janitorial, security, and other services and equipment necessary for the operations of, the building and site, in a manner consistent with requirements for high quality operations; and

(9) ensure that safe and convenient access to the site of the John F. Kennedy Center for the Performing Arts is provided for pedestrians and vehicles.


## ARTICLE IV
## Powers

Section 1. The Board is authorized to solicit and accept and to hold and administer gifts, bequests, or devises of money, securities, or other property of whatsoever character for the benefit of the Center.

Section 2. The Board is authorized to receive any appropriations pursuant to Section 8 of the Act and any payment, including any which may be made under Section 10 of the Act, for use in accordance with the Act.

Section 3. Unless otherwise restricted by the terms of the gifts, bequest, or devise, the Board is authorized to sell or exchange and to invest and reinvest in such investments as it may determine from time to time the monies, securities, or other property composing trust funds given, bequeathed, or devised to or for the benefit of the Center.

Section 4. The income as and when collected shall be placed in such depositories as the Board shall determine and shall be subject to expenditure by the Board.

Section 5. The Board has all the usual powers and obligations of a trustee in respect of all trust funds administered by it.

Section 6. (a) The Board has the power to borrow where such borrowing is necessary to accomplish the purposes of the Act.

(b) The Board has the power to issue revenue bonds to the Secretary of the Treasury payable from revenues accruing to the Board pursuant to the terms and limitations of Section 9 of the Act.

Section 7. The actions of the Board, relating to performing arts and to payments made or directed to be made by the Board from any trust funds, shall not be subject to review by any officer or agency other than a court of law.

Section 8. The Board is authorized to fix the compensation and duties of all the officers and employees of the Center and to contract for professional and other services as may be necessary for the efficient administration of the functions of the Board.

## ARTICLE V
## Membership of the Board

Section 1. Membership-The Board shall be composed of—

(a) the Secretary of Health and Human Services;

(b) the Librarian of Congress;

(c) the Secretary of State;

(d) the Chairperson of the Commission of Fine Arts;

(e) the Mayor of the District of Columbia;

(f) the Superintendent of Schools of the District of Columbia;

(g) the Director of the National Park Service;

(h) the Secretary of Education;

(i) the Secretary of the Smithsonian Institution;

(j)      (1) the Speaker and the Minority Leader of the House of Representatives;

(2) the Chairperson and ranking minority member of the Committee on Transportation and Infrastructure of the House of Representatives; and

(3) 3 additional Members of the House of Representatives appointed by the Speaker of the House of Representatives;

(k)　　(1) the Majority Leader and the Minority Leader of the Senate;

　　　　(2) the Chairperson and ranking minority member of the Committee on Environment and Public Works of the Senate; and

　　　　(3) 3 additional Members of the Senate appointed by the President of the Senate; and

(l) 36 general trustees, who shall be citizens of the United States, to be appointed in accordance with Section 2.

Section 2. General Trustees----The general trustees shall be appointed by the President of the United States. Each such trustee shall hold office as a member of the Board for a term of 6 years, except that --

(a) any member appointed to fill a vacancy occurring prior to the expiration of the term for which the predecessor of the member was appointed shall be appointed for the remainder of the term; and

(b) a member shall continue to serve until the successor of the member has been appointed.

## ARTICLE VI
## Management and Officers

Section 1. Management - The management of the Board and the control of its property and affairs shall be vested in the Board.

Section 2. (a) Chair and Secretary. The Board shall appoint a Chair of the John F. Kennedy Center for the Performing Arts, who shall serve as the Chief Executive Officer of the Center, and a Secretary of the John F. Kennedy Center for the Performing Arts. The Chair and Secretary shall be well qualified by experience and training to perform the duties of their respective offices.

(b) Other Officers - A Vice Chair or Vice Chairs, Treasurer, General Counsel and Kennedy Center President shall be elected by the Board at the annual meeting of the Board, subject to the authority of the Chair to appoint officers. The Chair shall be a member of the Board. The Vice Chair or Vice Chairs, Treasurer, General Counsel, Secretary and President need not be members of the Board.

(c) Senior Level Executive and Other Employees. The Chair of the John F. Kennedy Center for the Performing Arts may appoint----

　　　　(1) a senior level executive who, by virtue of the background of the individual, shall be well suited to be responsible for facilities management and services and who may, without regard to the provisions of title 5, United States Code, be appointed and compensated with appropriated funds, except that the compensation may not exceed the maximum rate of pay prescribed for level IV of the Executive Schedule under section 5315 of title 5, United States Code; and

　　　　(2) such other officers and employees of the John F. Kennedy Center for the Performing Arts as may be necessary for the efficient administration of the functions of the Board.

## ARTICLE VII
## Meetings of the Board

Section 1. Annual Meeting - The annual meeting of the Board shall be held on the third Wednesday of January in Washington, D.C., or at such other place and time as may be designated by the Chair of the Board, at which time the election of officers shall be held.  In the event such meeting is not so held, the meeting may be held at such time and place as shall be specified in a notice given as hereinafter provided for meetings of the Board.

Section 2. Special Meetings - Special meetings may be called any time by the Chair.  Special meetings may also be called by the Board upon filing with the Secretary of the Board a written request of at least three members.  Such written request shall specify the purposes for which the meeting is requested, and no business other than that specified in such purposes may be transacted at such special meetings. Special meetings may be held by telephone conference call or other electronic means.

Section 3. Notices of Meetings - Notice of any annual or special meeting shall be mailed, emailed, faxed, or telephoned to all members of the Board at least three days before the date of such meeting.  Such notice shall set forth the place, date and time of such meeting and if the meeting is to be held by telephone conference or other electronic means, how to access the meeting.

Section 4. Waiver of Notice - Whenever any notice is required to be given under the provisions of these Bylaws a waiver thereof in writing or by email or fax, signed by the person or persons entitled to said notice, whether before or after the time stated therein, shall be deemed equivalent thereto.

Section 5. Quorum - As provided in Section 6(a) of the Act, the Board may function notwithstanding vacancies, twelve members of the Board shall constitute a quorum for the transaction of business, and the act of a majority of the Board members present at any meeting at which there is a quorum shall be the act of the Board.  If a quorum shall not be present at any meeting of the Board, the members present thereat may adjourn the meeting from time to time without notice other than an announcement at the meeting until a quorum shall be present.

Section 6. Voting - At all meetings of the Board, votes shall be by voice vote unless the Chair or one-half of the members present request voting by written ballot or polling of each participating member if the meeting is by telephone conference or other electronic means.

Section 7. Written Consent - Any action required or permitted to be taken at any meeting of the Board may be taken without a meeting if prior to such action notice of the proposed action is mailed, emailed, faxed, or telephoned to all members of the Board and a written consent thereof is signed by a majority of the members of the Board and such written consent is filed with the minutes of the proceedings of the Board.

## ARTICLE VIII
## Committees

Section 1. Committees of the Board: The Committees of the Board shall be:

(a)    The Executive Committee
(b)    The Nominating and Governance Committee
(c)    Standing Committees
(d)    Special and Ad Hoc Committees

Section 2. The establishment and powers of the Executive and Nominating and Governance Committees are hereinafter set forth in Articles IX and X, respectively.

Section 3. Standing Committees and Special and Ad Hoc Committees may be established by the Chair who will define their functions, powers and tenure.  Members thereof shall be appointed by the Chair. The membership of these committees may be drawn from the Board of Trustees, the Advisory Committee on the Arts, and from the general public.  Members of any committee who are not Trustees shall not be counted for quorum purposes and shall not have the right to vote on matters before such committee.

Section 4.  Participation by Conference Call – Members of Board committees may participate in and act at any meeting of the committee through the use of a conference telephone or other similar communications equipment by means of which all persons participating in the meeting can communicate with each other, and such participation shall constitute attendance and presence in person.


## ARTICLE IX
## Executive Committee

Section 1. Composition of the Executive Committee - The Executive Committee shall consist of the following:  Chair, Vice Chair, Secretary, Treasurer, General Counsel, Kennedy Center President, Chair of the Nominating and Governance Committee, Chairs of Standing Committees, and such additional Trustees as may be appointed to the Executive Committee by the Chair.  Appointments of such additional Trustees as members of the committee shall be subject to the ratification of the Board of Trustees at its Annual Meeting or at any special meeting, or by mail ballot as provided by Article VII, Section 7, of these Bylaws.  The terms of appointed members of the Executive Committee shall end as of the annual meeting of the Board next following these appointments, but the number of reappointments or terms shall in no way be limited by this provision.

The Chairman may also appoint up to three non-trustees to serve as Advisors to the Executive Committee.  Non-trustee individuals that are appointed by the Chair to serve in this capacity may serve for up to three consecutive terms and may be considered for re-appointment to this position after at least one year of absence.  Additionally, these appointments shall be subject to the ratification of the Board of Trustees at its annual meeting or at any special meeting, or by mail ballot as provided by Article VII, Section 7, of these Bylaws.  Advisors to the Executive Committee are not members of the Committee and shall not be counted for quorum purposes and shall not have the right to vote on matters before the Executive Committee.

Section 2. Officers and Minutes - The Executive Committee shall have a Chair, a Vice Chair and a Secretary. The Chair of the Executive Committee shall be the Chair of the Board, and the Vice Chair shall be the Vice Chair of the Board or one of the Vice Chairs of the Board designated by the Chair, and the Secretary shall be the Secretary of the Center. The Committee shall keep regular minutes of its proceedings, which shall be sent to all members of the Board after the meeting is adjourned.

Section 3. Quorum and Voting - A majority of the Members of the Board who are on the Executive Committee shall constitute a quorum at any meeting and the Executive Committee may act by majority vote of those Members of the Board present or participating if the meeting is by telephone conference or other electronic means.

Section 4. Meetings - Meetings of the Executive Committee shall be fixed by the Chair and held at such times and places as may be fixed by him or her. Notice of such meeting shall be communicated by mail, email, fax or telephone by the Secretary of the Executive Committee to all members thereof at least three days in advance of the meeting. A waiver of notice of meeting, signed or confirmed by the person entitled thereto, whether before or after the time stated therein shall be deemed equivalent thereto. Meetings may be held by telephone conference call or other electronic means.

Section 5. Functions and Powers - During the intervals between the meetings of the Board, the Executive Committee, to the extent lawfully delegated by the Board, may exercise the powers of the Board in the management of the business of the Board and shall prepare such recommendations for the consideration of the Board as it may deem appropriate.

Section 6. Any action required or permitted to be taken at any meeting of the Executive Committee may be taken without a meeting upon a mail ballot of that Committee, provided that prior to such actions notice of the proposed action is mailed, telephoned, emailed or faxed to all members of the Committee, and a written consent to said action and waiver of notice is signed by a majority of members of the Committee and such written consent is filed with the minutes of the proceedings of the Committee.

## ARTICLE X
## Nominating and Governance Committee

Section 1. Composition of Nominating and Governance Committee - The Nominating and Governance Committee shall consist of five members of the Board appointed by the Chair of the Board following an annual meeting of the Board but at least 30 days prior to the next scheduled annual meeting of the Board. No officer of the Board may serve on the Nominating and Governance Committee while holding office.

Section 2. Officers and Minutes - The Nominating and Governance Committee shall choose its own Chair and its own Secretary. It shall keep regular minutes of its proceedings and a copy of such minutes shall be filed with the Secretary of the Board. Meetings may be held by telephone conference or other electronic means.

Section 3. Quorum and Voting - A majority of the Nominating and Governance Committee shall constitute a quorum at any meeting and may act by a majority of those present or participating if the meeting is by telephone conference or other electronic means.

Section 4. Meetings - Meetings of the Nominating and Governance Committee shall be fixed by the Chair of the Nominating and Governance Committee and held at such times and places as may be fixed by him or her.  Notice of such meeting shall be communicated by mail, email, fax or telephone by the Secretary of the Nominating and Governance Committee to all members thereof at least three days in advance of the meeting.  A waiver of notice of a meeting, signed or confirmed by the person entitled thereto, whether before or after the time stated therein shall be deemed equivalent thereto.

Section 5. Function - The function of the Nominating and Governance Committee shall be to nominate a slate of persons recommended for election as officers of the Board.  This slate shall be considered by the members of the Board, but they are in no way required to vote for the names appearing on the slate. Nominations may also be made by Board members. The Nominating and Governance Committee shall also provide guidance to the Chairman and the President regarding Board governance and Trustee policies and practices.

## ARTICLE XI
## Advisory Committee on the Arts

Section 1. Appointment - The Advisory Committee on the Arts, as established by Section 2(c) of the Act, shall be designated by the President of the United States to serve at his or her pleasure.  The President of the United States shall designate the Chair thereof.

Section 2. Duties - As set forth in Section 2(c) of the Act, the Advisory Committee on the Arts shall advise and consult with the Board and make recommendations to the Board regarding existing and prospective cultural activities to be carried on in the Center, and shall also assist the Board in soliciting gifts, bequests or devises of money, securities, or other property for the benefit of the Center pursuant to Section 5(a) of the Act and Article IV, Section 1, of these Bylaws.  When invited by the Chair of the Board, the Chair of the Advisory Committee on the Arts and such members thereof as may be designated by the Chair of the Board shall attend the meetings of the Board or Executive Committee in a consultative capacity, but such persons shall have no vote.

## ARTICLE XII
## Duties of Officers

Section 1. Chair of the Board - The Chair of the Board shall preside at all meetings of the Board and the Executive Committee.  He or she shall be an ex officio member of all committees except the Nominating and Governance Committee.  Except as otherwise provided by these Bylaws, he or she shall appoint the members of all committees. The Chair shall have general authority to conduct and oversee the operations of the Kennedy Center, subject to the direction of the Board.

Section 2.  President – Subject to the general authority of the Chair and subject to the direction of the Board, the President shall have the managerial authority to conduct the operations of the Kennedy Center.

Section 3. Vice Chair - The Vice Chair or Vice Chairs shall perform such duties and have such powers as may be delegated to them.  In the absence of the Chair, the Vice Chair who is designated by the Chair to serve as Acting Chair during his or her absence or inability to perform his or her duties, may appoint Special Committees and shall have the power to perform the duties of the Chair.

Section 4. Treasurer - The Treasurer shall keep the accounts of the Board and shall have the care and custody of all monies belonging to the Board. He or she shall keep proper books and records showing all receipts and expenditures. He or she shall render an annual report in writing as to the financial condition of the Board and as from time to time he or she may be requested by the Board or by the Executive Committee. He or she shall furnish such surety bond, at the expense of the Board, as the Board or the Executive Committee may from time to time require. He or she shall exercise all duties incident to the office of Treasurer. In the absence of the Treasurer, the Assistant Treasurer shall have the power and perform the duties of the Treasurer. The Treasurer shall determine the duties of the Assistant Treasurers, if more than one is elected and serving in office. The Assistant Treasurers shall also furnish such surety bonds, at the expense of the Board, as the Board may from time to time require.

Section 5. Secretary - (a) The Secretary shall keep the record of all proceedings of all meetings of the Board. He or she shall have the custody of all records and papers relating to the business of the Board. He or she shall prepare and issue all notices required to be given to the members of the Board. He or she shall be permitted to attend the meetings of all Committees except the Nominating and Governance Committee.

(b) The Secretary shall also be Secretary of the Kennedy Center and shall be well qualified by experience and training to perform the duties of this office.

(c) In the absence of the Secretary, the Assistant Secretary shall have the power to perform the duties of the Secretary.

Section 6. General Counsel - The General Counsel shall perform the duties customarily rendered by counsel for any agency, corporation or other organized body and any other appropriate duties requested by the Board or the Executive Committee. Without limiting the foregoing, more particularly, the General Counsel shall advise the Board, its officers, agents and employees in all relevant legal matters, rendering written legal opinions where appropriate; prepare or review all useful or necessary contracts, deeds or other instruments; prosecute and defend any and all relevant legal actions or proceedings; and represent the Board in its relationships of a legal nature, with any governmental or quasi-governmental authorities.

## ARTICLE XIII
## Removals

Any officer of the Board or members of any committees may be recommended for removal only by the affirmative vote of two-thirds of the members of the Board present at a special meeting of the Board called for the purpose of considering such a removal, or by the Chair if appointed by the Chair.

## ARTICLE XIV
## Voting for Officers

Section 1. Persons receiving a majority of the votes for each office shall be declared elected. Election or appointment shall be for a term of one year and until a successor is elected or appointed and qualified. In the event a vacancy in the positions of the Chair or Secretary occurs during such year, the Board shall elect a replacing officer to serve until a successor is elected and qualified.

Section 2. Method of Voting - Voting for officers shall be by voice vote unless ballots or other appropriate method of vote tabulation are requested by not less than three members of the Board. Where it becomes necessary to elect a replacement due to a vacancy, election may be made by the Board at a special meeting called for that purpose. At such meeting, the voting shall be by voice vote unless ballots or other appropriate method of vote tabulation are called for by at least three members of the Board.

Section 3. Voting by Mail - Voting shall be allowed by mail if authorized by the Executive Committee.


## ARTICLE XV
## Minutes

Minutes of the Meetings of the Board, of the Executive Committee, and of all other Committees, shall be prepared by the Secretaries of the respective committees and filed with the Secretary of the Board. Copies of the minutes of the meetings of the Board and the Executive Committee shall be sent to all members of the Board after the meeting is adjourned. The Chair may, from time to time, direct the Secretary of the Board to send to all members of the Board copies of minutes of other committees which the Chair feels should be brought to their attention.


## ARTICLE XVI
## Annual Report

The Board shall submit to the Smithsonian Institution and to Congress as required by Section 6(c) of the Act an annual report of its operations under the Act, including a detailed statement of all public and private monies received and disbursed by it.


## ARTICLE XVII
## Seal

The Board is authorized to adopt an official seal which may be altered by the Board at its discretion.


## ARTICLE XVIII
## Execution of Instruments, etc.

Section 1. Contracts, etc. ; How Executed - The Chair or Board may authorize any officer or officers, agent or agents, to enter into any contract or to execute and deliver any instrument in the name of or on behalf of the Kennedy Center, and such authority may be general or confined to specific instances. No instrument required to be signed by more than one officer shall be signed by the same individual in more than one capacity.

Section 2. Checks, Drafts, etc. - All checks, drafts, or other orders for the payment of money, notes, acceptances, or other evidence of indebtedness issued in the name of the Kennedy Center, shall be signed by such an officer or officers, agent or agents of the Kennedy Center, and in such a manner as shall be determined from time to time by the Chair or by resolution of the Board.

Section 3.  Authority of the President -- The President shall have general authority to enter into any contract or to execute and deliver any instrument in the name of or on behalf of the Kennedy Center that arises in the ordinary course of business and to sign checks, drafts, or other orders for the payment of money, notes, acceptances, or other evidence of indebtedness issued in the name of the Kennedy Center and arising in the ordinary course of business.  The President may delegate such authority to subordinates as the President deems appropriate.


## ARTICLE XIV
## Indemnification of Trustees and Others

Each Trustee and the executor, administrator or other legal representative of any Trustee shall be indemnified by the Board against reasonable costs, liabilities, expenses and counsel fees paid or incurred in connection with any action, suit or proceeding to which such Trustee or his or her executor, administrator or other legal representative may hereafter be made a party by reason of his or her being or having been such Trustee; provided, (1) said action, suit or proceeding shall be prosecuted against such Trustee or against his or her executor, administrator or other legal representative to final determination, and it shall be finally adjudged in said action, suit or proceeding that he or she had acted in good faith and without any willful default or gross negligence in the performance of his or her duty to the Board, or (2) said action, suit or proceeding shall be settled or otherwise terminated as against such Trustee or his or her executor, administrator or other legal representative without a final determination on the merits, and it shall be determined that such Trustee had acted in good faith and without any willful default or gross negligence in the performance of his or her duty to the Board, such determination to be made by a majority of the members of the Board who were not parties to such action, suit or proceeding, though less than a quorum, or by any one or more disinterested persons to whom the question may be referred by the Board.  For purposes of the preceding sentence:  (a) `action, suit or proceeding' shall include every civil action, suit or proceeding, or legislative inquiry; (b) the right of indemnification conferred thereby shall extend to any threatened action, suit or proceeding and the failure to institute it shall be deemed its final determination; and (c) advances may be made by the Board against costs, expenses and fees as, and upon the terms, determined by the Board, provided that such terms shall include a requirement to repay all amounts advanced if it is ultimately determined that the person receiving indemnification is not entitled to be indemnified under this Article or otherwise.  The Board shall indemnify each executive officer, representative or employee (including Trustees, officers and other persons who serve ex officio or at the request of the Board as directors or officers of another organization) to the same extent that it does a Trustee, but only to the extent that such organization shall fail to provide such indemnification.  The foregoing right of indemnification shall not be exclusive of any other rights to which any Trustee, officer, employee or representative may be entitled as a matter of law or which may be lawfully granted to him or her and the indemnification hereby granted by the Board shall be in addition to and not in restriction or limitation of any other privilege or power which by the Board may lawfully exercise with respect to the indemnification or reimbursement of Trustees, officers, employees or representatives.  Such indemnification shall apply although the person to be indemnified is no longer a Trustee, officer, employee or representative of the Board.

In no case, however, shall the Kennedy Center indemnify, reimburse, or insure any person for any taxes imposed on such individual under Chapter 42 of the Internal Revenue Code of 1986, as now in effect or as hereafter may be amended.

If any part of this Article shall be found in any action, suit, or proceeding to be invalid or ineffective, the validity and the effectiveness of the remaining parts shall not be affected.

## ARTICLE XX
## Amendments

Section 1. In Person - These Bylaws may be amended at any meeting of the Board by an affirmative vote of at least two-thirds of the members of the Board present, provided notice of the intention to amend shall have been contained in the notice of the meeting.

Section 2. By Mail - A proposal for the amendment of these Bylaws may be made by the Chair of the Board or by concurrence of at least three members of the Board, in writing, and shall be filed with the Secretary of the Board. A copy of such proposed amendment shall then be mailed to each member of the Board by the Secretary of the Board. The proposed amendment shall be adopted upon the filing with the Secretary of the Board consents signed by two-thirds of all members of the Board, approving the adoption of the proposed amendment.

S: Board of Trustees/Manual Docs/Bylaws

Revised [January 13, 2021]

# Standing Committees of the Board

## Artistic Advisory Committee

The Artistic Advisory Committee works with the Kennedy Center President and Senior Vice President for Artistic Planning to review the long-term artistic vision and strategy for the Kennedy Center.

- The Committee will review the annual season program to consider overarching themes and narratives for artistic programming.
- The Committee will provide guidance to the Senior Vice President for Artistic Planning regarding the effectiveness of the season programming in meeting the Center's mission and artistic vision.
- The Committee will discuss artistic goals that maximize the Center's role as a local, national, and international center for the performing arts.

Two to three meetings per year.

Contact:        Monica Holt, Senior Vice President, Artistic Planning
Phone:          202-416-8042
Email:           mholt@kennedy-center.org

## Audit Committee

The Audit Committee assists the Board of Trustees in overseeing:

- The accounting, timely reporting, and financial practices of the Center, including the integrity of the Center's financial statements and regulatory filings.
- The Center's system of internal controls regarding finance, accounting, legal, and regulatory compliance.
- The qualifications, independence, compensation, activities, and performance of the Center's independent auditors with respect to both audit and non-audit services performed for the Center.
- The Center's Enterprise Risk Management (ERM) program.
- The administrative process for reviewing potential conflicts of interest and addressing concerns or complaints about questionable internal control, accounting, or audit related matters.

Members of the Audit Committee should preferably have experience in banking, law, public and private financing, or investment management. The Audit Committee operates independently from the staff and the Finance Committee.

# Audit Committee, cont

Primary Ongoing Responsibilities:

- On an annual basis, engage an external and independent firm to conduct the annual financial audit.
- Meet with the auditors at least twice annually.  One meeting is to review the scope and general extent of the plans for the annual financial audit.  The second meeting is to review the Center's annual audited financial statement and consider any recommendations made.
- Report to the full Board on Committee activity.

Three meetings per year + additional as needed.

Contact:        Stacey Johnson, Chief Financial Officer, Finance
Phone:          202-416-8403
Email:           sbjohnson@kennedy-center.org


# Building and Grounds Committee

The Building and Grounds Committee assists the Board of Trustees by ensuring the proper use of appropriated funds and reviewing the operations and maintenance of the Kennedy Center facilities to ensure that the facilities meet the high standards befitting a national memorial.  The Committee also provides oversight and guidance on the planning and execution of major capital projects of the Kennedy Center.  This includes review and oversight of:

- Major building and grounds projects across the Center to evaluate against priorities, timing, funding, and impact.
- The phasing and implementation of the Comprehensive Building Master Plan.
- Staffing levels dedicated for the operation, maintenance and capital repair of the facility to ensure adequate manpower is allocated to execute the proper maintenance of the facility.

Three to four meetings per year

Contact:        Ash Zachariah, Executive Vice President & General Counsel
Phone:          202-579-6970
Email:           azachariah@kennedy-center.org

# Development and Events Committee

The role of the Development and Events Committee is to review and advise on fundraising strategies for the Kennedy Center, including the National Symphony Orchestra, the Washington National Opera, and the Center's signature fundraising events, including our largest annual fundraiser, the Kennedy Center Honors. Committee members' primary responsibility is to provide strategic guidance on our priorities and monitor progress against the Trustee-approved budget.

- Give strategic guidance on development's operating plan, identify resources needed to achieve objectives, and assist with cultivation and fundraising strategies.
- Serve as an advisor on campaign strategies and assist with implementing elements of campaign plans.
- Serve as an advisor for signature fundraising events, including budgetary and programmatic strategies
- Ensure that the administration of the Kennedy Center Honors program encompasses best practices, fulfills the Center's mission to acknowledge excellence in the performing arts.
- Provide the Executive Committee with updates related to all of the above and participate in Board of Trustee meetings.

Three to four meetings per year.

Contact:        Leslie Miller, Senior Vice President, Development
Phone:         202-416-8389
Email:          ljmiller@kennedy-center.org



# Education Committee

The Education Committee reviews and advises on all education activities of the Kennedy Center, which includes:

- Educational performances and programs geared towards students and families
- Resources and professional development for educators
- Classes, workshops, competitions, and opportunities for young artists
- Gatherings, national collaborations, and conferences to foster the sharing of promising practices in arts education
- Development and maintenance of local, regional, and national educational networks of the Kennedy Center, including the creation, collection, and dissemination of arts education information and research
- Commitment to supporting people of all abilities as they visit the Center and across the country

The Education Committee assists staff in evaluating the effectiveness of Kennedy Center education initiatives within the District of Columbia, regionally, and nationally. Committee members provide advice in identification of resources necessary to meet the Center's educational mission and connections to other programs and initiatives which may support or inform the Center's work.

Committee members should be knowledgeable about the role of the arts in education and the importance in individual lives. Membership should reflect the geographic and cultural diversity of the local, regional, and national communities served by the Kennedy Center.

Primary Responsibilities:

- Annually review program strategies and provide guidance on the plan for educational programs.
- Review and provide guidance on the impact/effectiveness of education initiatives and programs.
- Recommend local and national community outreach activities and approaches to expand educational services to new populations.
- Advise the President and the Senior Vice President for Development about funding opportunities to support the Center's educational objectives.

Three meetings per year.

Contact:      Jordan LaSalle,  The A. James Clark Vice President of Education
Phone:        202-416-8850
Email:        jclasalle@kennedy-center.org

# Finance Committee

The Finance Committee provides oversight of the financial affairs and policies of the Center and affiliates with specific emphasis on trust funded operations and activities. The Committee specifically provides oversight on the Center's debt facilities, banking operations, and the Center's endowment, strategy, and investment guidelines. The Committee also provide guidance on long term financial planning.

Members of the Finance Committee should include individuals experienced in banking, law, public and private financing, or investment management.

- Review and present annual operation budget for adoption.
- Monitor interim and annual financial performance against the budget and report to the Board.
- Establish policies and guidelines governing the management and investment of the endowment fund and monitor financial performance.
- Select and designate all portfolio managers.

Four to six meetings per year.

Contact:        Stacey Johnson, Chief Financial Officer, Finance
Phone:         202-416-8403
Email:          sbjohnson@kennedy-center.org

# Human Resources Committee

The Human Resources Committee reviews the Center's compensation (e.g. salaries, bonuses, and incentives) philosophy and policies, and provides advice and counsel to the Center's human resources function.  The Committee also advises the Chairperson of the Board with respect to reasonable compensation for the President, reviews compensation for certain other senior trust positions based on recommendations by the President, and reviews Executive (President's and other designated Senior Management) Travel Expenses for reasonableness and compliance to Center policy.

Primary Responsibilities:
- Review and oversee the Center's compliance with the requirements of the IRS Code relating to the reasonableness of compensation and benefits for the President and other senior trust employees in a position to exercise substantial influence over the affairs of the Center.  Such positions will exclude senior artistic positions.

Two to three meetings per year.

Contact:        Ash Zachariah, Executive Vice President & General Counsel
Phone:         202-579-6970
Email:          azachariah@kennedy-center.org

# Nominating and Governance Committee

The Nominating & Governance Committee is responsible for recommending the Kennedy Center's annual slate of officers and regularly reviewing the bylaws and charters and Board actions to ensure compliance.

Primary Responsibilities:
- Analyze the current and anticipated leadership needs of the Board.
- Assist in the orientation of new Trustees and orientation materials.
- Consult with the Chairman and submit nominations for Board of Trustee slate of officers at the annual meeting.
- Recommend members for the Executive Committee, Standing Committees, and other boards and committees as appropriate.
- Ensure compliance with the Center's bylaws and charters.

One to two meetings per year.

Contact:        Deborah Rutter, President
Phone:          202-774-0246
Email:           dfrutter@kennedy-center.org

Contact:        Ash Zachariah, Executive Vice President & General Counsel
Phone:          202-579-6970
Email:           azachariah@kennedy-center.org

# Strategic Planning Committee

The Strategic Planning Committee works with the President and Kennedy Center staff to develop and oversee implementation of a long term strategic plan for the Kennedy Center.  The Committee will review, assess, and provide input on vision, goals, and key priorities of the organization, monitor progress and provide guidance on implementation.

Primary Responsibilities:
- Provide guidance on the Strategic Planning process to ensure appropriate involvement of stakeholders.
- Provide expertise and input into the formulation of the Kennedy center vision, goals, and key priorities.
- Review findings and recommendations of outside consultants.
- Provide oversight on ongoing implementation of the plan.

Three meetings per year.

Contact:        Deborah Rutter, President
Phone:          202-774-0246
Email:           dfrutter@kennedy-center.org

# Advisory Committees of the Board

## Congressional Advisory Committee

The purpose of the Kennedy Center Congressional Advisory Committee (Committee) is to provide a forum for discussions and networking, and to provide advice, feedback, and recommendations to the Board of Trustees (Board) and Kennedy Center leadership and staff on plans, programs, and activities of the Center.

Primary Responsibilities:
- Committee members will engage in strategic dialogue and participate in discussions that will help the organization in capitalizing and responding to needs and trends and contribute to the future direction of the Center.
- Provide support and insight into proposed federal legislation that could impact the Center and its activities.
- Assist the Center in increasing awareness of the Center's federal mission related to programming, arts education, and as the living memorial to President John F. Kennedy.

Two meetings per year in person in Washington, D.C.

Contact:        Laurie McKay, VP of Government Relations & Protocol
Phone:         202-389-2109
Email:          klmckay@kennedy-center.org

