# Exhibit C

JOHN F. KENNEDY CENTER FOR THE PERFORMING ARTS
Washington, D.C.

**BYLAWS
OF
THE BOARD OF TRUSTEES
OF THE
JOHN F. KENNEDY CENTER FOR THE PERFORMING ARTS**

(As approved by the Board of Trustees, April 27, 1959, revised and re-issued following action by the Board on January 19, 1962 and revised and re-issued following approval by the Board on March 9, 1964; and amended further on May 17, 1965, January 29, 1968, August 15, 1975, December 4, 1982, November 30, 1987, April 15, 2002, May 8, 2017, January 29, 2020, January 13, 2021 and May 19, 2025)

**BYLAWS
OF THE BOARD OF TRUSTEES
OF THE
JOHN F. KENNEDY CENTER FOR THE PERFORMING ARTS**

## ARTICLE I
### Establishment

Section 1. Pursuant to the National Cultural Center Act (Public Law 85-874, 72 Stat. 1698) as amended, presently known as the "John F. Kennedy Center Act" (Public Law 88-260, 78 Stat. 4) signed by President Johnson on January 23, 1964, there was established, on September 2, 1958, in the Smithsonian Institution a bureau which is directed by a Board known as the Trustees of the John F. Kennedy Center for the Performing Arts (hereinafter sometimes referred to as the "Board") whose duty it is to maintain and administer the John F. Kennedy Center for the Performing Arts (hereinafter sometimes referred to as the "Center" or the "Kennedy Center" and site thereof and execute such other functions that are vested in the Board by the John F. Kennedy Act (hereinafter sometimes referred to as the "Act").

Section 2. These Bylaws are promulgated pursuant to the authority of Section 6(a) of the Act, which provides in pertinent part as follows:

> "The Board is authorized…to make such Bylaws, rules, and regulations, as it deems necessary for the administration of its functions under this Act, including, among other matters, Bylaws, rules, and regulations relating to the administration of its trust funds and the organization and procedure of the Board. "

Section 3. The principal office shall be located within the limits of the District of Columbia at such address as the Board may select. Other offices may be located at such other places within and without the District of Columbia as the Board may from time to time determine.

## ARTICLE II
### General Concept and Specific Purposes

Section 1. The Center had its genesis under the Eisenhower Administration and was originally conceived by a bi-partisan Congress to stand as a monument to America's cultural maturity and to her realization that the conquest of material things cannot stand the test of time until they find fruition in the realm of the mind and soul. The peoples of fifty sovereign states, sharing a love for the political freedoms of self-government, seek in the creation of a cultural center a concrete expression of their common attachment to the arts. A desire to express this common attachment to the arts was felt most strongly by our late President, John Fitzgerald Kennedy. Accordingly, it was most fitting to rename the National Cultural Center, as the John F. Kennedy Center for the Performing Arts, in honor

of the late President.  No memorial could serve as a better tribute to his spacious view of the role of the arts in the development of the American civilization.  The establishment of a climate in which the arts could flourish, and every person could find opportunity for expression of his or her noblest thoughts and deepest passions, was a central objective of his Administration.  This was, to him, one of the challenges of the free American society.  The John F. Kennedy Center for the Performing Arts is an effort to contribute to such a climate.

Section 2. The specific purposes of the Board are:

1. To construct for the Smithsonian Institution a building to be designated as the John F. Kennedy Center for the Performing Arts on a site in the District of Columbia bounded by the Inner-loop Freeway on the east, the Theodore Roosevelt Bridge approaches on the south, Rock Creek Parkway on the west, New Hampshire Avenue and F Street on the north, which shall be selected for such purposes by the National Capital Planning Commission.  Such building shall be in accordance with plans and specifications approved by the Commission of Fine Arts.

2. To maintain and administer the Center for the Performing Arts and site thereof.

3. To execute such other functions as are vested in the Board by the Act.

## ARTICLE III
### Duties

Section 1. Programs, Activities, and Goals -

(a) In general ----The Board shall----

    (1) present classical and contemporary music, opera, drama, dance, and other performing arts from the United States and other countries;

    (2) promote and maintain the John F. Kennedy Center for the Performing Arts as the National Center for the Performing Arts----

        (A) by developing and maintaining a leadership role in national performing arts education policy and programs, including developing and presenting original and innovative performing arts and educational programs for children, youth, families, adults and educators designed specifically to foster an appreciation and understanding of the performing arts;

        (B) by developing and maintaining [,] a comprehensive and broad program for national and community outreach, including establishing model programs for adaptation by other presenting and educational institutions; and

        (C) by conducting joint initiatives with the national education and outreach programs of the VSA arts, an entity affiliated with the John F. Kennedy Center for the Performing Arts, which has an established program for the identification, development and implementation of model programs and projects in the arts for disabled individuals;

    (3) strive to ensure that the education and outreach programs and policies of the John F. Kennedy Center for the Performing Arts meet the highest level of excellence and reflect the cultural diversity of the Nation;

    (4) provide facilities for other civic activities at the John F. Kennedy Center for the Performing Arts;

    (5) provide within the John F. Kennedy Center for the Performing Arts a suitable memorial in honor of the late President.

      (6) develop, and update annually, a comprehensive building needs plan for the features of the John F. Kennedy Center for the Performing Arts in existence on the date of enactment of the John F. Kennedy Center Act Amendments of 1994;

      (7) with respect to the building and site of the John F. Kennedy Center for the Performing Arts, plan, design, and construct each capital repair, replacement, improvement, rehabilitation, alteration, or modification necessary to maintain the functionality of the building and the site at current standards of life, safety, security, and accessibility;

      (8) provide----

          (A) information and interpretation; and

          (B) with respect to each feature of the building and site of the John F. Kennedy Center for the Performing Arts, all necessary maintenance, repair, and alteration of, and all janitorial, security, and other services and equipment necessary for the operations of, the building and site, in a manner consistent with requirements for high quality operations; and

      (9) ensure that safe and convenient access to the site of the John F. Kennedy Center for the Performing Arts is provided for pedestrians and vehicles.

## ARTICLE IV
### Powers

Section 1. The Board is authorized to solicit and accept and to hold and administer gifts, bequests, or devises of money, securities, or other property of whatsoever character for the benefit of the Center.

Section 2. The Board is authorized to receive any appropriations pursuant to Section 8 of the Act and any payment, including any which may be made under Section 10 of the Act, for use in accordance with the Act.

Section 3. Unless otherwise restricted by the terms of the gifts, bequest, or devise, the Board is authorized to sell or exchange and to invest and reinvest in such investments as it may determine from time to time the monies, securities, or other property composing trust funds given, bequeathed, or devised to or for the benefit of the Center.

Section 4. The income as and when collected shall be placed in such depositories as the Board shall determine and shall be subject to expenditure by the Board.

Section 5. The Board has all the usual powers and obligations of a trustee in respect of all trust funds administered by it.

Section 6. (a) The Board has the power to borrow where such borrowing is necessary to accomplish the purposes of the Act.

(b) The Board has the power to issue revenue bonds to the Secretary of the Treasury payable from revenues accruing to the Board pursuant to the terms and limitations of Section 9 of the Act.

Section 7. The actions of the Board, relating to performing arts and to payments made or directed to be made by the Board from any trust funds, shall not be subject to review by any officer or agency other than a court of law.

Section 8. The Board is authorized to fix the compensation and duties of all the officers and employees of the Center and to contract for professional and other services as may be necessary for the efficient administration of the functions of the Board.

## ARTICLE V
## Membership of the Board

Section 1. Membership-The Board shall be composed of—ex officio non-voting members and general trustee voting members.

(a) the Secretary of Health and Human Services;

(b) the Librarian of Congress;

(c) the Secretary of State;

(d) the Chairperson of the Commission of Fine Arts;

(e) the Mayor of the District of Columbia;

(f) the Superintendent of Schools of the District of Columbia;

(g) the Director of the National Park Service;

(h) the Secretary of Education;

(i) the Secretary of the Smithsonian Institution;

(j)      (1) the Speaker and the Minority Leader of the House of Representatives;

         (2) the Chairperson and ranking minority member of the Committee on Transportation and Infrastructure of the House of Representatives; and

         (3) 3 additional Members of the House of Representatives appointed by the Speaker of the House of Representatives;

(k)      (1) the Majority Leader and the Minority Leader of the Senate;

         (2) the Chairperson and ranking minority member of the Committee on Environment and Public Works of the Senate; and

         (3) 3 additional Members of the Senate appointed by the President of the Senate; and

(l) 36 general trustees, who shall be citizens of the United States, to be appointed in accordance with Section 2.

Section 2. General Trustees----The general trustees shall be appointed by the President of the United States.  Each such trustee shall hold office as a member of the Board for a term of 6 years, except that----

(a) any member appointed to fill a vacancy occurring prior to the expiration of the term for which the predecessor of the member was appointed shall be appointed for the remainder of the term; and

(b) a member shall continue to serve until the successor of the member has been appointed.

(c) a member shall serve at the pleasure of the President

## ARTICLE VI
### Management and Officers

Section 1. Management - The management of the Board and the control of its property and affairs shall be vested in the Board. The Chair may appoint a President to function as the chief executive officer of the John F. Kennedy Center for the Performing Arts to perform such duties and to be compensated commensurate to the position.

Section 2. (a) Chair and Secretary. The Board shall appoint a Chair of the John F. Kennedy Center for the Performing Arts, who shall serve as the Chief Executive Officer of the Center, and a Secretary of the John F. Kennedy Center for the Performing Arts. The Chair and Secretary shall be well qualified, by experience and training to perform the duties of their respective offices.

(b) Other Officers - A Vice Chair or Vice Chairs, Treasurer, General Counsel and Kennedy Center President shall be elected by the Board at the annual meeting of the Board, or a subsequent special meeting subject to the authority of the Chair to appoint officers. The Chair shall be a member of the Board. The Vice Chair or Vice Chairs, Treasurer, General Counsel, Secretary and President need not be members of the Board.

(c) Senior Level Executive and Other Employees. The Chair of the John F. Kennedy Center for the Performing Arts may appoint----

    (1) a senior level executive who, by virtue of the background of the individual, shall be well suited to be responsible for facilities management and services and who may, without regard to the provisions of title 5, United States Code, be appointed and compensated with appropriated funds, except that the compensation may not exceed the maximum rate of pay prescribed for level IV of the Executive Schedule under section 5315 of title 5, United States Code; and

    (2) such other officers and employees of the John F. Kennedy Center for the Performing Arts as may be necessary for the efficient administration of the functions of the Board.

## ARTICLE VII
### Meetings of the Board

Section 1. Annual Meeting - The annual meeting of the Board shall be held on the third Wednesday of January in Washington, D.C., or at such other place and time as may be designated by the Chair of the Board, at which time the election of officers shall be held. In the event such meeting is not so held, the meeting may be held at such time and place as shall be specified in a notice given as hereinafter provided for meetings of the Board.

Section 2. Special Meetings - Special meetings may be called any time by the Chair. Special meetings may also be called by the Board upon filing with the Secretary of the Board a written request of at least three members. Such written request shall specify the purposes for which the meeting is requested, and no business other than that specified in such purposes may be transacted at such special meetings. Special meetings may be held by telephone conference call or other electronic means.

Section 3. Notices of Meetings - Notice of any annual or special meeting shall be mailed, emailed, faxed, or telephoned to all members of the Board at least three days before the date of such meeting. Such notice shall set forth the place, date and time of such meeting and if the meeting is to be held by telephone conference or other electronic means, how to access the meeting.

Section 4. Waiver of Notice - Whenever any notice is required to be given under the provisions of these Bylaws a waiver thereof in writing or by email or fax, signed by the person or persons entitled to said notice, whether before or after the time stated therein, shall be deemed equivalent thereto.

Section 5. Quorum - As provided in Section 6(a) of the Act, the Board may function notwithstanding vacancies, twelve voting members of the Board shall constitute a quorum for the transaction of business, and the act of a majority of the Board members present at any meeting at which there is a quorum shall be the act of the Board.  If a quorum shall not be present at any meeting of the Board, the members present thereat may adjourn the meeting from time to time without notice other than an announcement at the meeting until a quorum shall be present.

Section 6. Voting - At all meetings of the Board, votes shall be by voice vote unless the Chair or one-half of the members present request voting by written ballot or polling of each participating member if the meeting is by telephone conference or other electronic means.

Section 7. Written Consent - Any action required or permitted to be taken at any meeting of the Board may be taken without a meeting if prior to such action notice of the proposed action is mailed, emailed, faxed, or telephoned to all members of the Board and a written consent thereof is signed by a majority of the members of the Board and such written consent is filed with the minutes of the proceedings of the Board.

## ARTICLE VIII
## Committees

Section 1. Committees of the Board: The Committees of the Board shall be:

**(a)**    The Executive Committee
**(b)**    The Nominating and Governance Committee
**(c)**    Standing Committees
**(d)**    Special and Ad Hoc Committees

Section 2. The establishment and powers of the Executive and Nominating and Governance Committees are hereinafter set forth in Articles IX and X, respectively.

Section 3. Standing Committees and Special and Ad Hoc Committees may be established by the Chair who will define their functions, powers and tenure.  Members thereof shall be appointed by the Chair.  The membership of these committees may be drawn from the Board of Trustees, the Advisory Committee on the Arts, and from the general public.  Members of any committee who are not Trustees shall not be counted for quorum purposes and shall not have the right to vote on matters before such committee.

Section 4.  Participation by Conference Call – Members of Board committees may participate in and act at any meeting of the committee through the use of a conference telephone or other similar communications equipment by means of which all persons participating in the meeting can communicate with each other, and such participation shall constitute attendance and presence in person.

## ARTICLE IX
## Executive Committee

Section 1. Composition of the Executive Committee - The Executive Committee shall consist of the following:  Chair, Vice Chair, Secretary, Treasurer, General Counsel, Kennedy Center President, Chair of the Nominating and Governance Committee, Chairs of Standing Committees, and such additional Trustees as may be appointed to the Executive Committee by the Chair.  Appointments of such additional Trustees as members of the committee shall be subject to the ratification of the Board of Trustees at its Annual Meeting or at any special meeting, or by mail ballot as provided by Article VII, Section 7, of these Bylaws.  The terms of appointed members of the Executive Committee shall

end as of the annual meeting of the Board next following these appointments, but the number of reappointments or terms shall in no way be limited by this provision.

The Chairman may also appoint up to three non-trustees to serve as Advisors to the Executive Committee. Non-trustee individuals that are appointed by the Chair to serve in this capacity may serve for up to three consecutive terms and may be considered for re-appointment to this position after at least one year of absence. Additionally, these appointments shall be subject to the ratification of the Board of Trustees at its annual meeting or at any special meeting, or by mail ballot as provided by Article VII, Section 7, of these Bylaws. Advisors to the Executive Committee are not members of the Committee and shall not be counted for quorum purposes and shall not have the right to vote on matters before the Executive Committee.

Section 2. Officers and Minutes - The Executive Committee shall have a Chair, a Vice Chair and a Secretary. The Chair of the Executive Committee shall be the Chair of the Board, and the Vice Chair shall be the Vice Chair of the Board or one of the Vice Chairs of the Board designated by the Chair, and the Secretary shall be the Secretary of the Center. The Committee shall keep regular minutes of its proceedings, which shall be sent to all members of the Board after the meeting is adjourned.

Section 3. Quorum and Voting - A majority of the Members of the Board who are on the Executive Committee shall constitute a quorum at any meeting and the Executive Committee may act by majority vote of those Members of the Board present or participating if the meeting is by telephone conference or other electronic means.

Section 4. Meetings - Meetings of the Executive Committee shall be fixed by the Chair and held at such times and places as may be fixed by him or her. Notice of such meeting shall be communicated by mail, email, fax or telephone by the Secretary of the Executive Committee to all members thereof at least three days in advance of the meeting. A waiver of notice of meeting, signed or confirmed by the person entitled thereto, whether before or after the time stated therein shall be deemed equivalent thereto. Meetings may be held by telephone conference call or other electronic means.

Section 5. Functions and Powers - During the intervals between the meetings of the Board, the Executive Committee, to the extent lawfully delegated by the Board, may exercise the powers of the Board in the management of the business of the Board and shall prepare such recommendations for the consideration of the Board as it may deem appropriate.

Section 6. Any action required or permitted to be taken at any meeting of the Executive Committee may be taken without a meeting upon a mail ballot of that Committee, provided that prior to such actions notice of the proposed action is mailed, telephoned, emailed or faxed to all members of the Committee, and a written consent to said action and waiver of notice is signed by a majority of members of the Committee and such written consent is filed with the minutes of the proceedings of the Committee.

## ARTICLE X
### Nominating and Governance Committee

Section 1. Composition of Nominating and Governance Committee - The Nominating and Governance Committee shall consist of five members of the Board appointed by the Chair of the Board following an annual meeting of the Board but at least 30 days prior to the next scheduled annual meeting of the Board. No officer of the Board may serve on the Nominating and Governance Committee while holding office.

Section 2. Officers and Minutes - The Nominating and Governance Committee shall choose its own Chair and its own Secretary. It shall keep regular minutes of its proceedings and a copy of such minutes shall be filed with the Secretary of the Board. Meetings may be held by telephone conference or other electronic means.

Section 3. Quorum and Voting - A majority of the Nominating and Governance Committee shall constitute a quorum at any meeting and may act by a majority of those present or participating if the meeting is by telephone conference or other electronic means.

Section 4. Meetings - Meetings of the Nominating and Governance Committee shall be fixed by the Chair of the Nominating and Governance Committee and held at such times and places as may be fixed by him or her. Notice of such meeting shall be communicated by mail, email, fax or telephone by the Secretary of the Nominating and Governance Committee to all members thereof at least three days in advance of the meeting. A waiver of notice of a meeting, signed or confirmed by the person entitled thereto, whether before or after the time stated therein shall be deemed equivalent thereto.

Section 5. Function - The function of the Nominating and Governance Committee shall be to nominate a slate of persons recommended for election as officers of the Board. This slate shall be considered by the members of the Board, but they are in no way required to vote for the names appearing on the slate. Nominations may also be made by Board members. The Nominating and Governance Committee shall also provide guidance to the Chairman and the President regarding Board governance and Trustee policies and practices.

## ARTICLE XI
## Advisory Committee on the Arts

Section 1. Appointment - The Advisory Committee on the Arts, as established by Section 2(c) of the Act, shall be designated by the President of the United States to serve at his or her pleasure. The President of the United States shall designate the Chair thereof.

Section 2. Duties - As set forth in Section 2(c) of the Act, the Advisory Committee on the Arts shall advise and consult with the Board and make recommendations to the Board regarding existing and prospective cultural activities to be carried on in the Center, and shall also assist the Board in soliciting gifts, bequests or devises of money, securities, or other property for the benefit of the Center pursuant to Section 5(a) of the Act and Article IV, Section 1, of these Bylaws. When invited by the Chair of the Board, the Chair of the Advisory Committee on the Arts and such members thereof as may be designated by the Chair of the Board[,] shall attend the meetings of the Board or Executive Committee in a consultative capacity, but such persons shall have no vote.

## ARTICLE XII
## Duties of Officers

Section 1. Chair of the Board - The Chair of the Board shall preside at all meetings of the Board and the Executive Committee. He or she shall be an ex officio member of all committees except the Nominating and Governance Committee. Except as otherwise provided by these Bylaws, he or she shall appoint the members of all committees. The Chair shall have general authority to conduct and oversee the operations of the Kennedy Center, subject to the direction of the Board.

Section 2. President – Subject to the general authority of the Chair and subject to the direction of the Board, the President shall serve as the chief executive office of the John F. Kenned Center for the Performing Arts and shall have managerial authority and other duties commensurate to the office.

Section 3. Vice Chair - The Vice Chair or Vice Chairs shall perform such duties and have such powers as may be delegated to them. In the absence of the Chair, the Vice Chair who is designated by the Chair to serve as Acting Chair during his or her absence or inability to perform his or her duties, may appoint Special Committees and shall have the power to perform the duties of the Chair.

Section 4. Treasurer - The Treasurer shall keep the accounts of the Board and shall have the care and custody of all monies belonging to the Board. He or she shall keep proper books and records showing all receipts and expenditures. He or she shall render an annual report in writing as to the financial condition of the Board and as from time to time he or she may be requested by the Board or

by the Executive Committee.  He or she shall furnish such surety bond, at the expense of the Board, as the Board or the Executive Committee may from time to time require.  He or she shall exercise all duties incident to the office of Treasurer.  In the absence of the Treasurer, the Assistant Treasurer shall have the power and perform the duties of the Treasurer.  The Treasurer shall determine the duties of the Assistant Treasurers, if more than one is elected and serving in office.  The Assistant Treasurers shall also furnish such surety bonds, at the expense of the Board, as the Board may from time to time require. An Assistant Treasurer may be appointed by the Treasurer but is subject to approval by the Board by the next scheduled meeting.

Section 5. Secretary - (a) The Secretary shall keep the record of all proceedings of all meetings of the Board.  He or she shall have the custody of all records and papers relating to the business of the Board.  He or she shall prepare and issue all notices required to be given to the members of the Board.  He or she shall be permitted to attend the meetings of all Committees except the Nominating and Governance Committee. An Assistant Secretary may be appointed by the Secretary but is subject to approval by the Board of the next scheduled meeting.

(b) The Secretary shall also be Secretary of the Kennedy Center and shall be well qualified by experience and training to perform the duties of this office.

(c) In the absence of the Secretary, the Assistant Secretary shall have the power to perform the duties of the Secretary.

Section 6. General Counsel - The General Counsel shall perform the duties customarily rendered by counsel for any agency, corporation or other organized body and any other appropriate duties requested by the Board or the Executive Committee.  Without limiting the foregoing, more particularly, the General Counsel shall advise the Board, its officers, agents and employees in all relevant legal matters, rendering written legal opinions where appropriate; prepare or review all useful or necessary contracts, deeds or other instruments; prosecute and defend any and all relevant legal actions or proceedings; and represent the Board in its relationships of a legal nature, with any governmental or quasi-governmental authorities. Upon a vacancy in the General Counsel office, the President may appoint an Acting General Counsel to serve until a General Cousel is approved by the Board at a scheduled meeting.

## ARTICLE XIII
### Removals

Any officer of the Board or members of any committees may be recommended for removal only by the affirmative vote of two-thirds of the members of the Board present at a special meeting of the Board called for the purpose of considering such a removal, or by the Chair if appointed by the Chair.

## ARTICLE XIV
### Voting for Officers

Section 1. Persons receiving a majority of the votes for each office shall be declared elected. Election or appointment shall be for a term of one year and until a successor is elected or appointed and qualified.  In the event a vacancy in the positions of the Chair or Secretary occurs during such year, the Board shall elect a replacing officer to serve until a successor is elected and qualified.

Section 2. Method of Voting - Voting for officers shall be by voice vote unless ballots or other appropriate method of vote tabulation are requested by not less than three members of the Board. Where it becomes necessary to elect a replacement due to a vacancy, election may be made by the Board at a special meeting called for that purpose.  At such meeting, the voting shall be by voice vote unless ballots or other appropriate method of vote tabulation are called for by at least three members of the Board.

Section 3. Voting by Mail - Voting shall be allowed by mail if authorized by the Executive Committee.

## ARTICLE XV
### Minutes

Minutes of the Meetings of the Board, of the Executive Committee, and of all other Committees, shall be prepared by the Secretaries of the respective committees and filed with the Secretary of the Board. Copies of the minutes of the meetings of the Board and the Executive Committee shall be sent to all members of the Board after the meeting is adjourned. The Chair may, from time to time, direct the Secretary of the Board to send to all members of the Board copies of minutes of other committees which the Chair feels should be brought to their attention.

## ARTICLE XVI
### Annual Report

The Board shall submit to the Smithsonian Institution and to Congress as required by Section 6(c) of the Act an annual report of its operations under the Act, including a detailed statement of all public and private monies received and disbursed by it.

## ARTICLE XVII
### Seal

The Board is authorized to adopt an official seal which may be altered by the Board at its discretion.

## ARTICLE XVIII
### Execution of Instruments, etc.

Section 1. Contracts, etc. ; How Executed - The Chair or Board may authorize any officer or officers, agent or agents, to enter into any contract or to execute and deliver any instrument in the name of or on behalf of the Kennedy Center, and such authority may be general or confined to specific instances. No instrument required to be signed by more than one officer shall be signed by the same individual in more than one capacity.

Section 2. Checks, Drafts, etc. - All checks, drafts, or other orders for the payment of money, notes, acceptances, or other evidence of indebtedness issued in the name of the Kennedy Center, shall be signed by such an officer or officers, agent or agents of the Kennedy Center, and in such a manner as shall be determined from time to time by the Chair or by resolution of the Board.

Section 3. Authority of the President -- The President shall have general authority to enter into any contract or to execute and deliver any instrument in the name of or on behalf of the Kennedy Center that arises in the ordinary course of business and to sign checks, drafts, or other orders for the payment of money, notes, acceptances, or other evidence of indebtedness issued in the name of the Kennedy Center and arising in the ordinary course of business. The President may delegate such authority to subordinates as the President deems appropriate.

## ARTICLE XIX
### Indemnification of Trustees and Others

Each Trustee and the executor, administrator or other legal representative of any Trustee shall be indemnified by the Board against reasonable costs, liabilities, expenses and counsel fees paid or incurred in connection with any action, suit or proceeding to which such Trustee or his or her executor, administrator or other legal representative may hereafter be made a party by reason of his or her being or having been such Trustee; provided, (1) said action, suit or proceeding shall be prosecuted against such Trustee or against his or her executor, administrator or other legal representative to final determination, and it shall be finally adjudged in said action, suit or proceeding that he or she had acted in good faith and without any willful default or gross negligence in the

performance of his or her duty to the Board, or (2) said action, suit or proceeding shall be settled or otherwise terminated as against such Trustee or his or her executor, administrator or other legal representative without a final determination on the merits, and it shall be determined that such Trustee had acted in good faith and without any willful default or gross negligence in the performance of his or her duty to the Board, such determination to be made by a majority of the members of the Board who were not parties to such action, suit or proceeding, though less than a quorum, or by any one or more disinterested persons to whom the question may be referred by the Board.  For purposes of the preceding sentence:  (a) `action, suit or proceeding' shall include every civil action, suit or proceeding, or legislative inquiry; (b) the right of indemnification conferred thereby shall extend to any threatened action, suit or proceeding and the failure to institute it shall be deemed its final determination; and (c) advances may be made by the Board against costs, expenses and fees as, and upon the terms, determined by the Board, provided that such terms shall include a requirement to repay all amounts advanced if it is ultimately determined that the person receiving indemnification is not entitled to be indemnified under this Article or otherwise**.**  The Board shall indemnify each executive officer, representative or employee (including Trustees, officers and other persons who serve ex officio or at the request of the Board as directors or officers of another organization) to the same extent that it does a Trustee, but only to the extent that such organization shall fail to provide such indemnification.  The foregoing right of indemnification shall not be exclusive of any other rights to which any Trustee, officer, employee or representative may be entitled as a matter of law or which may be lawfully granted to him or her and the indemnification hereby granted by the Board shall be in addition to and not in restriction or limitation of any other privilege or power which by the Board may lawfully exercise with respect to the indemnification or reimbursement of Trustees, officers, employees or representatives.  Such indemnification shall apply although the person to be indemnified is no longer a Trustee, officer, employee or representative of the Board.

In no case, however, shall the Kennedy Center indemnify, reimburse, or insure any person for any taxes imposed on such individual under Chapter 42 of the Internal Revenue Code of 1986, as now in effect or as hereafter may be amended.

If any part of this Article shall be found in any action, suit, or proceeding to be invalid or ineffective, the validity and the effectiveness of the remaining parts shall not be affected.

## ARTICLE XX
### Amendments

Section 1. In Person - These Bylaws may be amended at any meeting of the Board by an affirmative vote of at least two-thirds of the members of the Board present, provided notice of the intention to amend shall have been contained in the notice of the meeting.

Section 2. By Mail - A proposal for the amendment of these Bylaws may be made by the Chair of the Board or by concurrence of at least three members of the Board, in writing, and shall be filed with the Secretary of the Board.  A copy of such proposed amendment shall then be mailed to each member of the Board by the Secretary of the Board.  The proposed amendment shall be adopted upon the filing with the Secretary of the Board consents signed by two-thirds of all members of the Board, approving the adoption of the proposed amendment.


S: Board of Trustees/Manual Docs/Bylaws
Revised May 19th 2025