# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOYCE BEATTY,<br><br>　　　　　　*Plaintiff*,<br>　v.<br><br>DONALD J. TRUMP *et al.*,<br><br>　　　　　　*Defendants*. | No. 25-CV-4480 (CRC) |

## DECLARATION OF KYLE FREENY

I, Kyle Freeny, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I represent Plaintiff Congresswoman Joyce Beatty in this matter. I submit this declaration in support of Plaintiff's Motion for Preliminary Injunction. I have personal knowledge of the facts stated herein except where stated otherwise.

2. Attached to this declaration as **Exhibit A** is a true and correct copy of the December 19, 2025, article published by NBC News entitled "New Trump-Kennedy Center sign is affixed to building facade despite concerns about legality."

3. Attached to this declaration as **Exhibit B** is a true and correct copy of the October 31, 2025, article published by the Washington Post entitled "Kennedy Center ticket sales have plummeted since Trump takeover."

4. Attached to this declaration as **Exhibit C** is a true and correct copy of the February 10, 2026, article published by the Wall Street Journal entitled "Behind Trump's Push to Remake the Kennedy Center in His Own Image."

5.  Attached to this declaration as **Exhibit D** is a true and correct copy of the February 18, 2026, article published by NPR entitled "Here's who's canceled their Kennedy Center performances since Trump took over."

6.  Attached to this declaration as **Exhibit E** is a true and correct copy of the February 1, 2026, post published on Truth Social by Donald J. Trump (@realDonaldTrump).

7.  Attached to this declaration as **Exhibit F** is a true and correct copy of the February 2, 2026, article published by Politico entitled "Trump says Kennedy Center renovation won't be a full tear-down."

8.  Attached to this declaration as **Exhibit G** is a true and correct copy of the February 24, 2026, email from "The Trump Kennedy Center" with the subject "This is YOUR chance!"

9.  Attached to this declaration as **Exhibit H** is a true and correct copy of the February 11, 2026, article published by Associate Press entitled "Kennedy Center head warns staff of cuts and 'skeletal' staffing during renovation closure."

10. Attached to this declaration as **Exhibit I** is a true and correct copy of the theater schedule from the Kennedy-Center.org website as of March 5, 2026.

11. Attached to this declaration as **Exhibit J** is a true and correct copy of the January 2015 Memorandum of Understanding regarding the Kennedy Center Expansion Project.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of March, 2026.

/s/ Kyle Freeny
Kyle Freeny
Washington Litigation Group
1717 K Street, NW, Suite 1120
Washington, D.C. 20006
(202) 521-8750
kfreeny@washingtonlitigationgroup.org

3