# Exhibit D

Case 1:25-cv-04480-CRC    Document 13-11    Filed 03/06/26    Page 2 of 27







DONATE

PERFORMING ARTS

# Here's who's canceled their Kennedy Center performances since Trump took over

UPDATED FEBRUARY 18, 2026 · 5:46 PM ET

By Ivy Buck, Anastasia Tsioulcas



A view of the Kennedy Center in Washington, D.C. on Jan. 10, 2026. Artists have cancelled performances at Washington D.C.'s premier performing arts center to protest its renaming to include President Donald Trump.

*Mandel Ngan/AFP via Getty Images*

When President Donald Trump was named chairman of the Kennedy Center's board in February 2025, backlash from ticket buyers, slated performers, and certain board members — including Shonda Rhimes — was swift.

One of the first performers to cancel was a touring production of the musical *Hamilton*. In a statement on X in March 2025, producer Jeffrey Seller said he opposed the Trump administration's ousting of many Democratic board members.

"The recent purge by the Trump Administration of both professional staff and performing arts events at or originally produced by the Kennedy Center flies in the face of everything this national center represents," wrote Seller.

Sponsor Message

Actress and writer Issa Rae followed suit with a post on Instagram, cancelling her sold-out March performance.

A slew of additional artists and performance companies canceled after Trump-appointed members of the Kennedy Center's board voted to rename the center

"The Donald J. Trump and The John F. Kennedy Memorial Center for the Performing Arts" in December. Congress has not yet authorized the name change. Since the power of the venue's board to rename the center is currently in dispute, NPR continues to refer to the Kennedy Center using its legal name.

Kennedy Center executive director Richard Grenell has responded to many cancellations on social media, condemning the artists. After Banjo player Béla Fleck canceled his performance because he said the center had become "political," Grenell wrote on X, "You just made it political and caved to the woke mob who wants you to perform for only Lefties."

"This mob pressuring you will never be happy until you only play for Democrats. The Trump Kennedy Center believes all people are welcome — Democrats and Republicans and people uninterested in politics. We want performers who aren't political — who simply love entertaining everyone regardless of who they voted for."

Find a running list of these cancellations below.

Sponsor Message

## Seth Parker Woods and Hilary Hahn

In a statement posted to his Instagram story, Grammy-nominated cellist Seth Parker Woods announced in mid-February that he and Grammy-winning violinist Hilary Hahn would not perform at the Kennedy Center in March.

"We have chosen to withdraw from our concerts at The Kennedy Center this March," the statement read. "We are sorry to not be with our friends and colleagues at the National Symphony Orchestra and hope to perform with them again in the future."

Woods and Hahn were set to perform alongside the NSO in the world premiere of composer Carlos Simon's Double Concerto Suite. According to the Kennedy Center's website, the performance will go on as scheduled, with the NSO's Ying Fu and Raymond Tsai filling in for Hahn and Woods on the violin and cello, respectively.

### Philip Glass

On Jan. 27, composer Philip Glass announced that he was withdrawing the world premiere of his Symphony No. 15 "Lincoln," which had been commissioned by the National Symphony Orchestra (NSO) to be performed at the Kennedy Center in June.

In a statement to the Kennedy Center board and the NSO, which Glass shared with NPR, the composer wrote: "Symphony No. 15 is a portrait of Abraham Lincoln, and the values of the Kennedy Center today are in direct conflict with the message of the Symphony. Therefore, I feel an obligation to withdraw this Symphony premiere from the Kennedy Center under its current leadership."

Glass received a Kennedy Center Honors Award in 2018 during the first Trump Administration, as well as a National Medal of Arts honor conferred by former President Barack Obama in 2010.



Philip Glass performs onstage at the 31st Annual Tibet House US Benefit Concert & Gala at Carnegie Hall on Mar. 3, 2018 in New York City.

*Ilya S. Savenok/Getty Images for Tibet House*

In a response emailed to NPR, the Kennedy Center's vice president for public relations, Roma Daravi, wrote: "We have no place for politics in the arts, and those calling for boycotts based on politics are making the wrong decision. We have not cancelled a single show. Leftist activists are pushing artists to cancel but the public wants artists to perform and create — not cancel under pressure from political insiders that benefit from creating division."

In the same email, Jean Davidson, the NSO's executive director, wrote: "We have great admiration for Philip Glass and were surprised to learn about his decision at the same time as the press."

— *Anastasia Tsioulcas, Culture Correspondent*

### Renée Fleming

The Kennedy Center announced in late January that Grammy-winning soprano Renée Fleming would not appear in concert with James Gaffigan and the National Symphony Orchestra in May 2026.

According to a statement on the Kennedy Center's website, "Renée Fleming regrets that, due to a scheduling conflict, she must withdraw from her May 2026 concerts with the NSO. A new soloist and repertoire will be announced at a later date, and the remainder of the program remains unchanged."

NPR has reached out to Fleming for comment.

Fleming was a Kennedy Center honoree in 2023, recognized for her lifetime of contributions to American music and operatic vocal performance. In February 2025, she announced on Facebook that she would be leaving her role as Artistic Advisor at Large to the Kennedy Center after both Chairman David Rubenstein and President Deborah Rutter were ousted by Trump.



Honoree U.S. opera soprano Renée Fleming attends the 46th Kennedy Center Honors gala at the Kennedy Center for the Performing Arts in Washington, DC, on Dec. 3, 2023.
*Kent Nishimura/AFP via Getty Images*

## Vocal Arts DC

In an Instagram statement posted on Jan. 20, Vocal Arts DC announced the cancellation of their upcoming spring vocal recitals at the Kennedy Center's Terrace Theater.

"Due to significantly lowered ticket sales, frequent refund requests, and a decline in donations, we have made the heartbreaking decision to cancel the remainder of our season at the Terrace Theater," the statement said. "This was not a decision we made lightly, but the financial realities have made it unfeasible to continue responsibly at this time."

Vocal Arts DC has a long history with the Kennedy Center, having celebrated their 35th anniversary during the 2024–2025 season.

## Brentano Quartet with Hsin-Yun Huang

In a statement posted to their website, the Brentano Quartet announced that their cancellation of a concert at the Kennedy Center set for Feb. 1:

"Owing to the recent changes at the John F. Kennedy Center, the Brentano Quartet and Hsin-Yun Huang have cancelled this engagement."

The quartet is currently the quartet-in-residence at Yale School of Music, and has performed worldwide to critical acclaim. Hsin-Yun Huang, a celebrated violist, was set to perform with the quartet at the Terrace Theater.

### Seattle Children's Theatre

On Jan. 19, the Seattle Children's Theatre, or SCT, announced that it would not bring *Young Dragon: A Bruce Lee Story* to the Kennedy Center in April as originally scheduled. In a public statement, the theater wrote that "this decision comes after deep listening and extensive dialogue with the artists, community partners, and the Bruce Lee family and foundation."

SCT Managing Director Kevin Malgesini said in the statement that "we were thrilled with the opportunity of celebrating a bicoastal world premiere. However, the landscape in which the *Young Dragon* was originally created has changed to an extent that after careful consideration, we have come to the decision that this is not the right time to transfer a SCT production to the Kennedy Center."

*Young Dragon: A Bruce Lee Story* will have its worldwide premiere in Seattle on Feb. 20. There are no current plans to bring the show to the nation's capital, but SCT is "open to having conversations with interested venues" across the country for the 2026–2027 season, according to an email sent to NPR.

![Dancers with the Martha Graham Dance Company perform a scene from "Diversions of Angels" during a dress rehearsal at the Joyce Theater in New York on Sept. 12, 2007.]

Dancers with the Martha Graham Dance Company perform a scene from "Diversions of Angels" during a dress rehearsal at the Joyce Theater in New York on Sept. 12, 2007. Founded in 1926, the Martha Graham Dance Company is the oldest dance company in America.

*Timothy A. Clary/AFP via Getty Images*

## The Martha Graham Dance Company



**HISTORICAL ARCHIVES**
**An Athlete of God**

The Martha Graham Dance Company announced its withdrawal from spring 2026 programming at the Kennedy Center on Jan. 16.

"The Martha Graham Dance Company regrets that, for a variety of reasons, we are unable to perform at the Kennedy Center in April," the company wrote in a statement to NPR. "We hope to perform at the center in the future."

The Martha Graham Dance Company — which is the oldest dance company in the United States — was scheduled to stop at the Kennedy Center for a two-day run in early April as part of its nationwide centennial tour. Its founder, Martha Graham, was a 1979 Kennedy Center Honoree recognized as the "mother of modern dance."



Christine Goerke, in the part of Florencia, sings during a performance of "Florencia in the Amazon," presented by the Washington National Opera, at the John F. Kennedy Center for the Performing Arts in Washington, D.C. on Sept. 17, 2014.

*Saul Loeb/AFP via Getty Images*

## The Washington National Opera

On Jan. 9, the Washington National Opera announced its decision to leave the Kennedy Center, its home since 1971. According to an email statement sent to NPR, the decision came in response to new policies which the 70-year-old performing arts group said strain its financial model.

The Washington National Opera stressed the "amicability" of its decision to end its longtime residency at the Kennedy Center. But it said the center's new business model, which requires productions to be fully-funded in advance, is incompatible with the usual mix of ticket sales, grants and donations that cannot all be secured ahead.

"Opera companies typically cover only 30-60% of costs through ticket sales, with the remainder from grants and donations that cannot be secured years ahead when productions must be planned," the statement said.



**PERFORMING ARTS**

**Washington National Opera leaves Kennedy Center, joining slew of artist exits**

On social media, the Kennedy Center's Grenell said it was the center's decision to sever ties with the opera company — and not the other way around.

"The Trump Kennedy Center has made the decision to end the EXCLUSIVE partnership with the Washington Opera so that we can have the flexibility and funds to bring in operas from around the world and across the U.S." Grenell said.

## Sonia De Los Santos

On Jan. 8, singer-songwriter Sonia De Los Santos announced on Instagram that she was canceling her upcoming February concert at the Kennedy Center. "As an artist," wrote De Los Santos, "I treasure the freedom to create and share my music, and for many years I have used this privilege to uplift the stories of immigrants in this country."

De Los Santos, who was nominated for a Latin Grammy for best children's album in 2018, stated that "I do not feel that the current climate at this beloved venue represents a welcoming space for myself, my band, or our audience."

Béla Fleck performs onstage during the 67th Annual Grammy Awards Premiere Ceremony at Peacock Theater on Feb. 2, 2025 in Los Angeles.

*Leon Bennett/Getty Images for The Recording Academy*

## Béla Fleck



**PERFORMING ARTS**

**Béla Fleck cancels Kennedy Center appearance, says it's become 'charged and political'**

Performing at the Kennedy Center "has become charged and political, at an institution where the focus should be on the music," wrote American banjo player Béla Fleck about his scheduled appearance with the National Symphony Orchestra in an official statement posted to Instagram on Jan. 7. "I have withdrawn from my upcoming performance with the NSO at The Kennedy Center," he wrote. "I look forward to playing with the NSO another time in the future when we can together share and celebrate art."

The 18-time Grammy winner has performed at the Kennedy Center in the past.

## Stephen Schwartz

The composer and lyricist for the beloved musicals *Wicked*, *Godspell* and *Pippin* was expected to host a gala fundraiser for the Washington National Opera in May

Case 1:25-cv-04480-CRC   Document 13-11   Filed 03/06/26   Page 12 of 27

2026. On Jan. 2, Schwartz announced his withdrawal. According to NBC News, Schwartz reflected that the Kennedy Center was "founded to be an apolitical home for free artistic expression for artists of all nationalities and ideologies." Today, he said, making an appearance "has now become an ideological statement."

Richard Grenell quickly responded to Schwartz's withdrawal, calling it a "bogus" report in a statement posted on X and saying reporters were plagiarizing a "fake @RollingStone story." Schwartz was "never signed," Grenell wrote.

Reports from NBC and other outlets, including *Variety,* have refuted this claim, publishing screenshots showing that Schwartz was promoted on the Kennedy Center's website prior to his cancellation.



Stephen Schwartz attends the 2025 Songwriters Hall Of Fame Induction Ceremony at Marriott Marquis Times Square on Jun. 12, 2025 in New York City.
*Theo Wargo/Getty Images for Songwriters Hall Of Fame*

### The Cookers

The seven-piece band of veteran jazz musicians announced shortly before Dec. 31 that they would not perform a planned show called "A Jazz New Year's Eve" at the Kennedy Center.

"We know this news is disappointing," reads the statement on their website. "We are not turning away from our audience, and do want to make sure that when we do return to the bandstand, the room is able to celebrate the full presence of the

music and everyone in it. Our hope is that this moment will leave space for reflection, not resentment."

The statement went on to say, "We remain committed to playing music that reaches across divisions rather than deepening them."

## Chuck Redd

The American jazz drummer and longtime host of the Kennedy Center's annual Christmas Jazz Jam chose to cancel his 2025 appearance when he "saw the name change on the Kennedy Center website and then hours later on the building," according to a statement sent to the Associated Press.



**CULTURE**

**Kennedy Center vows to sue musician who canceled performance over Trump name change**

On Dec. 27, the Kennedy Center announced its plan to file a $1 million lawsuit against Redd. "Any artist canceling their show at the Trump Kennedy Center over political differences isn't courageous or principled—they are selfish, intolerant, and have failed to meet the basic duty of a public artist: to perform for all people," said Kennedy Center spokesperson Roma Daravi.

In a letter shared with NPR, Grenell condemned Redd: "Regrettably, your action surrenders to the sad bullying tactics employed by certain elements on the left, who have sought to intimidate artists into boycotting performances at our national cultural center."

## Doug Varone and Dancers

"The renaming for me has kind of pushed me off a cliff," said choreographer Doug Varone on Dec. 31, when he spoke with NPR's *Morning Edition*. Varone, who was set to showcase members of his Doug Varone and Dancers company at the Kennedy Center in April 2026, pulled the performance.

PERFORMING ARTS

**Dance company director talks about decision to cancel upcoming Kennedy Center dates**

John F. Kennedy, for whom the Kennedy Center was established as a living memorial, "believed in the arts as kind of the beating heart of our nation," said Varone.

"I believe that the level of artistry has dropped drastically since the administration change, and the employees that were responsible for the quality of the work at the center have all been let go."

After canceling, the company started a crowdfunding campaign to help offset its financial loss. It raised over $42,000, exceeding its $40,000 goal.

---

**Magpie**

In a statement posted to Facebook on Jan. 5, Greg Artzner of the American folk duo Magpie announced the decision to pull their Feb. 28 concert, set to play on the Kennedy Center's Millennium Stage.

"There isn't really anything defensible" about Trump, said the statement from Artzner and Magpie's Terry Leonino. Although they had planned an evening of songs with messages of unity and hope, "We are personally and philosophically in agreement with the belief underlying the growing boycott," they said. "The stand being taken by fellow artists we respect and admire has created a moral picket line. We stand with them in solidarity."

An update on Jan. 9 said that Magpie would now be performing a longer version of that concert on Feb. 21 at Seekers Church in Washington, D.C., now called, "The Traveling John F. Kennedy Center for the Performing Arts Restoration Roadshow."

---

**Kristy Lee**

Folk singer Kristy Lee canceled her Jan. 14 Kennedy Center performance due to "recent efforts to impose political branding on the Center," according to a statement posted on her website.

"Public arts spaces should be free from political influence," Lee said in her statement. "I step back out of respect for artistic freedom and the Kennedy Center's founding mission, not in opposition to its staff, artists, or audience."

On Jan. 14, she hosted a live-streamed concert instead, titled "Showing Up: From the Kennedy Center to the Couch."

### Low Cut Connie

Philadelphia rock and roll band Low Cut Connie pulled their concert, set for February 2025, "Upon learning that this institution that has run non-partisan for 54 years is now chaired by President Trump himself and his regime," according to a statement posted on their Facebook page.

"Maybe my career will suffer from this decision," wrote band frontman Adam Weiner, "but my soul will be the better for it."

### Rhiannon Giddens



MUSIC

**Rhiannon Giddens is the latest artist to cancel Kennedy Center gig**

In Feb. 2025, folk singer Rhiannon Giddens announced her departure from the Kennedy Center lineup in a social media statement. "I cannot in good conscience play at The Kennedy with the recent programming changes forced on the institution by this new board," wrote Giddens.

Giddens transferred her May 11 concert, "Old-Time Revue," to The Anthem concert hall, also in Washington, D.C.

### Balún

The Puerto Rican band, based in Brooklyn in New York City, canceled their Kennedy Center performance, which had been set for Feb. 27, 2025.

According to a statement posted to Balún's Instagram account, "recent events made it clear that the space no longer aligns with our values. Our safety, integrity, and commitment to justice come first."



Issa Rae attends HBO's final season premiere of "Insecure" at Kenneth Hahn Park on Oct. 21, 2021 in Los Angeles, California.
*Kevin Winter/Getty Images*

### Issa Rae

**CULTURE**

**Shonda Rhimes, Issa Rae have cut ties with the Kennedy Center now that Trump is chair**

"Thank you so much for selling out the Kennedy Center for 'An Evening With [Me],'" wrote Issa Rae, the acclaimed star and creator of HBO's *Insecure,* on her Instagram stories page in February 2025. "Unfortunately, due to what I believe to be an infringement on the values of an institution that has faithfully celebrated

artists of all backgrounds through all mediums, I've decided to cancel my appearance at this venue."

## "Hamilton"

In March 2025, *Hamilton* producer Jeffrey Seller announced on X that the Tony-award winning musical phenomenon would no longer run as scheduled at the Kennedy Center. According to the statement, the decision was made both for political and for business reasons. Not only was there "a new spirit of partisanship," the statement read in part, but "it would be "financially and personally devastating to the employees of *Hamilton* if the new leadership of the Kennedy Center suddenly canceled or re-negotiated our engagement. The actions of the new Chairman of the Board in recent weeks demonstrate that contracts and previous agreements simply cannot be trusted."



**PERFORMING ARTS**
**'Hamilton' cancels planned Kennedy Center performances**

The Kennedy Center was swift to respond to *Hamilton*'s cancellation. On X in a now-deleted post, Richard Grenell accused *Hamilton* star and creator Lin Manuel-Miranda of being "intolerant of people who don't agree with him politically," and stated that the decision was "a publicity stunt that will backfire."

Since the show's cancellation at the Center, *Hamilton* has continued to sell out theaters on Broadway and in venues nationwide who host its North American touring company.

## U.S. Marine Band

The U.S. Marine Band announced in February 2025 that the Marine Band would not perform in the Equity Arc Wind Symphony event, a collaboration between Marine Band members and selected high school musicians.

The U.S. Marine Band, known also as "The President's Own" was founded by an
Act of Congress in 1798, making it the country's oldest professional music
organization.

Composer Kevin Charoensri, whose music had been scheduled to be performed by
the band at the event, stated in a Facebook post that Diversity, Equity, and
Inclusion (DEI) orders resulted in the cancellation of the Equity Arc concert:

"It has come to my attention that the program, one based on equity and diversity
of voices, is no longer supported at the federal level under this administration,"
Charoensri wrote. "It was for this reason that the program and performance were
canceled."



Members of the Marine Band wait for Deputy Secretary of Defense Patrick Shanahan and Acting Minister of
National Defense of Afghanistan Lieutenant General Tariq Shah Bahrami to participate in an honor cordon outside
the Pentagon on Nov. 20, 2017 in Washington, D.C.
*Brendan Smialowski/AFP via Getty Images*

*With additional reporting by Chloe Veltman, Ayana Archie, Elizabeth Blair, Andrew
Limbong, Anastasia Tsioulcas and Kristin Wright. Edited by Jennifer Vanasco.*

kennedy center     trump

## Together, we chart the course.

You count on public media for stories that help you understand your world — voices that bring us closer together.

People like you power public media. You make it possible for the NPR Network to share our journalism with you and millions of other people, regardless of their ability to pay.

**You are the "public" in public media.** Can we count on you to support this essential public resource today?

DONATE →

**More Stories From NPR**



GLOBAL HEALTH
**Despite U.S. pull out from WHO, reps were (virtually) at the table for big flu confab**



PERFORMING ARTS
**MLK Day concert held annually at the Kennedy Center for 23 years is relocating**



IT'S BEEN A MINUTE

Case 1:25-cv-04480-CRC    Document 13-1    Filed 03/06/26    Page 20 of 27

**The privilege of being "skinny" : It's Been a Minute**



CULTURE

**Kennedy Center vows to sue musician who canceled performance over Trump name change**



POLITICS

**Justice Department releases more Epstein files and some mention Trump**



**Prediction market trader 'Magamyman' made $553,000 on death of Iran's supreme leader**

## Popular on NPR.org



MIDDLE EAST CONFLICT
**Prediction market trader 'Magamyman' made $553,000 on death of Iran's supreme leader**



MIDDLE EAST CONFLICT
**Congress gears up for vote on Trump's war powers in Iran — after the battle began**



**MIDDLE EAST**

## Hezbollah strikes Israel as American and Israeli planes pound Iran

Smoke rises over Konarak naval base in southern Iran on Sunday. The base was one of hundreds of targets of U.S. and Israeli forces throughout the country.

**MIDDLE EAST CONFLICT**

## Satellite images provide view inside Iran at war



**MIDDLE EAST CONFLICT**

## Photos: U.S.-Israeli strikes in Iran and reactions from around the world



BUSINESS

**How long do electric vehicle batteries actually last?**

## NPR Editors' Picks



MIDDLE EAST CONFLICT

**7 key points in U.S.-Iran relations since 1953**



LAW
**Supreme Court ponders law making it a crime for gun owners to use marijuana**



POLITICS
**Texas primaries could test whether Latino support for GOP is holding after 2024 gains**

Case 1:25-cv-04480-CRC     Document 13-1     Filed 03/06/26     Page 25 of 27



HOW TO THRIVE AS YOU AGE
**Got elbow or heel pain? Shockwave therapy can help**



MIDDLE EAST CONFLICT
**Oil prices rise sharply in market trading after attacks in Middle East disrupt supply**



2026 MILAN CORTINA OLYMPICS

**Mideast clashes breach Olympic truce as athletes gather for Winter Paralympic Games**

READ & LISTEN

Home

News

Culture

Music

Podcasts & Shows

CONNECT

Newsletters

Facebook

Instagram

Press

Public Editor

Corrections

Transcripts

Contact & Help

ABOUT NPR

Overview

Diversity

NPR Network

Accessibility

Ethics

Finances

GET INVOLVED

Support Public Radio

Sponsor NPR

NPR Careers

NPR Shop

NPR Extra

3/2/26, 5:45 AM
Case 1:25-cv-04480-CRC   Document 13-1   Filed 03/06/26   Page 27 of 27
Here's who's canceled their Kennedy Center performances since Trump takeover : NPR

terms of use

privacy

your privacy choices

text only

© 2026 npr