# Exhibit G

 Gmail

Redacted - PII

## This is YOUR chance!

**The Trump Kennedy Center** <Info@kennedy-center.org>                Tue, Feb 24, 2026 at 7:36 PM
To: Redacted - PII

View email in browser.

Don't want to receive any more emails? **Unsubscribe.**


The Trump Kennedy Center

> **Click here to see what's on at the Trump Kennedy Center**

Redacted - PII


Great things are coming to the Trump Kennedy Center, and we want you to be part of it…

The nation's cultural center will be temporarily closing our doors after July 7th for a massive, much-needed revitalization, which will not only revolutionize the building itself, but also the American Arts as a whole.

The nation, and the world, will be amazed when we reopen our doors. In the meantime, we want to know one thing: **Do the American arts have your support?**

### SUPPORT THE TRUMP KENNEDY CENTER

If the answer is yes, the Trump Kennedy Center is accepting donations from individuals like yourself, Redacted - PII, to become National Patrons of the Arts. In this

Redacted - PII

historic, unprecedented time, we need patrons like you to join us on the journey to restore our nation's cultural center.

**<span style="color:red">Will you support the total revitalization of the American Arts?</span>**

<div style="text-align:center; border:1px solid black; display:inline-block; padding:10px;">

**YES**

</div>

**In the meantime, we want you to take every advantage of the Trump Kennedy Center before reconstruction begins!**

**There are plenty of shows to see, so don't miss your opportunity to come visit our campus and experience what it's like to see a show in our nation's capital!**

**CLICK HERE TO EXPLORE WHAT'S ON**

Thank you,

The Trump Kennedy Center

# Thank You!

There's something for everyone at the Trump Kennedy Center! See **what's on** or explore **FREE** events and more.

## Questions?

Redacted - PII

If you have questions about ticketing contact *Instant Charge* at 202- 467-4600.

**The Trump Kennedy Center welcomes guests with disabilities.**

**View email in browser.** | **Forward this email.**

Don't want to receive any more emails? **Unsubscribe.**

Please do not reply to this email.

We respect our patrons' privacy.

**Read our privacy policy.**

**Contact center & FAQs.**

The Donald J. Trump and The John F. Kennedy Center for the Performing Arts
2700 F Street, NW, Washington, DC 20566
Instant Charge (202) 467-4600

Redacted - PII