# Exhibit H

ADVERTISEMENT

LIVE  Trump fires Kristi Noem          LIVE  Iran war          Stock market today          Britney Spears          White House ballroom

POLITICS

# Kennedy Center head warns staff of cuts and 'skeletal' staffing during renovation closure



1 of 3 |  A woman walks outside The John F. Kennedy Memorial Center For The Performing Arts, Monday, Feb. 2, 2026 in Washington. (AP Photo/Rahmat Gul)



BY  HILLEL ITALIE
Updated 9:26 PM EST, February 11, 2026
Leer en español

As the Trump administration prepares to close the Kennedy Center for a two-year renovation, the head of Washington's performing arts center has warned its staff about impending cuts that will leave "skeletal teams."

In a Tuesday memo obtained by The Associated Press, Kennedy Center President Richard Grenell told staff that "departments will obviously function on a much smaller scale with some units totally reduced or on hold until we begin preparations to reopen in 2028," promising "permanent or temporary adjustments for most everyone."

Over the next few months, he wrote, department heads would be "evaluating the needs and making the decisions as to what these skeletal teams left in place during the facility and closure and construction phase will look like." Grenell said leadership would "provide as much clarity and advance notice as possible."

ADVERTISEMENT

The Kennedy Center is slated to close in early July. Few details about what the renovations will look like have been released since President Donald Trump announced his plan at the beginning of February. Neither Trump nor Grenell have provided evidence to support claims about the building being in disrepair, and last October, Trump had pledged it would remain open during renovations.

**RELATED STORIES**



**Kennedy Center will close for 2 years for renovations, Trump says, after performers' backlash**



**Trump says he won't tear down the Kennedy Center arts venue but it needs to be closed for repairs**



**Kennedy Center's head of artistic programming steps down 2 weeks after taking the job**

"Upon the completion of these upgrades, Americans and visitors from all over the world, for generations to come, will enjoy the Center and marvel at its spectacular features and design," White House press secretary Karoline Leavitt said in a statement Wednesday.

It's unclear exactly how many employees the center currently has, but a 2025 tax filing said nearly 2,500 people were employed during the 2023 calendar year. A request for comment sent to Kennedy Center Arts Workers United, which represents artists and arts professionals affiliated with the center — wasn't immediately returned.

Leading performers and groups have left or canceled appearances since Trump ousted the center's leadership a year ago and added his own name to the building in December. The Washington Post, which first reported about Grenell's memo, has also cited significant drops in ticket revenue, which — along with private philanthropy — comprises the center's operating budget. Officials have yet to say whether such long-running traditions as the Mark Twain Award for comedy or the honors ceremony for lifetime contributions to the arts will continue while the center is closed.

ADVERTISEMENT



Learn Mor

0:09

The Kennedy Center was first conceived as a national cultural facility during the Eisenhower administration in the 1950s. President John F. Kennedy led a fundraising initiative, and the yet-to-be-built center was named in his honor following his assassination. It opened in 1971 and has become a preeminent showcase for theater, music and dramatic performances, enjoying bipartisan backing until Trump's return to office last year.

"This renovation represents a generational investment in our future," Grenell wrote. "When we reopen, we will do so as a stronger organization — one that honors our legacy while expanding our impact."

**HILLEL ITALIE**

Italie has covered the publishing industry since 1998. He writes about notable books, industry trends and ongoing issues such as book bans, AI, consolidation and copyright.



## Conversation

All comments are subject to our Community Guidelines.

Please note that comments are not moderated immediately — every post is reviewed before appearing publicly to ensure it meets our community guidelines. This means there may be a delay before your comment is visible.



Join the conversation

ALL COMMENTS  5                                                                    NEWEST ⌄   💬

MO    **molly09**  21 DAYS AGO
This is the baby in the White House realizing that most artists refuse to perform there................and I suspect that won't change until the scar on the building is eradicated......................
REPLY    👍 0    👎 0

AN    **AngAnd**  21 DAYS AGO
First the WH and now the Kennedy Center. As someone who once lived close to these beautiful pieces of history, it disgusts me that dRump is being allowed to come in with his gold wrecking ball to destroy our country. SMDH
REPLY    👍 0    👎 0

HA    **harold111**  21 DAYS AGO
wow did not bone spur boy to wreck a once fine facility and venue
REPLY    👍 0    👎 0

SU    **sunongrass**  22 DAYS AGO
anything or anyone that comes into the gravitational force of the black hole of trump is diminished, destroyed, diluted or all of the aforementioned
REPLY    👍 4    👎 0

LOAD MORE COMMENTS

ACTIVE CONVERSATIONS



Trump fires Homeland Security Secretary
Noem after mounting criticism over her...
💬 209



Capitol rioter who was pardoned by
Trump gets a life sentence for molestin...
💬 42

Powered by viafoura



**PAID FOR BY SONY ELECTRONICS**

**Inclusive storytelling in 2025: A year in review**

Learn how the AP worked to deepen its inclusive storytelling and expand collaborations, training and
content sharing in 2025.

ADVERTISEMENT



74

**MOST READ**

1   Iranian warship sunk by the US was sailing home after
    4 MIN READ

    House joins Senate in rejecting war powers resolution
2

3   Senate rejects war powers bill to halt attacks against I

4   Trump fires Homeland Security Secretary Noem after
    5 MIN READ

5   Trump's White House ballroom is too big, architect says, as 2nd panel prepares to vote on it
    3 MIN READ

## SUGGESTED FOR YOU 



**Toggling Tabs to Trade? Customize Workspace With Power E*TRADE Pro**

Advertisement: E*TRADE from Morgan Stanley



**Leverage TradeStation's platform to trade across asset classes.**

Advertisement: TradeStation



**12 Must-Own Dividend Stocks That Could Lead To A Richer Life**

Advertisement: Wealthy Retirement



**Schwab's Market Outlook**

Advertisement: Charles Schwab

ADVERTISEMENT

