# Exhibit I



← What's On  / Explore by Genre  / Theater

# Theater



## *Shear Madness*

**MAR. 5 - SEP. 30, 2026**

Try to catch the killer at this hilarious whodunit where the clues change at every performance, and you never see the same show twice!



## *Chicago*

**MAR. 31 - APR. 5, 2026**

The criminally captivating musical returns hotter than ever!



## *Moulin Rouge! The Musical*

**JUN. 17 - JUL. 5, 2026**

Pop the champagne, the spectacular *Moulin Rouge! The Musical*, winner of 10 Tony Awards® including Best Musical, returns!



## *Bluey's Big Play*

**JUN. 24 - JUL. 5, 2026**

*Bluey's Big Play* is a theatrical adaptation of the Emmy Award–winning children's television

series. Join the Heelers in their first live theatre show made just for you!

**Tickets Available on Subscription**





## Fraggle Rock: Back to the Rock LIVE

JUN. 25 - JUL. 26, 2026

Based on the series on Apple TV+, this new musical stage adventure welcomes audiences into the world of *Fraggle Rock* in a whole new way!

## Back to the Future: The Musical

JUL. 7 - 19, 2026

The beloved cinematic classic, now a Broadway musical, returns!





## Mrs. Doubtfire

JUL. 14 - AUG. 2, 2026

Don't miss the hilarious, heartwarming adaptation of the beloved film.

## The Outsiders

JUL. 28 - AUG. 16, 2026

Now's your chance to see the 2024 Best Musical winner on its first national tour!

## SPONSORS



The Blanche and Irving Laurie Foundation

Copyright 1990-2026. All rights reserved.