UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOYCE BEATTY,<br><br>                *Plaintiff*,<br>   v.<br><br>DONALD J. TRUMP *et al.*,<br><br>                *Defendants*. | No. 25-CV-4480 (CRC) |

**DECLARATION OF TODD VALENTINE**

I, Todd Valentine, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am the Chief of Staff to Congresswoman Joyce Beatty. I submit this declaration in support of my request for emergency relief. I have personal knowledge of the facts stated herein, except as indicated otherwise.

2. In the past, our office has received communications from the Kennedy Center regarding Board meetings, including the date and time of the meeting and how Congresswoman Beatty should attend. But we did not receive any notice about the upcoming meeting on March 16, 2026, to be held at the White House.

3. Instead, I learned about the March 16, 2026 meeting from the office of another congressional ex officio member. That other office forwarded to me the email notice regarding the meeting. The email contains a link describing how Board members can RSVP to attend in person. Unlike with prior Board meetings, there is no information regarding remote attendance at the meeting, and it appears that Board members cannot attend remotely.

4. I attempted to RSVP on Congresswoman Beatty's behalf, using the link provided in the forwarded email. But the system did not permit me to RSVP for Congresswoman Beatty.

5.      On Wednesday, March 4, 2026, I sent an email to Defendant Richard Grenell and Elliott Berke, the General Counsel of the Kennedy Center, at their official Kennedy Center email addresses. In my email, I explained that Congresswoman Beatty did not receive notice of the March 16 board meeting and that we were unable to RSVP. I asked how the Congresswoman should RSVP to attend.

6.      When I previously emailed with Mr. Berke, I received a prompt reply. But to date, neither Defendant Grenell nor Mr. Berke have replied to me. I also have not received communications from anyone else at the Kennedy Center or the White House.

7.      Because the meeting is being held at the White House, Congresswoman Beatty cannot attend in person without advanced screening and permission. She also cannot attend remotely without information regarding how to do so, such as login information to a zoom call, and it does not appear that the Board leadership intends to permit remote attendance. As a result, Congresswoman Beatty will be unable to attend the Board meeting.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of March, 2026.

/s/ Todd Valentine
Todd Valentine