UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOYCE BEATTY,<br><br>   *Plaintiff*,<br><br>  v.<br><br>DONALD J. TRUMP *et al.*,<br><br>   *Defendants*. | No. 25-cv-4480 (CRC) |

**[PROPOSED] PRELIMINARY INJUNCTION**

  This matter comes before the Court on Plaintiff's Motion for Preliminary Injunction. Having reviewed Plaintiff's First Amended Complaint and the Memorandum of Law, declarations, and other evidence and argument submitted in support of the Motion, as well as any opposition thereto, and in accordance with Federal Rule of Civil Procedure 65, the Court finds that Plaintiff has satisfied the requirements for the issuance of a preliminary injunction. Plaintiff has established (1) a substantial likelihood of success on the merits of her claims; (2) Plaintiff will be irreparably harmed, absent a preliminary injunction; and (3) that the public interest and balance of the equities strongly favor entry of a preliminary injunction.

  It is hereby ORDERED that a PRELIMINARY INJUNCTION is ENTERED in this case. It is further ORDERED that:

1) Defendants, together with their employees, agents, and anyone acting in concert with them, are ENJOINED from:

  a)  enforcing or implementing the announced closure of the John F. Kennedy Center for the Performing Arts ("Kennedy Center"), including but not limited to through

        staff layoffs, cancellation of contracts or performances, withdrawing advertising, and issuing further communication stating the Kennedy Center will close;

    b)    taking any further steps to close the Kennedy Center;

    c)    taking any steps to demolish, remove, or materially alter the Kennedy Center's exterior façade, structural framework, or building envelope, including by initiating demolition, structural reconstruction, or comparable construction activity; provided, however, that Defendants may continue routine maintenance, repairs, and operations that are contemplated by the Kennedy Center's existing Comprehensive Building Plan.

2) The Court, in its discretion, waives the requirement for Plaintiff to post bond under Federal Rule of Civil Procedure 65(c), because requiring one would have the effect of denying Plaintiff her right to judicial review of governmental action.

SO ORDERED this _____ day of March, 2026.

_____
HONORABLE JUDGE CHRISTOPHER COOPER
UNITED STATES DISTRICT JUDGE