UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOYCE BEATTY,<br><br>   *Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP *et al.*,<br><br>   *Defendants*. | No. 25-cv-4480 (CRC) |

## LOCAL CIVIL RULE 65.1(a) CERTIFICATE

Pursuant to Local Civil Rule 65.1(a), I hereby certify that a copy of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction and associated papers will be served on counsel of record for Defendants, William S. Jankowski, through the Court's electronic filing system, at approximately the time this filing is time-stamped.  As soon as possible after filing the TRO papers, undersigned counsel will also send a courtesy copy of the Motion and Memorandum by email to counsel of record for Defendants.

Dated: March 6, 2026      Respectfully submitted,

                */s/ Kyle R. Freeny*
                KYLE R. FREENY
                 (D.C. Bar No. 247857)
                WASHINGTON LITIGATION GROUP
                1717 K Street, NW, Suite 1120
                Washington, D.C. 20006
                202-521-8750
                kfreeny@washingtonlitigationgroup.org