**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

JOYCE BEATTY,

*Plaintiff*,

v.

DONALD J. TRUMP *et al.*,

*Defendants*.

No. 25-CV-4480 (CRC)

**NOTICE OF APPARANCE**

PLEASE TAKE NOTICE that Nathaniel A.G. Zelinsky enters his appearance as counsel

for Plaintiff in this matter.

Date: March 6, 2026

Respectfully submitted,

/s/ Nathaniel A.G. Zelinsky
NATHANIEL A.G. ZELINSKY
WASHINGTON LITIGATION GROUP
1717 K Street, NW, Suite 1120
Washington, D.C. 20006
202-521-8750
nzelinsky@washingtonlitigationgroup.org