A

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOYCE BEATTY,<br><br>*Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP *et al.*,<br><br>*Defendants*. | No. 25-cv-4480 (CRC) |

## **DECLARATION OF JOSEPH LAFAUCI**

Comes the undersigned, Joseph LaFauci, and declares under penalty of perjury as follows:

1. I am the Vice President, Board Relations and Government Affairs for the John F. Kennedy Center for the Performing Arts (doing business as and also known as the Donald J. Trump and John F. Kennedy Memorial Center for the Performing Arts, herein referred to as the "Center"), and I have been in that position since the spring of 2025. The matters set forth in this Declaration are true and correct from my own personal knowledge, and if called as a witness, I could and would competently testify under oath thereto.
2. Plaintiff's allegation that she was not invited to attend the March 16, 2026 meeting of the Board of Trustees of the Center is untrue. Plaintiff provided her personal email address as her primary mode of contact. In accordance with her direction, communications and invitations have been sent to that address. The invitation to the March 16 Board meeting was sent to that address on February 27, 2026, at 6:56 p.m. Eastern Standard time – approximately one week before her Motion was filed. The Center did not receive a bounceback or other indication that the email had failed to go through.
3. From my own personal knowledge, and from Center records that I have reviewed, it is my understanding and belief that ex officio Board members have never counted toward a quorum of voting members, nor have they voted.
4. The bylaws of the Center were amended in May of 2025 to formalize the established practice that ex officio members do not vote. Those bylaws were presented to the Board, put to a vote, and were passed unanimously without objection. No ex officio member disputed this practice.

5. Construction plans were announced on or about February 1, 2026. Although some preliminary work has been started, there will be no significant construction work until after July 7, 2026.
6. At this point, some limited information regarding construction planning has been presented to the members of the Building and Grounds Committee, of which Plaintiff is not a member. No other Board members have received documentation regarding construction planning. There will be a construction update at the March 16, 2026 Board meeting. The conduct of that meeting, the extent of discussion, and the presentation of any proposed resolutions, will be subject to the discretion of the Chair.
7. I declare under penalty of perjury under the laws of the District of Columbia that the foregoing is true and correct. Executed at Washington, D.C., on March 10, 2026.

*Joseph LaFauci*
Joseph LaFauci (Mar 10, 2026 12:05:36 EDT)

Joseph LaFauci

# LaFauci Declaration

Final Audit Report                                                                 2026-03-10

| | |
|---|---|
| Created: | 2026-03-10 |
| By: | Laura Hagan (LMHagan@kennedy-center.org) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAYk4Vnc4IHx1sxMKFErc7Nw3SM1cyCB7M |

## "LaFauci Declaration" History

- Document created by Laura Hagan (LMHagan@kennedy-center.org)
  2026-03-10 - 2:29:05 PM GMT

- Document emailed to Joseph LaFauci (jlafauci@kennedy-center.org) for signature
  2026-03-10 - 2:29:09 PM GMT

- Email viewed by Joseph LaFauci (jlafauci@kennedy-center.org)
  2026-03-10 - 2:31:59 PM GMT

- Document e-signed by Joseph LaFauci (jlafauci@kennedy-center.org)
  Signature Date: 2026-03-10 - 4:05:36 PM GMT - Time Source: server

- Agreement completed.
  2026-03-10 - 4:05:36 PM GMT

Adobe Acrobat Sign