B

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOYCE BEATTY,<br><br>*Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP *et al.*,<br><br>*Defendants*. | No. 25-cv-4480 (CRC) |

## DECLARATION OF WILLIAM SHUSTER

Comes the undersigned, William Shuster, and declares under penalty of perjury as follows:

1. From 2001 to 2019, I served as the Congressional Representative for the 9th Pennsylvania Congressional District in the United States House of Representatives. In 2012, for the 113th Congress, I was selected as the Chair of the Transportation and Infrastructure Committee. In that capacity, I was automatically appointed to the Board of Trustees for the John F. Kennedy Center for the Performing Arts (doing business as and also known as the Donald J. Trump and John F. Kennedy Memorial Center for the Performing Arts, herein referred to as the "Center") as an ex officio member. The matters set forth in this Declaration are true and correct from my own personal knowledge, and if called as a witness, I could and would competently testify under oath thereto.

2. I remained an ex officio board member from 2012 until my retirement in 2019. During my service as an ex officio member of the Board of Trustees for the Center, I have never voted, never observed other ex officio members vote, or ever heard of an ex officio member voting. Ex officio members do not count and have never counted toward a voting quorum.

3. I declare under penalty of perjury under the laws of the District of Columbia that the foregoing is true and correct. Executed at ___120 Isle Dr___, ___PBG FL___, on ___10/03/2026___.

_William F. Shuster (Mar 10, 2026 11:09:11 EDT)_

Hon. William Shuster (Ret.)

# Shuster Declaration

Final Audit Report                                         2026-03-10

| | |
|---|---|
| Created: | 2026-03-10 |
| By: | Laura Hagan (LMHagan@kennedy-center.org) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAL4BFnptZs2QBRoxmyLKg2Zfp_2Znmk4m |

## "Shuster Declaration" History

- Document created by Laura Hagan (LMHagan@kennedy-center.org)
  2026-03-10 - 2:16:26 PM GMT

- Document emailed to William Shuster (bill.shuster@squirepb.com) for signature
  2026-03-10 - 2:16:30 PM GMT

- Email viewed by William Shuster (bill.shuster@squirepb.com)
  2026-03-10 - 3:05:27 PM GMT

- Signer William Shuster (bill.shuster@squirepb.com) entered name at signing as William F Shuster
  2026-03-10 - 3:09:09 PM GMT

- Document e-signed by William F Shuster (bill.shuster@squirepb.com)
  Signature Date: 2026-03-10 - 3:09:11 PM GMT - Time Source: server

- Agreement completed.
  2026-03-10 - 3:09:11 PM GMT

Adobe Acrobat Sign