Docusign Envelope ID: EDE53AE0-1A2D-87B1-8227-0F09571E927A

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JOYCE BEATTY,

                *Plaintiff*,

    v.

DONALD J. TRUMP *et al.*,

                *Defendants*.

No. 25-CV-4480 (CRC)

## DECLARATION OF TODD VALENTINE

I, Todd Valentine, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I am the Chief of Staff to Congresswoman Joyce Beatty. I have personal knowledge of the facts stated herein, except as indicated otherwise.

2.    As I explained in my declaration of March 5, 2026, Congresswoman Beatty's office learned of the March 16, 2026, meeting of the Kennedy Center Board of Trustees from the office of another congressional ex officio member.

3.    On March 4, 2026, I sent an email to Defendant Richard Grenell and the General Counsel of the Kennedy Center, explaining that Congresswoman Beatty did not receive notice of the March 16 board meeting and that we were therefore unable to RSVP (which I understood to require special procedures, since the meeting is scheduled to take place at the White House). I asked for guidance on how Congresswoman Beatty should RSVP for the meeting to ensure that she would be permitted on White House grounds. I did not receive a reply, which confirmed in my own mind that the Congresswoman was being treated differently than other members of the Board because of her vocal opposition to recent steps taking by President Trump and the Board.

4. On March 6, 2026, after learning that Defendant's counsel represented to the Court that the Center sent the notice to Congresswoman Beatty's personal email address, I asked Congresswoman Beatty to search her personal email. She was able to locate the notice in the spam folder of her personal email address.

5. Attached to this declaration as **Exhibit A** is a true and correct copy of the agenda for the March 16, 2026, meeting.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of March, 2026.

Signed by:
*[signature]*
AEEB6C1D9F9C409...
Todd Valentine