# Exhibit A



**THE TRUMP KENNEDY CENTER**
**BOARD OF TRUSTEES MEETING**
**AGENDA**
Monday, March 16, 2026
12:30 p.m.
The White House

| | | |
|---|---|---|
| **I.** | **Call to Order** | **President Donald J. Trump** |
| **II.** | **Chairman's Remarks** | **President Donald J. Trump** |
| **III.** | **Approval of Minutes** | |
| **IV.** | **Ambassador Grenell's Remarks** | **Ambassador Richard Grenell** |
| **V.** | Trump Kennedy Center Improvement Projects | Matt Floca, VP of Operations |
| | a. Presentation on Improvements | |
| | b. Discussion on Closure | |
| | c. Vote on Closure beginning July 6th, 2026 | |
| **VI.** | Adjournment | |

2/26/2026