# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOYCE BEATTY,<br><br>       *Plaintiff*,<br> v.<br><br>DONALD J. TRUMP *et al.*,<br><br>       *Defendants*. | No. 25-CV-4480 (CRC) |

## DECLARATION OF LAWRENCE WILKER

I, Lawrence Wilker, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I submit this declaration in support of Plaintiff's request for emergency relief and to rebut factual assertions made by Defendants. I have personal knowledge of the facts stated herein, except where stated otherwise.

2. I am a Tony Award-winning and Emmy Award-winning producer and entertainment executive. I hold a Bachelor of Arts in Economics and a Master of Fine Arts from the University of Massachusetts and a PhD in Theater from the University of Illinois. I currently serve as a principal of TheatreDreams, a theater production company I co-founded in 2001.

3. Prior to co-founding TheatreDreams, I served as President of the John F. Kennedy Center for the Performing Arts ("the Kennedy Center") in Washington, D.C. from 1991 to 2001. Before my tenure at the Kennedy Center, I served as President of the Playhouse Square Foundation in Cleveland, Ohio, where I oversaw what remains the largest theater restoration project in the world. Earlier in my career, I served as Vice President of the Eugene O'Neill Memorial Theater Foundation and as Executive Director of the Grand Opera House in Wilmington, Delaware.

4. As President of the Kennedy Center, I had full responsibility for the day-to-day operations of the Kennedy Center, including its theater management, finances, fund-raising, and programming. I attended and participated in numerous meetings of the Kennedy Center's Board of Trustees throughout that period.

5. During my tenure as President of the Kennedy Center, the Board of Trustees included both trustees appointed by the President of the United States and ex officio trustees serving by virtue of their positions in Congress or other offices. To the best of my knowledge and recollection, the ex officio members of the Board were treated in all respects the same as the trustees appointed by the President throughout my tenure.

6. Specifically, ex officio members of the Board participated in Board meetings, deliberated on matters before the Board, and voted on Board resolutions in the same manner as the trustees appointed by the President. I never observed any distinction in the voting rights or participatory rights of ex officio trustees as compared to trustees appointed by the President, and no such distinction was ever raised or asserted in my presence during my tenure as President of the Kennedy Center.

7. I declare under penalty of perjury that the foregoing is true and correct. Executed on March 11, 2026.

DocuSigned by:
*Lawrence Wilker*
—893F628E96D544C...
Lawrence Wilker