UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOYCE BEATTY,<br><br>                *Plaintiff*,<br><br>    v.<br><br>DONALD J. TRUMP *et al.*,<br><br>                *Defendants*. | No. 25 Civ. 4480 (CRC) |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**

Plaintiff files this Notice to apprise the Court of a newly identified documents relevant to Defendants' contention that it was a "longstanding practice" that ex officio members of the Board of Trustees ("the Board") of the John F. Kennedy Center for the Performing Arts ("the Center") were non-voting members. Defs' Resp. at 4 (ECF No. 19). Plaintiff is cognizant of the considerable time pressures facing the Court and the fact that the pending Motion for Temporary Restraining Order is already under advisement. Plaintiff therefore submits this brief notice only to bring to the Court's attention documents submitted by Defendants to the Internal Revenue Service that bears directly on issues presently before the Court. Plaintiff apologizes for any inconvenience caused by this supplemental filing.

Attached hereto are copies of the Kennedy Center's Form 990 for tax years 2022 and 2023, dated August 14, 2024, and August 12, 2025, respectively (see Part II of both forms). In line 3 of Part I, both forms report that the Kennedy Center had **59** "voting members of the governing body." That figure corresponds to the combined number of the 36 presidentially appointed general trustees, 20 U.S.C. § 76h(a)(2)(L), and ex officio members identified in the

1

statute, *id.* § 76h(a)(2)(A)-(K).  These forms are available at

https://projects.propublica.org/nonprofits/organizations/530245017.  No form for tax year 2025 is yet available on that website.

In addition, in Part VI, the Form 990 states "If there are material differences in voting rights among members of the governing body, or if the governing body delegated broad authority to an executive committee or similar committee, explain in Schedule O."  The corresponding Schedule Os for each tax year—which are available at the same website listed above—do not make any references to "material differences in voting rights."

Dated:  March 13, 2026

/s/ Norman Eisen
NORMAN EISEN
  (D.C. Bar No. 435051)
STEPHEN JONAS
  (D.C. Bar No. 90037069)
DAVID OGDEN
  (D.C. Bar No. 375951)

DEMOCRACY DEFENDERS ACTION
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
202-594-9958
norman@democracydefenders.org

Respectfully submitted,

/s/ Nathaniel A.G. Zelinsky
NATHANIEL A.G. ZELINSKY
  (D.C. Bar No. 1724093)
/s/ Kyle R. Freeny
KYLE R. FREENY
  (D.C. Bar No. 247857)
SAMANTHA P. BATEMAN
  (D.C. Bar No. 492919)
ELIZABETH D. COLLERY
  (D.C. Bar No. 4222246)
ALEXANDER KRISTOFCAK*

WASHINGTON LITIGATION GROUP
1717 K Street, NW, Suite 1120
Washington, D.C. 20006
202-521-8750
kfreeny@washingtonlitigationgroup.org
nzelinsky@washingtonlitigationgroup.org

*\* Application for admission forthcoming; admitted only in California and New York; practicing under the supervision of D.C. Bar members*

*Attorneys for Plaintiff Joyce Beatty*