UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOYCE BEATTY,<br><br>   *Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP *et al.*,<br><br>   *Defendants*. | No. 25 Civ. 4480 (CRC) |

### NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

  Plaintiff files this Notice to apprise the Court of the below Truth Social message posted by President Trump today, March 13, 2026, at 1:43 p.m. ET.



Donald J. Trump
@realDonaldTrump

Two renderings of the new, highly improved, TRUMP KENNEDY CENTER!




936 ReTruths 3.75k Likes   Mar 13, 2026, 1:43 PM

1

*See* Donald J. Trump (@realDonaldTrump), Truth Social (Mar. 13, 2026, 1:43 pm ET),

https://truthsocial.com/@realDonaldTrump/posts/116223100937937927.

| | |
|---|---|
| Dated:  March 13, 2026 | Respectfully submitted, |
| /s/ Norman Eisen<br>NORMAN EISEN<br>  (D.C. Bar No. 435051)<br>STEPHEN JONAS<br>  (D.C. Bar No. 90037069)<br>DAVID OGDEN<br>  (D.C. Bar No. 375951)<br><br>DEMOCRACY DEFENDERS ACTION<br>600 Pennsylvania Avenue SE #15180<br>Washington, D.C. 20003<br>202-594-9958<br>norman@democracydefenders.org | /s/ Nathaniel A.G. Zelinsky<br>NATHANIEL A.G. ZELINSKY<br>  (D.C. Bar No. 1724093)<br>/s/ Kyle R. Freeny<br>KYLE R. FREENY<br>  (D.C. Bar No. 247857)<br>SAMANTHA P. BATEMAN<br>  (D.C. Bar No. 492919)<br>ELIZABETH D. COLLERY<br>  (D.C. Bar No. 4222246)<br>ALEXANDER KRISTOFCAK*<br><br>WASHINGTON LITIGATION GROUP<br>1717 K Street, NW, Suite 1120<br>Washington, D.C. 20006<br>202-521-8750<br>kfreeny@washingtonlitigationgroup.org<br>nzelinsky@washingtonlitigationgroup.org<br><br>*\* Application pro hac vice pending; admitted only in California and New York; practicing under the supervision of D.C. Bar members* |

*Attorneys for Plaintiff Joyce Beatty*