# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOYCE BEATTY,

*Plaintiff*,

v.

DONALD J. TRUMP, *et al.*,

*Defendants*.

Civil Action No. 25-4480 (CRC)

## DEFENDANTS' UNOPPOSED MOTION TO STAY DEADLINE TO ANSWER AMENDED COMPLAINT

For good cause, Defendants Donald J. Trump, *et al.*, respectfully move to stay the deadline for Defendants to answer or otherwise respond to Plaintiff's amended complaint until 30 days after the Court's resolution of Plaintiff's motion for a preliminary injunction, Plaintiff's forthcoming motion for partial summary judgment, and Defendants' forthcoming cross-motion for summary judgment. Defendants have conferred with counsel for Plaintiff as to this request. Plaintiff does not oppose a stay of Defendants' deadline to answer Plaintiff's amended complaint.

In support of this motion, Defendants state as follows:

1.      Plaintiff served her complaint on Defendants on December 31, 2025, such that an answer to the complaint was due on March 2, 2026 by operation of Federal Rules of Civil Procedure 6(a)(1)(C) and 12(a)(2).

2.      The Court granted Defendants' first unopposed request for a two-week extension to Defendants' deadline to serve an answer or other response to Plaintiff's complaint, which would have been due on March 16, 2026. *See* Min. Order (Feb. 25, 2026).

3.      On March 6, 2026, Plaintiff amended her complaint and filed a combined motion

for temporary restraining order and a preliminary injunction. *See* ECF No. 12; ECF No. 13.

4.      An answer or other response to Plaintiff's amended complaint is due by March 20, 2026, by operation of Federal Rule of Civil Procedure 15(a)(3).

5.      Following briefing on Plaintiff's motion for temporary restraining order and the Court's partial grant and partial denial of Plaintiff's request, *see* ECF No. 24, the parties proposed briefing schedules to resolve Plaintiff's motion for a preliminary injunction and to raise other issues in a forthcoming partial-summary-judgment (for Plaintiff) and summary-judgment motion (for Defendants), *see* ECF No. 26.

6.      The Court entered a scheduling order setting briefing for Plaintiff's motion for a preliminary injunction and on forthcoming partial-summary-judgment motions. *See* Min. Order (Mar. 18, 2026). Plaintiff is to file supplemental materials on her motion for preliminary injunction and a motion for partial summary judgment by March 25, 2026. *See id.* Defendants are to file an opposition and any cross motion for summary judgment "on the re-naming issue" by April 6, 2026. *Id.* Plaintiff is to file a reply in support of her motions for preliminary injunction and for partial summary judgment by April 13, 2026. *See id.* Defendants are to file any reply in support of summary judgment by April 17, 2026. *See id.*

7.      Staying Defendants' deadline to answer or otherwise respond to Plaintiff's amended complaint pending the Court's resolution of the above motions will conserve the Court's and the parties' resources, lessen hardships to the parties, and further serve judicial economy. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254–55 (1936); *see also Vallejo Ent. LLC v. Small Bus. Admin.*, No. 1:22-cv-01548-RCL, 2023 WL 3275634, at *1–2 (D.D.C. May 5, 2023). Here, the Court will proceed with adjudication of the parties' present and forthcoming motions, adjudication of which may result in the preliminary or final determination of several threshold issues in this

litigation. Accordingly, any hardship from a stay of the deadline to respond to Plaintiff's amended complaint, to either party, is negligible. And such a stay would not be indefinite—Defendants seek only that the deadline be stayed until 30 days after the Court's resolution of the motions identified in its scheduling order.

8.    Defendants ask—and Plaintiff does not oppose—that Defendants' deadline to answer or otherwise respond to Plaintiff's amended complaint be stayed until 30 days after the Court's resolution of Plaintiff's motion for preliminary injunction and the parties' forthcoming summary-judgment motions.

A proposed order is attached.

Dated: March 19, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

DIANE KELLEHER
Branch Director

STEPHEN M. ELLIOTT
Assistant Branch Director

*/s/ William S. Jankowski*
WILLIAM S. JANKOWSKI
D.C. Bar No. 90021524
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
(202) 353-7578
william.s.jankowski@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I, William S. Jankowski, hereby certify that on March 19, 2026, I electronically filed the

foregoing, and all its attachments, using the Court's CM/ECF system, which automatically serves

this document upon all counsel of record, in keeping with LCvR 5.4(d).


*/s/ William S. Jankowski*
William S. Jankowski

*Counsel for Defendants*