**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOYCE BEATTY, | |
| *Plaintiff*, | |
| v. | No. 25-CV-4480 (CRC) |
| DONALD J. TRUMP *et al.*, | |
| *Defendants*. | |

### DECLARATION OF ALEXANDER KRISTOFCAK

I, Alexander Kristofcak, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I represent Plaintiff Congresswoman Joyce Beatty in this matter. I submit this declaration in support of Plaintiff's Motion for Preliminary Injunction. I have personal knowledge of the facts stated herein except where stated otherwise.

2.      In connection with the Court's order directing Defendants to produce documents in advance of the March 16, 2026, Board of Trustees meeting, Defendants produced the following documents. Attached to this declaration as Exhibits K through CC are true and correct copies of those documents, as described below.

3.      Attached to this declaration as **Exhibit K** is a true and correct copy of the Declaration of Charles Matthew Floca, signed March 15, 2026.

4.      Attached to this declaration as **Exhibit L** is a true and correct copy of the Supplemental Declaration of Charles Matthew Floca, signed March 15, 2026.

5.      Attached to this declaration as **Exhibit M** is a true and correct copy of a document titled "Closure Background & Talking Points," attributed to Mr. Floca.

6.      Attached to this declaration as **Exhibit N** is a true and correct copy of a document titled "Performance Contracts Affected by the Closure."

7.      Attached to this declaration as **Exhibit O** is a true and correct copy of the Agenda for the Building and Grounds Committee meeting of March 2, 2026.

8.      Attached to this declaration as **Exhibit P** is a true and correct copy of the Building and Grounds Committee March 2, 2026 Meeting Minutes.

9.      Attached to this declaration as **Exhibit Q** is a true and correct copy of the Agenda for the Building and Grounds Committee meeting of March 12, 2026.

10.     Attached to this declaration as **Exhibit R** is a true and correct copy of presentation prepared for the March 2, 2026 Building and Grounds Committee Meeting.

11.     Attached to this declaration as **Exhibit S** is a true and correct copy of a document titled "Capital Improvement Plan – 'Big Beautiful Bill'" (Draft).

12.     Attached to this declaration as **Exhibit T** is a true and correct copy of a document titled "2-Year Renewal Project Budget." This document appears to be an exact duplicate of Exhibit S.

13.     Attached to this declaration as **Exhibit U** is a true and correct copy of a document titled "TKC Renewal Project Photos."

14.     Attached to this declaration as **Exhibit V** is a true and correct copy of the Kennedy Center's Interim Procurement Policies and Procedures (Revised November 17, 2025).

15.     Attached to this declaration as **Exhibit W** is a true and correct copy of the Kennedy Center's Procurement Policies. This document appears to be an exact duplicate of Exhibit V.

16.     Attached to this declaration as **Exhibit X** is a true and correct copy of the Kennedy Center's 2022 Comprehensive Building Plan.

17.     Attached to this declaration as **Exhibit Y** is a true and correct copy of the Kennedy Center's 2021 Comprehensive Building Plan.

18.     Attached to this declaration as **Exhibit Z** is a true and correct copy of a 2022 Soffit Failure Field Report.

19.     Attached to this declaration as **Exhibits AA, BB, and CC** is a true and correct copy of a report titled "Waterproofing and Leak Investigation and Repairs – Concept Solutions Report." dated May 6, 2024, split into three parts due to large file size.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of March, 2026.

/s/ Alexander Kristofcak
Alexander Kristofcak
Washington Litigation Group
1717 K Street, NW, Suite 1120
Washington, D.C. 20006
(202) 521-8734
akristofcak@washingtonlitigationgroup.org

3