# Exhibit K

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOYCE BEATTY,<br><br>*Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP *et al.*,<br><br>*Defendants*. | No. 25-cv-4480 (CRC) |

**<u>DECLARATION OF CHARLES MATTHEW FLOCA</u>**

Comes the undersigned, Charles Matthew Floca, and declares under penalty of perjury as follows:

1. I am the Vice President of Operations for the John F. Kennedy Center for the Performing Arts (doing business as and also known as the Donald J. Trump and John F. Kennedy Memorial Center for the Performing Arts, herein referred to as the "Center"), and I have been in that position since August 18, 2025. I joined the Center in January 2024 as the Vice President of Facilities. I have a Bachelor of Science in Construction Management from the Louisiana State University. From April 2013 to January 2024, I served in the Government of the District of Columbia. In my role with the District of Columbia, I acted as the Associate Director of Energy and Sustainability Management from March 2021 to January 2024. Prior to that, from September 2017 to March 2021, I served as the Director of Facilities Management with the Government of the District of Columbia. From April 2013 to August 2017, I served the Government of the District of Columbia as a Capital Construction Project Manager.

2. The matters set forth in this Declaration are true and correct from my own personal knowledge and from information made available to me in the course of my official duties.

3. I understand that the Court partially granted Plaintiff's motion for a temporary restraining order in this litigation, requiring the Center to disclose a set of documents to Plaintiff at least twenty-four hours before the Board of Trustees is to meet to receive an update on construction proposed to occur at the Center and to vote on whether to proceed with a two-year closure during that construction.

4. Among other things, the Court's order requires that Defendant Richard Grenell "or his designee" must notify Plaintiff in writing if any of the documents described in the order "do not exist."

5.  I am Defendant Richard Grenell's designee for the purpose of complying with the Court's March 14, 2026 order in this litigation.

6.  I understand that the Center has provided a set of documents to Plaintiff in compliance with the Court's March 14, 2026 order in this litigation. I believe that set of documents to constitute a full response to the requirements included in the Court's order, to the best of my knowledge. To the extent that the Center becomes aware of additional documentation that is responsive to the Court's order, the Center will provide that documentation as soon as practicable.

7.  I note that, in lieu of a "list of the experts or advisors who provided input during 'one year review' of the Center," Defendants have provided a series of reports that formed the basis for my recommendation to temporarily close the Center and to undergo construction. Those "documents indicat[e]" the "experts or advisors" who "were consulted" in the review of the Center. Those reports include two Comprehensive Building Plans, developed in 2021 and 2022, that were undertaken by external consultants identified in the Plans themselves.

8.  Additionally, Center staff who are proficient and professionally trained in architecture, engineering, and facilities maintenance, including myself, took part in the development of the plans to close the Center and to undergo construction.

9.  I declare under penalty of perjury under the laws of the District of Columbia that the foregoing is true and correct. Executed in Washington, DC, on Sunday, March 15, 2026.

Charles Matthew Floca