# Exhibit L

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOYCE BEATTY,<br><br>*Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP *et al.*,<br><br>*Defendants*. | No. 25-cv-4480 (CRC) |

<u>**SUPPLEMENTAL DECLARATION OF CHARLES MATTHEW FLOCA**</u>

Comes the undersigned, Charles Matthew Floca, and declares under penalty of perjury as follows:

1. I am the Vice President of Operations for the John F. Kennedy Center for the Performing Arts (doing business as and also known as the Donald J. Trump and John F. Kennedy Memorial Center for the Performing Arts, herein referred to as the "Center"), and I have been in that position since August 18, 2025. I joined the Center in January 2024 as the Vice President of Facilities. I have a Bachelor of Science in Construction Management from the Louisiana State University. From April 2013 to January 2024, I served in the Government of the District of Columbia. In my role with the District of Columbia, I acted as the Associate Director of Sustainability and Energy Management from March 2021 to January 2024. Prior to that, from September 2017 to March 2021, I served as the District of Columbia Public Schools' Director of Facilities Management with the Government of the District of Columbia. From April 2013 to August 2017, I served the Government of the District of Columbia as a Capital Construction Project Manager within the Public Safety Cluster.

2. The matters set forth in this Declaration are true and correct from my own personal knowledge and from information made available to me in the course of my official duties.

3. I am providing this Declaration to supplement information I previously provided to Plaintiff in compliance with the Court's March 14, 2026 order granting Plaintiff's motion for a temporary restraining order.

4. Among other things, the Court's order requires that Defendant Richard Grenell "or his designee" must notify Plaintiff in writing if any of the documents described in the order "do not exist."

5. I am Defendant Richard Grenell's designee for the purpose of complying with the Court's March 14, 2026 order in this litigation.

6. Since approximately February 2024, I have been engaged in a review of the Center's infrastructure needs. Much of that work has occurred during the period designated as the "one year review," *i.e.*, from February 1, 2025, through February 1, 2026, identified in President Trump's Truth Social Post announcing a proposed July 2026 closure of the Center for renovation.

7. In undertaking my review of the Center's needs, I developed a unified recommendation derived from an extensive analysis of expert evidence and internal operational data. Following a comprehensive review of third-party technical consultant reports and direct input from the Center's professional staff, I recommended to the Center's Chairman in several conversations on or about January 22, 2026 and January 28, 2026 that a singular, concentrated 24-month closure is the most cost-effective and efficient path for addressing the Center's acute infrastructure needs. This approach addresses the facility's critical infrastructure failures while eliminating the hidden costs and safety risks inherent in a multi-year, phased renovation.

8. I provided a presentation to the Center's Building and Grounds Committee that included a set of talking points memorializing my January 2026 recommendation to the Chairman. I orally conveyed those talking points to the Committee. Those talking points are included in the distribution of documents that the Center has sent to Plaintiff as information presented to the Center's Building and Grounds Committee. I developed those talking points on or about February 12, 2026.

9. During my review, I relied on several external reports. The external reports I relied on to reach my recommendation include a 2022 Soffit Failure Field Report completed for the Center by Walter P Moore, a multidisciplinary engineering consultant, and Page/Stantec, a multidisciplinary architecture firm. I also relied on a May 2024 Leak Investigation report, also completed for the Center by Walter P Moore and Page/Stantec, that identified severe water intrusion at exterior column bases and the main electrical vaults of the Center. I also relied on the 2022 Comprehensive Building Plan for the Center, developed by DLR Group, which identifies that the Center's central plant's primary equipment (its boilers and chillers) has reached the end of its engineered service life. I also relied on the 2021 Comprehensive Building Plan, also developed by DLR Group and including findings from Silman (structural consultant) and Wiss, Janney, Elstner Associates (building envelope consultant), for its finding that the Center's vertical plumbing risers have reached a state of systemic failure and the Center's steel channels have corroded.

10. To the extent that the reports identified in paragraph 9 are not deemed to be "relat[ed]" under the Court's order to my review of the Center's infrastructure needs and the development of my recommendation to close and renovate the Center, there are, to the best of my knowledge, no other reports sourced from experts or advisors during the period from February 1, 2025 to February 1, 2026.

11. I undertook review of the Center's infrastructure needs with the Center's professional staff, to the extent such staff are considered "experts or advisors who provided input during 'one year review' of the Center." Those individuals are: Director of Operations and Maintenance Kelvin Brown; Mechanical/Electrical/Plumbing Supervisors Carlos Barnes and Alex Mensah; Project Managers Matthew Memberg, Kohlan Campbell, and Jan Luigard; Stagehand Daniel Yannantuono; Accessibility Expert Betty Siegel; and a representative of the Center's Contracting Division, Cecelia Royster.

12. There are, to the best of my knowledge, no other experts or advisors who provided input on my review of the Center's infrastructure needs during the period from February 1, 2025 to February 1, 2026.

13. I declare under penalty of perjury under the laws of the District of Columbia that the foregoing is true and correct. Executed in Washington, DC, on Sunday, March 15, 2026.

_____
Charles Matthew Floca