# Exhibit M

The Trump Kennedy Center should implement a full facility closure to execute the required mechanical overhauls and the invasive nature of the needed structural repairs. Framing the project as a singular, concentrated event, rather than a multi-year series of patchwork repairs, is the most efficient and cost-effective path forward.

A 24-month window allows teams to sequence the work logically to minimize "re-work" and maximize contractor efficiency. Here is the high-level outline of the two year closure.

- Year 1 Focus: Structural steel, concrete remediation, waterproofing, hardscapes, and envelope improvements.
- Years 1–2 (Continuous): Comprehensive M/E/P (Mechanical, Electrical, and Plumbing) infrastructure improvements.
- Year 2 Focus: Public space modernizations and theater refurbishments.

While a phased approach may be considered, the following critical issues suggest that an occupied renovation would be unsafe and logistically impractical:

- The most severe structural steel and concrete deck defects are located in the service tunnel. Remediating these requires "topside" concrete replacement directly in front of the Hall of States and Hall of Nations entrances, rendering the primary public access points unusable.
- Our main electrical vaults are currently experiencing the worst of the facility's water intrusion issues. Simultaneously, the parking garage requires fireproofing repairs across thousands of square feet of steel beams. Performing this work around the public creates significant liability and safety concerns.
- Our core systems are operating well past their engineered end-of-life. This includes the main HVAC condenser water filtration systems and hot water heaters. Furthermore, over 75 Air Handler Units (AHUs) require significant fan motor and shaft replacements.
- The scope of these remediations require sustained, facility-wide mechanical and electrical shutdowns. Operating the building during these periods is not feasible, as it would leave the facility without life-safety systems, climate control, or power for extended durations.
- By opting for a full closure, teams avoid the hidden costs of phased construction, such as temporary life-safety systems, after-hours labor premiums, and the constant disruption of the patron experience. More importantly, it ensures that when the Trump Kennedy Center does reopen, the facility is fully modernized, reliable, and safe for the next generation of patrons.