# Exhibit N

**<u>Performance Contracts Affected by the Closure</u>**

1 – Theatrical Engagement Agreement for BACK TO THE FUTURE

2 – Theatrical Engagement Agreement for MRS. DOUBTFIRE

3 – Theatrical Engagement Agreement for THE OUTSIDERS

4 – Theatrical Engagement Agreement for FRAGGLE ROCK

5 – Theatrical Engagement Agreement for SHEAR MADNESS

6 – Artist Agreement for Anthony D'Alessandro Millennium Stage performance