# Exhibit O



**The Trump Kennedy Center**

**COMMITTEE AGENDA**
**BUILDING & GROUNDS COMMITTEE**
Monday, March 2, 2026
12:00 p.m.
Virtually by Zoom

**I.    Call to Order**                                                        Hannah Buchan

**II.**   Adjustments to Procurement Policy                              Matt Floca
    a.   Vote to Adopt

**III.**  Discussion of projects and timelines                          Matt Floca
    a.   Now through July 2028

**IV.**   Adjournment

2/24/2026