# Exhibit P

# Building and Grounds Committee

## Meeting Minutes

**Date:** Monday, March 2, 2026

**Time:** 12:06 p.m. ET

**Format:** Virtual Meeting

**Committee Members Present:** Hannah Buchan, Chair; Jennifer Fischer; Allison Lutnick; and Paolo Zampolli.

**Management and Staff Participants:** Matt Floca; Lydia Makande; and Sarah Weingast.

### Call to Order

Chair Hannah Buchan called the virtual meeting of the Building and Grounds Committee to order at 12:06 p.m. ET. The Committee met to review the interim procurement policy, receive an update on the capital improvement program, discuss the operational rationale for a proposed main-building closure, and align on oversight and next steps in advance of the March 16 Board meeting.

### Interim Procurement Policy

Matt Floca and Lydia Makande presented the interim procurement policy for Committee review and approval. The policy establishes a structured framework for physical plant-related work, including construction, maintenance, renovation, security, and related campus activity. Key provisions include the Senior Procurement Executive role (filled by trust employee Cecilia Royster), strengthened internal controls, vendor registration through SAM.gov, and a more transparent, efficient procurement model going forward. The Center is a unique federal instrumentality; the General Services Administration handles disbursements tied to federal appropriations, while the Center obligates funds internally.

### Committee Oversight and Governance

The Committee discussed its fiduciary and oversight responsibilities and accountability to Congress. Management confirmed the Board should remain informed on capital and operating requests to Congress, and noted the Committee charter may need to be updated to reflect its oversight role. Sarah Weingast will coordinate with Elliot Berke to provide additional guidance. The Committee requested more consistent project updates going forward.

### Committee Action

Chair Hannah Buchan moved to approve the procurement policy dated November 2025, and Allison Lutnick seconded the motion. Because of technical issues, the final affirmative vote required to complete the action was received by email. Paolo Zampolli voted yes by email to Joe LaFauci. Yes votes from Hannah Buchan, Allison Lutnick, and Jennifer Fischer were also recorded, and the motion carried unanimously.

### Capital Improvement Program

Matt Floca briefed the Committee on a capital improvement program supported by approximately $257 million, available for capital repair, restoration, deferred maintenance, and building and site

improvements. The comprehensive building plan serves as the principal planning document and will be updated periodically. Note: a slide reference to $18.8 million was corrected to $78 million; the correct figure appeared in materials distributed to the Board.

**Main Building Closure Strategy**

Management presented the rationale for a full main-building closure rather than a phased approach. A phased approach would take longer, cost more, and create operational inefficiencies. Major infrastructure needs include HVAC and chilled water systems, electrical infrastructure, structural and concrete deficiencies, service tunnel conditions, waterproofing, roof and steel degradation, and life-safety systems. A full shutdown is the most efficient and cost-effective path to complete the work properly.

**Proposed Closure Framework**

Management outlined a proposed hard stop for main-building programming on July 6, followed by full transition to construction. Year One will focus on infrastructure, structural work, concrete rehabilitation, tunnels, waterproofing, and enabling systems. Year Two will address support spaces, venue modernization, public-space improvements, and reopening preparation. Project numbering and tracking structures are being established to tie design, construction, and invoice activity to an organized project framework.

**Continuity of Mission During Closure**

During closure, portions of the REACH campus may remain active. The Skylight Pavilion may be used to maintain the memorial experience, and campus grounds may remain accessible when construction permits. REACH spaces including Studio K may support NSO rehearsals, storage, music library functions, and limited office operations. External venue options, including Strathmore and Wolf Trap, remain under review.

**Workforce Impact**

The proposed closure is anticipated to affect approximately 75 to 175 of the Center's roughly 300 employees. Collective bargaining obligations will be observed throughout implementation. Certain unionized roles may be retained during construction where they support infrastructure or production-related work.

**Owner's Representative and Next Steps**

An owner's representative will be engaged to support project execution; proposals have been received, and a unified master schedule is expected within approximately 30 days. Mobilization by July 6 is essential. Cecilia Royster and the owner's representative, once selected, will participate in the next Committee meeting. The Committee will receive regular monthly updates through July and agreed to reconvene the following week, following management's call with the POTUS/Board Chair, to continue alignment in advance of the March 16 Board meeting.

**Adjournment**

Jennifer Fischer moved to adjourn. The motion carried unanimously.