# Exhibit Q



**The Trump Kennedy Center**

## COMMITTEE AGENDA
## BUILDING & GROUNDS COMMITTEE

Thursday, March 12, 2026
4:00 p.m. ET
Virtually by Zoom

I.        Call to Order

II.       Interim Procurement Policy and Senior Procurement Executive

IV.      Owner's Representative and Master Schedule

V.       Adjournment

3/12/2026