# Exhibit R

**The Trump Kennedy Center**

# Building & Grounds Committee Meeting

March 2, 2026



**The Trump Kennedy Center**

# Agenda

- Presenter: Matt Floca, VP of Operations
- Section 1
  - Procurement Policy
- Section 2
  - Renewal Projects & Timelines
  - Operational Continuity



**The Trump Kennedy Center**

# Objectives of Today's Session

- Understand the new Interim Procurement Policy framework.

- Review the draft "Capital Improvement Plan" & associated timelines.

- Discuss the operational necessity for a 2-year main building closure.

- Prepare for the upcoming full Board of Trustees resolution.



**The Trump Kennedy Center**

# Why an Interim Procurement Policy?

- **Legal Context:** Leveraging our unique status under 20 U.S.C. Section 76h(a)(1).

- **Transparency:** Moving from "ad hoc" to a codified, audit-ready framework.

- **Integrity:** Ensuring "Fair & Objective" vendor selection to maintain public trust.



**The Trump Kennedy Center**

# Key Internal Controls & Oversight

- **The SPE Role:** Introduction of the Senior Procurement Executive.

- **The $250k Routing Slip:** Mandatory concurrence from Legal, CFO and VPO for high-value awards.

- **Funds Certification:** No contract execution without verified budget availability.

- **Responsibility Checks:** Mandatory SAM.gov registration and performance history audits.



# The Trump Kennedy Center

# Finalize Procurement Policy

- **Questions & Answers**
- **Deep Dive (if needed)**
- **Vote to finalize Procurement Policy**



**The Trump Kennedy Center**

# Recap & Vision

- **One Big Beautiful Bill:** Appropriated $256,657,000

SEC. 60025. JOHN F. KENNEDY CENTER FOR THE PERFORMING ARTS.

(a) In General.––In addition to amounts otherwise available, there is appropriated for fiscal year 2025, out of any money in the Treasury not otherwise appropriated, $256,657,000, to remain available until September 30, 2029, for necessary expenses for capital repair, restoration, maintenance backlog, and security structures of the building and site of the John F. Kennedy Center for the Performing Arts.

(b) Administrative Costs.––Of the amounts made available under subsection (a), not more than 3 percent may be used for administrative costs necessary to carry out this section.



**The Trump Kennedy Center**

# Capital Improvement Plan

- **Shell & Site Infrastructure:** $47.35M

- **Public & Support Spaces:** $67.0M

- **Performance Venue Revitalization:** $48.45M

- **Safety & Building Systems:** $78.15M

- **Administrative:** $7.95M



**The Trump Kennedy Center**

# Case Study on Inefficiency

- ▪ **Hall of Nations Elevator Lobby Marble Restoration**







**The Trump Kennedy Center**

# The Infrastructure Sprint – Phase A

- **Operational Status:** Main building "Hard Stop" initiated July 6, 2026. Facility transitioned to a high-velocity industrial construction zone.

- **Shell & Site Infrastructure ($47.35M):** Priority focus on "Phase A" projects including Plaza Level waterproofing, garage repairs, subgrade waterproofing, and the terrace level overhang and roof.



**The Trump Kennedy Center**

# The Infrastructure Sprint – Phase A Continued

- **Critical Site Stabilization:** Addressing immediate structural needs such as the Rock Creek Parkway stabilization and vehicle force protection.

- **Safety & Building Systems ($78.15M):** Launch of "Phase A" life-safety initiatives, including fire alarm and fire protection extensions.



**The Trump Kennedy Center**

# Site & Interior Build-Out – Phase B

- **Public & Support Spaces ($67M):** Extensive "Phase B" renovations including Front of House renewal, restroom modernizations, and a total reconfiguration of employee office blocks (OPH, COH, and Terrace levels).

- **Performance Venue Revitalization ($48.45M):** Deep "Phase B" technical restorations for the Concert Hall, Opera House, and Eisenhower Theater, focusing on acoustics, rigging, and audience-facing finishes.



**The Trump Kennedy Center**

# Site & Interior Build-Out – Phase B
## Continued

- **Modernized Vertical Transportation:** Completion of select elevator modernizations and escalator capital repairs.

- **Site & Landscaping Completion:** Finalizing "Phase B" site restoration, including fountain restoration and river plaza perimeter security.

- **Operational Status:** Workforce re-hiring and technical "dry runs" prepare the Center for the July 2028 Grand Re-Opening.

# Grand Foyer

**The Trump Kennedy Center**





**The Trump Kennedy Center**

# Concert Hall




**The Trump Kennedy Center**

# Continuity of Mission

- **Living Memorial:** Transformation of Skylight Pavilion into the temporary Memorial.

- **NSO Support Spaces:** Studio K as the primary rehearsal home for the NSO.

- **Off-Campus Presence:** Relocating NSO programming nationally and internationally.



**The Trump Kennedy Center**

# Workforce Transition

- **People-Centered Plan:** Phased transition starting June 2026.

- **Alignment:** Adherence to CBAs and employment law.

- **Essential Team:** Retention of critical staff to manage the facility, construction and rebuilding.

# Construction & Renovation

**The Trump Kennedy Center**

- **Questions & Answers**

- **Deep Dive (if needed)**

- **Discuss Full Board of Trustees Meeting**

- **Discuss Meetings & Reporting**