# Exhibit T



# The Trump Kennedy Center

## 2 Year Renewal Project

| Project Categories | Budget |
|---|---|
| Shell & Site Infrastructure | $ 47,350,000.00 |
| Public & Support Spaces | $ 67,000,000.00 |
| Performance Venue Revitalization | $ 48,450,000.00 |
| Safety & Building Systems | $ 78,150,000.00 |
| Administrative | $ 7,950,000.00 |
| Total | $ 248,900,000.00 |
| HR1 Appropriation | $ 256,657,000.00 |

*Updated 2/19/26*

DRAFT

**Renewal Category - Shell & Site Infrastructure**

| Parent Project # | Renewal Project | Renewal Sub-Project | Renewal Sub-Project # | Phase | Budget |
|---|---|---|---|---|---|
| | | | | | |
| 1B10000 | Building Envelope & Structural Rehabilitation | Plaza Level Waterproofing & Hardscapes | 1B10001 | A | $ 18,000,000.00 |
| | | Garage Repairs & Subgrade Waterproofing | 1B10002 *(See Photo)* | A | $ 6,000,000.00 |
| | | Terrace Level Overhang & Roof | 1B10003 | A | $ 14,000,000.00 |
| | | | | | |
| | | | | | |
| 1B20000 | Site Restoration | Site & Landscaping Upgrades | 1B20001 *(See Photo)* | B | $ 3,500,000.00 |
| | | Fountain Restoration | 1B20002 | B | $ 500,000.00 |
| | | Rock Creek Parkway Stabilization | 1B20003 | A | $ 350,000.00 |
| | | | | | |
| | | | | | |
| 1B30000 | Perimeter & Physical Security Improvements | Vehicle Force Protection | 1B30001 | A | $ 500,000.00 |
| | | River Plaza Perimeter | 1B30002 | B | $ 2,500,000.00 |
| | | Exterior Glass & Door Replacement | 1B30003 | A | $ 2,000,000.00 |
| | | | | | |

$ 47,350,000.00

**Representative Renewal Sub-Project Examples**



**1B10002 - Garage Repairs & Subgrade Waterproofing**

**Representative Renewal Sub-Project Examples**



**1B20001 – Site & Landscaping Upgrades**

**Renewal Category - Public & Support Spaces**

| Parent Project # | Renewal Project | Renewal Sub-Project | Renewal Sub-Project # | Phase | Budget |
|---|---|---|---|---|---|
| | | | | | |
| 2B10000 | Public Space Improvements | Front of House Renewal | 2B10001 | B | $ 20,000,000.00 |
| | | Restroom Renovations | 2B10002 | B | $ 7,000,000.00 |
| | | Wayfinding | 2B10003 *(See Photo)* | B | $ 2,000,000.00 |
| | | Box Office Relocation | 2B10004 | B | $ 8,000,000.00 |
| | | | | | |
| | | | | | |
| 2B20000 | Employee Office Renovations | OPH Block Office Renovation | 2B20001 | B | $ 4,000,000.00 |
| | | Level A Office Renovation | 2B20002 | B | $ 10,000,000.00 |
| | | COH Block Office Renovation | 2B20003 | B | $ 2,000,000.00 |
| | | Terrace Office Renovation | 2B20004 | B | $ 3,000,000.00 |
| | | | | | |
| | | | | | |
| 2B30000 | Vertical Transportation Improvements | Elevator Modernizaiton | 2B30001 | AB | $ 10,000,000.00 |
| | | Escalator Capital Repair | 2B30002 | B | $ 1,000,000.00 |
| | | | | | |

$ 67,000,000.00

**Representative Renewal Sub-Project Examples**



**2B10003 - Wayfinding**

**Renewal Category - Performance Venue Revitalization**

| Parent Project # | Renewal Project | Renewal Sub-Project | Renewal Sub-Project # | Phase | Budget |
|---|---|---|---|---|---|
| | | | | | |
| | | Front of House | 3B10001 | B | $ 10,000,000.00 |
| 3B10000 | Concert Hall Restoration | Back of House | 3B10002 | B | $ 1,500,000.00 |
| | | Production Infrastructure | 3B10003 | AB | $ 1,200,000.00 |
| | | Acoustics | 3B10004 | AB | $ 12,000,000.00 |
| | | | | | |
| | | | | | |
| | | Front of House | 3B20001 | B | $ 6,000,000.00 |
| 3B20000 | Opera House Restoration | Back of House | 3B20002 | B | $ 2,000,000.00 |
| | | Production Infrastructure | 3B20003 *(See Photo)* | B | $ 2,000,000.00 |
| | | | | | |
| | | | | | |
| | | Front of House | 3B30001 | B | $ 4,000,000.00 |
| 3B30000 | Eisenhower Theater Restoration | Back of House | 3B30002 | B | $ 2,000,000.00 |
| | | Production Infrastructure | 3B30003 | B | $ 1,000,000.00 |
| | | | | | |
| | | | | | |
| | | Front of House | 3B40001 | B | $ 2,000,000.00 |
| 3B30000 | Family Theater Restoration | Back of House | 3B40002 | B | $ 500,000.00 |
| | | Production Infrastructure | 3B40003 | B | $ 500,000.00 |
| | | | | | |
| | | | | | |
| | | Front of House | 3B40001 | B | $ 500,000.00 |
| 3B30000 | Terrace Theater Restoration | Back of House | 3B40002 | B | $ 1,000,000.00 |
| | | Production Infrastructure | 3B40003 | B | $ 500,000.00 |
| | | | | | |
| | | | | | |
| | | Front of House | 3B40001 | B | $ 250,000.00 |
| 3B30000 | Theater Lab Restoration | Back of House | 3B40002 | B | $ 1,000,000.00 |
| | | Production Infrastructure | 3B40003 | B | $ 500,000.00 |
| | | | | | |

| | |
|---|---|
| $ | 48,450,000.00 |

**Representative Renewal Sub-Project Examples**



**3B20003 – OPH Production Infrastructure**

**Renewal Category - Safety & Building Systems**

| Parent Project # | Renewal Project | Renewal Sub-Project | Renewal Sub-Project # | Phase | Budget | |
|---|---|---|---|---|---|---|
| | | | | | | |
| 4B10000 | Fire Alarm & Fire Protection | Extend Fire Protection A Level | 4B10001 | A | $ | 250,000.00 |
| | | | | | $ | - |
| | | | | | | |
| | | | | | | |
| 4B20000 | Hazardous Material Abatement | Asbestos Abatement | 4B20001 | AB | $ | 400,000.00 |
| | | | | | $ | - |
| | | | | | | |
| | | | | | | |
| 4B30000 | MEP Improvements | Sanitary & Domestic Piping | 4B30001 *(See Photo)* | AB | $ | 30,000,000.00 |
| | | Central Plant Upgrades | 4B30002 *(See Photo)* | AB | $ | 10,000,000.00 |
| | | Condensor Loop | 4B30003 *(See Photo)* | AB | $ | 16,000,000.00 |
| | | Electrical System Upgrades | 4B30004 | AB | $ | 20,000,000.00 |
| | | River Pump Room | 4B30005 | B | $ | 1,500,000.00 |
| | | | | | | |

| | |
|---|---|
| $ | 78,150,000.00 |

**Representative Renewal Sub-Project Examples**



**4B30001 – Sanitary & Domestic Piping**

**Representative Renewal Sub-Project Examples**



**4B30002 – Central Plant Upgrades**

**Renewal Category - Administrative**

| Parent Project # | Renewal Project | Renewal Sub-Project | Renewal Sub-Project # | Phase | $ |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| 5B10000 | Moblization Costs | Mobilization Costs | 5B10001 | A | $ 5,000,000.00 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| 5B20000 | Administrative | Staffing | 5B20001 | AB | $ 2,000,000.00 |
|  |  | Document Mgmt. & Life Safety | 5B20002 | AB | $ 950,000.00 |
|  |  |  |  |  |  |

$ 7,950,000.00