# Exhibit U

**Representative Renewal Sub-Project Examples**



**1B10002 - Garage Repairs & Subgrade Waterproofing**

**Representative Renewal Sub-Project Examples**



**1B20001 – Site & Landscaping Upgrades**

**Representative Renewal Sub-Project Examples**



**2B10003 - Wayfinding**

**Representative Renewal Sub-Project Examples**



**4B30001 – Sanitary & Domestic Piping**

**Representative Renewal Sub-Project Examples**



**4B30002 – Central Plant Upgrades**

**Representative Renewal Sub-Project Examples**



**3B20003 – OPH Production Infrastructure**