# Exhibit Z

202.481.7685 main

**walter p moore**

## Field Observation Report

| FIELD OBSERVATION REPORT #: | **1** | | |
|---|---|---|---|
| OBSERVATION DATE/TIME: | December 20, 2022 | 8:30 AM | |
| REPORT DATE: | December 23, 2022 | | |
| PROJECT: | **Kennedy Center Soffit Failure** | | |
| WALTER P MOORE PROJECT NO. | D01.22010.00 | | |
| WEATHER: | Clear, 40°F (December 20, 2022), Raining, 40°F (December 22, 2022) | | |
| PRESENT AT SITE: | Christopher DeRosa | Walter P Moore (WPM) | |
| | Amir Manafpour | Walter P Moore (WPM) | |
| | Serena Siciliano | Walter P Moore (WPM) | |
| | Carissa Faroughi | The Kennedy Center | |
| DISTRIBUTION LIST: | Robert Perry | Page | |
| | Marisa Aschettino | Page | |

On the date indicated representatives of Walter P Moore visited the reference site to observe the general condition of the soffit.

## Overview

Walter P Moore (WPM) received an email from Page, dated Friday, December 16th regarding a displaced soffit panel on the northwest corner of the Kennedy Center. In a follow up call, WPM was requested by Page and the Kennedy Center to conduct a site visit and perform an initial assessment.

Based on discussion with Kennedy Center staff, it is understood that the failure was discovered on the 15th of December by building staff during or soon after a heavy rain event and water was observed flowing down the face of the marble clad exterior wall in the vicinity of the displaced soffit. As a part of this investigation, WPM reviewed applicable construction documents, spoke with building staff, and completed a preliminary on-site visual investigation.

During the initial site visit, WPM was provided access to observe the exterior of the failed soffit panel from an elevated man lift, and the interior of the soffit from a roof access point to the walkable soffit cavity above the failure. Exterior roof access was also provided to examine the existing TPO roof.

Close-up visual assessment of the panels was limited to the stucco panels at the northwest corner immediately adjacent to the displaced panel. In general, most of the stucco panel support system assembly was visually obstructed and Walter P Moore was only able to observe isolated locations.

## Observations/Comments

The assessment began with a visual inspection of the failed soffit panel from an elevated man lift, provided by the Kennedy Center. The assembly of the failed soffit panel and its connection to the structure is shown in Figure 1 and Appendix A. The naming convention shown in Figure 1 will be used consistently throughout this document. The following issues in this area were identified:

- Wire ties had failed in approximately half of the displaced panel, resulting in an approximately 8-inch vertical deflection at one corner of the panel. The area where the wire ties have failed are shaded in Figure 2. (Figure 2, Photos 1, 2, and 3). The remaining, intact wire ties appeared corroded.

walterpmoore.com

1700 K Street NW, Suite 1050 · Washington, DC 20006

- The adjacent panel also appeared to have deflected approximately 2" at the adjacent corner, indicating similar failure of its wire ties (Photo 4).
- Corrosion of the hat and steel channels was observed. (Photo 5)

During the investigation within the soffit cavity, the conditions supporting both the inner and outer soffit panels were observed, as illustrated in Appendix A. The configuration of the outer soffit panel support system uses the metal roof deck approximately 8" above for support rather than a concrete plank, as shown for the inner panel in Figure 3. The following issues were observed within the soffit cavity, and the approximate 8" space above the outer panel:

- Corrosion of the wire ties, hat channels, metal deck, and steel channels in the 8" space above the outer soffit support configuration. (Photo 6)
- Mineral deposits formed on the underside of the planter concrete slab indicating potential water intrusion in the past. (Photo 7)

It was reported that an active leak in the vicinity of the drain above the failed soffit panel has been observed for several years. The review of the TPO roof was limited to the NW corner of the building immediately adjacent to the falling panel. The following issues were observed:

- Ponding of water in multiple areas (Photo 8)
- Deteriorated flashing and TPO in the vicinity of the scupper drain at the NW corner (Photo 9)

On December 22nd WPM returned to the site to observe additional panel conditions (from grade) around the entire building, using binoculars. WPM observed the following:

- One additional location of water leaks on the south elevation, where water was observed dripping through the joint between two panels (adjacent to gridlines G and 21.5).
- One location of apparent patch repair (on gridline 21.5 and between gridlines L and M). Kennedy Center staff also mentioned that one of the panels on the south elevation may have been replaced in the past. Indicating potential prior issues with the panels on that end.
- One panel appeared to have cracks with dark stains spreading out to a panel joint (on gridline 21.5 and between gridlines N and M).
- No significant deflection of remaining panels was observed; however, it is very difficult to discern deflection at such heights with visual observations from grade.

Please do not hesitate to contact us if we can further clarify the conditions observed during this site visit and discussed in this report.

## Recommendations

The two deflected panels (potentially weighing over 2,500 lbs each) are at risk of separating further from the structure and becoming a falling hazard. We recommend the following to mitigate the falling risk:

- For immediate remedy, we recommend installing emergency shoring as soon as possible to support the two deflected panels. This can be performed with the use of temporary scaffolding (designed by a licensed engineer), erected to support the underside of the panel. The area, plus a buffer area, should continue to be blocked off from public access.
- During (or prior to) installation of scaffolding, it is recommended that the vertical legs of the hat channels are clamped and temporarily reattached to the concrete planks above, to a snug tension only (not causing movement). The temporary connections can be attached

| Project: | Kennedy Center Soffit Failure | Observation Date: | December 20, 2022 | PAGE 2 OF 6 |
|---|---|---|---|---|
| Report By: | Christopher DeRosa | Report Date: | December 23, 2022 | Report #: 1 |

to a channel secured to the top of the concrete planks. This should be performed carefully so as to avoid impacting or laterally moving the displaced panels until shoring is installed.

- In the northwest soffit cavity where cores were drilled into the concrete planks directly above the current failure, it is recommended that the concrete debris currently sitting on the panel be carefully removed from the damaged panel promptly, to reduce the additional burden on the panel.
- Any additional coring or demolition of the concrete planks that may be required, should be completed under the direction of a licensed engineer to avoid compromising the plank's structural integrity.
- Waterproofing repairs should be performed at the TPO roof drain and the planters.

There are a number of potential reasons for the failing of the wire ties including:
1. Corrosion (section loss), due to exposure to water infiltration or condensation,
2. Cyclic fatigue stresses in the bends of the wires over more than 50 years,
3. Abrasion of wires from the channel flange edges and from the concrete planks above,
4. Water accumulation and saturation of panels increasing the total load,

WPM recommends additional investigation to determine the cause(s) of failure and to understand if similar conditions have occurred at other locations. WPM also recommends additional investigations to determine the structural capacity of the backup framing supporting these panels.

At a minimum, any panels with similar conditions (leaking, deflected, or at failed drains) should be investigated. In addition, a representative number of panels (approximately 3-5), without the above issues, should also be investigated for fatigue or abrasion. Following an initial assessment, further monitoring/testing methods can be considered, including laser scanning to detect early deflections in the panels and/or testing the tensile strength of the wire ties.

## FIGURES



Figure 1: Inner Soffit Panel Assembly – below walkable enclosure area

Figure 2: Shaded Area – Inner Panel location of observed failed wire ties

Figure 3: Outer Soffit Panel Configuration - Under Steel Deck

## PHOTOS



| | |
|---|---|
| **1** Overall photo of displaced inner soffit panels | **2** Failed wire ties at North side of panel |
| **3** Gap at edge of panel at wall, approximately 8". | **4** Adjacent panel displacement, approximately 2" |
| **5** Corroded hat and steel channel | **6** Corroded metal deck and support system for outer soffit panels |



| 7 | Mineral deposits on underside of planter slab | 8 | Ponding on TPO Roof |
| 9 | Water infiltration reported at scupper roof drain | | |



# Appendix A

# SHEET 5-5-2A OF ORIG ARCH DWGS

**CANOPY SOFFIT & COFFER DETAILS**

1 — END DETAIL @ WALL
2 — CONTROL JOINT DETAILS
3 — ½ F.S. DET. @ CORNER
4 — END DETAIL @ FASCIA
5 — END DETAIL @ FASCIA
6 — ½ F.S. DET. @ COFFER
7 — DETAIL @ COLUMN
8 — COFFER DETAIL

C — PARTIAL REFLECTED PLAN: CANOPY SOFFIT @ EL.108'-0"
D — PARTIAL REFLECTED PLAN: CANOPY SOFFIT @ EL.109'-0"

F.S. EXTR. ALUM CASING BEAD DET.

A — TYPICAL CANOPY SCUPPER DET.
B — LONGITUDINAL SECTION THRU PLANTER & DRAIN TILE
C — TYPICAL TERRACE DRAIN DET.
D — LTG FIXT TYPE "W" FLASHING DET.
E — TYPICAL DETAIL - TERRAZZO CONTROL JTS. @ ROOF TERRACE

Outer Soffit Panel
Inner Soffit Panel

**NOTE:**
MARBLE SHOWN ON THIS DRAWING TO BE FURNISHED BY THE TRUSTEES.

MECH. EQUIPT. ROOM
WOMEN'S TOILET
UNFINISHED AREA
WOMEN'S TOILET
UNFINISHED AREA
STAGE DOOR LOBBY

WEST ELEVATION
NORTH ELEVATION

**¾" WALL SECTIONS - ELEV. 40'-0" TO 109'-0"**
FOR WALL SECTIONS ELEV. 8'-0" TO 40'-0" - SEE DWG. 5-5-1
FOR WALL SECTIONS ELEV. 109'-0" TO 142'-0" - SEE DWG. 5-5-3
FOR LOCATION OF WALL SECTIONS REFER TO DWG. 4-1-1, 4-1-2

EDWARD DURELL STONE, ARCHITECT
7 EAST 67TH STREET — NEW YORK 21, N.Y.

ARCHITECTURAL · STRUCTURAL · MECHANICAL

GENERAL SERVICES ADMINISTRATION
PUBLIC BUILDINGS SERVICE · WASHINGTON, D.C.

PROJECT: JOHN F. KENNEDY CENTER FOR THE PERFORMING ARTS
LOCATION: WASHINGTON, D.C.
PROJ. NO.: 4952B
DRAWING TITLE: ¾" WALL SECTIONS EL.40'-0" - EL.109'-0"
ARCHITECTURAL
DRAWING NO.: 5·5·2A