# Exhibit BB

| WPM Tracking # | **GG-H2** |
|---|---|
| **FMO #** | FMO-44321 |
| **Associated Building Systems:** | Plaza Level (40' PL) expansion joint along gridlines 15/16 |
| **Building Location:** | Parking Garage Level A |
| **Assessment Observations:** | <ul><li>Evidence of significant ongoing moisture intrusion was observed throughout the length of the gridline 15/16 expansion joint in Level A of the parking garage.</li><li>Delaminated spray-applied fireproofing on the structural steel girders and beams below the expansion joint was observed, indicating ongoing moisture exposure. Significant corrosion was also noted at exposed structural steel surfaces.</li><li>Existing gutters below the expansion joint appeared to have been partially removed or failed.</li></ul>**Refer to investigative opening O-2 for more information.** |
| **Photos:** | |



*Photo from FMO-31418 entry. Delaminated spray-applied fireproofing and structural steel corrosion observed below expansion joint.*



*Photo from FMO-31418 entry. Deteriorated and failed existing gutters below the expansion joint.*

| WPM Tracking # | **GG-H3** |
|---|---|
| **FMO #** | FMO-45706, FMO-50653, FMO-51142, FMO-43399, FMO-50798, FMO-44686, FMO-16492 |
| **Associated Building Systems:** | TPO roof system at roof terrace level (109'-RT) |
| **Building Location:** | Roof terrace overhang |
| **Assessment Observations:** | <ul><li>The KC leak log indicates 8 reported leaks at the roof terrace level overhangs from 2019-23. Many of these reported leaks were observed from the ground, with water observed to be dripping from the joints between panels or at columns.</li><li>Standing water was observed typically at the TPO roof surface throughout the roof overhang perimeter. Water, debris, and moisture staining were present at low points sloped towards the drains, at expansion joints, and at security equipment locations.</li><li>Debris was also observed at the TPO roof corner drains.</li><li>Repair patches were observed at multiple locations at the TPO roof surface, indicating previous leaks at those areas.</li><li>The standing water at the TPO roof surface is believed to be connected to the leaks observed from the soffit panel seams below. Moisture intrusion has also been reported in the</li></ul> |

| | interstitial space below and may also be connected to the corrosion of steel soffit panel support wires observed at the north-west corner. |
| | • Limited investigation of interstitial space where safely accessible was conducted by WPM along the east elevation at gridline 5, between gridlines O and P. The space was accessed through MER #4. |
| | • A targeted investigation of the interstitial space below the roof terrace level is recommended to locate areas of persistent water intrusion from above. Specifically, it is recommended to investigate the TPO roof corner drains from the drain undersides to locate potential leaks. Continued moisture intrusion into the interstitial space may cause corrosion of the soffit panel steel supports. |
| | • Fall protection safety equipment may be required prior to entering the interstitial space. A safety plan for entry and exit should be complied prior to a comprehensive assessment. |
| | **Refer to opening O-9 for further information.** |

**Photos:**



*Photo from FMO-45706 entry. Standing water and staining at low point of the TPO roof.*



*Photo from FMO-45706 entry. Debris at a corner TPO roof drain.*



*Photo from FMO-45706 entry.  Standing water and staining at an expansion joint.*



*Photo from FMO-45706 entry. Standing water and staining near security equipment at the south-east corner.*



*Architectural drawing at Roof Terrace Level. Extracted from Sheet A5-5-2A, dated 25 July 1966.*



*Overview of interstitial space below roof terrace slab near gridline P-5, looking south. Typical under-paver drain indicated by red arrow.*

| WPM Tracking # | **GG-H4** |
|---|---|
| **FMO #** | NEW |
| **Associated Building Systems:** | Planter expansion joint at south plaza expansion |
| **Building Location:** | B-level south switchgear room and south plaza planter expansion joint |
| **Assessment Observations:** | • Isolated issue where water appears to be leaking from the planter expansion joint through the A-level garage and down into the B-level south Switchgear room |
| **Photos:** | |



*Photo of B-level switchgear room. The plastic sheeting has been used to protect the equipment from the overhead leaks. The expansion joint is behind the pictured beam.*

| WPM Tracking # | **GG-H5** |
|---|---|
| **FMO #** | FMO-15141 |
| **Associated Building Systems:** | Below-grade waterproofing system |
| **Building Location:** | Fire pump room, service tunnel, generator room, CH transformer vault |
| **Assessment Observations:** | • Evidence of significant, ongoing moisture intrusion through the cast-in-place concrete retaining walls were observed in the service tunnel, fire pump room, generator room, and concert hall transformer vault room.<br>• Moisture staining and significant efflorescent staining were observed on the wall surfaces and adjacent mechanical and electrical equipment.<br>• Significant concrete deterioration as a result of ongoing moisture intrusion was observed the concert hall transformer vault. The concrete encasement of several overhead beams has delaminated and fallen to the vault floor. <u>Moisture staining was present on multiple transformer covers.</u><br>• KC staff report that previous repairs have been implemented in these areas. However, moisture intrusion has continued, particularly during storm events.<br><br>**Refer to investigative opening O-1 for more information.** |
| **Photos:** | |



*Photo from FMO-15141 entry. Moisture intrusion through retaining walls at the fire pump room.*



*Photo from FMO-15141 entry. Moisture intrusion through retaining walls in the service tunnel.*



*Photo from FMO-15141 entry. Moisture intrusion through retaining walls in the service tunnel.*



*Photo from FMO-15141 entry. Moisture intrusion through retaining walls at the generator room.*



*Photo from FMO-15141 entry. Severe efflorescence in concert hall transformer vault*



*Photo from FMO-15141 entry. Concrete beam deterioration and severe efflorescence in concert hall transformer vault.*

| URGENCY - MEDIUM | |
|---|---|
| **WPM Tracking #** | **GG-M1** |
| **FMO #** | FMO-49048 |
| **Associated Building Systems:** | 2001 south garage expansion joint at gridline S8 |
| **Building Location:** | Parking Garage Level B |
| **Assessment Observations:** | • Limited evidence of moisture intrusion was observed through the Level A expansion joint into Level B<br>• The expansion joint was observed to be wider at the reported leak location. The typical expansion joint width at this gridline is approximately 2-inches, however, the joint at the leak location is approximately 5 to 6-inches wide.<br>• Moisture intrusion was not observed at other locations along this expansion joint.<br>• Water appears to be originating from plaza level, either at the planter along the south edge of the south plaza or the façade panels, associated joints, and base gutter adjacent to the Reach landscape stair.<br>• Targeted repair of the expansion joint at this location is recommended. |
| **Photos:** | |

 

*Photo from FMO-49048 entry. Overview of expansion joint at Level B parking garage*

*Photo from FMO-49048 entry. Evidence of limited moisture through expansion joint.*



Planter at South edge of south plaza, with an expansion joint through the planter edge, drains, and irrigation piping.

Precast panels with jointing and drainage channel at base of wall along stair edge

Approx location of leaking

*Photo overall location at plaza level*

| URGENCY - LOW | |
|---|---|
| **WPM Tracking #** | **GG-L1** |
| **FMO #** | None |
| **Associated Building Systems:** | Plaza level waterproofing at exterior column base |
| **Building Location:** | Exterior of 1966 building |
| **Assessment Observations:** | • Surface corrosion is typically present at the base of the exterior cruciform columns around the 1966 building perimeter. The cruciform columns are believed to be painted ornamental covers over a structural steel W-section column.<br>• The surface corrosion is typically present in the bottom 2-3 inches of the column cover, measured from the top of the granite pavers.<br>• The corrosion is believed to be caused by exposure to weather and the use of deicing salts on the paved surfaces around the column covers. Long-term exposure to chloride based deicing salts is a common cause of steel corrosion.<br>• The joint sealants and backer rod present at the base of the column appeared to be deteriorated.<br>• Replacing the joint sealants at the base of the column is recommended. Tooling the joints to direct water towards the under-paver drains may be considered.<br><br>**Refer to opening O-6 for further information and photos.** |

**Concert Hall – Visual Investigations**

At the start of WPM's work, the leak log consisted of 127 identified leaks associated with the Concert Hall and associated facilities.  With the assistance of the Kennedy Center staff, we filtered out leaks associated with MEP, irrigation, and/or civil systems.  After this initial review, 12 listed items remained that were associated with building enclosure systems. Walter P Moore then further evaluated each of the remaining leak log items, either through site-visits or by interviewing of the KC staff. After further evaluation, 1 of the remaining 12 listed items were determined to have been resolved.

The following list is a summary of leak log items evaluated by WPM, grouped by their urgency classification:

| URGENCY - HIGH | |
| --- | --- |
| **WPM Tracking #** | **CH-H1** |
| **FMO #** | FMO-37074, FMO-31093, FMO-35552, FMO-17612, FMO-24903 |
| **Associated Building Systems:** | Plaza Level (40' PL) waterproofing system |
| **Building Location:** | MER-3 ceiling slab |
| **Assessment Observations:** | • The KC leak log entry described moisture intrusion from cracks in the ceiling slab at multiple times during 2019, 2020, 2021 and 2022. The moisture affected workshop areas in MER #3 below.<br>• The MER #3 ceiling slab was mostly obstructed by roof-mounted MEP equipment. However, concrete slab cracking was observed at all visible portions of the soffit.<br>• Significant efflorescent staining and stalactite formation was present at slab cracking locations, indication ongoing moisture intrusion over a prolonged period of time.<br>• Entrance driveway, sidewalks, and planter areas are present immediately above MER #3. These areas are exposed directly to the weather and are believed to be exposed to road-salts during the winter months.<br><br>**Refer to investigative opening O-2 for more information.** |
| **Photos:** | |

*Photo from FMO-37074 entry.  Evidence of efflorescent staining and cracking at the slab above.*

*Photo from FMO-37074 entry. Stalactite formation at slab above.*

| WPM Tracking # | CH-H2 |
|---|---|
| FMO # | FMO-35262, FMO-26725 |
| Associated Building Systems: | Plaza Level (40' PL) waterproofing system and expansion joint |
| Building Location: | MER-2 and loading dock 2 ceiling slab |
| Assessment Observations: | <ul><li>The KC leak log entry described moisture intrusion through the expansion joint along gridlines 15/16, particularly at housekeeping storage areas and at loading dock 2.</li><li>Walter P Moore observed significant moisture intrusion throughout the length of the expansion joint in all unconditioned areas, including the garage, mechanical rooms and loading docks. Moisture was observed to drip onto the mechanical equipment below.</li><li>Sheet metal gutters had been installed along sections of the gridline 15/16 expansion joint. An example of a gutter was observed in MER #2.</li><li>Significant moisture intrusion through the expansion joint into the sheet metal gutter was observed in MER #2. The gutter was stained, and moisture was observed to leak from joints between sheet metal panels.</li></ul><br>**Refer to investigative opening O-2 for more information.** |
| Photos: | |



*Photo from FMO-35262 entry. Gutter installed at MER #2 along expansion joint.*



*Photo from FMO-35262 entry. Gutter installed at MER #2 along expansion joint with visible moisture intrusion.*

| URGENCY - MEDIUM | |
|---|---|
| **WPM Tracking #** | **CH-M1** |
| **FMO #** | FMO-45198, FMO-50517, FMO-45674, FMO-10334 |
| **Associated Building Systems:** | Roof Level (OH-135' RL) built-up roof system |
| **Building Location:** | MER #11 and Roof Terrace restaurant kitchen |
| **Assessment Observations:** | <ul><li>Leaks have been reported in the KC leak log through the kitchen exhaust into MER #11 and the kitchen below on multiple instances in 2018, 2022 and 2023.</li><li>The kitchen exhaust fan room was accessed through MER #11. Evidence of ongoing moisture intrusion through the vent penetration in the roof slab above was observed, including concrete deterioration, cracking and moisture staining. Plastic sheeting was present on the floor to prevent moisture intrusion into the Roof Terrace Restaurant kitchen below.</li><li>The exhaust vent was observed from the main roof level (135' RL) above. The sheet metal and adhered flashings around the penetration were in fair condition. Evidence of previous repairs at the flashing were observed, indicating that the flashings may be a potential source of moisture into the fan room below.</li></ul> |
| **Photos:** | |

 

*Photo from FMO-45198 entry. Kitchen exhaust room in MER #11. Moisture observed on floor.*　　*Photo from FMO-45198 entry.  Kitchen exhaust vent roof penetration into MER #11.*



*Photo from FMO-45198 entry. Concrete deterioration and moisture staining at exhaust vent penetration.*

**URGENCY - LOW**

No leak log items were identified as "low" urgency.

## Eisenhower Theater – Visual Investigations

At the start of WPM's work, the leak log consisted of 92 identified leaks associated with the Eisenhower Theater, Terrace Theater, and associated facilities.  With the assistance of the Kennedy Center staff, we filtered out leaks associated with MEP, irrigation, and/or civil systems.  After this initial review, 3 listed items remained that were associated with either building enclosure systems or were undetermined at the time.  Walter P Moore then further evaluated each of the remaining leak log items, either through site-visits or by interviewing of the KC staff.

The following list is a summary of leak log items evaluated by WPM, grouped by their urgency classification:

**URGENCY - HIGH**

No leak log items were identified as "high" urgency.

| URGENCY - MEDIUM | |
|---|---|
| **WPM Tracking #** | **ET-M1** |
| **FMO #** | FMO-31424, FMO-40485, FMO-51591 |
| **Associated Building Systems:** | Plaza Level (EL-40' PL) waterproofing membrane system under pavers |
| **Building Location:** | Wardrobe and laundry room at Level A (ET-27' AL) |
| **Assessment Observations:** | Limited evidence of previous moisture staining was observed on the ceiling tiles of the Eisenhower Theater wardrobe laundry room on Level A. FMO work orders indicate that leaks have occurred at this location in August 2021, July 2022, and July 2023. Stained ceiling tiles were removed to observe the underside of the structural slab above, exposing plaza drains above. Based on interviews with KC staff, plaza drain piping is regularly cleaned out and repaired, however, moisture intrusion at this area has continued.<br><br>**Refer to investigative opening O-5 for more information.** |
| **Photos:** | |



*Photo from FMO-51591 entry. Limited evidence of moisture intrusion from drain penetrations above.*



*Photo from FMO-51591 entry.  Limited evidence of water staining on slab underside.*

**URGENCY - LOW**

No leak log items were identified as "low" urgency.

**Opera House – Visual Investigations**

At the start of WPM's work, the leak log consisted of 105 identified leaks associated with the Opera House, Theater Lab, and associated facilities.  With the assistance of the Kennedy Center staff, we filtered out leaks associated with MEP, irrigation, and/or civil systems.  After this initial review, 2 listed items remained that were associated with building enclosure systems. Walter P Moore then further evaluated each of the remaining leak log items, either through site-visits or by interviewing of the KC staff. After further evaluation, 1 of the remaining 2 listed items were determined to have been resolved.

The following list is a summary of leak log items evaluated by WPM, grouped by their urgency classification:

**URGENCY - HIGH**

No leak log items were identified as "high" urgency.

| URGENCY - MEDIUM | |
|---|---|
| **WPM Tracking #** | **OH-M1** |
| **FMO #** | FMO-20530 |
| **Associated Building Systems:** | Roof Level (OH-135' RL) built-up roof system |
| **Building Location:** | Theater Lab ceiling |
| **Assessment Observations:** | • The KC leak log entry described a leak at the Theater Lab ceiling, near the House stairs, on December 30, 2019. The area was walked with KC staff and no evidence of moisture intrusion could be observed from below. The Theater Lab ceiling is obstructed by lighting and equipment and is painted black. Moisture staining would likely not be visible in these conditions.<br>• The built-up roof system above the reported leak location was assessed. Photos from the roof assessment have been included below.<br>• Roof ballast was removed from the roof area immediately above the Theater Lab. This may indicate recent roof repairs or modifications. Three roof hatches were also observed in this area. The hatches are not called out on the original 1966 architectural drawings and are more modern additions.<br>• The roof membrane system, flashings and termination bars at each roof hatch appeared to be in very good condition. This repair appears to be recent and may have occurred after the reported 2019 leak. No leaks in this area after 2019 have been recorded in the leak log. |
| **Photos:** | |



*Photo from FMO-20530 entry.  Overview of built-up roof area above Theater Lab.*



*Photo from FMO-20530 entry. Close-up of roof hatch and associated roofing membrane.*

**URGENCY - LOW**

No leak log items were identified as "low" urgency.

**The REACH and River Pavilion – Visual Investigations**

At the start of WPM's work, the leak log consisted of 81 identified leaks associated with the REACH and River Pavilion facilities.  With the assistance of the Kennedy Center staff, we filtered out leaks associated with MEP, irrigation, and/or civil systems.  After this initial review, 40 listed items remained that were associated with either building enclosure systems or were undetermined at the time.  Walter P Moore then further evaluated each of the remaining leak log items, either through site-visits or by interviewing of the KC staff.

The following list is a summary of leak log items evaluated by WPM, grouped by their urgency classification:

| URGENCY - HIGH | |
| --- | --- |
| **WPM Tracking #** | **RR-H1** |
| **FMO #** | FMO-51671, FMO-43327, FMO-19247, FMO-40672, FMO-28086 |
| **Associated Building Systems:** | Link Walkway Canopy.  Water entering through exterior door or at the curtain wall base |
| **Building Location:** | A Level West entrance, directly above the Hammersmith Lounge |
| **Assessment Observations:** | WPM received photos from KC staff from the leak log software.  From the photos, the leak appears to be coming from the west facing exterior door or the base of the curtain wall system. Based on the size of the staining, the leak appears to be a large quantity of water. The Link covered walkway canopy terminates immediately above this external door.  The bottom most point of this roof has an insufficient curb/parapet, and no drip edge to allow water to discharge a sufficient distance from the canopy.  This allows water to drip over the canopy edge, and evidence also suggests water travels across the underside of this roof via capillary action. |
| **Photos:** | |



*Photo from FMO-51671 entry.  Photos indicate staining near the A-Level west entrance door, with significant bulk water.*



Insufficient curb/parapet. No drip edge provided. Ponding water.

*Photo from the top of the Link covered walkway canopy, low point.  Note the ponding water.*



Lack of drip edge. Water cascading down face of canopy slab

West door into A-level, above the Hammersmith Lounge

*Photo of the Link covered walkway canopy, and the adjacency of the A-level west door to the low point of the canopy.*



*Photo indicating drip stains and concrete cracking at the underside of the concrete canopy. This deterioration is concentrated around the low point of the canopy, below the ponding water.*



*Enlarged photo of the drip stains and concrete cracking at the underside of the concrete canopy.*

| WPM Tracking # | **RR-H2** |
|---|---|
| **FMO #** | FMO-49160, FMO-48297, FMO-48333, FMO-48572, FMO-19192 |
| **Associated Building Systems:** | Plaza level green roof and glazing sill termination with plaza waterproofing system |
| **Building Location:** | Welcome Pavilion, Staining occurring at underside of Level A ceiling. |
| **Assessment Observations:** | Significant staining occurring at the underside of the Level A ceiling in the Welcome Pavilion. The staining is located at the corner of the clerestory above, at the intersection of the Western landscape sedum "swoosh", the plaza level green roof, and the sill of the clerestory glazing.<br>Due to the continuing leak issues at this location, as observed by the number of items in the leak log dedicated to this location, and the front of house nature of the leak, an investigative opening was selected for this location.<br>**Refer to investigative opening O-10 for more information.** |
| **Photos:** | |



*Photo from interior of general location of staining and adjacent enclosure systems.*

*Photo from exterior of general location of staining and adjacent enclosure systems.*

| URGENCY – MEDIUM | |
|---|---|
| **WPM Tracking #** | **RR-M1** |
| FMO # | FMO-40510, FMO-40674, FMO-24389, FMO-24471 |
| Associated Building Systems: | Undetermined - MEP, Kitchen equipment, or Concrete stair |
| Building Location: | River Pavilion, Stairs from Basement to Plaza level behind Café |
| Assessment Observations: | Following a review of the area and the design drawings, WPM believes the issue is most likely attributable to MEP or kitchen piping systems. The water and mineral build-up is occurring along a primarily interior wall, thus the potential from leaks from the exterior are limited. Per the O+M staff, leaks happen randomly and they have been unable to track it with weather or an event that uses the kitchen. |
| Photos: | |



*Architectural drawing at River Pavilion interior stairl. Extracted from Sheet A311, dated 01 November 2017.*

*Photo of general leak location and mineral build-up.*

| **WPM Tracking #** | **RR-M2** |
|---|---|
| FMO # | FMO-41432 |
| Associated Building Systems: | Triangular skylight @ Reach Plaza level |
| Building Location: | Staining occurring at B level internal glazing sealant at Stair 7-1. |
| Assessment Observations: | Rust staining was observed on the B level internal glazing at Stair 7-1. Based on information from the O+M staff, it is assumed that the leak is coming from the Northwest corner of the triangular skylight. Since the other corners of the skylight do not appear to have leaks, this is assumed to be an isolated issue. |
| Photos: | |



*Photo from FMO-41432 entry. Photo of staining at base of B-level interior window at stair 7-1.*



*Photo of triangular skylight at plaza level. Highlighted corner indicates the general location where the leak may be originating from.*

| WPM Tracking # | **RR-M3** |
|---|---|
| **FMO #** | FMO-43327 |
| **Associated Building Systems:** | Undetermined, likely the plaza and green roof leak at the corner of the Swoosh landscaping and plaza hardscaping |
| **Building Location:** | Hammersmith Lounge wall adjacent to the Macaroni Classroom, Macaroni Classroom ceiling panels, and Plaza level Swoosh landscaping |
| **Assessment Observations:** | Staining observed on the drop ceiling of the classroom, below Skylight Pavilion floor diffusers and ductwork.<br>Staining observed in the corner near the shared wall with the Hammersmith Lounge. This is below the swoosh landscaping above. |
| **Photos:** | |

 

*Photo of stain located in the corner of the Macaroni room, located adjacent to the Hammersmith Lounge and below the swoosh landscape above.  The ceiling zone is direct mounted to the slab above.*

*Photo of wall stain at the edge of the A-level railing/mezzanine slab.  This wall is shared between the Hammersmith Lounge and the Macaroni Classroom and is below/behind the Swoosh landscaping.*



*Photo of Swoosh landscaping corner.  Below is the Macaroni Classroom and beyond is the Hammersmith Lounge.*

| WPM Tracking # | **RR-M4** |
|---|---|
| **FMO #** | FMO-19783, FMO-25364, FMO-32134, FMO-23102 |
| **Associated Building Systems:** | East & West Glass Facade @ Parapet and/or Window head |
| **Building Location:** | Hammersmith Lounge<br>Sardar Classroom<br>PT-109 Boardroom |
| **Assessment Observations:** | • Hammersmith Lounge: WPM received photos from KC staff from the leak log software. From the photos, the leak appears to be entering the building at the top of the exterior window.<br>• Sardar Classroom: WPM received photos from KC staff from the leak log software. From the photos, the leak appears to be entering the building at the top of the exterior window.<br>• PT-109 Boardroom: Leak log describes a leak from the ceiling/window.<br>• Based on the photo at the Sardar Classroom – this water is not believed to be from condensation.  However, due to lack of information on the Hammersmith and PT-109 conditions, we are unable to draw similar conclusion for these locations.<br>**Refer to O-11 opening for more information.** |
| **Photos:** | |



*Photo from FMO-25364 entry.  Photo indicates significant bulk water coming from the head of the window*



*Photo from FMO-19783 entry.  Location indicates top of glazing at curtain wall head/parapet condition*

| WPM Tracking # | **RR-M5** |
|---|---|
| **FMO #** | FMO-21201, FMO-25363, FMO-41411, FMO-32135 |
| **Associated Building Systems:** | Undetermined at the time of the initial visual assessment, potentially a leak from MEP systems serving the Skylight Pavilion above |
| **Building Location:** | Macaroni room ceiling panels |
| **Assessment Observations:** | Staining observed on the drop ceiling of the classroom, below Skylight Pavilion floor diffusers and ductwork. **Refer to O-12 opening for more information.** |
| **Photos:** | |



*Photo of ceiling stains in the drop ceiling.  The stains are located below Skylight Pavilion radiator and ductwork MEP equipment, just inside the building enclosure.*

| WPM Tracking # | **RR-M6** |
|---|---|
| **FMO #** | FMO-48140 |
| **Associated Building Systems:** | Undetermined, potentially a leak from the north plaza level exterior door |
| **Building Location:** | Welcome Pavilion, ceiling staining to underside of plaza level mezzanine |
| **Assessment Observations:** | Water potentially from the North facing plaza level door |
| **Photos:** | |





| *Photo of general location.* | *Photo of ceiling staining.* |
|---|---|

| WPM Tracking # | **RR-M7** |
|---|---|
| **FMO #** | FMO-25368 |
| **Associated Building Systems:** | Undetermined or plaza level green room and glazing sill termination with plaza waterproofing system |
| **Building Location:** | Skylight Pavilion, leak at underside of ceiling/east entrance door |
| **Assessment Observations:** | WPM received photos from KC staff from the leak log software.  From the photos, the leak appears to be coming from above the east entrance door.  This is potentially a green roof waterproofing and/or glazing sill termination issue.<br>WPM notes that the leak occurred in September 2020, and similar leaks have not been documented in the leak log since. |
| **Photos:** | |

*Photo from FMO-25368 entry.  Photo of staining above east door below the clerestory glazing.*

| **URGENCY – LOW** | |
|---|---|
| **WPM Tracking #** | **RR-L1** |
| **FMO #** | FMO-36023 |
| **Associated Building Systems:** | Undetermined |
| **Building Location:** | Skylight Pavilion, above west doorway on lobby/corridor side |
| **Assessment Observations:** | WPM received photos from KC staff from the leak log software.  Leak appears to be a small ceiling stain at a primarily internal location with no/limited external water sources nearby.  WPM notes that the leak occurred in January 2022, and similar leaks have not been documented in the leak log since.<br>There is the potential that this leak is associated with the Macaroni Classroom ceiling stains (RR-M5), however WPM understands that if water had entered the diffuser box, the leak detection system would have initiated. |
| **Photos:** | |



*Photo from FMO-36023 entry.  Ceiling stain circled.*

| WPM Tracking # | **RR-L2** |
| --- | --- |
| FMO # | FMO- 25370 |
| Associated Building Systems: | Undetermined.  Could be glazing sill or glazing head condition. |
| Building Location: | Skylight Pavilion west façade |
| Assessment Observations: | WPM received photos from KC staff from the leak log software.  Water build-up appears to be located at the glazing base.  It is unclear if the water came from overhead or if the water came from the glazing sill.<br>WPM notes that the leak occurred in September 2020, and similar leaks have not been documented in the leak log since. |
| Photos: | |

*Photo from FMO-25370 entry.  Photo of water ponding at the base of the glazing.*

**APPENDIX E – PHASE 2 – FIELD INVESTIGATIONS & DESTRUCTIVE OPENINGS REPORT, DATED DECEMBER 8, 2023 AND PREPARED BY WALTER P MOORE**

**APPENDIX C – WPM DESTRUCTIVE OPENINGS – NOTES & PHOTOGRAPHS**

| O-1 Opening | |
|---|---|
| **Opening Location:** | East Plaza, above the Concert Hall Transformer Vault – Dug to expose the MEP room lid slab and partial extents of the vertical basement wall |
| **Associated Building Systems:** | Service Tunnel MEP Rooms – Below-grade Waterproofing and Concrete slab & walls |
| **Assessment Observations:** | • The general intent of the opening is to investigate the existence and condition of below-grade waterproofing at the MEP rooms located along the service tunnel. The opening was strategically located above the concert hall transformer vault due to both the ability to perform the opening in this location (out of way of traffic and able to dig through dirt vs through driveway or plaza hardscaping) and the severe deterioration of the concrete observed from inside this room. <br>• The day that the opening was performed experienced moderate rain (Friday November 10th). <br>• The contractor dug approximately 2'-11" to reach the top of the lid slab, as measured from the top of the concrete sidewalk above. <br>• The contractor experienced continual water entering the pit and needed to dig a relief channel and side pit to allow the water to flow away from the concrete slab and evaluation area. It appeared that the water was flowing within the drainage mat layer, suggesting that the continual flow of water was coming from various locations above the structural slab. <br>• A non-continuous waterproofing system and drainage mat with filter fabric was observed on the top of the slab only. The waterproofing terminated in a non-uniform, tattered condition at the horizontal to vertical wall transition. Exposed concrete was visible in numerous locations at the transition to the vertical wall. WPM was unable to verify the existence of waterproofing on the vertical surface. <br>• The concrete transition from the horizontal to the vertical surface was not a crisp, 90-degree angle, suggesting that the outermost concrete at this point could have deteriorated over time. <br>• The rain eventually stopped in the late afternoon of Friday Nov 10th, and the water in the pit was left to stabilize over the weekend. Upon returning in the morning of Monday Nov 13th to begin filling in the pit, no pooled water was found within the pit. The pit was approximately 3'-9" deep, as measured from the concrete sidewalk above. This suggests that the groundwater elevation is likely below the excavation extents (to be confirmed via Geotechnical analysis). <br>• Within the 2001 Garage Expansion/Renovation drawings, a demarcation was observed between Funding Package A and Funding Package B. The Service Tunnel MEP rooms are predominately located within the region of Funding Package B. Kennedy Center staff was unsure if any below-grade waterproofing work was completed during the 2001 renovation within the Funding Package B extents. In addition, WPM was unable to find any drawings within the 2001 renovation documents that called for new or replaced below-grade waterproofing. <br>• Upon discussions with the KC O+M staff, KC staff members mentioned potential failures and/or systemic issues with the trench drains located in the roadways along the East Plaza. While WPM did not investigate these systems since they are beyond the scope of this assessment, if these drains or associated piping/fittings are failing, this is a potential source of large amounts of uncontrolled water depositing directly above the basement lid slab and walls. |
| **Photos:** | |
| | |



*Overall photo of the opening location, incluiding adjacency to the asphalt roadway and roadway trench drains.*



*Photo taken Friday November 10th, with pooled water in the pit*



*Photo of subsided water, taken Monday morning, November 13th*



Tattered edge to waterproofing and drainage mat

Exposed concrete

Face of vertical wall approximately located along this line

*Photo of top of conrete lid slab to the vertical wall transition*

*Plaza level architectural drawing from the 2001 Garage Expansion/Renovation, indicating the extents of Funding Package A vs Funding Pacakge B. Extracted from Sheet A-104, dated March 26, 2001.*

| O-2 Opening | |
|---|---|
| **Opening Location:** | East entrance plaza level (40' PL) at expansion joint along gridlines 8/9 |
| **Associated Building Systems:** | Plaza waterproofing system and expansion joint |
| **Assessment Observations:** | • The general intent of the opening is to investigate the as-built condition of the expansion joints at plaza areas east of the Kennedy Center. All expansion joints spanning from the Kennedy Center's east exterior walls to the 25th St NW roadway are exposed to weather and heavy vehicular bus traffic. The east entrance plaza and sidewalks are understood to be heavily salted over the winter months to prevent slip hazards.<br>• The KC leak log has multiple leak locations recorded along the length of the east plaza expansion joints, indicating ongoing moisture intrusion through the joint into spaces below.<br>• The plaza waterproofing system is believed to be a hot-applied rubberized asphalt waterproofing membrane installed during the plaza improvements project in 2005. The expansion joints are believed to have been installed at the same time, however, the ago of the expansion joint covers is unknown.<br>• The expansion joint cover plate and gland were temporarily removed and the concrete topping slab and setting bed below were demolished to observe the condition of the plaza waterproofing system. The granite sidewalk curbs were also temporarily removed to better understand the continuity of the plaza waterproofing system at sidewalks.<br>• The observed waterproofing system at the expansion joint varied from record 2001 construction drawings. The observed as-built system has been shown below through sketches and photos.<br>• Liquid water was observed between layers of the plaza waterproofing system, indicating that water may not be adequately draining away from the expansion joint. Large amounts of water were also observed in a void below the granite curbs. The water did not have an apparent path to drain away from the expansion joint.<br>• All waterproofing components were in fair to poor condition. The hot-applied rubberized asphalt waterproofing appeared to have bubbles, indicating possible moisture below the waterproofing layer. The filter fabric and drainage mat were in fair condition, with limited areas of significant wearing.<br>• The hot-applied rubberized asphalt waterproofing layer appeared to be continuous across the expansion joint block-out and structural slab joint below, subjecting it to expansion/contraction stressed from the slab below.  A foam block was observed at the joint through the setting bed, allowing for movement.<br>• The setting bed and concrete topping slab appeared to be in good condition.<br>• The existing winged expansion joint was bolted into the concrete topping slab below. Evidence of adhesive or sealant was not observed. |
| **Photos:** | |



*Architectural drawing of the observed systems at the east plaza expansion joint. Modified detail based on the original extracted from Sheet A423, dated 26 March 2001.*



Expansion joint block-out

Adhered waterproofing membrane on structural slab

Water-filled void under granite curb

Top of setting bed

Concrete sidewalk

*Overview of investigative opening at east plaza expansion joint, with observed components highlighted.*



*Investigative opening at east plaza expansion joint. Centerline of expansion joint indicated by red line.*



*Investigative opening at east plaza expansion joint. Foam block between setting bed indicated by red arrow. Liquid water present on waterproofing membrane.*



*Investigative opening at plaza expansion joint, looking east. Centerline of expansion joint indicated by red line.*



*Close-up of void under granite curb. Standing water was observed in void.*

| O-3 Opening | |
|---|---|
| **Opening Location:** | East entrance plaza level (40' PL) at planter between gridline S-15 to S-16 |
| **Associated Building Systems:** | Expansion joint in planter |
| **Assessment Observations:** | • The general intent of the opening is to investigate the as-built condition of the expansion joints in a typical planter box at the east plaza of the Kennedy Center. The service tunnel mechanical plenum is below the planter box along gridlines 15/16.<br>• The KC leak log has leak locations reported in the service tunnel along gridline 15/16. Significant water intrusion was observed from the underside of the expansion joint, particularly during rain events.<br>• The observed waterproofing systems at the interior face of the planter were consistent with record 2001 drawings. Liquid water was observed between layers of uncured neoprene and backer rod, below the drainage mat. Localized areas of bubbling were observed below the hot-applied rubberized asphalt waterproofing wall membrane.<br>• Waterproofing system components were typically observed to be in fair condition. The localized bubbling at the membrane indicates possible moisture intrusion into the joint block-out. |
| **Photos:** | |



*Architectural drawing of the observed systems at the expansion joint in a planter. Modified detail based on the original extracted from Sheet A422, dated 26 March 2001.*



*Overview of east plaza investigative opening in planter.*



*Investigative opening in planter box with soil, landscpaing and drainage mat removed.*



*Close-up of investigative opening in planter box, with observed components indicated.*

| O-4 Opening | |
|---|---|
| Opening Location: | Plaza level planter @ Western edge |
| Associated Building Systems: | Plaza planter drain and waterproofing |
| Assessment Observations: | • Intent of the opening was to understand the existing construction and condition of the plaza level planter drains.<br>• Although the selected drain was located on the west side above the parking garage, it is believed from the 2001 renovation drawings that the drain detailing used for all plaza level planters on the East, West, North, & South sides match.<br>• Generally, the construction matched with the 2001 renovation details with the exception of the PVC drain pipes connected to surface drains which was not present.<br>• Planter depth is approximately 2' from top of soil to base of planter.<br>• Large amount of roots were found below the filter fabric and growing through the drain screen.<br>• Small amount of standing water around the drain bowl not entering the drain.<br>• At the top of the planter, drainage mat is not secured to the wall, allowing water to enter behind the drainage mat. |
| Photos: | |



*Planter drain detail the 2001 Garage Expansion/Renovation.  Extracted from Sheet A-421, dated 03/26/2001.*



Filter fabric

Roots growing below filter fabric

Gravel

Drainage mat w/ filter fabric

Standing water below the drainage mat

*Photo of drain screen showing extensive roots that have grown through the drain screen.*

*Photo of drain screen showing extensive roots that have grown through the drain screen.*



*Photo showing top of planter soil, and drainage mat not secured to planter wall.*

| O-5 Opening | |
|---|---|
| **Opening Location:** | Plaza level along north elevation, gridline 1 between gridline N and M |
| **Associated Building Systems:** | Plaza waterproofing system, including pavers, drains and waterproofing membrane |
| **Assessment Observations:** | • The observed plaza waterproofing system was consistent with 2001 construction details, as shown in the figure below.<br>• The granite pavers and pedestals were in good condition, with minimal chipping or distress. Typical paver joints were grouted, however, paver joints around the under-paver drain were not grouted to allow for drainage.<br>• The hot-applied rubberized asphalt waterproofing membrane was observed to be in poor condition. The top layer was significantly deteriorated and was not adhered to the base layers of the waterproofing system.<br>• Significant mineral build-up was observed on top of the waterproofing membrane and around the drain, indicating possible standing water in these areas. Liquid water was observed around the drain ring.<br>• The drain and associated hardware appeared to be in fair condition. Surface corrosion was particularly present as the base of the drain ring. |
| **Photos:** | |



*Architectural drawing a typical Plaza Level drain with observed components highlighted. Extracted from Sheet A420, dated 26 March 2001.*



*Overview of opening O-5. Significantly deteriorated waterproofing membrane and effolescent build-up visible*

*Close-up view of under paver drain at opening O-5 with effolescent build-up and corrosion at base of drain ring*

| **O-6 Opening** |  |
|---|---|
| **Opening Location:** | Plaza level along north elevation, column at gridline N-1 |
| **Associated Building Systems:** | Plaza waterproofing system at exterior column base |
| **Assessment Observations:** | • The observed plaza waterproofing system was consistent with 2001 construction details, as shown in the figure below.<br>• The granite pavers and setting bed were observed to be in good condition. The granite paver was removed to observe sealant joint at column base; however, the setting bed was left in place. The adhered waterproofing membrane was not observed at this location.<br>• Waterproofing components at the column base were typically observed to be in fair condition. The backer rod and sealant around the column base circumference were significantly deteriorated.<br>• Surface corrosion is present at the base of the painted circular column cover. This condition is present at most exterior columns at all elevations. The column cover bases are exposed to the weather and sidewalk salt during the winter months. |
| **Photos:** |  |



*Architectural drawing of a typical column base detail. Extracted from Sheet A420, dated 26 March 2001.*



*Overview of north plaza investigative opening at column base.*



Granite pavers

Surface corrosion at column cover base

Deteriorated joint sealant and backer rod

Paver setting bed

*Overview of north plaza investigative opening at column base, with observed components highlighted.*

| O-7 Opening | |
|---|---|
| Opening Location: | Terrace Level – Planter at Expansion Joint |
| Associated Building Systems: | Planter waterproofing |
| Assessment Observations: | • Intent of the opening was to understand the existing construction and condition of the waterproofing and the expansion joint system within the planters, particularly where the expansion joint 'jogs' at a 90deg angle at the planter wall.<br>• No visible expansion joints and/or covers were visible at the base of the planter. The expansion joint jog appears to run along the plaza side of the planter wall.<br>• At the base of the planter, several pockets of water were observed below the asphaltic protection sheet and waterproofing. When cut open, water poured out of the pockets.<br>• Sealant between the planter wall capstone and the flashing is significantly deteriorated with many gaps and biological growth.<br>• Planter depth is approximately 1'-5" from top of soil to the base of planter.<br>• No slope was observed to the base of the planter.<br>• Per the 2021 Comprehensive Building Plan, the planter HRA waterproofing system is believed to have been installed in 1999, therefore the installed life of the membrane is believed to be 24 years. The 2021 report estimated an additional ten years of service life. |
| Photos: | |



Terrace pavers

Planter wall

Expansion joint and cover

*Overall photo of opening.*



Soil

Irrigation pipe

Filter fabric

Pea gravel

Filter fabric

Drainage Mat

2" Extruded polystyrene insulation (XPS)

Asphaltic cover sheet over hot-rubberized waterproofing system

*Enlarged photo of planter base construction*

Deterioration and gaps in sealant

Cut made in pocket

Water that poured out of pocket

*Photo of flashing and sealant condition along planter wall edge*

*Photo of water draining from pocket within waterproofing at base of planter.*



| O-8 Opening | |
|---|---|
| Opening Location: | Terrace Level – Planter drain |
| Associated Building Systems: | Planter drain |
| Assessment Observations: | • Intent of the opening was to understand the existing construction and condition of the terrace level planter drains and waterproofing.<br>• The Kennedy Center O+M staff was not aware of the locations of these drains.  WPM tried to locate the drains from below by accessing the interstitial space below the terrace and overhangs, however, this was not successful.<br>• Unable to locate drains based on visual inspection, WPM proceeded with opening a location based on dimension on original 1966 design drawings.  Upon opening the area, the team was unable to find the drain bowls.<br>• Construction in the location of the opening matched the construction of the O-7 opening.<br>• WPM access limited areas of the interstitial space below the roof terrace planters during our investigation. Typically, moisture intrusion and steel corrosion were not notes in the interstitial space, however, a targeting investigation is recommended to identify areas of persistent moisture intrusion. Refer to the discussion in GG-H3 for more detail. |
| Photos: | |



*Overall photo of O-7 opening location.  The drain bowl was unable to be located.*

| O-9 Opening | |
|---|---|
| **Opening Location:** | Roof terrace level (109'-RT) along east elevation |
| **Associated Building Systems:** | Plaza drains between gridlines 8 and 10 |
| **Assessment Observations:** | • Granite pavers were removed by KC staff at two locations at the east roof terrace to observe a typical under paver drain and associated waterproofing systems. The first location was approximately 35-feet south of the expansion joint along gridlines 8/9, at a under-paver drain. The second location was immediately adjacent to the expansion joint along gridlines 8/9. <br> • The granite pavers and paver pedestals were observed to be in good condition. <br> • The hot-applied rubberized asphalt (HRA) waterproofing membrane under the granite pavers was observed to be in good condition at both opening locations. Limited membrane bubbling was present around the base of the drain, indicating possible moisture intrusion below the membrane. <br> • The HRA waterproofing membrane is believed to have been installed in 1999 per the 2021 Comprehensive Building Plan, therefore the installed life of the membrane is believed to be 24 years. The 2021 report estimated an additional ten years of service life from the roof terrace HRA membrane with additional targeted repairs and maintenance. <br> • The roof terrace slab is believed to be sloped towards the under-paver drains. <br> • The under-paver drains were observed to be in good condition. Limited moisture was observed in or around the drain body, with some debris on the drain cover. The drains are understood to be regularly cleaned out by KC staff. <br> • Evidence of moisture intrusion was reported at isolated areas of the interstitial space immediately below the roof terrace slab. <br> • Limited areas of the interstitial space were observed by WPM along the east elevation, specifically at gridline 5, between gridlines O and P. The space was accessed through MER #4. Limited evidence of moisture intrusion was observed at the underside of the roof terrace slab where observed. However, KC plumbing staff report water intrusion through the drainage piping into the interstitial space at other locations along the perimeter of the building that were not accessed by WPM. |
| **Photos:** | |



*Overview of under-paver drain investigative opening with pavers removed.*



*Close-up of under-paver drain investigative opening. Drain cover and body were dry.*

 

| *Overview of under-paver waterproofing investigative opening near expansion with pavers removed.* | *Close-up of under-paver waterproofing investigative opening. Waterproofing was dry and appeared to be sloped away from the expansion joint.* |

| O-10 Opening | |
|---|---|
| **Opening Location:** | Welcome Pavilion green Roof and Swoosh landscaping @ Clerestory glazing sill condition |
| **Associated Building Systems:** | Green-roof, hot rubberized asphalt waterproofing system, landscaping drainage system, and clerestory glazing sill flashing & waterproofing termination |
| **Assessment Observations:** | • The general intent of the opening is to ascertain the cause of the leaks and ceiling staining below, as well understand the existing construction as compared with the design and shop drawings. This location is at the intersection of several systems, as well as located at both the bottom of the swoosh landscaping system and the termination of the swoosh edge gutter. This means that this location likely sees increased water accumulation of irrigation water via gravity from the swoosh.<br>• Upon opening the location, numerous types of piping and conduit was observed, including 4" diameter perforated landscape drainage piping (black colored), 3/4" (approx.) diameter irrigation piping routing up the Swoosh (black colored), 2" diameter white conduit routing up the Swoosh, and 4" diameter non-perforated/solid-wall drainage pipe (turquoise colored).<br>• Kennedy Center staff indicated that the solid-wall turquoise pipe was a drainage pipe of some sort but had no information about its routing or what the pipe was specifically serving. This pipe was found to be discontinuous at the white conduit and irrigation piping. It is possible that the pipe could be depositing bulk water in the general location where the pipe is discontinuous.<br>• Drawings indicate an approximately 4" tall concrete curb below a perforated drainage pipe in gravel, which serves as the divider/edge between the flat green roof and the swoosh landscape. The shop drawings indicate the concrete curb is to be non-continuous w/ 2-0" sections, spaced 3'-0" O.C. While WPM did not observe field locations of the curb to confirm that it is non-continuous, WPM did observe that the curb was non-continuous as the corner with an approximately 18" gap. The perforated drainage pipe is approximately 6-8" above the waterproofing system.<br>• WPM observed that the steel stanchion used to securing the swoosh cellular confinement system had not been flashed with up-turn flashing around the base of the steel member.<br>• An assumed plastic sheet and drainage board were observed to be installed in-front of sheet metal flashing at the curtain wall sill condition. |
| **Photos:** | |



*Continuation of the 4" diameter solid-wall drainage pipe*

*Swoosh edge gutter*

*Steel stanchion*

*Perforated 4" dia. Drainage pipe above non-continuous concrete curb*

*Irrigation piping and conduit serving the swoosh*

*4" diameter solid-wall drainage pipe, discontinuous below the irrigation piping*

*Overall photo of the O-10 investigative opening.*



*Waterproofing shop drawing at green-roof curb to sill condition.  Extracted from Sheet 5 of 22, Rev 2, dated 01/31/19.*

*Waterproofing shop drawing green-roof to swoosh landscaping condition.  Extracted from Sheet 7 of 22, Rev 2, dated 01/31/19.*



Continuation of turquoise drainage pipe system.  Where finger is located, pipe is open-ended wrapped in filter fabric. Black flex-pipe is non-perforated

Irrigation piping (black) and conduit (white)

Turquoise pipe terminates just before irrigation and conduit, with filter fabric wrapped over the open end.

Turquoise drainage pipe.  Solid-wall without drainage perforations

*Photo of discontinous piping fo the solid-wall turquoise drainage pipe*



4" turn-up of liquid flashing not observed.

Asphaltic cover sheet of hot-rubberized waterproofing system.

*Photo of steel stanchion.  Shop drawings indicate requirement to have 4" turn-up of hydroseal liquid flashing.*



Sheet metal flashing

Plastic sheeting & drainage mat installed in front of the sheet metal flashing

*Photo of the sheet curtain wall sill.*

## O-11 Opening

| | |
|---|---|
| **Opening Location:** | Reach East façade parapet condition |
| **Associated Building Systems:** | Curtain wall head condition, green roof termination at parapet / roof edge |

**Assessment Observations:**

- Due to the number of seemingly similar leaks stemming from the glazing head and/or parapet of the West & East facing curtain wall glazing systems (FMO-19783, FMO-25364, FMO-32134, FMO-23102), the WPM team investigated several parapet conditions along the West and East facing façades.  Construction between these conditions is similar from the glazing head and parapet coping detailing.
- Following coordination with Kennedy Center, Page, and WPM, it was agreed to open the East facing glazing since this location presented less perceived challenges to remove the parapet coping.  At the East parapet, access to the coping could be achieved by removing gravel ballast.  It was decided to avoid opening the West parapet due to abutting flagstone paving which is set in a bed of mortar and includes a concrete topping slab below the pavers.  KC staff also advised that the LINK ramp includes a plastic tube snow-melt system set within either the concrete topping slab or mortar bed.  The potential for damage to the flagstone and the concrete topping slab at the West condition led to opening the East facing parapet.
- The general intent of the opening is to ascertain the cause of the leaks and understand the existing construction as compared with the design and shop drawings.
- Upon doing the opening, the contractor was able to remove the gravel ballast and unfasten the coping on the back-side (plaza side), however the leading edge (glass side) of the coping would not disengage.  The team was concerned damaging to the stainless steel coping piece, and therefore did not proceed any further in trying to move the coping.
- Based on the opening that was able to be performed, WPM was able to review the construction directly under the coping piece.
- Numerous drip marks were observed on the leading face of the coping sheeting metal, suggesting enough liquid quantity in the area exists to potentially enter behind the coping.

**Photos:**



*East side – Waterproofing shop drawing @ parapet of green roof to curtain wall.  Extracted from Sheet 13 of 22, Rev 2, dated 01/31/19.*



*East side – Curtain wall shop drawing @ parapet of green roof to curtain wall. Extracted from Sheet 08_1101, For Record drawings, dated 2016-11-11.*

*Photo of leading edge of parapet coping, showing streaking down the coping face.*



Fastener locations on internal face of coping

Insulation

High-temp membrane flashing

Landscape Edging

Coping Cleat

Coping would not disengage at leading edge

One bead of sealant to seal coping to splice plate

*Overall photo of the O-11 investigative opening.*



*Photo of parapet splice joint, prior to lifting the sheet metal coping*

Coping Cleat

High-temp membrane flashing

Insulation

Sheet metal which the coping was fastened into on the interior face

Drainage mat and plastic sheeting

*Enlarged photo of construction below sheet metal coping*



*West side – Waterproofing shop drawing @ parapet of plaza paving to curtain wall.  Extracted from Sheet 13 of 22, Rev 2, dated 01/31/19.*



*West side – Curtain wall shop drawing @ parapet of plaza paving to curtain wall.  Extracted from Sheet 10_1101, For Record drawings, dated 29.09.2016.*

| O-12 Opening | |
|---|---|
| **Opening Location:** | Macaroni Classroom Ceiling below the Skylight Pavilion |
| **Associated Building Systems:** | Macaroni Classroom ceiling panels<br>Skylight Pavilion MEP systems  - Ductwork and water-source radiator at supply diffusers & ductwork only at return diffusers |
| **Assessment Observations:** | • At the time of the initial visual assessment, the team was unsure of the source of the ceiling staining.  Located above the staining is MEP equipment serving the Skylight Pavilion, as well as the transition from interior to exterior (curtain wall sill and plaza waterproofing).  As a result, the team requested to have a Macaroni Classroom ceiling panel removed to view the ceiling void, and to remove the floor diffuser cover to view into the floor diffuser box.<br>• Kennedy Center staff stated that the mechanical ductwork contains water leak detectors inside of the ductwork, which as per KC O+M staff, has not been triggered.   Thus, Kennedy Center advised to not remove the floor diffuser covers.<br>• However, as WPM understood, these leak detectors only monitor water leaks inside the ductwork.  If water were to leak from pipe fittings or other sources outside of the ductwork, the leak detectors would not be triggered.<br>• Upon removing the ceiling panels, WPM observed drip staining on the outside of the diffuser box and ductwork, which appeared to originate from the ductwork and/or piping.<br>• WPM did not observe water staining on the concrete surfaces, suggesting water was likely not coming from exterior locations.<br>• In addition, the pattern of staining aligns with the floor diffusers above, further suggesting the source of the staining. |
| **Photos:** | |

*Architectural drawing at Skylight Pavilion & Exterior above the Macaroni Classroom.*
*Extracted from Sheet A303, dated 1 November 2017.*



Sprinkler piping

Insulated ductwork and water-source radiator piping serving the Skylight Pavilion

Ceiling panels direct mounted to slab

Drop ceiling panels

*Overall photo of removed ceiling panel in Macaroni Classroom*



This pipe fitting is directly above the stalactite mineralization observed in the ceiling panels

*Photo of ductwork and piping showing staining and drip locations at a supply diffuser.*



SOUTH

Return diffuser. Staining observed below this diffuser

(3) Supply diffusers. Staining observed below these diffusers

Return diffuser. Staining <u>not</u> observed below this diffuser

*Overall photo of Skylight Pavilion floor diffusers and West facade.*

Staining observed below supply diffusers above

Staining observed below South return diffuser above

*Photo from   Skylight Pavilion floor diffusers and West facade.*



*Photo of inside of supply diffuser box with water-source radiator equipment*



*Photo of inside of return diffuser box, sans radiator equipment*

**APPENDIX E – PHASE 2 – FIELD INVESTIGATIONS & DESTRUCTIVE OPENINGS REPORT, DATED DECEMBER 8, 2023 AND PREPARED BY WALTER P MOORE**

**APPENDIX D – WPM DESTRUCTIVE OPENINGS – LOCATION PLANS**



2023 MAP BOOK

DRAWINGS ARE FOR REFERENCE PURPOSES ONLY AND MAY
NOT REFLECT MOST CURRENT BUILDING CONDITIONS.

PARKING LEVEL B - LEVEL 017 (OVERALL)    NOT TO SCALE

Revised O-1 location
to avoid asphalt

Location O-3
(Above)

Location O-2
(Above)

LOADING DOCK 1

LOADING DOCK 2

Location
O-5

STUDIO K

IT OFFICES

OPEN TO BELOW

SARDAR
CLASSROOM

MACARONI
CLASSROOM

STUDIO F    STUDIO J

MULTI-MEDIA OFFICE
"The Bunker"

OPEN TO BELOW

Location O-12
Open ceiling from below

DOWN    UP    DOWN

ROCK CREEK PARKWAY

ROCK CREEK PARKWAY

LOADING
DOCK

BUS GARAGE

Location
O-4

LEGEND

EGRESS STAIR

ACCESS STAIR

UTILITY ROOM

ELEVATOR - PUBLIC

ELEVATOR-CONTROLLED ACCESS

ELEVATOR - PUBLIC/CONTROLLED
ACCESS

#### DOOR NUMBER

#### ROOM NUMBER

The Kennedy Center

TRUE
NORTH

EAST

WEST/
RIVER

NORTH
PLAZA EJ

8/9 EJ

15/16 EJ

SOUTH
PLAZA EJ

Location O-5
(Above)

Location O-4
(Above)

Location O-11
(Above)

Location O-12

REFLECTING
POOL

PT-109

MOONSHOT

PRESIDENTIAL GROVE

REFLECTING POOL

RIVER
PAVILION

STUDIO K

OPEN TO BELOW

OPEN TO BELOW

OPEN TO BELOW

OPEN TO BELOW

MER #1

MER #2

MER #3

LOADING
DOCK #1

LOADING
DOCK #2

REFRIGERATION ROOM
(Central Plant)

EISENHOWER
UNDERSTAGE

OPERA HOUSE
PIT

OPERA
HOUSE PIT

NORTH LOBBY

SOUTH LOBBY

GIFT SHOP

CANTEEN

ARCHIVES

PRODUCTION
OPERATIONS

MUSICIANS
LOUNGE

DOWN

DOWN



2023 MAP BOOK

DRAWINGS ARE FOR REFERENCE PURPOSES ONLY AND MAY NOT REFLECT MOST CURRENT BUILDING CONDITIONS.

PARKING LEVEL A - LEVEL 027 (OVERALL)

NOT TO SCALE

LEGEND

EGRESS STAIR

ACCESS STAIR

UTILITY ROOM

#### DOOR NUMBER

ROOM NUMBER

ELEVATOR - PUBLIC

ELEVATOR-CONTROLLED ACCESS

ELEVATOR - PUBLIC/CONTROLLED
ACCESS




The
Kennedy
Center

TRUE NORTH

EAST

WEST/ RIVER

Location O-2

Location O-3

Revised O-1 location to avoid asphalt

NORTH PLAZA EJ

8/9 EJ

15/16 EJ

SOUTH PLAZA EJ

FOOTPRINT OF BASEMENT OH TRANSFORMER VAULT

Location O-6
Opening by Kennedy Center

Location O-5
Opening by Kennedy Center

Location O-4

Location O-11

Location O-10

NORTH PLAZA

FAMILY THEATER

EISENHOWER THEATER

HALL OF STATES

OPERA HOUSE

BACKSTAGE

STAGE

HALL OF NATIONS

CONCERT HALL

REACH PLAZA

WELCOME PAVILION

SKYLIGHT PAVILION

REFLECTING POOL

RIVER PAVILION

PRESIDENTIAL GROVE

GRAND FOYER

NORTH MILLENNIUM STAGE

SOUTH MILLENNIUM STAGE

RIVER PLAZA



PLAZA - LEVEL 040 (OVERALL)
NOT TO SCALE

2023 MAP BOOK
DRAWINGS ARE FOR REFERENCE PURPOSES ONLY AND MAY NOT REFLECT MOST CURRENT BUILDING CONDITIONS.

LEGEND

ELEVATOR - PUBLIC
ELEVATOR-CONTROLLED ACCESS
ELEVATOR - PUBLIC/CONTROLLED ACCESS
EGRESS STAIR
ACCESS STAIR
UTILITY ROOM
#### DOOR NUMBER
#### ROOM NUMBER

The Kennedy Center



2023 MAP BOOK

DRAWINGS ARE FOR REFERENCE PURPOSES ONLY AND MAY
NOT REFLECT MOST CURRENT BUILDING CONDITIONS.

ROOF TERRACE - LEVEL 109

NOT TO SCALE

The Kennedy Center

**APPENDIX F – COST ESTIMATE PACKAGE, DATED MARCH 8, 2024 AND PREPARED BY WALTER P MOORE**



REVISED March 8, 2024

# Kennedy Center
# Water Leak Investigation

Phase 3 – Concept Solutions Cost Package, provided to OCMI



GG-H1 & GG-H2

# GG-H1: Water intrusion through west expansion joint at gridlines 8/9
# GG-H2: Water intrusion through west expansion joint at gridlines 15/16

- Evidence of significant, ongoing water intrusion through an expansion joint was observed at garage Level A, specifically along the expansion joint between gridlines 8 and 9 at the Kennedy Center's west elevation

- The spray-applied fireproofing typically observed below the expansion joint leak has delaminated and failed due to moisture exposure.

- Where exposed, the structural steel girders and beams are corroded, and concrete encasement has cracked.

- Existing gutters and downspouts have failed due to severe deterioration.

- WPM understands from the KC staff that these expansion joints were replaced during the 2001 renovation.



Plaza Level plan

A-Level plan

# GG-H1: Water intrusion through west expansion joint at gridlines 8/9
# GG-H2: Water intrusion through west expansion joint at gridlines 15/16

## REPAIR CONCEPT

- **Replace expansion joints**

- Perform concrete and steel structural repairs within 2-3' of expansion joint, both above and below the slab.

- Repair damaged / missing spray applied fireproofing (SFRM) to the structural steel

- Kennedy center to confirm design criteria for the loading on the expansion joints



PLAZA SIDEWALK EXPANSION JOINT – REPLACEMENT CONCEPT DETAIL



# GG-H1: Water intrusion through west expansion joint at gridlines 8/9
# GG-H2: Water intrusion through west expansion joint at gridlines 15/16

| Item | Quantity | Notes |
| --- | --- | --- |
| Demolition to Remove Expansion Joints | 720 ft$^2$ | • Also remove existing waterproofing with a 4 ft width along expansion joint<br>• Existing concrete pavers to be salvaged and reinstalled at conclusion of EJ replacement |
| Scaffolding for Access | 180 ft | |
| Expansion Joint Replacement | 180 ft | • EMSEAL SJS-FP-FR2 system |
| Top side concrete repair | 180 ft$^2$ | • This assumes approx. 25% of concrete top surface will require concrete repairs |
| Replace Waterproofing 4 ft wide along expansion joint | 720 ft$^2$ | • Hot Rubberized Asphalt<br>• Assumes 2 ft on each side of EJ |



# GG-H3:  Roof systems at the Roof Terrace level overhang

- Standing water was observed at the TPO roof system on the overhang top surface, particularly at low points near drains, expansion joints, and rooftop equipment.

- Upon a limited investigation into the terrace interstitial space, WPM observed:

  - Corroded metal decking below the TPO roof overhang system

  - The concrete and drains below the planters and the terrace pavers were in good condition.

  - Mineralization/efflorescence with water leaks observed below the expansion joints in the terrace paver zone. Gutters have previously been installed below these EJs to collect water.

  - WPM was unable to observe the expansion joints in the TPO roof overhang zone.

  

# GG-H3:  Roof systems at the Roof Terrace level overhang

REPAIR CONCEPT

- Replace overhang single-ply membrane and overhang drains.  During replacement, ensure all points of roof are adequately sloped to drain.

    – Several roofing systems can be considered, including PMMA (30-year solution), PVC single-ply membrane, a mod-bit multiply system, or a TPO single-ply system (15-year solution).

- Investigate extent of corrosion in the metal decking, and repair/replace corroded metal decking.

    – Confirm extents of corrosion to primary steel cantilevered members.

- Replace expansion joints in the overhang, planter, and terrace paver zones.





Photo of expansion joint, gutter, and mineralization below the gridlines 8/9 terrace paver zone

# GG-H3:  Roof systems at the Roof Terrace level overhang Construction Quantities

| Item | Quantity | Notes |
|---|---|---|
| Expansion Joint Replacement | 300 ft | Assume Emseal SJS-FP-FR2 system |
| Waterproofing Replacement Along Expansion Joint | 1,200 ft$^2$ | 4 ft width of HRA waterproofing along length of joint (2ft on each side) |
| Top side concrete repair | 300 ft$^2$ | Assumes approx. 25% of concrete top surface will require concrete repairs |
| Overhang roofing replacement | 28,700 ft$^2$ | Assume a PMMA liquid applied system (Siplast or equal) with a 1/2" cover board |
| Overhang metal deck replacement | 28,700 ft$^2$ | |
| Overhang soffit & suspension system replacement | 28,700 ft$^2$ | Assumes 100% of soffit panels will need to be replaced including suspension system |
| Miscellaneous steel repairs to primary steel | 1,580 ft | Assumes 20% of steel needs to be repaired |
| Overhang drain replacements | 12 nos. | |
| Scaffolding for access | | Assume a rolling scaffold that can support the weight of the soffits from below while the metal deck hanger system is being replaced. |

*Note:  Pricing assumes full soffit replacement.

GG-H4

# GG-H4: B-level south switchgear room and south plaza planter expansion joint

- An isolated leak instance where water is leaking from a south plaza planter, through the expansion joint, down through the A-Level parking garage to the B-level south switchgear room

REPAIR CONCEPT

- Since an opening was not performed at this location to determine the specific cause of the leak failure, for the construction documents, engineer to provide repair solution for enhanced waterproofing at the planter base and expansion joint.  The details are provided for the purposes of pricing by the contractor at the time of bid.

- During construction, upon opening of the location by the contractor,  the original repair details can be implemented and/or modifications can be made based on information learned in the field.

