# Exhibit CC

# GG-H4: South Plaza Planter Expansion Joint Construction Quantities

| Item | Quantity | Notes |
|---|---|---|
| Planter Excavation | 1400 ft$^3$ | • Assume a 4' depth |
| Concrete Slab Repair | 90 ft$^2$ | • Assume a 3 ft width along expansion joint |
| Demolition to Remove Expansion Joint | 90 ft$^2$ | • Also remove existing waterproofing with a 3 ft width along expansion joint |
| Waterproofing a 3 ft width along expansion joint | 90 ft$^2$ | • Type of waterproofing to be determined after excavation.  Assume Hot Rubberized Asphalt system. |
| Expansion Joint Replacement | 30 ft | • Type of expansion joint to be determined after excavation |
| Flood testing | 1no | |
| Landscaping | 340 ft$^2$ | |



GG-H5

# Below-grade repairs – Repair option selections

BEST IN CLASS SOLUTIONS WHEN FEASIBLE

1. Positive-side waterproofing (exterior face of walls)

   - Example – new waterproofing applied to the exterior face of the wall

2. Solutions installed from the negative-side (interior face of walls)

   - Example – Crack Injection

   - Example – Curtain Grouting

3. Water control and/or collection systems

   - Example – gutters, collection trenches, sump pump systems

SOLUTION WHEN OTHERS ARE NOT ALLOWABLE

# Positive-side Waterproofing Considerations

- Waterproofing solutions applied to the exterior face (positive-side) of the below grade surfaces are the **best strategies** for long term mitigation of water leaks.

- Excavation is required for installation.  Generally, the extents of excavation are equal to the depth of excavation.

- Excavation down to the footing would provide the best possible protection, however this is often impractical.  Waterproofing below the existing slab-on-grade is not feasible.

- Surface prep is key to attaining a good bond of the waterproofing to the substrate.  Dependent upon the level of surface prep that is feasible, different waterproofing products can be considered.

- French drains can be considered at the base of the new waterproofing installation (belt & suspenders).  Coordination with civil is required to attain necessary drainage invert levels.



# Crack Injection Considerations

- Feasible for vertical and horizontal surfaces (vertical walls and lid slab).   Lid slab to be coordinated with structural impacts

- NOTE: Often injection requires a multi-step program, in which a first round is completed, then if leaks persist at other locations, new injections are done some time after.  This is typically referred to as an "injection program".

- Typically use a polyurethane product for waterproofing injection projects.  Hydrophilic or hydrophobic grout options to be evaluated.  Manufacturers to assist in the recommended product selection.

- Prior to product selection, require a water sample to confirm compatibility with the injection product.

- It is ideal to understand the chemistry of any existing positive-side waterproofing (if present) to confirm compatibility with the injection product, but this may not be feasible

- Two large manufacturers that we have experience with are Deneef or Aquafin.

During Construction

- Recommend starting with a mock-up and the manufacturer to be present on site at the time of the mock-up and throughout construction for quality control.

- Utilize an experienced restoration contractor with past grout injection experience.



Crack Injection



Curtain Grouting

# Collection / sump system considerations

- Recommend commissioning geotechnical analysis to understand the groundwater elevation and the estimated quantity of groundwater. This would be used in sizing any sump systems.

- Dependent upon the quantity of water, various sump system types can be considered which have different depth requirements.

- Plumbing and civil coordination is needed for the discharge of any sump system.

- Redundant pumps are recommended should one fail.

- A back-up power source for the sump system is recommended in case of a power outage.





Inline Pump systems    Submersible Pump systems

# GG-H5: Transformer Vaults

- Significant cracking, spalling, efflorescence, and mineral build-up on the interior face of the concrete walls and lid slab.





IKE Transformer Vault

CH Transformer Vault

# GG-H5: Transformer Vaults

- O-1 investigative opening found a non-continuous waterproofing system and drainage mat with filter fabric was observed on the top of the slab only. The waterproofing terminated in a non-uniform, tattered condition at the horizontal to vertical wall transition with no waterproofing system evident on the vertical face of the below-grade walls.

- Based upon discussions with the KC O+M staff, KC staff members mentioned potential failures and/or systemic issues with the trench drains located in the roadways along the East Plaza.





Photo of top of conrete lid slab to the vertical wall transition



# GG-H5: Transformer Vaults

<u>REPAIR CONCEPT</u>

- Excavate from the outside and install new positive-side waterproofing to the top of the lid and down the vertical face of the CIP wall.

  - Assume approx. 12' of horizontal waterproofing to the vertical wall edge, as well as excavate approx. 7-10' to install 4-6' of vertical waterproofing below the top of the slab.

- For areas without positive-side waterproofing, perform curtain grouting installed from the exterior side of the wall via the Tube-a-Manchette installation process.

- Perform concrete structural repairs to both above and below the slab.

- Replace overhead roadway trench drains.







# GG-H5: Other Miscellaneous Service Tunnel MEP Rooms



Refrigeration Room Vault



OH Transformer Vault



OH Transformer Vault

# GG-H5: Other Miscellaneous Service Tunnel MEP Rooms

## REPAIR CONCEPT

- Excavate from the outside and install new positive-side waterproofing to the top of the lid and down the vertical face of the CIP wall.

    - Assume approx. 12' of horizontal waterproofing to the vertical wall edge, as well as excavate approx. 7-10' to install 4-6' of vertical waterproofing below the top of the slab.

- For areas without positive-side waterproofing, perform curtain grouting installed from the exterior side of the wall  via the Tube-a-Manchette installation process.

- Perform concrete structural repairs to both above and below the slab.

- Replace overhead roadw trench drains.



Plaza Level plan



B-Level plan

# GG-H5: Generator Room



## REPAIR CONCEPT

- In addition to excavation from the outside and install new positive-side waterproofing to the top of the lid and down the vertical face of the CIP wall, provide crack injection along the observed cold joint in the generator room.







# GG-H5: Other Miscellaneous Service Tunnel MEP Rooms Construction Quantities
# GG-H5: Generator Room

*Quantities for Other Miscellaneous Service Tunnel MEP Rooms and the Generator Room are included in the construction vault quantities

# GG-H5: Vault & Miscellaneous Room Construction Quantities

| Item | Quantity | Notes |
| --- | --- | --- |
| Roadway and Flatwork Demolition | 10,700 ft$^2$ | |
| Excavation | 60,000 ft$^3$ | • 3' beyond waterproofing extents<br>• Assumes 10' of stepped excavation extents |
| Demolition to Remove Existing Waterproofing | 10,500 ft$^2$ | • At areas where new positive side waterproofing is to be installed<br>• Carrying this cost in case it is necessary |
| Exterior Concrete Wall and Lid Slab Repair | 10,500 ft$^2$ | • 6' vertical depth + 12' horizontal length<br>• Consists of miscellaneous crack and spall repairs |
| Positive Side Waterproofing | 10,500 ft$^2$ | • 6' vertical depth + 12' horizontal length<br>• Hot Rubberized Asphalt |
| Curtain Grouting | 5,400 ft$^2$ | • 11' depth<br>• Assume a Tube-A-Manchette installation method per Aquafin documentation |
| Replace roadway trench drains | 500 ft | |
| Roadway and Flatwork Reconstruction | 10,700 ft$^2$ | |
| Landscaping | 2,500 ft$^2$ | |
| Concrete Wall Crack Injection | 60 ft | • Urethane Product<br>• Generator Room Cold Joint |

# GG-H5: Fire Pump Room







- Leaks are observed to be originating from CMU infill wall joints, cold joints in the vertical concrete wall, and the cold joint between the slab and vertical wall

REPAIR CONCEPT

- Due to the overhead planter which extends beyond the face of the wall, it is not believed to be feasible to excavate from the exterior side.

- As a result, perform **polyurethane crack injection** at the CMU leak points and the cold joint from the slab to the vertical wall



# GG-H5: Fire Pump Room Construction Quantities

| Item | Quantity | Notes |
|---|---|---|
| Mobilizations | 3 | • Assume x3 visits needed to waterproof cracks |
| Concrete Slab Crack Injection | 140 ft | • Urethane Product |
| CMU Wall Crack Injection | 60 ft | • Urethane Product |

# GG-H5: Service Tunnel Expansion Joint









# GG-H5: Service Tunnel Expansion Joint

REPAIR CONCEPT

- Replace expansion joint

- Repair all structural damage within 2-3' of the expansion both above and below the slab.

- Will require construction coordination with ground level roadway and basement services

- For budgeting purposes, we are assuming this is a 2" joint utilizing RoofJoint system.  Actual joint size to be confirmed during next phases.





# GG-H5: Service Tunnel Expansion Joint Construction Quantities

| Item | Quantity | Notes |
|---|---|---|
| Roadway Closure & Demolition | 500 ft$^2$ | |
| Excavation | 1,700 ft$^3$ | |
| Demolition to Remove Expansion Joint | 200 ft$^2$ | • Also remove existing waterproofing with a 3 ft width along expansion joint |
| Scaffolding for Access | 50 ft | |
| Expansion Joint Replacement | 50 ft | • Uses a 2" RoofJoint Emseal system |
| Waterproofing replacement | 200 ft$^2$ | • 4 ft along length of joint (2ft on each side)<br>• Hot Rubberized Asphalt |
| Concrete Lid Slab Repair | 200 ft$^2$ | • Assume 2ft on each side of joint |
| Roadway Reconstruction | 500 ft$^2$ | |

# GG-H5:
# Marble Room & Service Tunnel Entrance









Marble Room

Service Tunnel Entrance

# GG-H5:
# Marble Room & Service Tunnel Entrance

- WPM reviewed geotechnical information from the following two sources:

  – 1964 Original construction documents

  – 2013 Environmental Site Investigation Report, prepared for the REACH expansion



1964 Boring Locations shown on plan drawings



2013 REACH Boring Locations shown on satellite imagery

| BORING NO | DATE | TIME | ELEVATION BOTTOM OF HOLE | ELEVATION BOTTOM OF CASING | ELEVATION OF WATER | ELEV. OF BEDROCK SURFACE | ELEVATION OF TIDE |
|---|---|---|---|---|---|---|---|
| 132 | 5-7-64 | 1720 | + 3.0 | +14.7 | +14.4 | +14.2 | |
| | 5-8-64 | 0800 | + 3.0 | +14.7 | + 6.7 | | |
| | 5-11-64 | 0800 | - 2.0 | +14.7 | + 8.2 | | |
| | | 1020 | - 7.0 | +14.7 | +10.0 | | |
| 174 | 6-23-64 | 1650 | + 4.5 | + 9.5 | + 5.3 | + 9.5 | |
| 173 | 6-22-64 | 1740 | + 0.9 | + 5.9 | + 8.1 | + 5.9 | |
| | 6-23-64 | 0800 | + 0.9 | + 5.9 | + 8.1 | | |
| | | 1135 | - 4.1 | + 5.9 | + 8.1 | | |
| | | 1205 | - 4.1 | +18.9 | + 7.7 | | |
| 133 | 5-12-64 | 1715 | - 3.7 | +16.0 | +12.0 | +15.5 | |

1964 Boring Water Elevation Results



2013 REACH Boring Water Elevation Results

- Max elevation of water from 1964 drawings is +14.4'.
- Service tunnel floor elevation is 17.5'
- Service tunnel ceiling elevation is ~31.5'.

Nearest water elevations to service tunnel from 2013 Environmental Site Investigation Report is +19' and +24.8' at the REACH site. Note, these boring locations are approximately 700 ft from the service tunnel.

# GG-H5:

# Marble Room & Service Tunnel Entrance

## REPAIR CONCEPT

- Commission geotechnical groundwater analysis to understand the groundwater elevation in the area around the service tunnel entrance

- Excavate from the outside and install new positive-side waterproofing to the top of the lid and down the vertical face of the CIP wall.  Assume approx. excavation of 7-10' to install 4-6' of vertical waterproofing below the top of the slab.

- For areas without positive-side waterproofing, perform polyurethane crack injection to prevent water ingress.

- Perform concrete structural repairs to both above and below the slab.

- At construction joints, investigate options for negative side water joint treatment.

- Investigate collection and sump systems to mitigate ponding on the driveway lane



# GG-H5: Marble Room & Service Tunnel Entrance

| Item | Quantity | Notes |
|---|---|---|
| Commission geotechnical groundwater analysis | 1 EA | |
| Roadwork Demolition | 4,900 ft$^2$ | |
| Excavation | 70,200 ft$^3$ | |
| Concrete Wall & Lid Slab Repair | 12,100 ft$^2$ | |
| Positive Side Waterproofing | 12,100 ft$^2$ | • 6' vertical depth + 12' horizontal length<br>• Hot Rubberized Asphalt |
| Concrete Slab Crack Injection | 3350 ft | • Urethane Product. Assume x3 visits needed to waterproof cracks |
| Roadwork Reconstruction | 4,900 ft$^2$ | |
| Collection and Sump Systems | 1 EA | |
| Landscaping | 6,200 ft$^2$ | |

# GG-H5: Intake Ductwork Vaults

REPAIR CONCEPT

- Retrofit additional new drains into the bottom of the intake ductwork

- Investigate options to install new/improved waterproofing liner to the bottom interior of the sheet metal intake ductwork.



# GG-H5: Intake Ductwork Vaults

| Item | Quantity | Notes |
|---|---|---|
| Scaffolding Access | 60 ft | |
| Retrofit additional new drains into the bottom of ductwork | 90 ft | |
| Install waterproofing liner to bottom interior of ductwork | 360 ft$^2$ | |



CH-H1

# CH-H1: Plaza Level moisture intrusion into MER #3

- Concrete cracking and efflorescence were typically observed at the underside of the overhead slab, predominantly between gridlines P to Q, indicating moisture intrusion over a prolonged period of time

- KC staff report that moisture intrusion significantly affects the workshop areas in MER #3

- Based upon discussions with the KC O+M staff, KC staff members mentioned potential failures and/or systemic issues with the trench drains located in the roadways along the East Plaza.







# CH-H1: Plaza Level moisture intrusion into Mechanical Equipment Room #3

REPAIR CONCEPT:

- Given the significant underside of slab issues above the MER #3 room located between Grids Q to P, some failure of waterproofing and/or drainage is believed to be occurring above this area.

- Recommend replacing the field of plaza waterproofing in this zone and the trench drain.

- At the time of the waterproofing work, complete any concrete repairs to the top of the structural slab.

- Structural repairs to the underside of the deck are going to be a challenge given the significant amount of equipment (ductwork and piping) in the area.

- Will require construction impact coordination with the plaza level loading zone for the Concert Hall.



Plaza Level plan

B-Level plan

# CH-H1: Plaza Level moisture intrusion into Mechanical Equipment Room #3 Construction Quantities

| Item | Quantity | Notes |
|---|---|---|
| Plaza Waterproofing & Trench Drain Demolition | 3,600 ft$^2$ | • Existing sidewalk pavers and granite curbs to be salvaged and reinstalled after Waterproofing repairs |
| Concrete Slab Repair | 1,800 ft$^2$ | • This assumes approx. 50% of concrete top surface will require concrete repairs |
| Replace Plaza Waterproofing | 3,600 ft$^2$ | |
| Roadway concrete rebuild | 2,400 ft$^2$ | • Build-up above the waterproofing system to match existing. Refer to roadway details in scope item CH-H2. |
| Sidewalk rebuild | 1,200 ft$^2$ | • Build-up above the waterproofing system to match existing. Refer to sidewalk details in scope item GG-H1/GG-H2.<br>• To use salvaged pavers and granite curbs |
| Replace Trench Drain | 120 ft | |
| Flood testing | 1 no | |



CH-H2

# CH-H2: Plaza Level moisture intrusion into MER #2 and Loading Dock 2

- Multiple locations of moisture intrusion into MER #2 and Loading Dock #2 were recorded through the plaza level slab

- Sheet metal gutters had been installed below the expansion joint to mitigate moisture intrusion into the equipment areas below

- Water staining was present on the underside of the metal gutters, indicating deterioration of the gutters.



# CH-H2: Plaza Level moisture intrusion into MER #2 and Loading Dock 2

REPAIR CONCEPT

- Replace expansion joints

- Perform concrete and steel structural repairs within 2-3' of expansion joint, both above and below the slab.

- Repair damaged / missing spray applied fireproofing (SFRM) to the structural steel

- Kennedy center to confirm design criteria for the loading on the expansion joints



ROADWAY EXPANSION JOINT – REPLACEMENT CONCEPT DETAIL

# CH-H2: Plaza Level moisture intrusion into MER #2 and Loading Dock 2 Construction Quantities

| Item | Quantity | Notes |
|---|---|---|
| Roadway & Flatwork Demolition | 4,100 ft$^2$ | |
| Planter Excavation | 4,800 ft$^3$ | • Assumes 2-3' of soil depth |
| Replace Waterproofing | 1200 ft$^2$ | • 4' width along expansion joint (2ft on each side of joint) |
| Replace Expansion Joints | 300 ft | • Joint to include three products as follows: EMSEAL SJS, RoofJoint, EMSHIELD DFR2 |
| Concrete Slab Repair | 300 ft$^2$ | • This assumes approx. 25% of concrete top surface will require concrete repairs |
| Roadway & Flatwork Reconstruction | 4,100 ft$^2$ | |
| Landscaping | 1,600 ft$^2$ | |



RR-H1

# RR-H1: Link Walkway canopy & Hammersmith Lounge A-level, west entrance

- Potentially a combination of uncontrolled water runoff from the canopy above, ponding water at the slab, and/or concrete deterioration

- Staining of the finishes and concrete cracking were observed at the underside of the concrete canopy, but it remains unclear from observations and the photographs received whether the water was entering from the window head or sill, or at the door base

## REPAIR CONCEPT

- Retrofit proper sloped drainage to the top of the concrete canopy

- Further investigate ways to provide piped drainage or a drainage scupper with an extended lip to allow water to discharge away from the building.

- Repair concrete cracking in the canopy

- Discuss options to install a drip edge in the underside of the concrete canopy





Insufficient curb/parapet. No drip edge provided. Ponding water.

*Photo from the top of the Link covered walkway canopy, low point. Note the ponding water.*



*Enlarged photo of the drip stains and concrete cracking at the underside of the concrete canopy.*

## RR-H1: Link Walkway canopy & Hammersmith Lounge A-level, west entrance

| Item | Quantity | Notes |
|---|---|---|
| Build-up canopy for proper drainage | 20ft$^2$ | • Concrete screed topping |
| Install drainage scupper w/ extended lip | 1no | • Stainless steel sheet metal |
| Concrete crack repair | 25 ft | |
| Retrofit drip edge to side of canopy | 90 ft | • Assume stainless steel sheet metal |



RR-H2

# RR-H2: Welcome Pavilion green roof and clerestory glazing – ceiling staining and water damage

- Multiple water sources at the Welcome Pavilion ceiling leak location, including the edge gutter at the base of the sedum "swoosh" landscaping, irrigation piping, and an observed discontinuous drainage pipe

- The "swoosh" landscape has a perforated drainage pipe in a gravel edge at the bottom of the sloped green roof that is approximately 6-8" above the waterproofing layer.  The gravel and perforated drainage pipe will capture surface level water runoff, however water within the soil itself will be directed to a concentrated area below the drainage pipe



*Photo RR-H2 - Exterior of general location of RR-H2*



*Photo of discontinous piping fo the solid-wall turquoise drainage pipe*

# RR-H2: Welcome Pavilion green roof and clerestory glazing – ceiling staining and water damage

## REPAIR CONCEPT

- Provide a waterproofing patch repair in a generously sized area near the leak location.  Approx area to be 8' x 20' or greater.

- Following installation of new waterproofing patch, perform field testing (e.g. flood testing) to confirm successful installation.

- Investigate options to eliminate the discontinuous pipe at this location, either by connecting the pipes or by rerouting of pipes.

- Confirm if structural deck is sloped.



# RR-H2: Welcome Pavilion green roof and clerestory glazing – ceiling staining and water damage

| Item | Quantity | Notes |
|---|---|---|
| Demolition & Excavation | 200 ft² | • 8-12" depth of soil to be removed |
| Waterproofing installation | 200 ft² | • Hot Rubberized Asphalt system.<br>• Build-up above the waterproofing to match existing. Refer to detail on previous slide for build-up |
| Plumbing pipework rerouting/retrofit | 30 ft | • Assume 4" PVC pipe |
| Flood Testing | 1no | |
| Landscaping | 200 ft² | |

*Note:  Interior drywall repair work has been excluded from the above quantities, as it is assumed that repair work will be carried out by the Kennedy Center as a separate scope of work.



GG-M1

# GG-M1: Welcome Pavilion stair and south plaza planter

- An isolated leak instance where water is leaking from the south plaza level down through the A-Level MEP room to the B-level parking garage.

- WPM was unable to pinpoint the specific cause of the leak.

- At the location where water is entering, several potential water sources exist, including:

  1) Expansion joint running along the bottom of one side the south plaza planter
  2) Irrigation piping within the same planter
  3) Storm drains in the near vicinity
  4) Vertical facade panels with potentially failed joints
  5) Failure of the gutter system along the base of the wall adjacent to the stair edge.





*Photo GG-M1 - Overall location of potential plaza level water sources for GG-M1*

# GG-M1: Welcome Pavilion stair and south plaza planter

## REPAIR CONCEPT

- Prior to repair detail development, **recommend additional testing** be carried out to determine the specific location of the leaks.  Spray nozzle testing can be effective in ruling out the vertical joint in the precast panel.  Flood testing may be effective in ruling out the joint at the base of the precast panel.





# GG-M1: Welcome Pavilion stair and south plaza planter

| Item | Quantity | Notes |
|---|---|---|
| Planter Excavation | 320 ft$^3$ | • Assume a 4' depth |
| Concrete Slab Repair | 10 ft$^2$ | • Assume a 2 ft width along expansion joint<br>• This assumes approx. 25% of concrete top surface will require concrete repairs |
| Demolition to Remove Expansion Joint | 80 ft$^2$ | • Also remove existing waterproofing within 4 ft width along expansion joint (2ft on each side of joint). |
| Waterproofing a 4 ft width along expansion joint | 80 ft$^2$ | • Assume Hot Rubberized Asphalt system.<br>• Assumes 2ft up wall and 2 ft on bottom surface of planter |
| Expansion Joint Replacement | 20 ft | • Type of expansion joint to be determined after excavation |
| Flood testing | 1no | |
| Landscaping | 80 ft$^2$ | |

*Note:  The above quantities assume that the expansion joint within the planter is the source of the water leakage.  Utilizing this strategy for costing purposes uses the assumed higher cost repair (as opposed to repairs to the vertical wall panels).



CH-M1

# CH-M1: Moisture intrusion into MER #11 and Kitchen

- Multiple locations of moisture intrusion have been recorded into MER #11 and the Roof Terrace restaurant kitchen starting in

- Evidence of ongoing moisture intrusion was noted at the exhaust fan roof penetration in the kitchen exhaust fan room in MER #11

- Sheet metal and adhered flashings at the built-up roof system above the exhaust fan penetration were in fair condition and had indications of previous repair

REPAIR CONCEPT

- Provide new flashing and waterproofing tie-in at the equipment base.






Level 135 plan

# CH-M1: Moisture Intrusion into MER #11 and Kitchen Construction Quantities

| Item | Quantity | Notes |
| --- | --- | --- |
| Waterproofing & Flashing Demolition | 400 ft$^2$ | |
| New Flashing at Equipment Base | 55 ft | |
| Waterproofing Tie-in at Equipment Base | 400 ft$^2$ | Assume a multi-ply Built-Up Roofing (BUR) system. |
| Spray nozzle testing at conclusion of work | 1 no | AAMA 501.2 testing |



ET-M1

# ET-M1: Leaks in Level A Wardrobe and Laundry

- The source of moisture was linked to the Plaza Level under-paver drains directly above the affected rooms

- Investigative opening O-5 was conducted to assess the condition of the waterproofing system at drain locations, which was observed to be fair to poor

REPAIR CONCEPT

- Replace drain body and patch waterproofing within a ~3-4' zone around the drain.



A-Level plan



*Close-up view of under paver drain at opening O-5 with effolescent build-up and corrosion at base of drain ring*



Plaza Level plan

# ET-M1: Leaks in Level A Wardrobe and Laundry Construction Quantities

| Item | Quantity | Notes |
|---|---|---|
| Drain Body & Waterproofing Demolition | 50 ft$^2$ | • Existing sidewalk pavers to be salvaged and reinstalled after Waterproofing repairs |
| Replace Drain Body | 1 EA | |
| Replace Waterproofing | 50 ft$^2$ | • ~3-4' zone around the drain<br>• Assume Hot Rubberized Asphalt system |



OH-M1

# OH-M1: Isolated Leaks into Theater Lab

- An isolated instance of moisture intrusion was reported at the Theater Lab ceiling in late

- Evidence of moisture intrusion was hard to observe due to the ceiling-mounted equipment present in the Theater Lab

- Evidence of recent repairs was observed at the built-up roof system above the Theater Lab

REPAIR CONCEPT

- Provide new flashing and waterproofing tie-in at the equipment base.



Level 135 plan




# OH-M1: Isolated Leaks into Theater Lab

| Item | Quantity | Notes |
| --- | --- | --- |
| Waterproofing & Flashing Demolition | 500 ft$^2$ | |
| New Flashing at Equipment Base | 75 ft | |
| Waterproofing Tie-in at Equipment Base | 500 ft$^2$ | Assume a multi-ply Built-Up Roofing (BUR) system. |
| Spray nozzle testing at conclusion of work | 1 no | AAMA 501.2 testing |



RR-M2

# RR-M2: Triangular skylight – staining on internal glazing sealant at B-level

- Brown/rust colored staining was observed on the finishes below the triangular skylight at the B-level stair

- Further information or observation regarding the leaks at this location would be helpful to rule out a condensation issue

<u>CONCEPT REPAIR</u>

- Provide a retrofit seal detail at the curb to skylight transition





Reach Plaza level plan

# RR-M2: Triangular skylight – staining on internal glazing sealant at B-level

| Item | Quantity | Notes |
| --- | --- | --- |
| Waterproofing tie-in patch repair | 1 no | Assume Hot Rubberized Asphalt WP system |
| Spray nozzle testing at conclusion of work | 1 no | AAMA 501.2 testing |



RR-M3

# RR-M3: Swoosh landscape – staining on Hammersmith Lounge wall and Macaroni Classroom ceiling

- Water staining observed on the Hammersmith Lounge south wall and Macaroni Classroom ceiling directly below the Swoosh landscape corner

- While we were unable to visually observe the specific failure causing this issue, it is presumed that the leak is from a continuity failure of the waterproofing system at the exterior corner where the swoosh landscape system and the plaza waterproofing system intersect







Photo of opening above Hammersmith Lounge

# RR-M3: Swoosh landscape – staining on Hammersmith Lounge wall and Macaroni Classroom ceiling

## REPAIR CONCEPT

- Engineer to provide repair solution for enhanced waterproofing continuity at this transition location.  The details are provided for the purposes of pricing by the contractor at the time of bid.

- During construction, upon opening of the location by the contractor,  the original repair details can be implemented and/or modifications can be made based on information learned in the field.



# RR-M3: Swoosh landscape – staining on Hammersmith Lounge wall and Macaroni Classroom ceiling

| Item | Quantity | Notes |
|---|---|---|
| Waterproofing tie-in patch repair | 1 no | Assume Hot Rubberized Asphalt WP system |
| Spray nozzle testing at conclusion of work | 1 no | AAMA 501.2 testing |
| Field stone replacement | 10 sq.ft. | Field stone to match existing |



# RR-M4: East & west glass facade @ parapet and/or window head

- Multiple east and west curtain wall leaks originating at the head of the curtain walls, where water is leaking down the internal face of the glazing.

- KC staff was unable to identify the specific locations where the leaks had occurred.

- Similar detailing between the east and west facades, with some differences based on hardscaping vs landscaping zones.

- WPM performed an investigative opening at the east location, however the full assembly of the parapet was unable to be observed due to the inability to fully remove the metal parapet coping cover.

CONCEPT REPAIR

- Prior to repair detail development, **recommend additional testing** be carried out to determine the specific location of the leaks, such as spray nozzle testing.





# RR-M4: West glass facade @ parapet and/or window head





# RR-M4: East glass facade @ parapet and/or window head





## RR-M4: East glass facade @ parapet and/or window head

| Item | Quantity | Notes |
| --- | --- | --- |
| Miscellaneous Demo | 1no | Remove existing coping (330ft), remove flagstone in order to remove coping (220ft), remove gravel in order to remove coping (110ft) |
| Curtain wall gasket repair | 330 ft | |
| Stainless Steel coping replacement | 330 ft | Assume 12 guage (2mm) thickness |
| Field stone replacement | 450 sq.ft. | Field stone to match existing |
| Spray nozzle testing at conclusion of work | 1 no | AAMA 501.2 testing |



GG-M2

# GG-M2: Corrosion at base of exterior columns

- Surface corrosion at the base of the cruciform column covers around the exterior perimeter of the 1966 main building

- The corrosion is believed to be caused by exposure to weather and deicing salts on paved surfaces around the exterior columns

- Investigative opening found deteriorated joint sealants around the column bases



*Overview of north plaza investigative opening at column base, with observed components highlighted.*



# GG-M2: Corrosion at base of exterior columns

<u>REPAIR CONCEPT</u>

- Remove/repair surface corrosion and apply new coating to column base.  Coating type to be confirmed.

- Change out chloride-based deicing salts for non-corrosive options, such as formate-based or acetate-based deicing products.

- Replace deteriorated joint sealants around the column bases, and tool to direct water towards under-paver drains.



# GG-M2: Corrosion at base of exterior columns

| Item | Quantity | Notes |
|---|---|---|
| Painting of column base | 1,800 sq.ft | Assumes 10' at the base of the column |
| Steel column corrosion repairs | 180 sq.ft | Assumes 1' of vertical surface at the base of the column<br>Clean and coat surface of steel |
| Sealant and backer rod | 180 ft | |
| Non-corrosive deicing salt | ???** | Assume formate-based or acetate-based deicing products<br>**Cost estimator to please advise how to quantify de-icing salts |