## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOYCE BEATTY,

          *Plaintiff*,

    v.

DONALD J. TRUMP *et al.*,

          *Defendants*.

No. 25-CV-4480 (CRC)

## <u>DECLARATION OF TODD VALENTINE</u>

I, Todd Valentine, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am the Chief of Staff to Congresswoman Joyce Beatty. I have personal knowledge of the facts stated herein, except as indicated otherwise.

2. Attached to this declaration as **Exhibit DD** is a true and correct copy of the meeting minutes of the Kennedy Center's Board of Trustees' September 25, 2025, meeting.

3. Attached to this declaration as **Exhibit EE** is a true and correct copy of the agenda of the Kennedy Center's Board of Trustees' December 18, 2025, meeting, received by the office of Congresswoman Joyce Beatty.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of March, 2026.

Signed by:

AEEB6C1D9F9C409...

Todd Valentine