# Exhibit DD

CONFIDENTIAL - FOR INTERNAL BOARD USE ONLY
DO NOT DISTRIBUTE



**BOARD OF TRUSTEES**
**Meeting Minutes**

**Thursday, September 25, 2025**
**1:30 pm**
**Held Virtually, Via Zoom**

**OFFICERS:**

Ambassador Richard Grenell, President
Jennifer Fischer, Vice Chair
John Falconetti, Treasurer
Sergio Gor, Secretary
Elliot Berke, General Counsel

**OFFICERS ABSENT:**

President Donald J. Trump, Chair

**TRUSTEES**

Brian Ballard, Trustee
Maria Bartiromo, Trustee
The Honorable Pamela Bondi, Trustee
Hannah F. Buchan, Trustee
Mary Helen Bowers, Trustee
Elaine Chao, Trustee
Pamella Roland Devos, Trustee
Patricia Duggan, Trustee
Emilia May Fanjul, Trustee
Lynette Friess, Trustee
Pamela Gross, Trustee
Kate Adamson Haselwood, Trustee
Laura Ingraham, Trustee
Dana Blumberg Kraft, Trustee
Lynda Lomangino, Trustee
Allison Lutnick, Trustee
Douglas Manchester, Trustee
Denise Saul, Trustee
Catherine Reynolds
Cheri Summerall, Trustee
Laurie Perlmutter
Usha Vance, Trustee

**TRUSTEES ABSENT**

Robert Castellani, Trustee

CONFIDENTIAL - FOR INTERNAL BOARD USE ONLY
DO NOT DISTRIBUTE

Lee Greenwood, Trustee
Mindy Franklin Levine, Trustee
Barbara Long, Trustee
Dan Scavino, Trustee
Susie Wiles, Trustee
Andrea Wynn, Trustee
Paolo Zampolli, Trustee

### EX OFFICIO TRUSTEES

The Honorable Muriel Bowser, Mayor of District of Columbia (Ex Officio)
Lewis Ferebee, Chancellor, DC Public Schools
Senator Deb Fischer

### EX OFFICIO TRUSTEES ABSENT

Representative Joyce Beatty
Lonnie Bunch, Secretary, Smithsonian Institution
Senator Shelley Moore Capito
Senator Susan Collins
Representative Sam Graves
Representative Hakeem Jeffries, Democratic Leader of the House of Representatives
Representative Mike Johnson, Speaker of the House of Representatives
Robert F. Kennedy, Secretary Health & Human Services
Representative Rick Larsen
Representative Julia Letlow
Representative Mike McCaul
Linda McMahon, Secretary of Education
Robert Newlen, Acting Librarian of Congress
Marco Rubio, Secretary of State
Senator Chuck Schumer, Senate Democratic Leader
Senator John Thune, Senate Majority Leader
Billie Tsien. Chair, US Commission of Fine Arts
Senator Chris Van Hollen
Senator Mark Warner
Senator Sheldon Whitehouse

### EX OFFICIO TRUSTEE STAFF IN ATTENDANCE

Emily Berret for Leader Hakeem Jeffries
Elizabeth Falcone for Senator Mark Warner
LaToya Foster, DC Office of Cable Television, Film, Music & Entertainment
Emily Leviner for Senator Deb Fischer
Stefanie Muchow, Office of the Senate Majority Leader, John Thune (Ex Officio)
Ted Verrill for Representative Julia Letlow

### KENNEDY CENTER STAFF IN ATTENDANCE

Donna Arduin, Chief Financial Officer
Joan Bialek, NSO Board Chair

CONFIDENTIAL - FOR INTERNAL BOARD USE ONLY
DO NOT DISTRIBUTE

Roma Daravi, VP Public Relations
Lisa Dale, Senior VP of Development
Jean Davidson, Executive Director, WNO
Matt Floca, Vice President, Facilities
Laura Hanley, Special Projects Manager
Joe LaFauci, VP Board Relations & Government Affairs
Rick Loughery, Executive Vice President
Tim O'Leary, General Director, WNO
Sarah Weingast, Associate General Counsel, Notetaker
Dorion Whitlock / KC BOTZoom (host), Senior Director, IT

ATTENDING VIRTUALLY

    Johanna Hardy, Representing T&I Chair Sam Graves
    Ann Jacobs, Representing T&I Chair Sam Graves
    Andy Pharoah, Vice Chair, WNO
    Mary Helen Bowers, Trustee
    Representative Julia Letlow, Ex-Officio
    Maria Bartiromo, Trustee
    Pamela Gross, Trustee
    Lynn Friess, Trustee

I.    **Commencement of Meeting: 1:33 p.m.**        Ambassador Richard Grenell

II.    **President's Remarks**        Ambassador Richard Grenell

Ambassador Richard Grenell opened the meeting by thanking everyone for being there. He noted there has been a monumental change at the Kennedy Center due to President Donald J. Trump having great foresight on the arts community. Ambassador Grenell thanked everyone for being a part of Kennedy Center Board, and for being on the cutting edge of what we are trying to do with the arts.

The Center is turning fundraising around. It has never had better corporate support. For example, the National Symphony Orchestra (NSO) usually raises $1.4 million in connection with its annual gala; this year it is already at $2.5 million and continuing to grow.  The same goes with Kennedy Center Honors: Ambassador Grenell noted that before, he was a little nervous but now, he is incredibly happy.

The Ambassador referenced a recent article in the New York Times that validated the President's vision. Currently, Broadway ticket sales are plummeting, people don't want to see the shows. Most arts institutions across the country are struggling. President Trump's vision is to show the shows that people want to see and to enlist corporate support. The New York Times article shows the problem, but the Kennedy Center is part of the solution. The changes that President has pushed the Center to do are going to save the arts. The Center will be on better financial footing.

The Ambassador stated that before, there were never any arts reports on ticket sales such as in the Washington Post or New York Times; now, they are reporting that ticket sales are down

CONFIDENTIAL - FOR INTERNAL BOARD USE ONLY
DO NOT DISTRIBUTE

everywhere. The Ambassador indicated that the Center will challenge the arts reporters that they don't understand the financials. He stated that since the common sense programming change, the Center's ticket sales are above budget, which is phenomenal. The increase signals that the Center doing the right thing. For just theater, the Center is up 116% over last year.

The Ambassador noted that Center will have to continue cutting staff. There is a search for a new head of Programming. The Center has received hundreds of resumes. If anyone knows of someone who is good in programming, please bubble them up if they would like to be the head of Programming.

The Ambassador then acknowledged the new head of the Dance division, Stephen Nakagawa, a ballerino, who is an incredible dancer and who has been around the world.

The Ambassador called on all present to participate, by helping with fundraising, and helping on committees. He reiterated the excitement about ticket sales, noting that the Center has raised the ticket prices for Honors, because the demand was so high. Tickets are selling out. If anyone is interested, the Ambassador asked them to talk to Joe LaFauci.

The Ambassador stated that America 250 is coming up and the Center will be one of the premiere spots.

Regarding building and grounds, the Ambassador stated that President Trump picked out the paint for the columns, some of which have already been painted. Some of the dead trees have been removed. Matt Floca will give additional details.

### III.   Facilities Report                                              Matt Floca

Matt Floca, Vice President, Facilities, presented a slide show that addressed the One Big Beautiful Bill (Public Law 119-21), Priority Projects and Operational Updates.

Mr. Floca began by thanking Ambassador Grenell for his leadership, noting that securing $257 million under his leadership was no small feat. Mr. Floca stated that it is exciting to have this investment.

Mr. Floca noted that the priorities include capital projects, reducing maintenance backlog (electrical system and plumbing systems), and improving security systems. Prioritized projects include marble and granite restoration and structural repair.

Regarding structural repairs, Mr. Floca stated that the building has had some problems for some time. There are hundreds of locations across the building where there has been water intrusion which impacts the marble façade and the pavers around the building. In addition to structural priorities, there are interior projects as well, including restoring the theaters, infrastructure and physical security. Restoration of the theaters will include the seats in the Eisenhower Theater and Concert Hall, paint and carpet in the aisles. Infrastructure projects will include HVAC, central

CONFIDENTIAL - FOR INTERNAL BOARD USE ONLY
DO NOT DISTRIBUTE

plant upgrades, sanitary and domestic pipes / water systems, which are a problem throughout because they are fifty years old. Physical security will include magnetometers; all entrances and all perimeter doors are to be made secure. Also, wayfinding / signage will be improved across the board as the current signage is static and dated. There will be investment in site lighting.

Generally, operational and facility maintenance needs will be addressed. Mr. Floca will be standing up a construction branch in-house and will expand the electrical branch. There are plans to reestablish a paint shop. He also plans to increase the second shift workforce since there is a need for more maintenance on site when people come to see shows so that they can actively and quickly respond to issues, such as plumbing.

Mr. Floca stated that they are moving quickly on everything.


IV.   Programming Update                                                    Rick Loughery

Rick Loughery, Executive Vice President, updated the Board on the Center's many events and celebrations, including:

- The NSO Gala will be this week, on Saturday, September 27, 2025.

- Labor Day Concert – Mr. Loughery offered his thanks to Ambassador Grenell and House Speaker, Mike Johnson who had to cut through red tape.

- Washington National Opera is celebrating its 70th Anniversary this year with exciting programming.

- In October, the Center will be hosting the Stuttgart Ballet.

This programming reflects President Trump's and Ambassador Grenell's vision that all audiences welcome at the Kennedy Center.


V.   Call to Order: 1:53 pm                                                 Jennifer Fischer

Ambassador Grenell introduced Vice Chair, Jennifer Fischer, thanking her for her leadership, adding that she is invaluable. Ms. Fischer welcomed everyone and officially called the meeting to order at 1:53.


VI.   Vice Chair's Remarks                                                  Jennifer Fischer

CONFIDENTIAL - FOR INTERNAL BOARD USE ONLY
DO NOT DISTRIBUTE

Ms. Fischer bade farewell to Michelle Kessler, who has retired after many years on the Board. Ms. Fischer also welcomed new board member, Laurie Perlmutter.

Ms. Fischer stated that the next Board meeting in January will be held in Palm Beach, Florida. The hope is to have a fundraiser to benefit the Kennedy Center at Mar-a-Lago. Ms. Fischer echoed Ambassador's call for everyone to get involved, to help find corporate sponsors and better staff.

### VII.  Approval of May 19, 2025 Minutes                              Jennifer Fischer

A motion to approve the May 19, 2025 Minutes was made and seconded. The Motion passed unanimously, and the Minutes were approved.

### VIII. Concluding Remarks                              Ambassador Richard Grenell

The Ambassador concluded the meeting by thanking the Kennedy Center staff, and in particular Joe LaFauci and Donna Arduin.

### IX.   Adjournment                              Jennifer Fischer

The meeting was adjourned at 1:58 p.m.