# Exhibit EE



## The Kennedy Center

**AGENDA**
**BOARD OF TRUSTEES**
Thursday, December 18, 2025
1:30 p.m.
Board of Trustees Meeting at the home of Steve and Andrea Wynn
Also available by Zoom

| | | |
|---|---|---|
| **I.** | **Call to Order** | Jennifer Fischer |
| **II.** | **Ambassador Grenell's Welcome** | Ambassador Grenell |
| **III.** | **Vice-Chair Fischer Presides** | |

**Approval of Minutes 9.25.25**

**Staff Reports and Updates**
   a.   Kennedy Center Renovation          Matt Floca – VP, Facilities (Virtual)
   b.   Financial Report                         Donna Arduin – CFO
   c.   Honors Report                            Lisa Dale – SVP, Development

**IV.    New Business**

**V.     Adjournment**

12/10/2025