**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOYCE BEATTY,<br><br>            *Plaintiff,*<br><br>      v.<br><br>DONALD J. TRUMP *et al.,*<br><br>            *Defendants.* | No. 25-cv-4480 (CRC) |

### PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Local Civil Rule 7(h), and the Court's March 18, 2026, scheduling order, Plaintiff Joyce Beatty, respectfully submits this motion, through undersigned counsel, with the accompanying Statement of Material Facts, Memorandum of Points and Authorities, declarations and exhibits, to request an order granting her summary judgment with respect to the claims related to the renaming of the Kennedy Center in Counts One, Four, Five, Six, and Seven in the First Amended Complaint. *See* ECF No. 12 ¶¶ 71-76, 93-94, 103, 105-108, 113-115. As set forth in the accompanying Memorandum of Law, Defendants' renaming of the Kennedy Center unambiguously violates the law.  Because there can be no genuine dispute about the material facts—that Defendants renamed the Center to include Trump's name in December 2025 and, since then, have been using that unauthorized name on the building façade, the Center's website, and in promotional and other official written official materials—Plaintiff is entitled to partial summary judgment on these claims.

A proposed order is submitted herewith.

Dated:  March 25, 2026                                    Respectfully submitted,

/s/ Norman Eisen                              /s/ Nathaniel A.G. Zelinsky
NORMAN EISEN                                  NATHANIEL A.G. ZELINSKY
  (D.C. Bar No. 435051)                         (D.C. Bar No. 1724093)
STEPHEN JONAS                                 /s/ Alexander Kristofcak
  (D.C. Bar No. 90037069)                     ALEXANDER KRISTOFCAK*
DAVID OGDEN                                   KYLE R. FREENY
  (D.C. Bar No. 375951)                         (D.C. Bar No. 247857)

DEMOCRACY DEFENDERS ACTION                    WASHINGTON LITIGATION GROUP
600 Pennsylvania Avenue SE #15180             1717 K Street, NW, Suite 1120
Washington, D.C. 20003                        Washington, D.C. 20006
202-594-9958                                  202-521-8750
norman@democracydefenders.org                 nzelinsky@washingtonlitigationgroup.org
                                              akristofcak@washingtonlitigationgroup.org

                                              * *Admitted pro hac vice; admitted only in
                                              California and New York; practicing under
                                              the supervision of D.C. Bar members*


*Attorneys for Plaintiff Joyce Beatty*