**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOYCE BEATTY, <br><br>       *Plaintiff*, <br>   v. <br><br> DONALD J. TRUMP *et al.*, <br><br>       *Defendants*. | No. 25-CV-4480 (CRC) |

**PLAINTIFF'S STATEMENT OF MATERIAL FACTS IN SUPPORT OF
MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Local Civil Rule 7(h), Plaintiff Joyce Beatty respectfully submits the following Statement of Material Facts as to which there is no genuine dispute, in support of her Motion for Partial Summary Judgment as to renaming (Counts One, Four, Five, Six, and Seven of the First Amended Complaint, ECF No. 12):

1. Plaintiff Congresswoman Joyce Beatty is a Member of the House of Representatives from Ohio's Third Congressional District. Declaration of Joyce Beatty ("Pl.'s Decl.") ¶ 1, ECF No. 13-2.

2. By virtue of her congressional office, she serves as an ex officio trustee of the Kennedy Center. Pl.'s Decl. ¶ 3.

3. Pursunt to statute, the Kennedy Center's Board is composed of thirty-six general trustees appointed by the President for six-year terms and twenty-three ex officio trustees, including cabinet secretaries and members of Congress. 20 U.S.C. §§ 76h(a)-(b).

4. In February 2025, President Trump terminated the Board's longtime Chair and replaced the general trustees. Pl.'s Decl. ¶¶ 4-5. President Trump appointed himself as a general trustee and the newly constituted Board elect him as Chair. *Id.* ¶¶ 4, 6; White House Press Release,

President Trump Announces Appointments to the Board of Trustees of the John F. Kennedy Center for the Performing Arts (Feb. 13, 2025) ("WH Press Release"). *See* Second Declaration of Alexander Kristofcak ("Second Kristofcak Decl.") Ex. KK.

5. The general trustees President Trump appointed include: Susie Wiles, his White House Chief of Staff; Dan Scavino, Senior Advisor to the President; Sergio Gor, Director of the Office of Presidential Personnel; Usha Vance, wife of Vice President JD Vance; Allison Lutnick, wife of Secretary of Commerce Howard Lutnick; and Pamela Bondi, the Attorney General of the United States. Kennedy Center, Trustees, https://www.kennedy-center.org/about-us/leadership/trustees/ (last visited March 23, 2026), *see* Second Kristofcak Decl. Ex. LL; WH Press Release. In addition, three cabinet officers who serve at the President's pleasure sit on the Board as ex officio members by virtue of their offices: Secretary of State Marco Rubio, Secretary of Education Linda McMahon, and Secretary of Health and Human Services Robert F. Kennedy, Jr. 20 U.S.C. § 76h(a)(2); *id*.

6. President Trump replaced the Kennedy Center's experienced President with Richard Grenell. Pl.'s Decl. ¶ 5.

7. In May 2025, the newly constituted Board amended the Kennedy Center's bylaws to state that the "Board shall be composed of ex officio *non-voting* members and general trustee voting members." Pl.'s Decl. ¶ 8 & Ex. C at 5.

8. On August 12, 2025, President Trump posted on Truth Social: "Great Nominees for the TRUMP/KENNEDY CENTER, whoops, I mean, KENNEDY CENTER, AWARDS . . . ." Donald J. Trump (@realDonaldTrump), Truth Social (Aug. 12, 2025), https://truthsocial.com/@realDonaldTrump/posts/115015798555807745 [https://perma.cc/T8TJ-T99V]. *See* Second Kristofcak Decl. Ex. FF.

9. On December 7, 2025, President Trump stated, "The Trump-Kennedy Center. I mean, the Kennedy Center," while hosting the Kennedy Center Honors awards. Joe Sommerlad, *Trump Jokes About Renaming Kennedy Center After Himself While Taking Center Stage At Honors Show*, Independent (Dec. 8, 2025), https://www.independent.co.uk/news/world/americas/us-politics/trump-kennedy-center-awards-stallone-b2879947.html. *See* Second Kristofcak Decl. Ex. GG.

10. On December 18, 2025, the Board convened at the private Florida home of Andrea Wynn—the wife of a casino mogul and Republican donor whom President Trump installed on the Board. Pl.'s Decl. ¶ 9.

11. Renaming the Kennedy Center did not appear on the agenda for the meeting. Second Declaration of Todd Valentine, Ex. EE.

12. At the meeting's conclusion, Defendants announced a proposal to rename the Kennedy Center after President Trump. *Id.*

13. Some Board members then voiced support for the renaming. Pl.'s Decl. ¶ 13.

14. Plaintiff attended the meeting by zoom. When Plaintiff attempted to speak at the meeting to oppose the renaming, she was muted and prevented from doing so. *Id* ¶¶ 11-12.

15. Defendants prevented Plaintiff from speaking at the meeting to voice her opposition to the renaming. *Id.* ¶ 12.

16. No discussion occurred at the December 18, 2025 meeting about the potential risks or consequences of the renaming. First Amended Complaint ("FAC") ¶ 37.

17. The Board voted to rename the Kennedy Center for Donald Trump. Pl.'s Decl. ¶ 13.

18. Later that day, on December 18, 2025, White House Press Secretary Karoline Leavitt announced on social media that the Kennedy Center's Board "just voted unanimously to

rename the Kennedy Center to the Trump-Kennedy Center." Karoline Leavitt (@PressSec), X (Dec. 18, 2025 at 1:11 PM), https://x.com/presssec/status/2001717032191168839?s=46 [https://perma.cc/8CWT-MHHH]. *See* Second Kristofcak Decl. Ex. HH.

19.    On December 19, 2025—the day following the Board meeting—workers installed signage on the Kennedy Center's front portico, placing President Trump's name above President Kennedy's. Pl.'s Decl. ¶ 14; Freeny Decl. Ex. A at 2.

20.    Given the speed with which the signage was installed, the signage was prepared and/or purchased prior to the Board's vote the day before. FAC ¶ 34.

21.    The Kennedy Center's front portico now reads: "The Donald J. Trump and the John F. Kennedy Memorial Center for the Performing Arts." Freeny Decl. Ex. F at 2.

22.    The Kennedy Center's website was promptly updated and referred to the institution as "The Trump Kennedy Center." Freeny Decl. Ex. I at 2.

23.    The Kennedy Center also promptly began sending emails, promotional materials, and subscriber communications under the name "The Trump Kennedy Center." Freeny Decl. Ex. G at 2.

24.    The Kennedy Center's website currently refers to the Kennedy Center as "The Trump Kennedy Center" in the up left corner or the site, next to an outline of the Kennedy Center building. Freeny Decl. Ex. I at 2.

25.    On March 3, 2026, the Kennedy Center filed for a trademark reading "The Trump Kennedy Center" under an image depicting the Kennedy Center building.  U.S. Trademark Application Serial No. 99680003 (filed Mar. 3, 2026), https://tsdr.uspto.gov/#caseNumber=99680003&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch. *See* Second Kristofcak Decl. Ex. II.

4

26.    The official agenda for the March 16, 2026 Board meeting referred to the institution as "The Trump Kennedy Center" and the Board as "The Trump Kennedy Center Board of Trustees." ECF No. 20-2.

27.    A press release issued by the Kennedy Center following the March 16, 2026 meeting states: "Trump Kennedy Center Board Unanimously Approves Landmark Renovation." Press Release, Trump Kennedy Center Board Unanimously Approves Landmark Renovation (Mar. 16, 2026), https://www.kennedy-center.org/news-room/press-release-landing-page/tkc-board-unanimously-approves-landmark-renovation/ [https://perma.cc/TS4J-3ZH9]. *See* Second Kristofcak Decl. Ex. JJ.

28.    The press release also states, in a section entitled "ABOUT THE TRUMP KENNEDY CENTER," "The Donald J. Trump and John F. Kennedy Memorial Center for the Performing Arts is America's living memorial to President John F. Kennedy, attracting millions of visitors each year to more than 2,000 performances, events, and exhibits." *Id.*

29.    In 1964—two months after President Kennedy's assassination—President Johnson signed a law renaming the National Cultural Center after the late President Kennedy.

30.    Since 1964, Congress has not voted to change the Kennedy Center's name.

31.    A central mission of the Kennedy Center is to serve as the sole memorial and a living memorial to President Kennedy in Washington, D.C.

32.    During the period between President Trump's takeover of the Board and the renaming, artists canceled their appearances at the Kennedy Center, including the Broadway musical Hamilton, actor Issa Rae, Puerto Rican band Balún, folk singer Rhiannon Giddens, and rock and roll band Low Cut Connie. Freeny Decl. Ex. D. The producers of Hamilton cited a "new spirit of partisanship" under the new leadership. *Id.* Issa Rae attributed her decision to "an

5

infringement on the values of an institution that has faithfully celebrated artists of all backgrounds through all mediums." *Id.* Balun stated, "recent events made it clear that the space no longer aligns with our values. Our safety, integrity, and commitment to justice come first." *Id.* Rhiannon Giddens explained, "I cannot in good conscience play at The Kennedy with the recent programming changes forced on the institution by this new board." *Id.* Low Cut Connie canceled its performance "[u]pon learning that this institution that has run non-partisan for 54 years is now chaired by President Trump himself and his regime." *Id.*

33.    Also before the renaming, nearly half of the tickets were going unsold, the worst since 2018, except 2020, when the Kennedy Center was closed for most of the year due to COVID-19. Freeny Decl., Ex. B.

34.    Following the renaming, additional artists cancelled upcoming performances, including composer Philip Glass (who cancelled the planned premiere of his Symphony No. 15), Béla Fleck, the Martha Graham Dance Company, Renée Fleming, Brentano Quartet with Hsin-Yun Huang, and Chuck Redd. Freeny Decl. Ex. D. Philip Glass stated that "the values of the Kennedy Center today are in direct conflict with the message of the Symphony" and that he "feel[s] an obligation to withdraw this Symphony premiere from the Kennedy Center under its current leadership." *Id.* Brentano Quartet attributed its decision to "the recent changes at the John F. Kennedy Center." *Id.* Béla Fleck stated that performing at the Kennedy Center "has become charged and political, at an institution where the focus should be on the music." *Id.* Chuck Redd chose to cancel his appearance when he "saw the name change on the Kennedy Center website and then hours later on the building." *Id.*

35.    On January 9, 2026, the Washington National Opera—the Kennedy Center's resident company since 1971—announced that it would leave the Kennedy Center. Freeny Decl. Ex. D.

36.    An analysis of ticket sales reported by the *Wall Street Journal* showed a 70% drop in a week's worth of 2026 sales compared to the three prior years. Freeny Decl. Ex. C at 4.

Respectfully submitted,

/s/ Norman Eisen
NORMAN EISEN
  (D.C. Bar No. 435051)
STEPHEN JONAS
  (D.C. Bar No. 90037069)
DAVID OGDEN
  (D.C. Bar No. 375951)

DEMOCRACY DEFENDERS ACTION
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
202-594-9958
norman@democracydefenders.org

/s/ Nathaniel A.G. Zelinsky
NATHANIEL A.G. ZELINSKY
  (D.C. Bar No. 1724093)
/s/ Alexander Kristofcak
ALEXANDER KRISTOFCAK*
KYLE R. FREENY
  (D.C. Bar No. 247857)

WASHINGTON LITIGATION GROUP
1717 K Street, NW, Suite 1120
Washington, D.C. 20006
202-521-8750
nzelinsky@washingtonlitigationgroup.org
akristofcak@washingtonlitigationgroup.org

* *Admitted pro hac vice; admitted only in California and New York; practicing under the supervision of D.C. Bar members*

*Attorneys for Plaintiff Joyce Beatty*