**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOYCE BEATTY,<br><br>*Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP *et al.*,<br><br>*Defendants*. | No. 25-cv-4480 (CRC) |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR
PARTIAL SUMMARY JUDGMENT**

Upon consideration of Plaintiff's Motion for Partial Summary Judgment, the Memorandum of Points and Authorities, Statement of Material Facts, Defendants' opposition, Plaintiff's reply, and the entire record in this matter, pursuant to Federal Rule of Civil Procedure 56, it is hereby:

**ORDERED** that Plaintiff's Motion for Partial Summary Judgment is **GRANTED**; and it is further

**DECLARED** that Congress named the John F. Kennedy Center for the Performing Arts for John F. Kennedy by federal statute, 20 U.S.C. §§ 76h-s, and the Center may not be named for anyone else except by an Act of Congress; and it is further

**DECLARED** that the Board of Trustees' December 18, 2025 resolution purporting to rename the Kennedy Center the "Donald J. Trump and the John F. Kennedy Memorial Center for the Performing Arts," or any variation thereof, is null, void, and without legal effect; and it is further

**DECLARED** that Defendants violated the law,  20 U.S.C. §§ 76h-s, in purporting to rename the Kennedy Center for Donald J. Trump, and in taking steps to effectuate the renaming,

such as installing signage with Donald J. Trump's name on the front portico of the Center, altering the Kennedy Center's website to name the Center for President Trump, and in issuing official materials naming the Center for President Trump; and it is further

ORDERED that Defendants, their officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them are **PERMANENTLY ENJOINED** from:

a) displaying, installing, or maintaining any physical or digital signage on the Kennedy Center building or grounds that designates, suggests, or implies that the institution is named for any person other than President John F. Kennedy, including but not limited to the signage that currently reads "The Donald J. Trump And" on the front of the building;

b) publishing or distributing any official materials—including website content, email communications, promotional materials, and press releases—that refer to the institution as named for anyone other than John F. Kennedy, including but not limited to "The Trump Kennedy Center," or "Donald J. Trump and the John F. Kennedy Memorial Center for the Performing Arts"; and

c) referring to the Kennedy Center as "The Trump Kennedy Center," the "Donald J. Trump and the John F. Kennedy Memorial Center for the Performing Arts," or in any variant therefore in in any official capacity, including in public statements, official communications, contracts, and government filings; and it is further

ORDERED that Defendants shall, within **14 days** of the date of this Order:

a)  remove all physical signage on the Kennedy Center building and grounds, including the front portico, that purports to rename the Kennedy Center after President Trump or any other individual other than President Kennedy;

b)  update the Kennedy Center's official website to remove all references to the institution as the "Trump Kennedy Center," "Donald J. Trump and the John F. Kennedy Memorial Center for the Performing Arts," or any similar formulation; and

c)  file with the Court a sworn declaration from a responsible official of the Kennedy Center certifying compliance with this Order; and it is further

**ORDERED** that the Court retains jurisdiction to enforce this Order and to resolve any disputes arising from its implementation.

SO ORDERED this _____ day of April, 2026.

_____
HONORABLE JUDGE CHRISTOPHER COOPER
UNITED STATES DISTRICT JUDGE