**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOYCE BEATTY,<br><br>*Plaintiff*,<br>v.<br><br>DONALD J. TRUMP *et al.*,<br><br>*Defendants*. | No. 25-CV-4480 (CRC) |

**SECOND DECLARATION OF ALEXANDER KRISTOFCAK**

I, Alexander Kristofcak, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I represent Plaintiff Congresswoman Joyce Beatty in this matter. I submit this declaration in support of Plaintiff's Motion for Preliminary Injunction. I have personal knowledge of the facts stated herein except where stated otherwise.

2. Attached to this declaration as **Exhibit FF** is a true and correct copy of the August 12, 2025, 8:30 AM, Truth Social post from President Trump, posted at https://truthsocial.com/@realDonaldTrump/posts/115015798555807745 [https://perma.cc/T8TJ-T99V].

3. Attached to this declaration as **Exhibit GG** is a true and correct copy of the December 8, 2025 article from the Independent titled "Trump Jokes About Renaming Kennedy Center After Himself While Taking Center Stage At Honors Show," posted at https://www.independent.co.uk/news/world/americas/us-politics/trump-kennedy-center-awards-stallone-b2879947.html.

4. Attached to this declaration as **Exhibit HH** is a true and correct copy of the December 18, 2025, 1:11 PM, X.com message from Karoline Leavitt (@PressSec), posted at https://x.com/presssec/status/2001717032191168839?s=46 [https://perma.cc/8CWT-MHHH].

5. Attached to this declaration as **Exhibit II** is a true and correct copy of the March 3, 2026 application at the United States Patent and Trademark Office for the mark "THE TRUMP KENNEDY CENTER" filed by the Kennedy Center, posted at https://tsdr.uspto.gov/#caseNumber=99680003&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch.

6. Attached to this declaration as **Exhibit JJ** is a true and correct copy of the March 16, 2026 press release titled "Trump Kennedy Center Board Unanimously Approves Landmark Renovation," posted at https://www.kennedy-center.org/news-room/press-release-landing-page/tkc-board-unanimously-approves-landmark-renovation/ [https://perma.cc/TS4J-3ZH9].

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of March, 2026.

/s/ Alexander Kristofcak
Alexander Kristofcak
Washington Litigation Group
1717 K Street, NW, Suite 1120
Washington, D.C. 20006
(202) 521-8734
akristofcak@washingtonlitigationgroup.org