# Exhibit FF

0

TRUTH.

**Donald J. Trump**
@realDonaldTrump

GREAT Nominees for the TRUMP/KENNEDY CENTER, whoops, I mean, KENNEDY CENTER, AWARDS. They will be announced Wednesday. Tremendous work is being done, and money being spent, on bringing it back to the absolute TOP LEVEL of luxury, glamour, and entertainment. It had fallen on hard times, physically, BUT WILL SOON BE MAKING A MAJOR COMEBACK!!! President DJT

**5.96k** ReTruths **30.3k** Likes Aug 12, 2025, 8:30 AM

🔥 **Extremely Stable Genius** 🔥
@mazurikl · Aug 12, 2025

Replying to @realDonaldTrump

Seems as if the conspiracy theorists are right again! #SpyGate #GlobalistCoup

35




25 145 465

**Extremely Stable Genius**
@mazurikl · Aug 12, 2025

Replying to @realDonaldTrump




35

22 101 399

35

35

35

35

35

35

35

35

35