# Exhibit GG

INDEPENDENT

Support Now

Menu

NEWS SPORTS CULTURE LIFESTYLE MONEY TRAVEL CLIMATE PREMIUM

News > World > Americas > US politics

# Trump jokes about renaming Kennedy Center after himself while taking center stage at honors show

Trump took center stage at gala honoring Sylvester Stallone, Gene Simmons, Gloria Gaynor, George Strait, and Michael Crawford

Joe Sommerlad

Monday 08 December 2025 09:48 GMT

14 Comments



Donald Trump mispronounces Sylvester Stallone's name at White House medal ceremony

Your support helps us to tell the story

Read more

SUPPORT NOW

Read more

President Donald Trump joked about renaming the revamped Kennedy Center after himself as he compered the performing arts venue's annual awards evening in Washington, D.C., Sunday.

"This place is hot," the president said during his remarks at the 48th annual Kennedy Center Honors, as he admired the building's latest makeover, carried out to his own specifications. "The Trump-Kennedy Center. I mean, the Kennedy Center. I'm sorry. This is terribly embarrassing."

The president went on to honor the veteran Hollywood action star Sylvester Stallone, Kiss frontman Gene Simmons, disco icon Gloria Gaynor, country singer George Strait, and Michael Crawford, who originated the role of the Phantom in Andrew Lloyd Webber's *Phantom of the Opera*, a Trump favorite.




President Donald Trump and First Lady Melania Trump on the red carpet at the 48th annual Kennedy Center Honors on Sunday evening *(AP)*

Among those in attendance for the event was Republican House Speaker Mike Johnson, Defense Secretary Pete Hegseth, Homeland Security Secretary Kristi Noem, White House Chief of Staff Susie Wiles and Attorney General Pam Bondi, making up a strong conservative contingent in the audience.

The show will be broadcast on CBS on December 23 and was preceded by a medal ceremony at the White House and black tie State Department dinner for the honorees on Saturday night.

**RECOMMENDED**

Trump slurs his way through swearing-in of Kristi Noem's replacement

North Carolina senator loses reelection by 23 votes against county sheriff in upset

Why Are People Snapping Up This New Flag Wreath 250th?
Sponsored | GekkoGifts

Tired of Pre-Mowing? Master Tall and Thick Grass Easily
Sponsored | Lymow

Powered by Taboola

Taking questions from reporters on the red carpet beforehand Sunday's bash, Trump, flanked by his wife Melania Trump, was asked directly: "Will you rename The Kennedy Center to The Trump Center?"

“It’s not up to me,” he answered. “We have a board. The first lady is the honorary chairwoman.”



Trump presents Sylvester Stallone with his medal in the Oval office of the White House on Saturday *(Getty)*

Melania is actually one of five honorary chairs of the institution, the other four being her four predecessors as first lady, while the president has installed himself as chairman of its Board of Trustees and replaced the center’s slate of Democrat-appointed trustees with a selection of allies.

Trump did so in February in the interest of purging the Kennedy Center of its perceived liberal leanings as part of his culture war against “woke” values, characterizing the institution’s previous programming as consisting largely of drag shows and “anti-American propaganda” and claiming it was promoting a divisive leftist political ideology.

After stamping his own mark on its output, the president attended the opening night of a new production of the Broadway musical *Les Miserables* in June at which he was both booed and cheered as the gala was picketed by drag queens and boycotted by some of its performers.

The choice of honorees at Sunday's awards were equally reflective of his personal taste. Trump admitted in August that he had been "98 percent involved" in selecting the lineup, according to CNN, a determination that, ordinarily, would be made by an artist committee based on board recommendations and public requests.




Trump's Kennedy Center honorees pose with their medals at the White House on Saturday *(AP)*

Hailing Stallone, Simmons, Gaynor, Strait, and Crawford from the stage, the president said: "Tonight, we are seeing pure talent on full display. Nothing is more inspiring, nobody has ever done it better than the people you're watching and honoring tonight, and perhaps no one ever will."

"This is fantastic, isn't it?," Trump continued. "It is just so incredible. This is the greatest evening in the history of the Kennedy Center, not even a contest. Our country is back – they tried to get [Joe] Biden to do this four years in a row. I would have watched."

**RECOMMENDED**

Trump's kept classified doc and showed off top-secret map, 'damning' DOJ memo reveals

How Trump reacted when Hegseth said the US will continue Iran conflict

Since I got it, birds visit to play and bathe
Sponsored | softvenera

A Mom Found Her Family Had Been Breathing CO for 8 months. Her Detector Never Alarmed.
Sponsored | SteadFast

Powered by Taboola

His remarks, and the political allegiance of most in attendance, ran contrary to a promise made by Kennedy Center President Richard Grenell at Saturday's State Department banquet, at which he declared that the venue "needs to be a place of bipartisanship."

"It needs to be a place that we come together and we celebrate together, and we don't care who you voted for for president," Grenell said.

**More about:** Donald Trump Kennedy Center Sylvester Stallone Gene Simmons Gloria Gaynor Michael Crawford Melania Trump Mike Johnson Kristi Noem Susie Wiles

**Join our commenting forum**
Join thought-provoking conversations, follow other Independent readers and see their replies
14 Comments

Promoted stories

## Ultra-Soft Linen Shorts Loved by Thousands of Men
The shorts that look effortlessly cool and feel unbelievably soft — no wonder they're becoming every man's favorite.
Sponsored | WALKERGREY
Shop Now

## Shirts for all body types by a designer who gets it
Sponsored | LININCO
Shop Now

## The Season's Top Looks for Home
Discover premium-quality furniture & decor inspired by the latest home trends at Joss & Main.
Sponsored | JOSSANDMAIN.COM
Shop Now

## Costco Shoppers Say This $35 Find Is the "Facelift" in a Bottle
Sponsored | OLAVITA

## Legal Options After an Mesothelioma Diagnosis
Diagnosed with mesothelioma? Find out about legal support and compensation. Simmons Hanly Conroy averages $1 million dollar settlements for victims. Some trust funds can start payments in as little as 90 days. Get your free case review now.

Sponsored | SIMMONS HANLY CONROY

Learn More

The "Pocket Tornado" That Makes Brooms Obsolete

Sponsored | SEESE PRO

Learn More

The Reality In Ukraine After 4 Years Of War

Four years after the invasion, one reality hasn't changed: injuries keep happening on the frontlines, and the medical kits designed for those critical first minutes are running out.

Sponsored | WHITE STORK

Donate Now

Case 1:25-cv-04480-CRC Document 30-6 Filed 03/25/26 Page 9 of 10

Read More Comments

Lion Stays in the Same Spot for Days — Then Keeper Realizes Why

Sponsored | VIRAL VOYAGE

BUSINESS

By picking 'more fights', is Angela Rayner borrowing from the Trump playbook?

Mike Lynch estate ordered to pay almost £1bn

US POLITICS

Trump picks 'alpha male' influencer for top spot as tourism envoy

We're getting the 'manosphere' all wrong – and here's why

Young men have been social scapegoats for generations, writes Saul Parker, but we're missing why they turn to misogynistic content – to escape the situation they find themselves in

Sponsored | PROMOTED BY INDEPENDENT PREMIUM

She Cropped Her Arms Out of Every Photo for a Decade

Sponsored | SKIN REPORTS

Modern Style Starts Here

Premium-quality furniture + decor designed for everyday living, delivered fast + free.*

Sponsored | ALLMODERN.COM

Shop Now

NEWS POLITICS

Trump adds a new made-up word to his vocabulary in rant on transgender and SAVE Act

Dems release cost of Noem's hair and makeup for ad that led to her firing

Overwater enchantment awaits

Private Bungalows, Endless Ocean Views. All is Included

Sponsored | RIU HOTELS

Learn More

US POLITICS

Emily Gregory: The 'FIT4MOM' first-timer who flipped seat in Trump's backyard

GET IN TOUCH

Contact us

OUR PRODUCTS

Register

Newsletters

Donate

Today's Edition

Install our app

Archive

OTHER PUBLICATIONS

International editions

Independent en Español

Independent Arabia

Independent Turkish

Independent Persian

Independent Urdu

The Standard

LEGAL

Code of conduct and complaints

Contributors

Cookie policy

Donations Terms & Conditions

Privacy policy

User policies

Modern Slavery Statement

EXTRAS

Puzzles

All topics

Betting offers

Latest deals

Competitions and offers

Independent Advertising

Independent Ignite

Syndication

Working at The Independent