# Exhibit HH

Search

Home
Explore
Notifications
Chat
Grok
Bookmarks
Creator Studio
Premium 50% off
Profile
More

Post

Alex Kristofcak
@akristofcak

## Post

**Karoline Leavitt**
@PressSec

I have just been informed that the highly respected Board of the Kennedy Center, some of the most successful people from all parts of the world, have just voted unanimously to rename the Kennedy Center to the Trump-Kennedy Center, because of the unbelievable work President Trump has done over the last year in saving the building. Not only from the standpoint of its reconstruction, but also financially, and its reputation. Congratulations to President Donald J. Trump, and likewise, congratulations to President Kennedy, because this will be a truly great team long into the future! The building will no doubt attain new levels of success and grandeur.

**Readers added context they thought people might want to know**

The building is statutorily named the John F. Kennedy Center for the Performing Arts.

Congress did not give the board the authority to change the name.

law.cornell.edu/uscode/text/20...

Do you find this helpful? Rate it

Context is written by people who use X, and appears when rated helpful by others. Find out more.

1:11 PM · Dec 18, 2025 · **17.4M** Views

11K 8K 33K 1.4K

Relevant View quotes

Post your reply Reply

**Orin Kerr** @OrinKerr · Dec 18, 2025
For those wondering, 20 U.S.C. § 76i states that the building is "designated as the John F. Kennedy Center for the Performing Arts." § 76k lists the powers of the Board: soliciting gifts, hiring employees, and proposing plans for sidewalks. Nothing about, or close, to renaming.

41 365 3.1K 240K

**BrooklynDad_Defiant!☮️** @mmpadellan · Dec 18, 2025
He can't do that.
It's literally against the law.

You are a JOKE.

**Relevant peo**

**Karoline Le**
@PressSec
Assistant to
36th White

**What's happe**

**MICHAEL**
In Theaters & IMAX
Promoted by Micha

Politics · Trending
**Kuwait**

Politics · Trending
**Barron**

Music · Trending
**Usher**
Trending with Diddy

Show more

Terms of Service | Priva
Accessibility | Ads info

Home
Explore
Notifications
Chat
Grok
Bookmarks
Creator Studio
Premium 50% off
Profile
More

Post

111 223 3.1K 43K

**Aaron Rupar** @atrupar · Dec 18, 2025
Karoline, are you aware that President Kennedy is no longer with us?
263 594 25K 809K

**Brian Krassenstein** @krassenstein · Dec 18, 2025
Trump appointing a bunch of morons to rename a center, named after Kennedy, after himself. This is Not authoritarian at all. 🙄
162 695 17K 275K

**Jo** @JoJoFromJerz · Dec 18, 2025
The board 😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂
255 587 8K 239K

**Mnewbis** @Mnewbis · Dec 18, 2025
TLDR:

**Alex Kristofcak** @akristofcak

**Relevant peo**
**Karoline Le**
@PressSec
Assistant to
36th White

**What's happe**

**MICHAEL**
In Theaters & IMAX
Promoted by Micha

Politics · Trending
**Kuwait**

Politics · Trending
**Barron**

Music · Trending
**Usher**
Trending with Diddy

Show more

Terms of Service | Priva
Accessibility | Ads info

Home
Explore
Notifications
Chat
Grok
Bookmarks
Creator Studio
Premium 50% off
Profile
More
Post

31 124 6.7K 254K

**derek guy** @dieworkwear · Dec 18, 2025
is this bc he's so performative?

18 35 6.2K 145K

**Classical Liberal Caucus** @LP_CLC · Dec 18, 2025
LOL.

LMAO.

Cope.

30 152 5.3K 78K

**Republicans against Trump** @RpsAgainstTrump · Dec 18, 2025
"Highly respected"🤡

> **Republicans against Trump** @RpsAgainstTrump · Dec 18, 2025
> Reminder: Trump appointed this "highly respected" board himself and now serves as its chair. It includes his chief of staff Susie Wiles, communications aide Dan Scavino, political operative Sergio Gor, and other major donors and Trump allies. x.com/RpsAgainstTrum...

46 233 2.9K 265K

**Phil Robertson** @Reaproy · Dec 18, 2025
Donald Trump is like a stray dog, pissing on everything to mark his territory. Didn't think he would go as far as use the Kennedy Center as his latest fire hydrant, but then again, it just shows his overall contempt for the performing arts.

40 176 2.7K 53K

**Christopher Hale** @ChristopherHale · Dec 18, 2025
This is a White House laser focus on making groceries more affordable.

18 30 2.2K 82K

**Classical Liberal Caucus** @LP_CLC · Dec 18, 2025

Relevant peo
Karoline Le
@PressSec
Assistant to
36th White

What's happe
MICHAEL
In Theaters & IMAX
Promoted by Micha
Politics · Trending
Kuwait
Politics · Trending
Barron
Music · Trending
Usher
Trending with Diddy
Show more

Terms of Service | Priva
Accessibility | Ads info

Alex Kristofcak
@akristofcak

Home
Explore
Notifications
Chat
Grok
Bookmarks
Creator Studio
Premium 50% off
Profile
More
Post

You have just been informed that the highly respected Board of the Kennedy Center, some of the most successful people from all parts of the world, have just voted unanimously to repeal a law passed by Congress?

Wow.

Didn't know they could do that

39 200 1.8K 86K

**Andrew Revkin** 🌎 ✍🏼 🪕 ☮️ @Revkin · Dec 18, 2025
The @CommunityNotes are piling up.

23 132 1.8K 88K

**Relevant peo**
**Karoline Le**
@PressSec
Assistant to
36th White

**What's happe**

**MICHAEL**
In Theaters & IMAX
Promoted by Micha

Politics · Trending
**Kuwait**

Politics · Trending
**Barron**

Music · Trending
**Usher**
Trending with Diddy

Show more

Terms of Service | Priva
Accessibility | Ads info

**Alex Kristofcak** 🔒
@akristofcak

Home
Explore
Notifications
Chat
Grok
Bookmarks
Creator Studio
Premium 50% off
Profile
More

Post

Alex Kristofcak
@akristofcak

**Relevant peo**

**Karoline Le**
@PressSec
Assistant to
36th White

**What's happe**

**MICHAEL**
In Theaters & IMAX
Promoted by Micha

Politics · Trending
**Kuwait**

Politics · Trending
**Barron**

Music · Trending
**Usher**
Trending with Diddy

Show more

Terms of Service | Priva
Accessibility | Ads info

Home
Explore
Notifications
Chat
Grok
Bookmarks
Creator Studio
Premium 50% off
Profile
More

Post

Alex Kristofcak
@akristofcak

Relevant peo
Karoline Le
@PressSec
Assistant to
36th White

What's happe

MICHAEL
In Theaters & IMAX
Promoted by Micha

Politics · Trending
Kuwait

Politics · Trending
Barron

Music · Trending
Usher
Trending with Diddy

Show more

Terms of Service | Priva
Accessibility | Ads info

Home

Explore

Notifications

Chat

Grok

Bookmarks

Creator Studio

Premium 50% off

Profile

More

Post

Alex Kristofcak
@akristofcak

Relevant peo

Karoline Le
@PressSec
Assistant to
36th White

What's happe

MICHAEL
In Theaters & IMAX
Promoted by Micha

Politics · Trending
Kuwait

Politics · Trending
Barron

Music · Trending
Usher
Trending with Diddy

Show more

Terms of Service | Priva
Accessibility | Ads info

Home
Explore
Notifications
Chat
Grok
Bookmarks
Creator Studio
Premium 50% off
Profile
More
Post

Alex Kristofcak
@akristofcak

Relevant peo
Karoline Le
@PressSec
Assistant to
36th White

What's happe
MICHAEL
In Theaters & IMAX
Promoted by Micha

Politics · Trending
Kuwait

Politics · Trending
Barron

Music · Trending
Usher
Trending with Diddy

Show more

Terms of Service | Priva
Accessibility | Ads info

Home
Explore
Notifications
Chat
Grok
Bookmarks
Creator Studio
Premium 50% off
Profile
More

Post

**Relevant peo**

**Karoline Le**
@PressSec
Assistant to
36th White

**What's happe**

**MICHAEL**
In Theaters & IMAX
Promoted by Micha

Politics · Trending
**Kuwait**

Politics · Trending
**Barron**

Music · Trending
**Usher**
Trending with Diddy

Show more

Terms of Service | Priva
Accessibility | Ads info

**Alex Kristofcak**
@akristofcak

Home
Explore
Notifications 2
Chat
Grok
Bookmarks
Creator Studio
Premium 50% off
Profile
More

Post

**Relevant peo**

**Karoline Le**
@PressSec
Assistant to
36th White

**What's happe**

**MICHAEL**
In Theaters & IMAX
Promoted by Micha

Politics · Trending
**Kuwait**

Politics · Trending
**Barron**

Music · Trending
**Usher**
Trending with Diddy

Show more

Terms of Service | Priva
Accessibility | Ads info

**Alex Kristofcak**
@akristofcak