# Exhibit II

> **For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**STATUS**    **DOCUMENTS**        **Back to Search**      Print

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2026-03-25 13:27:38 EDT |
| **Mark:** | THE TRUMP KENNEDY CENTER |

**The Trump Kennedy Center**

| | | | |
|---|---|---|---|
| **US Serial Number:** | 99680003 | **Application Filing Date:** | Mar. 03, 2026 |
| **Filed as Base Application:** | Yes | **Currently Base Application:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark, Service Mark | | |

| | | |
|---|---|---|
| **TM5 Common Status Descriptor:** |  | LIVE/APPLICATION/Awaiting Examination<br><br>The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner. |
| **Status:** | | New application awaiting assignment to an examining attorney. **See current trademark processing wait times** for more information. |
| **Status Date:** | | Mar. 03, 2026 |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | THE TRUMP KENNEDY CENTER |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S) |
| **Description of Mark:** | The mark consists of the words "The Trump Kennedy Center" below a house boat building over waves. |
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | The Trustees of the John F. Kennedy Center for the Performing Arts |
| **Composed of:** | The Trustees of the John F. Kennedy Center for the Performing Arts is a Trust organized under the laws of District of Columbia. It is composed of Brian Ballard, United States; Maria Bartiromo, United States; Pamela Bondi, United States; Mary Helen Bowers, United States; Hannah Buchan, United States; Bob Castellani,, United States; Elaine Chao, United States; Pamella DeVos, United States; Patricia John Falconnetti, United States; Emilia May Fanjul, United States |
| **Owner Address:** | 2700 F Street, N.W.<br>Washington, DISTRICT OF COLUMBIA UNITED STATES 20566 |
| **Legal Entity Type:** | TRUST |
| **State or Country Where Organized:** | DISTRICT OF COLUMBIA |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Jeffrey H. Kaufman | **Docket Number:** | JFKC00037 |
| **Attorney Primary Email Address:** | jhk@mg-ip.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | Jeffrey H. Kaufman<br>Muncy, Geissler, Olds & Lowe |

125 S. Royal Street
Alexandria, VIRGINIA United States 22314

| | |
|---|---|
| **Phone:** | 1-(703) 649-3800 |

| | | | |
|---|---|---|---|
| **Correspondent e-mail:** | jhk@mg-ip.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 03, 2026 | APPLICATION FILING RECEIPT MAILED | |
| Mar. 03, 2026 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

Feedback