# Exhibit JJ

# Trump Kennedy Center Board Unanimously Approves Landmark Renovation

**WASHINGTON, D.C.** — The Donald J. Trump and John F. Kennedy Memorial Center for the Performing Arts Board of Trustees voted unanimously to temporarily close the Center for a comprehensive revitalization project. Following an Independence Day Celebration, the Center will close for approximately two years, with a Grand Re-Opening to follow.

The Board also unanimously voted to name **Matt Floca**, who previously served as Vice President of Operations, **as the Trump Kennedy Center's Chief Operating Officer and Executive Director** and Ambassador Richard Grenell, President of the Trump Kennedy Center, will depart his leadership role.

"From day one, our mission was to make the Trump Kennedy Center a place every American could be proud of, and this renovation is the fulfillment of that promise," said **Ambassador Richard Grenell**. "I am grateful to Chairman Trump for his visionary leadership and to the Board of Trustees for their support. What comes next will be worth the wait, and I am confident that Matt Floca will oversee this next chapter with the dedication and excellence this Center deserves."

Chairman President Trump secured a historic $257 million from Congress to address decades of deferred maintenance. The Board's decision to temporarily pause operations will allow for the most comprehensive and efficient renovation

effort, setting the stage for a revitalized National Cultural and Entertainment Complex for all Americans to enjoy.

"President Trump and Ambassador Grenell set a bold new course for the Trump Kennedy Center, and today's unanimous vote sets the stage for an exciting new chapter," said **Roma Daravi, Vice President of Public Relations**. "This project will transform the Center into a world-class destination worthy of the nation's legacy and future — a landmark where every American is welcome to experience artistic excellence and premiere entertainment."

## ABOUT THE TRUMP KENNEDY CENTER

The Donald J. Trump and John F. Kennedy Memorial Center for the Performing Arts is America's living memorial to President John F. Kennedy, attracting millions of visitors each year to more than 2,000 performances, events, and exhibits. With its artistic affiliate, the National Symphony Orchestra, the Center is one of the nation's most prestigious performing arts centers, dedicated to providing world-class art, powerful education, and outstanding memorial experiences to the broadest possible constituency.

To learn more about the Center, please visit our website.

###

**Media Contact**
Trump Kennedy Center: publicrelations@kennedy-center.org

---

Copyright 1990-2026. All rights reserved.