# Exhibit KK

[The American Presidency Project (https://www.presidency.ucsb.edu/)](https://www.presidency.ucsb.edu/)



[DONALD J. TRUMP (2ND TERM) (/PEOPLE/PRESIDENT/DONALD-J-TRUMP-2ND-TERM)](/people/president/donald-j-trump-2nd-term)

# White House Press Release - President Trump Announces Appointments to the Board of Trustees of the John F. Kennedy Center for the Performing Arts

February 13, 2025

President Donald J. Trump announced appointments to the Board of Trustees of the John F. Kennedy Center for the Performing Arts.

**On Tuesday, February 11, 2025, the President appointed the following persons:**

Donald J. Trump, of Florida, to be a Member of the Board of Trustees of the John F. Kennedy Center for the Performing Arts for the remainder of the term expiring September 1, 2030, vice Karine Jean-Pierre.

Pamela Gross, of Florida, to be a Member of the Board of Trustees of the John F. Kennedy Center for the Performing Arts for the remainder of the term expiring September 1, 2026, vice David Mark Rubenstein.

Mindy Levine, of New York, to be a Member of the Board of Trustees of the John F. Kennedy Center for the Performing Arts for the remainder of the term expiring September 1, 2028, vice Hilda Lucia Solis.

Lynda Lomangino, of Florida, to be a Member of the Board of Trustees of the John F. Kennedy Center for the Performing Arts for the remainder of the term expiring September 1, 2030, vice Amy Blanchard Ricchetti.

Allison Lutnick, of New York, to be a Member of the Board of Trustees of the John F. Kennedy Center for the Performing Arts for the remainder of the term expiring September 1, 2028, vice Tatiana Copeland.

Dan Scavino, of New York, to be a Member of the Board of Trustees of the John F. Kennedy Center for the Performing Arts for the remainder of the term expiring September 1, 2028, vice Cari B. Sacks.

Usha Vance, of Ohio, to be a Member of the Board of Trustees of the John F. Kennedy Center for the Performing Arts for the remainder of the term expiring September 1, 2028, vice Christopher G. Korge.

Susie Wiles, of Florida, to be a Member of the Board of Trustees of the John F. Kennedy Center for the Performing Arts for the remainder of the term expiring September 1, 2030, vice Jonathan Batiste.

**On Wednesday, February 12, 2025, the President appointed the following persons:**

John Falconetti, of Florida, to be a Member of the Board of Trustees of the John F. Kennedy Center for the Performing Arts for the remainder of the term expiring September 1, 2030, vice Stephanie Cutter.

Cheri Summerall, of Texas, to be a Member of the Board of Trustees of the John F. Kennedy Center for the Performing Arts for the remainder of the term expiring September 1, 2030, vice Elizabeth E. Alexander.

Sergio Gor, of Florida, to be a Member of the Board of Trustees of the John F. Kennedy Center for the Performing Arts for the remainder of the term expiring September 1, 2030, vice Michael Donilon.

Emilia May Fanjul, of Florida, to be a Member of the Board of Trustees of the John F. Kennedy Center for the Performing Arts for the remainder of the term expiring September 1, 2028, vice Phefelia Nez.

Patricia Duggan, of Florida, to be a Member of the Board of Trustees of the John F. Kennedy Center for the Performing Arts for the remainder of the term expiring September 1, 2028, vice Robert Drury Lenhard.

Dana Blumberg, of New York, to be a Member of the Board of Trustees of the John F. Kennedy Center for the Performing Arts for the remainder of the term expiring September 1, 2030, vice Carlos E. Elizondo.

---

Donald J. Trump (2nd Term), White House Press Release - President Trump Announces Appointments to the Board of Trustees of the John F. Kennedy Center for the Performing Arts Online by Gerhard Peters and John T. Woolley, The American Presidency Project
https://www.presidency.ucsb.edu/node/376333