# Exhibit LL

# Board of Trustees

## Honorary Chairs

Melania Trump, First Lady of the United States

Dr. Jill Biden

Michelle Obama

Laura Bush

Hillary Rodham Clinton

# The Trump Kennedy Center Board of Trustees

## Officers

President Donald J. Trump, *Chair*

Jennifer Fischer, *Vice Chair*

Sergio Gor, *Secretary*

John Falconetti, *Treasurer*

Elliot Berke, *General Counsel*

## Members Appointed by the President of the United States

Brian D. Ballard

Maria Bartiromo

Pamela Bondi

Mary Helen Bowers

Hannah F. Buchan

Robert Castellani

Elaine Chao

Pamella Roland DeVos

Patricia Duggan

Lynette Friess

Sergio Gor

Pamela Gross

Lee Greenwood

Kate Adamson Haselwood

Laura Ingraham

Dana Kraft

Mindy Levine

Lynda Lomangino

John Falconetti

Emilia May Fanjul

Jennifer Fischer

Barbara Long

Allison Lutnick

Douglas Manchester

Laura Perlmutter

Catherine B. Reynolds

Denise Saul

Dan Scavino

Cheri Summerall

President Donald J. Trump

Usha Vance

Susie Wiles

Andrea Wynn

Paolo Zampolli

## Ex Officio Members Designated by Act of Congress

Robert F. Kennedy, Jr., *Secretary of Health & Human Services*

Robert Newlen, *Acting Librarian of Congress*

Marco Rubio, *Secretary of State*

Billie Tsien, *Chair, U.S. Commission of Fine Arts*

Muriel Bowser, *Mayor, District of Columbia*

Representative Mike Johnson, *Speaker of the House of Representatives*

Representative Hakeem Jeffries, *Democratic Leader of the House of Representatives*

Representative Sam Graves

Representative Rick Larsen

Representative Julia Letlow

Representative Mike McCaul

Lewis Ferebee, *Chancellor, DC Public Schools*

TBD, *Director, National Park Service*

Linda McMahon, *Secretary of Education*

Lonnie Bunch, *Secretary, Smithsonian Institution*

Senator John Thune, *Senate Majority Leader*

Senator Chuck Schumer, *Senate Democratic Leader*

Senator Sheldon Whitehouse

Senator Shelley Moore Capito

Senator Mark Warner

Senator Chris Van Hollen

Senator Susan Collins

Representative Joyce Beatty

## Founding Chairman

Roger L. Stevens†

## Chairmen Emeriti

James A. Johnson†

David M. Rubenstein

Stephen A. Schwarzman

James D. Wolfensohn†

## President Emeritus

Lawrence J. Wilker

Michael M. Kaiser

Deborah F. Rutter

## Special Advisor to the Chairman

Vacant

## Special Advisors to the Executive Committee

Vacant

## Honorary Trustees

Alma Gildenhorn

## Emeritus Trustees

Elizabeth E. Alexander
Philip F. Anschutz
Anita Arnold
Adrienne Arsht
Robert B. Barnett
Jon Batiste
Colleen Bell
Stuart A. Bernstein
Wilma E. Bernstein
Lois Betts
Roland Betts
David C. Bohnett
Nancy Goodman Brinker
Elliot B. Broidy
Ronald W. Burkle
Buffy Cafritz †
Joseph A. Califano, Jr.
Tatiana Copeland
Govenor Jon S. Corzine
Mrs. Edward Finch Cox
Joan E. Hotchkis
Govenor Michael Huckabee
Frank Islam
Phyllis Middleton JacksonValerie Jarrett
Anne Johnson
Brenda LaGrange Johnson
William "Bill" Johnson
Ann Jordan
Sheldon B. Kamins
Caroline Kennedy
Victoria Reggie Kennedy
Nancy G. Kinder
Herbert V. Kohler, Jr. †
C. Michael Kojaian
Kathi Koll
Chris Korge
Karen Tucker LeFrak
Robert Lenhard
Carl H. Lindner, III
Michael Lombardo

Stephanie Cutter
William M. Daley
Gordon J. Davis
Bo Derek
Betsy DeVos
Senator Bob Dole †
Mike Donilon
Ronald I. Dozoretz
Kenneth M. Duberstein †
Edward Easton
Judith Ann Eisenberg
Carlos Elizondo
Stevie Eller
Emilio Estefan, Jr.
Fred Eychaner
George Farias
Giselle Fernandez
Sakurako Fisher
Thomas C. Foley
Craig L. Fuller
Norma Lee Funger †
Mary Galvin
David Girard-diCarlo
John Goldman
Vinod Gupta
Donald J. Hall, Jr.
Mrs. William Lee Hanley, Jr.
James A. Haslam II
Helen Lee Henderson †
Janet Hill †
Andrés W. López
Bryan Lourd
Amalia Perea Mahoney
Marlene A. Malek
Barbara Goodman Manilow
Donna G. Marriott
Alyssa Mastromonaco
David Mathews
Dorothy Swann McAuliffe
Donna C. McLarty
William F. McSweeny
Norman Y. Mineta
Mary V. Mochary
Henry Munoz, III
Michael F. Neidorff †
Marilyn Carlson Nelson
Ron Nessen
Phefelia Nez
Jack L. Oliver, III
Charles B. Ortner
Mary M. Ourisman
Robert Frank Pence
Ronald O. Perelman
Karine Jean-Pierre
Rebecca Pohlad
Alma Powell †
William Charles Powers
Penny Pritzker
Albert H. Quie
Bryan Rafanelli
Gerald M. Rafshoon
Gabrielle B. Reynolds
Mrs. A.A. Ribicoff
Amy Ricchetti
Dr. Condoleezza Rice

Susan Rice
Laura Ricketts
Kelly Roberts
Duane R. Roberts
Daryl Roth
David Rubenstein
Miles L. Rubin
Margaret Russell
Evan Ryan
Shirley W. Ryan
Cari Sacks
Leonard Sands
Rose Kennedy Schlossberg
Susan S. Sher
Joy A. Silverman
Joshua I. Smith
Hilda Solis
Dean A. Spanos
Dennis Stanfill
Alexandra C. Stanton
Jay Stein
Marc I. Stern
Catherine Stevens
Bryan Traubert
Alexander F. Treadwell
Ranvir Trehan
Donna F. Tuttle
Walter Ulloa †
Reginald Van Lee
Jon Voight
Romesh Wadhwani
Kelcy Warren
Heather Washburne
Phyllis Washington
Lowell Weicker, Jr.
Anthony Welters
Beatrice W. Welters

Thomas E. Wheeler
Robin Wiessmann
Ann Marie Wilkins
Steven C. Witkoff
Elaine Wynn

† (*Deceased*)

Copyright 1990-2026. All rights reserved.