**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

BEATTY,

            Plaintiff,

 v.

TRUMP, *et. al.*,

           Defendants.

No. 1:25-cv-04480-CRC

**BRIEF OF *AMICI CURIAE* INDIVIDUAL FORMER MEMBERS OF THE JOHN F. KENNEDY CENTER FOR THE PERFORMING ARTS BOARD OF TRUSTEES, THE PRESIDENT'S ADVISORY COMMITTEE ON THE ARTS, AND THE PRESIDENT'S COMMITTEE ON THE ARTS AND THE HUMANITIES, AS WELL AS THE COMMITTEE FOR THE FIRST AMENDMENT, IN SUPPORT OF PLAINTIFF'S REQUESTS FOR RELIEF**

Lila Miller (DC Bar # 1643721)
Brenna Kearns (DC Bar # 1725241) *
RELMAN COLFAX PLLC
1225 19th St. NW #600
Washington, DC 20036
Tel: (202) 728-1888
lmiller@relmanlaw.com
bkearns@relmanlaw.com

*\*Pro hac vice* application pending

*Counsel for Amici*

## CERTIFICATE REQUIRED BY RULE 29(a)(4)(E)

i.  No party's counsel authored this brief in whole or in part.

ii.  No party or party's counsel contributed money that was intended to fund preparing or submitting the brief; and

iii.  No person—other than the amici curiae, its members, or its counsel—contributed money that was intended to fund preparing or submitting this brief.

/s/ Lila Miller
Lila Miller
Brenna Kearns
*Counsel for Amici*

## TABLE OF CONTENTS

TABLE OF AUTHORITIES ...................................................................................................ii

STATEMENT OF INTEREST OF *AMICI*.......................................................................... 1

SUMMARY OF ARGUMENT ............................................................................................. 2

ARGUMENT......................................................................................................................... 3

I. Abruptly Closing the Kennedy Center for Two Years in the Absence of Careful Planning Would Cause Lasting Harm.................................................................................................. 3

    A.    Defendants Have Disregarded Best Practices and Jumped Straight to a Last Resort: Complete Venue Closure. ...................................................................................... 3

    B.    Defendants' Closure Would Harm Programming for Many Seasons to Come. ......... 8

    C.    Complete Closure of the Kennedy Center Would Disrupt Audience Engagement for Years to Come....................................................................................................... 9

    D.    The Kennedy Center's Closure Would Disrupt the Activities Essential to Donor Cultivation......................................................................................................... 11

    E.    The Kennedy Center's Closure Would Disperse Institutional Knowledge and Dilute Institutional Relationships. ................................................................................ 12

II. Renaming the Kennedy Center Has Tarnished Its Image in the Eyes of Donors, Performers, and the Public, But a Court Order Restoring Its Rightful Name Would Stem Further Erosion. ................................................................................................................ 13

    A.    Whether to Rename a Nonprofit Institution is a Question of Prudence. .................. 13

    B.    Since the Renaming, Performers Have Canceled, Audience has Disengaged, and Donors have Withdrawn, But This Court Could Help Restore the Kennedy Center to its Rightful Place as a Crown Jewel of the American Performing Arts Scene......... 14

CONCLUSION.................................................................................................................... 17

APPENDIX OF INDIVIDUAL *AMICI*............................................................................ 18

CERTIFICATE OF COMPLIANCE................................................................................... 19

CERTIFICATE OF SERVICE ........................................................................................... 20

## TABLE OF AUTHORITIES

**Authorities**                                                                                              **Page(s)**

Alan Brown, *The Atomization of Loyalty and the Future of Customer
    Relationships in the Performing Arts*, Wolf Brown (June 2024),
    https://wolfbrown.com/newsletters/audience-outlook-monitor/the-
    atomization-of-loyalty-and-the-future-of-customer-relationships-in-the-
    performing-arts ...............................................................................................................10, 11

Alyssa Vega, *Here's a List of all the Artists Who Canceled at the Kennedy Center
    Before Trump Announced it Must Close for Two Years*, Boston Globe (Feb. 2,
    2026), https:/www.boston.com/2026/02/02/arts/artists-boycott-kennedy-center..............15, 16

Annie Linskey et al., *Behind Trump's Push to Remake the Kennedy Center in His
    Own Image*, The Wall Street Journal (Feb. 10, 2026),
    https://www.wsj.com/business/kennedy-center-donald-trump................................................12

*Audience Snapshot: Four Years After Shutdown, a Mixed Recovery*, The New
    York Times (Mar. 12, 2024),
    https://www.nytimes.com/2024/03/12/arts/covid-shutdown-live-
    audiences.html .................................................................................................................10

Bruce Seaman, *Attendance and Public Participation in the Performing Arts: A
    Review of the Empirical Literature*, SSRN Electronic Journal (Aug. 1, 2005) ........................9

*Canada's National Arts Centre Redevelopment*, Engineering Harmonics (July
    2019), at 41, https://engineeringharmonics.com/wp-
    content/uploads/2021/10/LSA1907NationalArtsCentre.pdf.....................................................6

Charles T. Downey, *Kennedy Center to mark 50th anniversary season with a bevy
    of premieres*, Washington Classical Review (Apr. 6, 2021),
    https://washingtonclassicalreview.com/2021/04/06/kennedy-center-to-mark-
    50th-anniversary-season-with-a-bevy-of-premieres ..................................................................9

Chris Serres, *Harvard Rebuffs Calls to Remove Name of Sackler Patriarch from
    Campus Buildings*, Boston Globe (Nov. 21, 2025),
    https://www.bostonglobe.com/2025/11/21/metro/harvard-sackler-opioids-
    museum-denaming ........................................................................................................13, 14

David M. Rubenstein, *The John F. Kennedy Center for the Performing Arts
    Announces an Expansion Project to be Designed by Steven Holl Architects*,
    Steve Holl Architects (Jan. 29, 2013), https://www.stevenholl.com/press-
    release/the-john-f-kennedy-center-for-the-performing-arts-announces-an-
    expansion-project-to-be-designed-by-steven-holl-architects/....................................................6

Erica Kane et al., *As Trump Re-Brands a DC Arts Hub, Performers Seek Baltimore Venues*, WYPR (Mar. 9, 2026), https://www.wypr.org/show/midday/2026-03-09/as-trump-brands-culture-hubs-dc-artists-find-a-haven-in-baltimore ...................................................................17

Gary Grumbach, *Kennedy Center to Start Layoffs Ahead of Planned Closure for Renovations*, NBC News (Mar. 26, 2026), https://www.nbcnews.com/politics/trump-administration/kennedy-center-layoffs-ahead-planned-closure-renovations-rcna265390.........................................................12

*Get ready to be an insider*, The Kennedy Ctr., https://www.kennedy-center.org/Support/membership/join ......................................................................12

Javier C. Hernández, *Lincoln Center Plans a $335 Million Makeover of Its Western Edge*, The New York Times (May 19, 2025), https://www.nytimes.com/2025/05/19/arts/music/lincoln-center-west-edge-335-million...............................................................................................................5, 6

Javier C. Hernández, *Lincoln Center, Seeking New Audiences, Plans to Remake Its West Edge*, The New York Times (June 6, 2023), https://www.nytimes.com/2023/06/06/arts/music/lincoln-center-renovation-plan-western-edge .........................................................................................................5

Jim Farber, *The Wake-Up Call: Performing Arts Face the Post-Pandemic World*, Classical Voice (May 2, 2023), https://www.sfcv.org/articles/feature/wake-call-performing-arts-face-post-pandemic-world........................................................10

John F. Kennedy Center Reauthorization Act of 2012, H.R. 4097, 112th Cong. (2012) (enacted) .............................................................................................6

Jon Stover & Associates in Collaboration with Lord Cultural Resources, *COVID-19's Impact on DC's Arts and Cultural Sector*, DC Commission on the Arts & Humanities (Sept. 2022), https://dcarts.dc.gov/sites/default/files/dc/sites/dcarts/page_content/ ................................9, 13

*Lincoln Center's Renovated David Geffen Hall to Reopen Almost Two Years Early*, The Violin Channel (Apr. 7, 2021), https://theviolinchannel.com/renovated-david-geffen-hall-to-reopen-almost-two-years-early-lincoln-center...............................................................................4

Louis Michael Shekhtman and Albert-László Barabási, *Philanthropy in Art: Locality, Donor Retention, and Prestige*, Sci. Rep. 13, 12157 (2023). https://doi.org/10.1038/s41-023-38815-1 .............................................................16

Martin Bragg et al., *Twelve Steps to Prepare for a Cultural Facility Project*, Arts Insights the Monthly Publication of Arts Consulting Group (2019), https://artsconsulting.com/arts-insights/twelve-steps-to-prepare-for-a-cultural-facility-project.....................................................................................................4

iii

Meg Kinnard, *Kennedy Center. Renaming Prompts a New Round of Cancellations*, AP News (Dec. 30, 2025), https://apnews.com/article/kennedy-center-new-years-eve-canceled ...................................................................................15

Melissa Quinn, *Board of Kennedy Center Votes to Change its Name to Trump-Kennedy Center, White House Says*, CBS News (Dec. 19, 2025), https://www.cbsnews.com/news/kennedy-center-board-votes-to-rename-institution-trump-kennedy-center-white-house-says ...............................................14

Nada S. Alnasser et al., *Strategies Applied by Arts and Cultural Organizations for Audience Development: A Comparative Review*, National Library of Medicine (2023), https://pmc.ncbi.nlm.nih.gov/articles/PMC10189185/ ...............................11

*Naming Rites*, Alan Cantor Consulting (2015), https://www.alancantorconsulting.com/2015/03/naming-rites/ ................................13

*News Room*, The Kennedy Ctr., https://www.kennedy-center.org/news-room/press-release-landing-page/ (last visited Mar. 27, 2026) ..................................8

Paul W. Valentine, *Kennedy Center Restaurants to Close*, The Washington Post (Dec. 2, 1977), https://www.washingtonpost.com/archive/politics/1977/12/03/kennedy-center-restaurants-to-close .............................................................................................7

Robin Pogrebin, *Timeline: The Long, Long Journey to a New David Geffen Hall*, The New York Times (Sept. 2022), https://www.nytimes.com/2022/09/29/arts/music/geffen-hall-philharmonic-timeline ...........................................................................................................4, 5

Rosemary Thompson, *Building Brilliance*, National Arts Centre (Oct. 6, 2015), https://nac-cna.ca/en/stories/story/building-brilliance ...............................................6

Stavros Niarchos Foundation Lincoln Center West Initiative, *A Participatory Planning & Design Process*, Lincoln Center, https://lincolncenter.org/series/west-initiative/info/the-planning-process ...............5

Thomas Floyd, *Fewer People are going to Movies, Theater and Museums, NEA Study Shows*, The New York Times (Oct. 18, 2023), https://www.washingtonpost.com/entertainment/2023/10/18/nea-study-arts-audience-decline ...................................................................................................10

Travis M. Andrews et al., *Kennedy Center Begins Layoffs, Rocking Institution Ahead of Two-Year Closure*, The Washington Post (Mar. 26, 2026), https://www.washingtonpost.com/style/2026/03/26/kennedy-center-layoff ...........12

Travis M. Andrews et al., *Kennedy Center Ticket Sales Have Plummeted Since Trump Takeover*, The Washington Post (Oct. 31, 2025), https://www.washingtonpost.com/entertainment/2025/10/31/kennedy-center-sales ................................................................................................................................15

*Trump Kennedy Center Board Unanimously Approves Landmark Renovation*, The Kennedy Ctr., https://www.kennedy-center.org/news-room/press-release-landing-page/tkc-board-unanimously-approves-landmark-renovation/ ...................................9

Victor Gotesman, *Is it Feasible? The Reality of Developing a New or Revitalized Cultural Facility*, Arts Insights the Monthly Publication of Arts Consulting Group (2017), https://artsconsulting.com/arts-insights/is-it-feasible-the-reality-of-developing-a-new-or-revitalized-cultural-facility .......................................................4

Y.J. Ko et al., *Understanding donors: A case of university performing arts programs in the USA*, Int'l J. Nonprofit Volunt. Sect. Mktg. (May 1, 2011), https://doi.org/10.1002/nvsm.411 ........................................................................................11

**STATEMENT OF INTEREST OF *AMICI***

*Amici* include individual alumni of the Kennedy Center Board of Trustees and the President's Advisory Committee on the Arts ("PACA"), two advisory bodies dedicated to the John F. Kennedy Center for the Performing Arts ("the Center").[1] These entities have provided the governance, arts advocacy, cultural diplomacy, and institutional expertise that form the backbone of the Center's leadership, enabling it to fulfill its mandate as a national cultural institution and living memorial to President Kennedy. *Amici* also include individual alumni of the President's Committee on the Arts and the Humanities ("PCAH"), a more broadly-oriented advisory body on cultural policy to the president and the heads of the National Endowment for the Arts, National Endowment for the Humanities, and Institute of Museum and Library Services. *Amici*, drawn from across these bodies and constituencies, have served as loyal stewards of the Center and share a demonstrated commitment to its success, prosperity, and longevity.

*Amici* also include the Committee for the First Amendment, relaunched by Jane Fonda, a collective of artists, storytellers, and cultural leaders standing together to defend free expression against government repression, industry complicity, and intimidation.[2]

Together, *Amici* are uniquely positioned to advise the Court on how Defendants' intended closure and renovation are injurious to responsible performing arts management and would have devastating and irreversible ramifications for the Center's long-term viability. Preventing such closure is of paramount importance to the performing arts community, the American public, and the nation's cultural heritage. *Amici* are able to illuminate the injuries inflicted by the renaming

---

[1] A list of the individual *Amici* is reflected in the attached appendix.

[2] The Committee is not incorporated, and thus has not included a corporate disclosure statement under Federal Rule of Civil Procedure 26.1.

1

of the Center and how Court intervention will rehabilitate this cherished institution and living memorial to President Kennedy.

**SUMMARY OF ARGUMENT**

Throughout their service to the Kennedy Center and their varied other roles as civic and cultural leaders, *Amici* have acted as both champions and guardians of the performing arts. Defendants' recklessness with this American cultural treasure has pressed *Amici* into service once more.

The intended closure of the Kennedy Center is unwarranted. *Amici* appreciate the complexities of performing arts management, and particularly the complexities of any major renovation of a multivenue performing arts center like the Kennedy Center. Defendants' announced shutdown of the Kennedy Center for undetermined renovations that nonetheless would shutter the Center completely for two years, with less than six months' notice, epitomizes imprudence. Closing a multivenue performing arts center all at once is an extreme step and out of line with industry best practices, which emphasize proceeding with renovations in stages and only after extensive preparation. The few documents disclosed in this case demonstrate the opposite.

The abrupt nature of the announcement, coming only weeks before the typical public release of the upcoming season's performance lineup, compounds the disruption of the closure. The calendar for premier performing arts programming is set at least a year in advance and cannot easily shift, so touring productions that had been planning a run at the Kennedy Center now must scramble to fill the hole in their schedule. Attracting high-caliber programming in future seasons may prove harder. Defendants' actions also leave in the lurch the audiences, donors, and specialized staff the Kennedy Center depends on, and has assiduously cultivated. These constituencies, once untethered from their connection to the Kennedy Center, will require

2

concerted effort to rebuild.

Similarly, Defendants' renaming of the Kennedy Center is a rashly conceived course of action that disregards both Congressional directive and the principles of responsible institutional stewardship: namely, that renaming an institution requires a great deal of care and the weighing of benefits and costs. Court intervention in this case would mitigate, if not cure, the self-inflicted consequences of Defendants' conduct—performer cancellations, dwindling audiences, and donor retreat—while protecting the legacy of the Kennedy Center against further tarnishment.

Defendants have shown a profound disregard for the institution with which they have been entrusted. For these reasons, *Amici* respectfully request that the Court grant the relief requested by Plaintiff.

**ARGUMENT**

**I.    Abruptly Closing the Kennedy Center for Two Years in the Absence of Careful Planning Would Cause Lasting Harm.**

Defendants' rushed decision to shutter the Kennedy Center in its entirety for multiple years flies in the face of industry best practices. Prudent renovation of a multivenue performing arts center recognizes the complexity of the undertaking and minimizes disruption to programming, the lifeblood of the space. Defendants' failure to consider the downsides of closing a venue—for the programming, audience, donors, and staff—is likely to result in significant and lasting institutional harm.

**A.    Defendants Have Disregarded Best Practices and Jumped Straight to a Last Resort: Complete Venue Closure.**

Renovation of a multivenue performing arts center involves uniquely complex facilities challenges. Such projects therefore require extensive and expert planning, along with significant capital. Defendants have not grappled with these realities, and their failure to do so dooms their

3

project from the start.

As Victor Gotesman, an arts administrator and consultant with decades of experience overseeing cultural facilities projects, has written, detailed feasibility studies are the foundation of any facilities renovation.[3] Preparation for a cultural facility project requires extensive planning, clarity of mission and vision, integration into the organization's overall strategic plan, market analysis, typically the launch of a capital campaign, a needs assessment, and community and stakeholder engagement—even before commissioning the preliminary facility concept.[4] It can "require a decade or more to go from initial concept to groundbreaking to grand opening—a marathon, not a sprint."[5]

For example, renovation of Lincoln Center's 2,200-seat David Geffen Hall took almost a decade and faced multiple setbacks. In 2015, David Geffen's lead $100 million donation was announced and multiple firms specializing in interior, acoustic, and theater design were selected for the redesign.[6] In 2017, plans were scrapped due to concerns about cost overruns and the prospect of shuttering the Hall for three orchestral seasons.[7] In 2019, an expanded design team unveiled a new plan whereby the Hall would close in phases to allow the orchestra to still use the

---

[3] Victor Gotesman, *Is it Feasible? The Reality of Developing a New or Revitalized Cultural Facility*, Arts Insights the Monthly Publication of Arts Consulting Group (2017), https://artsconsulting.com/arts-insights/is-it-feasible-the-reality-of-developing-a-new-or-revitalized-cultural-facility/ [https://perma.cc/RW76-3T35] (last visited Mar. 27, 2026).

[4] Martin Bragg et al., *Twelve Steps to Prepare for a Cultural Facility Project*, Arts Insights the Monthly Publication of Arts Consulting Group (2019), https://artsconsulting.com/arts-insights/twelve-steps-to-prepare-for-a-cultural-facility-project/ [https://perma.cc/RTM7-MLH5] (last visited Mar. 27, 2026).

[5] *Id.*

[6] Robin Pogrebin, *Timeline: The Long, Long Journey to a New David Geffen Hall*, The New York Times (Sept. 2022), https://www.nytimes.com/2022/09/29/arts/music/geffen-hall-philharmonic-timeline.html [https://web.archive.org/web/20230207210605/https://www.nytimes.com/2022/09/29/arts/music/geffen-hall-philharmonic-timeline.html] (last visited Mar. 27, 2026).

[7] *Id.*

space during certain times of the year.[8] When the pandemic shuttered live performances, the

renovation timeline sped up. The rest of Lincoln Center reopened to live audiences starting in

spring 2021; David Geffen Hall remained closed for one additional season.[9] While the

unexpected total closure of David Geffen Hall and the rest of Lincoln Center accelerated the

renovation timeline, it was a choice borne of necessity and accompanied by the many

COVID-related setbacks faced by performing arts centers detailed later in this brief. Moreover, it

came after years of planning, design, and redesign, all stages that did not require the Hall's

closure. The renovation cost $550 million.[10]

More recently, in June 2023, the Lincoln Center publicly announced a plan to renovate

another portion of its campus.[11] In May 2025, after a feasibility study, extensive community

engagement, and securing over 60% of the necessary funding, it released detailed plans to build a

new 2,000-seat outdoor stage, tear down an exterior wall, and revitalize an accompanying park,

at a cost of $335 million.[12] Construction began in early March 2026 and is slated to take until

---

[8] *Id.*; *Lincoln Center's Renovated David Geffen Hall to Reopen Almost Two Years Early*, The Violin Channel (Apr. 7, 2021), https://theviolinchannel.com/renovated-david-geffen-hall-to-reopen-almost-two-years-early-lincoln-center/#:~:text=With%20anhttps://perma.cc/4MQF-5XST%20accelerated%20plan%20to,New%20York%20City%20is%20back.%E2%80%9D [https://perma.cc/4MQF-5XST] (last visited Mar. 27, 2026).

[9] *See* Robin Pogrebin, *supra*.

[10] *Id.*

[11] Javier C. Hernández, *Lincoln Center, Seeking New Audiences, Plans to Remake Its West Edge*, The New York Times (June 6, 2023), https://www.nytimes.com/2023/06/06/arts/music/lincoln-center-renovation-plan-western-edge.html [https://web.archive.org/web/20230606183531/https://www.nytimes.com/2023/06/06/arts/music/lincoln-center-renovation-plan-western-edge.html/] (last visited Mar. 27, 2026).

[12] *See* Stavros Niarchos Foundation Lincoln Center West Initiative, *A Participatory Planning & Design Process*, Lincoln Center, https://lincolncenter.org/series/west-initiative/info/the-planning-process [https://perma.cc/26A5-H7U9] (last visited Mar. 27, 2026); Javier C. Hernández, *Lincoln Center Plans a $335 Million Makeover of Its Western Edge*, The New York Times (May 19, 2025), https://www.nytimes.com/2025/05/19/arts/music/lincoln-center-west-edge-335-million.html [https://web.archive.org/web/20250520132642/https://www.nytimes.com

spring 2028.[13] The rest of Lincoln Center will remain operational throughout this period.

Similarly, the National Arts Centre, Canada's premier multidisciplinary performing arts center and a federal cultural institution in the capital city of Ottawa, undertook a comprehensive "architectural rejuvenation and production renewal" fifty years after it opened in the mid-2010s.[14] The original plan called for the Centre to remain open throughout construction.[15] Ultimately, it was closed for three months during one summer off-season, enabling renewal of four performance venues without disruption to the performance calendar.[16] The renovation, completed four years after federal funding was announced, cost the equivalent of just over $200 million in 2026 U.S. dollars.[17]

The Kennedy Center has prudently undertaken major projects before. Most recently, its $250 million REACH expansion added flexible indoor and outdoor spaces for rehearsal, education, and performance. After authorization from Congress in 2012 "to undertake such activities as may be necessary for the construction of a specified addition to the south end of the building of the John F. Kennedy Center for the Performing Arts,"[18] the Center retained an

---

/2025/05/19/arts/music/lincoln-center-west-edge-335-million.html] (last visited Mar. 27, 2026).

[13] *See id.*

[14] *Canada's National Arts Centre Redevelopment*, Engineering Harmonics (July 2019), at 41, https://engineeringharmonics.com/wp-content/uploads/2021/10/LSA1907NationalArtsCentre.pdf (last visited Mar. 27, 2026).

[15] Rosemary Thompson, *Building Brilliance*, National Arts Centre (Oct. 6, 2015), https://nac-cna.ca/en/stories/story/building-brilliance [https://perma.cc/23UV-Q5TT] (last visited Mar. 27, 2026).

[16] *See Canada's National Arts Centre Redevelopment*, *supra* note 13.

[17] *Id.*

[18] John F. Kennedy Center Reauthorization Act of 2012, H.R. 4097, 112th Cong. (2012) (enacted).

architectural design firm by early 2013.[19] The initial design was approved by the National

Capital Planning Commission in 2015 and opened in 2019 to fanfare. While certain access points

were impacted during construction, at no point did the Center shut down for this major project.

Similarly, the Kennedy Center undertook significant repairs in the late 1970s through

careful planning and flexibility, not peremptory shutdown. Only six years after opening, the

Center's condition was truly appalling, with "water leakage, both from rainfall and from spillage

in the center's kitchen," causing "stains, smears and occasional falling plaster in various parts of

the complex," including damage to the concert hall ceiling.[20] To enable the necessary repairs, the

Center shut down its three restaurants for twelve weeks during the winter and the concert hall for

five weeks during the summer.[21] As the Washington Post reported at the time, the Center's

Director of Operations assured the public that the temporary closure would not cause the

cancellation or postponement of any programs, saying, "We anticipated the thing a long time

[ago] and suspended [b]ookings for the summer in the concert hall."[22]

As its own history and the examples of its sister institutions make clear, responsible

renovation of the Kennedy Center would, prior to construction, involve sustained planning,

assessing, engaging, analyzing, and designing. Closure of any one of the Kennedy Center's

numerous performance spaces, if determined to be necessary, would be done with precision to

---

[19] David M. Rubenstein, *The John F. Kennedy Center for the Performing Arts Announces an Expansion Project to be Designed by Steven Holl Architects*, Steve Holl Architects (Jan. 29, 2013), https://www.stevenholl.com/press-release/the-john-f-kennedy-center-for-the-performing-arts-announces-an-expansion-project-to-be-designed-by-steven-holl-architects/ [https://perma.cc/DT8F-USXR] (last visited Mar. 27, 2026).

[20] Paul W. Valentine, *Kennedy Center Restaurants to Close*, The Washington Post (Dec. 2, 1977), https://www.washingtonpost.com/archive/politics/1977/12/03/kennedy-center-restaurants-to-close/33527061-773b-4bde-9b3d-921f49df8331/ (last visited Mar. 27, 2026).

[21] *Id.*

[22] *Id.*

minimize impact on the institution overall. The documents disclosed in this case make clear that no meaningful assessment or planning supports Defendants' impending closure and purported renovation of the Kennedy Center, nor could adequate planning occur on such a needlessly compressed timeline. Rather, Defendants have taken a shoot first, ask later approach to a national institution that deserves, and is statutorily entitled to, particular care. Defendants' failure to plan leaves hostages to fortune, a risk that is simply untenable for a protected and treasured institution like the Kennedy Center.

**B.      Defendants' Closure Would Harm Programming for Many Seasons to Come.**

One of the likely casualties of Defendants' contemplated renovation is the Kennedy Center's *raison d'être*: its performing arts programming.

The performing arts season starts in fall. At major venues such as those at the Kennedy Center, most programming is announced in the spring prior to performance, sometimes more than a year in advance. For example, the Kennedy Center has announced its upcoming theater season in April or May for the past several years, including last year for the 2025–2026 season.[23] Programming calendars at institutions worldwide are being finalized now for 2026–2027, but impending closure has no doubt short-circuited those efforts at the Kennedy Center.

The Kennedy Center primarily follows a "presenting model," where its various departments present performances produced by other artistic organizations. Prior to any official announcement, the venue's specialized staff will have spent months doing outreach, conducting negotiations, scheduling, and managing other logistics to develop a season's lineup of engaging acts. As *Amici* who have performed there can attest, in past years, the Kennedy Center has been a premier U.S. destination for touring productions of popular Broadway shows, acclaimed

---

[23] *See News Room*, The Kennedy Ctr., https://www.kennedy-center.org/news-room/press-release-landing-page/ (last visited Mar. 27, 2026).

international orchestras, operas, ballets, musicians, comedians, and other prominent performing artists from across the world. The abruptness of the announced closure, via the President's social media in February and a Kennedy Center press release in mid-March, would have already disrupted plans well underway for the upcoming season.[24] This could undermine institutional relationships for years to come. It could also jeopardize the ability of the Kennedy Center to attract marquee talent in the future, if performers refuse to commit to an institution that has treated their schedules so capriciously.

### C.    Complete Closure of the Kennedy Center Would Disrupt Audience Engagement for Years to Come.

Performing arts audience cultivation is a long-term institutional investment developed in large part through repeated exposure.[25] Closures and programming interruptions, even those planned far in advance, break the key behavioral cycles that sustain audiences.[26] Defendants are locking out audiences entirely, a decision likely to depress engagement well after the Center has physically reopened.

The abrupt and prolonged shuttering of performing arts centers due to the pandemic exemplifies the difficulties of rebuilding audiences after a long closure, with some art forms being hit harder than others.[27] The Kennedy Center, like many DC and U.S. performing arts

---

[24] *See Trump Kennedy Center Board Unanimously Approves Landmark Renovation*, The Kennedy Ctr., https://www.kennedy-center.org/news-room/press-release-landing-page/tkc-board-unanimously-approves-landmark-renovation/ (last visited Mar. 27, 2026).

[25] *See* generally, Bruce Seaman, *Attendance and Public Participation in the Performing Arts: A Review of the Empirical Literature*, SSRN Electronic Journal (Aug. 1, 2005).

[26] *See* pp. 105–106, Bruce Seaman.

[27] *See generally* Jon Stover & Associates in Collaboration with Lord Cultural Resources, *COVID-19's Impact on DC's Arts and Cultural Sector*, DC Commission on the Arts & Humanities (Sept. 2022), https://dcarts.dc.gov/sites/default/files/dc/sites/dcarts/page_content/attachments/COVID-19%27s%20Impact%20on%20DC%27s%20Arts%20and%20Cultural%20Sector.pdf (last visited Mar. 27, 2026).

9

centers, was closed for eighteen months.[28] Research released in 2023 by the National

Endowment for the Arts "found that significantly fewer American adults are attending cultural

activities such as classical music concerts, theater productions and movies" than they did before

the pandemic.[29] Even three seasons after reopening, the audience for shows on Broadway was

down 17%.[30] Orchestra sales were up 2% from 2019 to 2023, but fewer subscription packages

were being sold.[31] Operas struggled.[32] Musicians "who operate below the level of arenas and

amphitheaters" struggled with rising costs.[33] Even with recovering overall ticket sales, many

performing arts venues have faced a significant loss of subscribers.[34]

Audience engagement in the arts sector has traditionally been fostered through

transactional loyalty where perks like subscriptions, clubs, and educational programs "purchase"

---

[28] *See* Charles T. Downey, *Kennedy Center to mark 50th anniversary season with a bevy of premieres*, Washington Classical Review (Apr. 6, 2021), https://washingtonclassicalreview.com /2021/04/06/kennedy-center-to-mark-50th-anniversary-season-with-a-bevy-of-premieres/#:~:text=Home-,Kennedy%20Center%20to%20mark%2050th%20anniversary% 20season%20with%20a%20bevy,Kennedy%20Center%20President%20Deborah%20F [https://perma.cc/Z8EC-6DY6] (last visited Mar. 27, 2026).

[29] Thomas Floyd, *Fewer People are going to Movies, Theater and Museums, NEA Study Shows*, The New York Times (Oct. 18, 2023), https://www.washingtonpost.com/entertainment/2023/10/18/nea-study-arts-audience-decline/ [https://archive.is/20240521044101/https://www.washingtonpost.com/entertainment/2023/10/18/ nea-study-arts-audience-decline/] (last visited Mar. 27, 2026).

[30] *Audience Snapshot: Four Years After Shutdown, a Mixed Recovery*, The New York Times (Mar. 12, 2024), https://www.nytimes.com/2024/03/12/arts/covid-shutdown-live-audiences.html [https://web.archive.org/web/20240313052057/https://www.nytimes.com/2024/03/12/arts/covid-shutdown-live-audiences.html] (last visited Mar. 27, 2026).

[31] *Id.*

[32] *Id.*

[33] *See id.*

[34] *Id.*; Jim Farber, *The Wake-Up Call: Performing Arts Face the Post-Pandemic World*, Classical Voice (May 2, 2023), https://www.sfcv.org/articles/feature/wake-call-performing-arts-face-post-pandemic-world [https://web.archive.org/web/20230505011858/https://www.sfcv.org/articles /feature/wake-call-performing-arts-face-post-pandemic-world ] (last visited Mar. 27, 2026).

10

loyalty to the cultural institution.[35] The more recent elevation of the concept of relational loyalty seeks to develop audiences through their emotional connection to performers, experiences, or taste communities.[36] Both models rely on institutional and programmatic continuity to function effectively.[37]

Defendants' renovation, if permitted, would sever that continuity for the Kennedy Center, leaving it to start from scratch. While unparalleled in the breadth, scale, and caliber of performing artists it historically has been able to attract, the Kennedy Center faces competition from many other performing arts venues across the Washington D.C. region. Audience recovery after a two-year closure would require concerted effort and likely multiple seasons.

### D.       The Kennedy Center's Closure Would Disrupt the Activities Essential to Donor Cultivation.

As with audience engagement, performing arts venues rely both on perks and relationships to cultivate donors. *Amici*, both as arts benefactors themselves and through their efforts to marshal the support of others, know this intimately. Programmatic benefits, and in particular priority seating and access to in-depth experiences, sustain donor loyalty.[38] The Kennedy Center, for example, currently entices donors to give $10,000 annually in exchange for invitations to multiple "Signature " and "Insider Events"; the chance to purchase advance tickets

---

[35] Alan Brown, *The Atomization of Loyalty and the Future of Customer Relationships in the Performing Arts*, Wolf Brown (June 2024), https://wolfbrown.com/newsletters/audience-outlook-monitor/the-atomization-of-loyalty-and-the-future-of-customer-relationships-in-the-performing-arts/ [https://perma.cc/56YB-6GV3] (last visited Mar. 27, 2026).

[36] *Id.*

[37] Nada S. Alnasser et al., *Strategies Applied by Arts and Cultural Organizations for Audience Development: A Comparative Review*, National Library of Medicine (2023), https://pmc.ncbi.nlm.nih.gov/articles/PMC10189185/ [https://perma.cc/A9AB-EXJ9] (last visited Mar. 27, 2026).

[38] Y.J. Ko et al., *Understanding donors: A case of university performing arts programs in the USA*, Int'l J. Nonprofit Volunt. Sect. Mktg. (May 1, 2011), https://doi.org/10.1002/nvsm.411

to the Kennedy Center Honors; "[e]ligibility to request a private, behind the scenes tour of the Concert Hall, Opera House, or Eisenhower Theater, as available"; the ability to rent private spaces within the Kennedy Center; and priority access to parking, ticket lines, the Roof Terrace Restaurant, and more.[39] While some of these perks may be temporarily replicable in spaces other than the Kennedy Center, at their heart—and underlying their emotional resonance—is access to performances of the highest caliber and in iconic spaces, the conditions of which cannot be replicated with the shutdown of the entire Kennedy Center.

### E.    The Kennedy Center's Closure Would Disperse Institutional Knowledge and Dilute Institutional Relationships.

The Kennedy Center has employed more than 2,000 people in recent years, including highly specialized performing arts professionals across the Center's many disciplines.[40] It is the largest arts employer in the region. The Center's prolonged closure, if allowed to proceed, would mean the mass layoffs of many of these skilled professionals "as operations are reduced to a skeleton crew during the overhaul," according to reporting by the Wall Street Journal.[41] Indeed, this is already underway: on March 26, 2026, the Washington Post reported that the Kennedy Center began the first of multiple rounds of layoffs tied to the planned shutdown.[42]

---

[39] *Get ready to be an insider*, The Kennedy Ctr., https://www.kennedy-center.org/Support/membership/join/ (last visited Mar. 27, 2026).

[40] *See* Gary Grumbach, *Kennedy Center to Start Layoffs Ahead of Planned Closure for Renovations*, NBC News (Mar. 26, 2026), https://www.nbcnews.com/politics/trump-administration/kennedy-center-layoffs-ahead-planned-closure-renovations-rcna265390 [https://web.archive.org/web/20260327001507/https://www.nbcnews.com/politics/trump-administration/kennedy-center-layoffs-ahead-planned-closure-renovations-rcna265390] (last visited Mar. 27, 2026).

[41] Annie Linskey et al., *Behind Trump's Push to Remake the Kennedy Center in His Own Image*, The Wall Street Journal (Feb. 10, 2026), https://www.wsj.com/business/kennedy-center-donald-trump-d7a055c3?st=gQ743o&reflink=desktopwebshare_permalink (last visited Mar. 27, 2026).

[42] Travis M. Andrews et al., *Kennedy Center Begins Layoffs, Rocking Institution Ahead of Two-Year Closure*, The Washington Post (Mar. 26, 2026), https://www.washingtonpost.com/style/

The pandemic furloughs provide a stark warning of what happens when D.C. arts institutions are shuttered for a long time: As the D.C. Commission on the Arts and the Humanities noted, "[m]any arts professionals who had lost their jobs transitioned out of the field entirely, creating a shortage of experienced workers."[43] Those that remain in the arts will seek other employment and may move out of the region. Rebuilding a specialized staff, particularly at higher levels of the organization, would be its own multi-year process.

## II. Renaming the Kennedy Center Has Tarnished Its Image in the Eyes of Donors, Performers, and the Public, But a Court Order Restoring Its Rightful Name Would Stem Further Erosion.

The renaming of the Kennedy Center contradicts responsible performing arts management principles by any measure and has already triggered an exodus of artists and arts patrons alike. The Court could staunch the bleeding.

### A. Whether to Rename a Nonprofit Institution is a Question of Prudence.

Institutions and their physical spaces are not renamed lightly. A nonprofit's identity can be inextricably linked to its brand and is built up over many years. As one seasoned nonprofit consultant has written, a key consideration when weighing a name change is whether the building's named honoree "will attract or repel subsequent donors."[44] Prominent names can create reputational risk and community conflict, even years after the naming. Harvard University, for example, has faced years of protests from students and families of opioid victims to remove the Sackler name from two of its buildings, as at least twenty institutions globally

---

2026/03/26/kennedy-center-layoff/ [https://archive.is/20260326181254/https://www.washington post.com/style/2026/03/26/kennedy-center-layoff/] (last visited Mar. 27, 2026).

[43] Jon Stover, *supra* note 26, at 5.

[44] *Naming Rites*, Alan Cantor Consulting (2015), https://www.alancantorconsulting.com/2015/03/naming-rites/ [https://perma.cc/GJP2-UR64] (last visited Mar. 27, 2026).

have done.[45] Harvard has a "rigorous and lengthy process" for de-naming and thus far has not acquiesced.[46] There, the controversial name is attached to a campus building and an art museum; while prominent, their impact on Harvard's brand is dwarfed by the university's overarching reputation.

Even setting aside the illegality, the renaming of the Kennedy Center was not the product of any discernible "rigorous and lengthy process," as would be undertaken by Harvard for any one of its dozens of campus facilities. Rather, it was simply announced via social media that "the highly respected Board of the Kennedy Center"—whose members were installed by the President himself, after others were summarily removed—had "just voted unanimously to rename the Kennedy Center . . . because of the unbelievable work President Trump has done over the last year in saving the building. Not only from the standpoint of its reconstruction, but also financially, and its reputation."[47] While President Trump has many admirers, he has many detractors too. A prudent renaming endeavor would weigh both the benefits and costs of such a significant decision.

> **B.  Since the Renaming, Performers Have Canceled, Audience has Disengaged, and Donors have Withdrawn, But This Court Could Help Restore the Kennedy Center to its Rightful Place as a Crown Jewel of the American Performing Arts Scene.**

The serious implications of renaming the Kennedy Center have been laid bare in the

---

[45] Chris Serres, *Harvard Rebuffs Calls to Remove Name of Sackler Patriarch from Campus Buildings*, Boston Globe (Nov. 21, 2025), https://www.bostonglobe.com/2025/11/21/metro/harvard-sackler-opioids-museum-denaming/ [https://archive.is/20251121235111/https://www.bostonglobe.com/2025/11/21/metro/harvard-sackler-opioids-museum-denaming/] (last visited Mar. 27, 2026).

[46] *Id.*

[47] Melissa Quinn, *Board of Kennedy Center Votes to Change its Name to Trump-Kennedy Center, White House Says*, CBS News (Dec. 19, 2025), https://www.cbsnews.com/news/kennedy-center-board-votes-to-rename-institution-trump-kennedy-center-white-house-says/ [https://perma.cc/U6Z5-UKHB] (last visited Mar. 27, 2026).

months since President Trump's name has been added. The Center has seen dwindling audiences, cancelled performances, and a drop in donors. Removing President Trump's name would stem the tide of harm and restore the Center to its rightful place as a sought-after and respected institution.

President Trump added his name to the Kennedy Center's façade on December 19, 2025. Even before that date, President Trump's takeover of the Center was associated with decreased ticket sales. The Washington Post analyzed ticketing data from dozens of recent shows as well as past seasons.[48] According to the Post's analysis, 43% of tickets under Trump's tenure remained unsold, creating empty seats and limiting on-site attendee purchases, compared to just 7% unsold tickets in fall 2024 and 20% in fall 2023.[49]

With the formal name change, the situation looks even more grim. Just days after President Trump added his name, viewership for the December 23, 2025 broadcast of the Kennedy Center Honors was down by about 35% compared to the 2024 show.[50] In the intervening months, more than ten of the performers and groups set to take the stage at the Kennedy Center in the near term have changed their plans.[51] For example, Grammy-winning

---

[48] Travis M. Andrews et al., *Kennedy Center Ticket Sales Have Plummeted Since Trump Takeover*, The Washington Post (Oct. 31, 2025), https://www.washingtonpost.com/entertainment/2025/10/31/kennedy-center-sales/ [https://archive.is/20251031160135/https://www.washingtonpost.com/entertainment/2025/10/31/kennedy-center-sales/] (last visited Mar. 27, 2026).

[49] *Id.*

[50] Meg Kinnard, *Kennedy Center Renaming Prompts a New Round of Cancellations*, AP News (Dec. 30, 2025), https://apnews.com/article/kennedy-center-new-years-eve-canceled-db4bc44f0d95cb40f794f2cb737562a3 [https://perma.cc/MZT3-GXSK] (last visited Mar. 27, 2026).

[51] Alyssa Vega, *Here's a List of all the Artists Who Canceled at the Kennedy Center Before Trump Announced it Must Close for Two Years*, Boston Globe (Feb. 2, 2026), https:/www.bostonglobe.com/2026/02/02/arts/artists-boycott-kennedy-center/#selection-1673.0-1677.109 [https://archive.is/20260203163014/https://www.bostonglobe.com/2026/02/02/arts/artists-boycott-kennedy-center/#selection-1673.0-1677.109] (last visited Mar. 27, 2026).

soprano Renee Fleming cancelled multiple May 2026 performances; the Martha Graham Dance Company withdrew from its spring 2026 shows; and the Washington National Opera ("WNO") has planned to vacate the Center entirely, despite performing there for decades.[52] This unprecedented spate of cancellations is not a coincidence: When Pulitzer Prize-winning composer Philip Glass cancelled the June 2026 world premiere of his newest symphony, about Abraham Lincoln, he explained that "the values of the Kennedy Center today are in direct conflict with the message of the Symphony."[53] Vocal Arts D.C. noted the recent "lower ticket sales, frequent refund requests, and a decline of donations" when it announced the cancellation of recitals scheduled for February, March, and April at the Center's Terrace Theater.[54]

This exodus of performers and audiences alike could be halted, and the Center's prior status restored, with Court intervention in this case. The Kennedy Center has been an international beacon of performing arts since its inception, and it has long benefited from bipartisan leadership. It is an iconic building (which should be left intact), and it occupies a well-known place of prominence on the Potomac River. The longstanding prestige of the Kennedy Center combined with its geographic ties should enable the Center to reconnect with funders and attract performers after President Trump's name is removed.[55] *Amici* remain committed to the mission of the Kennedy Center as a national center for the performing arts whose programming meets the highest level of excellence and reflects the cultural diversity of the nation. Indeed, many of the groups that have severed ties with the Kennedy Center are

---

[52] *Id.*

[53] *Id.*

[54] *Id.*

[55] *See generally* Louis Michael Shekhtman and Albert-László Barabási, *Philanthropy in Art: Locality, Donor Retention, and Prestige*, Sci. Rep. 13, 12157 (2023). https://doi.org/10.1038/s41598-023-38815-1.

D.C.-based and will continue to need a local stage. The WNO has moved just north on Interstate 295 to Baltimore and thus is close enough to return to its previous home should circumstances change.[56]

The Kennedy Center has been a crown jewel of performing arts for far longer than it has been associated with a volatile and unpopular president. Public memory is long, and the Kennedy Center has 50 years of goodwill behind it. But the time for action is now. Immediate relief from this Court is necessary to preserve the Kennedy Center's legacy before it is tarnished beyond repair.

## CONCLUSION

*Amici* respectfully requests this Court grant the Plaintiff's Motion for a Preliminary Injunction.

Dated: April 1, 2026                                    Respectfully submitted,

                                                       */s/ Lila Miller*
                                                       Lila Miller (DC Bar # 1643721)
                                                       Brenna Kearns (DC Bar # 1725241) *
                                                       RELMAN COLFAX PLLC
                                                       1225 19th St. NW #600
                                                       Washington, DC 20036
                                                       Tel: (202) 728-1888
                                                       lmiller@relmanlaw.com
                                                       bkearns@relmanlaw.com
                                                       **Pro hac vice* application pending

                                                       *Counsel for Amici*

---

[56] Erica Kane et al., *As Trump Re-Brands a DC Arts Hub, Performers Seek Baltimore Venues*, WYPR (Mar. 9, 2026), https://www.wypr.org/show/midday/2026-03-09/as-trump-brands-culture-hubs-dc-artists-find-a-haven-in-baltimore [https://perma.cc/NA4S-JZ45] (last visited Mar. 27, 2026).

17

## APPENDIX OF INDIVIDUAL *AMICI*

Mary Boyle, *former member of PACA*
Guy Cecil, *former member of PACA*
Representative Gilbert R. Cisneros Jr., *former member of PACA*
Bruce Cohen, *former co-chair of PCAH*
Sylvia Davis White, *former member of PACA*
Catherine Gledhill, *former member of PACA*
Senator Sonya Halpern, *former chair of PACA*
Sharon Hoffman, *former member of PACA*
Barry Karas, *former member of PACA*
Shahid Khan, *former member of PACA*
Robin Leeds, former member of PACA
Amalia Perea Mahoney, *former Trustee of the Kennedy Center*
Ambassador Noah Mamet, *former member of PACA*
Ronnie Planalp, *former member of PACA*
Deborah Dozier Potter, *former member of PACA*
Ambassador Susan E. Rice, *former Trustee of the Kennedy Center*
Diane Robertson, *former member of PACA*
Rusty Rueff, *former member of PACA*
Alexandra C. Stanton, *former Trustee of the Kennedy Center*
Gary Sugarman, *former member of PACA*
Reginald Van Lee, *former Trustee of the Kennedy Center*

18

## CERTIFICATE OF COMPLIANCE

I hereby certify that this brief complies with LCvR.5.1(d) and LCvR.7(o)(4) and is

prepared in a double-spaced format using 12-point Times New Roman font.


Dated: April 1, 2026                                          */s/ Lila Miller*
                                                            Lila Miller
                                                            Brenna Kearns
                                                            Counsel for Amici Curiae

19

**<u>CERTIFICATE OF SERVICE</u>**

On April 1, 2026, I e-filed this motion and its attachments with the Court via ECF, which will email everyone requiring service.

Dated: April 1, 2026                                    */s/ Lila Miller*
                                                        Lila Miller
                                                        Brenna Kearns
                                                        Counsel for Amici Curiae

20