**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

BEATTY,

       Plaintiff*,*

 v.

TRUMP, *et. al.*,

       Defendants.

No. 1:25-cv-04480-CRC

**[PROPOSED] ORDER GRANTING LEAVE TO FILE AMICI CURIAE BRIEF**

Upon consideration of the Motion for Leave to File Amici Curiae Brief in Support of

Plaintiff's Motion for a Preliminary Injunction and for Partial Summary Judgment, it is hereby:

ORDERED that the motion is GRANTED**.**

This _____day of _____, 2026

_____
Hon. Christopher R. Cooper
United States District Judge