**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

JOYCE BEATTY,

                *Plaintiff*,

    v.

DONALD J. TRUMP, *et al.*,

                *Defendants*.

Civil Action No. 25-4480 (CRC)

**DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS IN
SUPPORT OF THEIR CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Civil Rule 7(h), Defendants Donald J. Trump, *et al.*, respectfully submit the following supplemental Statement of Material Facts as to which there is no genuine dispute in support of their Cross-Motion for Summary Judgment on all claims raised in Plaintiff's Amended Complaint, ECF No. 12.

1.      The core statutory duties of the Board of Trustees ("the Board") of the John F. Kennedy Center for the Performing Arts ("the Center") include (1) constructing capital repairs, replacements, rehabilitations, alterations, and modifications necessary to maintain the Center at current standards of life, safety, security, and accessibility and (2) providing all necessary maintenance, repair, and alteration of the Center's building and site in a manner consistent with requirements for high quality operations. 20 U.S.C. § 76j(a)(1)(G)–(H).

2.      In July 2025, Congress appropriated $256,657,000 million to the Center for "necessary expenses for capital repair, restoration, maintenance backlog, and security structures of the building and site of the John F. Kennedy Center for the Performing Arts." An Act to Provide

1

for Reconciliation, Pub. L. No. 119-21, § 60025(a), 139 Stat. 72, 157 (2025). That funding is available until September 30, 2029. *See id.*

3.     The amount of funding Congress appropriated in 2025 represents about five to six times the amount that the Center typically receives in its annual appropriation from Congress. *See id.*; *see also, e.g.*, 20 U.S.C. § 76r(a), (b) (authorizing a total of $51 million in similar funding for fiscal year 2024, $49 million for 2023, $47 million for 2022, $45 million for 2021, and approximately $43 million for 2020).

4.     On February 1, 2026, President Trump announced that the Center would, subject to Board approval, close for two years for construction, revitalization, and rebuilding. Am. Compl. ¶ 44, ECF No. 12.

5.     On February 27, 2026, Plaintiff learned of a Board meeting that was scheduled for March 16. *Id.* ¶ 53. Plaintiff was invited to attend that meeting but did not discover the invitation—which went to her personal email's spam folder—until after she amended her complaint and moved for emergency relief. *See* Decl. of Todd Valentine ¶ 4, ECF No. 20-1.

6.     On March 15, in response to the Court's partial temporary restraining order, Defendants provided Plaintiff a set of documents related to the Board's consideration of the proposal to close the Center for renovation. *See* Decl. of Matthew Floca, ECF No. 29-2; Supplemental Decl. of Matthew Floca, ECF No. 29-3; Closure Background & Talking Points, ECF No. 29-4; Performance Contracts Affected by Closure, ECF No. 29-5; Building & Grounds Committee Agenda (March 2, 2026), ECF No. 29-6; Building & Grounds Committee Minutes (March 2, 2026), ECF No. 29-7; Building & Grounds Committee Agenda (March 12, 2026); Building & Grounds Committee Presentation (March 2, 2026), ECF No. 29-9; Capital Improvement Plan, ECF No. 29-10; Two-Year Renewal Project Budget, ECF No. 29-11; Renewal

2

Project Photos, ECF No. 29-12; Interim Procurement Policies, ECF No. 29-13; Interim Procurement Policies, ECF No. 29-14; 2022 Comprehensive Building Plan, ECF No. 29-15; 2021 Comprehensive Building Plan, ECF No. 29-16; 2022 Soffit Failure Field Report, ECF No. 29-17; 2024 Leak Investigation Part 1, ECF No. 29-18; 2024 Leak Investigation Part 2, ECF No. 29-19; 2024 Leak Investigation Part 3, ECF No. 29-20.

7.     Plans for renovation of the Center show that renovation is projected to cost $248,900,000, more than $7 million less than the total amount that Congress appropriated to the Center for capital repair and restoration. ECF No. 29-10 at 2.

8.     The plans budget $38 million for building and structural rehabilitation, $4.4 million for site restoration, $5 million for security improvements, $37 million for public building space improvements, $19 million for employee office renovations, $11 million for elevator modernization and escalator capital repair, $48.5 million for revitalization of the Center's performance venues, $8 million in administrative costs, and $78.2 million for the renewal of safety and building systems, including renewal of piping, central plant upgrades, renewal of the condenser loop, electrical system upgrades, and renewal of the Center's river pump room. See *id.* at 3, 6, 8, 10, 13.

9.     Mr. Floca has been undertaking a review of the Center's infrastructure needs since approximately February 2024, shortly after he joined the Center. ECF No. 29-3 ¶ 6.

10.     Relying on his comprehensive review of the Center's needs—a review that considered several external reports documenting significant structural deficiencies at the Center, including water intrusion, providing an analysis of the service life for certain Center infrastructure, and finding that vertical plumbing risers had reached a state of systemic failure—Mr. Floca developed a recommendation, which he communicated to President Trump on or about January 22

3

and January 28, 2026, to conduct a singular, 24-month closure of the Center to remedy those deficiencies and restore the Center's facilities. ECF No. 29-3 ¶¶ 7, 9; *see also* Third Decl. of Charles Matthew Floca, Ex. A to Defs.' Opp'n and Cross-Mot. for Summ. J.

11.    Construction plans contemplate that accessible portions of the Center's building may be used to "maintain the memorial experience" while construction is ongoing. ECF No. 29-7 at 3; *see also* ECF No. 29-9 at 17.

12.    Plans and renderings do not suggest that the Center's building will be demolished and instead contemplate that many—if not all—of the existing building's structural elements will be retained. *See* ECF No. 29-9 at 14–16; ECF No. 29-10 at 3, 6, 8, 10 (planning for structural rehabilitation, restoration, improvement, renovation, and restoration). *Compare* Notice of Suppl. Authority at 1, ECF No. 23 (showing renderings of the Center after renovation), *with* Ron Blunt, *The John F. Kennedy Center for the Performing Arts*, Google Arts & Culture, https://artsandculture.google.com/asset/the-john-f-kennedy-center-for-the-performing-arts/ 8gHub722aKNhhw [https://perma.cc/6H4X-3MX6] (showing the current structure).

13.    Maintenance at the Center—including maintenance for issues identified in the reports Mr. Floca considered to develop his recommendation to close the Center for renovation— has been "deferred" for "decades." *Trump Kennedy Center Board Unanimously Approves Landmark Renovation*, Trump Kennedy Center, https://www.kennedy-center.org/news-room/press-release-landing-page/tkc-board-unanimously-approves-landmark-renovation/ [https://perma.cc/89FZ-BRM9]; *see, e.g.*, ECF No. 29-15 at 23 (indicating soffit panels needed repair); ECF No. 29-16 at 13 (same); ECF No. 29-17 at 6 (same); ECF No. 29-18 at 70 (same).

14.    Plaintiff participated in the March 16 Board meeting. *See* Ex. 1 to Second LaFauci Decl. at 2.

15.     At the meeting, Plaintiff indicated that she did not generally oppose renovation and repair of the Center's building. *See id.* at 7–8.

16.     At the meeting, Plaintiff communicated her belief that the Board should delay renovation to allow for further study. *See id.*

17.     At the meeting, the Board's general trustees unanimously voted to close the Center for two years, starting on July 7, 2026, to permit renovations to occur. *See id.*

18.     Following the meeting, Richard Grenell is no longer in his role as President of the Center. *See id.* at 4–5.

19.     At the meeting, the Board elected Matthew Floca to serve as the Executive Director and Chief Operating Officer of the Center. *See id.* at 5. Mr. Floca succeeded Mr. Grenell as the seniormost executive officer of the Center. *See id.*

20.     Following the Board's December vote to adopt a secondary name, the Center's designation of the main building of the Center continues to include the title "John F. Kennedy Center for the Performing Arts," and the Center continues to maintain a living memorial to President Kennedy at the complex. *See, e.g.*, ECF No. 12 ¶ 33 (showing the retention of the statutorily mandated name on the building's facade); *A Living Memorial*, Trump Kennedy Center, https://www.kennedy-center.org/memorial/ [https://perma.cc/HK75-ZXC9].

21.     Other federal entities use secondary names. The Department of Defense is known in official correspondence, public communications, ceremonial contexts, and non-statutory documents within the executive branch as the "Department of War." Exec. Order No. 14347, 90 Fed. Reg. 43893, § 2(a) (Sep. 5, 2025). The Consumer Financial Protection Bureau is statutorily designated as the "Bureau of Consumer Financial Protection," 12 U.S.C. § 5491(a), but has been known since its inception as the "Consumer Financial Protection Bureau" and uses a logo

reflecting that alternate name, Consumer Fin. Prot. Bureau, Financial Report of the Consumer Financial Protection Bureau 1 (2011), https://files.consumerfinance.gov/f/reports/ CFPB_Financial_Report_FY_2011.pdf [https://perma.cc/Q64L-QNCK]. The Federal National Mortgage Association, *see* 12 U.S.C. § 1716b, is commonly known as "Fannie Mae," *see Fannie Mae Announces Results of Tender Offer for Any and All of Certain CAS Notes*, Fannie Mae (Mar. 2, 2026), https://www.fanniemae.com/newsroom/fannie-mae-news/tender-offer-results-any-all-certain-cas-notes-feb-2026 [https://perma.cc/9A8G-LSG5]. The Center maintains a pavilion that is known as "The REACH at the Kennedy Center." *The REACH at the Kennedy Center*, Trump Kennedy Center, https://www.kennedy-center.org/reach/ [https://perma.cc/2LDB-JGWU].

22.    On March 30, 2026, staff from the Center held an initial planning meeting to discuss collaborating and consulting on the planned renovations at the Center with staff from the Commission on Fine Arts and the National Capital Planning Commission. *See* Third Decl. of Charles Matthew Floca ¶ 8.

Dated: April 6, 2026                          Respectfully submitted,

                                              BRETT A. SHUMATE
                                              Assistant Attorney General, Civil Division

                                              YAAKOV M. ROTH
                                              Principal Deputy Assistant Attorney General

                                              ERIC J. HAMILTON
                                              Deputy Assistant Attorney General

                                              STEPHEN M. ELLIOTT
                                              Assistant Branch Director

                                              */s/ William S. Jankowski*
                                              WILLIAM S. JANKOWSKI
                                              D.C. Bar No. 90021524
                                              Trial Attorney

6

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
(202) 353-7578
william.s.jankowski@usdoj.gov

*Counsel for Defendants*