# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

JOYCE BEATTY,

*Plaintiff,*

v.

DONALD J. TRUMP *et al.,*

*Defendants.*

No. 25-cv-4480 (CRC)

## SECOND DECLARATION OF JOSEPH LAFAUCI

In accordance with the provisions of 28 U.S.C. § 1746, I, Joseph LaFauci, state as follows, under penalty of perjury, pertinent to the above-styled and numbered case:

1. I am the Vice President, Board Relations and Government Affairs for the John F. Kennedy Center for the Performing Arts (doing business as and also known as the Donald J. Trump and John F. Kennedy Center for the Performing Arts, hereinafter referred to as the "Center"). I have been in that position since the spring of 2025.

2. The statements set forth in this Declaration are based on my personal knowledge and review of documents and information provided to me in my official duties.

3. I make this declaration in support of the Defendants' opposition to Plaintiffs' motion for a preliminary injunction and Defendants' cross-motion for summary judgment.

4. One of the responsibilities of my role is to attend and take the minutes of meetings of the Board of Trustees of the Center. In that capacity, I attended the meeting of the Board on March 16, 2026. The document attached to this Declaration as Exhibit "1" is a true and correct copy of the preliminary minutes of the March 16 meeting. They are preliminary because they have not yet been presented to the Board for approval. However, from my own observation of the March 16 meeting, the preliminary minutes accurately reflect the discussions and content of the meeting.

Joseph LaFauci

1

**CONFIDENTIAL**
**DRAFT – DO NOT DISTRIBUTE**                                  Rev. 3-31-26



**The Trump Kennedy Center**

**BOARD OF TRUSTEES**
**Meeting Minutes**

**Monday, March 16, 2026**
**12:30 pm**
**The White House, East Wing**

<u>OFFICERS:</u>

President Donald J. Trump, Chair
Ambassador Richard Grenell, President (Outgoing)
Matt Floca, Chief Operating Officer and Executive Director (Incoming)
John Falconetti, Treasurer
Elliot Berke, General Counsel

<u>OFFICERS ABSENT:</u>

Jennifer Fischer, Vice Chair
Sergio Gor, Secretary

<u>TRUSTEES</u>

The Honorable Pamela Bondi, Trustee
Brian Ballard, Trustee
Hannah F. Buchan, Trustee
Robert Castellani, Trustee
Pamella Roland Devos, Trustee
Patricia Duggan, Trustee
Emilia May Fanjul, Trustee
Pamela Gross, Trustee
Laura Ingraham, Trustee
Dana Blumberg Kraft, Trustee
Mindy Franklin Levine, Trustee
Lynda Lomangino, Trustee
Barbara Long, Trustee
Allison Lutnick, Trustee
Laura Perlmutter, Trustee
Catherine Reynolds, Trustee
Susie Wiles, Trustee
Andrea Wynn, Trustee
Paolo Zampolli, Trustee

**CONFIDENTIAL**
**DRAFT – DO NOT DISTRIBUTE**                                  Rev. 3-31-26

TRUSTEES ABSENT
      Maria Bartiromo, Trustee
      Mary Helen Bowers, Trustee
      Elaine Chao, Trustee
      Lynette Friess, Trustee
      Lee Greenwood, Trustee
      Kate Adamson Haselwood, Trustee
      Douglas Manchester, Trustee
      Denise Saul, Trustee
      Dan Scavino, Trustee
      Cheri Summerall, Trustee


TRUSTEE GUESTS / STAFF IN ATTENDANCE
      Kelly Castellani
      Daniel DeVos
      Pepe Fanjul
      Robert Kraft
      Anthony Lomangino
      Issac Perlmutter
      Steve Wynn


EX OFFICIO TRUSTEES
      Representative Joyce Beatty (Ex Officio)
      Representative Mike Johnson, Speaker of the House of Representatives (Ex Officio)
      Representative Michael McCaul (Ex Officio)


EX OFFICIO TRUSTEES ABSENT
      The Honorable Muriel Bowser, Mayor of District of Columbia (Ex Officio)
      Lonnie Bunch, Secretary, Smithsonian Institution
      Senator Shelley Moore Capito
      Senator Susan Collins
      Lewis Ferebee, Chancellor, DC Public Schools
      Senator Fischer
      Representative Sam Graves
      Representative Hakeem Jeffries, Democratic Leader of the House of Representatives
      Robert F. Kennedy, Secretary Health & Human Services
      Representative Rick Larsen
      Representative Julia Letlow
      Linda McMahon, Secretary of Education
      Robert Newlen, Acting Librarian of Congress
      Marco Rubio, Secretary of State

**CONFIDENTIAL**
**DRAFT – DO NOT DISTRIBUTE**                                                  Rev. 3-31-26

> Senator Chuck Schumer, Senate Democratic Leader
> Senator John Thune, Senate Majority Leader
> Billie Tsien. Chair, US Commission of Fine Arts
> Senator Chris Van Hollen
> Senator Mark Warner
> Senator Sheldon Whitehouse

<u>KENNEDY CENTER STAFF IN ATTENDANCE</u>
> Roma Daravi, Vice President Public Relations
> Laura Hanley, Director of Special Projects
> Joe LaFauci, Vice President, Board Relations & Government Affairs
> Rick Loughery, Executive Vice President
> Nick Meade, Vice President
> Sarah Weingast, Associate General Counsel, Notetaker

   I.   **Commencement of Meeting: 12:18 p.m.**                   President Donald J. Trump

   II.   **Chair's Remarks**                                            President Donald J. Trump

The President of the United States and Chair of the Trump Kennedy Center, Donald J. Trump, opened the meeting by welcoming everyone. His initial remarks addressed the status of the war in Iran. Turning to the Trump Kennedy Center (the Center), the President noted that over the past year, that there had been incredible strides to restore the prestige of the Center. It had been in very bad condition; prior leadership had spent money in the wrong places. He noted that Ambassador Richard Grenell was a friend, and reviewed the Ambassador's past experiences as Ambassador to Germany. During the transition at the Center, the Chair asked Ambassador Grenell if he would take over. He noted that the building was 'almost falling down,' giving an example that the steel columns were uncovered. The Chair discussed the Federal Reserve's building, and the Ballroom at the East Wing.

The Chair commented upon past building projects with Steve Wynn who was present at the meeting with his wife, Trustee Andrea Wynn. He also acknowledged Bob Kraft and his wife, Trustee Dana Kraft.

The Chair spoke of the incredible strides made at the Center, giving examples of the air conditioning and the heating systems. The air conditioning is fifty years old and is in bad shape. The Chair had said "let's run it for a year" and figured it out over the year. He noted that when it is finished, it is going to be far better than when it opened. The Center has great sound. The Chair noted that there is an opera house in New York where the acoustics were never good; they've had to rip it out four times.

Over the last year, there have been incredible strides to restore the Center's purpose and prestige. It will become the finest arts facility in the world. The Chair commented that it has 'good bones; good structure.' Areas of the columns that were rusted out and were replaced because they were in very bad shape.

**CONFIDENTIAL**
**DRAFT – DO NOT DISTRIBUTE**                                    Rev. 3-31-26

The Chair thanked Ambassador Richard Grenell. The Chair is looking for his next adventure. The Ambassador did not get fired; he was here for a short period of time. Matt Floca is doing well. The Chair thinks that Mr. Floca will do a good job and if he doesn't do a good job, he will be fired."

The Chair also thanked and complimented Attorney General and Trustee, Pam Bondi. The Chair referenced Congressman Neil Dunn and Chief of Staff and Trustee Susie Wiles, both of whom have had recent health issues.

Regarding the Center, the Chair noted that before he took over, this legendary place was on the verge of collapse from both a financial and a physical standpoint. The Orchestra lost $18 million a year. It had tremendous union difficulties; every time someone wanted to play, they had to deal with nineteen groups. The Center had a budget deficit of $26 million dollars, minimum. It had borrowed a lot of money.

The Chair acknowledged Ike and Laurie Perlmutter, Trustee. Under the leadership of this talented board, the Center got rid of all the DEI and brought back patriotic and family-friendly programming. They have raised $135 million. For the Trump Kennedy Center Honors, they have raised a record $23 million, double what they had before.

The Chair noted that previous management had left an unsafe facility with bursting pipes and leaks and structural problems. Major renovations are required to keep facility functional. Renovation will start right after July 4, 2026. There will be a little celebration.

The Chair said that as stated in February, subject to Board approval, we determined that the fastest way to bring the Center to level of grandeur is to cease operations until high quality construction is complete. Everything is the highest level; the Chair noted in particular the high-quality marble.

Closure will allow the Center to show the work at the highest level. The right way to do it is to close the Center and fix it. Renovation will start right after the July 4th celebration. Thanks to the One Big Beautiful Bill and generous contributions of people, we have the money.

The Chair thanked Ambassador Richard Grenell for the job he has done. The Chair acknowledged Anthony Lomangino and his business success.

The Chair wanted to wish Matt Floca good luck and introduce him to the Board. Mr. Floca will assume the role of Chief Operating Officer and Executive Director where he will lead a construction crew for the next two years in preparation of the Center's grand reopening.

The Chair discussed upcoming events not at the Center, in June coinciding with the Chair's birthday.

The Chair thanked everyone, noting that the Board has been incredible. The Chair then took questions from the Press related to Current Events. Lunch was then served to the attendees.

**CONFIDENTIAL**
**DRAFT – DO NOT DISTRIBUTE**                                                    Rev. 3-31-26

III.  **Ambassador Grenell's Remarks**                    Ambassador Richard Grenell

The Ambassador began his remarks by thanking the Board. He noted that when President Trump came, the Center was financially and physically falling apart. It is no longer. The Center received $257 million to fix it. The choice is you can do a 'pardon our dust' approach or close the facilities and do it.

The Center had to cut departments. Before there were ninety-four people raising money; now there are 16 who have beat the ninety-four.  The Ambassador reminded the Chair that there a three to four openings on the Board.

IV.  **Call to Order**                                        Treasurer and Designated Vice
                                                            Chair, John Falconetti

The Board meeting was called to order at 1:39 p.m.

Mr. Falconetti thanked the President. Mr. Falconetti noted that out of respect for the President's time and for those leaving due to travel arrangements and the weather, we will be deliberative in the use of remaining time. He will be limiting total general time for discussion as well as individual's time. A person may not yield their time to another.

V.  **Vote on Chair's Motion**                                Treasurer and Designated Vice
                                                            Chair, John Falconetti

A vote was held on the Chair's motion to appoint Charles Matt Floca as Chief Operating Officer and Executive Director, replacing Ambassador Richard Grenell as Interim President. The motion was seconded, and the motion was passed unanimously.

VI.  **Vote to Approval Minutes of 12-18-25 Meeting**      Treasurer and Designated Vice Chair,
                                                            John Falconetti

A vote was held on the motion to approve the minutes from the December 18, 2025 meeting. The motion was seconded, and the motion was passed unanimously.

VII.  **Vote on Resolution regarding Washington**          Treasurer and Designated Vice Chair,
      **National Opera**                                    John Falconetti

On January 9, 2026, Washington National Opera notified the Center that they wished to pursue an amicable disaffiliation. The Chair commented that he had heard they had lost an astronomical amount of money for the Center. The Ambassador commented that the Center would be ending its exclusivity with the Opera; it doesn't mean they can't come to the Center to perform; it means we won't be exclusive. The Center will not be responsible for the WNO financially, but might be willing to work with them.

**CONFIDENTIAL**
**DRAFT – DO NOT DISTRIBUTE**                                                    Rev. 3-31-26

A vote was held on the motion to conduct an orderly termination of the 2024 Affiliation Agreement and separation from the Washington National Opera and to authorize the Chief Financial Officer and General Counsel to negotiate on behalf of the Center the terms of the Disaffiliation. The motion was made by Robert Castellani and seconded by Laura Ingraham. The motion was passed unanimously.

### VIII. Capital Improvements Presentation and Report          Chief Operating Officer and Executive Director, Matt Floca

Matt Floca stated that two years ago, the gentleman who hired him debriefed him on a Board meeting he had just had. The Board was focused on office renovations; Mr. Floca did not understand why they were prioritizing furniture. Today, with this Board's leadership, we will prioritize the construction project.

Mr. Floca presented his slide deck, reviewing water intrusion and damage. The slide showed a service tunnel that runs the entire length of the Center. The arrows identify an expansion joint that has been leaking for a decade. Mr. Floca noted that production managers call this area 'the swamp' – when it rains, it pours down there. This is a structural issue across the Center.  To address the water intrusion in this area, there must be excavation through the top.

The Ambassador added that this has been known about for ten years well before [the new leadership] came. Deferred maintenance is literally the enemy. When President Trump saw it, he knew what had to be done.

The Chair added that it is rotting out the structural seal and bad things can happen. We will get it fixed quickly.

Mr. Floca reviewed his next slide which showed Loading Dock 1 and Loading Dock 2, and damage derived from water intrusion. The loading docks are located at the hall of states, the front of the building where all the patrons enter. You cannot fix without tearing up where the patrons enter.

Mr. Floca also discussed the COH Electrical Room South and COH Electrical North, showing water intrusion, commenting that it looks like Luray Caverns. The electrical vaults span the entire length of the service tunnel.

Mr. Floca reviewed the River Plaza Structure with a slide showing one of the twenty-seven beams supporting the River Plaza. All material on the top of the girder is delaminated steel from the flange above. There are significant structural failures where there are construction joints. Work on that area cannot be easily done. There are significant issues with River Plaza, which have been known about for years.

Mr. Floca displayed a photo of the Terrace roof and soffit, which weigh 2,800 tons Panels have buckled. They are tracking eight areas where this is still an issue. They will have to shut down because you cannot have thousands of people in the building during the work.

**CONFIDENTIAL**
**DRAFT – DO NOT DISTRIBUTE**                                    Rev. 3-31-26

Other issues noted by Mr. Floca: there are hundreds of points of failure across the parking garage; concrete steel waterproofing; production rigging is at its end of life; sanitary risers throughout the building; the pipes are cracking and flooding the building; elevators are 50 years old; HVAC uses water from Potomac and water filtration is an issue; and signage that needs to be replaced

Mr. Floca stated that this is big undertaking. There is some runway. Focus in Year 1 is on water intrusion and electrical and plumbing equipment; Year 2 will include the carpet and seats. For far too long the Center's leadership prioritized what is within the four walls over the four walls themselves. The Center needs to make sure its operations remain strong while its stages are under construction. This is an opportunity to building on the legacy of President Kennedy with the energy of President Trump. The work is significant, but Center can truly be something built to perform for the next 50 years.

Mr. Falconetti thanked Mr. Floca and opened the floor. Hannah Buchan, Trustee, raised a motion to close the Center for renovation, which was seconded by Allison Lutnick, Trustee. Mr. Falconetti stated he was going to limit the conversation to ten minutes with one minute per person,

Representative Joyce Beatty, Ex Officio Trustee spoke first, noting that she had no opposition for the need for repair, but she strongly opposes voting on a closure. There has not been enough time to review, study, and discuss. If we were renovating our own homes, we would not get the information one day before. We got this information in part because Representative Beatty filed a federal lawsuit.

Representative Beatty asked not to close the Center. The Congress gave $257 million, which she supports. She does not believe that the trustees would vote in their own companies to vote the way they are being asked to vote today. This did not go through the Congress; it did not go through process. Artists and patrons left when the name went on the building. By law, there is a description of what the Board must do.

Representative Beatty asked the Board to think about what they are doing by closing it. She does not think the Board has enough info to vote to close the Center.

Mr. Falconetti noted that he had given Representative Beatty three minutes past the time.

The Chair noted that the Speaker of the House, Mike Johnson had told him that Representative Beatty had voted against it. Representative Beatty stated that she voted against the Bill, but she supported the $257 million.

Mindy Levine, Trustee, asked whether asbestos had been discovered and is there a plan to address? Mr. Floca answered yes, there is asbestos, and we know where it is in the building, and we have a plan to remediate. Remediation is done in a strategic manner.

Ms. Levine followed up by asking if there are liability questions in allowing public access to the building and asked about the possibility of a Legionnaires outbreak with the HVAC. She inquired what kind of access can there be to have to a building in such disrepair.

**CONFIDENTIAL**
**DRAFT – DO NOT DISTRIBUTE**                                    Rev. 3-31-26

Mr. Floca responded that we track and monitor all problems. The largest issue is the soffit panels because people walk around them all the time.

The Chair acknowledged Laura Ingraham, Trustee. Ms. Ingram noted in addition to the liability issues, the current state of the air conditioning under Rock Creek Parkway. Ms. Ingraham thinks the due diligence has been incredibly comprehensive. She was shocked by the condition this was left in. In terms of the legal liability, she thinks it could be significant. The Chair stated that there are people who wanted to bring suit against the people who ran this into the ground for 15 years.

Speaker Mike Johnson, Trustee, stated there was a line item for every repair necessary. $257 Million was not a random number; it's not aesthetics. The intent of Congress was to get this done as quickly as possible; providing the funds on front end. Congress understood the urgency of the matter.

Patricia Duggan, Trustee stated her appreciation that everyone has a voice. The worst thing to do is to do nothing. She is impressed for the willingness to close the Center to down and fix it.

Steve Wynn stated that as this work is being done, he hopes they are looking to the future to understand that there are a number that have to have initiatives all at once. Some do not need the same kind of facilities, but all need bathrooms. The anticipation of reopening should anticipate that several kinds of activities that take place. Theater, Comedy etc. – have different needs, but all need men's and ladies' room. This should be Broadway all in one building, but for that to happen, the theaters have to anticipate. That facility anticipation has to go side-by-side with the production staff's. Comedy, musical drama, non-musicals, all those things have to be anticipated on a technical level. With all the tourism that comes to DC, this could be Broadway and all types of theatre arts.

Representative Mike McCaul, Ex Officio Trustee, noted that he served as Ex Officio with Ms. Beatty and they do not have voting rights, but he has worked to get the funding This is huge liability for the taxpayer. He is proud to have a President who cares about this place. The Center was built by John F. Kennedy to show how important arts are to the world, but Rep. McCaul has not seen any President do anything about it. To Mr. Wynn's point, Rep. McCaul would like to get back to the Broadway shows; no one wants to see Shear Madness stuff.

Mr. Falconetti closed debate.

IX.    Vote on Resolution to Close Center          Treasurer and Designated Vice Chair,
                                                  John Falconetti

A vote was held on the Chair's motion to conduct an orderly wind-down of programming activities through the Spring of 2026, and close its doors entirely effective July 6, 2026, for such time as is required to complete the repair and restoration funded by Section 60025 of the One Big Beautiful Bill Act (Public Law 119-21) and further that the administrative costs of doing so, to include any required payments to artists or employees resulting from the necessary shutdown, shall be

**CONFIDENTIAL**
**DRAFT – DO NOT DISTRIBUTE**                                     Rev. 3-31-26

accounted for in accordance with the law.  The motion was seconded by Allison Lutnick and was passed unanimously.

    X.   **Adjournment**                    **Treasurer and Designated Vice Chair,**
                                                          **John Falconetti**

The meeting was adjourned at 2:13 p.m.