**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

BEATTY,

Plaintiff,

v.

TRUMP, *et. al*.,

Defendants.

No. 1:25-cv-04480-CRC

**[PROPOSED] ORDER GRANTING LEAVE TO FILE AMICI CURIAE BRIEF**

Upon consideration of the Amended Motion for Leave to File Amici Curiae Brief in Support of Plaintiff's Motion for a Preliminary Injunction and for Partial Summary Judgment, it is hereby:

ORDERED that the motion is GRANTED**.**

This ______day of _________, 2026

Hon. Christopher R. Cooper
United States District Judge