**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOYCE BEATTY,<br>*Plaintiff*,<br>v.<br>DONALD J. TRUMP *et al.*,<br>*Defendants*. | No. 25-CV-4480 (CRC) |

**THIRD DECLARATION OF ALEXANDER KRISTOFCAK**

I, Alexander Kristofcak, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I represent Plaintiff Congresswoman Joyce Beatty in this matter. I submit this declaration in support of Plaintiff's Motion for Preliminary Injunction. I have personal knowledge of the facts stated herein except where stated otherwise.

2. Attached to this declaration as **Exhibit MM** is a true and correct copy of the December 18, 2025, Fox News article titled "Board votes Kennedy Center to be renamed 'Trump-Kennedy Center,'" originally published at https://www.foxnews.com/politics/board-votes-kennedy-center-renamed-trump-kennedy-center-leavitt-says?msockid=2c29732c37926e9b283b65d8369f6f6e [https://perma.cc/4NCU-QGQX].

3. Attached to this declaration as **Exhibit NN** is a true and correct copy of the Roll Call article titled "Remarks: Donald Trump Speaks to Reporters at a Kennedy Center Board Lunch - March 16, 2026," originally published at https://rollcall.com/factbase/trump/transcript/donald-trump-remarks-kennedy-center-board-lunch-march-16-2026/ [https://perma.cc/3J2E-LNZF].

4. Attached to this declaration as **Exhibit OO** is a true and correct copy of the WNYC article titled "Kennedy Center Unveils Progress On New Extension For Artistic Projects,"

originally published at https://www.wnyc.org/story/kennedy-center-unveils-progress-on-new-extension-for-artistic-projects/ [https://perma.cc/U3VU-HZJN].

5. Attached to this declaration as **Exhibit PP** is a true and correct copy of the Washington Post article titled "Kennedy Center begins layoffs, rocking institution ahead of two-year closure," originally published at https://www.washingtonpost.com/style/2026/03/26/kennedy-center-layoff/ [https://perma.cc/3YAJ-DPKW].

6. Attached to this declaration as **Exhibit QQ** is a true and correct copy of the Washington Post article titled "Another round of layoffs hits Kennedy Center ahead of two-year closure," originally published at https://www.washingtonpost.com/style/2026/04/10/kennedy-center-layoffs-trump-closure/ [https://perma.cc/E2TE-SP6F].

7. Attached to this declaration as **Exhibit RR** is a true and correct copy of the New York Times article titled "Trump Is Wasting No Time in Tearing Down the East Wing," originally published at https://www.nytimes.com/2025/10/22/us/politics/east-wing-white-house-demolition-trump.html [https://perma.cc/FJ7X-E45X].

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of April, 2026.

/s/ Alexander Kristofcak
Alexander Kristofcak
Washington Litigation Group
1717 K Street, NW, Suite 1120
Washington, D.C. 20006
(202) 521-8734
akristofcak@washingtonlitigationgroup.org