# Exhibit MM

Log In Watch TV

**Recommended Videos** **Recommended Articles**

Rep Eric Swalwell's sexual misconduct allegations...

Iran's supreme leader issues defiant statement

Former NASA astronaut says Artemis II mission...

'It's about safety': How the Artemis II crew is retrieve...

Mollie Hemingway: Why are we always the ones to...

Sen Lir There i

WHITE HOUSE

# Board votes Kennedy Center to be renamed 'Trump-Kennedy Center'

Decision recognizes Trump's efforts to save center from 'financial ruin' and 'physical destruction,' official says

By **Ashley Carnahan** , **Emma Colton** · **Fox News**

Published December 18, 2025 1:36pm EST Updated December 18, 2025 2:28pm EST

Add Fox News on Google

Agree 6




**Fox News Flash top headlines for December 17**

Fox News Flash top headlines are here. Check out what's clicking on FoxNews.com.

NEW You can now listen to Fox News articles!

Listen to this article
2 min

The Kennedy Center's board voted unanimously to rename the institution to the "Trump-Kennedy Center" in recognition of what the administration has described as President Donald Trump's efforts to save the building over the past year, Fox News Digital confirmed.

The board includes second lady Usha Vance, Fox News host Laura Ingraham, Fox Business host Maria Bartiromo, White House deputy chief of staff Dan Scavino, U.S. attorney general Pamela Bondi among others.

"Congratulations to President Donald J. Trump, and likewise, congratulations to President Kennedy, because this will be a truly great team long into the future! The building will no doubt attain new levels of success and grandeur," White House press Secretary Karoline Leavitt announced Thursday.

Vice president of public relations Roma Daravi told Fox Digital Thursday that the unanimous vote "recognizes" Trump's work to pull the center out of financial straits while working to also update the building originally constructed in the 1960s, until its opening in 1971.

"The Kennedy Center Board of Trustees voted unanimously today to name the institution The Donald J. Trump and The John F. Kennedy Memorial Center for the Performing Arts. The unanimous vote recognizes that the current Chairman saved the institution from financial ruin and physical destruction," Daravi told Fox News Digital Thursday.

**CHEAP TRICK DEFENDS TRUMP-HOSTED KENNEDY CENTER PERFORMANCE AS A TRIBUTE TO KISS**

