# Exhibit PP

*Democracy Dies in Darkness*

# Kennedy Center begins layoffs, rocking institution ahead of two-year closure

According to several staff members, the people cut include Nick Meade and Rick Loughery, whom Richard Grenell installed in top roles after Trump's takeover of the center.

Updated March 26, 2026

By Travis M. Andrews and Janay Kingsberry

The Kennedy Center began layoffs on Thursday, initiating
President Donald Trump's plan to shut down the institutio

Multiple departments were affected — including programn
and the office of the president — according to multiple peo
of anonymity because they were not authorized to discuss
staffers were affected, but the number appears to be in the

Among the terminated were Nick Meade and Rick Loughery, who were installed in top roles by the center's former president, Richard Grenell, the Trump loyalist appointed to lead the center's transformation, according to several staff members.

Loughery, the former national chairman of the Young Republicans, and Meade, Grenell's longtime adviser, held the roles of executive vice president and vice president, respectively. Loughery and Meade did not immediately respond to a request to comment.

Staffers, who generally disliked the trio and dubbed them "the Icks," say Meade and Loughery essentially ran the center, while Grenell spent a significant amount of time in California and was rarely seen in the building. One staffer referred to the firings as "poetic justice."

None of the three had any previous arts experience.

Loughery and Meade are named in the investigation launched in November by some Senate Democrats into the center of its spending practices and booking deals. A letter sent from Sen. Sheldon Whitehouse (D-Rhode Island) to Grenell read, in part, "Detailed receipts show Nick Meade, Vice President of Governance and your longtime political aide, and Rick Loughery, your Executive Vice President, charged several hundreds of dollars for meals including charcuterie and numerous bottles of rosé."

Ad 00:29

The move arrives on the heels of Trump's announcement, earlier this month on Truth Social, that Grenell would no longer run the Kennedy Center. Grenell, a combative Trump acolyte who previously served as ambassador to Germany, led the center for a little more than a year, during which ticket sales cratered and Trump announced the center's two-year closure for renovations.

This round of layoffs comes a day after Matt Floca, the center's new president, sent an email to staff informing them personnel changes were underway.

"In the days and weeks ahead, we will begin executing the difficult staffing decisions that support the broader operational changes required to meet the realities of this time at the Center," Floca wrote, according to a copy of the email reviewed by The Washington Post.

"Each of you has contributed to the legacy of this institution, and these decisions have not been made lightly. It is my sincere intention that each personnel action be carried out with consideration and care," the email said.

Layoffs have become commonplace at the center since Trump's takeover in February 2025, but this is the first round that includes the very people he brought into the center. More than 100 employees have resigned or been laid off since the takeover, including the heads of nearly every department and discipline.

More layoffs and potential furloughs are expected as the center prepares for a two-year closure.

*This story has been updated.*

## What readers are saying

The comments express strong disapproval of President Donald Trump's actions regarding the Kennedy Center, accusing him of damaging its legacy and cultural significance. Many commenters believe Trump is using the center for personal and political gain, leading to its decline and... Show more

This summary is AI-generated. AI can make mistakes and this summary is not a replacement for reading the comments.