# Exhibit QQ

*Democracy Dies in Darkness*

# Another round of layoffs hits Kennedy Center ahead of two-year closure

Programming was impacted in the cuts, people familiar with the matter said. It's unclear how many departments were affected or how many people were terminated.

Updated April 10, 2026

By Travis M. Andrews and Janay Kingsberry

The Kennedy Center's layoffs continued Friday, as the capi
two-year shutdown for renovations.

Programming was impacted in the cuts, according to multi
anonymity to discuss a personnel matter. It is unclear how
many people were terminated.

One person familiar with the cuts said much of the prograı
terminated or redirected toward campus rentals, for which venue fees have to be paid up front.

"Everything is a rental now," the person said. "If it's not making money, we don't do it."

Among those laid off were Ryan Hamilton, senior director of broadcast, comedy and special programming; and Sammy Miller, senior director of music programming, according to several staff members. Both were installed by the center's former president, Richard Grenell, the Trump loyalist appointed to lead the center's transformation.

In response to questions about layoffs, a spokesperson for the Kennedy Center said, "Staffing decisions will support the broader move toward a successful closure for renovations."

Nick Meade and Rick Loughery, the most senior people hired by Grenell, were laid off two weeks ago, in the first round of layoffs since President Donald Trump announced on Truth Social that he would be closing the center in July and replacing Grenell immediately as its president.

The staff has braced for more layoffs as the July 7 closure nears. In late March, the center's new president, Matt Floca, sent an email to staff warning them of personnel changes.

"In the days and weeks ahead, we will begin executing the difficult staffing decisions that support the broader operational changes required to meet the realities of this time at the Center," Floca wrote, according to a copy of the email reviewed by The Washington Post.

"Each of you has contributed to the legacy of this institution, and these decisions have not been made lightly. It is my sincere intention that each personnel action be carried out with consideration and care," the email said.

There have been several rounds of layoffs at the center since Trump's takeover in February 2025. More than 100 employees have resigned or been laid off since then, including the heads of nearly every department and discipline.

## What readers are saying

The comments reflect a strong division of opinion regarding Donald Trump's involvement with the Kennedy Center. Many commenters express anger and disappointment, accusing Trump of destroying the institution and prioritizing his own interests over its cultural significance. They... Show more

This summary is AI-generated. AI can make mistakes and this summary is not a replacement for reading the comments.