# Exhibit RR

# *Trump Is Wasting No Time in Tearing Down the East Wing*

President Trump initially said the ballroom construction would not dismantle parts of the White House. His officials now say it is cheaper and more structurally sound to simply demolish the East Wing.

Listen · 5:41 min



**By Luke Broadwater**
Luke Broadwater, a White House correspondent, reported from the West Wing.

Oct. 22, 2025

As roaring machinery tore down one side of the White House, President Trump acknowledged on Wednesday that he was having the entire East Wing demolished to make way for his 90,000-square-foot ballroom, a striking expansion of a project that is remaking the profile of one of the nation’s most iconic buildings.

Mr. Trump was unsentimental as news of the demolition spread. “It was never thought of as being much,” he said of the East Wing, which was home to the first lady’s office and spaces used for ceremonial purposes. “It was a very small building.”

The process of tearing down the East Wing was expected to be completed as soon as this weekend, two senior administration officials said, as Mr. Trump moved rapidly to carry out a passion project that he said was necessary to host state dinners and other events.

But the previously unannounced decision to demolish the East Wing was at odds with Mr. Trump’s previous statements about the project, and underscored his intention to blast through the sensibilities of many in Washington to continue

putting a lasting imprint on the White House.

The president also said on Wednesday that the ballroom would cost $300 million, $100 million more than initially estimated.

"In order to do it properly, we had to take down the existing structure," Mr. Trump said. He also said — somewhat cryptically — that "certain areas are being left." But the two senior administration officials, who spoke on condition of anonymity to discuss the plans, confirmed that the entire East Wing was being demolished.

The West Wing and the White House residence, where the president lives, are not affected by the project, which is the largest renovation to the White House in decades.

When Mr. Trump first announced his plans for the ballroom, he pledged that the White House would not be touched by the construction.

"It won't interfere with the current building. It'll be near it but not touching it," he said in July. "And pays total respect to the existing building, which I'm the biggest fan of."

Upon further evaluation, the White House determined it was cheaper and more structurally sound to demolish the East Wing than to build an addition, one of the administration officials said.

On Wednesday, the Secret Service kept onlookers away as heavy machinery ripped away at hunks of the building.

The scope of the demolition, and Mr. Trump's repeated promises that the White House itself would not be affected by the work, were in many ways symbolic of how he has conducted his presidency. On a variety of issues, Mr. Trump has blown past norms and traditions, often moving so quickly that it can be too late for courts, Congress or the public to catch up.

The planned size of the ballroom would transform the footprint of the White House campus. At 90,000 square feet, the ballroom would be nearly double the size of the White House residence, which is 55,000 square feet.

The ballroom is only the latest renovation plan that Mr. Trump has undertaken since he took office for the second time. He is also leaving his mark on the Oval Office, which now features many gilded flourishes. He also paved over the Rose Garden; erected huge flag poles on the White House grounds; and is planning to build an arch in front of Arlington National Cemetery in the style of the Arc de Triomphe.

Mr. Trump has said that he is raising tens of millions of dollars in private donations to fund the ballroom project. The president plans to contribute some of his own money as well, though the amount has not been determined, one of the officials said.

"It's being paid for 100 percent by me and some friends of mine," Mr. Trump said.

The East Wing was built in 1902 during Theodore Roosevelt's presidency as an extension to the White House, but was overhauled in the 1940s at the request of President Franklin D. Roosevelt.

It was built primarily to conceal an underground bunker, the Presidential Emergency Operations Center. It also added formal work space for the White House staff, including the offices of the first lady. Lorenzo Winslow was the architect of that addition.

It has also housed the White House Social Office and served as a headquarters for planning parties, state dinners and other events.

With the demolition of the East Wing goes a slice of history. It was where President Bill Clinton met secretly with Dick Morris, a political adviser, without his staff knowing. It was where Vice President Dick Cheney was hustled to a bunker after the Sept. 11 terrorist attacks. Mr. Trump was rushed there, too, during protests in 2020.

The White House on Tuesday did not answer questions about the bunker, but one of the administration officials said the new structure would also have enhanced security features.

Amid backlash to the demolition, the White House has defended its decision, publishing photos of past renovations and construction projects undertaken by presidents.

The White House says the ballroom, once finished, will have a seated capacity of 650 people, though Mr. Trump said recently it would hold 999 people.

McCrery Architects is the lead architect. The construction team will be headed by Clark Construction, and the engineering team will be led by AECOM.

Edward Lengel, the former chief historian of the White House Historical Association, said the demolition may signal that the ballroom will be far closer to the main White House than initially described.

"Its proximity to the original Executive Mansion may be much closer — practically conjoined onto it," he said.

Shawn McCreesh contributed reporting from Washington, and Zachary Small from New York.

---

***A correction was made on Oct. 23, 2025**: An earlier version of this article included a comment from Sara C. Bronin, a law professor at George Washington University, in which she misstated the function of the National Historic Preservation Act. It is not the case that the demolition of the East Wing may run afoul of the act; in fact, the act contains an exception for White House projects.*

---

When we learn of a mistake, we acknowledge it with a correction. If you spot an error, please let us know at corrections@nytimes.com. Learn more

**Luke Broadwater** covers the White House for The Times.

---

A version of this article appears in print on , Section A, Page 1 of the New York edition with the headline: Trump Razing The East Wing Despite Pledge