**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOYCE BEATTY, | |
| *Plaintiff*, | |
| v. | Civil Action No. 25-4480 (CRC) |
| DONALD J. TRUMP, *et al.*, | |
| *Defendants*. | |

## <u>NOTICE OF APPEARANCE</u>

Please enter the appearance of Brantley Mayers, U.S. Department of Justice, Civil Division, as counsel for Defendants in this case.

Dated:  April 27, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

/s/ *Brantley Mayers*
BRANTLEY MAYERS
(FL Bar. No. 1039996)
Counsel to the Assistant Attorney General
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
Brantley.T.Mayers@usdoj.gov
(202) 890-9874

*Attorneys for Defendants*

2