**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

JOYCE BEATTY,

        *Plaintiff,*

    v.

DONALD J. TRUMP, *et al.*,

        *Defendants*.

Civil Action No. 25-4480 (CRC)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Pierce J. Anon enters his appearance as counsel for

Defendants in this matter.

Dated: April 28, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

STEPHEN M. ELLIOTT
Assistant Branch Director
Federal Programs Branch

*/s/ Pierce J. Anon*
PIERCE J. ANON
N.Y. Bar No. 6184303
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
(771) 217-8184
pierce.anon@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I, Pierce J. Anon, hereby certify that on April 28, 2026, I electronically filed the foregoing using the Court's CM/ECF system, which automatically serves this document upon all counsel of record, in keeping with LCvR 5.4(d).

/s/ *Pierce J. Anon*
Pierce J. Anon

*Counsel for Defendants*