**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOYCE BEATTY,<br><br>      *Plaintiff*,<br><br>  v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>      *Defendants*. | Civil Action No. 25-4480 (CRC) |

**<u>NOTICE OF APPEARANCE</u>**

PLEASE TAKE NOTICE that Yaakov M. Roth enters his appearance as counsel for

Defendants in this matter.

Dated: April 28, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

STEPHEN M. ELLIOTT
Assistant Branch Director
Federal Programs Branch

*/s/ Yaakov M. Roth*
YAAKOV M. ROTH
Principal Deputy Assistant Attorney
General, Civil Division
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
(202) 514-3301
yaakov.m.roth@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I, Yaakov M. Roth, hereby certify that on April 28, 2026, I electronically filed the foregoing using the Court's CM/ECF system, which automatically serves this document upon all counsel of record, in keeping with LCvR 5.4(d).

/s/ Yaakov M. Roth
Yaakov M. Roth

*Counsel for Defendants*