**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOYCE BEATTY,<br><br>              *Plaintiff,*<br><br>    v.<br><br>DONALD J. TRUMP, *et al.,*<br><br>              *Defendants.* | Civil Action No. 25-4480 (CRC) |

## <u>DECLARATION OF CHARLES MATTHEW ("MATT") FLOCA</u>

In accordance with the provisions of 28 U.S.C. § 1746, I, Charles Matthew Floca, state as follows, under penalty of perjury, pertinent to the above-styled and numbered case:

1.  I currently serve as the Executive Director and Chief Operating Officer of the Donald J. Trump and John F. Kennedy Center for the Performing Arts (the Center). In this capacity, I exercise operational authority over all institutional departments, managing a complex integration of both trust and federal functions, including development and fundraising.

2.  The Center is a trust instrumentality of the United States Government. Only the operation and maintenance of its physical plant are funded through Federal appropriations. The budget for all other functions—including administrative staff, certain educational initiatives, programming, and fundraising itself—is funded through private donations and grants. President Trump is the elected Chair of the Board of Trustees, who oversee board-level governance, strategic direction, and major private fundraising initiatives for the Center.

3.  On December 18, 2025, an in-person quorum of the Board of Trustees of the John F. Kennedy Center for the Performing Arts voted to permanently add President Donald J. Trump's name to the institution, resulting in the Donald J. Trump and John F. Kennedy Center for the Performing Arts, recognizing his contributions to it both in his capacity as President of the United States and in his capacity as the Chair of the Board of Trustees.

4.  President Trump's fundraising on behalf of the Center is exemplified by the tens of millions of dollars already raised. Further, the President has committed to raise $150 million on its behalf from private donors over the next two years.

1

5.  Should President Trump's name be removed from the Center, that vital fundraising connection will be severed, causing irreparable harm and fundamentally destabilizing the Center's development efforts, severely impairing its trust-funded artistic programming, and rendering the continuation of ongoing trust-funded operations financially nonviable.

Executed on May 26, 2026.

Charles Matthew Floca