**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**JOYCE BEATTY**,

               Plaintiff,

          v.

**DONALD J. TRUMP** *et al.*,

              Defendants.

Case No. 25-cv-4480 (CRC)

## ORDER ON MOTION FOR PRELIMINARY INJUNCTION

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff's [13] Motion for Preliminary Injunction is **GRANTED** in

relevant part.  It is further

**ORDERED** that Defendants, together with their employees, agents, and anyone acting in

concert with them, are hereby preliminarily **ENJOINED** from enforcing or implementing the

John F. Kennedy Center for the Performing Arts Board of Trustees' March 16, 2026 decision to

"wind-down" programming activities and "close" the Center's "doors entirely effective July 5,

2026, for such time as is required to complete the repair and restoration funded by Section 60025

of the One Big Beautiful Bill Act."  See ECF No. 34-5 at 8.  The Defendants may not take steps

to further effectuate the March 16 decision for the pendency of this action, or until the Board

approves any closure consistent with the Court's Memorandum Opinion, and the Court issues a

further Order dissolving or modifying this preliminary injunction.  It is further

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 65(c) and Local Civil Rule

65.1.1, Plaintiff shall post a bond in the amount of $1.00 by June 5, 2026.  It is further

2

**ORDERED** that the parties shall meet and confer and file a joint status report by June 5, 2026, proposing a schedule (or competing schedules) for further proceedings in this case.

**SO ORDERED**.

_____
CHRISTOPHER R. COOPER
United States District Judge

Date:  May 29, 2026