**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JOYCE BEATTY**, <br><br> Plaintiff, <br><br> v. <br><br> **DONALD J. TRUMP** *et al.*, <br><br> Defendants. | Case No. 25-cv-4480 (CRC) |

## ORDER ON SUMMARY JUDGMENT MOTIONS

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff's [30] Motion for Partial Summary Judgment is GRANTED. It is further

**DECLARED** that Congress named the John F. Kennedy Center for the Performing Arts for President John F. Kennedy by federal statute, 20 U.S.C. §§ 76h–76s, and the Center may not be officially named for anyone else except by an Act of Congress. It is further

**DECLARED** that the Board of Trustees' December 18, 2025 resolution purporting to rename the Kennedy Center the "Donald J. Trump and John F. Kennedy Memorial Center for the Performing Arts," the "Trump Kennedy Center," or any variation thereof, is null, void, and without legal effect. It is further

**DECLARED** that Defendants violated the Kennedy Center's organic statute in purporting to rename the Center for President Trump, and in taking steps to effectuate that official renaming, such as installing signage with Donald J. Trump's name on the front portico of the Center, altering the Center's website to name the Center for President Trump, and in issuing official materials naming the Center for President Trump. It is further

**ORDERED** that Defendants, their officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them are **PERMANENTLY ENJOINED** from:

(a) displaying, installing, or maintaining any physical or digital signage on the Kennedy Center building or grounds that designates, suggests, or implies that the institution is named for any person other than President John F. Kennedy, including but not limited to the signage that currently reads "The Donald J. Trump And" on the front of the Center's main building;

(b) publishing, issuing, or distributing any official materials—including website content, email communications, promotional materials, press releases and statements, contracts, and government filings—that refer to the institution as named for anyone other than John F. Kennedy, including but not limited to the "Trump Kennedy Center," or the "Donald J. Trump and John F. Kennedy Memorial Center for the Performing Arts"

unless and until an Act of Congress so permits.  It is further

**ORDERED** that Defendants shall, within 14 days of the date of this order,

(a) remove all physical signage on the Kennedy Center building and grounds, including the front portico, that purports to rename the Kennedy Center after President Trump or any other individual besides President Kennedy;

(b) update the Kennedy Center's official website to remove all references to the institution as the "Trump Kennedy Center," the "Donald J. Trump and John F. Kennedy Memorial Center for the Performing Arts," or any similar formulation;

2

(c) withdraw any trademark application officially referring to the Kennedy Center as the "Trump Kennedy Center," the "Donald J. Trump and John F. Kennedy Memorial Center for the Performing Arts," or any similar formulation; and

(d) file with the Court a sworn declaration from a responsible official of the Kennedy Center certifying compliance with this order.

*      *      *

In addition, for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendants' [34] Cross-Motion for Summary Judgment is **DENIED** as to Counts One, Two, Three, and Five of the First Amended Complaint.  The Court reserves judgment on the Cross-Motion as to Count Four and Count Seven until any motions for reconsideration or interlocutory appeals have been resolved.  It is further **ORDERED** that Defendants' Cross-Motion as to Count Six is **GRANTED**.

*      *      *

Finally, the Court hereby **GRANTS** summary judgment to the Plaintiff on her voting rights claim in Count Three of the First Amended Complaint.  It is further

**DECLARED** that the provision of the Board's May 2025 bylaws that renders *ex officio* Board members categorically "non-voting" violates the Kennedy Center's organic statute.  It is further

3

**ORDERED** that Defendants, their officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them are **PERMANENTLY ENJOINED** from effectuating that unlawful provision of the May 2025 bylaws and from otherwise preventing *ex officio* trustees from voting on Board matters on which all general trustees are permitted to vote, unless and until an Act of Congress so permits.

**SO ORDERED**.

_____
CHRISTOPHER R. COOPER
United States District Judge

Date:   May 29, 2026