**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

JOYCE BEATTY,

    *Plaintiff*,

    v.           No. 25 Civ. 4480 (CRC)

DONALD J. TRUMP *et al.*,

    *Defendants*.

## [PROPOSED] ORDER

Upon consideration of Plaintiff's motion, it is hereby **ORDERED** that, no later than

**Friday, June 12, 2026**, Defendants shall file a sworn declaration from a responsible official of

the Kennedy Center outlining:

(1) all steps taken to date to comply with the Court's preliminary injunction order and

remain open after July 5, 2026; and

(2) all steps Defendants intend to take, and on what timeline, to ensure that the Kennedy

Center remains open as required by the Court's order, after July 5, 2026.

  **SO ORDERED.**

 Dated: June _____, 2026

            _____

             CHRISTOPHER R. COOPER
             United States District Judge