# Exhibit A

**MEMO TO STAFF**

FROM:   THE OFFICE OF GENERAL COUNSEL

RE:       COURT ORDERS IN PENDING LITIGATION INVOLVING THE CENTER

DATE:    4 JUNE 2026

**TO ALL STAFF:**

As you may be aware, the Center is currently engaged in litigation over the Board's decisions to add President Trump's name to the Center and to close the Center during renovations. There are two separate lawsuits involved, both being heard by the same Federal judge.

On Friday, May 29, 2026, the Court issued orders in those lawsuits, which have received considerable media attention. The purpose of this memo is to provide clarity on the scope of the Court's orders and guidance to staff on how best to comply with those orders going forward.

**The Name Change**

The Court ruled that the Board acted beyond its authority in adding President Trump's name to the Center and gave the Center 14 days from May 29 to remove all references to the Center being named for anyone other than John F. Kennedy. This includes email signatures, email communications, letterhead, website, brochures, promotional materials, press releases, signs, references in contracts, MOUs, and other agreements, and every other reference to the "Trump Kennedy Center," the Donald J. Trump and the John F. Kennedy Memorial Center for the Performing Arts,' or similar name.

**To comply with this order, you must immediately change email signatures, letterhead, and other documents to reflect the name as "The John F. Kennedy Center for the Performing Arts," or "Kennedy Center." Other changes, such as to templates and forms, signage, brochures, and website pages, must be completed no later than Friday, June 12, 2026.** Please see the attached table to indicate the lead offices for implementation of each change.

**The Renovations and Closure**

While the Court ruled that renovations can proceed at this time, it determined that the Board did not have sufficient information to make an informed decision to shut down the Center when it voted in March. The Court **did not** rule that the Center must stay open during the renovations, and **did not** require that the Center present any particular programming on-site during the renovations. Instead, the Court ruled that the specific Board vote in March was inappropriate, and that any subsequent vote regarding closure must take more information into account. The Center is considering its options and will provide further guidance shortly.

**General guidance for offices / individuals listed below:**

- Remove any references to "Trump-Kennedy Center" or "The Donald J. Trump and the John F. Kennedy Center for the Performing Arts".  Revert to "The John F. Kennedy Center for the Performing Arts" or "the Kennedy Center" or "the Center."

- **This list is not-exhaustive**; if you see other instances where the Trump-Kennedy Center (or similar wording) is being used that is not listed here, or if you have any questions, please contact OGC at ██████████████

- Please revert to using the following logo:



| Responsible Parties | Responsibilities | Time Frame |
|---|---|---|
|  |  |  |
| **All Staff** | Signature block in emails and agreements | Immediately |
|  | Letterhead | Immediately |
|  | Voicemail | Immediately |
|  |  |  |
| **Lead Office** |  |  |
| Archives | Templates, agreements, forms and policies | Immediately |
|  |  |  |
| Campus Planning | Templates and forms | Immediately |
|  |  |  |
| Development | Templates, agreements, scripts forms, and policies | Immediately |
|  |  |  |
| Education / VSA | Templates, agreements, forms & policies | Immediately |
|  |  |  |
| Facilities | Outdoor Signage | By 6-12-26 |
|  | Indoor Signage | By 6-12-26 |
|  | Mats and furniture / decorations | By 6-12-26 |
|  |  |  |
| Federal Contracting | Templates, agreements, forms & policies | Immediately |
|  |  |  |
| Finance | Finance templates, agreements, forms & policies | Immediately |
|  |  |  |

| Friends | Scripts and templates | Immediately |
|---|---|---|
|  |  |  |
| General Counsel | Legal templates, agreements, forms & policies | Immediately |
|  | Trademark Applications | By 6-12-26 |
|  |  |  |
| Human Resources | Provide guidance to staff on changing email signature blocks | Immediately |
|  | HR templates, agreements, forms & policies | Immediately |
|  |  |  |
| Information Technology | Kennedy Center Intranet | By 6-12-26 |
|  | IT Templates, agreements, forms & policies | Immediately |
|  |  |  |
| Marketing | Website | By 6-12-26 |
|  | Digital Signage | By 6-12-26 |
|  | All marketing and branding materials and brochures | Immediately |
|  |  |  |
| National Symphony Orchestra | NSO templates, agreements, forms & policies | Immediately |
|  | NSO Promotional Materials | Immediately |
|  |  |  |
| Parking | Signage | By 6-12-26 |
|  |  |  |
| Public Relations | Social Media Accounts | Immediately |
|  | Press Releases | Immediately |
|  |  |  |
| Programming | Templates, agreements, forms & policies | Immediately |
|  | Promotional Materials | Immediately |
|  |  |  |
| Restaurant Associates | Promotional Materials, Menus | Immediately |
|  |  |  |
| Safety & Security | Issue new ID cards | By 6-12-26 |
|  | OOSS templates, agreements, forms & policies | Immediately |
|  |  |  |
| Special Events | Templates, agreements, forms & policies | Immediately |