## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOYCE BEATTY,

        *Plaintiff*,

   v.

DONALD J. TRUMP, *et al.*,

        *Defendants*.

Civil Action No. 25-4480 (CRC)

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Pierce J. Anon withdraws his appearance as counsel for

Defendants in this matter.

Dated: June 11, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

STEPHEN M. ELLIOTT
Assistant Branch Director
Federal Programs Branch

*/s/ Pierce J. Anon*
PIERCE J. ANON
(N.Y. Bar No. 6184303)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
(202) 305-7573
pierce.anon@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I, Pierce J. Anon, hereby certify that on June 11, 2026, I electronically filed the foregoing

using the Court's CM/ECF system, which automatically serves this document upon all counsel of

record, in keeping with LCvR 5.4(d).

*/s/ Pierce J. Anon*
Pierce J. Anon

*Counsel for Defendants*