## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

JOYCE BEATTY,

      *Plaintiff*,

v.

DONALD J. TRUMP, *et al.*,

      *Defendants*.

Civil Action No. 25-4480 (CRC)

### NOTICE OF APPEAL

All Defendants in this action respectfully provide notice that they hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Court's May 29, 2026 Order on Summary Judgment Motions, ECF No. 49, and Memorandum Opinion, ECF No. 50, granting Plaintiff's Motion for Partial Summary Judgment and entering a permanent injunction against Defendants.

1

Dated: June 11, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

BRANTLEY MAYERS
Counsel to the Assistant Attorney General

STEPHEN M. ELLIOTT
Assistant Branch Director

*/s/ William S. Jankowski*
WILLIAM S. JANKOWSKI
D.C. Bar No. 90021524
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
(202) 353-7578
william.s.jankowski@usdoj.gov

*Counsel for Defendants*

2