**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JOYCE BEATTY,

       *Plaintiff*,

v.

DONALD J. TRUMP, *et al.*,

       *Defendants*.

Civil Action No. 25-4480 (CRC)

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion for a Stay of Permanent Injunction Pending Appeal, ECF No. ___, it is hereby **ORDERED** that the motion is **GRANTED**.  The permanent injunction as to naming is **STAYED** pending appellate proceedings.

       **SO ORDERED**.

_____
THE HON. CHRISTOPHER R. COOPER
UNITED STATES DISTRICT JUDGE

1