**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOYCE BEATTY, <br><br> *Plaintiff,* <br><br> v. <br><br> DONALD J. TRUMP, *et al.,* <br><br> *Defendants.* | Civil Action No. 25-4480 (CRC) |

**MOTION FOR TWELVE-HOUR EXTENSION TO
COURT'S JUNE 12 COMPLIANCE DEADLINE**

Defendants respectfully request a brief extension of time to file the compliance declaration required by this Court's May 29, 2026 permanent-injunction order (*see* ECF No. 49), as one task—the removal of signage from the Center's front portico "that purports to rename the Kennedy Center after President Trump," *id.*—has been delayed because of thunderstorms in the District of Columbia that presented safety concerns for workers. *See* Ex. A. The removal work is presently ongoing, and Defendants expect it will conclude in the early hours of the morning of June 13, 2026. *Id.* Defendants respectfully request a short extension of time—until noon on June 13, 2026—to file their compliance declaration. Defendants reached out to Plaintiff when it became clear late in the evening of June 12 that progress on removal of the letters had been sufficiently hindered to threaten the midnight compliance deadline. Plaintiff provided the following position statement:

> Plaintiff's position is that Defendants had two weeks to comply with the order, and only need an extension because of their inexcusable delay. Plaintiff also has concerns that this fits a patten of non-compliance on Defendants' part. But under the circumstances, Plaintiff takes no position on a 12 hour extension. Plaintiff would strongly oppose any further extensions.

1

A proposed order is attached.

Dated: June 12, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

BRANTLEY MAYERS
Counsel to the Assistant Attorney General

STEPHEN M. ELLIOTT
Assistant Branch Director

/s/ *William S. Jankowski*
WILLIAM S. JANKOWSKI
D.C. Bar No. 90021524
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
(202) 353-7578
william.s.jankowski@usdoj.gov

*Counsel for Defendants*