A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOYCE BEATTY, | |
| *Plaintiff,* | |
| v. | Civil Action No. 25-4480 (CRC) |
| DONALD J. TRUMP, *et al.,* | |
| *Defendants*. | |

## DECLARATION OF CHARLES MATTHEW ("MATT") FLOCA

In accordance with the provisions of 28 U.S.C. § 1746, I, Charles Matthew Floca, state as follows, under penalty of perjury, pertinent to the above-styled and numbered case:

1. I currently serve as the Executive Director and Chief Operating Officer of the John F. Kennedy Center for the Performing Arts ("the Center"). In this capacity, I exercise operational authority over all institutional departments, managing a complex integration of both trust and federal functions, including all elements of the Center's physical footprint.

2. The matters set forth in this Declaration are true and correct from my own personal knowledge and from information made available to me in the course of my official duties.

3. I make this declaration to explain why Defendants need additional time to submit the compliance declaration required by this Court's order. Work to remove physical signage from the Kennedy Center front portico—signage purporting to rename the Kennedy Center after President Trump—is ongoing. That work was delayed earlier today, June 12, due to thunderstorms, which presented safety concerns to workers completing the compliance task. I expect the work to conclude in the early hours of the morning on June 13, 2026.

Executed in Washington, DC, on Friday, June 12, 2026.

Charles Matthew Floca