**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOYCE BEATTY,<br><br>        *Plaintiff,*<br><br>  v.<br><br>DONALD J. TRUMP, *et al.,*<br><br>        *Defendants.* | Civil Action No. 25-4480 (CRC) |

## [DEFENDANTS' PROPOSED] ORDER

Upon consideration of Defendants' motion for a one-day extension of time to file a compliance declaration certifying compliance with the Court's May 29, 2026 permanent-injunction order, ECF No. 49, the Court GRANTS Defendants' motion. It is ORDERED that Defendants shall file with the Court a sworn declaration from a responsible official of the Kennedy Center certifying compliance with the Court's May 29, 2026 order by noon on June 13, 2026.


Date: _____

                                       _____
                                       **Hon. Christopher R. Cooper**
                                       United States District Judge

1