## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOYCE BEATTY,

        *Plaintiff*,

v.

DONALD J. TRUMP, *et al.*,

        *Defendants*.

Civil Action No. 25-4480 (CRC)

### NOTICE OF COMPLIANCE

As set forth in the attached declaration of Matthew Floca, Defendants are now in full compliance with the Court's May 29, 2026 permanent-injunction order. *See* ECF No. 49. Defendants have (1) removed signage "that purports to rename the Kennedy Center after President Trump"; (2) "update[d] the Kennedy Center's official website to remove all references to the institution as the 'Trump Kennedy Center,' the 'Donald J. Trump and John F. Kennedy Memorial Center for the Performing Arts,' or any similar formulation," and (3) withdrawn any and all "trademark application[s] officially referring to the Kennedy Center as the 'Trump Kennedy Center,' the 'Donald J. Trump and John F. Kennedy Memorial Center for the Performing Arts,' or any similar formulation." *Id.*[1]

---

[1] The Court in its permanent-injunction order set a compliance deadline of June 12, 2026. *See* ECF No. 49 at 2. After Defendants moved for a brief twelve-hour extension to that deadline, *see* ECF No. 58, the Court granted Defendants' request, setting a new compliance deadline of noon on June 13, 2026, *see* Min. Order (June 13, 2026).

1

Dated: June 13, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

BRANTLEY MAYERS
Counsel to the Assistant Attorney General

STEPHEN M. ELLIOTT
Assistant Branch Director

/s/ *William S. Jankowski*
WILLIAM S. JANKOWSKI
D.C. Bar No. 90021524
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
(202) 353-7578
william.s.jankowski@usdoj.gov

*Counsel for Defendants*