## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOYCE BEATTY,

*Plaintiff,*

v.

Civil Action No. 25-4480 (CRC)

DONALD J. TRUMP, *et al.,*

*Defendants.*

## DECLARATION OF CHARLES MATTHEW ("MATT") FLOCA

In accordance with the provisions of 28 U.S.C. § 1746, I, Charles Matthew Floca, state as follows, under penalty of perjury, pertinent to the above-styled and numbered case:

1. I currently serve as the Executive Director and Chief Operating Officer of the John F. Kennedy Center for the Performing Arts ("the Center"). In this capacity, I exercise operational authority over all institutional departments, managing a complex integration of both trust and federal functions, including all elements of the Center's physical footprint.

2. The matters set forth in this Declaration are true and correct from my own personal knowledge and from information made available to me in the course of my official duties.

3. I am a "responsible official of the Kennedy Center" qualified to certify compliance with the Court's May 29, 2026 order permanently enjoining the Center and its Board of Trustees ("the Board") from displaying, installing, or maintaining signage and distributing official materials designating, suggesting, or implying that the Center is named for any person other than President John F. Kennedy. ECF No. 49 at 2–3.

4. On June 12, 2026, Defendants sought a brief extension of the Court's June 12 deadline to file this declaration, due to weather-related delays associated with the removal of the signage. As of today, June 13, 2026, I certify that the Center and its Board have complied with the Court's order.

5. The Defendants in this litigation have:

   a. Removed all physical signage on the Kennedy Center building and grounds, including the front portico, that purports to rename the Kennedy Center after President Trump or any other individual besides President Kennedy;

    b.  Updated the Kennedy Center's official website to remove all references to the institution as the "Trump Kennedy Center," the "Donald J. Trump and John F. Kennedy Memorial Center for the Performing Arts," or any similar formulation; and

    c.  Withdrawn any trademark application officially referring to the Kennedy Center as the "Trump Kennedy Center," the "Donald J. Trump and John F. Kennedy Memorial Center for the Performing Arts," or any similar formulation.

6.  Defendants have further:

    a.  Removed references to President Trump from employees' email signatures, employees' email communications, letterhead, brochures, promotional materials, press releases, signs, contracts, memoranda of understanding, and any other agreements to which the Center or its Board is a party; and

    b.  Issued to employees new identification cards removing any references to President Trump.

Executed in Washington, DC, on Saturday, June 13, 2026.

Charles Matthew Floca