**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOYCE BEATTY,<br><br>*Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-4480 (CRC) |

### DECLARATION OF CHARLES MATTHEW ("MATT") FLOCA

In accordance with the provisions of 28 U.S.C. § 1746, I, Charles Matthew Floca, state as follows, under penalty of perjury, pertinent to the above-styled and numbered case:

1. I currently serve as the Executive Director and Chief Operating Officer of the John F. Kennedy Center for the Performing Arts ("the Center"). In this capacity, I exercise operational authority over all institutional departments, managing a complex integration of both trust and federal functions, including all elements of the Center's physical footprint.

2. The matters set forth in this Declaration are true and correct from my own personal knowledge and from information made available to me in the course of my official duties.

3. To the best of my knowledge, pursuant to the Court's prior orders permanently enjoining the Center and its Board of Trustees ("the Board") from displaying, installing, or maintaining any unauthorized signage, the Center has achieved full compliance. Should I or other executive officials become aware of any remaining instances of the use of the President's name on the Center's building or grounds, the Center will take expeditious remedial action to remove each instance.

4. The Center has halted all steps to effectuate the March 16 decision to wind down programming and fully close the facility by July 5, 2026.

5. The Center will maintain an operational model past July 5, allowing for continued public access. Educational and community-outreach programming will also be maintained.

6. Given present uncertainty as to future programming, management has deferred affirmative long-term programming or staffing adjustments until the Board selects a final operational path.

7. Management is currently compiling materials for a Board meeting in mid-July regarding operational and construction options. These options will include variation of:

   a. A full closure of the Center to accelerate construction activities with no ongoing public programming.

   b. A partial closure of specific building spaces, enabling some continued public access and limited programming in unaffected spaces.

   c. A coordinated series of phased closures designed to address the most critical infrastructure needs while maintaining more onsite programming

8. Additional capital repair and construction activities have begun; those initial activities are scheduled to take place between July and December 2026. The exact timelines and scope are subject to adjustment pending the Board's determinations.

Executed in Washington, DC, on Friday, June 19, 2026.


_____

Charles Matthew Floca