**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOYCE BEATTY,<br><br>*Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-4480 (CRC) |

**DECLARATION OF CHARLES MATTHEW ("MATT") FLOCA**

In accordance with the provisions of 28 U.S.C. § 1746, I, Charles Matthew Floca, state as follows, under penalty of perjury, pertinent to the above-styled and numbered case:

1. I currently serve as the Executive Director and Chief Operating Officer of the John F. Kennedy Center for the Performing Arts ("the Center"). In this capacity, I exercise operational authority over all institutional departments, managing a complex integration of both trust and federal functions, including all elements of the Center's physical footprint. I represent the executive management of the Center before its Board of Trustees. In my employment, I report to the Board.

2. The matters set forth in this Declaration are true and correct from my own personal knowledge and from information made available to me in the course of my official duties.

3. The Center's Board of Trustees convened for a meeting on August 13, 2026. I attended that meeting. At the meeting, I observed a third-party analyst, a consultant from the Delta Consulting Group, give a presentation on the Center's operational and programming status. The independent analyst outlined two possible operational models that the Board could adopt to achieve the construction activities contemplated under the July 2025 congressional appropriation of capital repair and restoration funding to the Center. One proposal contemplated revolving partial closures (of roughly one-third of public space within the main building of the Center) over four years of construction. The independent analyst estimated that this proposal would require roughly $560 million in funding. The second proposal contemplated a partial closure of the Center (a full closure of the main building of the Center) over two years of construction. The analyst estimated that this proposal would require roughly $285 million in funding, much of which would be covered by the existing $257 million congressional appropriation.

4. The independent analyst emphasized that the first operational model, involving revolving partial closures of the main building, would not only increase the cost and length of the

project, but would also present substantial safety concerns. He also expressed his opinion, based on his experience with similar public venues, that the Center would suffer a significant reduction in both revenue and fundraising ability over the entire four years of the project, and would suffer reputational damage as a result of patrons attempting to enjoy performances in and around a construction site. He advised that the second model, in which the main building would be fully closed but for a much shorter period, would best preserve the Center's reputation as a world-class performing-arts venue. The analyst recommended to the Board that it proceed with the second proposal.

5. Following discussion and review of the analyst's recommendation, as well as a project plan developed by JLL, a real-estate services and development firm, the Board voted (23 to 3) to adopt the second proposal: a full closure of the main building of the Center for two years of construction while maintaining fine- and performing-arts programming in the REACH building and while maintaining support for offsite performances by the National Symphony Orchestra. The proposal contemplates that educational programming and opportunities will continue during the closure, and that signature productions put on by the Center—including the Kennedy Center Honors and the Mark Twain Prize for American Humor—will occur offsite. The proposal also contemplates that the Center will preserve public access to the memorial experience for President Kennedy by relocating that experience to the REACH building during construction.

6. I am also aware of the covered scaffolding erected on the front facade of the main building. The Center installed this structure and its accompanying enclosure to facilitate the safe removal of President Trump's name from the building facade. The enclosure served as a necessary safety barrier for ongoing construction activities, safeguarding the marble facade in light of reported panel damage in the vicinity, while protecting on-site personnel during the removal and repair process. Evaluation of the facade and any need for repairs is ongoing.

7. Beyond the facade evaluation, the scaffolding is also positioned to support ongoing and planned investigations and repairs to the roof overhang soffits upon the completion of terrace roof drain water testing. Maintaining the existing staging—thereby avoiding premature demobilization and subsequent remobilization—minimizes schedule delays, operational disruption, and unnecessary cost duplication.

Executed in Washington, DC, on Tuesday, August 18, 2026.

Charles Matthew Floca