**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JOYCE BEATTY,

*Plaintiff*,

v.

DONALD J. TRUMP, *et al.*,

*Defendants*.

Civil Action No. 25-4480 (CRC)

**NOTICE OF ERRATA**

PLEASE TAKE NOTICE that Defendants hereby submit this notice of errata, updating one of the attachments to the parties' recently filed Joint Status Report (ECF No. 64). Defendants' counsel received from the Center a non-final version of the resolution recently passed by the Kennedy Center's Board of Directors at the Board's August 13, 2026 meeting. *See* Decl. of Joseph LaFauci ¶ 2. The correct and final version of the Board's resolution is attached here, along with a declaration explaining the error and establishing the authenticity of the final version.

Dated: August 20, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

*/s/ Brantley Mayers*
BRANTLEY MAYERS
Counsel to the Assistant Attorney General

STEPHEN M. ELLIOTT
Assistant Branch Director

CHRISTOPHER M. LYNCH
Chief Litigation Counsel

*/s/ William S. Jankowski*
WILLIAM S. JANKOWSKI
D.C. Bar No. 90021524
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
(202) 353-7578
william.s.jankowski@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I, William S. Jankowski, hereby certify that on August 20, 2026, I electronically filed the foregoing, and all its attachments, using the Court's CM/ECF system, which automatically serves this document upon all counsel of record, in keeping with LCvR 5.4(d).

*_/s/ William S. Jankowski_*
William S. Jankowski

*Counsel for Defendants*