**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOYCE BEATTY,<br>*Plaintiff*,<br>v.<br>DONALD J. TRUMP, *et al.*,<br>*Defendants*. | Civil Action No. 25-4480 (CRC) |

**DECLARATION OF JOSEPH LAFAUCI**

In accordance with the provisions of 28 U.S.C. § 1746, I, Joseph LaFauci, state as follows, under penalty of perjury, pertinent to the above-styled and numbered case:

1. I am the Vice President, Board Relations and Government Affairs for the John F. Kennedy Center for the Performing Arts, and I have been in that position since the spring of 2025. The matters set forth in this Declaration are true and correct from my own personal knowledge, and if called as a witness, I could and would competently testify under oath thereto.
2. On August 13, 2026, the Board of Trustees passed a recognition resolution. On August 18, 2026, the Center provided a copy of that resolution to the Department of Justice attorneys representing the Center in *Beatty v. Trump*, 25-cv-4480 (D.D.C.) to attach to the Joint Status Report due the same day. In doing so, the Center unknowingly and accidentally sent to the Department a draft version of the resolution, different from the one that the Board voted on and passed.
3. Attached to this Declaration is a true and correct copy of the recognition resolution that the Board voted on and passed.
4. The correct resolution was read into the record once presented.

Executed in Washington, DC on Thursday, August 20, 2026.

Joseph LaFauci