# RESOLUTION OF THE BOARD OF TRUSTEES OF THE JOHN F. KENNEDY CENTER FOR THE PERFORMING ARTS

WHEREAS, the John F. Kennedy Center for the Performing Arts ("Center") is currently experiencing decades of physical neglect and deferred maintenance that have resulted in significant degradation to the structure of the facility;

WHEREAS, the Center has been in dire need of funding for both the physical plant and the programming mission, historically losing $100M per year;

WHEREAS, President Donald J. Trump is successfully engaging in fundraising efforts, already raising hundreds of millions of dollars for the Center, both in appropriated funds and private funds, and bringing the Center back from the brink of disaster by overseeing an extensive restoration and renovation;

WHEREAS, the Center would be in financial ruin without President Trump's unique stature as both an unparalleled fundraiser and world-class developer, and it is due to President Trump's position as the head of the Center that both financial backers and Congress have been willing to, and remain willing to, support the Center to prevent financial ruin;

IT IS HEREBY RESOLVED that the Center desires to recognize and honor President Trump's current and future existential and unprecedented contributions to the survival of the Center by all legal means, in any or all of the following ways:

FIRST, the Center desires to honor the President's contributions, current and future, with an inscribed recognition on the building, below the name of the Center, as follows:

**The John F. Kennedy Memorial Center for the Performing Arts**
**renovated and restored by**
**President Donald J. Trump**

SECOND, the Center desires to further recognize the President's contributions, current and future, upon the endowment of the Trump Kennedy Center Fund reaching $100M, with an inscribed recognition on or in the building, below the name of the Center, once the $100M threshold is met, as follows:

**The John F. Kennedy Memorial Center for the Performing Arts**
**renovated and restored by**
**President Donald J. Trump**
**endowed by**
**The Trump Kennedy Center Fund**

THIRD, the Center desires to name the physical site and grounds upon which the Center sits, which are not named in the governing statutes, the "President Donald J. Trump Plaza."

IT IS FURTHER RESOLVED, that the Executive Director and Chief Operating Officer shall undertake all legal means to effectuate such recognition after fourteen (14) days from the date of the adoption of this resolution.