**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOYCE BEATTY,<br><br>*Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP *et al.*,<br><br>*Defendants*. | No. 25-CV-4480 (CRC) |

**DECLARATION OF NATHANIEL A.G. ZELINSKY**

I, Nathaniel A.G. Zelinsky, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I represent Plaintiff Congresswoman Joyce Beatty in this matter. I submit this declaration in support of Plaintiff's Motion for Emergency Injunctive Relief. I have personal knowledge of the facts stated herein except where stated otherwise.

2. Attached to this declaration as **Exhibit A** is a true and correct copy of the agenda for the August 13, 2026, meeting of the Board of Trustees of the John F. Kennedy Center for the Performing Arts.

3. Attached to this declaration as **Exhibit B** is a redline of the two versions of the resolution filed by Defendants at ECF No. 66-2 and ECF No. 64-2, with certain formatting changes omitted from the redline to make the redline more readable.

4. I reviewed the board packet transmitted to Plaintiff Beatty prior to the August 13, 2026, meeting of the Board of Trustees of the John F. Kennedy Center for the Performing Arts. Those materials did not contain a draft of the recognition resolution which was offered at the meeting.

5. In an earlier version of the joint status report filed on August 18, 2026, Defendants originally stated, in connection with representations about the purpose of the scaffolding and tarp: "Final removal of the scaffolding and its barrier is contingent upon the pending scope of repairs required for the marble facade, which is undergoing evaluation to determine the extent of remediation required following removal of President Trump's name."

6. Upon receiving Plaintiff's response, which noted that the potential for marble damage raised additional concerns about Defendants' unlawful plan to reinstall Trump's name on the portico, Defendants changed the relevant portion of the status report to state: "Final removal of the scaffolding and its barrier is contingent upon the scope of any repairs required at present to the marble facade, as well as any other necessary repairs."

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of August, 2026.

/s/ Nathaniel A.G. Zelinsky
Nathaniel A.G. Zelinsky
Washington Litigation Group
1717 K Street, NW, Suite 1120
Washington, D.C. 20006
202-521-8750
nzelinsky@washingtonlitigationgroup.org