# Exhibit A

The Kennedy Center

# THE JOHN F. KENNEDY CENTER FOR THE PERFORMING ARTS
# BOARD OF TRUSTEES
# MEETING AGENDA

Thursday, August 13th 2026
10:30 A.M. Eastern time
Zoom link provided to members

| | |
|---|---|
| **Call to Order** | **Jennifer Fischer, Vice Chair** |
| **Approval of June Meeting Minutes** | |
| **Election of Officers**<br>Chairman<br>Vice Chair<br>Treasurer<br>Secretary<br>General Counsel | |
| **Litigation Update** | **Elliot Berke, General Counsel** |
| **Building & Grounds Presentation** | **Matt Floca, Executive Director** |
| **Adjournment** | |