**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOYCE BEATTY,<br>*Plaintiff*,<br>v.<br>DONALD J. TRUMP *et al.*,<br>*Defendants*. | No. 25-cv-4480 (CRC) |

**[PROPOSED] TEMPORARY STAY OF THE AUGUST 13, 2026, RESOLUTION**

It is hereby **ORDERED** that Plaintiff's motion for a temporary stay of the August 13, 2026, resolution seeking to "recognize and honor" Donald Trump (the "Recognition Resolution") until the Court enters a decision on Plaintiff's Motion for Emergency Injunctive Relief is **GRANTED**. Defendants, their officers, employees, agents, servants, attorneys, and anyone acting in concert or participation with them shall take no steps to effectuate the Recognition Resolution during the pendency of the motion.

SO ORDERED this ______ day of September, 2026.

______________________________
HONORABLE JUDGE CHRISTOPHER COOPER
UNITED STATES DISTRICT JUDGE