**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOYCE BEATTY,<br><br>*Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP *et al.*,<br><br>*Defendants*. | No. 25-cv-4480 (CRC) |

**[PROPOSED] ORDER ON MOTION FOR EMERGENCY INJUNCTIVE RELIEF**

This matter comes before the Court on Plaintiff's Motion for Emergency Injunctive Relief. Having reviewed Plaintiff's motion, declarations, and other evidence and argument submitted in support of the Motion, as well as any opposition thereto, and in accordance with Federal Rule of Civil Procedure 65, the Court finds that Plaintiff has satisfied the requirements for the issuance of a permanent injunction.

It is hereby **ORDERED** that Plaintiff's Motion for Emergency Injunctive Relief is **GRANTED**. It is further

**ORDERED** that Defendants, their officers, employees, agents, servants, attorneys, and anyone acting in concert or participation with them, are **PERMANENTLY ENJOINED** from:

a) enforcing the August 13, 2026, resolution seeking to "recognize and honor" Donald Trump;

b) affixing the inscriptions "Restored and Renovated by President Donald J. Trump" and "Endowed by the Trump Kennedy Center Fund" on the front portico;

c) renaming the grounds of the Kennedy Center the "President Donald J. Trump Plaza";

d) undertaking any further efforts to memorialize President Trump in violation of Section 76j(b);

e) and undertaking any efforts to effectuate the bylaw provisions of the Trump Kennedy Center for the Performing Arts Foundation referenced in Defendants' Emergency Motion for a Stay Pending Appeal and an Immediate Administrative Stay, filed June 12, 2026 in the D.C. Circuit, that condition the donation of funds to the Kennedy Center on the Center being named for President Trump, including but not limited to the provision that states: "[T]he Board of Directors shall condition such donations to the Center upon the name of the Center remaining unchanged as the 'Donald J. Trump and John F. Kennedy Memorial Center for the Performing Arts.' In the event the Center should at any time remove the name of President Donald J. Trump from its filings, marketing, branding, façade, or any other affiliated location, the Corporation shall recover from the Center the total of all gifts, donations, and contributions made to the Center by or on behalf of the Corporation."

SO ORDERED this ______ day of September, 2026.

HONORABLE JUDGE CHRISTOPHER COOPER
UNITED STATES DISTRICT JUDGE