**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOYCE BEATTY,<br><br>*Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-4480 (CRC) |

**DECLARATION OF JOSEPH LAFAUCI**

In accordance with the provisions of 28 U.S.C. § 1746, I, Joseph LaFauci, state as follows, under penalty of perjury, pertinent to the above-styled and numbered case:

1. I am the Vice President, Board Relations and Government Affairs for the John F. Kennedy Center for the Performing Arts, and I have been in that position since the spring of 2025. The matters set forth in this Declaration are true and correct from my own personal knowledge, and if called as a witness, I could and would competently testify under oath thereto.

2. One of the responsibilities of my role is to attend and take the minutes of meetings of the Board of Trustees of the Center. In that capacity, I attended the meeting of the Board on August 13, 2026. At that meeting, the Board voted to approve, one with amendment, the minutes of the Board's meeting on June 11, 2026. The document attached to this Declaration as Exhibit A is a true and correct copy of the approved minutes from the June 11 meeting.

3. I also took the minutes of the August 13 board meeting. The document attached to this Declaration as Exhibit B is a true and correct copy of the preliminary minutes of the August 13 meeting. They are preliminary because they have not yet been presented to the Board for approval. However, from my own observation of the August 13 meeting, the preliminary minutes accurately reflect the discussions and content of the meeting.

4. As the preliminary minutes reflect, the Board voted to recognize the Trump Kennedy Center Fund once its endowment reaches $100 million. The Trump Kennedy Center Fund will be an independent entity organized under section 501(c)(3) of the Internal Revenue Code to endow the Center and provide additional operational resources to prevent another financial crisis from occurring again.

Executed on Monday, August 24, 2026.

Joseph LaFauci