# Exhibit A

**CONFIDENTIAL**
**DO NOT DISTRIBUTE**

Rev. 8-14-26

The Kennedy Center

**BOARD OF TRUSTEES**
**SPECIAL MEETING**

**Thursday, June 11, 2026**
**4:00 pm Eastern Time**
**Virtual, Via Zoom**

**Meeting Minutes**

**OFFICERS:**

President Donald J. Trump, Chair
Matt Floca, Chief Operating Officer and Executive Director
Jennifer Fischer, Vice Chair
John Falconetti, Treasurer
Elliot Berke, General Counsel

**OFFICERS ABSENT:**

Sergio Gor, Secretary

**SPECIAL GUEST:**

Howard Lutnick, United States Secretary of Commerce

**TRUSTEES**

Brian Ballard
Maria Bartiromo
Pamela Bondi
Mary Helen Bowers
Robert Castellani
Pamella DeVos
Patricia Duggan
Lee Greenwood
Kate Haselwood
Mindy Levine
Lynda Lomangino
Allison Lutnick

Douglas Manchester
Laura Perlmutter
Denise Saul
Andrea Wynn
Paolo Zampolli

**TRUSTEES ABSENT**

Hannah Buchan
Elaine Chao
Emilia May Fanjul
Lynn Friess
Pamela Gross
Laura Ingraham
Dana Kraft
Barbara Long
Catherine Reynolds
Dan Scavino
Cheri Summerall
Susan Wiles

**EX OFFICIO TRUSTEES**

Representative Joyce Beatty (Ex Officio)
Representative Rick Larsen (Ex Officio)
Representative Michael McCaul (Ex Officio)
Senator Sheldon Whitehouse (Ex Officio)

**EX OFFICIO TRUSTEES ABSENT**

The Honorable Muriel Bowser, Mayor of District of Columbia
Lonnie Bunch, Secretary, Smithsonian Institution
Senator Shelley Moore Capito
Senator Susan Collins
Lewis Ferebee, Chancellor, DC Public Schools
Senator Deb Fischer
Representative Sam Graves
Representative Hakeem Jeffries, Democratic Leader of the House of Representatives
Representative Mike Johnson, Speaker of the House of Representatives
Robert F. Kennedy, United States Secretary Health & Human Services
Representative Julia Letlow
Linda McMahon, United States Secretary of Education

Robert Newlen, Acting Librarian of Congress
Marco Rubio, United States Secretary of State
Senator Chuck Schumer, Senate Democratic Leader
Senator John Thune, Senate Majority Leader
Billie Tsien. Chair, US Commission of Fine Arts
Senator Mark Warner

**Surrogates Attending**

LaToya Foster on behalf of Mayor Muriel Bowser
Johanna Hardy on behalf of Chairman Sam Graves
Emily Barret on behalf of Leader Hakeem Jeffries
Ann Jacobs on behalf of Representative Rick Larsen
Stefanie Muchow on behalf of Leader John Thune
Erin Vaughn on behalf of Leader Chuck Schumer
Elizabeth Falcone on behalf of Senator Mark Warner

**KENNEDY CENTER STAFF IN ATTENDANCE**

Donna Arduin, Chief Financial Officer
Roma Daravi, Vice President Public Relations
Bronagh Donlon, Vice President, Special Events
Joe LaFauci, Vice President, Board Relations & Government Affairs
Sarah Weingast, Associate General Counsel, Notetaker

I. **Call to Order** **Vice Chair Jennifer Fischer**

Vice Chair Jennifer Fischer called the meeting to order at 4:09 pm.

II. **Approval of March 16, 2026 Board Minutes** **Vice Chair Jennifer Fischer**

Ms. Fischer asked for any edits to the draft Minutes of the Board's March 16, 2026 meeting. Senator Whitehouse raised an edit to correct a typo in Laura Ingraham's name. With this edit, a motion to pass the minutes of the March 16, 2026 meeting was made by Denise Saul and seconded by John Falconetti, Treasurer. The motion was passed unanimously.

III. **Vice Chair's Remarks** **Vice Chair Jennifer Fischer**

Ms. Fischer reminded the Board that the meeting is confidential. There will be no recording.

IV. **Upcoming Events and Programming** **Bronagh Donlon, Vice President, Special Events**

Bronagh Donlon, Vice President of Special Events, provided an update on the following upcoming special events and programming:

- **Mark Twain Prize** – weekend of June 28, 2026. Recipient is Bill Maher. Presenting Sponsors: Wells Fargo; Official Airline Sponsor: United Airlines; Sponsor: Booz Allen. Ms. Donlon noted we would love to see all board members there. Ms. Fischer added that if you cannot be there, please support financially.

- **Fourth of July – Fireworks on the Fourth**: Ms. Donlon noted that it was a special year celebrating America 250. She reviewed the timeline of events and noted there were packages available for individuals and corporations and that complimentary parking would be offered to all guests.

- **Moulin Rouge**: running from June 17, 2026 to June 28, 2026. Ms. Donlon noted there will be a party for Circles Members on June 18, 2026 in the Syberjet Lounge.

- **Bluey**: running from June 24, 2026 to June 28, 2026. Ms. Donlon noted this is a fantastic family show.

- **Honors**: Ms. Donlon noted that planning will start in July and she is excited to get it going. There will be requests for help and for sponsorship.

V. **Litigation Update** **General Counsel Elliot Berke**

Elliot Berke, General Counsel to the Center, provided an update on the two lawsuits. Two Fridays ago, the US District Court for the District of Columbia issued rulings both in *Beatty v. Trump* and *DC Preservation League v. Board of Trustees of the John F. Kennedy Center for the Performing Arts*.

On June 4, 2026, the Center's Office of General Counsel issued a memo to all staff regarding compliance with the orders. Staff was instructed to change letterhead and documents immediately, with other changes such the website and social media by this Friday. There is also activity related to the Court's order regarding the renovation plans. We intend to call a Board meeting after July 4th to discuss.

Representative Rick Larsen, Ex Officio, asked whether the removal of the President's name from the front of the building was to be by tomorrow. Mr. Berke confirmed that it was to be removed by close of business tomorrow.

Representative Larsen asked if the Board was precluded from following up on appeal. Mr. Berke responded that while we are not pursuing a stay and while we would not discuss strategy, we are still considering an appeal.

Representative Joyce Beatty, Ex Officio, thanked the Board for being in compliance. She looks forward to all the programming mentioned and intends to fully participate in all.

Doug Manchester, Trustee, asked what options, if any, do we have to preserve President Trump's name. Mr. Berke responded that it would be an appeal by Board vote. Mr. Manchester stated he would like to appeal.

Mindy Levine, Trustee, stated that before a consensus of the board is taken, there is a lot more work to be done, guidance from counsel and guidance from the Department of Justice. She indicated that she is not ready to vote.

Mr. Manchester stated that he would like to be advised by counsel what our options are going forward.

Brian Ballard, Trustee, asked why we would not appeal before taking the name down. President Donald J. Trump, Chairman of the Board, stated that he had asked that same question but that the lawyers wanted to do it a different way. He noted that we are saving the place, but the judge does not care that it is structurally a mess. The Chair would not let it be dictated by the Board. The place has been poorly run and has been losing money for years; we are going to make it into a diamond, just like we did with the reflecting pool and the city of Washington. Now they are beautiful again. The Chair also stated that the judge is a radical and that his wife does not go by the same last name, Cooper. The Chair said that he would have done the stay and he would have done the appeal. He thinks we have to fight it out.

**VI. Secretary Howard Lutnick's Remarks** **Secretary Howard Lutnick**
**US Secretary of Commerce**

Ms. Fischer then welcomed Secretary Howard Lutnick, US Secretary of Commerce, as a special guest to provide remarks.

Secretary Lutnick began by acknowledging that the President's commitment is second to none. Secretary Lutnick has run public companies for thirty-five years. He wants to be sure we use best practices going forward. We want this institution to stand in glorious honor to President Kennedy. We want programing. We know

this building is significant disrepair to point of danger. It's only a matter of time before it falls apart; thankfully President Trump is going to renovate.

Secretary Lutnick stated that the building is falling into disrepair. Getting money from Congress is nearly impossible.

Secretary Lutnick said that as the greatest fundraiser, President Trump can create the Trump Kennedy Center Fund, an endowment to defend the institution going forward. President Trump has agreed to help.

Secretary Lutnick said that we want to appropriately acknowledge President Trump and the $257 million in appropriations. The Trump Kennedy Center Fund will protect this center. Secretary Lutnick stated that we will work with the courts regarding this acknowledgement.

Ms. Fischer read the following Resolution proposed by Secretary Lutnick:

**RESOLUTION**

WHEREAS President Donald J. Trump serves as Chairman of the Board of Trustees of the John F. Kennedy Memorial Center for the Performing Arts ("Center"), as duly elected by the Board of Trustees in January of 2025. His commitment to uphold this cherished American institution is unprecedented.

WHEREAS, The Board of Trustees recognizes President Trump's resolve, having secured $257 million from the United States Congress to renovate and restore this national treasure.

WHEREAS, the Trump Kennedy Center Fund is committing to raise additional funds to endow the Center, so that it takes its place as the preeminent performing arts institution of the United States.

WHEREAS the major contribution by President Donald J. Trump and the Trump Kennedy Center Fund exemplifies a profound dedication to the ongoing legacy of The John F. Kennedy Memorial Center for The Performing Arts, through its renovation, restoration, and endowment to the highest standards.

BE IT RESOLVED, The Board of Trustees will abide by the Center's governing statute (as amended), court orders, and internal policies to effectuate this acknowledgement.

Lee Greenwood, Trustee, moved to pass the resolution proposed by Secretary Lutnick. The motion was seconded by John Falconetti.

Doug Manchester, Trustee, moved to pass the resolution to stay and appeal the court's orders related to the Donald J. Trump and John F. Kennedy Memorial Center for the Performing Arts. The motion was seconded by Brian Ballard, Trustee.

Vice Chair Fischer emphasized the importance of procedure, stating that the board is in the middle of discussion on another business item. This item will be revisited after discussion and action on the matter at hand.

Regarding Secretary Lutnick's resolution, Representative Beatty asked whether the fund should be an endowment. The Center already has an endowment. Per our Bylaws, the Center already has a Trust. Representative Beatty asked for clarification on the difference between the Trump Kennedy Center Fund and the Trust and asked what of the previous Board's endowment? The trust and endowment are entirely different by law.

Secretary Lutnick responded that the Center has been funded by Congress to try to get money to fix the building. Congress would say no. He noted that it is very difficult to get Congress to give money to renovate. President Trump's idea for the Trump Kennedy Center Fund is new. It will raise hundreds of millions of dollars so that the Center will not have ask Congress for money. The Center would never have gotten $257 million unless President Trump fought for the money.

Representative Beatty responded that she was not questioning the need or the purpose, she is simply asking to differentiate. There are different laws to endow. The resolution we are voting for is endowment. We have a trust now. Is this a third thing that we are establishing?

Secretary Lutnick responded that the Center has the ability to raise a significant amount of money. When President Trump puts his mind to it and his name to it, it is beautiful. President Trump says I am going to work hard to have additional funds; if Congress does not step up, then the Trump Kennedy Fund will be there. This is in addition to. We are going to go to the court and work with the courts to recognize the President and the fund. We will have the courts agree that it is appropriate. It is in addition to – it adds to the glory and strength of this organization. Secretary Lutnick think it is appropriate since President Trump raised $257 million and he is going to raise more funds.

Donna Arduin, Chief Financial Officer to the Center, clarified for Representative Beatty that the Center has several endowments named for other people. This would not be unusual.

Representative Rick Larsen thanked the resolution writer for acknowledging that President did not act alone. It came out of the Subcommittee on Economic Development, Public Buildings, and Emergency Management. He wants to continue this work forward. Representative Larsen asked Mr. Berke about the extent that the resolution binds the Board. Mr. Berke responded that it was collaborative, but it is not resolving anything at this time; rather to work with the legal team to make sure it is in compliance with the Court. Representative Larsen expressed concerned that it may bind the Board to an action he does not agree with (example, the Board decision to name for President Kennedy when that was Congress' right).

Mr. Berke note that as of now, the Court has ordered that the name come down; no one has moved for a stay which would change the dynamic. This resolution provides that we want to continue to acknowledge the President's support and that we want to abide by the court order. Someone could move for a stay, and DOJ can then move for a stay. The Center could appeal.

Representative Larsen thanked Mr. Berke for the discussion. He did not think that what Secretary Lutnick outlined was exclusive. He understands from the President that he would have preferred a stay. But it would be a solution to one of the issues. Representative Larsen then yielded back his time to the chair.

Mr. Manchester restated his resolution to stay the order. It was seconded by Brian Ballard, Trustee.

Maria Bartiromo, Trustee, stated that all the info the Board has has been based on merit. We cannot be on defense here. We are talking about the Commander in Chief having a special skill set of building across the world. All the decisions that have been made have been made on merit.

Ms. Levine, stated that the hesitancy may be due to the fact that what we are considering is not contradictory to the court's mandate, we are asking to work with the court to come up with a solution. We are not in an adversarial position. We are trying to come up with a solution.

Senator Whitehouse noted that the actual operative language of the resolution neither creates nor approves a fund, which Counsel confirmed. The resolution says we will abide by the law and by court orders.

## V. Action on Secretary Lutnick's Resolution

Mr. Falconetti called for a vote on Secretary Lutnick's resolution. The motion was passed unanimously.

## VI. Action on Mr. Manchester's Resolution

Mr. Manchester restated his motion to stay and appeal the court's orders related to The Donald J. Trump and the John F. Kennedy Memorial Center for the Performing Arts. Mr. Ballard seconded it.

Secretary Lutnick noted that it is easy to add a stay. The Justice Department is going to file documents. Mr. Ballard noted that he thinks it is important to appeal the judge's decision. To not appeal makes it look like we did something wrong. Mr. Berke noted to amend the motion to stay and appeal.

Senator Whitehouse stated that it seems like the Board is going forward with minimal discussion and with no information regarding a stay and appeal and nothing from Department of Justice. This does not answer the judge's question of due diligence before making these decisions. We should have an adequate presentation from the litigating lawyers, especially if they think that would not be the best use of trust assets.

Mr. Berke noted that while the DOJ is the defending counsel, he can speak to the question. The judge's decision brings up points we would dispute, for example, the memorial to President Trump or a plaque in the nature of a memorial. Mr. Berke thinks there are certainly issues that the judge raised in his opinion that are subject to appeal.

Representative Beatty stated that she cannot vote or participate in this, however she reminded the Board members that they are defendants and as someone pointed out, they have not been adequately briefed. Even if the Center appeals and stays, there is still a second order. You have an obligation to keep the Center open. There is more board work to do. The Board members are all named because of their oversight and responsibility.

Secretary Lutnick stated we are going to keep the center open. We are going to have another board meeting in a couple of weeks and will have full info regarding the construction. The Board will review it together. The information will be sent to all.

Mr. Manchester stated that we need to stay the order or else it has to be taken down.

Ms. Beatty stated that people need to think carefully. We are approving something people have not even read. It looked like we were off to a good start with acting like board members instead of personally or emotionally.

Ms. Levine asked how do we best serve this president? We are all presidential appointees – how do we best serve him in a loyal and efficient way. We need to do our due diligence on the second resolution – need to really get to know the issues and be briefed by the attorneys regarding optics, liabilities, legalities.

Secretary Lutnick stated that the appeal would be ordinary: just asking the judge to consider a different outcome. There is one judge who is politically motivated against the President. His wife is politically motivated. The resolution says that we will do things properly, and we will do it the right way and work through the courts. This is logical, practical and easy.

Joe LaFauci, VP Board Relations and Government Affair for the Center, read the Bylaws, Article VII Meetings of the Board – Section 6: Voting. Mr. Falconetti requested advice of counsel.

Mr. Berke stated that Secretary Lutnick laid it out clearly. The resolution that passed said that we would lay it out within the law. Requesting an appeal and a stay does not compromise fiduciary duties. No action will be taken in violation of the law. If there is a motion to stay and the judge denies it, the letter would have to come down.

Pam Bondi, Trustee, stated that she would have to abstain because the Board is asking the Department of Justice to do something.

A motion was made to take a roll call vote. The motion was passed by a majority of Trustees present.

A motion was made on Mr. Manchester's resolution for a stay and appeal. A roll call vote was taken and the motion was passed:

In favor: 15

Ballard, Bartiromo, Bowers, Castellani, Falconetti,
Fischer, Greenwood, Perlmutter, Levine, Lomangino
Long, Manchester, Saul, Wynn, Zampolli

Against: 2

Larsen, Whitehouse

Abstentions: 3

Beatty, Bondi, Lutnick

Ms. Fischer thanked everyone for their valuable time.

**VII. Executive Session**

The Board went into executive session at 5:18 pm

**VIII. Adjournment**

The meeting was adjourned at 5:24 pm