AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Joyce Beatty
*Plaintiff*
v.
Donald J. Trump, et al.
*Defendant*

Case No. 1:25-cv-04480-CRC

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Joyce Beatty. .

Date: 08/26/2026

/s/ Joshua G. Kolb
*Attorney's signature*

Joshua G. Kolb, Bar ID: NY0628
*Printed name and bar number*

Democracy Defenders Action
600 Pennsylvania Avenue, SE Suite 15180
Washington, D.C. 20003
*Address*

joshua@democracydefenders.org
*E-mail address*

(202) 594-9958
*Telephone number*

*FAX number*