**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOYCE BEATTY,<br><br>*Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP *et al.*,<br><br>*Defendants*. | No. 25-CV-4480 (CRC) |

**DECLARATION OF NATHANIEL A.G. ZELINSKY**

I, Nathaniel A.G. Zelinsky, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I represent Plaintiff Congresswoman Joyce Beatty in this matter. I submit this declaration in support of Plaintiff's Motion for Emergency Injunctive Relief. I have personal knowledge of the facts stated herein except where stated otherwise.

2. Attached to this declaration as **Exhibit A** is a true and correct copy of the August 25, 2026, Washington Post article titled "Kennedy Center finances deteriorated sharply after Trump name change" and originally published at https://www.washingtonpost.com/style/2026/08/25/kennedy-center-revenue-plunged-after-trumps-name-went-building/.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of August, 2026.

/s/ Nathaniel A.G. Zelinsky
Nathaniel A.G. Zelinsky
Washington Litigation Group
1717 K Street, NW, Suite 1120
Washington, D.C. 20006
(202) 521-8760
nzelinsky@washingtonlitigationgroup.org