**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CONGRESSWOMAN JOYCE BEATTY,

*Plaintiff*,

v.

PRESIDENT DONALD J. TRUMP, *et al.*,

*Defendants*.

Civil Action No. 25-4480 (CRC)

**NOTICE**

Given the Court's wish for additional time to consider the Plaintiff's request, Doc. 67, Defendants notify the Court that the August 13, 2026, resolution by the Board of Trustees will not be effectuated before October 8, 2026.

Dated: August 27, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

*/s/ Brantley T. Mayers*
BRANTLEY T. MAYERS
Counsel to the Assistant Attorney General
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 890-9874
brantley.t.mayers@usdoj.gov

*Attorneys for Defendants*