**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOYCE BEATTY,<br>*Plaintiff*,<br>v.<br>DONALD J. TRUMP, *et al.*,<br>*Defendants*. | No. 25 Civ. 4480 (CRC) |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO UNSEAL**

Upon consideration of Plaintiff's Motion to Unseal, it is hereby **ORDERED** that Plaintiff's Motion to Unseal is **GRANTED**; and it is further **ORDERED** that Defendants shall, within 3 days of the date of this Order, publicly file the JLL Plan and the Delta Consulting Group PowerPoint on the Court's docket.

SO ORDERED this ______ day of September, 2026.

_______________________________
HONORABLE JUDGE CHRISTOPHER COOPER
UNITED STATES DISTRICT JUDGE