**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOYCE BEATTY,<br><br>*Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP *et al.*,<br><br>*Defendants*. | No. 25-cv-4480 (CRC) |

**NOTICE**

Plaintiff Joyce Beatty respectfully submits this notice to apprise the Court of recent events that bear on the upcoming discovery conference.

The Board is holding a meeting tomorrow, September 15, 2026, at 12:30 p.m. Plaintiff originally understood that the purpose of this meeting was to allow Board members to meet with the Delta Consulting Group, in what was a transparent effort to backfill the Board's closure vote held on August 13, 2026. But over the weekend, Defendants transmitted additional materials to the Board, including new putative reports that directly link the closure to the Kennedy Center's dire financial circumstances. Those materials also include two draft resolutions Defendants intend to offer at the meeting.

Because these materials implicate the pending motion for emergency relief and the scope of discovery, Plaintiff is notifying the Court immediately and filing the proposed resolutions as Exhibits A and B. Plaintiff is prepared to file the remaining documents with the Court at its direction, or provide them to the Court in person at the hearing tomorrow.[1]

[1] In the interest of bringing this matter to the Court's attention quickly, Plaintiff is currently filing only the draft resolutions. She stands ready to provide the materials to the Court at its direction.

The first draft resolution is yet another vote to shut down the Kennedy Center. It incorrectly asserts that the Delta Consulting Group considers the main building "unsafe for continued occupancy," when Delta expressly disclaimed providing any such opinion. It also seeks to justify the closure by citing a recent leak in the building which caused a portion of the ceiling plaster to detach. (In the past, similar such defects appear to have been addressed without closing the Center.[2]) The second draft resolution would again order the placement of President Trump's name on the exterior of the Center. Notably, the second resolution states that "[t]he Kennedy Center is in such a precarious fiscal position that it will not be able to support its payroll obligations, nor routine maintenance contracts within a matter of weeks." The resolution also states that "[t]he Board understands that without such appropriate recognition it is unlikely that President Trump will provide the fundamental oversight of the renovation of the main building and lead the fiscal rescue of the Center." Plaintiff's counsel is prepared to discuss the implications of Defendants' newest maneuver at the hearing.

---

Defendants indicate that they will not seek to seal the draft resolutions, but requested that Plaintiff indicate the resolutions "are subject to amendment."

[2] *See* Judith Martin, *Kennedy Center Leaks*, Wash. Post (July 14, 1977), https://www.washingtonpost.com/archive/lifestyle/1977/07/14/kennedy-center-leaks/4dfa6167-0bc0-4f72-9473-bcdebb182ec4/.

Dated: September 14, 2026

Respectfully submitted,

/s/ Nathaniel A.G. Zelinsky
NATHANIEL A.G. ZELINSKY
(D.C. Bar No. 1724093)
KYLE R. FREENY
(D.C. Bar No. 247857)
ALEXANDER KRISTOFCAK
(D.C. Bar No. 90045623)

WASHINGTON LITIGATION GROUP
1717 K Street, NW, Suite 1120
Washington, D.C. 20006
202-521-8750
nzelinsky@washingtonlitigationgroup.org

NORMAN EISEN
(D.C. Bar No. 435051)
STEPHEN JONAS
(D.C. Bar No. 90037069)
DAVID W. OGDEN
(D.C. Bar No. 375951)

DEMOCRACY DEFENDERS ACTION
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
202-594-9958
norman@democracydefenders.org

*Attorneys for Plaintiff Joyce Beatty*