# Exhibit B

# RESOLUTION OF THE BOARD OF TRUSTEES

# OF THE JOHN F. KENNEDY CENTER FOR THE PERFORMING ARTS

WHEREAS, the Kennedy Center is in a dire financial position having exhausted its fiscal resources. The Kennedy Center is in such a precarious fiscal position that it will not be able to support its payroll obligations, nor routine maintenance contracts within a matter of weeks. While actively considering alternative means of fiscal survival, President Trump has offered to step in and raise the necessary funds to keep the Center from bankruptcy during its much needed renovation. With certain fiscal collapse within weeks, the board seeks to determine what recognition and acknowledgement will comply with the Court's decisions in *Beatty v. Trump et al.* and with its statutory obligations, and wishes to explore additional options to present that recognition in a concrete and public fashion.

WHEREAS, the Center is seeking to appropriately recognize and acknowledge President Trump for his well timed proffer of fiscal rescue. The Board understands that without such appropriate recognition it is unlikely that President Trump will provide the fundamental oversight of the renovation of the main building and lead the fiscal rescue of the Center. The Board seeks to provide multiple options so that President Trump can be legally and appropriately recognized and acknowledged on the facade of the Kennedy Center so that he agrees to carry the burden of managing the renovation and provides the Center with a much required financial rescue.

IT IS HEREBY RESOLVED that the Center will undertake all legal means to effectuate one or more of the following public recognitions or acknowledgements to the President:

TO BE PLACED ON THE EXTERIOR MARBLE BENEATH THE NAME OF THE CENTER, ONE OF THE FOLLOWING as voted upon by the Board:

- **Option 1:**

Renovation and endowment overseen by

President Donald J. Trump

and the

Trump Kennedy Center Fund

- **Option 2:**

Renovation Restoration and Endowment overseen by President Donald J. Trump

and the

Trump Kennedy Center Fund

- **Option 3:**

With Gratitude for Support from

President Donald J. Trump

and the

Trump Kennedy Center Fund

- **Option 4:**

Renovation and Restoration directed by

President Donald J. Trump

and endowment provided by the

Trump Kennedy Center Fund

- **Option 5:**

Restoration and endowment overseen by

President Donald J. Trump

and endowment provided by the

Trump Kennedy Center Fund

- **Option 6:**

A Legacy protected through the Generosity of President Donald J. Trump

- **Option 7:**

Renovated, restored, and sustained through the generosity of

President Donald J. Trump

- **Option 8:**

Renovation, oversight, and support provided by

President Donald J. Trump

- **Option 9:**

Acknowledging the unwavering support of

President Donald J. Trump

and the

Trump Kennedy Center Fund

- **Option 10:**

Renovation, Restoration, and support by

President Donald J. Trump