**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOYCE BEATTY,<br><br>*Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-4480 (CRC) |

**NOTICE**

Earlier today, Plaintiff filed two draft resolutions that had been provided to members of the Center's Board this past weekend for potential consideration at the Board meeting scheduled for September 15, 2026. *See* Doc. 75; Doc. 75-1; Doc. 75-2. Today, Joe LaFauci, the Center's Vice President of Board Relations, informed the Board that, "[d]ue to the recently exacerbated structural emergencies," tomorrow's meeting "is now focused exclusively on the necessary closure of the Center." *See* Exhibit A at 1. Mr. LaFauci's email also made clear that "[t]he Board stands by the recognition resolution proposed and passed by the Board on August 13, 2026." *Id.*

Dated: September 14, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

*/s/ Brantley T. Mayers*
BRANTLEY T. MAYERS
Counsel to the Assistant Attorney General
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue NW

Washington, D.C. 20530
Telephone: (202) 890-9874
brantley.t.mayers@usdoj.gov

*Attorneys for Defendants*