# Exhibit A

**LaFauci, Joseph**

| | |
|---|---|
| **From:** | LaFauci, Joseph |
| **Sent:** | Monday, September 14, 2026 7:00 PM |
| **To:** | jenniferfischer20; Floca, Matt |
| **Cc:** | Brian Ballard; John Falconetti; Berke, Elliot |
| **Subject:** | Meeting Focus |

Trustees,

Due to the recently exacerbated structural emergencies, this meeting is now focused exclusively on the necessary closure of the Center. The Board stands by the recognition resolution proposed and passed by the Board on August 13, 2026.

Thank you,

**Joe LaFauci**
Vice President, Board Relations
The Kennedy Center
2700 F Street NW | Washington, DC 20566

Kennedy-Center.org

The Kennedy Center