**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOYCE BEATTY,<br><br>*Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP *et al.*,<br><br>*Defendants*. | No. 25 Civ. 4480 (CRC) |

**NOTICE OF BOARD VOTE AND CHAIRMAN STATEMENT**

Plaintiff files this Notice to apprise the Court that, at the meeting of the Kennedy Center Board of Trustees ("Board") held on September 15, 2026, the Board voted to approve the closure resolution. Thereafter, the Chairman of the Board issued a statement about the vote on social media, indicating that the "closing will take place immediately, however, the Renovation and Reconstruction, which is a very large and complex job, cannot begin until such time as the D.C. Circuit rules on the Board's approved name." A screen shot of that statement appears below.



Donald J. Trump
@realDonaldTrump

The Board of The Kennedy Center today agreed, almost unanimously, to close the Building for Safety reasons, and so that it can begin the process of Reconstruction. The closing will take place immediately, however, the Renovation and Reconstruction, which is a very large and complex job, cannot begin until such time as the D.C. Circuit rules on the Board's approved name. If the ruling is a negative one, which it should not be, and is not overturned by the U.S. Supreme Court, the Reconstruction and the Renovation of The Kennedy Center will not take place. The attorneys from the DOJ will ask for an expedited appeal. In the meantime, 17 Million Dollars, raised by President Trump, has been put into The Kennedy Center account to keep it afloat. Thank you for your attention to this matter! President DONALD J. TRUMP

309 ReTruths 1k Likes Sep 15, 2026, 2:54 PM

*See* Donald J. Trump (@realDonaldTrump), Truth Social (Sept. 15, 2026, 2:54 pm ET),

https://truthsocial.com/@realDonaldTrump/posts/117276573235915643.

Dated: September 15, 2026

Respectfully submitted,

/s/ Nathaniel A.G. Zelinsky
NATHANIEL A.G. ZELINSKY
(D.C. Bar No. 1724093)
KYLE R. FREENY
(D.C. Bar No. 1684764)
ALEXANDER KRISTOFCAK
(D.C. Bar No. 90045623)

WASHINGTON LITIGATION GROUP
1717 K Street, NW, Suite 1120
Washington, D.C. 20006
202-521-8750
kfreeny@washingtonlitigationgroup.org
nzelinsky@washingtonlitigationgroup.org

NORMAN EISEN
(D.C. Bar No. 435051)
STEPHEN JONAS
(D.C. Bar No. 90037069)
DAVID OGDEN
(D.C. Bar No. 375951)

DEMOCRACY DEFENDERS ACTION
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
202-594-9958
norman@democracydefenders.org

*Attorneys for Plaintiff Joyce Beatty*