UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOYCE BEATTY**,<br><br>Plaintiff,<br><br>v.<br><br>**DONALD TRUMP**, *et al.*,<br><br>Defendants. | Case No. 25-cv-4480 (CRC) |

**SCHEDULING ORDER**

Upon consideration of the Parties' [63] Joint Meet and Confer Statement and the arguments raised at the hearing on September 15, 2026, it is hereby ORDERED that:

1. Expedited discovery and briefing on Plaintiff's closure claim in this case shall proceed according to the following schedule:

| | |
|---|---|
| Discovery Commences | September 16, 2026 |
| Defendants' Motion to Vacate the Preliminary Injunction and Motion for Summary Judgment | by September 18, 2026 |
| Requests for Written and Document Discovery | by September 23, 2026 |
| Deposition Notices | by September 23, 2026 |
| Responses to Requests for Written and Document Discovery | by September 30, 2026 |
| Depositions Completed | by October 7, 2026 |
| All Discovery Closed | October 9, 2026 |
| Plaintiff's Combined Opposition to Motion to Vacate and Cross-Motion for Summary Judgment | October 16, 2026 |
| Defendants' Reply in Support of Motion to Vacate and Opposition to Plaintiff's Cross-Motion for Summary Judgment | October 23, 2026 |
| Plaintiff's Reply in Support of Cross-Motion for Summary Judgment | October 27, 2026 |

2. Discovery will be limited to the substance, justification, mechanics, and process of the Board of Trustees of the John F. Kennedy Center for the Performing Arts, at its August 13, 2026 meeting, resolving to close the main building of the Center to the public to conduct repairs, as well as the surrounding equities of the decision.

3. The parties shall be limited to 25 interrogatories and 5 depositions per side.

4. While the Court has acceded to the parties' requests to file both a motion to vacate and motions for summary judgment given the overlapping nature of merits issues presented by both types of motions, the Court may well defer judgment on summary judgment for the reasons discussed at the September 15 scheduling conference. In that event, the parties may request additional merits and expert discovery.

5. The parties are strongly encouraged to work together to complete discovery without need of intervention by the Court. No discovery motions may be filed without leave of the Court. In the event that a discovery dispute arises, the parties shall make a good faith effort to resolve or narrow the areas of disagreement. If the parties are unable to resolve the discovery dispute, the parties shall jointly call chambers at (202) 354-3480 to arrange for a conference with the Court. The Court will either rule on the issue at the conclusion of the conference or determine the manner in which it will be handled. At least twenty-four (24) hours before the telephone conference, the parties may be required to file with the Court a brief Joint Notice of Discovery Dispute summarizing the parties' respective positions.

6. Parties may not extend deadlines by stipulation. Parties must seek reasonable extensions by motion.

7. The parties are directed to Local Civil Rule 7(h) regarding the requirements for motions for summary judgment and oppositions. Parties shall provide bound, tabbed courtesy

copies of any document constituting, supporting, or opposing a dispositive motion if said document, together with its exhibits, attachments, declarations, and affidavits, is over one hundred (100) pages.

**SO ORDERED.**

CHRISTOPHER R. COOPER
United States District Judge

Date: September 16, 2026