**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOYCE BEATTY,<br>*Plaintiff*,<br>v.<br>DONALD J. TRUMP *et al.*,<br>*Defendants*. | No. 25 Civ. 4480 (CRC) |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff files this Notice to apprise the Court of two new pieces of evidence that came to light last night. First, yesterday evening, in response to reporter questions regarding the Kennedy Center project, President Trump stated,

> for the Trump administration, for me, to get involved, and to take on long term, and to carry it, or to raise money to carry it, I think that the Trump administration should certainly have recognition. Because frankly, if we don't do that, it's going to close, it will end up being ripped down.[1]

Separately, a photo has been circulated on social media depicting President Trump reading a placard on Air Force One that appears to read "Kennedy Center DEMOLISHED."[2] A copy of the photo is included below.

Given the emergency nature of this matter and Defendants' 10 a.m. filing deadline for their response to Plaintiff's motion, Plaintiff wanted to make sure the Court and Defendants are aware of this new information.

[1] Acyn (@Acyn), X (Sept. 16, 2026, at 6:41 PM), https://x.com/Acyn/status/2100354290858750212.
[2] Aaron Rupar (@atrupar), X (Sept. 16, 2026, at 11:12 PM), https://x.com/atrupar/status/2100422728440217733.




Center DEMOLIS

Dated: September 17, 2026

Respectfully submitted,

/s/ *Alexander Kristofcak*
ALEXANDER KRISTOFCAK
(D.C. Bar No. 90045623)
NATHANIEL A.G. ZELINSKY
(D.C. Bar No. 1724093)
KYLE R. FREENY
(D.C. Bar No. 1684764)

WASHINGTON LITIGATION GROUP
1717 K Street, NW, Suite 1120
Washington, D.C. 20006
202-521-8750
kfreeny@washingtonlitigationgroup.org
nzelinsky@washingtonlitigationgroup.org

NORMAN EISEN
(D.C. Bar No. 435051)
STEPHEN JONAS
(D.C. Bar No. 90037069)
DAVID OGDEN
(D.C. Bar No. 375951)

DEMOCRACY DEFENDERS ACTION
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
202-594-9958
norman@democracydefenders.org

*Attorneys for Plaintiff Joyce Beatty*