# A

Outlook

## Update & Status of the Main Building

**From** Floca, Matt
**Date** Wed 9/16/2026 4:44 PM
**To** KC Staff – All Locations

Dear Kennedy Center Colleagues,

For a long time now, we have seen warnings about the life-safety risks presented by the building's deteriorating infrastructure. On September 4, during a severe storm, a large section of water-damaged plaster detached from the Grand Foyer ceiling and fell approximately 60 feet to the floor. Fortunately, no one was hurt, but we cannot afford to risk another serious safety incident.

Effective immediately, beginning today, September 16, we are closing the main building for the next seven days due to safety concerns with our soffit panels, electrical infrastructure, and structural conditions. This will allow operations staff to determine whether any other severe safety incident is imminent and, if necessary, to remediate such issues. The need to extend this temporary closure will be evaluated on a weekly basis.

To be clear, this is not a decision to effectuate the Board's separate vote to close the building for renovation, described below; it is a distinct decision by management to address imminent life-safety risks pending the Court's ruling on that vote.

Separately, for your awareness: the Board of Trustees met this week to consider a path forward for the building's long-term restoration and voted to temporarily close the main building for necessary restorations and renovations. Effectuating that vote is awaiting a Court decision. We will share an update on the larger renovation project when one is available, and we are hopeful that we may soon be able to commence the effort to modernize the Center and safeguard this national memorial for generations to come.

<u>What This Means for You</u>

Please do not report to the building unless you are essential staff. All on-site operations in the main building are suspended for the duration of this closure, and staff have been approved to work remotely. Understanding that various departments have different needs and reporting structures, please speak directly with your supervisor about whether an on-site presence is necessary for your team. Essential staff approved to work on-site must wear PPE when in restricted areas, no exceptions. Staff badges need to be visible at all times and badges will continue to give essential staff access to the building, but visitors will not be permitted to enter. We will continue to have a robust security presence on-site 24/7.

<u>Operational Details</u>

Main Building – Closed to the public, including the Hall of States, Hall of Nations, and Grand Foyer.

The REACH – Remains fully open to the public for programming, rehearsals, and campus visitors.

Parking Garage – Operations and Auxiliary Services are reviewing access restrictions and will provide additional information as soon as it becomes available.

Gift Shop and Food & Beverage – The Gift Shop and food & beverage services are temporarily relocated to the REACH.

Shuttle Bus – Starting today, all shuttle buses will pick up and drop off directly at the REACH.

Instructions for Today as You Exit the Building: Please exit the campus exclusively through the REACH or via the Level A, B, or C parking garage entrances.

Additional information will be shared with you as it becomes available. In the meantime, please continue engaging with your managers and leadership teams with any questions, and reach out to HR for support.

I am grateful for the professionalism, dedication, and grace you have shown throughout this process, and I remain committed to keeping you informed as much as possible.

Sincerely,

Matt Floca
Executive Director & Chief Operating Officer
The John F. Kennedy Center for the Performing Arts
2700 F Street NW | Washington, DC 20566