**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JOYCE BEATTY,

*Plaintiff*,

v.

DONALD J. TRUMP, *et al.*

*Defendants.*

Civil Action No. 25-4480 (CRC)

**DEFENDANTS' MOTION TO DISSOLVE PRELIMINARY INJUNCTION**

Pursuant to Rule 60(b)(5) of the Federal Rules of Civil Procedure, Defendants respectfully move to dissolve the preliminary injunction that the Court entered on May 29, 2026, ECF No. 48. A memorandum of law in support, a Declaration of Charles Matthew ("Matt") Floca and exhibits thereto, and a proposed order are filed as attachments to this motion.

Dated: September 18, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

BRANTLEY MAYERS
Counsel to the Assistant Attorney General

STEPHEN M. ELLIOTT
Assistant Branch Director

CHRISTOPHER M. LYNCH
Chief Litigation Counsel

*/s/ William S. Jankowski*
WILLIAM S. JANKOWSKI
D.C. Bar No. 90021524
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW

Washington, DC 20530
(202) 353-7578
william.s.jankowski@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I, William S. Jankowski, hereby certify that on September 18, 2026, I electronically filed the foregoing, and all its attachments, using the Court's CM/ECF system, which automatically serves this document upon all counsel of record, in keeping with LCvR 5.4(d).

*_/s/ William S. Jankowski_*
William S. Jankowski

*Counsel for Defendants*