# B

# The Kennedy Center

**BOARD OF TRUSTEES | SPECIAL MEETING AGENDA**

Tuesday, September 15, 2026 | 12:30 P.M. Eastern Time

*Virtual Convening via Zoom (Access Link Provided to Members)*

**1. Call to Order**

**2. Approval of Minutes**

**3. Facility Conditions & Capital Renovations**

**4. Financial Position**

**5. Consideration of Formal Recognition Protocols**

**6. Adjournment**

**MEMORANDUM**

**TO:** The Board of Trustees, The John F. Kennedy Center for the Performing Arts

**FROM:** Matt Floca, Executive Director and Chief Operating Officer

**DATE:** September 12, 2026

**SUBJECT:** Grand Foyer Incident and Supplemental Information Regarding Facility Conditions

Members of the Board of Trustees:

This memorandum is provided for the Board's information. It documents a recent life-safety incident in the Grand Foyer, summarizes preliminary observations and relevant findings from the independent assessment previously made available to the Board, and describes interim measures undertaken to protect occupants and preserve the facility.

On September 4, 2026, during a severe regional storm, a section of ceiling plaster detached and fell in the Grand Foyer near the Hall of Nations entrance. The fallen section measured approximately four feet by five feet and one inch thick and fell from an estimated height of 60 feet. The incident created a large debris field across the Grand Foyer, near the Concert Hall main entrance. No injuries were reported.

Management immediately secured the affected location, restricted access to the Grand Foyer, initiated safety surveys, and began further condition assessment. Preliminary field observations indicate that water infiltration associated with the Terrace Level low-roof overhang may have contributed to the failure. Final cause-and-origin findings remain subject to ongoing engineering and forensic review.

Initial surveys have identified at least seven additional Grand Foyer ceiling locations with visible water-related deterioration and conditions like those observed at the failure location. The Grand Foyer remains closed as necessary while assessment, monitoring, and stabilization measures continue.

A September 3, 2026, soffit-panel assessment identified widespread corrosion and deterioration affecting components that support exterior soffit panels around the building perimeter. Water testing revealed active leakage at all tested roof scupper drains, directly driving this deterioration. Of approximately half of the 278 panels observed, 46 exhibited severe corrosion and 93 exhibited mild-to-moderate corrosion, leading engineers to project that one-third of all panels require immediate replacement. Because these heavy assemblies are suspended approximately 60 feet above the plaza level, the engineering team concluded that continued deterioration presents an active falling-object and life-safety hazard in areas regularly occupied by the public.

Management has also restricted public access to the River Plaza and select perimeter areas beneath or adjacent to exterior soffit assemblies. These precautionary measures are intended to reduce exposure to potential falling-object hazards while engineering assessment, monitoring, and stabilization activities proceed.

The Grand Foyer incident and the perimeter soffit panel assessment are consistent with broader facility-condition concerns identified in the engineering materials previously made available to the Board. Management is coordinating with qualified engineers, specialty contractors, risk-management professionals, insurers, counsel, and other appropriate stakeholders. Immediate efforts are focused on life safety, area security, condition monitoring, incident documentation, and development of appropriate stabilization recommendations.

To facilitate decisive action, two draft resolutions have been prepared for Board review: one authorizing the necessary facility closure and capital renovation sequence, and the second establishing related institutional recognition protocols.

In total, the following materials are attached for the Board's information:

- **Attachment 1:** Video Report of Current Building Conditions
- **Attachment 2:** Grand Foyer Incident Photographic Log
- **Attachment 3:** Written Executive Summary of Building Conditions
- **Attachment 4:** Draft Board Resolutions for Consideration

I look forward to discussing these materials and answering your questions during our meeting on Tuesday, September 15, at 12:30 PM.

Sincerely,

Matt Floca
Executive Director and Chief Operating Officer
The John F. Kennedy Center for the Performing Arts

## TRANSMITTAL & REVIEW ROADMAP

This briefing packet compiles executive, forensic, photographic, and parliamentary documentation regarding building conditions and life-safety priorities across the campus. Trustees are encouraged to review these materials in the sequenced order below prior to our convening:

**Primary Action Document**

- **Executive Memorandum**
    - *Summary:* Formally notifies the Board of an acute life-safety incident in the Grand Foyer, summarizes preliminary findings from independent engineering reviews, outlines immediate precautionary closures, and frames the governance actions before the Board.

**Attachment 1: Executive Forensic Video Report**

- **Video Report of Current Building Conditions**
    - *Media Format:* High-Definition Digital Overview (Access Link & Password Provided)
    - *Summary:* A 4.5-minute forensic walkthrough inspecting eight critical hazard zones, including the exterior low-roof soffit deterioration, parking garage shoring, high-voltage vaults, central chiller plant, and backstage rigging systems.

**Attachment 2: Incident Field Survey**

- **Grand Foyer Incident Photographic Log (September 4, 2026)**
    - *Summary:* High-resolution forensic documentation of the ceiling failure outside the Hall of Nations entrance, illustrating the 4x5-foot ceiling void, 1-inch plaster thickness, 60-foot fall height, 25-foot measured debris field, and seven additional water-damaged ceiling locations.

**Attachment 3: Technical Briefing & Financial Analysis**

- **Written Executive Summary of Building Conditions**
    - *Summary:* A comprehensive synthesis of independent architectural and structural engineering evaluations to be reviewed alongside Delta's forensic and independent analysis.

**Attachment 4: Legislative Docket**

- **Draft Board Resolutions for Consideration**
    - *Summary:* Actionable governance instruments prepared for formal review and floor action during the September 15 meeting:
        - **Resolution 1 (Renovation):** Draft resolution authorizing comprehensive improvements.
        - **Resolution 2 (Recognition):** Resolution establishing formal and institutional recognition.

**Attachment 1: Video Report of Current Building Conditions**

Link:

https://jfkcpa-my.sharepoint.com/:f:/g/personal/multimediaonedrive_kennedy-center_org/IgAORRh3WMwzSoISetPg17A-AdRJsV8zCuwuCZKIPW9LGQw?e=WxoEmK

Password:

Potomac123

**Attachment 2: Grand Foyer Incident Photographic Log**




September 4th Damage
25 Feet


September 4th Damage
~4 Feet
~5 Feet


September 4th Damage
KLEIN TOOLS
25FT


September 4th Damage


Additional Grand Foyer Damage


Additional Grand Foyer Damage


Additional Grand Foyer Damage


Additional Grand Foyer Damage


Additional Grand Foyer Damage

**Attachment 3: Written Executive Summary of Building Conditions**

# The Kennedy Center




*Figure 1*

# Table of Contents


Executive Summary ... 3
- Purpose and Scope ... 3
- Bottom Line Up Front ... 3

Key Physical Conditions by System ... 4
- Section 1 Summary – Exterior Soffit Panels and Structural Failures ... 5
- Section 2 Summary – Parking Garage Structural Deficiencies ... 6
- Section 3 Summary – Service Tunnel Water Intrusion ... 7
- Section 4 Summary – High Voltage Electrical Substations ... 8
- Section 5 Summary – Mechanical, Electrical and Plumbing Systems ... 9
- Section 6 Summary – Theatrical and Production Infrastructure ... 10

Detailed Physical Conditions by System ... 11
- Section 1 Details – Exterior Soffit Panels and Structural Failures ... 12
- Section 2 Details – Parking Garage Structural Deficiencies ... 16
- Section 3 Details – Service Tunnel Water Intrusion ... 19
- Section 4 Details – High Voltage Electrical Substations ... 23
- Section 5 Details – Mechanical, Electrical and Plumbing Systems ... 24
- Section 6 Details – Theatrical and Production Infrastructure ... 29

Financial Context ... 32

Appendix A – Source Documents Reviewed ... 34

Appendix B – Referenced Photographic Documentation ... 36

# Executive Summary

## Purpose and Scope

This Executive Building Condition Report compiles findings from multiple independent architectural, structural, and engineering assessments conducted across the Kennedy Center campus between 2020 and 2026, including Delta's independent assessment previously made available to the Board on August 31, 2026. Its purpose is to provide executive leadership and project stakeholders with an objective overview of the facility's critical physical defects, life-safety compliance liabilities, and aging utility infrastructure.

## Bottom Line Up Front

The Kennedy Center is facing serious, worsening structural and safety problems that put visitors, performers, and staff in real danger. Outside engineering experts classify several of these issues as "High Priority," warning that they need immediate repair to keep the building safe. These are not minor maintenance chores or distant risks; they are long-standing, documented problems that have steadily worsened over years, and in some cases decades, creating dangerous conditions that can no longer be deferred.

Overhead, chronic roof leaks and failed drainage systems have caused widespread corrosion across the facility's 278 outer roof panels, with engineers projecting that one-third require immediate replacement to prevent 2,500-pound ceiling sections from collapsing 60 feet onto the walkways below. In the below-grade parking garage, unimpeded water leaks have rusted through key steel beams.  Since 2021, temporary support systems have been installed as a band-aid just to keep concrete decks from collapsing onto driving lanes. Backstage, counterweight systems across major theaters depend on seizing pulley blocks and worn rope locks that may no longer safely hold out-of-balance loads. At the same time, missing technical infrastructure forces crews to tie off live overhead equipment to unrated pedestrian handrails directly over cast and crew. In the service tunnel, water constantly leaks into high-voltage electrical rooms, creating serious risks of fire, electrical explosion, and building-wide blackouts. Yet these critical failures illustrate only a fraction of the campus-wide risks the Kennedy Center faces under continued deferred maintenance. Crucially, none of these hazards exist in isolation.

Because key structural assemblies, primary evacuation routes, high-voltage electrical vaults, and central heating and cooling systems operate as interconnected networks, they cannot be isolated room by room for localized repairs. Required capital remediation demands large-scale utility blackouts, extensive structural demolition, and overhead construction directly above primary public entrance halls, carrying out these repairs directly impacts the ability to safely occupy the building. At the same time, ticket sales and earned revenue have fallen while operating deficits have grown, leaving the institution with no financial cushion to handle sudden emergency breakdowns.

A continued lack of prioritization and attention to the physical upkeep of the campus dramatically increases the chance of a disastrous failure, like the December 2022 soffit panel collapse, posing an unacceptable, life-threatening risk to the public and staff.

# Key Physical Conditions by System

## Section 1 Summary – Exterior Soffit Panels and Structural Failures

Engineers project that one-third of the facility's 278 outer roof panels suffer from severe corrosion and require immediate replacement, driven by roof scupper drains that completely failed water testing. Replacing these 2,500-pound ceiling assemblies, fixing cracked concrete decks, and replacing the roof cannot safely occur while visitors and staff walk 60 feet below.



*Figure 2*

[Video Link: September 3, 2026 Water Test of Low Roof Scupper Drain]

Password: Potomac123

## Section 2 Summary – Parking Garage Structural Deficiencies

Key steel girders in the garage have lost over a third of their strength to rust, while overhead concrete is crumbling onto driving aisles due to water intrusion. Crews cannot repair failing structural steel and concrete, reapply fireproofing, or install and remove temporary shoring braces while patrons and vehicles are actively using the garage.



*Figure 3*

## Section 3 Summary – Service Tunnel Water Intrusion

Stopping major water intrusion into the underground Service Tunnel will require lengthy closures to the main entrances directly above. Because most of the building's 44 emergency stairwells lead directly into these areas, closing them eliminates primary evacuation routes.


*Figure 4*


*Figure 5*

## Section 4 Summary – High Voltage Electrical Substations

Constant water leaks into high voltage electrical substations violate national safety codes, creating serious risks of electrical explosions, arc flash, and fire. Because workers cannot safely patch leaks or replace equipment around live high-voltage cables, fixing these rooms requires shutting down the power to more than half of the campus for extended periods of time.



*Figure 6*

## Section 5 Summary – Mechanical, Electrical and Plumbing Systems

Decades-old electrical switchboards and main power cables are failing safety tests, while central air conditioning and piping systems have exceeded their useful lifespans. Because these systems lack local isolation capabilities, replacing end-of-life infrastructure forces rolling and whole-building blackouts that make public occupancy unreasonable.



*Figure 7*



*Figure 8*

## Section 6 Summary – Theatrical and Production Infrastructure

Overhead stage rigging relies on unrated hardware, damaged batten trusses, and outdated safety gear that violate ANSI and OSHA standards. Replacing line sets and stage fire curtains require prolonged blackouts and heavy overhead work zones that cannot occur while the theaters remain active.



Figure 9



Figure 10

# Detailed Physical Conditions by System

## Section 1 Details – Exterior Soffit Panels and Structural Failures

**The December 2022 Failure**

The failure was discovered on December 15, 2022, by Kennedy Center staff during or soon after a heavy rain event, when water was seen flowing down the face of the marble-clad exterior wall in the vicinity of a displaced soffit at the northwest corner of the building, underside of the roof terrace canopy overhang. (2022 Field Report, p. 1–2)

Wire ties failed in approximately half of the displaced panel, resulting in an approximately 8-inch vertical deflection at one corner of the panel; the remaining, intact wire ties appeared corroded. The adjacent panel had deflected approximately 2 inches at its corner. (2022 Field Report, p. 1–2)

The contributing causes identified by Walter P Moore are (1) corrosion and section loss from water infiltration or condensation; (2) cyclic fatigue in the wire bends over more than 50 years; (3) abrasion from channel flange edges and concrete planks above; and (4) added load from water accumulation and saturation of the panels. (2022 Field Report, p. 3)

The two deflected panels, potentially weighing over 2,500 lbs each, were at risk of separating further from the structure and becoming a falling hazard. Therefore, immediate emergency shoring and public-access barricades were recommended and subsequently installed. (2022 Field Report, p. 2–3)

**Root Cause – Leaking Scupper and Roof Drains**

Every investigation phase, from the initial 2022 field report through the 2024 leak investigation, ties the soffit's wire-tie corrosion back to water entering through the roof-level scupper and corner drains above the panels (2024 Leak Investigation Report High-Priority finding GG-H3).

An active leak in the vicinity of the drain above the failed soffit panel had been observed for several years. Walter P Moore's roof review found ponding of water in multiple areas and deteriorated flashing and TPO membrane in the vicinity of the scupper drain at the northwest corner. (2022 Field Report, p. 2, 6)

A 2024 borescope-level inspection at Panel 114 found a scupper drain on the north elevation, with staining present on the steel structure below the drain, direct visual evidence linking a specific scupper to corrosion of the steel that supports the soffit panels. (Borescope Report, p. 2)

The 2024 Leak Investigation Report concluded that standing water at the TPO roof surface is believed to be connected to the leaks observed from the soffit panel seams below, and that moisture intrusion reported in the interstitial space below may also be connected to corrosion of the soffit panel steel support wires at the northwest corner. Walter P Moore recommended investigating the TPO roof corner drains from the drain undersides to locate potential leaks. (2024 Leak Investigation Report, p. 41–42)

The leak log recorded 8 separate leaks at the roof terrace overhang between 2019 and 2023 – a multi-year, recurring drainage failure at the same location, not a single isolated incident. (2024 Leak Investigation Report, p. 8, 41)

**2026 Confirmation: The Same Failure Mechanism Elsewhere in the Building**
A June 2026 LiDAR scan and a follow-up borescope investigation, both conducted for the ongoing Renewal Project, found that the corrosion and displacement pattern responsible for the 2022 collapse is present at numerous additional locations around the building's full perimeter of 136 outboard soffit panels. Note there are 278 total plaster soffit panels around the perimeter of the building, consisting of 136 outboard panels and 142 inboard panels across the four elevations: West Elevation: 90 panels (45 outboard, 45 inboard); North Elevation: 46 panels (23 outboard, 23 inboard); East Elevation: 96 panels (45 outboard, 51 inboard); South Elevation: 46 panels (23 outboard, 23 inboard).

LiDAR analysis identified five distinct perimeter areas (southwest corner, west elevation, northwest corner, north elevation, east elevation) with 2–4 inches of panel-joint displacement, characterized as consistent with the early stages of the wire-tie distress mechanism previously observed in the 2022 failure. (LiDAR Analysis, p. 4–5)

Borescope probing documented active corrosion at ten or more numbered panels (including Panels 83, 93, 109, 127, 129, 153, 159, 160, 167, and 172), plus a fractured/displaced marble fascia stone and multiple cracked panels. (Borescope Report, p. 2)

One area (gridlines 21–23/D–E) remains barricaded by facilities staff to prevent public access due to concerns of panel displacements. (LiDAR Analysis, p. 4)

As of June 2026, the Center's structural engineer issued a standing safety notice restricting all access to the soffit interstitial space to trained, tied-off personnel due to ongoing structural integrity concerns. (Kennedy Center Renewal Project Monthly Report, June 2026, p. 6)

**July 2026 Update: Load-Bearing Analysis and Confined-Space Classification**
HITT Contracting completed the below-soffit exploratory investigation on July 20, 2026. Following this field review, Walter P Moore analyzed the load capacity of the concrete planks in the west area and, on July 24, 2026, determined the load capacity is acceptable to support limited personnel, though the interstitial space itself has now been formally classified as a confined space and will require a minimum of three personnel (SPRAT-trained) working with continuous tie-offs every 6 feet. This confirms that any personnel access requires a trained multi-person crew and fall protection, consistent with an active life-safety hazard rather than routine maintenance conditions.

Sources: 2022-12-23 WPM Field Report on Kennedy Center Soffit Failure; Walter P Moore Soffit Borescope Investigation Field Observation Report; Walter P Moore Soffit Panel LiDAR Analysis; Walter P Moore Roof Terrace Canopy Field Investigation Work Plan; 2024 Leak

Investigation Report; Master CIP Summary Sheets; Kennedy Center Renewal Project Monthly Report, June 2026 and July 2026.

## September 2026 Comprehensive Engineering Assessment (Walter P Moore Draft Findings)

On September 3, 2026, Walter P Moore issued a draft Soffit Panel Assessment. While maintained as an engineering draft pending final photo log and field-note compilation, the report presents conclusive, campus-wide findings that substantiate the severity and systemic nature of the soffit failure mechanism across the entire facility perimeter.

The assessment evaluated the structural supports across approximately half of the Kennedy Center's 278 total plaster soffit panels using LiDAR scanning, elevated-lift borescope probes, interior drone flights, physical test cuts through the panel undersides, and ASTM D5957 flood testing of all overhead drains. Key findings include:

> Of the panels where structural components could be observed, 46 panels exhibited severe structural corrosion and 93 exhibited mild-to-moderate corrosion. Only four observed panels showed no signs of corrosion. Extrapolating these surveyed conditions across the entire 278-panel perimeter, Walter P Moore projects that one-third of all soffit panels campus-wide are experiencing severe corrosion and require immediate replacement, with nearly all remaining panels actively degrading.
>
> ASTM water testing revealed that 100% of the scupper drains on the low TPO roof leaked immediately during testing, saturating the interstitial space and causing active ponding on top of the soffit panels. Multiple terrace and planter drains also failed flood testing, actively leaking through concrete cracks into the ceiling cavities below.
>
> The engineering analysis determined that corrosion is not limited to discrete roof leaks. It is accelerated by a broken thermal enclosure: missing and deteriorated insulation allows humid interior air and outdoor air to freely enter the unconditioned interstitial space, continuously wetting the thin 20- and 24-gauge cold-formed steel channels, wire ties, and metal lath with condensation. This humidity is so severe that metal lath installed during the emergency repairs just three years ago (2023) already exhibits uniform surface corrosion.
>
> In addition to active wire-tie section loss, the structural report documented cracked plaster panels, displaced marble fascia stones, loose and disconnected hanger rods, and heavy debris loads (discarded equipment, makeshift sheet-metal drip pans, and sodden insulation) sitting directly on the unreinforced panel tops. Suspended 60 feet above primary public sidewalks and entrance plazas, the continuing degradation of these 2,500-pound assemblies constitutes an active, building-wide falling hazard.

Based on the systemic distribution of the distress, Walter P Moore concluded that localized patching is non-viable and recommended a complete, four-part capital renewal:

Completely replace all 278 plaster soffit panels and their underlying cold-formed steel framing and wire-tie suspension assemblies with hot-dip galvanized or stainless-steel systems.

Completely reconstruct the vertical interstitial enclosure and thermal barrier to eliminate vapor drive and prevent interior condensation.

Replace all TPO roof membranes, scupper drains, terrace waterproofing, and planter membranes, incorporating engineered expansion details across structural double-beam joints.

Sound, test, and execute concrete spall and crack repairs across the underside of the overhead terrace and planter decks.

Walter P Moore emphasized that because the new soffits cannot survive in a wet or humid environment, all overhead roofing, drainage, and enclosure repairs must precede or occur concurrently with panel replacement, work that requires extensive high-reach staging and overhead demolition over the building's primary pedestrian plazas.

## Section 2 Details – Parking Garage Structural Deficiencies

The parking garage occupies multiple below- and at-grade levels beneath the building and plaza. Structural assessments conducted for the Renewal Project identify active corrosion of structural steel and reinforcing, spalled concrete, and failed protective systems at several locations, two of which are rated High Priority (Delta Report Part 2, pp. 7–9; Master CIP Summary Sheets).

**Independently Documented Deficiencies**

Corroded structural steel girders and beams at garage expansion joints, with section loss visible on exposed steel; concrete encasement around steel members is cracked and, in places, has spalled away entirely. (Delta Report Part 2, p. 7–9)

Failed fireproofing on structural steel in multiple garage bays, removing a required layer of life-safety protection in the event of a vehicle or equipment fire. (Delta Report Part 2, p. 8)

Failed gutters and downspouts at expansion joints are allowing water to continue draining directly onto structural steel and reinforced concrete rather than being carried away, perpetuating the corrosion cycle. (Delta Report Part 2, p. 9)

Two garage-related conditions, GG-H1 (expansion joint steel corrosion) and GG-H2 (fireproofing and gutter failure), are both classified High Priority in the Center's facility condition tracking system. (Delta Report Part 2, p. 7, 9)

**September 2022 Field Investigation – Full Three-Level Assessment**

A September 23, 2022, Walter P Moore field investigation report, broader in scope than the expansion-joint findings above, surveyed all three garage levels (A, B, and C), the loading docks, service drive, and entry tunnel, and included non-destructive steel testing and concrete material testing. This report predates the Delta Report findings by roughly two years and shows that garage deterioration was already present, and independently measured, at that time.

Ultrasonic thickness testing at eight structural steel locations found measured section loss ranging from 0% to as much as 39% at one location (an unidentified I-shape seat at Level A plaza soffit, gridline C.5/15.9), compared against original 1966 design drawings or AISC reference thicknesses. (2022 WPM Parking Garage Field Investigation Report, p. 16)

Large areas of delaminated spray-applied fireproofing and isolated steel corrosion were observed at the structural steel plate girders supporting the cantilevered portion of the garage/plaza deck over Rock Creek Parkway, along the east elevation. (2022 WPM Parking Garage Field Investigation Report, p. 5)

Vertical hanger rods connecting steel spandrel beams, which support the cantilevered plaza and Level A slab edges, to the exterior precast wall were observed bent or deflected at most locations, indicating they may not be engaged or under tension as originally designed. (2022 WPM Parking Garage Field Investigation Report, p. 6)

At Loading Docks 1 and 2, service drive, and entry tunnel, the report documents significant ongoing water infiltration from the plaza/street level above, including standing water in the service tunnel and between Loading Docks 1 and 2, and overhead concrete spalling assessed to correspond to plaza fountains and planter boxes above. (2022 WPM Parking Garage Field Investigation Report, p. 10)

A July 21, 2022 Walter P Moore memorandum, referenced in this report, found overhead slab soffit delamination and spalling at Loading Dock 1 to be a potential overhead falling hazard and recommended shutting down the drive lanes above until temporary reinforcing of the plaza level was installed. (2022 WPM Parking Garage Field Investigation Report, p. 10)

Concrete material testing (compressive strength, chloride content, and petrographic analysis) of extracted floor slab cores at Levels A and B found the concrete itself in generally good condition, compressive strengths of 4,610–7,480 psi, with no petrographic evidence of freeze-thaw damage and no chloride levels indicating active corrosion of embedded reinforcing steel at the time of testing. The steel section loss and other distress documented above relate to protective-coating failure and expansion-joint water intrusion rather than to a deficiency in the concrete material itself. (2022 WPM Parking Garage Field Investigation Report, p. 18–22)

The report's scope was limited to vehicle-accessible areas and excluded the REACH building, finished interior areas, stair towers, and mechanical rooms entirely. By its own terms it was a field-investigation phase only, with a pending comprehensive report anticipated in the coming months after September 2022 — an early data point in what is now a multi-year documented deterioration history for the garage structure. (2022 WPM Parking Garage Field Investigation Report, p. 1, 3)

Sources: Delta Report Part 2 (Structural Findings); Delta Report Part 3 (FY2026 Capital Project Justifications); Master CIP Summary Sheets; Walter P Moore Parking Garage Structure Field Investigation Report, September 23, 2022.

**River Plaza Steel**

The River Plaza (also referred to in program documents as the "West Plaza") is supported by a structural steel frame that also carries the garage and building envelope described above. The same expansion-joint corrosion previously documented extends into the plaza-level steel.

Structural steel girders and beams beneath the River Plaza are actively corroding at expansion joints GG-H1 and GG-H2, the same High Priority findings referenced above, with cracked concrete encasement and failed fireproofing exposing bare steel to continued water contact. (Delta Report Part 2, p. 7–9)

The plaza's columns, visually prominent architectural features at the river-facing façade, have been confirmed to be structural steel columns, not purely decorative elements. (Delta Report Part 2, p. 22)

Walter P Moore's guidance is that structural repair will likely be required if corrosion has caused more than ten percent of section loss. Section-loss measurement at each column was recommended as part of the closure-phase investigative scope. (Delta Report Part 2, p. 22)

As of July 2026, three perimeter/interior columns were added to the investigation scope; a Walter P Moore borescope review found that the primary steel appears in good condition with no significant corrosion observed, though uncertainty remains around concealed sill plates that require more extensive demolition to access. (Kennedy Center Renewal Project Monthly Report, July 2026)

Sources: Delta Report Part 2 (Structural Findings, expansion joints and gold column assessment); Kennedy Center Renewal Project Monthly Report, July 2026 (column borescope update).

## Section 3 Details – Service Tunnel Water Intrusion

The Service Tunnel runs the entire length of the East/Welcome Plaza and serves as the primary thoroughfare for all facility operations, logistics, and back-of-house activity. Situated directly within the below-grade garage structure, this critical corridor connects Loading Dock 1, located beneath the Hall of States, and Loading Dock 2, located beneath the Hall of Nations. Directly above this operational artery sit two grand entrance halls, which serve as the Kennedy Center's primary public access points and principal means of egress. In an evacuation, the entrance halls receive discharge from the vast majority of the building's 21 primary and 23 secondary emergency stairwells rather than routing patrons directly to the exterior.

**What the Records Show**

The entrance halls sit directly above critical below-grade mechanical, electrical, and structural spaces that are suffering from active, severe water intrusion (addressed in Section 2 for garage and plaza steel, and Section 4 for high-voltage vaults). Remediating these foundational leaks is impossible without deep, intrusive surface excavation at the building's primary pedestrian level (Delta Report Part 1, p. 258).

Internal planning records explicitly recognize the physical impossibility of keeping the facility open during this work. Board discussion materials detailing the closure plan confirm that the Hall of States entrance plaza, the primary threshold "where the patrons enter", must be completely torn up down to the structural slab to execute necessary waterproofing and structural repairs (Board Meeting Minutes, March 16, 2026, as reproduced in Delta Report Part 1, p. 258). Because this work demolishes the facility's main public gateway and severs the primary discharge routes for dozens of required emergency stairwells, operating the building while these repairs occur is both a logistical and life-safety non-starter.

**Garage Structural Findings – Loading Dock 1 (Hall of States) and Loading Dock 2 (Hall of Nations)**

Walter P Moore's parking garage structural program, the September 2022 field investigation cited in Section 2, a follow-on Concept Solutions and Assessment Report dated October 25, 2022, and a Limited Plaza Slab Investigations addendum dated August 7, 2023, documents the plaza-level slab structure directly above both loading docks.

**Loading Dock 1 (Below the Hall of States)**

The October 2022 assessment identified a significant area of plaza slab soffit deterioration directly above Loading Dock 1, with more than 50% of the soffit area in the affected zone delaminated and some concrete debris already fallen; heavy corrosion of the bottom reinforcing bars was also observed. Because the top surface of the slab was covered by plaza overburden, its condition could not be determined visually at that time. (2022 WPM Garage Concept Solutions and Assessment Report, pp. 4, 8; 2023 WPM Addendum 1, p. 2)

Walter P Moore recommended temporary shoring and closing the area above to vehicular traffic until repairs were completed; reinforcing work began in November 2022. Per WPM's

structural drawing notes, that temporary reinforcing is valid for only one year from installation, after which the area either needs to be closed again or requires periodic monitoring by a licensed structural engineer. (2022 WPM Garage Concept Solutions and Assessment Report, pp. 8, 15)

Follow-on testing in 2023 (two test pits; concrete cores C1 and C2) found little to no delamination at the top surface of the structural slab, and a compressive strength of about 7,500 psi, above the 3,000 psi original design strength. However, carbonation at core C1 reached as deep as 1 inch from the slab's bottom surface, beyond the ¾-inch concrete cover specified in the original design drawings, which may accelerate corrosion of the primary reinforcement. Chloride content at both test locations remained below the threshold associated with accelerated reinforcement corrosion. (2023 WPM Addendum 1, pp. 3–4)

Both test pits, one over each loading dock, showed a steady flow of water ponding almost immediately after being pumped dry, indicating the structural slab is not sloped sufficiently for drainage at either location. The plaza waterproofing membrane was rated Fair to Good and generally well-adhered at both locations, but with localized adhesive failure at lap joints identified as a possible path for water intrusion at both. (2023 WPM Addendum 1, pp. 2–3, Photos 1–2)

Based on this testing, Walter P Moore's 2023 conceptual repair recommendation narrowed the scope from the 2022 report's preliminary assumption of full-depth slab and overburden replacement to a partial-depth repair: removing and replacing the bottom 2 to 3 inches of soffit concrete in the affected area, with the remainder of the slab assessed as likely in good condition. (2023 WPM Addendum 1, pp. 3–4)

**Loading Dock 2 (Below the Hall of Nations)**
The October 2022 assessment documented four slab dropdown locations, marked as "tree pits" on the original 1966 structural drawings, directly above Loading Dock 2, with portions of the concrete demolished, cut and exposed reinforcement, and exposed bituminous waterproofing on the vertical faces. The record does not establish whether these earlier modifications were reviewed by a licensed structural engineer. (2022 WPM Garage Concept Solutions and Assessment Report, p. 10)

2023 testing at Loading Dock 2 (concrete core C3) found chloride content below the accelerated-corrosion threshold and no gross deterioration mechanisms, generally consistent with Loading Dock 1, though carbonation and delamination were both comparatively lower. The test pit above Loading Dock 2 also showed standing water ponding and the same localized waterproofing lap-joint adhesive failure observed at Loading Dock 1. Loading Dock 2 did not receive the same tree-pit-specific destructive testing or repair scoping that Loading Dock 1 received. (2023 WPM Addendum 1, pp. 2–4)

**Plaza-Level Expansion Joints – Active Temporary Shoring**
Separately from the Loading Dock findings above, the 2024 Walter P Moore leak investigation documents active, unresolved water intrusion at expansion joints located at the intersections of the north and south plazas, directly tied to the same below-grade water-intrusion pattern affecting the halls and service tunnel. Facilities staff report that this deterioration has already required temporary structural intervention.

A High-Priority finding (GG-H4) traces water leaking from a south plaza planter, through the expansion joint, down through the A-Level parking garage, into the B-level south switchgear room, the same electrical room referenced in Section 4 (see also Section 2). (2024 Leak Investigation Report, p. 6, 173, 322–330)

A related Medium Priority finding (GG-M1) at the Welcome Pavilion stair/south plaza planter documents water reaching the A-Level MEP room and B-level parking garage from one of several unresolved candidate sources, including the same planter expansion joint. (2024 Leak Investigation Report, p. 542–556)

A system of braces and scaffolding is currently installed at the south plaza expansion joint, located beneath many of the north plaza planter boxes, to hold up the concrete deck above an active vehicle-traffic area of the parking garage, pending permanent repair (December 6, 2021 Walter P Moore field observation report).

**Assessment**
The documented conditions beneath both entrance halls reveal compromised structural elements directly supporting primary public egress zones:

> Loading Dock 1 (Beneath Hall of States): Following an initial 2022 assessment that identified severe concrete soffit deterioration and active rebar corrosion, temporary shoring was installed under an explicit, non-permanent structural limitation note restricting its service life to just one year. Although subsequent 2023 destructive testing narrowed the scope to a partial-depth concrete repair, this shoring remains in place as an active, overdue structural liability beneath the facility's busiest patron entrance.
>
> Loading Dock 2 (Beneath Hall of Nations): Conditions here present an unverified structural life-safety risk: four tree-pit slab dropdowns exhibit cut reinforcing steel and compromised waterproofing membranes, with no engineering records to confirm that these modifications were ever evaluated or approved by a licensed structural engineer. Furthermore, Loading Dock 2 has never undergone the destructive structural testing performed at Dock 1, leaving its true structural load-bearing capacity unknown.
>
> Unresolved Water Ponding & Lap-Joint Failures: Both loading docks suffer from chronic, standing water ponding and failed waterproofing lap joints. These active leaks

bypass the proposed partial-depth repairs for Loading Dock 1 and operate independently of the separate expansion-joint shoring described in Section 3.

Taken together, these loading dock defects and the plaza-level expansion joint failures demonstrate that water intrusion beneath the halls is not a localized nuisance, but a systemic, interconnected structural breakdown spanning the Center's primary delivery artery, high-voltage electrical vaults, and main public evacuation paths (see also Sections 2 and 4). Executing the structural concrete repairs, slab waterproofing, and tree-pit reconstruction required to correct these hazards cannot be achieved while simultaneously routing patron traffic, logistics deliveries, and emergency egress through the spaces immediately above and below.

Sources: Delta Report Part 1 (Life Safety / Egress Review); Board Meeting Minutes, March 16, 2026; Walter P Moore Kennedy Center Parking Garage Concept Solutions and Assessment Report, October 25, 2022; Walter P Moore Addendum 1 to Concept Solutions and Assessment Report (Limited Plaza Slab Investigations), August 7, 2023; 2024 Leak Investigation Report (GG-H4, GG-M1); 2021-12-06 Walter P Moore Field Observation Report, JFKC Level A Floor Slab Shoring Installation; Facilities staff observation, August 2026.

## Section 4 Details – High Voltage Electrical Substations

The building's below-grade transformer vaults, switchgear rooms, and generator vault provide primary electrical service to the entire facility. These spaces have a documented, multi-decade history of water intrusion that is directly affecting live electrical equipment.

**Documented Conditions**
Many of the walls and slabs in the transformer vaults are saturated, with visible efflorescence, cracking, and corroding reinforcing steel, a condition surveyors trace back through building records for decades. (2020 Comprehensive Building Plan, p. 49)

The Renewal Project's Comprehensive Project Delivery Plan states current vault conditions are inconsistent with the National Electrical Code and OSHA's electrical safety standards, citing NFPA 70 §110.11 (deteriorating equipment) and 29 CFR §1910.303(b)(6) (electrical equipment guarding). (Delta Report Part 1, p. 33)

A switchgear room is actively leaking (GG-H4) and the transformer vault/generator room shows cracking and spalling (GG-H5); both findings are classified High Priority. (Delta Report Part 2, p. 11–12)

At one vault, standard interior crack-injection repair is not considered a safe option: high voltage cables that cannot be moved or turned off prevent crack injection at the negative side of the wall, meaning repair crews cannot access the leak from the interior without a live-electrical-contact hazard. (Delta Report Part 2, p. 12)

**Why This Matters**
Water intrusion into energized electrical vaults is not a passive maintenance issue, it is an acute life-safety hazard. Active moisture in these spaces carries an immediate risk of catastrophic arc flash, equipment explosion, and emergency building-wide blackouts. The code-compliance language in the Comprehensive Project Delivery Plan demonstrates that the Center's own capital program team recognizes this condition as far more than physical deterioration: it is an ongoing regulatory violation under NFPA and OSHA standards that creates unacceptable operational and legal liabilities for the Kennedy Center.

Sources: 2020 Comprehensive Building Plan; Delta Report Part 1 (Code Compliance Review); Delta Report Part 2 (Structural Findings).

## Section 5 Details – Mechanical, Electrical and Plumbing Systems

Mechanical, electrical, and plumbing (MEP) infrastructure, including the River Pump Room condenser water system and, separately, the electrical vault conditions documented in Section 4, are under active third-party review as part of the Renewal Project. WB Engineers+Consultants presented a facility-wide MEP feasibility study to Kennedy Center, JLL, and ATSR staff on August 27, 2026, and subsequently issued a full MEP Feasibility Study report (Revision 1, dated August 28, 2026). This section reflects findings from the presentation, meeting minutes and report.

**River Pump Room – Condenser Water Intake and Pumping System**

The River Pump Room houses the intake screens, pumps, and control valves for the Potomac River-based condenser water system that has cooled the building's central HVAC plant, approximately 3,200 tons of chiller capacity, since original construction in the 1970s. This equipment is the same condenser water system addressed in the WB Engineers+Consultants feasibility study referenced throughout this section.

The system suffered a complete operational failure in the summer of 2018 when accumulated river sediment fouled the intake and pumping equipment, interrupting cooling capacity during the performance season. (2020 Comprehensive Building Plan, p. 55)

Current isolation and bypass valves have surpassed their life expectancy and do not fully close, meaning the system cannot be reliably isolated for maintenance or emergency repair without a larger shutdown. (Plumbing System Report, p. 18)

The Renewal Project team states continued deterioration affects the facility's ability to maintain climate control during critical performance periods, i.e., a repeat failure risks an HVAC outage during a live performance. (Delta Report Part 3, p. 66)

Sources: 2020 Comprehensive Building Plan; Plumbing System Condition Report; Delta Report Part 3 (FY2026 Capital Project Justifications); Master CIP Summary Sheets.

**Feasibility Study Findings (Revision 1, Aug. 28, 2026)**

On August 28, 2026, WB Engineers+Consultants issued a comprehensive MEP Feasibility Study evaluating the facility's central plant, electrical distribution, and life-safety systems. The study identified extensive code non-compliance, failing distribution components, and unverified structural elements that severely compromise emergency operations and reliable power delivery:

> Calculated voltage drop to Reach electrical panels exceeds the 5% code limit (NEC 215.2(A)(1)(b) / 210.19(A)) on two of four feeder paths – measured at 7.4% and 5.1%, against a 3.9%–3.4% range on the two compliant paths. (WB Feasibility Study, p. 24)
>
> Original aluminum feeder conductors between network buses and switchboards are reportedly failing Megger insulation-resistance testing, indicating active insulation breakdown. (WB Feasibility Study, p. 24)

The existing emergency-generator feed arrangement is not a code-compliant installation under NEC 700.10(B)(5), which requires emergency loads to be isolated from legally required and optional standby loads; two life-safety panels may also be serving non-life-safety loads. (WB Feasibility Study, p. 25)

An August 6, 2026 generator load test recorded a 41.6% instantaneous demand on the existing unit. WB's load calculation – incorporating code-compliant emergency lighting, base elevator demand, and UPS/CRAC loads – determined that a replacement generator sized near 1,000 kW (1 MW) is required simply to support current baseline emergency loads. Sizing the unit up to 1,250 kW is necessary to accommodate the additional six elevators requested to be added to emergency power. (WB Feasibility Study, p. 26)

The most recent Short-Circuit/Coordination/Arc-Flash (SCCAF) study is 17 years old (2009); WB recommends renewal every 5 years, and it has not been confirmed whether panelboards that study identified as overdutied, or a coordination gap on the generator output breaker, have since been remediated. (WB Feasibility Study, p. 24, 26)

Of the building's 14 Automatic Transfer Switches, 6 are rated Good, 6 Fair, and 2 Poor; only one unit combines good condition with the correct 4-pole neutral configuration. WB recommends replacing 9 of the 14 as part of the generator project. (WB Feasibility Study, p. 18, 52)

The structural condition of the river water intake basin (walls, slabs, embedded components) has never been assessed; WB formally recommends engaging a structural engineer to evaluate it. (WB Feasibility Study, p. 22–23, 61)

**Existing Electrical System Risk**

The facility's primary electrical distribution network lacks modern isolation and safety redundancy, meaning that maintenance on any single component cascades into widespread utility outages:

There are no disconnects between substations and switchboards, meaning building shutdowns are required to isolate downstream equipment; there is currently no space to add downstream disconnects. (WB Engineers+Consultants MEP Feasibility Presentation, Aug. 27, 2026, p. 21)

Emergency loads may need separate handling under the current electrical configuration. (WB Engineers+Consultants MEP Feasibility Presentation, p. 21)

Automatic transfer switches (ATS) have documented condition-related and grounding-related deficiencies. (WB Engineers+Consultants MEP Feasibility Presentation, p. 29)

Generator load testing found that of the building's four elevator banks (32 elevators total), only three banks can run simultaneously on emergency power under the existing generator. (WB MEP Feasibility Presentation – Meeting Minutes, Aug. 27, 2026, p. 2)

**Equipment Age and Service-Life Summary**
The feasibility study documents the age and condition of major MEP equipment, much of which is at or beyond typical industry service-life benchmarks.

| Equipment | Age / Install Date | Status |
|---|---|---|
| Centrifugal chillers (4 units) | Installed 1995, ~31 years old | Exceeded ASHRAE-recommended useful life; effective lifespan significantly reduced because the condenser filtration system has been non-operational since 1996 |
| River water traveling screen | Original, ~60 years in place | Non-operational since 1996; full replacement recommended |
| Service entrance switchboards (majority of 26 total) | Manufactured 1968/1969 | Almost 20 years past expected useful life |
| Switchboard "TT" | Manufactured 1978 | ~10 years past expected useful life |
| Switchboard SH-LC-3B (NEW) | Manufactured 2002 | Only switchboard not recommended for replacement |
| Diesel fire pump | Installed 1989; rebuilt 2017 | Fair operating condition |
| Emergency diesel generator | Manufactured 2001 (~25 years old) | Nearing end of expected useful life; undersized for current/requested loads |
| Automatic Transfer Switches (14 units) | Mixed ages/manufacturers | 6 Good, 6 Fair, 2 Poor; 9 of 14 recommended for replacement |

Sources: WB Feasibility Study, pp. 10, 17–19, 22–24, 26, 52.

**MEP Recommendations and Open Items**

**Recommendations**
Condenser Water System: Retain and overhaul the river-water heat-rejection infrastructure by replacing and upgrading the existing traveling screen, bar grids, sluice gates, and

automated controls, rather than converting to cooling towers or an alternate wastewater/SHARC system.

Central Chiller Plant: Execute a comprehensive replacement of all four existing centrifugal chillers, chilled-water distribution pumps, and associated mechanical piping and controls within the existing refrigeration room footprint.

Service Switchboards and Power Distribution: Replace all service-entrance switchboards – excluding SH-LC-3B (NEW) – and install a new dedicated switchboard for the REACH, new medium-voltage chiller starters, and a consolidated building-wide grounding system. Execute this replacement sequentially across one building third at a time to manage the unavoidable network-bus outages caused by the lack of intermediary disconnects.

Fire Pump Infrastructure: Maintain, service, and retain the existing diesel-driven fire pump rather than converting the facility to an electric fire pump system.

Emergency Power Generation: Procure and install a 1,250 kW diesel emergency generator (in lieu of natural gas) to cover all code-mandated base emergency loads (1,000 kW base) plus the six additional elevators requested on emergency power; relocate the new generator assembly and associated switchboards to the adjacent gift shop storage room.

Automatic Transfer Switches (ATS): Replace 9 of the 14 existing automatic transfer switches in conjunction with the emergency generator replacement project to ensure reliable life-safety power transfer.

**Open / Pending**

River Intake Structural Basin: The structural condition of the river water intake basin (walls, slabs, and embedded structural components) has never been engineered or tested; an assessment is recommended but not yet performed.

Historical SCCAF Remediation Status: Confirmation remains pending as to whether overdutied panelboards and generator-breaker coordination gaps identified in the 2009 SCCAF study were ever remediated.

Updated Arc-Flash / Coordination Study: A complete Short-Circuit/Coordination/Arc-Flash (SCCAF) study is overdue (last completed 17 years ago in 2009) and recommended prior to equipment procurement.

Domestic Plumbing Infrastructure: The feasibility study identifies no plumbing capacity deficits related to cooling-tower make-up water; no separate capital scope for domestic water or sanitary piping is currently defined.

Cost Modeling & Phasing Alignment: Finalization of JLL complete-scope versus deferment modeling, along with switchboard replacement phasing and REACH voltage-drop mitigation strategies, remains ongoing.

Sources: WB Engineers+Consultants MEP Feasibility Presentation – Meeting Minutes, Aug. 27, 2026, pp. 1–2; WB Feasibility Study (Revision 1, Aug. 28, 2026), pp. 3–6, 20–23, 40–62.

**Service-Life Benchmark References**

The equipment-age findings and obsolescence ratings above are evaluated against recognized industry-standard service-life benchmarks and preventive maintenance guidelines:

APPA: Operational Guidelines for Educational Facilities: Maintenance and Capital Renewal and Deferred Maintenance Planning.

ASHRAE Handbook: HVAC Applications, Owning and Operating Costs chapter ("Comparison of Service Life Estimates" table).

ASHRAE Research: Equipment Life Expectancy / Service Life and Maintenance Cost Database (RP-1237).

BOMA International: Preventive Maintenance and Building Operation Guidelines.

CIBSE Guide M: Operational Engineering, Chapter 13 (Economic Life Cycle Tool / Asset Life Expectancy).

Federal Energy Management Program (FEMP): O&M Best Practices Guide, Central Plant and Capital Equipment Replacement chapter.

Unified Facilities Criteria (UFC): UFC 3-410-01, HVAC Systems (Lifecycle Criteria Appendix).

## Section 6 Details – Theatrical and Production Infrastructure

Backstage production infrastructure, including overhead counterweight fly systems and stage suspensions, presents severe life-safety and operational liabilities separate from the campus structural and utility networks. This section incorporates the September 4, 2026, field engineering evaluation by Wenger Corporation and J.R. Clancy, which established definitive replacement scopes and safety violations across the Eisenhower Theatre, Opera House, and Terrace Theater. Rigging data for the Concert Hall has not yet been surveyed and remains an open item but will be coordinated with required acoustical improvements.

**Rigging Inspection Findings**

On September 4, 2026, Wenger Corporation and J.R. Clancy issued a comprehensive on-site engineering assessment (Requisition #626011, led by Peter V. Svitavsky, P.E.) evaluating the stage rigging in the Eisenhower Theatre, Opera House, and Terrace Theater. The survey confirmed that after nearly 60 years of heavy commercial-scale duty cycles, the vast majority of original backstage rigging has reached the end of its useful service life and poses critical ANSI E-series and OSHA safety violations:

> Rope lock cams across all three halls are worn to the point that they can no longer be relied upon to hold out-of-balance loads. In addition, existing locking rails are two-piece constructions that do not meet the modern industry standard rating of 500 lb/ft. (Wenger Assessment, Sept. 4, 2026, pp. 2, 4, 10, 11, 15, 17)
>
> Head blocks, multi-line loft blocks, and double-purchase arbors are constructed with welded plates rather than serviceable housings. Pulley bearings cannot be lubricated or maintained, causing excessive internal friction and making linesets binding and difficult to operate. Floor blocks continue to run on well-worn friction bushings rather than modern roller bearings. (Wenger Assessment, pp. 1, 4, 5, 6, 12, 13, 17, 18, 19)
>
> The Opera House guide tee wall still exhibits unrepaired misalignment resulting from the 2011 earthquake, alongside an irregular 5-foot downstage tee wall section that must be demolished and re-engineered. (Wenger Assessment, pp. 15, 17)
>
> Due to missing infrastructure, crews in the Eisenhower and Opera House are actively tying off rigging loads to pedestrian handrailings that are not engineered to support rigging loads. In the Eisenhower, spot-line loads are suspended from unengineered bridles tied to handrails, grid hanger beams, and repurposed ceiling channels. (Wenger Assessment, pp. 7, 19)
>
> Batten cable terminations throughout the spaces are wrapped in vinyl covers that prevent routine visual inspection, and extra non-standard hardware is present. Operating handlines have worn down from their original 3/4" diameter to 5/8", and existing Galvanized Aircraft Cable (GAC) lift lines are worn to the point that they cannot be reused. (Wenger Assessment, pp. 4, 5, 12, 18)

Upper and lower loading galleries across all three theaters feature missing mid-rails and stanchions, leaving unguarded edges. In the Eisenhower, open floor hatches used to hoist equipment from the loading gallery to the grid rely on an improvised, unrated trolley beam with zero fall protection. (Wenger Assessment, pp. 8, 9, 14, 19, 20)

Carrying out the required complete replacement, encompassing 116 line sets in the Opera House, 78 in the Eisenhower Theatre, and 42 in the Terrace Theatre – involves extensive overhead torch-cutting, grinding, field welding, and fire-watch operations that strictly require dark, decommissioned stages. (Wenger Assessment, pp. 4, 12, 14, 18, 20)

**2024 Safety Inspection Report – Corroborating Primary-Source Detail**

A July 17–18, 2024 safety and rigging inspection conducted by Sapsis Rigging, Inc. covers the same three spaces, Eisenhower Theatre, Opera House, and Terrace Theatre, and was the underlying field inspection behind the Wenger Nov. 2025 summary above. Its findings corroborate the Wenger/Clancy Report in substantially greater technical detail and add findings not captured in that summary, including: (Sapsis Rigging Safety Inspection Report, July 2024, p. 1, 49, 110)

Fire safety curtains at the Eisenhower Theatre and Opera House both lack ANSI-compliant manual release boxes; the Eisenhower Theatre curtain is confirmed asbestos-containing; the Opera House curtain's stage-right dash pot is separately found leaking hydraulic fluid. (Sapsis Rigging Safety Inspection Report, p. 6, 54)

Additional structural and mechanical findings not captured in the Wenger summary: damaged diagonal members in truss batten sections at the Opera House; significant rust damage on several muleblocks at the Terrace Theatre; and a counterweight-assist winch control circuit at the Terrace Theatre with no acceleration/deceleration ramp, causing shock-load "bounce" on every run. (Sapsis Rigging Safety Inspection Report, p. 57, 116)

Ad-hoc, non-code access methods (wooden boards, plywood) are in use at fall-protection gaps in multiple spaces and are separately found not to meet OSHA requirements. (Sapsis Rigging Safety Inspection Report, p. 5, 53–54, 114–115)

Required ANSI E1.4/E1.6 maintenance and inspection logbooks for counterweight, motorized, and chain-hoist systems were not available at the time of inspection in any of the three spaces, consistent with the Wenger finding above. (Sapsis Rigging Safety Inspection Report, p. 6–8, 55, 57, 115–116)

Sources: Sapsis Rigging, Inc., Safety Inspection Report (Eisenhower Theatre, Opera House, and Terrace Theatre), inspected July 17–18, 2024.

**Scope of Replacement**

Wenger's Nov. 2025 proposal includes Range-of-Magnitude replacement scope for full counterweight-rigging system replacement at each of the three spaces inspected, sized by line-set count: Terrace Theatre (42 line sets), Opera House (106 line sets), and Eisenhower Theatre (75 line sets). This scope covers counterweight-rigging replacement only; it excludes the Concert Hall (not yet surveyed), motorized fire-curtain hoist systems in the Opera House and Eisenhower Theatre (excluded pending separate review), and a lower-cost repair-and-replace-parts alternative that Wenger states it cannot scope without a further, itemized site inspection.

Sources: Wenger Rigging Summary and Proposal, Nov. 25, 2025, pp. 7, 13, 18.

# Financial Context

The physical conditions documented in Sections 1–6 did not develop in isolation. Over the same period, the Center's own Finance Committee materials show its earned revenue, ticketing, rentals, concessions, and other self-generated income, as distinct from government and donor support, and its operating deficit both moving in an unfavorable direction. This section presents that financial context in qualitative terms, sourced entirely from the Center's internal Finance Committee reporting.

**Earned Revenue Trend**

FY2024 shows a steep, single-year decline in earned revenue compared to FY2023. This decline appears in the Finance Committee presentation dated January 21, 2025.

However earned revenue appears to be volatile rather than a clean, uninterrupted multi-year decline; FY2020–FY2021 are omitted from the Center's own reporting, consistent with pandemic-related closure. The FY2023-to-FY2024 decline is the most recent, and largest single-year, drop in the series, with a partial rebound projected for FY2025:

Baseline Pre-Pandemic Volatility (FY17–FY19): Performance revenue fluctuated normally before the pandemic, rising in FY18 and dipping slightly in FY19.

Post-Pandemic Rebound (FY22–FY23): After the FY20–FY21 pandemic shutdowns were omitted, the initial reopening phase generated two consecutive years of revenue growth as live performances resumed.

Severe FY2024 Retraction: FY24 experienced the steepest single-year drop in earned revenue across the entire data series, wiping out post-pandemic attendance gains.

Projected Partial Recovery (FY25): The January 2025 forecast modeled an upward rebound, but still left the institution with an ongoing structural operating deficit and depleted reserves to cover sudden capital or emergency breakdowns.

| Fiscal Year | Direction vs. Prior Year Shown |
|---|---|
| FY2017 Actual | – |
| FY2018 Actual | Increase |
| FY2019 Actual | Decrease |
| FY2022 Actual | Increase (FY2020–FY2021 omitted; pandemic closure) |
| FY2023 Actual | Increase |

| | |
|---|---|
| FY2024 Actual | Decrease – largest single-year decline in the series |
| FY2025 Projection (as of Jan. 2025) | Increase – partial rebound projected |

Sources: Finance Committee Presentation, January 21, 2025, pp. 4, 9, 32.

**Corroborating Trend: Growing Operating Deficit**

Over the same three most recent actual fiscal years, the Center's effective operating deficit (excluding one-time sustainability fund draws) widened every year, before a projected partial narrowing, while remaining a deficit, in the FY2025 projection:

| Fiscal Year | Effective Operating Deficit – Trend |
|---|---|
| FY2022 Actual | Deficit |
| FY2023 Actual | Deficit – widened vs. FY2022 |
| FY2024 Actual | Deficit – widened again vs. FY2023 |
| FY2025 Projection (as of Jan. 2025) | Deficit – projected to narrow vs. FY2024, but still a deficit |

Sources: Finance Committee Presentation, January 21, 2025, pp. 4, 9, 16, 32.

**Why This Matters**

This report's primary purpose is to summarize the building's physical condition. Financial context is included because the recent years of compounding structural decay – active shoring, code-noncompliant electrical vaults, a failed condenser water system, and corroding structural steel – coincided directly with the deterioration of the institution's own finances. Continued deferral of the physical repairs documented in this report carries a severe cost not only to public safety, but to the institution's long-term solvency. Although building maintenance is supported through federal capital appropriations, deferring this work creates direct liabilities for the Trust. Unplanned utility outages, deferred maintenance, and degraded public spaces depress ticket sales and rental revenues, actively undermining the Center's operational viability and mission.

# Appendix A – Source Documents Reviewed

This report was compiled from the following documents. Page references throughout this report correspond to the page numbering of these source files.

- **2020 Comprehensive Building Plan** – Facility-wide condition assessment covering electrical vaults and the River Pump Room.
- **2022-12-23 WPM Field Report on Kennedy Center Soffit Failure** – Original December 2022 emergency field investigation of the soffit panel failure.
- **2024 Leak Investigation Report** – Root-cause leak tracking (GG-H3 and related items) linking roof/scupper leaks to soffit corrosion.
- **Board Meeting Minutes, March 16, 2026** – Board discussion of the closure plan and Hall of States entrance work.
- **Delta Report Construction Program Assessment Report, August 20, 2026** – Independent assessment of construction scenarios and financials.
- **Executive Summary Project Outlines (as of 07/29/2026)** – Full itemized Renewal Project budget by subproject code.
- **Finance Committee Presentation, January 21, 2025** – Internal Finance Committee financial reporting, including FY24 actual results, FY25 projections, and multi-year earned revenue and operating deficit history (Financial Context).
- **Kennedy Center Renewal Project Comprehensive Project Delivery Plan (CPDP)** – Program-level closure rationale, schedule, and delivery strategy.
- **Kennedy Center Renewal Project Monthly Report, June 2026** – Program status as of June 2026, decisions pending, and safety notices.
- **Kennedy Center Renewal Project Monthly Report, July 2026 (Report No. 004, issued Aug. 7, 2026)** – Confirms construction start slipped past July 6, 2026 (re-baselined internally to September 21, 2026); confirms overall program budget status; details new soffit load-capacity and confined-space findings; details new River Plaza column borescope findings; notes contingency-reserve risks.
- **Master CIP Summary Sheets** – Capital improvement project line items, budgets, and status.
- **Plumbing System Condition Report** – Condition of River Pump Room valves and condenser water piping.
- **Sapsis Rigging, Inc., Safety Inspection Report, Eisenhower Theatre / Opera House / Terrace Theatre, inspected July 17–18, 2024** – Underlying primary-source rigging and

fall-protection safety inspection corroborating the Wenger Nov. 2025 summary, with additional technical detail (Section 6).

- **The Kennedy Center MEP Feasibility Study, Revision 1, dated August 28, 2026 (WB Project No. 05ATR.260312)** – Full facility-wide MEP feasibility study by WB Engineers+Consultants, with JLL cost appendix; existing-conditions deficiencies, equipment-age data, and decided/open scope items (Section 5).
- **Walter P Moore Kennedy Center Parking Garage Structure Field Investigation Report, September 23, 2022** – Full three-level visual structural assessment, non-destructive steel testing, and concrete material testing of the parking garage, loading docks, and entry tunnel.
- **Walter P Moore Roof Terrace Canopy Field Investigation Work Plan** – Scope of the follow-up structural investigation of the terrace canopy and soffit system.
- **Walter P Moore Soffit Borescope Investigation Field Observation Report (2024/2026)** – Borescope inspection identifying corrosion at additional soffit panels.
- **Walter P Moore Soffit Panel Assessment (Draft, September 3, 2026; Project No. D01.26006.00)** – Comprehensive structural assessment of 278 perimeter soffit panels. Synthesizes drone inspections, lift-access borescope probing, 3'x3' panel cutouts, and ASTM D5957 drain flood testing (Section 1).
- **Walter P Moore Soffit Panel LiDAR Analysis (2026)** – LiDAR scan of the building perimeter identifying panel displacement zones.
- **WB Engineers+Consultants MEP Feasibility Presentation, August 27, 2026** – Facility-wide MEP feasibility study covering condenser water, central plant, electrical switchboard/generator, and plumbing systems, with budget-variance forecast (Section 5).
- **WB Engineers+Consultants MEP Feasibility Presentation** – Meeting Minutes, August 27, 2026 – Record of MEP decisions reached and open items as of the August 27, 2026 feasibility presentation (Section 5).
- **Wenger Corporation / J.R. Clancy Theatrical Equipment Rigging Assessment (September 4, 2026; Requisition No. 626011)** – Field engineering survey and structural replacement assessment for the Eisenhower Theatre, Opera House, and Terrace Theater.
- **Wenger Rigging Summary and Proposal, November 25, 2025** – Third-party rigging engineering review of the Terrace Theatre, Opera House, and Eisenhower Theatre fly and counterweight systems, with safety findings and ROM replacement pricing (Section 6).

# Appendix B – Referenced Photographic Documentation


- Figure 1 – High Voltage Switchgear in Concert Hall Electrical Vault
- Figure 2 – Failed Soffit Support Tie Wires
- Figure 3 – River Plaza Structural Steel Support, Level A Column Line D/C 16
- Figure 4 – Loading Dock 1 Below Hall of States Entrance
- Figure 5 – Loading Dock 2 Below Hall of Nations Entrance
- Figure 6 – Concert Hall Electrical Substation South Wall
- Figure 7 – Ruptured Sanitary Plumbing
- Figure 8 – Out of Service Potomac River Water Filtration System
- Figure 9 – Opera House Stage Rigging
- Figure 10 – Concert Hall Stage Rigging

## Attachment 4: Draft Resolutions - For Board Consideration

**RESOLUTION OF THE BOARD OF TRUSTEES**

**OF THE JOHN F. KENNEDY CENTER FOR THE PERFORMING ARTS**

WHEREAS, the Board of Trustees has reviewed the full reports of both the Delta Consulting Group and JLL, as well as the Comprehensive Project Development Plan dated June 8, 2026, and subsequent updates thereto;

WHEREAS, the Board was able to meet with the principal of the Delta Consulting Group on September 15, 2026, and fully explore the basis for its recommendation that the main building close for renovations;

WHEREAS, the Board has been advised of the Court's rulings in *Beatty v. Trump et al.* and has been guided by the Court's expressed thoughts about its statutory and fiduciary obligations;

WHEREAS, subsequent to the Board meeting on August 13 and the most recent hearing in *Beatty v. Trump et al.*, additional water intrusion and deterioration of the Center's physical plant caused a partial ceiling collapse in the Grand Foyer, releasing debris from a height of approximately 60 feet and endangering visitors and employees alike;

WHEREAS, both Delta Consulting Group and the Center's own Executive Director consider the main building to be unsafe for continued occupancy, and anticipate further risk to the public and employees if the building is not immediately closed and renovations begun;

WHEREAS, the Board, being duly advised, believes that the risk associated with exposing patrons and employees to a hazardous building greatly outweighs any reputational risk associated with closing the main building; and

WHEREAS, the Board, being duly advised, believes that maintaining continued programming in the REACH and offsite, maintaining educational outreach to the community, continuing the Center's support for the National Symphony Orchestra, and continuing the Center's long-standing tradition of presenting the Kennedy Center Honors and Mark Twain Prize, even though offsite, will ensure sufficient continuing engagement with the artistic community, the donor base, and patrons, that a two-year closure of the main building will not unduly affect its ability to ramp up programming in a revitalized main building in 2028;

IT IS HEREBY RESOLVED, in addition to the resolution passed by the Board on August 13, 2026, that the main building of the John F. Kennedy Center for the Performing Arts shall be closed to patrons forthwith; that the Center shall continue to present educational and artistic programming at the REACH; that the Center shall continue its partnership with and support of the National Symphony Orchestra in performances at off-site venues; that the Center shall continue signature artistic productions offsite including but not limited to the Kennedy Center Honors and the Mark Twain Prize for American Humor; that the Memorial to President John F. Kennedy be temporarily relocated to the REACH where it will remain open to the public; and that immediate repair and restoration work be commenced in accordance with the Comprehensive Project Development Plan dated June 8, 2026, and subsequent updates thereto.

**RESOLUTION OF THE BOARD OF TRUSTEES**

**OF THE JOHN F. KENNEDY CENTER FOR THE PERFORMING ARTS**

WHEREAS, the Kennedy Center is in a dire financial position having exhausted its fiscal resources. The Kennedy Center is in such a precarious fiscal position that it will not be able to support its payroll obligations, nor routine maintenance contracts within a matter of weeks. While actively considering alternative means of fiscal survival, President Trump has offered to step in and raise the necessary funds to keep the Center from bankruptcy during its much needed renovation. With certain fiscal collapse within weeks, the board seeks to determine what recognition and acknowledgement will comply with the Court's decisions in *Beatty v. Trump et al.* and with its statutory obligations, and wishes to explore additional options to present that recognition in a concrete and public fashion.

WHEREAS, the Center is seeking to appropriately recognize and acknowledge President Trump for his well timed proffer of fiscal rescue. The Board understands that without such appropriate recognition it is unlikely that President Trump will provide the fundamental oversight of the renovation of the main building and lead the fiscal rescue of the Center. The Board seeks to provide multiple options so that President Trump can be legally and appropriately recognized and acknowledged on the facade of the Kennedy Center so that he agrees to carry the burden of managing the renovation and provides the Center with a much required financial rescue.

IT IS HEREBY RESOLVED that the Center will undertake all legal means to effectuate one or more of the following public recognitions or acknowledgements to the President:

TO BE PLACED ON THE EXTERIOR MARBLE BENEATH THE NAME OF THE CENTER, ONE OF THE FOLLOWING as voted upon by the Board:

- **Option 1:**

Renovation and endowment overseen by

President Donald J. Trump

and the

Trump Kennedy Center Fund

- **Option 2:**

Renovation Restoration and Endowment overseen by President Donald J. Trump

and the

Trump Kennedy Center Fund

- **Option 3:**

With Gratitude for Support from

President Donald J. Trump

and the

Trump Kennedy Center Fund

- **Option 4:**

Renovation and Restoration directed by

President Donald J. Trump

and endowment provided by the

Trump Kennedy Center Fund

- **Option 5:**

Restoration and endowment overseen by

President Donald J. Trump

and endowment provided by the

Trump Kennedy Center Fund

- **Option 6:**

A Legacy protected through the Generosity of President Donald J. Trump

- **Option 7:**

Renovated, restored, and sustained through the generosity of

President Donald J. Trump

- **Option 8:**

Renovation, oversight, and support provided by

President Donald J. Trump

- **Option 9:**

Acknowledging the unwavering support of

President Donald J. Trump

and the

Trump Kennedy Center Fund

- **Option 10:**

Renovation, Restoration, and support by

President Donald J. Trump