# D

**ADDENDUM TO EXPERT REPORT OF DARIN L. BUCHALTER**

1. In my Expert Report dated August 20, 2026, I state that:

> Our site visits were visual and observational in nature. We did not perform any testing, investigation, surveying, code inspection, or a comprehensive engineering condition assessment. Our observations were considered together with, and did not replace, the technical investigations and reports prepared by DLR, the Center's design and engineering consultants, and other project participants. Accordingly, I do not offer a building-wide opinion that the Main Building, considered as a whole, is presently unlawful or unsafe for occupancy. I identify documented conditions that raise safety concerns and safety-management implications of performing construction in or beside occupied areas. Generally, our conclusions are consistent with the findings of available technical reports (Buchalter Report, p. 15, at ¶49).

2. In the meeting of the Trustees held on September 15, 2026, where I was in attendance at the Center to answer questions from the Trustees regarding my Expert Report, there was a suggestion by Congresswoman Joyce Beatty, Third District of Ohio, and ex-officio member of the Trustees, that the sentence, "[A]ccordingly, I do not offer a building-wide opinion that the Main Building, considered as a whole, is presently unlawful or unsafe for occupancy" indicated that I was of the opinion that the Center was not unsafe.

3. Because this interpretation directly contradicts the views expressed in my Expert Report, I have prepared this addendum. Also, that interpretation is inconsistent with the safety concerns expressly identified throughout my Expert Report.

4. Specifically, in my Summary of Opinions, I stated that keeping the Main Building open while the substantial Construction Program is performed presented "meaningful concerns

for public safety" (Buchalter Report, p. 24, ¶86). I identified original electrical distribution equipment that is past due for replacement and/or does not meet current electrical code requirements, together with continuing water infiltration into electrical and transformer vaults (*Ibid*., p. 29, ¶105); an undersized emergency generator, fire pump controls not connected to emergency power and switchboards beyond their expected service life (*Id*., p. 29, ¶106); water intrusion and structural deterioration that pose hazards to electrical equipment and occupants (*Id*., p. 31, ¶113); deteriorated structural conditions and marble spalls identified as potential falling hazards (*Id*., p. 33, ¶118); potentially unsafe original stage rigging and other venue safety and egress deficiencies (*Id.*, pp. 33-35, ¶¶121, 124); and, remaining deficiencies in required egress paths, doors, penetrations and exit signage (*Id*., pp. 36-37, ¶130).

5. In addition, just prior to the September 15, 2026, meeting of the Trustees, I personally observed the ceiling debris field on the floor in the Grand Foyer, a principal public circulation area of the Main Building, beneath an area where a portion of the ceiling had fallen. This event, after the date of my Expert Report, provides additional evidence that the deterioration conditions identified in my report are continuing and may result in further failures that present hazards to occupants.

6. As explanation for any misinterpretation of my Expert Report, I offer further clarification. Paragraph 49 was intended to define the scope and limitations of my assessment, not to express an affirmative opinion that the Main Building was safe. On the contrary, the conditions I observed and reviewed heightened my concern that an adverse incident could occur. Therefore, I was obliged to make clear that my company had not performed a comprehensive code, fire, engineering or occupancy inspection and that my Expert Report should not be interpreted as a substitute for one performed by the applicable authorities having jurisdiction. I

did not intend for any reader to rely on my Expert Report as authorization to continue occupying the Main Building.

Respectfully Submitted the 15th day of September 2026

DocuSigned by:
Darin Buchalter
425113C289514A7...

Darin L. Buchalter, CRE, FRICS

Chief Executive Officer

Delta Consulting Group, Inc.