**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOYCE BEATTY,<br>*Plaintiff*,<br>v.<br>DONALD J. TRUMP, *et al.*<br>*Defendants.* | Civil Action No. 25-4480 (CRC) |

**DEFENDANTS' RENEWED MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, Defendants respectfully move for summary judgment on all remaining claims raised in Plaintiff's amended complaint, ECF No. 12. Specifically, Defendants seek summary judgment on Plaintiff's claims regarding the closure of and construction at the John F. Kennedy Memorial Center for the Performing Arts: Count Two, those relevant portions of Count Four, those relevant portions of Count Five, and those relevant portions of Count Seven. A memorandum of law in support, a Declaration of Charles Matthew ("Matt") Floca and exhibits thereto, and a proposed order are filed as attachments to this motion.

Dated: September 18, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

BRANTLEY MAYERS
Counsel to the Assistant Attorney General

STEPHEN M. ELLIOTT
Assistant Branch Director

CHRISTOPHER M. LYNCH
Chief Litigation Counsel

*/s/ William S. Jankowski*
WILLIAM S. JANKOWSKI
D.C. Bar No. 90021524
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
(202) 353-7578
william.s.jankowski@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I, William S. Jankowski, hereby certify that on September 18, 2026, I electronically filed the foregoing, and all its attachments, using the Court's CM/ECF system, which automatically serves this document upon all counsel of record, in keeping with LCvR 5.4(d).

*/s/ William S. Jankowski*
William S. Jankowski

*Counsel for Defendants*