# APPENDIX D

*curricula vitae*

for Referenced Personnel

DELTA
CONSULTING GROUP

# Darin L. Buchalter, CRE, FRICS

## Chief Executive Officer

**T:** 415-309-9933 **E:** dbuchalter@delta-cgi.com

**Darin L. Buchalter** is an independently recognized real estate and construction industry expert with over 30 years of global experience advising boards and senior management teams of public and private real estate companies, homebuilders, multi-national construction contractors, lenders, investment advisors, and private equity funds. He has also testified as an expert in federal, state, and international venues.

Across successive economic expansions and contractions, Darin has examined and articulated how macroeconomic forces, demographic shifts, construction input costs, labor dynamics, and capital availability shape performance across real estate sectors including residential, office, hospitality, healthcare, retail, and land development. In both liquidity-driven growth environments and periods of capital retrenchment and balance sheet deleveraging, he led billions of dollars in financial advisory engagements involving the valuation, restructuring, repositioning, and financing of real property.



### EDUCATION

- **Harvard Business School Executive Education**
  Leading Professional Service Firms, January 2020
- **University of California, Santa Cruz**
  BA (Honors, Phi Beta Kappa), 1990

### CERTIFICATIONS & LICENSES

- Fellow of the Royal Institution of Chartered Surveyors (FRICS)
- Counselor of Real Estate (CRE)

### HONORS

**Lexology:**

- Recommended as a Construction Expert Witness

## Selected Project Experience

### ▸ EXPERT TESTIMONY

- Retail and residential real estate: served as a testifying expert in a dispute involving the dissolution of a general partnership involved in the syndication of approximately $1.7 billion in open air retail shopping centers and investment interests in several multifamily projects and single tenant triple net lease properties throughout the southeastern U.S.
- Military family housing project: reviewed the propriety of construction change orders submitted by the design/build contractor and the conditions applied to the approval by the financial guarantor through the application of expertise related to multi-phase construction projects, conditions unique to military housing, the impact of project scope changes on the cash flow available to lenders, and reporting requirements under operative agreements.
- Claims against public REIT by activist shareholder: analyzed statements made by activist shareholders regarding the performance of an external manager in materials filed with the SEC and publicly disseminated to company shareholders.
- Single-tenant office building: evaluated claims related to the fulfillment of maintenance and repair requirements obligations under a lease on an approximately 350,00 square foot, single-tenant office building; analyzed actions performed by the tenant through the evaluation of maintenance work orders, capital expenditures, industry data for similarly situated buildings, property condition assessments, appraisals and reports prepared by engineers, architects and other industry experts.
- Joint venture ownership of mall assets: evaluated the actions of three mall REITs which had jointly acquired a majority interest in several assets developed by one of the largest US mall developers; expert testimony focused on claims by plaintiff's damages expert of a direct correlation between individual asset performance and the performance of the REIT as an entity.

- Land option, like-kind exchange: testified about prevailing industry practices related to land options and partnership governing documents in a case involving the development of a master planned community which had been part of an Internal Revenue Code Section 1031 "like-kind" exchange.
- Mixed-use development including student housing: assessed economic viability of mixed-use student housing, retail and commercial development through analysis of underlying assumptions related to revenue and expense projections, construction schedule, occupancy, stabilization periods, financing and exit strategies and the experience history of similarly situated university environments.
- Office park: addressed claims made by accredited investors in tenant-in-common interests with a focus on prevailing underwriting guidelines in commercial real estate conduit lending programs and the due diligence conducted in the loan origination, pooling and securitization of the senior mortgage which partially funded the asset acquisition.
- Mixed-use development, India: utilized discounted cash flow analysis to evaluate project feasibility and to value a joint venture partner's interest in a development project (including a 5-story retail mall, two-20 story towers with for-sale condominium units, office, hotel and healthcare elements), assuming the project was executed, requiring an understanding of the feasibility of project assumptions, contemporaneous market conditions and economic development studies.
- High-rise condominium development: evaluated customary industry practices related to a developer's analysis of the market, investment feasibility, project financing and communication to investors regarding risks and performance of speculative development.
- Class Certification: evaluated assertions of commonality and alignment among potential class members in opposition to a motion for class certification by thousands of property owners against a global investment bank and national real estate services provider on several billion dollars of debt financings made on four destination, master-planned communities.
- Resort development: calculated damages from failure to complete construction of hotel component of a resort in Mexico City which also included a golf course, spa and residential parcels.
- Retail property: assessed the damages from a failed commercial property sale transaction and value diminution from a previously undisclosed environmental condition at the property.
- Low-income housing development: evaluated the socio-economic status of individuals within the subject community in comparison to the surrounding area in connection with an appellate challenge to the constitutionality of a rent control ordinance.

## DISPUTES AND INVESTIGATIONS

- Land development, acquisition, development and construction (ADC) loan: analyzed the characteristics of hundreds of ADC loans made in the U.S. over the past fifteen years, reviewed the prevailing terms of ADC loans secured by mortgages, and provided background regarding the use of debt capital in real estate development and the use of mortgages as security for debt capital.
- Private real estate fund, management fees: evaluated the compensation received by the fund manager as compared to industry data for the widely recognized roles and conventional scope of services associated with the management of real estate investments.
- Infrastructure project, financial modelling practices: reviewed the processes followed by a financial advisor in building and testing a financial model in support of an infrastructure bid and compared those processes to prevailing industry standards and best practices.
- Multi-family property, maintenance and repair: analyzed property owner's actions related to building maintenance and repair as compared to industry standards and the resulting impact on the value of a purchase option.
- Residential property development, contract assignment: evaluated the economic benefit achieved from the assignment of a contract as compared to the execution of the underlying development plan.
- Boutique Hotel, exercise of fair-value purchase option: prepared an analysis of the value of the hotel "as-is" compared to "as-stabilized."
- Listed, non-traded REIT, SEC investigation: retained by special litigation committee of the board of directors to evaluate the fees paid to a captive property manager and business advisor following inquires by the SEC and shareholder litigation.
- International school, construction loan: evaluated real estate loan practices and analyzed borrower's financial statements.
- Prominent family trust: provided mediation support for a trust with an estimated value of $3 billion of which holdings of residential and commercial real estate comprised $1.7 billion, including the evaluation of business entities, forensic review of the trust and evaluation of the real estate portfolio.
- Regional home builder, United States Attorney's Office investigation: analyzed evidence from home loan files and reviewed the findings in the context of market pricing and standards of mortgage underwriting.
- Real estate private equity fund, manager performance: evaluated the adequacy of the company's due diligence procedures, fee structure, fund reporting/disclosures, and an examination of the performance of each investment in support of arbitration proceeding involving investor claims that inadequate disclosures and insufficient diligence procedures resulted in the fraudulent inducement of the individuals to make their investment.

- Mixed-use retail development with outdoor lifestyle center and community center: analyzed the due diligence process and acquisition agreements with a focus on development costs, including sources and uses of funds.
- Residential property values, impact of pipeline incident: analyzed the economic impact on market trends in the neighboring area of an explosion.
- Business combination, post-transaction: identified continuum of transition approaches to business combinations and evaluated the Six Sigma improvement process utilized by a national bank in the acquisition of a mortgage lender.
- Non-regulated acquisition, development and construction lender, fraudulent conveyance: analyzed over 1,200 loans and the associated collateral in the formulation of theories of reasonably available information and the associated conclusions during the period of market transition in 2007.
- Luxury resort and casino, distressed development: evaluated the actions of the largest lender and administrator of the project's syndicated construction loan in the context of its refusal to provide further financing; analysis focused on the role and duties of the administrative and disbursement agent in a syndicated loan, and whether the duties were exercised in line with its fiduciary responsibilities.
- Mixed-use development, borrower/lender dispute: evaluated lender's actions related to speculative development loan for the construction of 600 residential units and approximately 500,000 square feet of retail space with a focus on traditional real estate lending practices and loan administration.
- Medical office building, private offering of tenant-in-common interests: analyzed the adequacy of due diligence process completed by sponsor when compared to prevailing industry practices.
- Retail property REIT in bankruptcy, credit market review and CMBS assessment: reviewed historical financing terms for commercial real estate for a REIT with approximately $14.8 billion of CMBS debt along with substantial amounts of cross-collateralized debt; developed a scorecard to measure the relevant factors that influence the strength of property level cash flow for over 180 retail centers in the portfolio; correlated property level cash flows to entity level debt with a specific focus on the priority of payments and legal collateral under the debt structure.
- Internalization transaction, valuation of fee stream: evaluated the duties, scope and associated fees for the property manager in the stewardship of the portfolio comprising several hundred properties in connection with a $300 million investor class action claim against a private REIT of retail properties.
- Damages analysis:
  - Commercial property: evaluated property value impact to a class of home owners related to claims of environmental contamination at neighboring commercial property.
  - Commercial property: calculated the financial impact of the loss of use due to the alleged improper construction of an adjacent commercial building in New York City.
  - Housing development: estimated the damages related to the failure of a surety to perform under the terms of a completion bond causing construction to be terminated on a partially constructed for sale housing development.
  - Multi-family development, ground lease: prepared damage analysis stemming from landowners' breach of contractual obligations which prevented ground lease tenant from obtaining debt and equity funding necessary to move forward with the project development and construction.

## CONSTRUCTION CONSULTING AND CAPITAL PROJECTS

- Private real estate investment company, focused in the retail sector: developed best practice policies and procedures for construction and development activities, including estimation, contingency and schedule management; standardized processes and controls for the project reporting system throughout the lifecycle.
- Capital program, Port Authority of New York and New Jersey: investigated causes of increased costs at the $15 billion development of the World Trade Center and the ability of The Port Authority of New York and New Jersey to support its $25 billion capital program for the next decade.
- University campus: analyzed alternate sites and phasing plans for development of new 910-acre campus and 2,000-acre community; focused on the costs and economic impact of several development scenarios, with specific regard to market feasibility, timing and consideration of alternatives to the proposed development to demonstrate that the least environmentally damaging practicable alternative was selected.
- Public, listed multi-family REIT: conducted review of development and construction projects undertaken over an 8-year period, including both quantitative and qualitative factors.

## FINANCIAL ADVISORY AND RESTRUCTURING

- Hotel, conference center and golf facility, distressed debt: assessed actual and projected financial performance of the project and advised trustee on strategic alternatives to enhance liquidity.
- Alpine resort property, construction loan default: assisted private equity firm in resolution of default, incorporating analysis of the demand and pricing of the fractional interest, vacation home market.

- Real estate development entity, bankruptcy: advised on a complex bankruptcy case with dozens of concurrent litigation actions, further complicated by an elaborate capital structure that included municipal bonds, mortgage debt, mezzanine lending and unsecured creditors that held personal guarantees with the debtor. The estate contained a 225-acre mixed use development in northern Florida that comprised housing, office, retail, entertainment and infrastructure assets.
- Master-planned community development, loan extension: advised private equity sponsor in the extension of a senior financing facility on a $2.2 billion, 57,000-acre development, utilizing understanding of land use planning, real estate marketing, construction and financing.
- Mixed-use tower, ADC loan default: assisted owner in the resolution of a defaulted $130 million acquisition, development and construction loan on a site in mid-town New York City zoned for approximately 300,000 square feet of mixed use.
- Luxury golf resort and spa, debt restructuring: underwrote the collateral and evaluated strategic options to maximize the lender's recovery on the loan.
- Office building portfolio, mezzanine debt restructuring: evaluated over $500 million of debt on "trophy" office building portfolio, requiring detailed understanding of real estate finance given that debt was subject to a securitization, commercial office asset management and the implications of bankruptcy.
- Luxury condominium project, construction loan extension: addressed impact on loan extension of buyer deposits and cancellation of options.
- Residential community development, private equity sponsor: advised on restructuring and recapitalization of $400 million mezzanine debt facility with cross-collateralization, increasing the complexity of the restructuring.
- Residential property lender, public homebuilder default: Evaluated exposure on billions of dollars of positions with public homebuilders, including direct loans, land banking, sale-leaseback arrangements on model homes and construction financing; assisted with recovery negotiations in anticipation of bankruptcy proceedings and litigation preparation.

## BUSINESS PROCESS IMPROVEMENT AND GROWTH ADVISORY SERVICES

- Private real estate company, owner and manager of over $1 billion of multi-family property: directed the design and implementation of policies and processes in response to an expanding and evolving platform, creating a performance-based management environment supported by industry standard key performance indicator (KPI) reporting, analytical tools and data systems.
- Public, non-traded healthcare real estate investment trust (REIT): advised the company in the development of financial and operational capabilities to manage asset growth, the navigation of a public listing and the execution of an entity-level sale.
- Private real estate investment company, focused in the retail sector: evaluated expansion plans by overseas owners in U.S. based operations through assessment of the company's organizational structure, financial reporting and staffing capabilities; made recommendations for the company to achieve best in class standards.
- Senior housing owner: conducted detailed analysis of portfolio of over 300 senior living communities, identifying tranches of assets to offer in a multi-phase portfolio-sale program, and modeled the impact of proposed transactions on the enterprise and investors.
- Global temperature-controlled warehouse owner: deployed small focused teams in multiple corporate locations to develop strategy for financial systems integration and document process improvement initiatives in preparation for an initial public offering.
- Real estate private equity funds:
  - Provided underwriting support for over $3 billion of potential debt and equity investments including pricing analysis, market research, financing scenarios, lease abstracting and production of investment committee material.
  - Evaluated and formalized asset management and property management policies and procedures.
  - Confirmed the accuracy of sponsor's incentive fee calculation and related distributions and tested the stability of the underlying model for calculating promote when used on other investments.
  - Prepared an organizational assessment in preparation for investor due diligence and to facilitate the phased implementation of improvements in operations, finance and accounting, and governance.
  - Evaluated investor reporting capabilities and recommended standardized metrics in accordance with industry practices.
  - Completed comprehensive business process review including the creation of standardized transaction and asset management process maps and a steering committee to oversee the implementation process.

DELTA CONSULTING GROUP

**Darin L. Buchalter**
FRICS, CRE
CURRICULUM VITAE

## ▸ TESTIMONY, AFFIDAVITS AND ALTERNATIVE DISPUTE RESOLUTION

- Jason R. Nidiffer, et al. v. Jeffrey Rosenberg, et al., C.A. No. 2024-0509-LWW, Submission of Expert Reports (August 18, 2025, and September 5, 2025) and Dep. (September 19, 2025)
- Knox Hills LLC v. Ambac Assurance Corporation, AAA Case No. 01-15-0004-1154, Submission of Expert Report (March 2, 2016), Dep. (March 16, 2016) and Test. (April 13, 2016)
- GTTL Optionee L.L.C. v. TPG (Grigio) Note Acquisition, LLC, Submission of Expert Report (August 21, 2015)
- High Rock Westminster Street LLC v. Bank of America, N.A., Case No. 1:13-cv-00500-S-LDA, Submission of Expert Report (June 15, 2015) and Dep. (July 8-9, 2015)
- SF II Properties Litchfield Park LP, et al., v. SCOA Residential LLC, Private Arbitration, Submission of Expert Reports (May 21, 2014 and June 2, 2014) and Test. (June 12, 2014)
- Pacifica Companies, LLC, et al. v. Shailesh Patel, et al., Case No. 37-2012-00092404-CU-NP-CTL, Dep. (January 22, 2014) and Test. (June 5, 2014)
- Arizona Board of Regents v. Alumni Control Board, Beta PSI Chapter, Delta Sigma Phi, et.al., Case No: CV2011-020796, Submission of Expert Report (August 19, 2013) and Dep. (December 16, 2013) and Test. (June 3, 2014)
- Center Partners, Ltd., et al. v. Urban Shopping Centers, L.P., et al., Case No. 04 L 012194, Submission of Expert Reports (March 21, 2014 and April 11, 2014) and Dep. (April 23, 2014)
- NNN Siena Park 1 2, LLC, et al. v. Wells Fargo Bank, N.A., Case No. A-12-665514-C, Submission of Expert Report (August 12, 2013) and Dep. (November 12, 2013)
- CommonWealth REIT, et al. v. Corvex Management LP, et al., AAA Case No. 11-512-Y-276-13, Submission of Affidavits (June 26, 2013, September 11, 2013 and September 25, 2013) and Test. (October 10, 2013)
- Pivotal Colorado II, LLC et al. v. Pivotal Group, Inc. et al., Case No. CV2011-017812, Submission of Expert Report (April 5, 2013) and Dep. (June 18, 2013)
- Askeroth v. Diversified Real Estate Group, Case No. A571192, Submission of Expert Report (February 4, 2013)
- L.J. Gibson, et al. v. Credit Suisse, et al., Case No. 1:10-cv-00001-EJL (REB), Submission of Declaration and Expert Report (December 12, 2012)
- Granite Southlands Town Center LLC v. Ground Engineering Consultants, Inc., et al., Case No. 2010CV1175, Submission of Affidavit (December 2012)
- J.P. Morgan S.A. Institución de Banca Múltiple, J.P. Morgan Grupo Financiero, División Fiduciaria; Currently Bank of New York Mellon S.A., Institución de Banca Múltiple, as Trustee under Trust Number F/413 and Carlos Tommasi Villamil; Operadora Punta Maroma, S.A. de C.V., ICC Arbitration 17581/JRF, Submission of Expert Report (October 21, 2011), Submission of Rebuttal Report (January 26, 2012), Submission of Sur-rebuttal Report (June 15, 2012) and Test. (September 7, 2012)
- Operadora Punta Maroma, S.A. de C.V. and Maroma Compañia Admistradora de Golf, S. de R.L. de C.V., Compañia Hotelera Maroma, S. de R.L. de C.V., Maroma Operadora Turística, S. de R.L. de C.V., Deutsche Bank México, S.A. Institución de Banca Múltiple acting as trustee under Trust F/893, Deutsche Bank México, S.A. Institución de Banca Múltiple acting as trustee under Trust F/894, Deutsche Bank México, S.A. Institución de Banca Múltiple acting as trustee under Trust F/963, ICC Arbitration 17548/JRF, Submission of Expert Report (October 21, 2011), Submission of Rebuttal Report (January 26, 2012), Submission of Sur-rebuttal Report (June 15, 2012) and Test. (September 7, 2012)
- Wells Fargo Bank N.A. v. Kenneth G. Renz et al., Case No. CV 08-02561 SBA (Cal. N.D.), Submission of Expert Report (November 15, 2010) and Dep. (March 17, 2011)
- TIC North Houston I, LP, et al. v. APCA Investors LLC, et al., Case No. 70 115 4 00378 06 Arbitration, Submission of Expert Report (June 4, 2007)
- Manufactured Home Communities, Inc. v. City of San Rafael and Contempo Marin Homeowners Association (Co-Defendants), Case No. C00-3785 VRW, (9th Cir.), Dep. (April 20, 2007) and Test. (April 30, 2007)

## ▸ SPEAKING ENGAGEMENTS

***"Investing in Change Management,"*** presented at Design Futures Council Speaker Series, Leadership Summit on the Business of Design, New York, NY (November 13, 2018)

***"The Baker Program in Real Estate,"*** presented at Cornell Real Estate Distinguished Speaker Series, Cornell University, Ithaca, NY (April 21, 2015)

DELTA
CONSULTING GROUP

# Cory R. Milburn, MBA, CFCC, PSP, CCP

## Vice President

**T:** 303-406-2430 **E:** cmilburn@delta-cgi.com

For over 25 years, **Cory Milburn** has guided clients through management optimization, risk mitigation, and the resolution of challenging situations in the construction industry. His success evolved from various roles in expert-level claims development and defense strategy, expert testimony, CPM scheduling, project controls management, productivity analysis, forensic schedule analysis, contract entitlement, risk management, dispute resolution, and training.

**Cory Milburn** comes highly recommended as "a market leader for construction delay and damages issues", thanks to his "fantastic industry knowledge and experience".

Lexology Index - Experts - Construction- Quantum Delay & Technical

He also has served in numerous challenging leadership positions throughout top-rated construction companies, government agencies, and consulting firms. He has created and directed training for world-renowned construction and consulting companies, focusing on how to develop effective processes in a limited resource environment.

## Selected Project Experience

### ▶ LITIGATION SUPPORT AND DISPUTE RESOLUTION

- Expert report and testimony in response to a $40 million claim by an electrical subcontractor related to delay, loss of productivity, and descoping due to failure by subcontractor to timely perform its work on a mining facility in Wyoming.
- Expert report and testimony for a $15 million claim by an electrical subcontractor for delay, loss of productivity, and damages during construction of a senior living center in Colorado.
- Development of a claim and expert report on behalf of a surety related to wrongful termination of an electrical subcontractor for a healthcare facility in North Carolina.
- Development of over $10 million in claims on behalf of an electrical subcontractor for construction of data centers in Wyoming.
- Analysis of delays, loss of productivity, and damages resulting in a $8 million claim submission on behalf of an electrical subcontractor for the construction of a high end resort in Wyoming.
- Affirmative and responsive expert reports related to delay, loss of productivity, and damages on behalf of an electrical subcontractor the construction of a mid-rise hotel in construction of a mid-rise hotel in Colorado.
- Response to claims for delay and development of a $12 million affirmative claim for delay and loss of productivity on behalf of an electrical subcontractor for construction of a mid-rise, mixed use facility in Colorado.
- Rebuttal analysis on behalf of the owner in response to a $16M electrical subcontractor claim for delay and loss of productivity during construction of a mining facility in Nevada.



### EDUCATION

- **University of Denver**
  MBA, 2016
- **University of Phoenix**
  B.S. Business Administration, 2010
- **U.S. Army Special Warfare Training Center and School**
  U.S. Army Special Forces, 2005

### CERTIFICATIONS & LICENSES

- Certified Forensic Claims Consultant (CFCC)
- Certified Planning and Scheduling Professional (PSP)
- Certified Cost Professional (CCP)

### HONORS

**Lexology Index:**

- Client Choice – Construction
- Thought Leaders – Firm Management

***Recommended***

- Arbitration – Arbitration Expert Witnesses
- Recommended - Construction Experts
- Construction – Construction Expert Witnesses
- Consulting Experts – Construction - Quantum, Delay & Technical

### AFFILIATIONS

- AACE International
- ABA Forum on Construction Law
- Project Management Institute

- Development of a $7 million claim for delay, loss of productivity, and unresolved change orders on behalf of an electrical subcontractor for the construction of a senior living center in Colorado.
- Development of a $24 million claim on behalf of an electrical subcontractor for delays, loss of productivity, and unresolved change orders during construction of a design-build light rail expansion in California.
- Development of a $6 million on behalf of an electrical subcontractor for delay and unresolved change orders during construction of a bridge and highway project in California.
- Expert analysis and testimony of delays and time-related costs on a $67 million highway and bridge construction project in California.
- Expert rebuttal and testimony of delays claimed by a contractor against a developer for a luxury apartment building in Florida.
- Critical path schedule analysis and analysis of loss of productivity incurred by the prime contractor during construction of a $75 million design-build highway rehabilitation project in Colorado.
- Analysis of delays and additional costs incurred by the prime contractor during the construction of a $9 billion hydroelectric dam in Canada.
- Analysis of delays and additional costs incurred by the prime contractor for the construction of a $250 million bus terminal facility in Canada.
- Preparation of delay and productivity analysis for impacts resulting from unmarked crossings and design changes during construction of a 170 mile, multistate, gas pipeline in the Northeast US.
- Quantification of delays and additional costs incurred by the prime contractor during the $40 million reconstruction of an interstate highway interchange in Virginia.
- Quantification of additional costs incurred by the prime contractor because of design changes and additional work during the construction of a $40 million interstate expansion project in California.
- Analyzed and prepared response to general contractor and electrical contractor claims for delay and inefficiencies on a new $324 million power generation facility in Alaska.
- Performed analysis on loss of productivity and critical path delays on a $30 million underground water pipeline project in California.
- Performed detailed critical path delay analysis and evaluation of disputed changes on a $34 million state-of-the-art waste to energy facility in Colorado that included preparation of statements and presentations for mediation.
- Prepared detailed schedule analysis and lost labor productivity analysis related to the termination for default of an electrical subcontractor on a new $320 million hospital in North Carolina.
- Schedule analysis preparation and presentation of delays on a waste-to-energy facility in the United Kingdom.
- Evaluation and response to a $27 million claim by the general contractor and subcontractors for delays and inefficiencies during the construction of a technology fabrication facility in Oregon. Preparation and presentation of findings in a complex, multi-party mediation.
- Prepared critical path delay analysis to determine cause of delays during the construction of a high-end retail and residential complex in Colorado.
- Development of a schedule delay analysis to determine the cause of delays during the engineering, procurement, and construction of a new $295 million combined cycle power plant in Alaska.
- Preparation of expert report including delay analysis and calculation of damages incurred by the contractor during the construction of a $20 million shopping facility in Colorado.
- Schedule analysis and development of response to subcontractor claims for delays, disputed changes, and loss of productivity during the construction of a $165 million water treatment facility in Florida.
- Performed detailed analysis of delays and additional costs incurred by Surety after default by contractor during construction of a $56 million bridge rehabilitation project in Tennessee. Presented findings during settlement negotiations.
- Preparation of detailed analysis on loss of productivity incurred by contractor during the $56 million expansion of an existing water treatment facility in Texas.
- Performed detailed schedule analysis, productivity analysis, and calculation of damages incurred by the contractor during the expansion of an existing wastewater treatment facility in California.
- Critical path delay analysis and calculation of damages incurred by the contractor during the construction of a Veterans Administration medical facility in Arizona. Presented findings to government representatives on behalf of the contractor.
- Analysis of schedules to determine cause of delays during the $2.3 million renovation of an existing dorm facility at F.E. Warren Air Force Base in Wyoming.
- Performed detailed schedule review and reporting for the construction of a state-of-the-art solar power generation facility in California.
- Analysis on loss of labor productivity incurred by the mechanical contractor during the construction of a solar power generation facility in Arizona.

DELTA CONSULTING GROUP

# Cory R. Milburn
MBA, CFCC, PSP, CCP

CURRICULUM VITAE

## ▸ EMPLOYMENT HISTORY

**Delta Consulting Group, Inc., 2016-Present**
**Vice President**

- Consultant providing scheduling; analysis of delays, productivity, and additional costs; project management and surety support; and dispute, litigation, and expert witness services to domestic and international clients.

**MWH Constructors, Inc., 2016**
**Risk Manager**

- Responsible for the identification, management, and development of construction-related claims for company projects located through the United States and United Kingdom.

**Sage Consulting Group, 2014-2016**
**Senior Construction Claims Consultant**

- Provided expert analysis of construction claims, contract requirements, CPM scheduling, labor productivity, earned value, and cost metrics to owners, contractors, and construction professionals in various industries including energy, mining, technology, underground construction, commercial building, and transportation.

**CH2M Hill (now Jacobs), 2013-2014**
**Business Line Lead Consultant, Pipeline and Midstream Facilities**

- Management of a 12-member project controls team consisting of project leads, cost controllers, and schedulers focused on engineering, procurement, and construction management projects in the oil and gas industry. Mr. Milburn was responsible for the project controls reporting of projects in excess of $1.2B throughout North America.

**MWH Constructors, 2011-2013**
**Forensic Scheduler**

- Led an organizational effort to reduce project risk on over $750 million in capital projects throughout the U.S. and U.K. Established an internal construction claims service focused on aggressively pursuing resolution of actual and potential claims within MWH Constructors. Responsible for the forensic analysis of affirmative and responsive claims.

**Sage Consulting Group, 2008-2011**
**Project Controls and Construction Claims Consultant**

- Provided expert analysis of construction claims, contract requirements, CPM scheduling, labor productivity, earned value, and cost metrics to owners, contractors, and construction professionals in various industries including energy, mining, technology, underground construction, commercial building, and transportation.

**U.S. Army Special Forces, 5th Special Forces Group, 2003-2008**
**Senior Special Forces Communications Sergeant**

- Successfully trained and led over 160 foreign military personnel on over 50 politically sensitive operations. Mr. Milburn was the subject matter expert for the construction of mission-critical facilities on overseas deployments as part of a Special Forces Operational Detachment Alpha (A-Team). He forged professional working partnerships with several domestic and international companies and government agencies including the U.S. Department of the Interior, U.S. State Department, Defense Intelligence Agency, L3 Securities, and Halliburton.

**Wyoming Department of Transportation, 2000-2002 & 2002-2003**
**Engineering Technician**

- Analyzed project drawings, engineer/survey journals, and governmental regulations during the layout, construction, and final inspection of multiple types of construction projects including new roadway construction, bridge construction, and highway rehabilitation. Mr. Milburn advise and assisted engineers and contractors in the planning and construction of complex roadways, structures, and utilities.

**Morrison Knudsen/Kiewit Western, 2002**
**Quality Control Engineer**

- Responsible for the quality control, quality documentation, and quality surveys during the construction of a $240 million toll road.

**Bender Equities, 1997-2000**
**Crew Foreman**

- Responsible for the renovation and reconstruction of a 250-unit apartment complex.

**Ellis Concrete, 1993-1997**
**Concrete Laborer**

- Concrete laborer and finisher on various projects including civil infrastructure, residential construction, and commercial buildings.

## ▸ U.S. MILITARY SERVICE

U.S. Army – Operational Detachment Alpha Special Forces Communications Sergeant, 5th Special Forces Group

DELTA
CONSULTING GROUP

Cory R. Milburn
MBA, CFCC, PSP, CCP
CURRICULUM VITAE

## ▸ EXPERT TESTIMONY EXPERIENCE (DEPOSITION AND TRIAL)

| CASE | DATE | LOCATION |
|---|---|---|
| FDS v. United States | 2026 | ASBCA 63696 |
| Walsh/Shea Corridor Constructors v. Neal Electric Corporation | 2026 | JAMS Arbitration No. 5220006246 |
| Purac America, Inc. d/b/a Corbion v. EAD Constructors and EAD Engineering | 2025 | American Arbitration Association Case No. 02-23-003-3408 |
| Strike Operating Company v. ZAP Engineering & Construction | 2025 | American Arbitration Association |
| Graham Industrial v. Garden Plain Wind/TransAlta | 2025 | ADR Institute of Canada, Calgary AB |
| Kenny Electric Services, Inc. v. Casey Industrial, Inc. | 2024 | American Arbitration Association, Denver, CO |
| MWH v. Metro Water Recovery | 2024 | District Court, Adams County, Colorado |
| TMG vs. Westlake | 2024 | Arbitration Case No. DLYNW, Los Angeles , CA |
| Pacific Pile & Marine v. Graham Contracting | 2023 | Superior Court of King County, WA |
| Graham Contracting v. Colorado Dept. of Transportation | 2023 | American Arbitration Association Case No. 01-22-0000-0763, Denver, Colorado |
| PCL v. Monarch | 2022 | District Court, City and County of Denver, State of Colorado Case No. 2019CV33368 |
| Joaquin Mfg. et al. vs. Botanex LTD. et al. | 2022 | JAMS Case ID 28629, Denver, Colorado |
| Hunt Electric vs. Shaw Builders, LLC | 2022 | District Court, Jefferson County, Colorado |
| Bay Cities/C.C. Meyers J.V. vs. State of California, Department of Transportation | 2020 | Office of Administration Hearings Public Works Contract Arbitration - California |
| The Hermitage St. Pete, LLC, vs. Cambridge Swinerton, Inc. | 2019 | 11th Judicial Circuit in and for Miami-Dade County, Florida |
| Stellar J Corporation vs. Tualatin Valley Water District | 2018 | Arbitration Service of Portland Vancouver, Washington |
| Diablo Contractors, Inc. vs. State of California, Department of Transportation | 2018 | Office of Administrative Hearings Public Works Contract Arbitration - California |

DELTA CONSULTING GROUP



## SPEAKING ENGAGEMENTS

***"False Claims Act Regulations and Dispute Resolution in the Construction Industry"*** presented at AACE International Meeting in Atlanta Georgia, June 2024 "

***"Apples and Oranges: The Need for Comparative Project Guidelines"*** presented at AACE International Meeting in Atlanta Georgia, June 2024

***"Pitfalls to Avoid When Quantifying Extended Field Office Overhead Costs"*** presented at AACE International Annual Meeting in Chicago Illinois, June 2023

***"Considerations When Using the Modified Total Hours Method for Quantifying Loss of Productivity"*** presented at the AACE Arabian Gulf Section, May 2022

***"There is No Such Thing as a Free Non-Workday"*** presented at AACE International Annual Meeting in Boston Massachusetts, June 2021

***"Understanding and Applying the Elements of Constructive Acceleration"*** presented at AACE International Rising Professionals Meeting in Englewood, Colorado, January 2021

***"Implementing the Half-Step Analysis During the Project – Phase II"*** presented at the AACE International Annual Meeting in Orlando, Florida, June 2017

***"Change Management for Engineering & Consulting Services"*** presented in Denver, Colorado October 2016"

***"Different Allocation Methods for Indirect Costs"*** presented at the AACE International Annual Meeting in Toronto, Canada, June 2016

***MWH Constructors Master Scheduler Training"*** presented in Broomfield, Colorado, May 2016

***"Development of Productivity Claims"*** presented in Denver, Colorado, June 2015

## PUBLICATIONS

***"False Claims Act Regulations and Dispute Resolution in the Construction Industry"*** Gregory Martin, and Codi Cox, 2024, CDR-4311

***"Apples and Oranges: The Need for Comparative Project Guidelines"*** Co-Authors Alessio Loreti and Cory Milburn, 2024, AACE CDR-4222

***"Pitfalls to Avoid When Quantifying Extended Field Office Overhead Costs",*** presented at AACE International Annual Meeting in Chicago Illinois, June 2023

***"Identifying, Quantifying, and Proving Loss of Productivity"*** Co-Authors William Ibbs, Ph.D., Robert D'Onofrio, Cory Milburn, et al, 2021, American Society of Civil Engineers

***"There is No Such Thing as a Free Non-Workday"*** Co-Authors Cory Milburn and Khaled Aziza, 2021, AACE CDR-3711. Republished in AACE Cost Engineering Journal, Vol. 64, No. 4 July/August 2022

***"Understanding and Applying the Elements of Constructive Acceleration"*** Co-Authors Cory Milburn, Brian Furniss, and Matt Nichols, 2019, AACE CDR-3214

***"Implementing the Half-Step Analysis During the Project – Phase II"*** Co-Authors Brian Furniss, Cory Milburn, John Orr, 2017, AACE PS-2491

***"Different Allocation Methods for Indirect Costs"*** Co-Authors Cory Milburn, William Schwartzkopf, 2016, AACE CDR-2192

DELTA CONSULTING GROUP

# Khaled M. Aziza, CPM, PMP, EVP, PSP, CCP

## Senior Director

T: +1 (571) 477 1858 E: kaziza@delta-cgi.com



**Khaled Aziza** is a Senior Director at Delta Consulting Group with more than 20 years of experience providing expert analysis, advisory, and consulting services on complex construction disputes. His expertise includes forensic delay and disruption analysis, loss of productivity evaluation, quantification of damages, risk and cost analysis, earned value management, and claims management. He has advised owners, contractors, and supported counsel in litigation and arbitration across diverse sectors, including oil and gas, petrochemicals, nuclear power, power generation, water and wastewater treatment, highway and infrastructure, and government facilities.

Khaled has developed expert reports, rebuttals, and productivity analyses on disputes collectively valued in the billions of dollars. His testimony support and causation analyses have addressed issues such as force majeure impacts, labor inefficiencies, scope changes, acceleration, and schedule delay. His work has supported clients in international arbitrations, U.S. court proceedings, and government forums, where his analyses have been relied upon to resolve complex entitlement and quantum matters.

Prior to joining Delta, Khaled served in senior roles with a major EPC contractor, including Contracts Manager and Project Manager on multi-billion-dollar fertilizer and petrochemical projects in the U.S., Algeria, and Egypt. The first-hand construction experience provides a strong foundation for his credibility as an expert, allowing him to combine practical project management knowledge with rigorous forensic analysis.

Khaled holds professional certifications as a Planning and Scheduling Professional (PSP), Earned Value Professional (EVP), Project Management Professional (PMP), and Certified Construction Project Manager (CPM).

## Selected Project Experience

- **$5 Billion Oil Refinery – Kuwait**
  *Expert Testimony – State of Kuwait, Ministry of Justice, General Department of Experts*
  Prepared and presented a forensic delay analysis addressing COVID-19 impacts, owner-caused delays, and critical path disruptions before the Kuwaiti Ministry of Justice, Department of Experts, Engineering Section, in a dispute between Fluor Company Limited and Kuwait Integrated Petroleum Industries Company (KSCC).

- **U.S. Navy – Armed Services Board of Contract Appeals (ASBCA No. 63378)**
  *Designated Expert for the Government*
  Delay expert to evaluate contractor delay claims on a federal construction contract. Responsible for critical path analysis, causation assessment, and entitlement evaluation to support the Government's position in proceedings.

- **Navy Hotel Facility – Key West, Florida**
  *Expert Analysis of Subcontractor Productivity and Delay*
  Provided delay and loss of productivity analysis of the mechanical subcontractor's work on a Navy hotel facility, covering installation of HVAC and fire protection systems. Evaluated contractor inefficiencies and entitlement for recovery of time and costs.

- **Surety vs. Development Company – Multi-Use Apartments & Yacht Club, USA**
  *Expert Reports – U.S. Litigation*
  Prepared and co-signed expert, rebuttal, and surrebuttal reports regarding delays, cost to complete, and damages arising from contractor default. Provided analysis of project delays, owner payments, and the estimated cost of correcting defective construction.

### EDUCATION

- **Cairo University**
  B.S. Civil Engineering,
- **University of Cambridge**
  Project Management Diploma

### CERTIFICATIONS & LICENSES

- Certified Construction Project Manager (CPM)
- Project Management Professional (PMP)
- Earned Value Professional (EVP)
- Planning & Scheduling Professional (PSP)
- Certified Cost Professional (CCP)

### AFFILIATIONS

- AACE International (AACE)
- SCL North America (SCL)
- Project Management Institute (PMI)
- American Bar Association (ABA)

### LANGUAGES

- English, Arabic, French

- **$31 Billion LNG Export Terminal – Canada**
  Conducted forensic delay analysis and evaluation of subcontractor claims on one of the world's largest LNG export facilities. Analysis included schedule delays, entitlement assessment, and productivity impacts, supporting counsel in arbitration proceedings.

- **Nuclear Power Plants – USA & Canada**
  Performed disruption and productivity analyses on steam generator replacement projects. Addressed COVID-related labor inefficiencies, acceleration, and scope changes, preparing expert analyses on loss of productivity, sequence changes, and time extension claims.

- **$216 Million Wastewater Treatment Plant Upgrade – Canada**
  Provided critical path delay analysis and evaluation of disputed changes on a major municipal project. The analysis included evaluation of project delays, subcontractor delays and preparation of analysis presentations for mediation.

- **Highway Development Project – California, USA**
  Delivered forensic delay analysis under a workday contract for the construction of new HOV lanes, JPCP paving, and bridges. Analysis supported the client's claims and defense in arbitration.

- **Wind Power Plant – Mexico**
  Conducted delay and productivity analysis for prime contractor disputes, focusing on schedule sequencing, disruptions, and critical path delays.

- **NAVFAC Projects – USA & Guantanamo Bay**
  Performed delay analysis and evaluation of subcontractor claims for U.S. Department of Defense facilities. Provided advisory reports on contractor entitlement, schedule impacts, and damages quantification.

- **Architect of the Capitol – Washington, DC**
  Delivered comprehensive advisory services, including:
  - Development and update of AOC scheduling specifications.
  - Review of project estimates, contractor bids, and schedule submissions.
  - Scheduling and claims evaluation for multiple projects, including:
    - Library of Congress Book Storage Facilities – Modules #6 and #7.
    - Fire Alarm and Audibility Upgrade – James Madison Memorial Building.
    - Sprinkler System Replacement – John Adams Building.
    - Fire Alarm Replacement – Thomas Jefferson Building.
    - Energy efficiency installations across seven federal government buildings.

- **$1.8 Billion Fertilizer Plant – Iowa, USA**
  Contracts Manager responsible for the management of five major subcontract agreements on a world-scale greenfield fertilizer project. Directed all aspects of contract negotiation, change management, and claims resolution. Successfully negotiated and closed change orders and claims exceeding $250 million, including force majeure and owner interference claims. Oversaw contract administration, cost control, subcontractor progress monitoring, and final close-out through project completion.

- **€1.4 Billion Fertilizer Complex – Algeria**
  Project Coordinator and Senior Contract Engineer supporting the development of a major EPC petrochemical complex. Responsibilities included tender evaluation, subcontractor scope preparation, vendor selection, and contract negotiations. Managed contract administration and claim resolution, including counterclaims and change order control. Coordinated with technical disciplines and project management teams to ensure contractual compliance. Oversaw final negotiations and settlement of claims at project close-out.

- **€85 Million Urea Solution Plant Upgrade – Egypt**
  Project Engineer / Contract Engineer responsible for the rehabilitation and expansion of an industrial fertilizer facility. Managed contract negotiation, change management, and claim preparation. Reported to executive leadership in a PMO role, overseeing project meetings, minutes, and critical path tracking. Coordinated technical correspondence, invoice approvals, and RFIs, and provided analysis of subcontractor claims and counterclaims.

## ▸ TECHNICAL PAPERS

***"Developing a Persuasive Cause and Effect Link in Disruption Claims"*** - CDR-4535, AACE, January 2025.

***"Bridging the Divide: Integrating EPC Schedules to Minimize Delays in Complex Projects"*** – PS-4656, AACE, January 2025.

***"Poor Practices Used in Contemporaneous Schedule Updates to Build Delay Claims"*** – CDR 4260, AACE International, April 2024.

***"Recommendations in Dealing with Disruptions and Loss of Productivity during Global Events (e.g., COVID-19 Pandemic)"*** CDR-3868, AACE International, January 2022.

***"There is No Such Thing as a Free Non-Workday"*** - CDR-3711, AACE International, January 2021.

## ▸ SPEAKING ENGAGEMENTS

***"Developing a Persuasive Cause and Effect Link in Disruption Claims"*** - CDR-4535, AACE Conference and Expo, June 2025.

***"Bridging the Divide: Integrating EPC Schedules to Minimize Delays in Complex Projects"*** – PS-4656, AACE Conference and Expo, June 2025.

***"Project Controls Overview for PM Professional: How Project Controls Can Benefit Both Projects and PMs"*** – PM Symposium – Project Management Center of Excellence, University of Maryland, May 2025.

***"Understanding Labor Costs in Construction Claims"*** – AACE North-East Symposium, March 2025.

***"Poor Practices Used in Contemporaneous Schedule Updates to Build Delay Claims"*** – CDR 4260, AACE International, April 2024.

***"EVM Intro, Analysis & Reporting Guidelines"*** – AACE Peru Congress, November 2022.

***"Crushing Stereotypes–Women Schedulers, Project Managers, Expert Testifiers"*** panelist at the Women in Construction Conference in Washington, DC, October 2022.

***"Recommendations in Dealing with Disruptions and Loss of Productivity during Global Events (e.g., COVID-19 Pandemic)"*** - AACE International Conference & Expo, June 2022.

***"Presenting and Defending Prospective TIAs Challenges and Risks"*** presented at the Northeast AACE Symposium in Tysons, Virginia, April 2022.

***"There is No Such Thing as a Free Non-Workday"*** presented at AACE Conference and Expo [Virtual], June 2021.

***"How to Avoid Major Issues on a Construction Project – Hot Topics and Strategies"*** presented at the Women in Construction Conference in Washington, DC, October 2018.

DELTA
CONSULTING GROUP

# James Hanson

## Senior Director

T: +44 (0)7599 451 358 E: jhanson@delta-cgi.com



**James Hanson** is a civil engineer with over 30 years' experience in industry, disputes and expert consulting across multiple sectors. His career has focused on the UK and Middle East markets, plus some significant international projects in Europe, the US and Hong Kong.

James has provided expertise and advice to public and private sector clients from several industries including oil and gas, construction, real estate, nuclear, manufacturing, aerospace, defence, education and healthcare.

James specialises in providing expert advice to establish, deliver and turnaround complex capital projects. He has been appointed to deliver client strategies, due diligence reports, contract and commercial risk reviews, as well as expert contract management advice on disputes and investigations.

His experience includes Public Private Partnership (PPP/P3), NEC, FIDIC, JCT and bespoke forms of contract.

### EDUCATION

- **Bayes Business School, City University**
  Master of Business Administration
- **Queen Mary University of London**
  BEng (Hons) Civil Engineering

### CERTIFICATIONS & LICENSES

- **Institution of Civil Engineers**
  Chartered Engineer

### AFFILIATIONS

- **Association of Project Management**
  Associate Member

## Selected Project Experience

### ► COMMERCIAL

#### ► Commercial Development, UK

Commercial advice and support for Battersea Power Station Development Company on their £10bn+ development in London regarding the creation, management and progress of a transportation hub.

#### ► Town Centre Redevelopment, UK

Single Joint Expert on a Development Management Agreement settlement for a £700m town centre redevelopment. Both parties accepted and agreed to the expert determination.

#### ► Developer Termination Dispute, Qatar

Development Management Agreement termination dispute for a significant $3.3bn retail, office and residential development. A settlement agreement was negotiated and agreed following expert reports.

#### ► Hotel & Office Development, UK

Investigation of the professional and construction contracts to identify governance failures and potential fraud following significant delays and cost escalation to over £100m on a UK conference, hotel and office development.

#### ► Real Estate Developments, Bahrain

Comprehensive forensic review of three stalled Bahrani projects. Led a multi-disciplinary team to investigate and report on the technical, commercial and legal aspects, and to develop innovative options for reinvigorating the projects.

#### ► Master Developer, UAE

Leading a $10bn+ portfolio risk assessment team for TDIC, reviewing the master developers 70 plus projects to identify the high-risk projects and areas for future audit work.

## COMMERCIAL CONT.

### Contractor Commercial Contracts, UAE

Provided a large team to complete a commercial review of 20 construction projects worth $1bn+ on one day and written report to the CEO two days later. Training and standard templates were created for the team to provide a consistent and quick output to enable benchmarking across projects and identify systemic issues across the company.

### Media HQ Office Development, UAE

Project readiness review of a potential $1bn media project in the UAE. The team reviewed policies and procedures to identify risk and control issues which needed to be actively managed prior to further development of the project.

### London Theatre Redevelopment, UK

Reviewed a time critical £50m major theatre remodelling project. Implemented our recommendations and brought all stakeholders together to successfully condense the delivery timescales. Reported to the Board and US production company.

### Major Mall Development, Qatar

Progress status review of $1.5bn mall construction plus ongoing monthly project monitoring. Led a multi-disciplinary team to provide the Owner and Chairman of the Board with an independent monthly assessment of progress to counter misinformation from the project team.

## DEVELOPMENT BANKS

### PPP Infrastructure Development, Europe

Multiple feasibility studies for the European Bank of Reconstruction and Development (EBRD) in Ukraine, Jordan and across the banking business.

### PPP Infrastructure Development, Afghanistan

Financial, commercial and technical experts in undertaking preparation and tender support to bring two projects in Afghanistan to investor procurement stage.

## HEALTHCARE

### Hospital Residential Redevelopment, UK

Expert for a Developer on two hospital sites worth £200m being redeveloped into residential apartment blocks. My client won the adjudication for costs associated with contract termination.

### New Hospital Development, Qatar

Major review of the outturn cost and likely schedule completion date of a major $8bn hospital that was experiencing significant delays due to contractor under performance. The client was contemplating contractor termination prior to subsequent litigation.

### Department of Health and Social Care Audit, UK

Independent performance audit of a number of suppliers, contracted to manufacture and supply covid tests to the Department of Health and Social Care.

### Medical Facility, UAE

Leading a multidisciplinary team to review a major $1.5bn medical facility being constructed in the UAE.

## TRANSPORT

### Underground Rail Project, UK

Leading a forensic team to review the supply chain management and costs associated with a major £100m+ London Underground upgrade programme.

### High Speed Train Project, Location

Advised a new European train operator on the major contractual, commercial, and technical risks associated with the capital delivery, operation, and maintenance of a high speed train service.

### Railway Projects, UK

Reviewed three high risk design and build UK railway projects which were running over budget and time. Common issues were identified and reported directly to the Finance Director.

### Metro Project, Saudi Arabia

Leading a delay claim for a major Contractor on a $10bn metro project in KSA. Significant delays to the design process have impacted the Contractor.

DELTA
CONSULTING GROUP

James Hanson
CURRICULUM VITAE

## ▸ POWER & ENERGY

### ▸ Gas Terminal Project, Germany

Commercial and Technical Due Diligence for RWE in relation to a proposed German Liquified Natural Gas (LNG) terminal. Considerations included delivery timescales, specifications, as well as commercial terms and conditions proposed under various capacity-take and user agreements.

### ▸ Nuclear New Build, UK

Advice for EDF regarding the governance and contract management for the two New Nuclear projects: Hinkley Point C (HPC) in Somerset and Sizewell C (SZC) in Suffolk.

### ▸ Nuclear Operator, UAE

PMO setup to drive the development of a $20bn new nuclear operator to achieve capacity and capability for nuclear operations. Also provided resources to fulfil the PMO Director and project management roles before handover to permanent resources.

### ▸ Oil & Gas Rig Fabricator, UAE

Review of four oil and gas major projects worth $200m+ in the UAE which had adversely affected the profitability of the overall FTSE250 business. Reported findings to the Board and at public shareholder meetings.

### ▸ Oil & Gas Tank Fabricator, UAE

Transformation project for an oil and gas $1bn+ revenue EPC contractor and manufacturer to improve financial transparency of multiple project costs. Significant actual cost accounting, forecasting and accruals process changes were implemented.

### ▸ Oil Project, Oman

Vendor assessment programme for Oman Oil to improve project performance. Led a multi-disciplinary team to understand the factual status of projects, issues and root causes. Delivered recommendations to the Board.

### ▸ Oil & Gas Project, UK, Europe & US

Forensic contract reviews consisting of interrogating the contractual and commercial aspects of major oil and gas contracts in the UK, Europe and the US. $200m of potential savings were identified which acted as a catalyst for change and the client undertook a major business transformation.

## Professional Work History

**Delta Consulting Group**
London, UK
Senior Director
2025 - Present

**Secretariat**
UK
Managing Director
2023-2024

**Navigant/Ankura**
UK
Senior MD
2015 - 2023

**PwC UK/PwC ME**
UK/Middle East
Partner
2001 - 2015

**Balfour Beatty**
UK
Project Manager/Engineer
1993 - 2000



## Benjamin Wisniewski

**P.E., P.Eng.**
Associate Principal
**T:** 202.849.4257
**E:** bwisniewski@sgh.com

REGISTRATIONS

**Professional Engineer**

| | | |
|---|---|---|
| AR | CO | DC |
| FL | GA | MD |
| MI | NC | NJ |
| NY | OH | PA |
| SC | TX | VA |
| | | |
| AB | BC | ON |

OTHER

SAP Evaluator CalOES
Project Manager Certification, Parsons

EDUCATION

**The Pennsylvania State University, University Park, PA**
M.S. in Engineering, 2000
B.S. in Engineering, 1998

Benjamin Wisniewski has twenty-five years of experience investigating, repairing, rehabilitating, and designing a wide variety of structurally complex projects. He has project engineering and management experience leading multidisciplinary teams on building and transportation/infrastructure projects. He has assisted in resolving construction and design-related disputes by presenting expert opinions in mediations, depositions, and arbitrations.

## Experience

- Simpson Gumpertz & Heger Inc. (SGH). From 2019 to present.
- Parsons, Parsons Transportation Group. From 2004 to 2018.
- Thornton Tomasetti (TT), Forensics Division, formerly LZA Technology. From 2000 to 2004.

## Forensic investigation and litigation support

- **Five-Story Concrete Building, El Paso, TX.** Investigation of design and construction deficiencies in a new six-story reinforced concrete building.
- **Rail Tunnel Collapse, OR.** Evaluation of structural adequacy of rail tunnel lining repair prior to collapse.
- **Selmon West Extension Design-Build, Tampa, FL.** Evaluation of error and omission claims and professional design service fee claims.
- **Edmonton Light Rail Transit P3, Alberta, Canada.** Evaluation of multidisciplinary error and omission claims.
- **Data Center, Herndon, VA.** Investigation of steel framing collapse during construction.
- **Heavy Haul Road Bridge Design-Build, Alberta, Canada.** Evaluation of structural and geotechnical error and omission claims on engineering, procurement, and construction (EPC) project.
- **Central 70, Denver, CO.** Evaluation of multidisciplinary error and omission claims on P3 roadway project.
- **Cable-Stay Bridge.** Evaluation of error and omission claims on P3 bridge project.
- **Rail Maintenance Facility Design-Build, Canada.** Evaluation of error and omission claims on the facility’s structural design.
- **Light Rail Transit P3, Toronto, Ontario, Canada.** Evaluation of error and omission claims.
- **Cable-Stay Bridge P3.** Design review of select structural and geotechnical items.
- **Precast Concrete Bridge, FL.** Evaluation of structural and geotechnical claims related to issued for construction documents.
- **Segmental Cable-Stay Arch Bridge.** Evaluations of errors and omissions claims on design-build bridge project.
- **Ottawa Light Rail Transit P3 Stage 1, Ottawa, Ontario, Canada.** Evaluation of multidisciplinary errors and omissions, overdesign, and delay claims, in addition to a review of professional design service fee claims.
- **Hard Rock Hotel, New Orleans, LA.** Investigation of steel-framed building that collapsed during construction.
- **Bridge Investigation, Hong Kong, China.** Evaluation of post-tensioned grouting operations and associated supervision.

- **Design-Build Highway Upgrade Project, Vancouver, British Columbia, Canada.** Evaluation of civil/structural design/construction claims.
- **Freezer Storage Facility, NJ**. Investigation into heave of freezer facility slab-on-grade.
- **Highway Interchange, TX**. Evaluation of error and omissions claims on highway interchange design-build project.
- **Multi-Bridge Investigation, Qatar**. Consultation on claims related to the management, design, and construction of two cable-suspension bridges.
- **Industrial and Research Facility, Hillsboro, OR.** Investigation of water intrusion into the electrical system and building interiors.
- **Jushi Glass Fiber Plant, Columbia, SC.** Investigation of buckling in steel structures at an industrial plant.
- **Tropicana Parking Garage Collapse, Atlantic City, NJ.** On-site engineering operations to preserve forensic evidence during 24-hour continuous demolition cycle, including reviewing and preparing demolition sequencing and evidence preservation protocols. (With TT.)
- **World Trade Center Collapse Regarding Interdependence of Tower Collapses, New York, NY.** Litigation support to independently assess the extent of debris and damage to adjacent structures following the collapse of each tower. (With TT.)
- **World Trade Center Collapse, New York, NY.** Damage assessment of buildings near collapsed buildings and design of temporary shoring and stabilization systems, including support for construction equipment, to ensure safe operations by rescue personnel and demolition crews. (With TT.)
- **Rutgers University Stadium, New Brunswick, NJ.** Evaluation of claims for existing stadium grandstands and associated structures. (With TT.)
- **130 Liberty Street, New York, NY.** Emergency analysis of a thirty-nine-story damaged building to determine whether it was structurally adequate to withstand hurricane-force winds. (With TT.)
- **Amtrak Sunnyside Yard, Queens, NY.** Failure investigation and design of stabilization for partial collapse of a pre-engineered metal building resulting from snow loads. (With TT.)
- **America West Arena, Phoenix, AZ.** Investigation of long-span steel roof structure to determine code compliance for existing and future imposed loads. (With TT.)
- **NASDAQ Video Wall, New York, NY.** Investigation into buckling of a video screen wall in Times Square Studio. (With TT.)
- **East Broadway, New York, NY.** Investigation of five-story wood joist and masonry bearing wall structure resulting in temporary shoring design to stabilize the structure. (With TT.)
- **Safeco Field, Seattle, WA.** Investigation into the causes and design of remediation of cracks in the topping slab. (With TT.)
- **Deer Park Schools, Long Island, NY.** Analyzed the existing roof structure of six school complexes for code compliance and overstresses as part of litigation support. (With TT.)
- **Miller Park Stadium, Milwaukee, WI.** Field assessment and identification of roof membrane defects. (With TT.)

## Peer and independent reviews

- **Twenty-Three Story Concrete Building, FL.** Independent review of a concrete moment-framed building.
- **Pedestrian Bridge Peer Review, Charlottesville, VA.** Peer review of a pedestrian bridge with out-of-tolerance construction.
- **Pre-Purchase Condition Assessment, Columbia, SC**. Condition assessment of a six-story, 277-apartment unit building and adjacent parking garage.
- **Hudson-Bergen Light Rail Transit System, Jersey City, NJ.** Independent review of the interaction between aerial guideway concrete piers and the subgrade structure on a light rail design-build project. (With TT.)
- **Hearst Building, New York, NY.** Peer review for bracing of a historic seven-story building facade. (With TT.)
- **Disney 100 Years of Magic Icon, Orlando, FL.** Peer review of 115 ft sorcerer's hat sculpture that included analysis of curved box girders under hurricane loading. (With TT.)
- **330 Jay Street, Brooklyn, NY.** Peer review material and personnel hoist scaffold structure for code and stability compliance. (With TT.)

- **IL' Lugano Condominium Peer Review, Palm Beach, FL.** Peer review of structural conversion of a six-story concrete structure to a five-story residential structure. (With TT.)

## Design and rehabilitation

- **Federal Reserve Board, Eccles and 1951 Constitution Avenue, Washington, DC.** Structural design and retrofit for the renovation and expansion of two large historic buildings housing the Federal Reserve Board headquarters.
- **Pentagon Athletic Center, Green Roof Structure, Arlington, VA.** Investigation, design, and construction consulting services for critically overstressed roof structure.
- **Pentagon Athletic Center, Arlington, VA.** Design consulting services for steel fabricator/erector.
- **Howard University Deconstruction, Washington, DC.** Structural evaluation of existing construction during phased demolition of four buildings.
- **Electric Vehicle Charging Stations, TX**. Design of structural elements for electric vehicle charging stations.
- **Roof Top Antenna, San Antonio, TX**. Design for rooftop antenna and electrical equipment supports.
- **Parking Garage Demolition, Lynn, MA.** Engineering services for the demolition of an existing four-story parking garage.
- **Multiple Parking Garage Projects – Washington, DC, MD, and VA.** Condition assessment and repairs for existing concrete parking garages.
- **Children's National Medical Center, Washington, DC.** Structural engineering services supporting cooling tower upgrades.
- **Pentagon Reservation, Arlington, VA.** Preparation of design-build bridging documents and acting as the owner's engineer to support the retrofit of the Remote Delivery Facility (RDF) roof for increased helipad loads (multiple projects).
- **Tie-Breaker Station 8, Ashburn, VA.** Repair of precast wall panels damaged by vehicle impact.
- **Dulles Corridor Metrorail Project Phase 2 Design-Build, Fairfax and Loudoun Counties, VA.** Project management of multidisciplinary design teams for the six-station, 11.5 mi extension of the Metrorail system. (With Parsons.)
- **Permanent World Trade Center Transportation Hub, New York, NY.** Design from concept to final design for multiple permanent works packages on the $4 billion landmark project, partially executed under a CM/GC contract. This included significant underground and long-span steel, concrete, and composite structures. Additionally, provided conceptual security and protective design solutions and various temporary works designs, such as underpinning an active subway system extending four stories below-grade. (With Parsons.)
- **Metropolitan Transportation Authority Security Program, New York, NY.** Conceptual through final design of security and protective design for historic landmark structures. (With Parsons.)
- **New Jersey TRANSIT – Architectural and Engineering On-Call Services, Newark, NJ.** Multidisciplinary project management and structural design for platform extension at Secaucus Junction Facility. (With Parsons.)
- **Virginia Avenue Tunnel Design-Build, Washington, DC.** Structural tunnel design at unique condition over an existing 150-year-old masonry sewer tunnel as part of the reconstruction of the rail tunnel to provide double track/double-stack train car capacity. (With Parsons.)
- **Apple Store, Grand Central Terminal, New York, NY.** Structural design for modifications to the existing terminal structure. (With Parsons.)
- **Rosslyn Metro Station, Arlington, VA.** Structural design for relocation and modifications of existing Washington Metropolitan Area Transit Authority subway vent shaft adjacent to new high-rise construction. (With Parsons.)
- **New York State Salt Domes, NY.** Condition assessments of more than forty stress-skin panel salt storage domes throughout the state and the structural evaluation and repair designs for 146 salt domes. (With TT.)
- **1130 Fifth Avenue, New York, NY.** Design for complete structural renovation of historic six-story mansion valued as one of the most expensive homes in the country. (With TT.)
- **Multiple Parking Garage Projects – New York, NY, and Miami, FL.** Condition assessment and design of repair details for existing concrete parking garages. (With TT.)
- **Ramaz School, New York, NY.** Design of cable/net roof structure for enclosure of rooftop recreational area. (With TT.)

- **144-77 Roosevelt Avenue, Queens, NY.** Condition assessment and repair details for seven-story concrete residential building. (With TT.)
- **548 West 28th Street, New York, NY.** Condition assessment and remedial repair design of deterioration in a wood joist and brick-masonry bearing wall structure. (With TT.)
- **554 West 28th Street, New York, NY.** Design of extensions to two brick-masonry elevator shafts and new rooftop elevator machine room structures. (With TT.)
- **Private Residence, New Vernon, NJ.** Design of new wood-framed residence. (With TT.)

## Honors and awards

- **Engineering News Record. New York. Top 20 Under 40.** 2013.
- **American Council of Engineering Companies.** 2020 Grand Award – Engineering Excellence Award, Virginia Avenue Tunnel Reconstruction, Washington, DC.
- **Design-Build Institute of America (DBIA).** 2019 National Award – Merit in Transportation. Virginia Avenue Tunnel Design-Build, Washington, DC.
- **Precast/Prestressed Concrete Institute (PCI).** 2018 Design Award – Transportation: Best Non-Highway Bridge. Aerial Guideway for the Dulles Corridor Metrorail, Herndon, VA.
- **American Institute of Steel Construction.** IDEAS2 National Award. The World Trade Center Transportation Hub The Oculus, New York, NY, 2018.
- **Engineering News Record.** 2017 ENR Global Best Project Award – Rail, The World Trade Center Transportation Hub, New York, NY.
- **American Council of Engineering Companies New York.** 2017 Empire Award – Engineering Excellence Award, The World Trade Center Transportation Hub, New York, NY.
- **Engineering News Record New York.** 2016 Airport/Transit Award of Merit: World Trade Center Transportation Hub, New York, NY.
- **Parsons.** 2012 General Management Acceleration Program (GMAP).
- **Parsons.** 2008 High-Potential HiPo Employee Program.
- **American Society of Civil Engineers.** 2003 Outstanding Civil Engineering Achievement Award, World Trade Center Disaster Site Recovery, New York, NY.
- **Mayor of New York City.** Awarded a Certificate of Recognition for Extraordinary Efforts that Supported Operations during the World Trade Center Rescue, Recovery, and Rebuilding after 9/11.
- **1999-2000 J. Roger Glunt Graduate Fellowship in Residential Building Construction.**

## Professional activities

- **Charles Pankow Foundation.** Professional's Guide to Managing the Design Phase of a Design-Build Project. Third Edition 2023. Contributor – Subject Matter Expert.
- **Charles Pankow Foundation.** Professional's Guide to Managing the Design Phase of a Design-Build Project - A Playbook for the Highway Sector, 2024. Contributor – Subject Matter Expert.
- **Project-Specific Professional Liability (PSPL) Task Force**. Project-Specific Professional Liability Insurance on Design-Build and Public-Private Partnership Projects in North America: A Path Forward (white paper), 2022, Donovan Hatem LLP, Task Force member.
- **Structural Engineers Association of Metropolitan Washington (SEA-MW).** Member.
- **Structural Engineers Association of New York (SEAoNY)**. Past Treasurer, Director, Programs Committee Member, Code Committee Member, and Founding Awards Committee Chair.
- **American Institute of Steel Construction (AISC).** Member.
- **American Concrete Institute (ACI), ACI 117 Tolerances:** Associate Member.
- **American Council of Engineering Companies (ACEC), Risk Management Committee.** Member.

- **American Bar Association, Forum on Construction Law, Division 1: Litigation, Division 3: Design.** Associate Member.
- **Transportation Research Board, Committee on Project Delivery (AKC20)**. Friend.

## Publications and presentations

- **Panelist:** "Practicum Discovery Series: Mastering Expert Discovery," ABA Forum on Construction Law 2025 Annual Meeting, Austin, TX, 23 Apr. 2025.
- **Robertson, M. S., and B. Wisniewski,** "Artificial Intelligence: Best Practices for Design Professionals," *SGH/Donovan Hatem publication,* 16 Apr. 2024.
- **Panelist:** "Integration Done Right: The Design-Builder's Guide to Design Management," *DBIA Conference & Expo,* National Harbor, MD, Nov. 1-3, 2023.
- **Panelist:** "PDAs Offer Risk Management to Owners: What You Need to Know," *Public-Private Partnership Conference & Expo,* Dallas, TX, 7 Mar. 2023.
- **Wisniewski, B., and Halliday, S,** "Heavy Infrastructure Design-Build Fixed Price Projects – Profit, Loss, Risk, & Contingency," *presented at 2022 AGC Surety Bonding and Construction Risk Management Conference,* Bonita Springs, FL, 25 Jan. 2022.
- **Panelist:** "How to Protect Your Business from the Increased Risks of Design-Build by Using Informed Bidding Practices, Innovative Project Management Techniques, Specialized Agreements, and Appropriate Contract Terms," *Construction Superconference 2021,* Orlando, FL, 3 Dec. 2021.
- **Wisniewski, B., and D.B. Peraza,** "Evaluation of Building with Severe Impact Damage: The Banker's Trust Building," *Proceedings of the 2008 Structures Congress,* Vancouver, British Columbia, Canada, 24 – 26 Apr. 2008.
- **Wisniewski, B., and H.B. Manbeck,** "Residential Floor Systems: Wood I-Joist Creep Behavior," *Journal of Architectural Engineering,* American Society of Civil Engineers, Mar. 2003, Vol. 9, No. 1: 41 – 45.
- **Wisniewski, B.,** "Engineers' Role at the World Trade Center," *presentation at The Pennsylvania State University*, University Park, PA, Apr. 2002.
- **Wisniewski, B., H.B. Manbeck, and J.J. Janowiak**, "Creep Behavior of Wood I-joist and OSB Floor Systems," *presentation at the International ASAE Meeting,* Paper No. 00-4005, ASAE, St. Joseph, MI, 10 – 13 July 2000.
- **Wisniewski, B., and H.B. Manbeck,** "Long Term Deflection Creep of a Wood I-joist/OSB Residential Floor," *Frame Building NEWS,* Nov. 2000
- **Wisniewski, B., H.B. Manbeck, and J.J. Janowiak,** "Creep Response of Engineered Wood I-Joist and Oriented Strand Board OSB Floor Systems," *Proceedings of The World Conference on Timber Engineering 2000,* Whistler, British Columbia, Canada.
- **Wisniewski, B.,** "Creep Response and Modeling of Wood I-joist/Oriented Strand Board OSB Floor Systems," Master of Science Thesis, The Pennsylvania State University, University Park, PA, 2000.
- **Wisniewski, B., H.B. Manbeck, and J.J. Janowiak,** "Creep Response of a Wood I-joist/OSB Floor System," *presentation at the Forest Products Society 54th Annual Meeting,* South Lake Tahoe, NV, 18 – 21 July 2000.

DELTA CONSULTING GROUP


# Sean Dooley, CCP

## Director

**T:** 832-980-9805 **E:** sdooley@delta-cgi.com




**Sean Dooley** provides both delay and quantum damages expertise across a variety of industry sectors. He is experienced with various dispute resolution forums and providing advisory services for both ongoing and completed construction and engineering projects, both domestically and internationally.

Sean has prepared expert reports and assisted in the preparation of expert evidence for matters involving construction delay and disruption, labor productivity and instability, prolongation, change orders, weather events, termination, force majeure events, along with design and construction defects. He is highly skilled and experienced in the preparation, evaluation, and management of construction claims across a variety of industry sectors.

Sean has provided analysis and advice to both clients and counsel related to quantum and delay damages for adjudication, arbitration, and litigation proceedings in the oil and gas, power, process, infrastructure, and commercial construction industries.

He has also provided advisory services on live projects specific to the turnaround and delivery of capital assets, the development of project-specific commercial monitoring tools, and claims avoidance strategies. Sean has been involved in the training and mentoring of project resources with the aim of developing their understanding of the claims and commercial aspects of project execution.

### EDUCATION

- **University of Texas at Austin**
  B.S. in Civil Engineering

### CERTIFICATIONS & LICENSES

- Certified Cost Professional (CCP)

### AFFILIATIONS

- Society of Construction Law North America -- Member

## Selected Project Experience

### ► OIL AND GAS

- Provided quantum and delay expert services for a contractor involved in the construction of underground piping to connect an existing terminal to an oil and gas facility in Texas. Issues included pre-bid information available to the contractor, an evaluation of means and methods, productivity impacts, and termination.
- Provided quantum and delay expert services for a contractor involved in the construction of a ground flares project in Texas. Issues included delay and disruption resulting from issues with owner-provided materials, change orders, assessment of liquidated damages, and prolongation of the project.
- Provided quantum and delay services for the contractor involved in the construction of a gas processing plant in Wyoming. Issues included design changes, change orders, and prolongation of the project.
- Provided quantum and delay expert services for the owner involved in the construction of underground pipelines in a liquids terminal in Texas. Issues included delay and disruption from owner-provided material, productivity impacts, assessment of liquidated damages, and prolongation of the project.
- Provided quantum and delay expert services for the owner involved in the construction of a tank terminal in Panama. Issues included defective workmanship, rework, and prolongation of the project.
- Provided quantum and delay expert services for the contractor involved in the construction of a steam turbine project in Texas.
- Provided quantum and loss of productivity expert services for the owner involved in the construction of a gas processing plant in New Mexico. Issues included material procurement delays, welding productivity, and unresolved change orders.

## PROCESS AND INDUSTRIAL

- Provided quantum expert services for a contractor involved in the construction of an industrial process facility.
- Provided quantum and delay expert services for a contractor involved in the construction of a brewery expansion project in Colorado. Issues involved specialty stainless steel welding, weather, and unresolved change orders.
- Provided quantum expert services for a contractor involved in the construction of upgrades to a steel mill in Alabama.

## ENERGY

- Provided claims management and dispute resolution services on site, over a six-year period, for the engineer and owner of a 4800MW coal fired power station project in South Africa. Area of focus included the boiler works, balance of plant, and ash dam contracts, and the evaluation of time and cost impacts resultant from complex delay and disruption events for each.
- Provided quantum and delay expert services for a contractor involved in the construction of a wind farm project in Texas. Issues involved differing site conditions, delayed design revisions, and prolongation of the work.
- Provided quantum and delay expert services for a contractor involved in the mechanical scope of work in the construction of a solar power project in Japan. Issues included differing site conditions, an incorrect pile foundation design provided by others, and delay and disruption resultant from the interface between the civil and mechanical scopes of work.

## INFRASTRUCTURE

- Provided quantum and delay services for a request for equitable adjustment, for a contractor involved in the construction of a major roadway in Texas. Issues included delayed design, interference by the owner, and prolongation of the project.
- Provided quantum and delay services for a request for equitable adjustment for contractor involved in the construction of an airport taxiway in Texas. Issues involved the inspection and certification of the subgrade, rework, and prolongation of the project.
- Provided quantum and delay services for a request for equitable adjustment, for a contractor involved in the construction of a roadway in Texas.
- Provided quantum and delay expert services for the owner involved in the construction of a city bus transit project in Ontario, Canada. Issues included design revisions, interference and delay from third party utility relocations, rework, and prolongation of the project.
- Provided quantum and delay expert services for a contractor involved in the construction of an underground power transmission line project in Texas. Issues included defective materials, rework, assessment of liquidated damages, and prolongation of the project.
- Provided analysis and advisory support for an expanded general conditions cost claim for a contractor involved in the construction of an upgrade for a wastewater treatment plant in Ontario, Canada.
- Provided quantum expert services for a contractor involved in the construction of a wastewater treatment facility in Colorado. Issues included delay and disruption resulting from specialty engineering procurement delays and unresolved change orders.
- Provided quantum expert services for a contractor involved in the construction of a commuter rail line in Indiana.

## BUILDINGS

- Provided quantum and delay expert services for a contractor involved in the construction of an office building in Texas. Issues involved the satisfaction of specification related to color of granite façade, rework, and prolongation of the project.
- Provided quantum and delay expert services for an owner involved in the construction of a museum in Arkansas. Issues involved satisfaction of specification related to architectural concrete, rework, and prolongation of the project.
- Provided quantum and delay expert services for an owner involved in the construction of an apartment building in Texas. Issues involved defective engineering design leading to rework from a redesign and prolongation of the contractor's time on site.
- Provided valuation services specific to damage caused by a long-term occupant for asset owner in Louisiana.

- Provided quantum and delay expert services for a contractor involved in the construction of a mixed-use facility, with medical offices. Issues involved delays due to utility connections, the COVID-19 pandemic, and access constraints.
- Provided quantum expert services for the owner of a hotel located in a historic building in Texas. A valuation of the cost to replace the entire domestic water plumbing system in phases throughout the hotel, which was to remain open and occupied, was provided.
- Provided a delay analysis and advisory services to the contractor of a multifamily project in Texas. The delay analysis determined the critical path of the project and delays to project completion.
- Provided quantum and delay advisory services for the contractor involved in the construction of a renovation to a golf course lodge in California.
- Provided quantum expert services to the contractor involved in the construction of a multifamily project in Texas. Issues involved property and economic damages incurred as a result of fire suppression system failures.
- Provided delay expert services to the contractor involved in the construction of a multifamily project in Alabama.

## GOVERNMENT

- Provided quantum and delay services for a contractor involved in the construction of a dormitory and dining hall project in Texas.
- Provided quantum and delay services for a contractor involved in the construction of a correctional center project in Kentucky. Issues included late delivery and defective materials, rework, assessment of liquidated damages, and prolongation of the project.
- Provided quantum and delay services for the owner involved in the construction of a military vessel in San Diego. Issues included both cost and schedule impacts from change orders, productivity impacts, assessment of liquidated damages, and prolongation of the project.

## EXPERT WITNESS TESTIMONY EXPERIENCE

| CASE | DATE | LOCATION |
|---|---|---|
| West Ontario Management, LLC vs. Reel Design Build, LLC<br>Cause No. 2022-79409 | 2024 | Houston, Texas<br>Deposition |
| MWH Constructors, Inc. vs. Metro Water Recovery, a Colorado Governmental Organization<br>Case No. 2022CV136 | 2024 | Denver, Colorado<br>Deposition |
| Brooks County ISD vs. Rigney Construction Development<br>Cause No. 19-08-18092-CV | 2023 | Houston, Texas<br>Deposition (Virtual) |
| KM Liquids Terminals LLC vs. Lexicon, Inc.<br>Cause No. 2020-73760 | 2023 | Houston, Texas<br>Mediation |
| KM Liquids Terminals LLC vs. Echo Maintenance LLC<br>Cause No. 202067928 | 2021 | Houston, Texas<br>Mediation |
| Kusile Power Station Project<br>Various Contractors vs. Eskom Holdings SOC Ltd | 2019 | Johannesburg, South Africa<br>Dispute Adjudication Board |

DELTA CONSULTING GROUP

# Mikaela Hutchison

## Associate Director

T: 303-325-5966 E: mhutchison@delta-cgi.com



**Mikaela Hutchison** has over 10 years of experience in the construction industry as a project scheduler, scheduling analyst, project engineer and operations analyst. She is proficient in Primavera P6, having used it to develop, progress and manage project schedules for large (> $100 million) regional design-build infrastructure projects.

Mikaela possesses exceptional analytical and problem-solving skills. Her specialties include project controls, project scheduling (P6), schedule analysis, earned value management, cost analysis/cost control, data analysis, manpower forecasting and critical path analysis.

## EDUCATION

- **Gonzaga University**
  B.S. Civil Engineering

## Selected Project Experience

- Developed the forensic schedule analysis for an extension of time request for an oil & gas megaproject in the Middle East
- Provided scheduling support for 75 MGD wastewater treatment plant in Colorado
- Analyzed the critical path delays, change orders, weather delays, and acceleration plans for a new residential building complex in North Carolina
- Assisted in preparation of expert report on delays incurred during the completion of $250M highway infrastructure project in South Carolina
- Collaborated with design and construction managers to develop, progress, and manage integrated P6 schedules for large (> $100M) regional design-build infrastructure projects.
- Translated large schedule and cost data sets into simple yet insightful dashboards to help management make impactful project level decisions.
- Created weekly and monthly earned value reports for each discipline and the project overall. This included importing and analyzing weekly earnings and interpreting performance curve data to provide manpower forecasts.
- Led the initiative to implement a new earned value management system using Tableau. Conducted several trainings and informational sessions about the system, which continues to be used on all existing and future design-build projects.
- Prepared monthly schedule narratives submitted to project owners.
- Managed and supervised day-to-day operation on assigned commercial building projects ranging from $3 to $15 million. Responsible for overall financial performance including continual cost control, management, and forecasting.
- Assisted in preparation of budget, monthly billings, and contracts as well as buyout and negotiation of subcontractors and vendors.
- Worked closely with field managers to procure and schedule just in time daily material and equipment deliveries and schedule manpower per the latest contract schedule.
- Developed and continued to improve programs designed to determine inventory needs at a given time throughout the year. Worked with senior management to implement software into several facilities across the country and analyzed large data sets to recommend cost reducing procedures.

**APPENDIX E**

General Services Administration

Federal Supply Service

Authorized Federal Supply Schedule Price List

**General Services Administration**
**Federal Supply Service**
**Authorized Federal Supply Schedule Price List**

**Federal Supply Schedule for – Multiple Award Schedule**
**Federal Supply Group: Professional Services**

**On-line access to contract ordering information, terms and conditions, up-to-date pricing, and the option to create an electronic delivery order are available through GSA Advantage!, a menu-driven database system. The INTERNET address for GSA Advantage! is: GSAAdvantage.gov**

**For more information on ordering from Federal Supply Schedule go to the GSA Schedules page at GSA.gov**

DELTA CONSULTING GROUP

**Delta Consulting Group, Inc.**
**4330 Prince William Parkway, Suite 301**
**Woodbridge, VA 22192**
**Phone:** (703) 580 8801

Contract Negotiation: Charles R. Heckman
checkman@delta-cgi.com

Contract Administration: Amber McDonald
amcdonald@delta-cgi.com

http://www.DELTA-CGI.com

**GSA Contract Number**
**GS-00F209CA**

**Small Business**

**Contract Period: July 22nd 2025 through July 21st 2030**
**Price list current as of Modification # PO-0025 effective July 22, 2025**

# TABLE OF CONTENTS

**Customer Information** ---------------------------------------------------------------- **Pg. 3**

**Labor Rates**--------------------------------------------------------------------------- **Pg. 6**

**Labor Category Description** -------------------------------------------------------- **Pg. 7**

# CUSTOMER INFORMATION

1. a) Table of Awarded Special Item Numbers (SIN):

| SIN | Recovery | SIN Description |
|---|---|---|
| 541611 | 541611RC | Management and Financial Consulting, Acquisition and Grants Management Support, and Business Program and Project Management Service |
| 541330ENG | 541330ENGRC | Engineering Services |
| OLM | OLMRC | Order Level Materials |

b) Identification of the lowest priced model number and lowest unit price for that model for each special item number awarded in the contract. – **Not Applicable**

c) Labor categories, experience, functional responsibility, and education – **See Labor Categories Below on Page 7**

2. Maximum Order - **$1,000,000**

3. Minimum Order - **$100**

4. Geographic coverage – **Domestic Only**

5. Point(s) of production - **Same as Company address**

6. Discount from list prices or statement of net price – **Government net prices are shown below on Page 6 (discounts already deducted)**

7. Quantity discounts - **None Offered**

8. Prompt payment terms - **Information for Ordering Offices: Prompt payment terms cannot be negotiated out of the contractual agreement in exchange for other concessions Net 30 Days**

9Foreign items: **None**

10. a) Time of delivery: **TBD at Task Order Level**

b) Expedited Delivery: **Contact Contractor**

c) Overnight and 2-day Delivery: **Contact Contractor**

d) Urgent Requirements: **Contact Contractor**

11F.O.B. point **- Destination**

12. a) Ordering Address: Same as company address.

**Delta Consulting Group, Inc.**
**4330 Prince William Parkway, Suite 301,**
**Woodbridge, VA 22192**
**Contract Negotiator: Charles R. Heckman.**
checkman@delta-cgi.com

b) Ordering procedures **- For supplies and services, the ordering procedures, information on Blanket Purchase Agreements (BPA's) are found in Federal Acquisition Regulation (FAR) 8.405-3**

13Payment address: Same as company address.

**Delta Consulting Group, Inc.**
**4330 Prince William Parkway, Suite 301,**
**Woodbridge, VA 22192**

14. Warranty provision **- Not Applicable**

15. Export packing charges **- Not Applicable**

16. Terms and conditions of rental, maintenance, and repair **- Not Applicable**

17. Terms and conditions of installation **- Not Applicable**

18. Terms and conditions of repair parts indicating date of parts price lists and any discounts from list prices **- Not Applicable**

 a) Terms and conditions for any other services **- Not Applicable**

19. List of service and distribution points - **Not Applicable**

20. List of participating dealers - **Not Applicable**

21. Preventive maintenance **- Not Applicable**

22. a) Environmental attributes **- Not Applicable**

 b) If applicable, indicate that Section 508 compliance information is available on Electronic and Information Technology (EIT) supplies and services and show where full details can be found

(e.g. contractor's website or other location.) The EIT standards can be found at: www.Section508.gov/ **Not Applicable**

23. Data Universal Number System (DUNS) number: **014241363**

24. Contractor is registered in System for Award Management (SAM) database: **CAGE Code No. 3NBV2 is active in System for Award Management (SAM) database**

# LABOR CATEGORY RATES

| Item | SIN(s) | Labor Category | GSA Prices Inclusive of IFF | GSA Prices Inclusive of IFF | GSA Prices Inclusive of IFF | GSA Prices Inclusive of IFF | GSA Prices Inclusive of IFF |
|---|---|---|---|---|---|---|---|
| | | | 7/22/2025 to 7/21/2026 Year 11 | 7/22/2026 to 7/21/2027 Year 12 | 7/22/2027 to 7/21/2028 Year 13 | 7/22/2028 to 7/21/2029 Year 14 | 7/22/2029 to 7/21/2030 Year 15 |
| 1 | 541330ENG | Partner | $318.00 | $324.36 | $330.85 | $337.46 | $344.21 |
| 2 | 541330ENG | Senior Claims Manager | $270.82 | $276.24 | $281.77 | $287.40 | $293.15 |
| 3 | 541330ENG | Senior Claims Consultant | $248.04 | $253.00 | $258.06 | $263.22 | $268.49 |
| 4 | 541330ENG | Claims Consultant | $190.80 | $194.61 | $198.51 | $202.48 | $206.52 |
| 5 | 541330ENG | Analyst | $133.54 | $136.21 | $138.94 | $141.71 | $144.55 |
| 6 | 541611 | Partner | $351.77 | $358.80 | $365.98 | $373.30 | $380.76 |
| 7 | 541611 | Senior Claims Manager | $265.18 | $270.48 | $275.89 | $281.41 | $287.04 |
| 8 | 541611 | Senior Claims Consultant | $232.69 | $237.35 | $242.09 | $246.94 | $251.88 |
| 9 | 541611 | Claims Consultant | $189.41 | $193.20 | $197.06 | $201.00 | $205.02 |
| 10 | 541611 | Analyst | $141.10 | $143.92 | $146.80 | $149.74 | $152.73 |

**Service Contract Act:** The Service Contract Labor Standards (SCLS) is applicable to this contract as it applies to the entire Multiple Award Schedule and all services provided. While no specific labor categories have been identified as being subject to SCLS due to exemptions for professional employees (FAR 22.1101, 22.1102 and 29 CRF 541.300), this contract still maintains the provisions and protections for SCLS eligible labor categories. If and / or when the contractor adds SCLS labor categories / employees to the contract through the modification process, the contractor must inform the Contracting Officer and establish a SCLS matrix identifying the GSA labor category titles, the occupational code, SCLS labor category titles and the applicable WD number. Failure to do so may result in cancellation of the contract.

# LABOR CATEGORY DESCRIPTION

| Item | SIN(s) | Labor Category Title | Years Minimum Experience | Functional Responsibilities | Minimum Education |
|---|---|---|---|---|---|
| 1 | 541330ENG | Partner | 10 | Ultimate responsibility for all client deliverables and signature authority. Oversees the scope, direction, planning and completion as well as the commitment of the Firm's resources to the project. Approves final contract negotiations and communicates between agencies and firms and organizes and directs overall performance of the business with senior managers. Manages substantial program/technical support operations involving multiple projects/task orders and personnel at diverse locations. Organizes, directs, and coordinates planning and execution of all program/technical support activities. Simultaneously plans and manages the transition of several highly technical projects. Establishes and alters management structure as necessary to effectively direct program/technical support activities. Confers with Government management officials regarding the status of specific Contractor program/technical activities and problems, issues, or conflicts. | Bachelor's Degree in Engineering, Architecture, Construction/Project Management, or a related field and/or Professional Engineer (PE), Certified Public Accountant (CPA), Professional Certification |
| 2 | 541330ENG | Senior Claims Manager | 6 | Responsible for the overall management of delivery order and ensures that both the technical and operations solutions and schedules are implemented in a timely manner. Has primary responsibility for supervising the project and is responsible for the successful completion of all required tasks | Bachelor's Degree in Engineering, Architecture, Construction/Project Management, or a related field and/or Professional Engineer (PE), Certified Public Accountant (CPA), Professional Certification |

| Item | SIN(s) | Labor Category Title | Years Minimum Experience | Functional Responsibilities | Minimum Education |
|---|---|---|---|---|---|
| | | | | and client satisfaction. Assumes responsibility for the coordination of subordinate activities. Monitors the status of the projects. Is also responsible for communications with the client, overall project management and deliverable to the client. Superior oral and written communication skills. | |
| 3 | 541330ENG | Senior Claims Consultant | 5 | Utilizes specialized skill in the analysis of claims presented to the government for added costs, schedule delays, loss of productivity, acceleration or other construction related issues. Expert in the use of network scheduling software and CPM scheduling techniques. Review and analyze CPM schedules to ensure contract compliance. Reviews change order proposals for time and cost impacts to schedule and assist the government in negotiating equitable settlements. | Bachelor's Degree in Engineering, Architecture, Construction/Project Management, or a related field and/or Professional Engineer (PE), Certified Public Accountant (CPA), Professional Certification |
| 4 | 541330ENG | Claims Consultant | 3 | Acts as a junior consultant to assist senior consultants on an assignment. Applies strong analytical, technical and communication skills to assist in schedule and claims analysis. Provides interpretation of findings derived from technical information analyses. | Bachelor's degree in related area (or equivalent level of professional/technical experience – minimum 5 years) |
| 5 | 541330ENG | Analyst | 2 | Composes, types, and edits correspondence, reports, memoranda, and other material. Provides data entry and clerical support for coding, filing, records and files maintenance for project documents. Reproduces and collates documents needed to support team. | Associate's Degree |

| Item | SIN(s) | Labor Category Title | Years Minimum Experience | Functional Responsibilities | Minimum Education |
|---|---|---|---|---|---|
| 6 | 541611 | Partner | 10+ | Ultimate responsibility for all client deliverables and authorized to sign the firm's name to reports. Oversees the scope, direction, planning and completion as well as the commitment of the Firm's resources to the project. Responsible for client management and the main liaison with senior client personnel. Approves final contract negotiations and communicates between agencies and firms and organizes and directs overall performance of the business with senior managers. Manages substantial program/technical support operations involving multiple projects/task orders and personnel at diverse locations. Organizes, directs, and coordinates planning and execution of all program/technical support activities. Simultaneously plans and manages the transition of several highly technical projects. Establishes and alters management structure as necessary to effectively direct program/technical support activities. Confers with Government management officials regarding the status of specific Contractor program/technical activities and problems, issues, or conflicts. | Bachelor's Degree and CPA |
| 7 | 541611 | Senior Manager | 6+ | Responsible for the overall management of delivery order and ensures that both the technical and operations solutions and schedules are implemented in a timely manner. Manages the overall performance of the contract and reports to the Partner in charge. Has primary responsibility for supervising the project and is responsible for the successful completion of all required tasks. Assumes responsibility for the | Bachelor's Degree |

| Item | SIN(s) | Labor Category Title | Years Minimum Experience | Functional Responsibilities | Minimum Education |
|---|---|---|---|---|---|
| | | | | coordination of subordinate activities. Reviews the deliverable prior to submission for Partner approval. Monitors the status of the projects. Is also responsible for communications with the client, overall project management and deliverable to the client. Superior oral and written communication skills | |
| 8 | 541611 | Senior Consultant | 5+ | Performs financial statement audits. Audits financial information i.e., statement of revenue and expenses, statement of cash receipts and disbursements, statement of fixed assets, budget requests, and variances between estimated and actual financial performance. Audits for compliance with laws and regulations such as those governing the bidding for, accounting of, and reporting on grants and contracts including proposals, amounts billed, and amounts due on termination claims. Assesses business practices. Evaluates the optimum amount of resources (staff, equipment, and facilities) in producing or delivering the appropriate quantity and quality of goods or services in a timely manner. Analyzes program results and program fraud audits. Determines the extent to which a program achieves a desired level of program results. Assesses the effectiveness of the program and/or the individual program components. Assesses compliance with laws and regulations applicable to the program. | Bachelor's Degree |

| Item | SIN(s) | Labor Category Title | Years Minimum Experience | Functional Responsibilities | Minimum Education |
|---|---|---|---|---|---|
| 9 | 541611 | Consultant | 3+ | Acts as a junior consultant to assist senior consultants on an assignment. Applies strong analytical, technical and communication skills to assist in audit analysis. Provides interpretation of findings derived from technical information analyses. Performs design and development work within own area of technological expertise and in support of senior consultants | Bachelor's Degree |
| 10 | 541611 | Analyst | 2+ | Composes, types, and edits correspondence, reports, memoranda, and other material. Provides data entry and clerical support for coding, filing, records and files maintenance for project documents. Reproduces and collates documents needed to support audit team. | Associate's Degree |

**APPENDIX F**

List of Records Reviewed

# LIST OF RECORDS REVIEWED

| Name | Extension | Date accessed | Date modified | Date created |
|---|---|---|---|---|
| 2006 fire protection and life safety study.pdf | .pdf | 8/6/2026 10:09 | 8/6/2026 10:08 | 8/6/2026 9:26 |
| 2020 CBP.pdf | .pdf | 8/5/2026 16:32 | 7/28/2026 17:12 | 7/28/2026 17:28 |
| 2021 CBP Presentation of Facts and Findings.pdf | .pdf | 8/7/2026 6:58 | 7/28/2026 17:12 | 7/28/2026 17:28 |
| 2021 CBP.pdf | .pdf | 8/16/2026 19:19 | 7/28/2026 17:13 | 7/28/2026 17:27 |
| 24-25 All Discipline Report 7.9.25.xlsx | .xlsx | 8/16/2026 10:46 | 8/6/2026 14:17 | 8/5/2026 17:57 |
| Appendix B - Project and Subproject Budget Allocation.pdf | .pdf | 8/8/2026 12:05 | 7/28/2026 17:13 | 7/28/2026 17:28 |
| Asbestos Survey.pdf | .pdf | 7/30/2026 16:27 | 7/28/2026 17:14 | 7/28/2026 17:28 |
| DRAFT 2026 Board Handbook.pdf | .pdf | 8/4/2026 10:37 | 7/28/2026 17:14 | 7/28/2026 17:28 |
| DRAFT TKC FOOTNOTES FY25 and 24 as of 06.22.2026.pdf | .pdf | 8/9/2026 22:52 | 8/6/2026 11:16 | 7/1/2026 20:33 |
| DRAFT TKC SOA FY25 and 24 as of 06.22.2026 (1).pdf | .pdf | 8/9/2026 22:52 | 8/6/2026 11:16 | 7/1/2026 20:32 |
| DRAFT TKC SOA FY25 and 24 as of 06.22.2026.pdf | .pdf | 8/9/2026 22:52 | 8/6/2026 11:16 | 7/1/2026 20:32 |
| EXTERNAL RE The Kennedy Center.msg | .msg | 8/14/2026 14:29 | 8/6/2026 14:10 | 8/6/2026 14:10 |
| FY22 Kennedy Center - AFS - 022021 FINAL.pdf | .pdf | 8/6/2026 15:25 | 8/6/2026 10:11 | 8/6/2026 10:09 |
| JLL Final Appendix A Project Schedule R1 6.9.2026.pdf | .pdf | 8/17/2026 10:34 | 7/28/2026 17:14 | 7/28/2026 17:28 |
| JLL Final Appendix A Project Sschedule 6.8.2026.pdf | .pdf | 7/31/2026 9:38 | 7/28/2026 17:14 | 7/28/2026 17:28 |
| JLL Final CPDP Final 6.8.2026.pdf | .pdf | 8/14/2026 15:28 | 7/28/2026 17:14 | 7/28/2026 17:28 |
| KC Sales by Genre and Year.xlsx | .xlsx | 8/13/2026 9:29 | 8/5/2026 15:52 | 8/5/2026 13:53 |
| KCSDP-Plumbing System - 100% Report - JM.pdf | .pdf | 8/6/2026 10:20 | 8/5/2026 13:18 | 8/6/2026 10:20 |
| Kennedy Center - Audited Financial Statements FY24 &FY23.pdf | .pdf | 8/6/2026 10:20 | 8/5/2026 13:30 | 8/6/2026 10:20 |
| Kennedy Center - Comprehensive Federal Funding Summary 4_29_25.xlsx | .xlsx | 8/8/2026 12:44 | 7/28/2026 17:14 | 7/28/2026 17:28 |
| Kennedy Center - SOW.pdf | .pdf | 8/4/2026 9:57 | 7/17/2026 12:38 | 7/31/2026 8:14 |
| Kennedy Center Charter 3.31.26.pdf | .pdf | 8/4/2026 10:40 | 7/28/2026 17:14 | 7/28/2026 17:28 |
| Kennedy Center Renewal Project Monthly Report June 2026.pdf | .pdf | 8/4/2026 9:59 | 7/28/2026 17:15 | 7/28/2026 17:28 |
| Kennedy Center Scoping Matrix Draft 4.30.2026.xlsx | .xlsx | 8/13/2026 9:28 | 8/4/2026 15:35 | 8/4/2026 15:31 |
| Master CIP Summary Sheets 6.22.2026.xlsx | .xlsx | 8/8/2026 15:11 | 7/28/2026 17:15 | 7/28/2026 17:28 |
| Occupied remodel Risks.docx | .docx | 8/6/2026 10:20 | 8/5/2026 11:52 | 8/6/2026 10:20 |
| OneDrive_1_7-28-2026.zip | .zip | 7/28/2026 17:15 | 7/28/2026 17:05 | 7/28/2026 17:02 |
| _ARM-Combined.pdf | .pdf | 8/6/2026 10:09 | 8/6/2026 10:08 | 8/6/2026 9:29 |
| gov.uscourts.dcd.287972.48.0_6.pdf | .pdf | 8/6/2026 9:04 | 7/28/2026 17:14 | 7/28/2026 17:28 |

| | | | | |
|---|---|---|---|---|
| gov.uscourts.dcd.287972.49.0_4.pdf | .pdf | 8/6/2026 9:05 | 7/28/2026 17:14 | 7/28/2026 17:28 |
| gov.uscourts.dcd.287972.50.0_5.pdf | .pdf | 8/6/2026 9:06 | 7/28/2026 17:14 | 7/28/2026 17:28 |
| gov.uscourts.dcd.290645.24.0_2.pdf | .pdf | 8/3/2026 10:06 | 7/28/2026 17:14 | 7/28/2026 17:28 |
| gov.uscourts.dcd.290645.24.1_1.pdf | .pdf | 8/3/2026 10:06 | 7/28/2026 17:14 | 7/28/2026 17:28 |
| gov.uscourts.dcd.290645.24.2.pdf | .pdf | 8/3/2026 10:06 | 7/28/2026 17:14 | 7/28/2026 17:28 |
| DRAFT TKC FOOTNOTES FY25 and 24 as of 06.22.2026.pdf | .pdf | 8/9/2026 3:41 | 8/6/2026 11:46 | 8/9/2026 3:41 |
| DRAFT TKC SOA FY25 and 24 as of 06.22.2026.pdf | .pdf | 8/9/2026 3:41 | 8/6/2026 11:46 | 8/9/2026 3:41 |
| Finance Committee Presentation_1.21.2025.pdf | .pdf | 8/9/2026 17:45 | 7/29/2026 11:44 | 8/9/2026 3:41 |
| FY27 Budget Scenarios (2)].pdf | .pdf | 8/9/2026 3:41 | 8/5/2026 15:05 | 8/9/2026 3:41 |
| FY27 Budget Scenarios.pdf | .pdf | 8/9/2026 3:41 | 8/5/2026 15:05 | 8/9/2026 3:41 |
| Kennedy Center - Audited Financial Statements FY24 &FY23.pdf | .pdf | 8/9/2026 3:41 | 8/5/2026 15:05 | 8/9/2026 3:41 |
| Hall_20260730.pdf | .pdf | 8/1/2026 11:28 | 8/1/2026 11:25 | 7/30/2026 15:39 |

## APPENDIX G

Photographs of Site Conditions

## Roof and Terrace Conditions



**Photograph A-1. V**iew of the roof edge and parapet. Localized weathering, discoloration, and apparent patching are visible on the horizontal roof-edge surface adjacent to the coping an

## Mechanical, Electrical, and Service Infrastructure



**Photograph A-2.** Large sheet-metal ductwork, deteriorated piping, suspended services, and access equipment within a service or mechanical space.



**Photograph A-3.** Mechanical drive or hoisting equipment require replacement with a local control cabinet, conduit, and adjacent service components.

**APPENDIX G – PHOTOGRAPHS OF SITE CONDITIONS**



**Photograph A-4.** Large fan or blower assembly with motor, enclosure, piping, and surrounding service components.



**Photograph A-5.** View of Loading Deck overhead area, showing stained concrete beams, localized surface deterioration, lighting, ducts, and other building services.



**Photograph A-6.** Overhead view in a service corridor showing dense utility piping and visible daylight through an apparent opening in the roof or overhead slab.



**Photo 1 –** Cracked and spalled concrete encasement around steel beam in garage.



**Photo 2 –** Efflorescence and calcite formation (stalactite) on concrete wall and electrical conduit.



**Photo 3 –** Efflorescence on transformer vault concrete wall because of water intrusion.



**Photo 4 –** Corrosion of equipment in transformer vault. A sheet of plastic was placed over the unit to protect the unit from water intrusion. Calcite deposits were visible on the plastic sheet (circle).



**Photo 5 –** Calcite formations (stalactites) on concrete-encased beam located over electrical unit from previous photo.



**Photo 6 –** Deteriorated concrete and expansion joint material; missing section of drip pan in loading dock.



**Photo 7 –** Spalled and chipped concrete at expansion joint in loading dock.



**Photo 8 –** Missing and deteriorated waterproofing around expansion joint at built-in terrace planter.

**APPENDIX H**

Kennedy Center Construction Program Assessment

Presentation to the Board of Trustees

Aug. 13, 2025

DELTA
CONSULTING GROUP

# Construction
## Program Assessment

INDEPENDENT CONSTRUCTION PROGRAM ASSESSMENT AND ADVISORY SERVICES
August 13, 2026
Contract No. 33310526C0011

*Prepared for*

The Kennedy Center

*Privileged & Confidential*

# Darin L. **Buchalter**

## Chief Executive Officer

**Darin L. Buchalter** is a senior operating executive with 36 years of experience driving turnaround, transformation and strategic growth across the professional services, real estate and construction industries.

- Proven track record delivering year-over-year revenue growth, EBITDA improvement and increased enterprise and shareholder value
- Extensive executive leadership experience across businesses ranging from startup operations to companies exceeding $550 million in revenue
- Deep expertise leading global transformations that enhance operational performance, market position and company valuation
- Experienced in leading human capital-intensive, asset-light businesses with a focus on strategic growth and financial performance
- Independent board member of several private equity-backed companies and former Chair of the Friends of the San Francisco Public Library

## Education

- **Harvard Business School Executive Education**
  Leading Professional Service Firms, January 2020
- **University of California, Santa Cruz**
  BA (Honors, Phi Beta Kappa), 1990

## Certifications & Licenses

- Fellow of the Royal Institution of Chartered Surveyors (FRICS)
- Counselor of Real Estate (CRE)

DELTA CONSULTING GROUP

**T:** (646) 814-9421
**E:** dbuchalter@delta-cgi



# Operate

## AND PARTIALLY RENOVATE

*(all figures in millions USD; except percentages)*

| Scope | Funding | Need | Shortfall |
|---|---|---|---|
| Utilities | 225 | 225 | -- |
| Structure | 32 | 156 | (124) |
| Venues | -- | 179 | (179) |
| Total | 257 | 560 | (303) |

| SOURCES | OPERATING FUND |
|---|---|
| Programming | |
| Kennedy Center | 32.7 |
| Education & Visual Arts Disability | 1.1 |
| National Symphony Orchestra | 6.6 |
| External programming and events | 3.2 |
| Auxiliary services | 5.0 |
| Ticket handling fees and other revenues | 5.1 |
| Contributions | 62.0 |
| **Total** | **115.7** |

| USES | OPERATING FUND |
|---|---|
| Programming | |
| Kennedy Center | 72.5 |
| Education & Visual Arts Disability | 15.3 |
| National Symphony Orchestra | 41.9 |
| External programming and events | 2.2 |
| Auxiliary services | 3.6 |
| General & Administrative, Marketing & Sales | 39.1 |
| Development, Institutional Affairs | 16.2 |
| Production, Operation and Maintenance | 2.6 |
| **Total** | **193.5** |
| **Difference** | **(77.8)** |

## Partial Access. Higher Cost. Prolonged impact.

- 4-year revolving closures throughout main building.
- One-third of the main structure will be inaccessible to the public at any given time; accordingly, programming, ticket sales and patron experience will be constrained.
- Invested capital will deliver 46% of the program, with an annual operating deficit of ~$78M for the term of the renovation.

## CAPITAL INVESTMENT

- The logistics and duration of simultaneously operating and renovating reduces the amount of capital spent on the building.
- The $257M appropriation does not deliver the full program.
- Instead, the renovation of the structure is under-funded and venue improvement is unfunded.

## OPERATING DEFICIT

- Phased construction will impact the usable programming space by one-third each year.
- Revenue will reduce given the disruption caused by significant construction.
- At the same time, operating costs will be constant given the extent of necessary operations.
- Endowment releases and new contributions will become critical while disruption at the Center is high.

## Considerations

- The state of disrepair is significant and escalating; the remedy is invasive.
- Patron safety will be an ever-present challenge.
- Time introduces increased uncertainty and complexity.
- Fundraising efforts will go to operating costs and infrastructure remediation, rather than building a durable, profitable national arts program through a sustainable endowment.

# Partially Close
## AND RENOVATE

## Essential Renovations. Protect the Institution.

- 2-year concentrated renovation duration; close the main building; erect fencing and commence large scale renovations.
- This program renovates an historic structure and is not a wholesale rebuilding of the site; character-defining historic elements will be restored and preserved.
- Mission-based programming continues in the REACH, the primary onsite hub.
- NSO events are held offsite through regional partner venues, touring and digital broadcasts. Signature events like the Kennedy Center Honors and the Mark Twain Prize are also held offsite.
- Allows the time necessary to program for 2028-2029 in accordance with industry practice, mitigates market and consumer confusion, and best preserves the brand by delivering the highest caliber performances in the highest quality venues.

## CAPITAL INVESTMENT

- The $257M appropriation advances 90% of the program.
- Value engineering or targeted fundraising of $30M would close the gap and enable 100% completion.
- Commercial execution costs 40% more for the same scope.

## OPERATING DEFICIT

- Curtails annual operating deficit of ~$78M.
- Partially closing enables staff reduction and a reset of expenses.
- Pro forma operating deficit (before debt service) is minimal during a shorter renovation period.
- Partially closing preserves current funds, limits long-term reputational harm and delivers a faster return to full programming.

## Considerations

- The Center maintains its statutory cultural mandate during a facility shutdown.
- The REACH will preserve the memorial experience with public displays and interactive content.
- The renovation process will serve as a means of engagement with patrons and donors.
- Key staff will be redeployed in alignment with the needs of the Center during renovations.
- Focused execution over shortest possible duration further reduces cost uncertainty.
- Vertically integrated delivery model avoids standard commercial premiums.
- Fundraising efforts build endowment funds and durability of the national arts program.

*(all figures in millions USD, except percentages)*

| Scope | Vertically Integrated | Commercial Bid | Premium |
|---|---|---|---|
| Utilities | 115 | 160 | +45 |
| Structure | 80 | 110 | +30 |
| Venues | 90 | 130 | +40 |
| Total | 285 | 400 | +115 / +40% |

| SOURCES | OPERATING FUND |
|---|---|
| Programming | |
| Kennedy Center | 38.3 |
| Education & Visual Arts Disability | 8.3 |
| National Symphony Orchestra | 28.3 |
| External programming and events | - |
| Auxiliary services | - |
| Ticket handling fees and other revenues | 1.2 |
| Total | 76.1 |

| USES | OPERATING FUND |
|---|---|
| Programming | |
| Kennedy Center | 8.1 |
| Education & Visual Arts Disability | 7.7 |
| National Symphony Orchestra | 44.0 |
| External programming and events | - |
| Auxiliary services | - |
| General & Administrative | 4.6 |
| Fundraising | 2.7 |
| IT & System Infrastructure | 5.6 |
| Total | 72.7 |
| Difference | 3.4 |

DELTA
CONSULTING GROUP




delta-cgi.com

# APPENDIX I

AACE International Recommended Practice 17R-97

Cost Estimate Classification System



AACE INTERNATIONAL RECOMMENDED PRACTICE

17R-97

# COST ESTIMATE CLASSIFICATION SYSTEM

AACE INTERNATIONAL

Rev. August 25, 2021 (Ed. Rev. February 17, 2025)



AACE International Recommended Practice No. 17R-97

# COST ESTIMATE CLASSIFICATION SYSTEM

## TCM Framework: 7.3 – Cost Estimating and Budgeting

Rev. August 7, 2020 (Ed. Rev. February 17, 2025)

Quality Assurance Review (QAR) February 17, 2025

Note: As AACE International recommended practices evolve over time, please refer to web.aacei.org for the latest revisions.

Any terms found in AACE Recommended Practice 10S-90, *Cost Engineering Terminology*, supersede terms defined in other AACE work products, including but not limited to, other recommended practices, the *Total Cost Management Framework*, and *Skills & Knowledge of Cost Engineering*.

**Contributors:**

*Disclaimer: The content provided by the contributors to this recommended practice is their own and does not necessarily reflect that of their employers, unless otherwise stated.*

February 17, 2025 Revision:

Larry R. Dysert, CCP CEP DRMP FAACE Hon. Life (Primary Contributor)
David Kyle, CCP CEP (Primary Contributor)

August 7, 2020 Revision:

Peter R. Bredehoeft, Jr. CEP FAACE (Primary Contributor)
Larry R. Dysert, CCP CEP DRMP FAACE Hon. Life (Primary Contributor)
John K. Hollmann, PE CCP CEP DRMP FAACE Hon. Life (Primary Contributor)
Todd W. Pickett, CCP CEP (Primary Contributor)

March 6, 2019 Revision:

Peter R. Bredehoeft, Jr. CEP FAACE (Primary Contributor)
Larry R. Dysert, CCP CEP DRMP FAACE Hon. Life (Primary Contributor)
Todd W. Pickett, CCP CEP FAACE (Primary Contributor)

November 29, 2011 Revision:

Peter Christensen, CCE (Primary Contributor)
Larry R. Dysert, CCC CEP (Primary Contributor)
Jennifer Bates, CCE
Jeffery J. Borowicz, CCC CEP PSP
Peter R. Bredehoeft, Jr. CEP
Robert B. Brown, PE
Dorothy J. Burton
Robert C. Creese, PE CCE
John K. Hollmann, PE CCE CEP
Kenneth K. Humphreys, PE CCE
Donald F. McDonald, Jr. PE CCE PSP
C. Arthur Miller
Bernard A. Pietlock, CCC CEP
Todd W. Pickett, CCC CEP
Wesley R. Querns, CCE
Don L. Short, II CEP
H. Lance Stephenson, CCC
James D. Whiteside, II PE

Copyright © AACE® International
AACE® International Recommended Practices

Single user license only. Copying and networking prohibited.

This document is copyrighted by AACE International and may not be reproduced without permission. Organizations may obtain permission to reproduce a limited number of copies by entering into a license agreement. For information please contact editor@aacei.org

August 7, 2020 (Ed. Rev. February 17, 2025)
(QAR February 17, 2025)

## TABLE OF CONTENTS

Table of Contents ....1
1. Purpose ....2
2. Introduction ....2
3. Classification Methodology ....3
4. Determination of the Cost Estimate Class ....4
5. Definitions of Cost Estimate Characteristics ....4
  5.1. Maturity Level of Project Definition Deliverables (Primary Characteristic) ....4
  5.2. End Usage (Secondary Characteristic) ....5
  5.3. Estimating Methodology (Secondary Characteristic) ....5
  5.4. Expected Accuracy Range (Secondary Characteristic) ....5
  5.5 Effort to Prepare Estimate (Secondary Characteristic) ....6
6. Relationships and Variations of Characteristics ....6
  6.1. Maturity Level of Project Definition Deliverables ....6
  6.2. End Usage ....6
  6.3. Estimating Methodology ....7
  6.4. Expected Accuracy Range ....7
  6.5. Effort to Prepare Estimate ....8
7. Basis of Estimate Documentation ....8
8. Project Definition Rating System ....8
9. Classification for Long-Term Planning and Asset Life Cycle Cost Estimates ....9
References ....9
Contributors ....10

Copyright © AACE® International

Single user license only. Copying and networking prohibited.

August 7, 2020 (Ed. Rev. February 17, 2025)
(QAR February 17, 2025)

## 1. PURPOSE

As a recommended practice (RP) of AACE International, the *Cost Estimate Classification System* provides guidelines for applying the general principles of estimate classification to project cost estimates (i.e., cost estimates that are used to evaluate, approve, and/or fund projects). The *Cost Estimate Classification System* maps the phases and stages of project cost estimating together with a generic project scope definition maturity and quality matrix, which can be applied across a wide variety of industries.

This recommended practice has been developed in a way that:

- provides common understanding of the concepts involved with classifying project cost estimates, regardless of the type of enterprise or industry the estimates relate to;
- fully defines and correlates the major characteristics used in classifying cost estimates so that enterprises may unambiguously determine how their practices compare to the guidelines;
- uses the maturity level of project definition deliverables as the primary characteristic to categorize estimate classes; and
- reflects generally-accepted practices in the cost engineering profession.

An intent of this document is to improve communications among all the stakeholders involved with preparing, evaluating, and using project cost estimates. The various parties that use project cost estimates often misinterpret the quality and value of the information available to prepare cost estimates, the various methods employed during the estimating process, the accuracy level expected from estimates, and the level of risk associated with estimates.

This classification RP is intended to help those involved with project estimates to avoid misinterpretation of the various classes of cost estimates and to avoid their misapplication and misrepresentation. Improving communications about estimate classifications reduces business costs and project cycle times by avoiding inappropriate business and financial decisions, actions, delays, or disputes caused by misunderstandings of cost estimates and what they are expected to represent.

This document is intended to provide a guideline, not a standard. It is understood that each enterprise may have its own project and estimating processes, terminology, and may classify estimates in other ways. This guideline provides a generic and generally acceptable classification system that can be used as a basis to compare against. This recommended practice should allow each user to better assess, define, and communicate their own processes and standards in the light of generally-accepted cost engineering practice.

## 2. INTRODUCTION

An AACE International guideline for cost estimate classification for the process industries was developed in the late 1960s or early 1970s, and a simplified version was adopted as an ANSI Standard Z94.0 in 1972. Those guidelines and standards enjoyed reasonably broad acceptance within the engineering and construction communities and within the process industries. However, in the 1980s, empirical research on the correlation of the maturity level of project definition and cost growth and schedule slip led to better understanding of project risks and the wide implementation of project phase or stage-gate scope development processes [1]. This recommended practice, in consideration of this research improves upon the earlier standards by:

1. providing a classification method applicable across all industries;
2. unambiguously identifying, cross-referencing, benchmarking, and empirically evaluating the multiple characteristics related to the class of cost estimate; and
3. aligning with typical phase-gate project scope definition practices.

Copyright © AACE® International AACE® International Recommended Practices
Single user license only. Copying and networking prohibited.

August 7, 2020 (Ed. Rev. February 17, 2025)
(QAR February 17, 2025)

This guideline is intended to provide a generic methodology for the classification of project cost estimates in any industry and will be supplemented with recommended practices that will provide extensions and additional detail for specific industries.

## 3. CLASSIFICATION METHODOLOGY

There are numerous characteristics that can be used to categorize cost estimate types. The most significant of these are the maturity level of project definition deliverables, end usage of the estimate, estimating methodology, and the effort and time needed to prepare the estimate. The primary characteristic used in this guideline to define the classification category is the maturity level of project definition deliverables. The other characteristics are secondary.

Categorizing cost estimates by maturity level of project definition is in keeping with the AACE International philosophy of total cost management, which is a quality-driven process applied during the entire project life cycle. The discrete levels of project definition used for classifying estimates correspond to the typical phases and gates of evaluation, authorization, and execution often used by project stakeholders during a project life cycle.

| | ***Primary Characteristic*** | ***Secondary Characteristic*** | | | |
|---|---|---|---|---|---|
| **ESTIMATE CLASS** | **MATURITY LEVEL OF PROJECT DEFINITION DELIVERABLES** Expressed as % of complete definition | **END USAGE** Typical purpose of estimate | **METHODOLOGY** Typical estimating method | **EXPECTED ACCURACY RANGE** Typical +/- range relative to index of 1 (i.e. Class 1 estimate) [a] | **PREPARATION EFFORT** Typical degree of effort relative to least cost index of 1 [b] |
| **Class 5** | 0% to 2% | Screening or feasibility | Stochastic (factors and/or models) or judgment | 4 to 20 | 1 |
| **Class 4** | 1% to 15% | Concept study or feasibility | Primarily stochastic | 3 to 12 | 2 to 4 |
| **Class 3** | 10% to 40% | Budget authorization or control | Mixed but primarily stochastic | 2 to 6 | 3 to 10 |
| **Class 2** | 30% to 75% | Control or bid/tender | Primarily deterministic | 1 to 3 | 5 to 20 |
| **Class 1** | 65% to 100% | Check estimate or bid/tender | Deterministic | 1 | 10 to 100 |

**Notes:**
**[a] If the range index value of "1" represents +10/-5%, then an index value of 10 represents +100/-50% (at an 80% confidence interval).**
**[b] If the cost index value of "1" represents 0.005% of project costs, then an index value of 100 represents 0.5%.**

**Table 1 – Generic Cost Estimate Classification Matrix**

Five cost estimate classes have been established. While the maturity level of project definition is a continuous spectrum, it was determined from benchmarking industry practices that three to five discrete categories are


Single user license only. Copying and networking prohibited.

commonly used. Five categories are established in this guideline as it is easier to simplify by combining categories than it is to arbitrarily split a standard.

The estimate class designations are labeled Class 1, 2, 3, 4, and 5. A Class 5 estimate is based upon the lowest maturity level of project definition, and a Class 1 estimate is closest to full project definition and maturity. This arbitrary countdown approach considers that estimating is a process whereby successive estimates are prepared until a final estimate closes the process.

Table 1 above provides a summary of the characteristics of the five estimate classes. The maturity level of definition is the sole determining (i.e., primary) characteristic of class. In Table 1, the maturity is roughly indicated by a % of complete definition; however, it is the maturity of the defining deliverables that is the determinant, not the percent. The specific deliverables, and their maturity or status can only be defined in the context of the specific industry project scope.

Depending on the technical and project deliverables (and other variables) and risks associated with each estimate, the accuracy range for any particular estimate is expected to fall into the ranges identified. However, this does not preclude a specific actual project result from falling outside of the indicated ranges identified in Table 1.

The five estimate classes are presented in Table 1 in relationship to the identified characteristics. The maturity level of project definition deliverables determines the estimate class. For this RP, Table 1 provides generally indicative percent completions, but in industry-specific addenda RPs, design deliverable versus status matrix tables will be included which are the determinate of class. The other four characteristics are secondary characteristics that are generally correlated with the maturity level of project definition deliverables, as discussed above.

## 4. DETERMINATION OF THE COST ESTIMATE CLASS

For a given project, the determination of the estimate class is based upon the maturity level of project definition based on the status of specific key planning and design deliverables. The percent design completion may be correlated with the status, but the percentage should not be used as the class determinate. While the determination of the status (and hence the estimate class) is somewhat subjective, having standards for the design input data, completeness and quality of the design deliverables will serve to make the determination more objective.

## 5. DEFINITIONS OF COST ESTIMATE CHARACTERISTICS

The following are brief discussions of the various estimate characteristics used in the estimate classification matrix. For the secondary characteristics, the overall trend of how each characteristic varies with the maturity level of project definition deliverables (the primary characteristic) is provided.

### 5.1. Maturity Level of Project Definition Deliverables (Primary Characteristic)

This characteristic is based upon the maturity or the extent of definition of key types of planning, design and other input information and deliverables available to the estimating process. Such inputs include project scope definition, requirements documents, specifications, project plans and schedules, drawings, calculations, learnings from past projects, reconnaissance data, and other information that must be developed to define the project. Each industry will have a typical set of deliverables that are used to support the type of estimates used in that industry. The set of deliverables becomes more definitive and complete as the level of project definition progresses; therefore, the percent completion will be somewhat correlated with the maturity level (see Table 1) However,

Copyright © AACE® International 
Single user license only. Copying and networking prohibited.

August 7, 2020 (Ed. Rev. February 17, 2025)
(QAR February 17, 2025)

percent completion metrics lack necessary information as to whether key deliverables have met quality goals or been completed in the proper sequence. A maturity matrix of key deliverables and their required status for each class is the recommended characteristic determinant.

**5.2. End Usage (Secondary Characteristic)**

The various classes (or phases) of cost estimates prepared for a project typically have different end uses or purposes. As the degree of project definition increases, the end usage of an estimate typically progresses from strategic evaluation and feasibility studies to funding authorization and budgets to project control purposes.

**5.3. Estimating Methodology (Secondary Characteristic)**

Estimating methodologies fall into two broad categories: stochastic and deterministic. In stochastic methods, the independent variable(s) used in the cost estimating algorithms are generally something other than a direct measure of the units of the item being estimated. The cost estimating relationships used in stochastic methods are often based on factors, metrics, models, etc. With deterministic methods, the independent variable(s) are more or less a definitive measure of the item being estimated (can include quotes, bids, etc.). A deterministic methodology reduces the level of conjecture inherent in an estimate. As the maturity level of project definition increases, the estimating methodology tends to progress from stochastic to deterministic methods.

**5.4. Expected Accuracy Range (Secondary Characteristic)**

Estimate accuracy range is in indication of the degree to which the final cost outcome for a given project will vary from the estimated cost. Accuracy is traditionally expressed as a +/- percentage range around the point estimate after application of contingency, with a stated level of confidence that the actual cost outcome would fall within this range (+/- measures are a useful simplification, given that actual cost outcomes have different frequency distributions for different types of projects). As the maturity level of project definition deliverables increases, the expected accuracy of the estimate tends to improve, as indicated by a tighter +/- range.

Note that in table 1, the values in the accuracy range column do not represent + or - percentages, but instead represent an index value relative to a best range index value of 1. If, for a particular industry, a Class 1 estimate has an accuracy range of +10/-5 percent, then a Class 5 estimate in that same industry may have an accuracy range of +100/-50 percent.

In addition to the degree of project definition, estimate accuracy is also driven by other systemic risks such as:

- Level of familiarity with technology.
- Unique/remote nature of project locations and conditions and the availability of reference data for those.
- Complexity of the project and its execution.
- Quality of reference cost estimating data.
- Quality of assumptions used in preparing the estimate.
- Experience and skill level of the estimator.
- Estimating techniques employed.
- Time and level of effort budgeted to prepare the estimate.
- Market and pricing conditions.
- Currency exchange.

Systemic risks such as these are often the primary driver of accuracy, especially during the early stages of project definition. As project definition progresses, project-specific risks (e.g. risk events and conditions) become more

Copyright © AACE® International AACE® International Recommended Practices
Single user license only. Copying and networking prohibited.

August 7, 2020 (Ed. Rev. February 17, 2025)
(QAR February 17, 2025)

prevalent and also drive the accuracy range. Another concern in estimates is potential organizational pressure for a predetermined value that may result in a biased estimate. The goal should be to have an unbiased and objective estimate both for the base cost and for contingency. The stated estimate ranges are dependent on this premise and a realistic view of the project. Failure to appropriately address systemic risks (e.g. technical complexity) during the risk analysis process, impacts the resulting probability distribution of the estimated costs, and therefore the interpretation of estimate accuracy. [1]

### 5.5 Effort to Prepare Estimate (Secondary Characteristic)

The level of effort needed to prepare a given estimate is an indication of the cost, time, and resources required. The cost measure of that effort is typically expressed as a percentage of the total project costs for a given project size. As the maturity level of project definition deliverables increases, the amount of effort to prepare an estimate increases, as does its cost relative to the total project cost. The effort to develop the project deliverables is not included in the effort metrics; they only cover the cost to prepare the cost estimate itself.

## 6. RELATIONSHIPS AND VARIATIONS OF CHARACTERISTICS

There are a myriad of complex relationships that may be exhibited among the estimate characteristics within the estimate classifications. The overall trend of how the secondary characteristics vary with the maturity level of project definition deliverables was provided above. This section explores those trends in more detail. Typically, there are commonalties in the secondary characteristics between one estimate and the next, but in any given situation there may be wide variations in usage, methodology, accuracy, and effort.

The maturity level of project definition deliverables is the driver of the other characteristics. Typically, all of the secondary characteristics have the maturity level of project definition as a primary determinant. While the other characteristics are important to categorization, they lack complete consensus. For example, one estimator's bid might be another's budget. Characteristics such as accuracy is driven my many project risks and methodology can vary markedly from one industry to another, and even from estimator to estimator within a given industry.

### 6.1. Maturity Level of Project Definition Deliverables

Each project (or industry grouping) will have a typical set of deliverables that are used to support a given class of estimate. The availability of these deliverables is correlated to the maturity level or percent of project definition achieved, but maturity level does not express required quality or sequence information. The variations in the deliverables required for an estimate in specific industries are too broad to cover in detail here; however, it is important to understand what drives the variations. Each industry group tends to focus on a defining project element that drives the estimate maturity level. For instance, chemical industry projects are process equipment-centric—i.e., the maturity level of project definition and subsequent estimate maturity level is significantly determined by how well the equipment and process flow is defined. Architectural projects tend to be structure-centric, software projects tend to be function-centric, and so on. Understanding these drivers puts the differences that may appear in the more detailed industry addenda into perspective.

### 6.2. End Usage

While there are common end usages of an estimate among different stakeholders, usage is often relative to the stakeholder's identity. For instance, an owner company may use a given class of estimate to support project funding, while a contractor may use the same class of estimate to support a contract bid or tender. It is not at all

Copyright © AACE® International AACE® International Recommended Practices
Single user license only. Copying and networking prohibited.

uncommon to find stakeholders categorizing their estimates by usage-related headings such as budget, study, or bid. Depending on the stakeholder's perspective and needs, it is important to understand that these may actually be all the same class of estimate (based on the primary characteristic of maturity level of project definition achieved).

**6.3. Estimating Methodology**

As stated previously, estimating methodologies fall into two broad categories: stochastic and deterministic. These broad categories encompass scores of individual methodologies. Stochastic methods often involve simple or complex modeling based on inferred or statistical relationships between costs and programmatic and/or technical parameters. Deterministic methods tend to be straightforward counts or measures of units of items multiplied by known unit costs or factors. It is important to realize that any combination of methods may be found in any given class of estimate. For example, if a stochastic method is known to be suitably accurate, it may be used in place of a deterministic method even when there is sufficient input information based on the maturity level of project definition deliverables to support a deterministic method. This may be due to the lower level of effort required to prepare an estimate using stochastic methods.

**6.4. Expected Accuracy Range**

The accuracy range of an estimate is dependent upon risk. A number of characteristics of the estimate input information and the estimating process are systemic risks. The extent and the maturity of the input information is a highly important determinant of accuracy. However, there are systemic risk factors besides the available input information that also greatly affect estimate accuracy measures. Primary among these are the state of technology in the project and the quality of reference cost estimating data.

*State of technology*—technology varies considerably between industries, and thus affects estimate accuracy. The state of technology used here refers primarily to the programmatic or technical uniqueness and complexity of the project. Procedurally, having full extent and maturity in the estimate basis deliverables is deceptive if the deliverables are based upon assumptions regarding uncertain technology. For a first-of-a-kind project there is a lower level of confidence that the execution of the project will be successful (all else being equal). There is generally a higher confidence for projects that repeat past practices. Projects for which research and development are still under way at the time that the estimate is prepared are particularly subject to low accuracy expectations. The state of technology may have a significant impact on the accuracy range.

*Quality of reference cost estimating data*—accuracy is also dependent on the quality of reference cost data and history. It is possible to have a project with common practice in technology, but with little cost history available concerning projects using that technology. In addition, the estimating process typically employs a number of factors to adjust for market conditions, project location, environmental considerations, and other estimate-specific conditions that are often uncertain and difficult to assess. The accuracy of the estimate will be better when verified empirical data and statistics are employed as a basis for the estimating process, rather than assumptions.

In summary, estimate accuracy will generally be correlated with estimate classification (and therefore the maturity level of project definition), all else being equal. However, specific accuracy ranges will typically vary by industry. Also, the accuracy of any given estimate is not fixed or determined by its classification category. Significant variations in accuracy from estimate to estimate are possible if any of the systemic determinants of accuracy, such as technology, quality of reference cost data, quality of the estimating process, and skill and knowledge of the estimator vary. Finally, project-specific risks (e.g., risk events) also affect accuracy. Accuracy is also not necessarily determined by the methodology used or the effort expended. Estimate accuracy must be evaluated on an estimate-by-estimate basis in conjunction with some form of risk analysis process.

Copyright © AACE® International 
Single user license only. Copying and networking prohibited.

### 6.5. Effort to Prepare Estimate

The effort to prepare an estimate is usually determined by the extent of the input information available. The effort will normally increase as the number and complexity of the project definition deliverables that are produced and assessed increase. However, with an efficient estimating methodology on repetitive projects, this relationship may be less defined. For instance, there are combination design/estimating tools in the process industries that can often automate much of the design and estimating process. These tools can often generate Class 3 deliverables and estimates from the most basic input parameters for repetitive-type projects. There may be similar tools in other industry groupings.

It also should be noted that the estimate preparation costs as a percentage of total project costs will vary inversely with project size in a nonlinear fashion. For a given class of estimate, the preparation cost percentage will decrease as the total project costs increase. Also, at each class of estimate, the preparation costs in different industries will vary markedly. Metrics of estimate preparation costs normally exclude the effort to prepare the defining project deliverables.

## 7. BASIS OF ESTIMATE DOCUMENTATION

The basis of estimate (BOE) typically accompanies the cost estimate. The basis of estimate is a document that describes how an estimate is prepared and defines the information used in support of development. A basis document commonly includes, but is not limited to, a description of the scope included, methodologies used, references and defining deliverables used, assumptions and exclusions made, clarifications, adjustments, and some indication of the level of uncertainty.

The BOE is, in some ways, just as important as the estimate since it documents the scope and assumptions; and provides a level of confidence to the estimate. The estimate is incomplete without a well-documented basis of estimate. See AACE Recommended Practice 34R-05 *Basis of Estimate* for more information. [2]

## 8. PROJECT DEFINITION RATING SYSTEM

An additional step in documenting the maturity level of project definition is to develop a project definition rating system. This is another tool for measuring the completeness of project scope definition. Such a system typically provides a checklist of scope definition elements and a scoring rubric to measure maturity or completeness for each element. A better project definition rating score is typically associated with a better probability of achieving project success.

Such a tool should be used in conjunction with the AACE estimate classification system; it does not replace estimate classification. A key difference is that a project definition rating measures overall maturity across a broad set of project definition elements, but it usually does not ensure completeness of the key project definition deliverables required to meet a specific class of estimate. For example, a good project definition rating may sometimes be achieved by progressing on additional project definition deliverables, but without achieving signoff or completion of a key deliverable.

AACE estimate classification is based on ensuring that key project deliverables have been completed or met the required level of maturity. If a key deliverable that is indicated as needing to be complete for Class 3 (as an example) has not actually been completed, then the estimate cannot be regarded as Class 3 regardless of the maturity or progress on other project definition elements.

An example of a project definition rating system is the *Project Definition Rating Index* developed by the Construction Industry Institute. It has developed several indices for specific industries, such as IR113-2 [3] for the

Copyright © AACE® International 
Single user license only. Copying and networking prohibited.

August 7, 2020 (Ed. Rev. February 17, 2025)
(QAR February 17, 2025)

process industry and IR115-2 [4] for the building industry. Similar systems have been developed by the US Department of Energy. [5]

## 9. CLASSIFICATION FOR LONG-TERM PLANNING AND ASSET LIFE CYCLE COST ESTIMATES

As stated in the Purpose section, classification maps the phases and stages of project cost estimating. Typically, in a phase-gate project system, scope definition and capital cost estimating activities flow from framing a business opportunity through to a capital investment decision and eventual project completion in a more-or-less steady, short-term (e.g., several years) project life-cycle process.

Cost estimates are also prepared to support long-range (e.g., perhaps several decades) capital budgeting and/or asset life cycle planning. Asset life cycle estimates are also prepared to support net present value (e.g., estimates for initial capital project, sustaining capital, and decommissioning projects), value engineering and other cost or economic studies. These estimates are necessary to address sustainability as well. Typically, these long-range estimates are based on minimal scope definition as defined for *Class 5*. However, these asset life cycle "conceptual" estimates are prepared so far in advance that it is virtually assured that the scope will change from even the minimal level of definition assumed at the time of the estimate. Therefore, the expected estimate accuracy values reported in Table 1 (percent that actual cost will be over or under the estimate including contingency) are not meaningful because the Table 1 accuracy values explicitly *exclude scope change*. For long-term estimates, one of the following two classification approaches is recommended:

- If the long-range estimate is to be updated or maintained periodically in a controlled, documented life cycle process that addresses scope and technology changes in estimates over time (e.g., nuclear or other licensing may require that future decommissioning estimates be periodically updated), the estimate is rated as *Class 5* and the Table 1 accuracy ranges are assumed to apply for the specific scope included in the estimate at the time of estimate preparation. Scope changes are explicitly excluded from the accuracy range.

- If the long-range estimate is performed as part of a process or analysis where scope and technology change is not expected to be addressed in routine estimate updates over time, the estimate is rated as *Unclassified* or as *Class 10* (if a class designation is required to meet organizational procedures), and the Table 1 accuracy ranges cannot be assumed to apply. The term *Class 10* is specifically used to distinguish these long-range estimates from the relatively short time-frame *Class 5* through *Class 1* capital cost estimates identified in Table 1 and this RP; and to indicate the order-of-magnitude difference in potential expected estimate accuracy due to the infrequent updates for scope and technology. Unclassified (or Class 10) estimates are not associated with indicated expected accuracy ranges.

In all cases, a *Basis of Estimate* should be documented so that the estimate is clearly understood by those reviewing and/or relying on them later. Also, the estimating methods and other characteristics of Class 5 estimates generally apply. In other words, an *Unclassified* or *Class 10* designation must not be used as an excuse for unprofessional estimating practice.

## REFERENCES

[1] AACE International, "Recommended Practice No. 42R-08, Risk Analysis and Contingency Determination Using Parametric Estimating," AACE International, Morgantown, WV, Latest revision.

[2] AACE International, Recommended Practice No. 34R-05, Basis of Estimate, Morgantown, WV: AACE International, Latest revision.

[3] Construction Industry Institute (CII), "PDRI: Project Definition Rating Index – Industrial Projects, Version 3.2

Copyright © AACE® International AACE® International Recommended Practices
Single user license only. Copying and networking prohibited.

(113-2)," Construction Industry Institute (CII), Austin, 2009.

[4] Construction Industry Institute (CII), "PDRI: Project Definition Rating Index – Building Projects, Version 3.2 (115-2)," Construction Industry Institute (CII), Austin, 2009.

[5] U.S. Department of Energy (DOE), "Project Definition Rating Index Guide for Traditional Nuclear and Non-Nuclear Construction Projects, DOE G 413.3-12," U.S. Department of Energy (DOE), 2010.

[6] AACE International, Recommended Practice No. 104R-19, Understanding Estimate Accuracy, Morgantown, WV: AACE International, Latest revision.

[7] AACE International, "Professional Guidance Document (PGD) 01, Guide to Cost Estimate Classification," AACE International, Morgantown WV, Latest revision.

[8] AACE International, "Recommended Practice No. 10S-90, Cost Engineering Terminology," AACE International, Fairmont WV, Latest revision.

[9] AACE International, Total Cost Management Framework: An Integrated Approach to Portfolio, Program and Project Management, 2nd ed., H. L. Stephenson, Ed., Morgantown, WV: AACE International, 2015.

## CONTRIBUTORS

*Disclaimer: The content provided by the contributors to this recommended practice is their own and does not necessarily reflect that of their employers, unless otherwise stated.*

February 17, 2025 Revision:
Larry R. Dysert, CCP CEP DRMP FAACE Hon. Life (Primary Contributor)
David Kyle, CCP CEP (Primary Contributor)

August 7, 2020 Revision:
Peter R. Bredehoeft, Jr. CEP FAACE (Primary Contributor)
Larry R. Dysert, CCP CEP DRMP FAACE Hon. Life (Primary Contributor)
John K. Hollmann, PE CCP CEP DRMP FAACE Hon. Life (Primary Contributor)
Todd W. Pickett, CCP CEP (Primary Contributor)

March 6, 2019 Revision:
Peter R. Bredehoeft, Jr. CEP FAACE (Primary Contributor)
Larry R. Dysert, CCP CEP DRMP FAACE Hon. Life (Primary Contributor)
Todd W. Pickett, CCP CEP FAACE (Primary Contributor)

November 29, 2011 Revision:
Peter Christensen, CCE (Primary Contributor)
Larry R. Dysert, CCC CEP (Primary Contributor)
Jennifer Bates, CCE
Jeffery J. Borowicz, CCC CEP PSP
Peter R. Bredehoeft, Jr. CEP
Robert B. Brown, PE
Dorothy J. Burton
Robert C. Creese, PE CCE
John K. Hollmann, PE CCE CEP
Kenneth K. Humphreys, PE CCE
Donald F. McDonald, Jr. PE CCE PSP
C. Arthur Miller
Bernard A. Pietlock, CCC CEP
Todd W. Pickett, CCC CEP

Copyright © AACE® International AACE® International Recommended Practices
Single user license only. Copying and networking prohibited.

August 7, 2020 (Ed. Rev. February 17, 2025)
(QAR February 17, 2025)

Wesley R. Querns, CCE
Don L. Short, II CEP
H. Lance Stephenson, CCC
James D. Whiteside, II PE


Single user license only. Copying and networking prohibited.

**APPENDIX J**

AACE International Recommended Practice 34-R05

Basis of Estimate

AACE INTERNATIONAL RECOMMENDED PRACTICE

34R-05

# BASIS OF ESTIMATE

AACE INTERNATIONAL



AACE INTERNATIONAL

AACE® International Recommended Practice No. 34R-05

# BASIS OF ESTIMATE

## TCM Framework: 7.3 – Cost Estimating and Budgeting

Rev. October 5, 2021

Note: As AACE International Recommended Practices evolve over time, please refer to web.aacei.org for the latest revisions.

Any terms found in AACE Recommended Practice 10S-90, *Cost Engineering Terminology*, supersede terms defined in other AACE work products, including but not limited to, other recommended practices, the *Total Cost Management Framework*, and *Skills & Knowledge of Cost Engineering*.


**Contributors:**

*Disclaimer: The content provided by the contributors to this recommended practice is their own and does not necessarily reflect that of their employers, unless otherwise stated.*

October 5, 2021 Revision:

Todd Pickett, CCP CEP FAACE (Primary Contributor)
Dave Kyle, CCP CEP

May 4, 2014 Revision:

Todd Pickett, CCC CEP (Primary Contributor)
Peter R. Bredehoeft, Jr. CEP
Ted A. Downen
Larry R. Dysert, CCC CEP
Bruce G. Elliott, CCC
John K. Hollmann, PE CCE CEP
Stephen M. Jacobson, CCC
Carlton W. Karlik, PE CEP
Christopher L. Kinney
Donald F. McDonald, Jr. PE CCE PSP
Bernard A. Pietlock, CCC CEP
Richard A. Selg, CCE



Copyright © AACE® International

AACE® International Recommended Practices

Single user license only. Copying and networking prohibited.

This document is copyrighted by AACE International and may not be reproduced without permission. Organizations may obtain permission to reproduce a limited number of copies by entering into a license agreement. For information please contact editor@aacei.org

October 5, 2021

## TABLE OF CONTENTS

Table of Contents ....1
1. Introduction ....3
2. Estimate Basis Development Process ....4
2.1. Inputs to the BOE ....4
3. Estimate Basis Format and Content ....5
3.1. General ....5
3.1.1. Purpose ....5
3.1.2. Project and Estimate Objectives ....5
3.1.3. Project Scope Description ....5
3.1.4. Project Execution Plan Summary ....6
3.1.5. Construction, Fabrication, and Operating Parameters ....6
3.1.6. Estimate Classification ....6
3.2. Methodology ....7
3.2.1. Estimating Tools ....7
3.2.2. Coding Structure ....7
3.3. Design Basis ....7
3.3.1. Units of Measure ....7
3.3.2. Currency and Exchange Rates ....7
3.3.3. Rounding ....7
3.4. Quantity Basis ....8
3.5. Cost Basis ....8
3.6. Planning Basis ....9
3.7. Bulk Commodity Material ....9
3.8. Labor ....9
3.9. Demolition ....9
3.10. Allowances ....10
3.11. Assumptions ....10
3.12. Exclusions ....10
3.13. Exceptions ....10
3.14. Risks and Opportunities ....10
3.15. Containments ....10
3.16. Contingencies ....11
3.17. Management Reserve ....11

Copyright © AACE® International 

Single user license only. Copying and networking prohibited.

October 5, 2021

3.18. Reconciliation ....11
3.19. Benchmarking ....11
3.20. Estimate Quality Assurance ....11
3.21. Estimating Team ....11
3.22. Attachments ....12
3.22.1. Attachment A: Estimate Deliverables Checklist ....12
3.22.2. Attachment B: Reference Documents ....12
3.22.3. Additional Attachments ....12
4. Level of Detail in the Basis of Estimate ....12
4.1. Level of Project Definition ....12
4.2. Cost Value of the Project ....12
4.3. Type of Project ....13
4.4. Other Factors ....13
References ....13
Contributors ....13


Single user license only. Copying and networking prohibited.

October 5, 2021

## 1. INTRODUCTION

AACE International's *Total Cost Management (TCM) Framework* [1] identifies a basis of estimate (BOE) document as a *required* component of a cost estimate. As a recommended practice (RP) of AACE International, the template outlined in the following sections provides guidelines for the structure and content of a cost basis of estimate.

In the *TCM Framework*, the BOE is characterized as *the one deliverable that defines the scope of the project*, and ultimately becomes *the basis for change management*. When prepared correctly, any person with capital project experience can use the BOE to understand and assess the estimate, independent of any other supporting documentation. A well-written BOE achieves those goals by clearly and concisely stating the purpose of the estimate being prepared (i.e., cost study, project options, funding, etc.), the project scope, pricing basis, allowances, assumptions, exclusions, cost risks and opportunities, and any deviations from standard practices. In addition, the BOE is a documented record of pertinent communications that have occurred and agreements that have been made between the estimator and other project stakeholders.

A well-prepared basis of estimate will:

- Document the overall project scope.
- Communicate the estimator's knowledge of the project by demonstrating an understanding of scope and schedule as it relates to cost.
- Communicate the uncertainty associated with the estimate and alert the project team to potential cost risks and opportunities.
- Provide a record of key communications made during estimate preparation.
- Provide a record of all documents used to prepare the estimate.
- Act as a source of support during dispute resolutions.
- Establish the initial baseline for scope, quantities and cost for use in cost trending throughout the project.
- Provide the historical relationships between estimates throughout the project lifecycle.
- Facilitate the review and validation of the cost estimate.
- Highlight deficiencies in estimate preparation that may impact the estimate.
- Be aligned with the estimate plan document.

Although the primary intent of this RP is to provide a guideline for the topics and contents to be included in a typical BOE, there are a few points of significance worth noting. A basis of estimate should:

- Be factually complete, but concise.
- Be able to support facts and findings.
- Identify estimating team members and their roles.
- Describe the tools, techniques, estimating methodology, and data used to develop the cost estimate.
- Identify other projects that were referenced or benchmarked during estimate preparation.
- Be prepared in parallel with the cost estimate.
- Establish the context of the estimate, and support estimate review and validation.
- Qualify any rates or factors that are referenced either in the estimate or BOE; e.g. productivity can be expressed as either units/time (linear feet/hour) or time/units (hours/linear foot).

This RP is intended to be a guideline, not a standard. It is understood that not all organizations that prepare estimates employ the same processes and practices, and therefore, may opt to use this information either in part or in its entirety.

Copyright © AACE® International AACE® International Recommended Practices
Single user license only. Copying and networking prohibited.

## 2. ESTIMATE BASIS DEVELOPMENT PROCESS

This section defines the main steps and discusses issues to be considered while preparing a BOE. In general, a separate BOE will be developed for each individual estimate, but the content for projects within a program should be integrated where appropriate. Some projects may lend themselves towards having a single estimate basis for all individual scopes of the project.

Figure 1 highlights the requirements of the estimate basis development process.




**Figure 1. – Estimate Basis Development Process**

### 2.1. Inputs to the BOE

The BOE should leave the reader with a clear understanding of the information and assumptions the estimator has used in developing the estimate. It should clearly define:

- Scope of the estimate.
- Methodologies used to develop the estimate.
- Sources and quality of supporting data.
- All inputs to the estimate.
- All required outputs.
- Any areas of uncertainty within the estimate including significant risks.

The quality of the estimate and BOE should be such that the reader can make clear business decisions based on the provided information and support project system analyses (lessons learned, claims, historical, etc.)

The BOE should reflect the owner's specifications for the BOE. It is the responsibility of the lead estimator to develop an estimate basis which will satisfy the owner's needs. Where multiple contractors are involved, the BOE must clearly define the scope of the estimate. The basis should note portions of the overall project scope that fall outside of the estimate, which the reader may otherwise expect to be included (e.g., mining equipment is included, but the initial mine excavation is executed by another contractor and is excluded from the estimate).

Copyright © AACE® International AACE® International Recommended Practices
Single user license only. Copying and networking prohibited.

The final version of the estimate plan may be used as the starting point for the BOE by carrying over common elements, wording, and formatting from the estimate plan. Estimate requirements should be reviewed to assure consistency.

Preparation of the BOE document during the estimate preparation process is essential as key information may later be forgotten and not documented.

It is important to note that there can be a significant difference in a BOE for a deterministic estimate (Class 3, 2 and 1) – where the primary method of cost development is through the use of semi-detailed or detailed unit costs – and a conceptual estimate (Class 5 and 4), which is primarily developed through the use of cost estimating relationships (e.g., equipment factoring). The extent to which the following sections of the basis of estimate document are completed will be dependent on the type of project, the class of estimate, and other variables. It is recommended to keep the document concise, but to include as much of the following relevant information as possible.

Additional information regarding the level of detail in the BOE is provided later in this document.

## 3. ESTIMATE BASIS FORMAT AND CONTENT

This section describes the suggested topics and contents included in a typical BOE. The extent to which each of the sections below can be completed as indicated is highly dependent on the intended class of estimate, and the level of definition available.

The following describes the suggested topics and contents included in a typical BOE.

### 3.1. General

#### *3.1.1. Purpose*

In this initial section of a basis of estimate, the estimator should provide a brief and concise description for the total project. The type of project should be identified (i.e., new facilities, addition to existing, revamp of existing, etc.), as well as the type and capacity of the facility, the location of the facility, and the overall timing of the project.

The purpose of the estimate sets the focus for the remainder of the document. Identify whether the estimate is a part of a requirement for approval to proceed to the next phase of the project, a special study, to update the cost control baseline, etc. Secondary purposes are to establish a basis for project control, to quantify resource requirements, and provide owner decision-makers with an appropriate level of confidence in the estimate.

#### *3.1.2. Project and Estimate Objectives*

Describe the alignment of the cost estimate with project objectives (i.e., cost or schedule driven); and cost, pricing, and risk strategy.

#### *3.1.3. Project Scope Description*

The intent of this section is to provide the reader with a clear understanding of the major components within the scope of the project, and major components not included in the project. This section should be organized to correspond with the project's work breakdown structure (i.e., plant, building, floor, etc.). A semi-detailed

Copyright © AACE® International AACE® International Recommended Practices

Single user license only. Copying and networking prohibited.

description of the scope of work should be provided for each major segment of the project. Identify any major pieces of equipment or components. It's also good practice to indicate the primary trades that will be involved with the project. Be as thorough as necessary, without being overly descriptive, so as to adequately explain the scope of work being estimated.

*3.1.4. Project Execution Plan Summary*

Identify the execution assumptions that the estimate is based upon including:

- The contracting strategy including the labor type (union, open shop, mixed, or other) and the planned labor work week and applicable shift schedules (e.g.: 8 hours per day x 5 days per week.) used in the estimate. Explain how overtime hours and related cost allowances were determined.
- Labor sources (number of local, travel cards, temporary foreign workers, etc.).
- The procurement strategy including identification of free issued equipment or material (and whether included in the estimate) and overseas purchases.
- The fabrication strategy including locations of off-site fabrication.
- Modularization strategies identifying module construction locations, and possible double or triple handling costs of modules, or off-site assembly of models into super-modules.
- All project breakdown structures used to identify the work activities in the estimate.
- Ensure alignment with the cost estimate and schedule assumptions and requirements.
- The summary schedule (by facility, phase, unit, and commodity/discipline). Note any special schedule events that impact costs and are reflected in the estimate. Examples are:
    - weather windows (shipping and site)
    - operating outages
    - tie-ins
    - work week
    - extended overtime
    - union contract expiration dates
    - peak manpower periods
    - planned downtime (e.g., holidays, planned evacuations in existing facilities)
    - known and pending regulatory/environmental issues

*3.1.5. Construction, Fabrication, and Operating Parameters*

Note all assumptions and information sources relating to items such as average annual weather conditions at the job site along with maximums, minimums and time of year they occur. Known soil conditions are summarized (e.g., clay/rock, topsoil depth, permafrost, water table, underground aquifers, etc.). Distance to nearest major population centers, infrastructure availability, material sourcing locations, etc. should be documented. A checklist may be used for identifying other applicable location parameters.

*3.1.6. Estimate Classification*

The AACE International estimate classification should be identified for the type of estimate being prepared, along with reasons or justification used in the selection of the estimate classification.

AACE Professional Guidance Document PGD-01 (Guide to Cost Estimate Classification Systems) [2] provides a roadmap and annotated table of contents for finding the AACE recommended practice (RPs) relating to the type of cost estimate being prepared.

Copyright © AACE® International AACE® International Recommended Practices
Single user license only. Copying and networking prohibited.

### 3.2. Methodology

The BOE should indicate the primary estimating methodology used to prepare the cost estimate. This should include documentation of the use of cost resources, historical data and project benchmarking. Documenting the level of effort or man-hours used in preparation of the estimate is also recommended.

#### *3.2.1. Estimating Tools*

Describe all software applications, including version, and how they were used (e.g., simulated quantities, internal database, interface software to load productivity rates into estimating program).

#### *3.2.2. Coding Structure*

Attach the final project code of accounts, project work breakdown structure (WBS), cost breakdown structure (CBS), or other specified coding and formatting requirements as an appendix. Include a table in the appendices showing all attributes assigned to each code.

### 3.3. Design Basis

Company standards will typically specify the technical and project information required for the classification of the estimate that is being prepared. In this section, the estimator will identify the types and status of engineering and design deliverables that were provided to prepare the estimate including any technical basis assumptions. Two attachments to the estimate basis should be referenced: 1) an estimate deliverables checklist that is aligned with the company's standard project process; and 2) a listing of all engineering drawings (including revision number and date), a well as other design information, such as specifications, equipment lists, units of measure (imperial vs. metric), etc.

In addition, it may be useful to document specific quantity metrics for particular projects, such as overall excavation and backfill quantities, overall concrete volumes, overall piping quantities, etc.

#### *3.3.1. Units of Measure*

State the type of units of measure (i.e., metric, imperial) and any exceptions that were used.

#### *3.3.2. Currency and Exchange Rates*

State the currencies used (e.g., US Dollars - USD). Indicate the exchange rates and basis for foreign purchases used.

#### *3.3.3. Rounding*

Define the rounding principles used.

Copyright © AACE® International

Single user license only. Copying and networking prohibited.

**3.4. Quantity Basis**

For each commodity, clearly define the final source of all quantities and the methodology used to develop them such as: detailed material take-offs, based on sketches, standard detail designs, and computer-simulated take-offs, or factored. The extent of input from vendors, discipline specialists/experts and project execution personnel should be stated. State the design stage that the quantities reflect. State the method used to calculate any quantity allowances. The portion of quantities taken from a 3D model for each commodity will be defined. Quantities taken from computer models must include an explanation of safeguards that were in place to ensure quality, consistency, and verification of the completeness of the quantities extracted from the model. Clearly identify all quantities that are not developed from engineering design including:

- Sketch based quantities
- Forced detail quantities from software applications
- Factored quantities

A table summarizing the final quantity development and take-off basis for each commodity can be a helpful quick reference.

Ensure that external providers of quantities (e.g., engineering) provide a clear basis of their assumptions for inclusion in the BOE.

**3.5. Cost Basis**

Describe the methods and sources used for determining all material, labor and subcontract pricing. Identify the following:

- Pricing sources for all major equipment (vendor quotes, historical data, etc.).
- Bulk material and commodity pricing sources, including any discount strategies.
- The pricing source for all labor hours, and all labor productivity adjustments. Provide appropriate detail if productivities vary by trade and/or location within the project (plant, etc.).
- All wage rates used (including crew/craft rates, craft mix, etc.). Identify all items included in all-in rates (if used).
- Pricing source and methodology for construction indirects.
- Pricing source for all start-up costs.
- Pricing source and methodology for all home office costs (project management, engineering, design, etc.). Document the basis for any contractor fee costs.
- Pricing source and methodology for costs such as freight, taxes, duties, etc.
- Pricing source for any owner's costs included in the estimate.
- Currency exchange rates if applicable, as well as the stability and/or volatility of rates.
- Escalation indices used, and the method of calculation (including duration).
- Contingency development and basis.
- Location factors used and the basis for these factors.
- Influence of local market conditions.
- Capital costs vs. expense costs, or other categorization as necessary.
- Any other pricing factors or external influences that may have a significant impact on project cost should be identified.

Copyright © AACE® International 

Single user license only. Copying and networking prohibited.

October 5, 2021

### 3.6. Planning Basis

This section documents the project management, engineering, design, procurement, fabrication, and construction approaches to the project. The contracting and resource strategies should be identified, as well as any assumptions that were made with regard to the workweek schedule (hours worked per day, days worked per week, shifts worked per day, etc.) and planned use of overtime. Any assumptions made regarding constructability, modularization, use of specialized construction equipment should also be noted here.

The overall project schedule and key milestones should be identified.

### 3.7. Bulk Commodity Material

Indicate the percent of bulk material costs which were from budget quotes, firm quotes, in-house pricing or other sources. Separately address material supplied to fabricators and material for site installation. A table could be used to summarize this as well.

Address any special considerations such as whether a concrete batch plant will be used at site. Bulk material is to be separately identified as owner, contractor, or sub-contractor supplied.

### 3.8. Labor

- **Construction Labor Costs**
  Describe how crew mixes, union contracts, non-union wages, benefits and other factors were used to build-up the labor rates. Attach a copy of the craft labor agreements when available. Identify crew mixes including portions of apprentices, foremen, general foremen, journeymen. For each commodity, identify the crew mix used including the portion for each trade (i.e. the mix of pipefitters, welders, carpenters, electricians, etc.)

- **Construction Labor Productivity**
  Explain how labor productivity was determined for each commodity. It should address items such as: adjustments to a base productivity for labor density, facility complexity, excessive overtime, weather, shifts, labor quality, labor availability, worker facilities (e.g., lockers, washrooms, lunchrooms) proximity to work areas and support facilities (e.g., tool crib, warehouse, material staging area), greenfield vs. brownfield vs. revamp vs. shutdown conditions, soil conditions, elevated work, geographic location, and any other factors affecting productivity. Provide a description of the basis of the base productivity including the types of projects included, 3rd party software database, in-house data, etc. A table should be provided in the estimate plan showing how each factor was applied.

- **Construction Work Week and Overtime**
  The provider should specify the final basis regarding the construction work week schedules and use of shifts and overtime.

### 3.9. Demolition

This addresses general demolition of decommissioned and/or abandoned facilities. Demolition for revamps is typically included with each commodity/discipline. Describe the general demolition scope and how the quantities and costs were developed.

Copyright © AACE® International AACE® International Recommended Practices
Single user license only. Copying and networking prohibited.

**3.10. Allowances**

In this section, identify the level and types of allowances used in the estimate. Describe the basis for the common estimating allowances such as material take-off allowances, overbuy allowances, design allowances for engineered equipment, congestion allowances, working height allowances, etc.

This section should also describe any other costs that have not been detailed in the body of the estimate, such as lump-sum allowances for specific areas of scope or any other factored costs not described elsewhere in the estimate basis.

**3.11. Assumptions**

Any other assumptions made by the estimator but not documented elsewhere in the estimate basis should be included in this section. This may include such assumptions as an adequate labor supply being available, adequate funding available, site conditions, etc. Minor assumptions may become major assumptions throughout the life of the project; therefore, it is recommended to document all assumptions regardless of their anticipated impact.

**3.12. Exclusions**

In this section, the estimator should document all potential items of cost which a reviewer might associate with the project, but for which no costs have been included in the estimate. Asbestos abatement, removal of hazardous wastes, acquisition of land, taxes, financing costs, licensing costs, etc. are examples of potential items that may need to be identified.

**3.13. Exceptions**

The estimator should identify any anomalies or variances to your organization's estimating practices. This section should document any significant deviations from the project and/or engineering deliverables normally required for the applicable class of estimate. A good practice is to provide a checklist as an attachment to the BOE that will document any exceptions that are identified. This checklist should correspond to your organization's estimating practices.

**3.14. Risks and Opportunities**

Any areas of the estimate containing significant risk or opportunity should be identified. If a formal risk analysis study has been prepared then it should be described (e.g. methodology, technique, etc.). In particular, this section should identify those cost elements that have been identified with high or very high risk or opportunity values. The risk analysis report (or summary) should be provided as an attachment to the BOE.

**3.15. Containments**

Containments are cost elements in the estimate related to measures included to prevent and/or mitigate the identified risks. The activities are identified in the risk analysis report. These may impact not only cost but also duration.

Copyright © AACE® International AACE® International Recommended Practices
Single user license only. Copying and networking prohibited.

### 3.16. Contingencies

Contingency is a cost element of the estimate used to cover the uncertainty and variability associated with a cost estimate, and unforeseeable elements of cost within the defined project scope. Contingency covers inadequacies in complete project scope definition, estimating methods, and estimating data. Contingency specifically excludes changes in project scope, and unforeseen major events such as earthquakes, prolonged labor strikes, etc. The amount of contingency included in the estimate should be identified, as well as the methods used to determine the contingency amount. If risk analysis techniques were utilized to develop the contingency amount, the associated confidence level should also be identified.

### 3.17. Management Reserve

Contingency is not intended to cover the costs associated with changes in project scope. If the project needs to provide an allowance for anticipated changes in scope, or to cover the costs for items that may be required but have not yet been specifically identified as being included in the current project scope, then that amount of cost, typically referred to as management reserve, should be identified here.

The intended purpose and use of management reserve should be clearly identified. The approval process, management and tracking of the management reserve should also be clearly identified.

### 3.18. Reconciliation

Provide an overview of the major differences between the current estimate and the last published estimate prepared for this project. Identify the cost impacts due to scope changes, pricing updates, labor productivity adjustments, estimate refinement, etc. A more detailed reconciliation or cost trending report can be provided as an additional attachment if necessary.

### 3.19. Benchmarking

This section should document any comparisons of overall estimate metrics, ratios, and factors with similar projects, historical data, and industry data. References used in the benchmark comparisons should be similar in process type and overall value. If significant variations of the estimated values versus the benchmarks exist those inconsistencies should be identified, explained, and/or reconciled. A more detailed benchmark analysis report may be included as an attachment to the BOE.

### 3.20. Estimate Quality Assurance

Since estimate reviews are the means for testing the quality of the estimate, this section of the BOE should identify all estimate reviews that have taken place to date, and any additional reviews that are proposed to take place. All review comments or analysis should be included as an attachment to the BOE. In case of an external review this section should include who executed the review, when it was conducted, and what references were used.

### 3.21. Estimating Team

In this section, all members of the estimating team should be identified, including roles and responsibilities.

Copyright © AACE® International

Single user license only. Copying and networking prohibited.

### 3.22. Attachments

Several supporting documents will generally be included with the basis of estimate.

#### *3.22.1. Attachment A: Estimate Deliverables Checklist*

Attach a completed estimate deliverables checklist indicating the project and engineering deliverables that should be provided to support preparation of the estimate for the associated estimate classification, and whether they were in fact available during preparation of the estimate.

#### *3.22.2. Attachment B: Reference Documents*

Document the drawings, manuals, texts, notes, specifications, and other references used in developing the estimate. Identify the revisions and date of issue for key documents.

#### *3.22.3. Additional Attachments*

Include any other attachments that may be necessary or required (reconciliation report, benchmarking report, risk analysis report, escalation calculations, etc.).

## 4. LEVEL OF DETAIL IN THE BASIS OF ESTIMATE

It is often not a simple matter to determine the amount of detail that should be provided in a BOE. Several factors may come into play during the preparation of the estimate that will help determine the level of detail. However, it is the estimator's best judgment that will ultimately determine the appropriate level.

### 4.1. Level of Project Definition

Estimates are prepared at various stages of a project. A more detailed estimate will generally require a more detailed BOE, however that is not always the case.

A conceptual estimate will most likely be based on a limited amount of scope but may require a more detailed BOE. It's not uncommon for a BOE for a conceptual estimate (e.g. Class 5 or Class 4) to be more thorough than one prepared for a more detailed estimate (e.g. Class 1 or Class 2) because there are often more assumptions made at the conceptual stage of an engagement that require greater documentation.

Conversely, there may be times when the project definition is so complete or simplistic that a BOE does not require a great amount of detail. A three or four page document may be sufficient to convey the information provided in the BOE.

### 4.2. Cost Value of the Project

Typically, a more expensive project will require a more detailed BOE. However, projects of lesser cost can require an extensive BOE to fully communicate major assumptions that constrain or reduce the cost.

Copyright © AACE® International

Single user license only. Copying and networking prohibited.

#### 4.3. Type of Project

The type of project can also affect the BOE. For example, the BOE for a direct purchase (e.g., single piece of large equipment) may be less detailed than a BOE for a construction project

#### 4.4. Other Factors

Other factors that affect the level of detail in a BOE are: work breakdown structure (WBS), consideration for new technologies, contracting strategy, etc.

The BOE should contain a concise level of detail to fully support the review of the estimate by those that have not been involved in the preparation of the estimate. The BOE provides a definition of the scope of the engagement as estimated and should establish the basis for change management subsequent to publication of the estimate.

## REFERENCES

[1] H. L. Stephenson, Ed., Total Cost Management Framework: An Integrated Approach to Portfolio, Program and Project Management, 2nd ed., Morgantown, WV: AACE International, Latest revision.

[2] AACE International, Professional Guidance Document (PGD) 01, Guide to Cost Estimate Classification, Morgantown, WV: AACE International, Latest revision.

[3] AACE International, Recommended Practice No. 10S-90, Cost Engineering Terminology, Morgantown, WV: AACE International, Latest revision.

## CONTRIBUTORS

*Disclaimer: The content provided by the contributors to this recommended practice is their own and does not necessarily reflect that of their employers, unless otherwise stated.*

October 5, 2021 Revision:
Todd Pickett, CCP CEP FAACE (Primary Contributor)
Dave Kyle, CCP CEP

May 4, 2014 Revision:
Todd Pickett, CCC CEP (Primary Contributor)
Peter R. Bredehoeft, Jr. CEP
Ted A. Downen
Larry R. Dysert, CCC CEP
Bruce G. Elliott, CCC
John K. Hollmann, PE CCC CEP
Stephen M. Jacobson, CCC
Carlton W. Karlik, PE CEP
Christopher L. Kinney
Donald F. McDonald, Jr. PE CCE PSP
Bernard A. Pietlock, CCC CEP
Richard A. Selg, CCE

Copyright © AACE® International AACE® International Recommended Practices

Single user license only. Copying and networking prohibited.

**APPENDIX K**

AACE International Recommended Practice 58R-10

Escalation Estimating Principles and Methods Using Indices

AACE INTERNATIONAL RECOMMENDED PRACTICE

58R-10

# ESCALATION ESTIMATING PRINCIPLES AND METHODS USING INDICES

AACE INTERNATIONAL

AACE
INTERNATIONAL

AACE® International Recommended Practice No. 58R-10

# ESCALATION ESTIMATING PRINCIPLES AND METHODS USING INDICES

TCM Framework: 7.3 – Cost Estimating and Budgeting
7.6 – Risk Management

Rev. May 25, 2011

Note: As AACE International Recommended Practices evolve over time, please refer to web.aacei.org for the latest revisions.

Any terms found in AACE Recommended Practice 10S-90, *Cost Engineering Terminology*, supersede terms defined in other AACE work products, including but not limited to, other recommended practices, the *Total Cost Management Framework*, and *Skills & Knowledge of Cost Engineering*.

**Contributors:**
*Disclaimer: The content provided by the contributors to this recommended practice is their own and does not necessarily reflect that of their employers, unless otherwise stated.*

John K. Hollmann, PE CCE CEP
(Primary Contributor)
Mohamed H. Abdel-Mageed, CCE
Michael S. Anderson
Luis Alejandro Camero Arleo, CCE
Rene Berghuijs
Rani Chacko, CCE
Dr. Ovidiu Cretu, PE
Dr. Utpal Dutta, PE
Fabio Leonardo da Silva Fernandes
Carlton W. Karlik, PE CEP
Rod Knoll
Pankaja P. Kumar, CCE
Rose Mary Lewis, PE
Michael Shawn Longfellow
Bruce A. Martin
Joseph L. N. Martin
John Charles Mulholland
Rajasekaran Murugesan, CCE
Chris A. Remme, CCC PSP
Steven H. Rossi, PE CCE
Ruben A. Sanchez, CCE
Amit Sarkar
Örn Steinar Sigurðsson
W. James Simons, PSP
Terence M. Stackpole
Peter W. van der Schans, CCE
Mai Tawfeq
Dr. Ali Touran, PE
Robert F. Wells, CEP
Dr. Trefor P. Williams
David C. Wolfson
Rashad Z. Zein, PSP

Copyright © AACE® International AACE® International Recommended Practices
Single user license only. Copying and networking prohibited.

This document is copyrighted by AACE International and may not be reproduced without permission. Organizations may obtain permission to reproduce a limited number of copies by entering into a license agreement. For information please contact editor@aacei.org

AACE® International Recommended Practice No. 58R-10

# ESCALATION ESTIMATING PRINCIPLES AND METHODS USING INDICES

TCM Framework: 7.3 – Cost Estimating and Budgeting
7.6 – Risk Management

May 25, 2011

## TABLE OF CONTENTS

Table of Contents ....1
Introduction....1
Scope ....1
Background....2
General Principles and Methods ....3
General Principles....3
Basic Escalation Cost Estimate Relationship Using Indices....4
Price and other Econometric Indices....4
Pricing Versus Costs....5
Price Index Forecasts ....6
Addressing Costs Over Time (Cash Flow)....6
Addressing Cost Account Detail....8
Matching Indices to Cost Accounts (Weighting Indices)....8
Adjusted or Composite Indices....9
Using Price Indices to Normalize Historical Project Costs ....10
Escalation on Contingency....11
Escalation Uncertainty and Probabilistic Methods....11
"Black Swan" Theory....12
Lag and "Sticky Prices"....12
Accuracy....13
Customer and Business Practice Alignments....13
Summary: The Escalation Estimating Process ....14
References....14
Other Industry Practices....15
Contributors....15

## INTRODUCTION

### Scope

This recommended practice (RP) of AACE International defines basic principles and methodological building blocks for estimating escalation costs using forecasted price or cost indices. There is a range of definitions of escalation

Copyright © AACE® International
AACE® International Recommended Practices
Single user license only. Copying and networking prohibited.

and escalation estimating methodologies; this RP will help guide practitioners in developing or selecting appropriate methods for their definitions and situation. Other RPs are expected to cover methods that do not involve indices, that cover specific examples of fully elaborated methodologies for specific project situations, technologies, industries, and probabilistic applications. Also, while the RP discusses the relationships of escalation estimating to other risk cost accounts (namely contingency and currency exchange), dealing with those costs is not this RP's focus.

Escalation estimating is an element of both the cost estimating and risk management processes. Like other risks escalation is amenable to mitigation, control, etc. However, this RP is focused on quantification, not on escalation treatment (i.e., how it is addressed through contracting, bidding, schedule acceleration, hedging, etc.) or control. In terms of cost estimating, this RP covers practices applicable to all classification of estimates[1]. The examples in the RP emphasize capital cost estimating, but the principles apply equally to operating, maintenance and other cost.

## BACKGROUND

The current full definition of *escalation* is provided in AACE's recommended practice 10S-90, *Cost Engineering Terminology*[2], but in summary, escalation is a provision in costs or prices for changes in technical, economic and market conditions over time.

As the volatility and uncertainty of the economy and the potential for escalation increases, it demands greater attention from decision makers and cost engineers; i.e., escalation is a major risk. It can have a tremendous impact on estimates, bids, profitability, and so on. In volatile times, it may be the largest cost account in an estimate; in stable times, it may seem insignificant, but could change suddenly. In contracting and procurement, it is a common source of claims and disputes if not addressed explicitly. While in some usages, the term escalation is associated with increase, escalation estimating addresses the impact of change whether that change is an increase or decrease (i.e., in risk terms, it can be either a threat or an opportunity).

Escalation as defined here excludes contingency and currency exchange impacts, but includes inflation. These are all risks, but the principal estimating practices differentiate these. Some of the drivers of escalation, in addition to inflation (inflation is generally defined as the overarching effect on prices of excess money supply), include changes in market conditions, technology, regulation, general industry or regional-wide productivity and other economic factors that generally affect an economic sector or segment. Technology and regulation changes covered by escalation are those that are general in nature such as evolutionary changes in design tools or regulations not immediately impacting the project. Major technology changes or regulations that directly or immediately impact the project would be covered in contingency or reserves. Escalation typically varies between different economic sectors or segments, different regions, and so on. Further, each good and service may be part of a different micro-economy facing its own escalation situation.

Escalation does not include changes in cost or price resulting from potential changes in company or project specific strategies, actions, risk events or other changes. Those pricing risks should be addressed by contingency estimates. Segregating escalation from exchange rate impacts is more challenging because both are driven by economic factors. However, segregation is recommended so that financial and other mitigation strategies can be considered (e.g., hedging of currencies for exchange rate and hedging of commodities for escalation). While this is a general guide, each company must clearly define what is in escalation versus allowance, contingency and currency exchange in its estimating practice. This should be documented in the basis of estimate.

Escalation estimating is typically used to either bring past costs or prices to a current basis (i.e., an element of "normalization"), or to forecast what costs or prices will be in the future. While past escalation can be measured

Copyright © AACE® International AACE® International Recommended Practices

Single user license only. Copying and networking prohibited.

and is therefore less uncertain than the future, the measurements are difficult to make and are rarely of high accuracy.

As an uncertain cost, escalation is always a risk to consider in the risk management process. However, escalation is usually quantified using different methods than used for other risks (i.e., contingency). Being driven by conditions in the economy, which are external to the project, it is less amenable to quantification techniques that use project system empirical data (e.g., parametric contingency estimating), or project team input (e.g., range estimating, expected value, etc.). Given its economic nature, it is recommended that those with the most economics expertise (e.g., economists) be included in the process of developing escalation estimating methods and estimates.

Like other risks, escalation is amenable to mitigation and control. This RP does not cover the treatment and control of escalation (i.e., how it is addressed through contracting, bidding, schedule acceleration, hedging, etc.) or control. However, while this RP deals only with quantification, the unique characteristics of escalation's drivers and impacts mean that it should be controlled and otherwise managed as a unique cost control account (i.e., by AACE's definitions, contingency specifically excludes escalation[2]). As such, it is necessary to ensure that all stakeholders agree as to what escalation, contingency and currency exchange are, and estimate and manage them distinctly and appropriately. One reason for this careful attention is that in times of economic volatility, escalation tends to be used as an excuse for cost increases that are really caused by ineffective project practices.

## GENERAL PRINCIPLES AND METHODS

### General Principles

There is no single best way to quantify risks, including escalation. Each method has advantages and disadvantages and its advocates. However, there is general agreement that any recommended practice or method for estimating or forecasting the cost of uncertainty should address the principles identified in the AACE RP 40R-08, *Contingency Estimating: General Principles*[3]. The methods discussed in this RP are consistent with those principles.

For escalation, the principles in RP 40R-08 are clarified or expanded as follows in recognition of the differences between contingency and escalation estimating:

- Differentiate between escalation, currency and contingency
- Leverage economist's knowledge (based on macroeconomics)
- Use indices appropriate to each account including addressing differential price trends between accounts
- Use indices that address levels of detail for various estimate classes
- Leverage procurement/contracting specialists knowledge of markets
- Ensure that indices address the specific internal and external market situation
- Facilitate estimation of appropriate spending or cash flow profile
- Calibrate or validate data with historical data
- Use probabilistic methods
- Use the same economic scenarios for both business and capital planning
- Apply in a consistent approach using a tool that facilitates best practice
- Integrate in a total cost management (TCM) process

The escalation estimating methods described below address the above principles.

Estimating escalation at a root level involves measuring or forecasting the performance of macro and micro-economies. Typically, cost engineering skills and knowledge do not include econometric practices. As such, practices that support escalation estimating such as macroeconomic modeling are not included in this RP. This is also in keeping with the principle of leveraging economist's knowledge. As an example of a violation of this


Single user license only. Copying and networking prohibited.

principle, it is not uncommon to find estimators taking the shortcut of simply extrapolating past price trends without the benefit of any economic insight. This is not an effective practice and is not recommended.

**Basic Escalation Cost Estimate Relationship Using Indices**

The methods covered in this RP require input from economists as appropriate. That input usually takes the form of measured or forecast cost and prices, usually expressed with a relative index (i.e., convert the base year cost to a value of 1.00 or 100 and express the costs in all other years relative to that base).

At an elementary level, using forecast indices to estimate escalation for a future single estimated payment is easy. Escalation cost is the escalated cost minus the base cost as shown below:

$Escalation = $Base estimate · [(Index for target date)/(Index for est. basis date) −1]

For example, for an item costing $100 in the base year (index = 1.00) and a forecast index of 1.15 for the year of payment, the escalation cost is as follows:

= $100 · [1.15/1.00 −1] = $100 · 0.15 = $15

The target date can be in the past or future depending upon the purpose of the estimate. The time period that you have indices for can vary; however, reliable cost and index data are rarely available for periods more frequent than monthly. Quarterly or annual periods are more commonly used depending on the time duration, availability of cash flow information and so on.

When dealing with economics evaluation, the terms “nominal” versus “real” cost may arise in discussions. These terms can be illustrated by the following relationship. At face value, this indicates that real costs are more or less synonymous with the “base” estimate and nominal cost with escalated costs. However, in communications with business and economists, the use of terms must be clarified.

Real Cost = Nominal Cost / (1 + % Increase in costs since basis date)

While the basic equations above are simple, the remainder of this RP discusses many issues that a fully developed methodology or system must address in applying this equation in an effective way.

**Price and other Econometric Indices**

Escalation is driven by economic trends. The primary econometric measures of price change over time (i.e., escalation) used by economists are price indices. The index is usually expressed as a relative factor with a value of 1.00 representing the price at a given base time. If the index for a later date was 1.05, this would represent a 5 percent increase since the base time period. The difference between any other two time periods can be simply calculated as the difference between the two indices for those periods.

Economists usually measure price levels using market surveys. They may survey the prices being charged by producers (i.e., producer price indices or PPIs) or the prices paid by (or cost to) consumers (e.g., consumer price indices or CPIs). There are also other econometric indices of various inputs or drivers of price such as wages and compensation (e.g., employment cost indices, average hourly earnings, etc.), capital spending, labor productivity and so on. Each has a use in escalation estimating as will be described. Keep in mind that the consumer being considered is often not representative of your company. Likewise the producers are often not representative of your suppliers.

Copyright © AACE® International AACE® International Recommended Practices
Single user license only. Copying and networking prohibited.

The primary sources of historical price and other economic indices are government agencies such as the U.S. Bureau of Labor Statistics (BLS), Eurostat or Statistics Canada to name a few. Most of the indices published in magazines and other sources are derived from these government sources. However, there are unique private sources from individual firms and consultants.

Price indices vary depending upon the stage of processing or the place in the value chain of the item being indexed, the complexity of the item composition, the size and nature of the market (and ability of the economists to get good survey data, particularly in small or micro-economies), and the pricing power of producers in a particular market.

Many companies use the CPI or equivalent as the index basis for their escalation estimates. This is not an effective practice for accurate escalation estimating. The consumer targeted by the CPI reflects a person whose spending patterns and market generally have little relevance to capital project spending or markets. The only time that the CPI works well is when the *only* escalation occurring is inflation and this is not a safe assumption in a changing world (i.e., there is always some change in market conditions, technology, regulation, general productivity and other economic trends relevant to the project).

**Pricing Versus Costs**

The prices paid by (or cost to) a consumer may differ from the supplier's costs (i.e., the prices suppliers pay for their input goods and services). Supplier prices charged to the consumer include markups for their overhead and profit, contingency and other premiums that they will increase or decrease depending upon their business objectives and their perception of marketplace conditions. Understanding these distinctions is important in escalation estimating because it affects the selection and use of indices, and it affects the reliability of the indices.

As an example of the subtleties of indices, consider the employment cost index (ECI) from the BLS, which is commonly used to track the cost or price of labor. The ECI measures changes in wages and compensation paid to a given type of worker. This may fairly track the costs to an employer for that worker. However, consider the price that a contractor employer will charge a customer for contract services. That price will include not only trends in wages, but trends in markups and premiums that the contractor will add to their bid or invoice. In a volatile market, the markups generally will not follow the same trend as wages. Therefore, the ECI may work for the contractor estimator who is estimating their internal escalation costs, but not for the customer's estimator who is estimating the price they will have to pay for the contracted labor services.

Because of the difficulty in market sampling of the price of contracted services, there are few off-the-shelf indices for these prices. They are difficult to measure because prices are bid and the work deliverables vary greatly in scope for most project services. However, there are exceptions. For example, in 2005, the BLS began developing PPI output indices for non-residential building construction that includes builder overhead and profit and should reflect sell prices reflecting the capital market. They did this by creating complex building cost models and surveying general contractors as to their overhead and profit. Unfortunately, there are no such plans for indices for process plant, infrastructure, etc.

The situation above adds uncertainty to the estimating process. One uncertainty is that the economists tend to only survey major market segments (e.g. a macroeconomic view). They usually will not be surveying labor prices (e.g., bids) or specialized equipment specific to your industry or location. Also, in a volatile market, indices based on surveys often do not track short-term price trends very well. Overbooked contractors and suppliers will tend to submit historically uncompetitive lump-sum bids (if they bid at all), insist on doing work on a time and material basis, insist on escalation clauses, or otherwise act in ways that make final pricing difficult to measure or predict by


Single user license only. Copying and networking prohibited.

the economists. Situations in which a limited number of suppliers and contractors exist usually cause a major divergence between prices and costs due to the increased leverage realized by these suppliers and contractors.

The method building blocks in this RP will attempt to address the cost/price issues and uncertainties as - described below.

**Price Index Forecasts**

Many economists study historical trends and build econometric models that forecast future price index values, generally at an aggregate level. The models of price change for specific goods or services are usually tied to macroeconomic models that define the underlying economic conditions that drive all prices to some extent. Some economists rely less on models and more on expert opinion, market surveys and so on. Typically, the economists, in-house or third party, will use a hybrid of methods, overriding or adjusting their base models based on judgment or other inputs as appropriate. Developing forecasts takes effort to produce so forecasts are generally not free. Most government agencies do not prepare long-term forecasts of detailed indices.

Some companies tend to rely more on the forecasts of their procurement and contracting specialists who have some level of insight as to the specific market of their company. Such input should always be obtained and considered, if available. However, there are risks to total reliance on procurement department forecasts. One is that they tend to under-appreciate relevant macroeconomic trends outside of their specific market. They also tend to lack long-term insight. Another is the tendency to be swayed by bias in supplier information. That said, for short-term specific market procurement decisions, the specialist's information tends to be the most reliable.

Estimators must recognize that most economists are not experts in specific capital project costs or sub-markets. Also, third-party sources do not have tailor-made indices for your cost items (particularly concerning labor services and specialized equipment as previously discussed). Many companies are frustrated because economists do not have canned solutions for them. Estimators and economists must work together to find an adjusted combination of indices that can serve as proxies for elements of project or product costs. It is then the estimator's responsibility to apply the indices.

**Addressing Costs Over Time (Cash Flow)**

The basic escalation cost estimating relationship (CER) presented at the start of the RP assumes spending on one item in one point of time such as for purchasing a discrete item. However, spending is usually spread out over time for many accounts such as labor or bulk materials. For this RP, we will use the phrase cash flow to represent spending distributed over time. In this case, it may represent expended, incurred, or committed amounts as appropriate to the cost account being estimated. In general, the usual cash flow pattern of interest for escalation estimating is when a cost is incurred (i.e., when the resource is obtained or expended whether disbursement of money for that resource was paid or not). For purchases of major items, the estimate must reflect an estimate of when costs will be incurred by the vendor, not one's payment schedule to them (i.e., disregard down-payment, delivery and other payment timing to them, but consider when then will acquire materials and expend shop labor). In general, existing cashflow curves generated for finance or project control are not optimal for escalation estimating.

Figure 1 illustrates three primary methods for addressing costs incurred over time. Using these methods, one can apply the general escalation CER shown previously; i.e., each cost (in total or for a given period) corresponds to a discrete point of time. The methods have increasing granularity as follows:


Single user license only. Copying and networking prohibited.

May 25, 2011

*1) Mid-point spending method:* This method sets the single target date as the mid-point between the start and end of spending on the subject cost account. This is the simplest approach and requires no knowledge of the actual spending pattern. It is most amenable for Class 5 and 4 base cost estimates for which cost and schedule information is limited. It is not very reliable if either cash flow or index trends are inconsistent over time.

*2) Median spending method:* This method sets the single target date as the median date of the cash flow distribution (i.e., half the spending is before and half after this date). This requires some knowledge of the spending pattern even if just to know if it has an early or late bias (i.e., before or after the mid-point). It is most amenable for Class 5 and 4 base estimates for which cost and schedule information is limited. While it addresses asymmetric spending patterns, it is still not very reliable if index trends are inconsistent over time.

*3) Period spending method:* this method breaks the spending into time increments, typically by month, quarter or year depending on the typical duration of the spending (i.e., monthly estimates are usually not justified for projects of many years duration). For each time increment of spending for each account, the simple method in the previous section is applied with the target date for the increment as the mid-point of the incremental period. Alternatively, the percent index change for each period can be applied cumulatively to derive the target year index. For example, if you are estimating costs in year 0 (index=1.00), and the spending will be in year 3, and prices increase 5 percent per year, the price index for year 3 is 1.05 x 1.05 x 1.05 = 1.16 (i.e., escalation for that item is 16%).
This method requires specific knowledge of the spending pattern. It is amenable for any Class base estimate, but particularly Class 3 or better estimates for which cost and schedule information is fairly detailed.




**Figure 1—Three Methods of Addressing Cash Flow**

Because the By Period method best addresses asymmetric spending patterns as well as variable index trends, it is the recommended method for all classes of estimates. Index forecasts are usually available by period in all cases, and for early estimates, cash flow by period can be reasonably estimated using historical patterns and/or judgment. Cumulative historical spending patterns tend to follow patterns called S-curves in industry. Cash flow and S-curve generation is not covered by this RP, but for those that wish to develop cash flow estimation tools, there are published sources that describe the general form of these cash flow patterns[3].

Regardless of the method used for addressing costs over time, the accuracy of the schedule used is a key driver of the accuracy of the escalation estimate.


Single user license only. Copying and networking prohibited.

**Addressing Cost Account Detail**

The basic escalation CER and cash flow treatments can be applied to any level of detail of cost breakdown from overall cost, to very detailed cost accounts. However, neither a single account value nor an extremely detailed account breakdown is recommended for a project. The former fails to address differential price changes between cost accounts, and the later complicates the method without adding value in improved accuracy. Users should establish accounts that meet the following principles:

- Use accounts/indices that address differential price trends between accounts.
- Use accounts/indices that address levels of detail for various estimate classes.

At the highest level, material, office and field labor cost accounts typically have different price trends and need to be segregated. Further breakdowns of material are usually warranted; e.g., equipment (generally by major types), steel, concrete, piping, etc. For process plants, this level of detail roughly corresponds to the AACE RP on project code of accounts[6] or the level 2 accounts of the process equipment divisions of the CSI Masterformat[7]. For buildings and infrastructure work, this corresponds roughly to the Masterformat division accounts excluding the process equipment subgroup. Where item cost is sensitive to metallurgy or other raw material composition, segregating items by major commodity type is typically advisable (e.g., carbon vs stainless piping). These cost accounts tend to align well with commodity price indices (e.g., the BLS has many steel price indices). Generally, adding accounts beyond a summary level has a diminishing return in estimating accuracy. If a company has a robust estimating process, they will be able to segregate accounts such as steel from concrete even for a Class 5 estimate (i.e., based on typical factors, etc.).

For capital projects, breakdowns by work breakdown (e.g., area/unit/system, CSI Uniformat, etc.) can be used. However, because the cost broken down this way will not align as well with price indices, this will require more index weighting as described in the following section.

Capital project estimates tend to be largely unambiguous in their cost item content. For operating and maintenance or product pricing, cost breakdowns may include more indirect or "allocated" cost items that can be somewhat ambiguous in nature. The principles of this RP still apply to these items; however the task is made more challenging by account content ambiguity.

**Matching Indices to Cost Accounts (Weighting Indices)**

It is a challenge to determine the best way to apply disaggregated indices to aggregated or overall project, product or service costs for which no single reliable aggregated forecast index is available. The historical and forecast indices available are usually in a disaggregated format. In other words, there are separate indices for each of the major resources that go into or make up a project's cost structure. For example, the BLS provides indices for wages of various classes of workers (ECI), producer prices for steel and other commodities (PPIs), and so on

The estimator must create weighted composite indices to apply to an estimate category based on the composition of the estimate category relative to the items represented by the indices. This is not always a straight-forward task. For example, a typical process plant has significant pipe material costs. Most of the piping material cost, as estimated, is for pipe spools from a fabricator. The spool price includes the cost for pipe, fittings and shop labor costs. The available disaggregated indices do not cover spool prices; therefore, the estimator must create an aggregate or "proxy" index for shop-fabricated pipe that includes a weighted mix of pipe costs, fitting costs and shop labor as shown in the following example:

Copyright © AACE® International AACE® International Recommended Practices

Single user license only. Copying and networking prohibited.

May 25, 2011

| Cost Item | % of Piping Account | Item Indices | Weighted Indices |
|---|---|---|---|
| Pipe | 40% | 1.25 | 0.5 |
| Fittings | 20% | 1.20 | 0.24 |
| Shop Labor | 40% | 1.15 | 0.46 |
| Total | 100% | | 1.20 |

The economists can provide forecasts for hundreds of wage, price and other indices (typically aligned with government historical series). As the estimator builds up weighted indices or otherwise lines up cost categories with indices, there is a risk of going overboard with detail that can greatly complicate the effort without adding much accuracy. For example, there may be wage indices available for many different crafts, but in general, the wages for all crafts follow the same relative trend over time (although absolute costs will differ). Using one of these wage indices as a proxy measure for all crafts may be appropriate. For weighted indices (e.g., fabricated pipe) some costs can be ignored in the weighting if they are less than about 5 or 10 percent of the total costs and are not extremely volatile costs (e.g., primer paint on pipe spools).

Typically, no more than about 15 to 30 wage, commodity, and other detailed price indices (used in different combination of weighted indices) are necessary to effectively estimate process plant capital cost escalation (depending on plant scope and regions covered). The range of indices for operating and maintenance or product costs may be wider depending on their scope. However, the following criteria will help the user select and develop price indices for use in escalation estimating: Indices should:

- Use or be based on industry or government sources that are generally recognized as reliable and are readily available.
- Be generally applicable to the subject industry in the primary regions where a company performs or will perform capital projects, maintenance and operations or manufacturing.
- Be specific to the major cost types found on all the company's projects or products.
- Be easy to update, modify and maintain as an ongoing reference source.

**Adjusted or Composite Indices**

A challenge to using indices is dealing with the fact that they do not track micro-economic trends, markups, and so on. For example, the process plant engineering, procurement and construction (EPC) industry is a micro-economy where labor prices often increase much more than the engineering and construction wages that the government agencies and economists track. Again, this is because contractor's prices include markups, premiums, productivity factors, and so on. No commercial source tracks and forecasts EPC *bid* prices explicitly in a way that is amenable to direct use in escalation estimating. While in the long run, underlying cost trends such as wages tend to dominate, market strength or weakness can be the dominant driver of price trends in the time period that covers a typical project life cycle (e.g., 3-5 years or more; for example the 2004-2008 EPC capital project market boom or subsequent decline).

In this situation, estimators and other team members (e.g., procurement lead) must add their knowledge of the EPC industry to the economist's knowledge of macroeconomic trends and adjust the available indices with additional factors that reflect the relative micro-economic market conditions. One method is to start with a base index that is independent of micro-market trends (e.g., an ECI from the BLS), and then use an index of capital spending (a proxy of market conditions) in the micro-market to modify the base index[8,9]. This approach is based on two rational hypotheses: 1) a given market's pricing will be correlated to the extent that demand is more or less than the supply in that market, and 2) supply will be more or less inelastic in the short term (period of interest to projects) for items that require significant investment of time and/or resources to create (e.g., skilled labor, major equipment, etc). Fortunately, economists do track and forecast capital spending in many markets.

Copyright © AACE® International

Single user license only. Copying and networking prohibited.

The fact that capital expenditure and price trends are correlated is not a question; the main uncertainty to address is the extent that capital expenditure trends affect price trends for a given item on a given project in a given region and market segment (e.g., small versus large projects). Also, cost- and price-level changes will tend to lag changes in the economy somewhat.

The general form of the index adjustment can be expressed as follows:

$$\text{Adjusted price index} = (\Delta \text{ in price index}) \cdot f(\Delta \text{ in capital expenditure})$$

A simple capital expenditure function or adjustment used successfully by one source based on calibration with empirical data[8] is to take the change in capital expenditure indices to an exponential power. Experience has shown that an exponent of 0.5 tends to reflect the escalation cost impact for a market where there is significant supply/demand imbalance (scaling down to 0 where there was no market imbalance).

As a simple conceptual example, consider the prior unadjusted example given of an item costing $100 in the base year (index = 1.00) and a forecast index of 1.15 for the year of payment. The unadjusted escalation cost is as follows:

$$= \$100 \cdot [1.15/1.00 - 1] = \$100 \cdot 0.15 = \$15$$

If the capital expenditure spending level index was 1.00 in the base year, and 1.25 for the year of the payment, and the exponent was 0.5, the adjusted escalation cost is as follows

$$\begin{aligned} &= \$100 \cdot [1.15/1.00 \cdot (1.25/1.00)^{0.5} - 1] \\ &= \$100 \cdot [1.15 \cdot 1.12 - 1) \\ &= \$100 \cdot [1.29 - 1) \\ &= \$29 \end{aligned}$$

The exponent value was originally determined or calibrated using the same equation substituting known historical cost information and base indices and solving for the exponent. If the base index was inappropriate to start with, the resulting exponent may be inappropriate; one should examine historical data from stable capex periods to determine if the base index is tracking actual cost trends.

Using an objective method that is easily updatable such as this is preferable to more anecdotal manual adjustments because it addresses the following principles previously stated:

- Ensure that indices address the specific market situation
- It can be calibrated or validated with historical data
- Apply in a consistent approach using a tool that facilitates best practice

**Using Price Indices to Normalize Historical Project Costs**

Just as forecast price indices can be used to estimate future escalation, historical price indices can be used to normalize past project estimated or actual cost to a current year basis. For example, if the cost for an item is $A in 1995 (i.e., the estimate base year or the time of commitment), then the cost in 2007 is: $A x (2007 index/1995 index). As with escalation estimating, normalizing historical costs for time impacts (adjusting costs to a common time basis) has become a critical task because most owners base their feasibility and conceptual estimates to some extent on past project estimates or the costs of completed projects. Without normalization, the value of historical cost databases is greatly diminished. Just as with future escalation, the indices used should be adjusted to address market conditions (i.e., all the complicating factors in this RP apply to both historical normalization and to forecasting the future). Volatile periods such as the capital expenditure boom of 2004-2008 and following decline

Copyright © AACE® International AACE® International Recommended Practices

Single user license only. Copying and networking prohibited.

have made robust, disciplined practices for normalization absolutely mandatory for historical knowledge base management.

### Escalation on Contingency

Contingency, by AACE's definition, is a cost expected to be spent. Therefore, it is logical to apply escalation to contingency like any other estimated cost account. Because it is highly uncertain as to what contingency will be spent on, the weighted index for contingency will typically reflect the weighting of cost accounts for the project as a whole, possibly weighted more for accounts that tend to consume the most contingency (i.e., labor). A forecast of contingency drawdown (i.e., the cash flow for contingency) will be needed to estimate the escalation on it.

### Escalation Uncertainty and Probabilistic Methods

Estimators must keep in mind that escalation costs are uncertain. Each element of the escalation estimate is uncertain including:

- Base cost values
- The timing of spending
- Index and adjustment factor values

As with contingency estimates, it is the estimator's responsibility to quantify the uncertainty of the escalation estimate, usually by providing a distribution or range (e.g., 80% confidence or P10/P90 range), so that management can make effective investment and project decisions and fund the escalation account as they see fit in accordance with their decision and risk management policies.

One method of obtaining a range is to apply Monte-Carlo simulation to the estimate model. In this approach, the uncertain index, factors and timing inputs are substituted with distributions. The base cost uncertainty is addressed by contingency which will be escalated. Schedule uncertainty (timing) has a major impact on escalation. The model is then run to obtain an escalation cost outcome distribution from which management can select a value based on their desired confidence of underrun (usually 50%). Such a Monte-Carlo model can be quite complex for several reasons. One is that the timing of spending needs to be quantified in a model (i.e., a logistic function) that is amenable to Monte-Carlo manipulation and reflects the schedule uncertainty resulting from contingency evaluations (e.g., replace a key form factor in the logistic function with a distribution)[1]. Linking the method to a cost-loaded schedule risk tool to deal with probabilistic timing is not simple because escalation cash flow must reflect the spending by the supplier and not as incurred or expended by the party doing the estimate. Also, escalation cost items may not be aligned with the schedule activities. Another complication is that a price index in one period will have some dependence on the index in the prior period. For example, if costs skyrocket this year, they are less likely to do so the following year (i.e., in the long run price trends do regress to the mean).

Given the complexity of Monte-Carlo modeling, another approach is to perform scenario analysis. In this practice, the economists will provide a range of indices that reflect worst, most likely and best economic scenarios (i.e., they may correspond to a P10/P50/P90 level of confidence or to various market conditions). The estimator can add to these scenarios, the effect of early and late spending timing scenarios to obtain a good idea of the overall escalation cost range.

If the above methods are not practical, simply quoting a range based on the team, estimator's and economist's judgment or empirical experience (e.g., worst is +100% on escalation, best is -50%) will add useful information for

[1] In terms of timing, one risk is that the project completion date will slip which can greatly increase base cost as well as escalation cost; teams need to be clear on whether the cost risk of slip is included in contingency or escalation.

Copyright © AACE® International AACE® International Recommended Practices

Single user license only. Copying and networking prohibited.

management consideration so long as the basis of this judgment is well documented in the basis of estimate document.

The discussion above is only intended to introduce general potential approaches of dealing with uncertainty. Specific practices will be covered in other AACE RPs

**"Black Swan" Theory**

A problem to be aware of with any practice that relies on forecasting the state and direction of the economy is that economists are unable to forecast dramatic turns or events in the economy (e.g., 9/11, the Great Recession, etc.). Unfortunately, these events occur often enough that many large projects are likely to experience one or more during their duration. Taleb calls these events "black swans"[4].

Just as contingency estimating excludes scope change and low probability/high impact events such as hurricanes or earthquakes, the escalation estimating methods in this RP exclude "black swans." Unfortunately, some will argue that disciplined escalation estimating practices and getting input from economists are not worth the effort because of the inability to forecast (and exclusion of) market turns. Professionals will need to be prepared to counter these arguments. In any case, before sanctioning any project, companies must consider the potential impact and consequences of these "black swans" in their business decision making. Scenario analysis is generally best for this purpose. Economists often do foresee the possibility of market turns and will express this as say 10 percent probability of scenario X. If one's method only considers the "consensus" view, this risk will be missed.

**Lag and "Sticky Prices"**

Another uncertainty in escalation estimating, particularly as it regards consideration of market swings, is that suppliers do not immediately change their bidding and pricing levels or strategies in lock-step with underlying trends in commodity, wages and other costs to them. For example, if orders increase, they may hold off on increasing their profit markup for a month or two until they feel they have a solid backlog in place and they see that the trends are real. With increasing costs, suppliers will generally not lag the market too long. However, when costs decrease, suppliers may hold off in passing the savings on for some time as they attempt to capitalize on their improved profits as long as possible (i.e., prices are "sticky on the downside"). An estimating methodology that adjusts indices for market demand will need to consider this lag effect. In the previous example of adjusting indices for capital spending, the lag can be modeled by using a floating average for the future capital spending index [i.e.(,index for future time period + index for previous time period)/2)

*Exchange Rate Interaction*

This RP recommends segregating escalation and exchange rate impacts for projects with resources priced in currencies other than the "base" currency. In part, this is because finance departments are usually responsible for managing exchange rate impacts and they need focused information (and may mitigate this if it is an adverse cost risk). However, perfectly clean segregation is not possible because both escalation and exchange rates are driven by economic conditions. Price trends have an inflation component that is affected by the value of currency and finally, price indices are often not available for each source region.

The optimal approach using segregation is to estimate escalation on an item using a price index that reflects the price trend for that item in the location where it is sourced. For example, if a base estimate was reported for a Canadian project in Canadian dollars at current exchange, but an item was to be bought from the US using US


Single user license only. Copying and networking prohibited.

dollars, use a US-based price index for that item. Then, estimate the $US/$CAN exchange rate impact separately. A simple illustration of this example is as follows:

Given:
- Price index from US reference source today is 1.10 and 1.32 at planned purchase date
- Exchange rate is 0.85 $US per $CAN today and 1.02 at planned purchase date

Then:
- Escalation: ($100 price in $CAN) x (1.32/1.10-1) = $100 x 0.20 = 20 $CAN
- Exchange: ($100 price in $CAN) x (0.85/1.02-1) = $100 x -0.17 = -$17CAN

In this example, the strengthening Canadian dollar relative to the US dollar is advantageous to the project and largely negates the US price escalation.

This would be more difficult if there was no price index readily available for this item in US dollars. For example, a Canadian PPI source may show the indices as 1.10 today and 1.15 at the planned purchase date. However, if Canadian producers buy many of their parts in the US, this more stable Canadian PPI may be reflecting the strengthening Canadian currency. Estimators simply have to use the best knowledge at their disposal of sourcing and markets to attempt a segregation of impacts in this case (adds another uncertainty to probabilistic models). AACE RPs on dealing with exchange rates in estimates and probabilistic approaches will further clarify.

**Accuracy**

Estimators are cautioned not to expect too much accuracy from cost indexes and escalation estimates. The indices are approximations intended to represent the average trends for a large group of projects in a broad region. The indices are generic and conceptual in nature and judgment must be applied in using them in any given situation. In and of themselves, escalation estimates should be considered Class 5 estimates per AACE's classifications[2] regardless of the class of the base estimate.

**Customer and Business Practice Alignments**

Another challenge in escalation estimating is that the customer of the estimate will often have their own economic and/or escalation forecasts or preconceptions. Often these forecasts are little more than rules of thumb (e.g., 3-4 percent increase per year or use of CPI is common). In other cases, the business is basing its revenue and expense projections on certain economic assumptions that they do not share with the estimator. The estimator will need to discover and understand this business case scenario and communicate it to the economists so that their forecasts can be based on this economic assumption; i.e. the capital cost estimate basis must be consistent with the business' rate of return analysis. Differences in assumptions between the business and the economists need to be rationalized.

Similarly, if a life cycle or product cost or price evaluation includes inputs from multiple estimators (e.g., from capital, operating and maintenance groups), these estimators must make sure their methods and economic assumptions are appropriately aligned and follow common principles.

The responsibility for escalation estimate preparation may vary (estimators, economists in the business group, various departments, etc.). There is no clear recommended practice for responsibility other than to assure that responsibilities are assigned, all the best practice principles are covered and all estimates are aligned.

Alignment is also an issue if you are a vendor or contractor and you want (or your customer expects) your prices to be escalated by an indexed method defined in a contract. While this RP does not address contracting methods,

Copyright © AACE® International AACE® International Recommended Practices

Single user license only. Copying and networking prohibited.

price adjustment clauses are generally recommended by FIDIC for major civil and building projects lasting longer than one year based on the assumption that owners are better able to bear the risk[12]. There are other examples, but this is a topic for contracting and risk allocation RPs. However, if the customer advocates using a CPI, bare unadjusted indices or some other method not recommended here, caution is advised that the intended risk allocation may not be achieved.

## SUMMARY: THE ESCALATION ESTIMATING PROCESS

The principles of escalation estimating outlined above are fairly straightforward. However, putting them into practice can be a significant effort. Certainly, no one wants to or has the time to build unique indices for each estimate; the only efficient estimating method is to build a tool to automate the process. The steps for an escalation estimating process to build in a tool include the following:

- Review industry literature on escalation estimating[8,9,10]
- Get buy-in on the approach from the stakeholders (based on principles)
- Decide on the cost account breakout to use for escalation estimates (preferably based on a standard cost code of accounts—keep it simple)
- Obtain the services of economists that can provide or consult on the historical and forecast indices and scenarios you need
- Obtain the up-to-date indices from the economist and develop weighted indices for each of your tool's input cost accounts
- Make adjustments to the weighted indices as needed, particularly for capital demand trends and diverging price trends
- Determine the estimated project cash flow by cost account
- Apply the indices appropriately to the cash flow for each cost account.
- Decide how to handle escalation on contingency
- Decide on how to apply a probabilistic approach
- The method and key inputs used to estimate escalation should be documented in the basis of estimate documentation.

It is expected that future RPs will cover industry, asset and cost type specific applications of the principles and general process in this RP.

## REFERENCES


1. AACE International, Recommended Practice 17R-97, *Cost Estimate Classification System*, AACE International, Morgantown, WV, (latest revision).
2. AACE International, Recommended Practice 10S-90, *Cost Engineering Terminology*, AACE International, Morgantown, WV, (latest revision).
3. AACE International, Recommended Practice 40R-08, *Contingency Estimating: General Principles*, AACE International, Morgantown, WV, (latest revision).
4. Taleb, Nassim Nicholas, *The Black Swan; The Impact of the Highly Improbable, Random House,* New York NY, 2007.
5. Cioffi, Denis F., *A tool for managing projects: an analytic parameterization of the S-curve, International Jour*nal of Project Management, Volume 23, Issue 3, April 2005.
6. AACE International, Recommended Practice 21R-98, *Project Code of Accounts: As Applied in Engineering, Procurement, and Construction for the Process Industrie*s, AACE International, Morgantown, WV, (latest revision).
7. Construction Specifications Institute, *Masterformat* 2004 (or latest revision at www.csi.net)


Copyright © AACE® International AACE® International Recommended Practices
Single user license only. Copying and networking prohibited.

8. Hollmann, John K, and Larry Dysert, *Escalation Estimation: Working With Economics Consultants*, AACE International Transactions, 2007
9. Hollmann, John K, and Larry Dysert, *Escalation Estimating: Lessons Learned in Addressing Market Demand*, AACE International Transactions, 2008
10. Stukhart, George, *"Estimating the Cost of Escalation" - Chapter 9, The Engineer's Cost Handbook* (Richard Westney, editor), Marcel Dekker, NY, 1997
11. Bunni, Nael G. "The FIDIC Form of Contract: The Fourth Edition of The Red Book". MPG Books Ltd, UK, 2004

**Other Industry Practices**

- US Department of Energy, G 430.1-1 *Cost Estimating Guide, Chapter 10 "Escalation."*, 03/28/1997. *[Note: this revision of the reference is typical of industry references which tend to apply simple mid-point or mean index approaches without objective adjustment for market conditions (i.e., not recommended in this RP but provided here for completeness.]*
- US General Accounting Office, GAO-09-3SP, *"GAO Cost Estimating and Assessment Guide, Best Practices for Developing and Managing Capital Program Costs,* March 2009 *[Note: this reference is typical of industry references which tend to apply simple unadjusted indices without objective adjustment for market conditions. Also uses the terms inflation and escalation interchangeably (i.e., not recommended in this RP but provided here for completeness.]*

## CONTRIBUTORS

*Disclaimer: The content provided by the contributors to this recommended practice is their own and does not necessarily reflect that of their employers, unless otherwise stated.*

John K. Hollmann, PE CCE CEP (Primary Contributor)
Mohamed H. Abdel-Mageed, CCE
Michael S. Anderson
Luis Alejandro Camero Arleo, CCE
Rene Berghuijs
Rani Chacko, CCE
Dr. Ovidiu Cretu, PE
Dr. Utpal Dutta, PE
Fabio Leonardo da Silva Fernandes
Carlton W. Karlik, PE CEP
Rod Knoll
Pankaja P. Kumar, CCE
Rose Mary Lewis, PE
Michael Shawn Longfellow
Bruce A. Martin
Joseph L. N. Martin
John Charles Mulholland
Rajasekaran Murugesan, CCE
Chris A. Remme, CCC PSP
Steven H. Rossi, PE CCE
Ruben A. Sanchez, CCE
Amit Sarkar
Örn Steinar Sigurðsson
W. James Simons, PSP
Terence M. Stackpole

Copyright © AACE® International AACE® International Recommended Practices
Single user license only. Copying and networking prohibited.

May 25, 2011

Peter W. van der Schans, CCE
Mai Tawfeq
Dr. Ali Touran, PE
Robert F. Wells, CEP
Dr. Trefor P. Williams
David C. Wolfson
Rashad Z. Zein, PSP


Single user license only. Copying and networking prohibited.