**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JOYCE BEATTY,

*Plaintiff*,

v.

DONALD J. TRUMP, *et al.*,

*Defendants*.

Civil Action No. 25-4480 (CRC)

**[DEFENDANTS' PROPOSED] ORDER**

Having carefully considered the parties' papers, arguments, and all other relevant materials, the Court concludes that no genuine dispute of material fact exists and that Defendants are entitled to judgment as a matter of law on Plaintiff's remaining claims. Accordingly, Defendants' motion for partial summary judgment is **GRANTED**. The Clerk of Court is directed to enter final judgment as to all claims and to close this case.

Date: ______________________

______________________________
**Hon. Christopher R. Cooper**
United States District Judge

## APPENDIX

Pursuant to LCvR 7(k), Defendants provide the below list of names and addresses of all attorneys entitled to be notified of the entry of this proposed order:

**Brantley Mayers**
Counsel to the Assistant Attorney General
U.S. Department of Justice
Civil Division
950 Pennsylvania Ave. NW
Washington, DC 20530
(202) 890-9874
brantley.t.mayers@usdoj.gov

**William S. Jankowski**
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
(202) 353-7578
william.s.jankowski@usdoj.gov

**Stephen McCoy Elliott**
Assistant Branch Director
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
(202) 353-0889
stephen.m.elliott@usdoj.gov

*Counsel for Defendants*

**Alexander Kristofcak**
Washington Litigation Group
1717 K Street NW Suite 1120
Washington, DC 20006
(202) 521-8734
akristofcak@washingtonlitigationgroup.org

**Nathaniel Avi Gideon Zelinsky**
Washington Litigation Group
1717 K Street NW
Washington, DC 20006
(202) 521-8750
nzelinsky@washingtonlitigationgroup.org

**David William Ogden**
Democracy Defenders Fund
600 Pennsylvania Avenue SE
Unit 15180
Washington, DC 20003
(202) 594-9958
david@democracydefenders.org

**Norman Larry Eisen**
Democracy Defenders Fund
600 Pennsylvania Avenue SE
Unit 15180
Washington, DC 20003
(202) 594-9958
norman@statedemocracydefenders.org

**Stephen A. Jonas**
Democracy Defenders Fund
600 Pennsylvania Avenue SE
Unit 15180
Washington, DC 20003
(781) 898-8351
steve@democracydefenders.org

**Kyle Renee Freeny**
Washington Litigation Group
1717 K Street NW
Washington, DC 20006
(202) 521-8750
kfreeny@washingtonlitigationgroup.org

*Counsel for Plaintiff*