**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOYCE BEATTY,<br><br>*Plaintiff*,<br>v.<br><br>DONALD J. TRUMP *et al.*,<br><br>*Defendants*. | No. 25-CV-4480 (CRC) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Rosa L. Baum enters her appearance as counsel for Plaintiff in this matter.

Date: September 30, 2026

Respectfully submitted,

/s/ *Rosa Baum*
ROSA L. BAUM
DC Bar No. 90032839
WASHINGTON LITIGATION GROUP
1717 K Street, NW, Suite 1120
Washington, D.C. 20006
202-521-1047
rbaum@washingtonlitigationgroup.org