# A

walter p moore

# John F. Kennedy Center Soffit Panel Assessment

2700 F Street NW
Washington, DC 20566
September 25, 2026

**PREPARED FOR:**
HITT Contracting Inc.

**PREPARED BY:**
Walter P. Moore and Associates, Inc.
1700 K St NW, Suite 1050
Washington, DC 20006

Walter P Moore Project No D01.26006.00

walter p moore

202-481-7685 main

September 28, 2026

HITT Contracting Inc.
2900 Fairview Park Drive
Falls Church VA 22042

**RE: Soffit Panel Assessment at The John F. Kennedy Center**
**2700 F Street NW, Washington, DC 20566**
**Walter P Moore Project No. D01.26006.00**

Dear HITT Contracting:

Walter P. Moore and Associates, Inc. (WPM) has completed a visual condition assessment of the soffit panels and associated structural components, at the John F. Kennedy Center for the Performing Arts, located in Washington, DC. This report is updated from our September 3,2026 DRAFT report, and in accordance with proposal No. 26-181-R1, dated May 20, 2026.

This report includes findings from the following investigations:

1. LiDAR Scan of the bottom surface of the panels, from grade
2. Borescope observations, through the bottom of the panels, from an elevated lift
3. Drone observations from within the interstitial space (N, E and S elevations)
4. Arms-length observations from within the interstitial space (W elevation)
5. Water testing of all terrace drains, planter drains and scupper drains
6. Test cut opening at the top surface of the outboard TPO roof
7. Concrete core samples through the outboard TPO roof and inboard terrace roof
8. Finally, close observations through openings cut into the bottom of the soffit panels

The purpose of the above investigations was to observe the condition of the concealed structural connections supporting the soffit panels, determine the source(s) of structural deterioration, and identify areas that may require further evaluation, repair, or risk mitigation.

WPM appreciates the opportunity to provide our services on this project. Please contact us if you have questions regarding this report.

Sincerely,
WALTER P. MOORE AND ASSOCIATES, INC.

Steve Wiemeler, PE
Managing Director

DISTRICT OF COLUMBIA
STEVEN WIEMELER
PE40002865
REGISTERED PROFESSIONAL ENGINEER
2026.09.28 18:08:00-04'00'

Steven Treser, PE (VA), AIA (VA)
Principal

Attachments: Appendix – Soffit Panel Plan, Sheet SK-2
Note: Additional photographs and field notes will be provided as supplemental documents.

# Executive Summary

The condition of the Kennedy Center soffit panels has been a concern since December 2022 when two panels partially detached, leaving one corner hanging down eight inches. WPM provided design for their replacement and recommended checking the remaining panels.

WPM performed destructive and non-destructive investigations over the past three months on approximately half of all soffit panels. Corrosion of the soffit panel connections was observed to be significantly more advanced than expected. One third of the panels are severely corroded and need to be immediately replaced. Approximately two thirds of the panels exhibit moderate to mild corrosion. During the past two weeks, four openings at the bottom of the panels revealed severely deteriorated conditions, resembling the partially detached panels in 2022.

Secondary steel elements and the concrete roof decks above the panels were also observed to have moderate corrosion and will need to be repaired.

WPM observed water testing at all roof drains above the panels. Active leaks were observed at each scupper drain and several other drains around the entire perimeter of the building and are the likely primary cause of deterioration observed. Condensation and/or elevated humidity, commonly caused by uncontrolled air transfer, appears to be a contributing cause of deterioration.

Walter P Moore recommends the following:

1. Replace the soffit panel system with a more durable solution.
2. Replace all roof membranes and drains above the soffit panels.
3. Improve the building enclosure conditions above the soffit panels.
4. Further evaluate and repair the secondary steel and concrete roof decks above the panels.

# Background

## Existing Construction

The original 1966 Architectural Drawings by Edward Stone depict the typical inboard and outboard plaster soffit panels are 15' square, and are suspended 60' above the plaza level, around the entire perimeter of the Kennedy Center. The primary steel supporting the soffit is an 18" deep double beam girder that extends from the exterior wall of the building and is supported mid-span by the grand exterior columns. The cantilevered outboard soffit panels are covered by a white TPO roof, circa 1990's. The inboard soffit panels are covered by a planter and the terrace level roof and pavers, with an open interstitial space between. Three types of drains are present: scupper drains at the TPO roof, drains within the planters, and terrace drains under the pavers. All drains enter the interstitial space (Figure 1).




Figure 1: Primary structure and elements associated with the soffit panels, from 1966 Architectural and Structural drawings by Edward Stone.

The outboard soffit panels below the TPO roof are supported by 20"-24" galvanized steel hanger rods suspended from galvanized steel tabs embedded in the metal-formed concrete deck. The inboard panels below the planter and the terrace deck are supported by 42"-54" hanger rods from the concrete deck at the North, South and East elevations. Only the West elevation has precast concrete planks that support the soffit panels. At all inboard and outboard panels, the galvanized steel hanger rods support cold-formed approximately 20-gauge bare steel C-channels, which are wire-tied to cold-formed approximately 24-gauge bare steel hat channels, which are in-turn wire-tied to the metal lath of the plaster soffit panels (Figure 2).




Figure 2: Typical outboard soffit panel sub-frame assembly

Fiberglass batt insulation is scattered throughout the interstitial space but was designed to serve as the exterior building enclosure and thermal barrier that created a horizontal plane on top of the panels, then turn vertically, to create a continuous barrier wall along the perimeter, in-line with the exterior columns. At the north, east and south elevations, the wall was designed to be only vertical insulation panels. At the West elevation, the vertical barrier wall was designed to be precast concrete panels and insulation. Entire sections of the insulation and building enclosure were observed to be missing or displaced throughout the interstitial space.

Along the west elevation, the interstitial space is completely open to the conditioned space above the Grand Foyer. Multiple locations of the north, east and south interstitial space are also open to conditioned space, which appears to be aligned with the original design.

Additionally, excess debris (along with failed insulation) was observed throughout the interstitial space, accumulating on top of the soffit panels. The debris is a combination of wooden access boards, discarded mechanical and electrical equipment, secondary gutter systems to catch water leaks, and trash. The weight of the accumulated debris was observed to be deflecting the panels at some locations.

## Project History

On December 16, 2022, a displaced soffit panel was reported at the northwest corner of the building following a heavy rain event. Walter P Moore investigated the soffit panel condition and documented the findings in the Field Observation Report titled “Kennedy Center Soffit Failure,” dated December 23, 2022. The investigation identified approximately eight inches of displacement of the most affected panel and approximately two inches of displacement of an adjacent panel (Photo 1). The cause of the displacement was corroded and failed wire ties, corroded hat channels, and corroded C-Channels, from prolonged exposure to moisture (Photos 2-3).

The report recommended additional investigation to determine if similar conditions existed at other locations. Repair documents were subsequently prepared, and the two affected soffit panels and associated secondary framing were removed and replaced with new materials. Construction began in 2023 and was completed in 2024.



Photo 1: Displaced soffit panels - December 2022





Photos 2 and 3: Failed wire ties and corroded hat channels and C-channels

# Observations

The following timeline and sections describe the observed conditions during the assessment; they are not an exhaustive record of every condition observed during the assessment. See the Soffit Panel Plan on Sheet SK-2 in the Appendix for the location of individually numbered soffit panels that are referenced throughout the observations.

## Scope and Timeline of WPM Soffit Panel Assessment

- **LiDAR Scan** - WPM performed LiDAR scanning of the bottom surface of all soffit panels and documented the findings in a report dated June 23, 2026.
- **Borescope Observations of the Soffit Panels** - WPM performed borescope observations at selected outboard soffit panels, and west elevation inboard panels, from an elevated lift by drilling holes up through the soffit panels and inserting a borescope to assess the structural conditions, between July 7 and July 28, 2026. Close observations of the underside surface of the soffit panels were also made from the elevated lift.
- **Borescope Observations of the TPO Roof Deck Joint** - WPM performed borescope observations of the TPO roof deck joint between the steel double beam girder, outboard of the exterior columns.
- **Drone Observations of Drain Testing and Interstitial Space** - HITT provided a remote drone within the north, east, and south interstitial spaces to assess the structural conditions and observe drain testing, between August 10 and August 14, 2026.
- **Arms-Length Observations of Drain Testing and Interstitial Space:** WPM accessed the West interstitial space, following confined space protocol and utilizing its concrete plank walking surface while tied-off to a temporary fall protection system, to assess the structural conditions and observe drain testing, between August 17 and August 18, 2026.
- **Soffit Panel Opening Observations** - WPM performed 4 additional test cut openings to closely observe the structural conditions of inboard and outboard panels at the North, East and South elevations between September 3 and September 11, 2026.

## LiDAR Scan of Soffit Panels

Walter P Moore performed LiDAR scanning (Light Detection And Ranging) of the bottoms of the soffit panels and documented the findings in a report dated June 23, 2026. The resulting point cloud was used to evaluate surface levelness and differential displacement between adjacent soffit panels. Overall, the soffit surface was observed to have up to 8” of elevation differences. Localized areas of approximately 2” to 4” of upward or downward displacement relative to adjacent panels were identified for additional observations around the building perimeter.

## Borescope Observations of Soffit Panels

Borescope observations were performed through three inspection openings at each selected inboard and outboard soffit panel. At each selected outboard panel, additional observations were performed through accessible gaps along the panel edges. Assessment included visual observations of the following soffit panel structural components: wire ties, hat channels, C-channels, hanger rods, roof tabs, supporting steel framing, steel form deck, scupper drains and adjacent structural elements. Borescope observations are summarized below:

- Surface corrosion of the tie wires, hat channels, and C-channels that support the soffit panels were observed at nearly every panel. At many locations, individual channels or wires exhibited severe corrosion with flaked-off corrosion debris lying next to the members, indicating potential section loss. Corrosion was generally more pronounced at the ends of the panels in the vicinity of the scupper drains (Photos 4 and 5).
- Loose wires were observed under several concrete planks (Photo 6). Mild surface corrosion was observed on the metal lath of the soffit panels installed during the 2023 replacement. The corrosion was not limited to locations where leakage was observed (Photo 7).
- Corrosion debris and staining, which appeared to have originated from the metal deck and the support structure above, were present on the top surface of the panels at approximately one third of the panels WPM observed (Photos 8 and 9).
- Significant levels of localized corrosion of the metal form deck were consistently observed at lap joints between two deck sections, particularly at the hanger tabs (Photo 10), and along the deck edges where the deck bears on the perimeter framing members (Photo 11).
- Significant steel form deck corrosion was observed at approximately 50% of the locations WPM observed, and severe corrosion was observed at 35% of the locations WPM observed. The perimeter steel angle framing members were also corroded at several of these locations (Photos 10 and 11).
- Moisture and ferrous staining were observed on the interstitial barrier wall, including its steel perimeter framing, at approximately 20% of the panels WPM observed (Photos 12 and 13).
- Cracks in the soffit panels were observed at several locations (Photos 14 and 15), including, but not limited to, panels 28, 129, 133, 167, 227, and 239.
- Deflected joints were observed at panels 153 and 154, (Photo 16) and the joint between the panels appeared wider than typical (Photo 17).
- Marble fascia was cracked and displaced at Panel 167. The panel was removed to eliminate a fall-hazard (Photos 18 and 19).
- Moderate to mild corrosion was observed at almost all the remaining panels observed. Severe corrosion was observed at approximately 1/3 of all the soffit panels observed, Photos 20A and 20B and Photos 21A and 21B.




Photos 4 and 5: Severe corrosion of the wire ties, hat channel, and C-channel at Panel 225, with accumulated corrosion debris.




Photos 6 (Left): Loose wires under concrete planks. Photo 7 (Right): Uniform corrosion of the metal lath on the new soffit panels installed during the 2023 replacement at northwest corner, Panel 84.




Photos 8 and 9: Corrosion debris and staining on the top surface of the soffit panels. Left: Panel 51. Right: Panel 180.




Photo 10 (Left): Localized corrosion of the metal form deck and framing member along the deck edge where it bears on the perimeter angle, Panel 190.
Photo 11 (Right): Localized corrosion of the metal deck at the deck lap joint, with a corroded perimeter angle below a scupper drain in background, Panel 113.



Photos 12 and 13: Water staining and corrosion staining on the insulation wall of the interstitial space, below the perimeter angle. Left: Panel 69. Right: Panel 57.



Photos 14 and 15: Typical soffit panel cracks. Panel 129 (left) and panel 239 (right).




Photos 16 and 17: Deflected panel and widened joint between panels




Photos 18 and 19: Cracked and displaced marble fascia prior to removal




Photo 20A: (Left) Severe corrosion was observed at one third of all observed panels (Panel 109).
Photo 20B: (Right) Panel 127.





Photo 21A: (Left) Severe corrosion was observed at one third of all observed panels (Panel 127).
Photo 21B: (Right) Panel 129.

## Summary of Panels Observed

The bottom surfaces of all soffit panels were observed and documented using the LiDAR scan. Observations of the top surface of the soffit panels are divided into Outboard and Inboard categories:

Outboard Soffit Panels - Approximately half of the outboard soffit panel were selected for top surface borescope observation. Panels were selected if they exhibited significant displacement (documented by the LiDAR scan) or were in close proximity to the scupper drains above.

Inboard Soffit Panels - The top surfaces of inboard soffit panels were not typically accessible for observation on the north, east, and south elevations, due to excessive debris and insulation blocking borescope access from below and blocking visual drone observation from above. The west inboard soffit panels were covered with precast concrete planks which limited means of access: the top surfaces were observed with a borescope from below the concrete planks; conditions above were assessed by at-arms-length observation within the interstitial space. Top surface panel observations are summarized in Table 1 and detailed on Sheet SK-2 in the Appendix.

| Elevation & Location | Total Soffit Panel Quantity | Status of Soffit Panels | | | |
|---|---|---|---|---|---|
| | | Severe Corrosion | Mild-Moderate Corrosion | Limited or No Observation | Observed with No Issues |
| West - Outboard | 45 | 10 | 28 | 7 | 0 |
| West - Inboard | 45 | 0 | 26 | 15 | 4 |
| North - Outboard | 23 | 10 | 4 | 9 | 0 |
| North - Inboard | 23 | 6 | 3 | 14 | 0 |
| East - Outboard | 45 | 11 | 19 | 15 | 0 |
| East - Inboard | 51 | 1 | 2 | 48 | 0 |
| South - Outboard | 23 | 3 | 11 | 9 | 0 |
| South - Inboard | 23 | 5 | 0 | 18 | 0 |
| **Totals** | **278** | **46** | **93** | **135** | **4** |

Table 1 – Summary of the Borescope and Drone Observations at the Top Surface of All Panels

## Borescope Observations of the TPO Roof Deck Joint

WPM observed evidence of previous water infiltration and roofing debris atop the outboard soffit panels below the concealed concrete deck joints occurring between the cantilevered double beams. The TPO roofing membrane appeared to have been installed across the deck joint without provisions to accommodate movement at the joint. This condition was observed at nearly every outboard soffit panel aligned with an exterior column, as viewed through the borescope hole drilled at the center of the panel. At several of these locations the deck joint between the two beams was so deteriorated that light was visible through the TPO above. See Soffit Panel Plan SK-2 in Appendix for locations of observed roof joint deterioration (Photos 22 and 23).





Photo 22 (left): Debris between the two beams and an open deck joint with diffused light visible through the TPO membrane above, Panel 192.
Photo 23 (right): Tar and concrete fragments resting on the top surface of the panel, Panel 206.

## Drone Observations of Drain Testing and Interstitial Space at the North, East and South Elevations

The scupper drains, planter drains, and terrace deck drains were each tested individually, following a modified ASTM D5957-98 protocol. At each location, the drain was exposed and its existing condition was documented from the surface above and from within the interstitial space below. A temporary dam was constructed around the drain, and a plug was installed in the drain to prevent water from draining from the test area through the plumbing.

WPM observed as test areas were filled with water to a depth of approximately 4”. Additional observations were performed approximately 24 hours after filling the test area, when the drain plug was removed, as the stored water drained through the system.

All scupper drains at the TPO roof leaked when tested. Several of the terrace deck drains leaked, either at the drain itself or below the waterproofing membrane, and two planter drains

leaked. Many terrace drains experienced water-level losses of more than 1” during the 24-hour testing period: four drains at North elevation; six drains at East elevation; seven drains at South elevation; five drains at West elevation.

In some areas of the interstitial space, drone operation caused dust and debris to stir, consequently obscuring the field of view and preventing direct observation of the scupper, planter, and/or terrace drains: Grid Lines E to F, North elevation; Grid Lines 16 to 17, East elevation; Grid Lines E to F, South elevation.

Widespread cracking and efflorescence at the underside of the terrace and planter decks was typical in the vicinity of their respective drains.

The following interstitial space conditions and drain testing issues were observed with a drone at the North, East, and South elevations and are summarized below:

- All scupper drains leaked during testing. Typically, leaking was immediate, and the test area was unable to hold water for a prolonged period. In several cases, leaks were visible from observation within the interstitial space (Photo 24), but the leaks’ paths of travel were not always apparent and could not be observed directly.
- Terrace drains exhibited discoloration, staining, and sometimes deterioration, associated with prolonged water exposure on pipe insulation sleeves below the deck. In some cases, portions of insulation sleeves were absent as well (Photo 25): A total of five pipe drains exhibited issues; one drain at the North elevation and four drains at the East elevation.
- At the terrace drain between Grid Lines 19 and 20 on the West elevation, water was observed actively leaking through cracks in the underside of the deck, adjacent to the drain (Photo 26).
- A planter drain was observed between Grid Lines 20 and 21 on the East elevation that appeared to have undergone previous repair attempts, possibly in response to leaking. Significant discoloration and efflorescence were present near the drain (Photo 27).
- Cracked concrete, at the underside of the roof deck, with associated efflorescence, was observed throughout the space at all elevations (Photos 28 and 29). Cracks were oriented both east to west and north to south and were present in most of the bays WPM observed. A limited number of bays exhibited no cracking. Some cracks appeared damp or darker than the surrounding concrete.
- Cracking with associated white efflorescence was observed on the underside of the concrete deck below the planters. These conditions appeared to be more prevalent below the planters than below the terrace deck areas (Photos 30 and 31).
- The top side of the inboard soffit panels were predominantly covered with insulation and debris at the north, east and south elevations. However, at some locations, generally in the vicinity of light fixtures, the insulation had been moved to the side or deteriorated to the point that the support structure could be partially observed. Corrosion of the wire ties, hat channels and C-channels and corrosion debris on and adjacent to the members were observed at several locations (Photos 32 and 33).
- Water staining and other signs of water intrusion were observed on numerous beams below the planters (Photos 34 and 35).




Photo 24 (Left): Active leak at scupper drain with visible ponding, North elevation

Photo 25 (Right): Discoloration and deterioration of pipe insulation at drain, East elevation.




Photo 26 (Left): Active water leak near terrace drain, West elevation

Photo 27 (Right): Apparent previous repair attempt at planter drain, East elevation





Photo 28: Concrete deck soffit below the terrace deck, between Grid Lines 10 and 11 on the East side, exhibiting cracking, efflorescence, and evidence of corrosion.

Photo 29: Concrete deck soffit below the Plaza Deck, between Grids L and M on the south side, exhibiting cracking, and efflorescence.





Photo 30: Cracking and efflorescence in the concrete deck below the planter. Located between Grid lines O and P on the south side.

Photo 31: Cracking and efflorescence in the concrete deck below the planter. Located between Grids N and P on the south side.




Photo 32: Corrosion of the hat channels and support structure at inboard Panel 108 between Grid Lines H and J on the north side.

Photo 33: Corrosion of the hat channels and support structure, with corrosion product on and adjacent to the members, at inboard Panel 102 between Grid Lines F and G on the north side.




Photo 34 (Left): Beam beneath the planter exhibiting cracking and efflorescence with runoff falling onto the steel post below. Located between Grids H and J on the north side.

Photo 35 (Right): Beam beneath the planter exhibiting cracking, efflorescence with runoff falling onto the steel post below. Located between Grids N and P on the south side.

## Arms-Length Observations of Drain Testing and Interstitial Space (West Elevation)

Widespread cracking and efflorescence at the underside of the terrace and planter decks was typical in the vicinity of their respective drains throughout the west elevation. The plenum above the Grand Foyer was wide open to the interstitial space along the entire length of the west elevation. The following conditions were observed by WPM personnel at the West elevation:

- Mineral deposits, mineral build-up, and corrosion were observed at steel posts supporting framing beams and planter walls (Photo 36). At each occurrence, a pair of posts is supported by the double beam and exterior column shown in Figure 1. Though the degree of deposit and corrosion varies by location, this is a typical observation among all instances at each elevation. Active leakage was not observed at these locations at the time of our assessment.
- Significant heavy debris was observed throughout the interstitial space, as observed in the vicinity of a scupper drain on the west elevation (Photo 37).
- Localized spalls were observed on the underside of the terrace deck at multiple locations, including spalls with exposed reinforcing bars. One large significant spall was observed near Grid Line 8 on the West elevation (Photos 38 & 39).
- The interstitial space is wide open to the plenum above the Grand Foyer the entire length of the west elevation, with no physical obstruction (Photo 40).




Photo 36 (Left): Detail photo of post corrosion (location at West elevation shown)
Photo 37 (Right): Scupper drain at west elevation, showing significant debris.




Photo 38 (Left): Underside of the plaza concrete deck exhibiting spalling, cracking, and efflorescence. Located between Grids O and P on the north side.

Photo 39 (Right): Large concrete spall on the deck below the pavers, with exposed reinforcing steel, on west side near grid line eight.




Photo 40: West elevation interstitial space is wide open to the plenum above the Grand Foyer.

## Soffit Panel Opening Observations

Additional up-close observations of the inboard and outboard soffit panels were performed at the north, east and south elevations, by opening a 3'x3' access hole in the bottom of the soffit panels. At each location deteriorated debris had to be moved to the side to observe and document the existing conditions.

Soffit opening number one, was located in panel 129, adjacent to panel 130. A water test was performed at the scupper drain at this location. A significant amount of water was observed leaking into the interstitial space during the test.

Soffit opening number four was located in panel 255, adjacent to panel 256. Complete section loss of the C-Channels or hat channels was observed at most locations, along with significantly deteriorated wire ties. These conditions resemble the conditions observed at the 2022 partial panel failure. Observations at openings one and four are summarized below:

- Each soffit opening consisted of a 36'x36' opening into the underside of the outboard soffit panel, adjacent to the inboard panel. Opening one at panel 129 is shown (Photo 40).

- Surface corrosion of the tie wires, hat channels, and C-channels that support the soffit panels were observed at every panel. Complete section loss was observed at the C-Channel above opening one (Photo 41).

- Inboard soffit panel 130 was observed to have significant corrosion adjacent to panel 129 where a leaking scupper drain was observed (Photos 42 and 43).

- Significant deterioration of the metal form deck was observed at opening four, specifically at the roof tab supporting the hanger rod and C-channel (Photos 44 and 45).

- Complete section loss was observed at the C-channel at opening four (Photos 46, 47 and 48).

- Complete section loss was observed at the hat channel at opening four (Photos 49 and 50).





Photo 40 (Left): Each soffit opening consisted of a 36’x36’ opening into the underside of the outboard soffit panel, adjacent to the inboard panel. Opening one at panel 129 is shown.
Photo 41 (Right): Complete section loss was observed at the C-Channel above opening one.





Photos 42 and 43: Significant corrosion was observed at inboard soffit panel 130, adjacent to panel 129. Water testing was performed during observations.



Photo 44: Significant deterioration of the metal form deck was observed at opening four, specifically at the roof tab supporting the hanger rod.



Photo 45: Significant deterioration of the metal form deck was observed at opening four, specifically at a roof tab.



Photo 46: Complete section loss was observed at the C-channel at opening four.



Photo 47: Complete section loss was observed at the C-channel at opening four



Photo 48: Complete section loss was observed at the C-channel at opening four



Photo 49: Complete section loss was observed at the hat channel at opening four.



Photo 50: Complete section loss was observed at the hat channel at opening four.

## Building Enclosure at Interstitial Space

The wall of insulation between the TPO roof and the planters serves as the exterior building enclosure at the interstitial space. At multiple locations, the insulation was crumbling and deteriorated in a manner consistent with water infiltration damage. Insulation debris was observed on the top surface of the soffit panels. Water staining and corrosion staining were observed on the wall below the perimeter angle at numerous panels.

At multiple locations throughout the interstitial space, WPM observed mechanical fan units in the concrete block wall along the interior wall (Photo 51). These fan units appeared operational, as some were active during WPM observation and appeared to be blowing air into the interstitial space. Neither the nature nor origin of these fans were known at the time of this report. The effect of the exhaust air into the interstitial space should be considered further.




Photo 51: Typical mechanical fan unit at concrete wall (location at North elevation, Grid Lines G-H shown)

# Analysis

The deteriorated structural conditions WPM observed indicate two distinct but related mechanisms:

1. Localized severe corrosion caused by active water infiltration from failed roof drains and failed roof membranes at multiple, repeated locations.

2. Widespread moderate to mild corrosion of the soffit panels and support components likely caused by sustained elevated humidity and/or condensation within the space.

## Water Infiltration Sources

WPM identified three sources that have contributed to water infiltration into the interstitial space, either currently or historically:

Terrace Drains and Terrace Waterproofing – Active leakage occurred at the drains and near the drains, which indicates more than one path of water infiltration. The original terrace drains were dual-stage drains, meaning they evacuated water from both the top surface and from the waterproofing layer between the concrete setting bed and topping slab. It is unclear what

modifications have been made to the original system in past renovations, and subsequently the current path of water leakage in these areas is also unclear.

Widespread cracking with efflorescence was observed on the underside of the concrete deck, along with water and corrosion staining on the underside of the deck and the supporting steel members, indicates widespread and prolonged water infiltration at some point in time.

- Planter Drains and Planter Waterproofing - Infiltration issues at the planter drains and underside of the planter deck were observed to be similar to the terrace issues, and are contributing to the deterioration of structural elements.
- Scupper Drains at TPO Roof - All scupper drains leaked during water testing. In addition to the active leaking and ponding observed below scupper drains during testing, the areas of severe corrosion of structural components are in close proximity to the scupper drains, indicating that water infiltration and associated corrosion has been a longstanding issue at these locations.
- Concealed Deck Joint at TPO Roof – Deterioration, corrosion, and debris above the outboard soffit panels indicates that water intrusion at this location has been an issue in the past. The current TPO roofing membrane spans the deck joint, which occurs between the double beams at column lines, without support or provisions for movement. While movement at the joint should be expected to distress roofing installed in this manner, active leaks were not observed by WPM. If not an ongoing issue, it is likely that water entered through the joint prior to the installation of current TPO membrane, which is not original to the building.

## Condensation and Humid Air Infiltration

The widespread moderate to mild corrosion WPM observed cannot be attributed to roof membrane or drain leakage alone. Corrosion was present at locations both near and remote from the sources of leakage described above. Uniform, widespread corrosion indicates that the metal surfaces within the interstitial space are wetted repeatedly by condensation and/or sustained elevated humidity, rather than only by intermittent leakage.

The vertical insulation extending around the outer perimeter of the interstitial space is intended to separate exterior space from interior space, but it is crumbling, deteriorated, or absent at numerous locations throughout the interstitial space. As such, air and vapor transfer between conditioned space and unconditioned space is happening throughout, and humid air is able to reach and condense on the relatively cool metallic surfaces. This mechanism is consistent with the widespread staining and corrosion observed on the metal deck, steel framing members, and the metal lath, channels, and tie wires supporting the soffit panels.

An analysis of air infiltration, exfiltration, vapor drive and condensation potential is required to confirm this mechanism and to establish where the control layers of the enclosure must be located and made continuous, and to determine whether the interstitial space requires ventilation or dehumidification. Replacing the soffit panels without correcting this condition should be expected to produce ongoing corrosion in the replacement components.

## Condition of the Soffit Panels and Their Support System

The soffit panels are supported by relatively thin (approximately 24 gauge) tie wires and hat channels and approximately 20 gauge C-channels. Because these members are small in cross section, a minimal amount of corrosion represents a proportionally greater loss of capacity than the same corrosion on primary steel framing (typically ¼" thick and larger). At numerous locations, WPM observed channels and wires with corrosion beyond surface corrosion, accompanied by flaking corrosion byproduct adjacent to the members.

Cracked and deflected panels, along with a widened joint between panels indicate that distress has progressed to the exposed face of the soffit at some locations. WPM also observed loose and disconnected hanger rods, with corresponding panel displacement, which negatively impacts the capacity and safety of the remaining support system.

WPM observed approximately half of the 278 soffit panels above the plaza. The identified corrosion mechanisms are widespread and are not limited to the discrete locations where leakage was observed. Therefore, conditions comparable to those presented herein should be anticipated to exist at the remaining half of the panels that were not observed as part of this study.

Because the soffit is located 60 feet above areas regularly occupied by the public, continued deterioration of the panels and their support system presents a falling object hazard and life-safety concern. Walter P Moore recommends the area under and adjacent to the soffit panels be closed to the public until repairs or further evaluation is performed.

## Concrete Deck Below the Planters and Terrace

The widespread cracking with efflorescence on the underside of the terrace and planter concrete decks indicates that water has migrated through the deck over an extended period. The observed corrosion staining indicates the embedded steel reinforcement has begun corroding at some of these locations, and the spalls with exposed reinforcement indicate that the process has progressed to displace the concrete cover at some locations. Continued exposure to water will accelerate this deterioration.

The widespread mineral deposits and corrosion observed at the pair of steel posts under the double beam further suggest the migration of water over an extended period, though an immediate source could not be identified. It is also unclear whether these observations represent an ongoing issue, or an issue that occurred exclusively in the past. The degree of the corrosion observed warrants further investigation.

# Recommendations

WPM recommendations address: the soffit panels; the TPO roof, deck joints, and scupper drains; the terrace drains and waterproofing membrane; the planter concrete deck; and the building enclosure and related condensation issues.

## Soffit Panels

WPM recommends replacing the plaster soffit panels and their support system, including the hat and C-channels, the tie wires, and the hanger rods. Because the corrosion of the support components is widespread rather than confined to locations where active leakage was observed, and because half the panels were not observed but presumed to have similar conditions, replacement of all of the panels is the only approach that establishes a uniform and durable condition across the soffit. The replacement support components should be specified for the environment within the interstitial space, using hot dip galvanized or stainless steel components in lieu of the existing components.

In the consideration of a full-scale soffit panel replacement, opportunities exist to create a safer and more serviceable soffit system. The interstitial space meets the criteria to be considered a “confined space” by OSHA (Occupational Safety and Health Administration) standards. In its current configuration, maintenance personnel must traverse atop the soffit panels to service various areas within the space, though the soffit panel support system was not designed for those loads. WPM recommends incorporating a study of the building’s maintenance and access needs into the design of the new soffit panel system, and that maintenance personnel are not permitted to walk on top of the soffit panels in their current condition.

The soffit panel replacement construction should be coordinated with the roofing, waterproofing, and enclosure work so that the sources of water infiltration and condensation are corrected before or concurrently with the installation of new soffit panels.

## Building Enclosure and Condensation at the Interstitial Space

Perform an analysis of the uncontrolled air transfer, vapor drive and the condensation potential at the interstitial space. The analysis should establish where the control layers must be located and tied into the existing materials and should determine if ventilation or dehumidification of the space is required.

Address how the building enclosure separates interior conditioned space from exterior environment within the interstitial space. The existing insulation system should be replaced with a durable assembly that provides continuous thermal, air, and vapor control, pending the findings of the analysis recommended above.

Investigate the mechanical fan units found within the interstitial space to determine their functions and origins such that they can be considered in the analysis recommended above.

Complete this work in conjunction with the soffit panel replacement.

## Roof Membranes and Drains Above Soffit Panels

### TPO Roof, Scupper Drains, and Deck Joint

- Replace the TPO roof and the scupper drains. The new scupper drains should be installed with new flashing and coordinated with the new roofing details.
- Detail the new roofing at the deck joints between the double beams outboard of the exterior columns, with an assembly designed to accommodate movement at the joint.

### Drains and Waterproofing at Terrace and Planters

- WPM recommends replacement of the terrace waterproofing membrane and drains. Active water intrusion observed during testing necessitates the drains be addressed in the immediate or near future to protect the soffit panels.
- It is possible that water infiltration issues may be addressed with localized repairs at specific drain locations but given that the age of the roofing system it is either at or approaching its expected useful life, replacement of the entire system is recommended.
- The topping slab assembly at the terrace should be opened up a minimum of three feet by three feet square and additional full-depth cores should be taken through the terrace's structural concrete deck. Analysis of the roofing assembly will verify as-built construction and influence the recommendations for replacement or repair of the membrane.
- Similarly, WPM recommends replacement of the planter waterproofing membranes and drains. Further inspection would be required to determine whether reuse of the existing drain system is feasible, though replacement is recommended, based not only on age, but also to ensure a proper seal and continuity of the system.

## Concrete Deck Below TPO, Planters and the Terrace

WPM recommends that the top and undersides of all concrete roof decks are sounded. Remove loose and delaminated concrete as an interim measure to address falling hazards.

Repair the spalls, evaluate and repair the exposed reinforcement, and repair concrete cracks in coordination with the waterproofing membrane and drain work above.

Evaluate the corroded metal form deck and perimeter steel angle framing members while the concrete deck and corrugated metal form deck are exposed. Quantify the section loss, and repair or replace the affected material as required.

Perform additional review and analysis of the corroded pairs of steel posts to determine extent and severity of damage, and appropriate measures for repair or restoration.

## Sequencing

WPM recommends that the roofing membranes, drains, concrete repairs, and the building enclosure work be completed before or concurrently with the soffit panel work. The soffit panels will be replaced at the greatest cost, and their service life depends on the interstitial space being dry and maintaining a consistent environment. Refer to the recommendations provided above for additional sequencing and access considerations.

## LIMITATIONS

This report has been prepared to assist HITT Contracting Inc. understand the nature and type of distress investigated in this study and determine a future course of action. Walter P Moore assessed specific issues relevant to the distress observed on the soffit panels of the Kennedy Center

Walter P Moore has no direct knowledge of, and offers no warranty regarding the condition of concealed construction or subsurface conditions beyond what was revealed in our review. Any comments regarding concealed construction or subsurface conditions are our professional opinion, based on engineering experience and judgment, and derived in accordance with current standard of care and professional practice.

Various other non-structural, cosmetic and structural damage unrelated to this assessment may have been observed throughout the structure, some of which are discussed in general in this report. However, a detailed inventory of all cosmetic, nonstructural and structural damage was beyond the scope of our assessment. Comments in this report are not intended to be comprehensive but are representative of observed conditions. In this study we did not include review of the design, review of concealed conditions, or detailed analysis to verify adequacy of the structure to carry the imposed loads and to check conformance to the applicable codes. Repair recommendations discussed herein are conceptual and will require additional engineering design for implementation.

We have made every effort to reasonably present the various areas of concern identified during our site visits. If there are perceived omissions or misstatements in this report regarding the observations made, we ask that they be brought to our attention as soon as possible so that we have the opportunity to fully address them in a timely manner.

This report has been prepared on behalf of and for the exclusive use of HITT Contracting Inc. and The Kennedy Center. This report and the findings contained herein shall not, in whole or in part, be disseminated or conveyed to any other party or used or relied upon by any other party, in whole or in part, without prior written consent.

walter p moore

+1 800.364.7300

APPENDIX




RESULTS OF THE BORESCOPE AND DRONE OBSERVATIONS AT THE TOP SURFACE OF THE SOFFIT PANELS

**LEGEND**

- Severe Corrosion
- Mild to Moderate Corrosion
- No Issue Observed
- Observation Obstructed by Debris
- Not Investigated
- Deteriorated Roof Joint at Double Beams

N

walter p moore

Walter P Moore and Associates, Inc.
1700 K Street NW, Suite 1050
Washington, DC 20006

202.481.7685

Project Name:
JOHN F. KENNEDY CENTER SOFFIT PANEL CONDITION ASSESSMENT

Client:
HITT CONTRACTING INC.

| No. | Date | Description |
|---|---|---|
| | 09/28/2026 | SCOPE LOCATIONS |

Designed by:
Approved by: ST
Drawn by: LH/MS
Project Number:
Date:
Sheet Title:

SOFFIT PANEL PLAN

Sheet No.:

SK-2

Copyright (C) 2026 WALTER P. MOORE AND ASSOCIATES, INC.




RESULTS OF THE BORESCOPE AND DRONE OBSERVATIONS AT THE TOP SURFACE OF THE SOFFIT PANELS

LEGEND

- Roof Terrace Drain
- Roof Overhang Scupper
- Continuous Tile Planter Overhang Scupper

N

walter p moore

Walter P Moore and Associates, Inc.
1700 K Street NW, Suite 1050
Washington, DC 20006

202.481.7685

Project Name:
JOHN F. KENNEDY CENTER ROOF TERRACE CANOPY CONDITION ASSESSMENT

Client:
HITT

| No. | Date | Description |
|---|---|---|
| | 09/28/2026 | SCOPE LOCATIONS |

Designed by:
Approved by: ST
Drawn by: LH/MS
Project Number:
Date:
Sheet Title:

SOFFIT PANEL PLAN

Sheet No.:
SK-2

Copyright (C) 2026 WALTER P. MOORE AND ASSOCIATES, INC.