# B

[redacted]

---

**From:** Floca, Matt <[redacted]>
**Sent:** Wednesday, September 30, 2026 11:12 PM
**To:** KC Staff – All Locations <[redacted]>
**Subject:** Main Building Temporary Closure: Safety and Operations Update

Dear Kennedy Center Colleagues,

Thank you for your continued patience and professionalism as we assess the conditions necessary for safe operations in the main building. The building remains temporarily closed, and I want to update you on the findings, the work underway, and what this means for staff.

As previously shared, the Center has long-standing infrastructure needs. Independent engineers recently assessed the exterior soffits, the panels forming the underside of the building's overhangs, and their supporting components. Teams have also continued assessing electrical infrastructure, the Grand Foyer ceiling, and other building conditions.

**Assessment and temporary closure**

September 16: We temporarily closed the main building because of safety concerns, including the effect of perimeter restrictions on safe emergency exit routes.

September 23: We extended the temporary closure as the assessment continued.

September 25: Engineers documented significant corrosion in soffit assemblies and their supports and recommended keeping the public out of areas beneath and adjacent to the overhangs pending repairs or further evaluation.

Our facilities, safety, and security teams are now conducting a detailed emergency egress assessment to determine whether, and under what conditions, the building can safely support occupants and be evacuated while these restrictions remain in place. The main building will remain temporarily closed, pending that determination.

We currently expect the assessment to be completed within the next one to two weeks and

will share an update when it is complete, or sooner if the expected timing changes. This is an assessment timeline, not a reopening date. The immediate safety determination is separate from the scope and schedule of the broader renovation program.

**Clarification about the roof-design work**

I also want to clarify the status of the roof design work referenced in recent reporting. Any suggestion that we abandoned this work is misleading. The prior design contract had expired, and proceeding with the proposed standalone effort would have required a sole-source award. The contractor's proposed price also exceeded the estimate. Rather than proceed on that basis, we incorporated the design scope into the broader project-development plans that were beginning at that time. That pre-design work is underway now. The ongoing investigations and the recently completed engineering assessment of the soffit conditions are part of that process, establishing the conditions and repair requirements that will inform the coordinated design. These findings also inform our immediate safety precautions and occupancy decisions. We changed how the work would be procured and delivered; we did not abandon it.

**Staff access and work arrangements**

Remote work: Non-essential staff should continue working remotely unless directed otherwise by their supervisor. If you are unsure whether your role requires you to be on-site, please contact your supervisor.

Essential on-site staff: Use only the designated access routes through The REACH or approved entrances on parking garage Levels A, B, and C, following Safety and Security's instructions. Keep your Center-issued badge visible at all times.

Restricted areas: The Hall of States, Hall of Nations, and Grand Foyer remain restricted. Entry requires express authorization and compliance with all prescribed safety controls, including hard hats and any other required personal protective equipment. Wearing protective equipment does not, by itself, authorize entry.

**Campus information**

The REACH remains open to the public, with free programming continuing. Please use the designated pedestrian and accessible routes and follow all posted signs, barriers, and directions from Safety and Security.

**Media inquiries and questions**

Please direct all media inquiries to PJ Elliott, Director of Public Relations, at [redacted]. Continue bringing operational questions to your supervisor or leadership team and contact Human Resources if you need support or accommodations.

The safety of our staff, artists, and visitors remains our highest priority. Thank you for your continued commitment to the Center and to one another.

Sincerely,

Matt Floca

Executive Director & Chief Operating Officer
The John F. Kennedy Center for the Performing Arts
2700 F Street NW | Washington, DC 20566
[redacted] | Kennedy-Center.org

---

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.