# C

## EMERGENCY EVACUATION PROCEDURES

**UPDATED:** (DATE)
**APPROVED BY:** (NAME OR NAMES)
**AUTHORIZED BY:** (NAME)
**EFFECTIVE DATE:** (DATE)
**REVIEW DATE:** (DATE)
**RELATED DOCUMENT:** (NAME AND DATE OF EXISTING DOCUMENT)

### PURPOSE

These Emergency Evacuation Procedures are intended to support the safe and orderly evacuation of patrons, staff, artists, contractors, volunteers, and other occupants during emergency situations.

The existing emergency evacuation procedures and protocols established in **(name and date of existing document)** remain in effect. The procedures in this document supplement those requirements and specifically address emergency egress routes from the Center's Roof Terrace level and associated areas in consideration of current, as of **(date)**, campus-wide operational circumstances.

These circumstances may include, but are not limited to:

- Reduced numbers of staff, artists, contractors, and members of the public in the building.
- Temporary closure of portions of the campus to the public.
- Ongoing review and/or remediation of overhead soffits.
- Renovation, renewal, construction, and maintenance projects.
- Temporary changes to building access, circulation, or egress routes.
- Load-ins, loadouts, events, or other temporary activities that may affect normal circulation routes.

**NOTE: In all circumstances follow the direction of Security Personnel.** Security Personnel will have the most current information regarding building conditions, available routes, closures, hazards, and instructions from local and federal first responders and life-safety personnel.

Because building conditions and available routes may change from day to day, the routes identified in this document should not be considered permanently available. Security Personnel may modify, redirect, or discontinue an evacuation route whenever conditions make that route unsafe, inaccessible, or otherwise unsuitable.

DRAFT

**General Evacuation Responsibilities**

These procedures apply to all people occupying or visiting the Center, including visitors, staff, volunteers, artists, contractors, vendors, event personnel, and other authorized occupants (Occupants).

**Safety/Security** will establish appropriate assembly areas and communicate route changes in person and/or via the public emergency address system.

**Reminder to Staff:** During an evacuation:

- Remain calm and follow the instructions of Security Personnel.
- Begin evacuating when directed to do so.
- Keep moving until reaching the designated assembly area.
- Do not return for personal belongings.
- Do not re-enter the facility until authorized by Security Personnel.
- Report known hazards, missing persons, injured persons, or persons requiring assistance to Security Personnel.

**Accessibility:** The Center has plans for and will support the safe evacuation of people with disabilities and others who require assistance.

- Areas of rescue assistance are designated as being adjacent to elevators or emergency stairwells.
- Evacuation chairs (**evac-chairs**) will be staged on the Roof Terrace.
- Loaner wheelchairs will be made available at the HOS/HON level and at the REACH Welcome Pavilion, as needed.
  - These wheelchairs may be used by individuals who have been evacuated using an evac-chair, who have had to leave or abandon their personal mobility device, or who require additional assistance.
- Elevators may be used as specifically directed by Security Personnel or emergency responders.
- Security Personnel will coordinate assistance for individuals who require mobility, communication, sensory, or other assistance.

**<u>EVACUATION ROUTES FROM THE ROOF TERRACE LEVEL</u>**

**PRIMARY EVACUATION ROUTES**

See existing procedures and protocols (referenced above). Security will modify these, as needed, daily changes to areas of the building that are open/closed, unavailable, obstructed by renovations, repairs and renewals, load-ins and loadouts.

Safety/ Security has established the following designated assembly areas:

- REACH Plaza / Presidential Grove (South).
- Watergate garage (North)

**SECONDARY EVACUATION ROUTES**

**Evacuation routes from Roof Terrace level, Nations and States Gallery into A, B, and C-Level Garage**

Utilizing the following 8 stairwells:

- four (4) Exhibit stairwells North and south
- two (2) Stairwells near the Terrace Coat Check
- two (2) Stairwells near the Kitchen entrance

All stairwells lead into the HOS/ HON

- Once Occupants reach the HON and HOS, Security Officers will direct them to:
  - use the stairs, escalators or elevators (depending on circumstances and nature of the emergency) to levels A, B, or C of the parking garage.
  - Security Officers will be present and stationed to direct people and cars out of the parking garage.

**TERTIARY EVACUATION ROUTES**

In the event that all other routes are blocked, obstructed or unavailable, and if directed by security personnel, the following evacuation procedures and routes will be followed:

**From the Roof Terrace and Nations Gallery Evacuation into South Fire Tunnel**

Security Officers will:

- Direct Occupants towards the:
  - exhibit stairwell south side, or the
  - two (2) stairwells next to the Kitchen/RA area entrance.
- All stairwells lead to the Hall of Nations (HON).
- Once Occupants reach the HON, Security Officers will:
  - direct them east towards the Opera House backstage door and into the backstage lobby.

DRAFT

- From the lobby area of the backstage door, everyone will be directed through the stage door and directly into the stairwell.
- That stairwell leads everyone to the B-Level south fire tunnel.
- The south fire tunnel leads everyone safely along the B-Level and exits next to the REACH welcome pavilion entrance or A-Level south garage exit.

**From the States Gallery Evacuation into North Fire Tunnel or North Service Tunnel**

Security Officers will:

- Direct Occupants towards the:
  - two (2) exhibit stairwells or the,
  - two (2) stairwells adjacent to the terrace coat check.
- All stairwells lead to the Hall of States (HOS).
- Once Occupants reach the HOS, Security Officers will:
  - direct them east towards the Family Theater entrance.
  - Once inside the Family Theater lobby area, they will be directed into the stairwell leading to A-Level production area/ Loading dock one (LD-1).
  - After reaching A-Level passing through to LD-1 area, they will be directed down LD-1 ramp and into the North Fire tunnel,
  - exiting just east of A-Level garage or exit onto F-Street from the north service tunnel.

DRAFT