

DELTA
CONSULTING GROUP

# Construction Program Assessment

INDEPENDENT CONSTRUCTION PROGRAM ASSESSMENT AND ADVISORY SERVICES

August 13, 2026

Contract No. 33310526C0011

*Prepared for*

The Kennedy Center

*Privileged & Confidential*

# Darin L. **Buchalter**

## Chief Executive Officer

**Darin L. Buchalter** is a senior operating executive with 36 years of experience driving turnaround, transformation and strategic growth across the professional services, real estate and construction industries.

- Proven track record delivering year-over-year revenue growth, EBITDA improvement and increased enterprise and shareholder value
- Extensive executive leadership experience across businesses ranging from startup operations to companies exceeding $550 million in revenue
- Deep expertise leading global transformations that enhance operational performance, market position and company valuation
- Experienced in leading human capital-intensive, asset-light businesses with a focus on strategic growth and financial performance
- Independent board member of several private equity-backed companies and former Chair of the Friends of the San Francisco Public Library

### Education

- **Harvard Business School Executive Education**
  Leading Professional Service Firms, January 2020
- **University of California, Santa Cruz**
  BA (Honors, Phi Beta Kappa), 1990

### Certifications & Licenses

- Fellow of the Royal Institution of Chartered Surveyors (FRICS)
- Counselor of Real Estate (CRE)

DELTA CONSULTING GROUP

**T:** (646) 814-9421
**E:** dbuchalter@delta-cgi



# Operate

## AND PARTIALLY RENOVATE

*(all figures in millions USD; except percentages)*

| Scope | Funding | Need | Shortfall |
|---|---|---|---|
| Utilities | 225 | 225 | -- |
| Structure | 32 | 156 | (124) |
| Venues | -- | 179 | (179) |
| Total | 257 | 560 | (303) |

| SOURCES | OPERATING FUND |
|---|---|
| Programming | |
| Kennedy Center | 32.7 |
| Education & Visual Arts Disability | 1.1 |
| National Symphony Orchestra | 6.6 |
| External programming and events | 3.2 |
| Auxiliary services | 5.0 |
| Ticket handling fees and other revenues | 5.1 |
| Contributions | 62.0 |
| **Total** | **115.7** |

| USES | OPERATING FUND |
|---|---|
| Programming | |
| Kennedy Center | 72.5 |
| Education & Visual Arts Disability | 15.3 |
| National Symphony Orchestra | 41.9 |
| External programming and events | 2.2 |
| Auxiliary services | 3.6 |
| General & Administrative, Marketing & Sales | 39.1 |
| Development, Institutional Affairs | 16.2 |
| Production, Operation and Maintenance | 2.6 |
| **Total** | **193.5** |
| **Difference** | **(77.8)** |

## Partial Access. Higher Cost. Prolonged Impact.

- 4-year revolving closures throughout main building.
- One-third of the main structure will be inaccessible to the public at any given time; accordingly, programming, ticket sales and patron experience will be constrained.
- Invested capital will deliver 46% of the program, with an annual operating deficit of ~$78M for the term of the renovation.

## CAPITAL INVESTMENT

- The logistics and duration of simultaneously operating and renovating reduces the amount of capital spent on the building.
- The $257M appropriation does not deliver the full program.
- Instead, the renovation of the structure is under-funded and venue improvement is unfunded.

## OPERATING DEFICIT

- Phased construction will impact the usable programming space by one-third each year.
- Revenue will reduce given the disruption caused by significant construction.
- At the same time, operating costs will be constant given the extent of necessary operations.
- Endowment releases and new contributions will become critical while disruption at the Center is high.

## Considerations

- The state of disrepair is significant and escalating; the remedy is invasive.
- Patron safety will be an ever-present challenge.
- Time introduces increased uncertainty and complexity.
- Fundraising efforts will go to operating costs and infrastructure remediation, rather than building a durable, profitable national arts program through a sustainable endowment.

# Partially Close
## AND RENOVATE

## Essential Renovations. Protect the Institution.

- 2-year concentrated renovation duration; close the main building; erect fencing and commence large scale renovations.
- This program renovates an historic structure and is not a wholesale rebuilding of the site; character-defining historic elements will be restored and preserved.
- Mission-based programming continues in the REACH, the primary onsite hub.
- NSO events are held offsite through regional partner venues, touring and digital broadcasts. Signature events like the Kennedy Center Honors and the Mark Twain Prize are also held offsite.
- Allows the time necessary to program for 2028-2029 in accordance with industry practice, mitigates market and consumer confusion, and best preserves the brand by delivering the highest caliber performances in the highest quality venues.

## CAPITAL INVESTMENT

- The $257M appropriation advances 90% of the program.
- Value engineering or targeted fundraising of $30M would close the gap and enable 100% completion.
- Commercial execution costs 40% more for the same scope.

## OPERATING DEFICIT

- Curtails annual operating deficit of ~$78M.
- Partially closing enables staff reduction and a reset of expenses.
- Pro forma operating deficit (before debt service) is minimal during a shorter renovation period.
- Partially closing preserves current funds, limits long-term reputational harm and delivers a faster return to full programming.

## Considerations

- The Center maintains its statutory cultural mandate during a facility shutdown.
- The REACH will preserve the memorial experience with public displays and interactive content.
- The renovation process will serve as a means of engagement with patrons and donors.
- Key staff will be redeployed in alignment with the needs of the Center during renovations.
- Focused execution over shortest possible duration further reduces cost uncertainty.
- Vertically integrated delivery model avoids standard commercial premiums.
- Fundraising efforts build endowment funds and durability of the national arts program.

*(all figures in millions USD; except percentages)*

| Scope | Vertically Integrated | Commercial Bid | Premium |
|---|---|---|---|
| Utilities | 115 | 160 | +45 |
| Structure | 80 | 110 | +30 |
| Venues | 90 | 130 | +40 |
| Total | 285 | 400 | +115 / +40% |

| SOURCES | OPERATING FUND |
|---|---|
| Programming | |
| Kennedy Center | 38.3 |
| Education & Visual Arts Disability | 8.3 |
| National Symphony Orchestra | 28.3 |
| External programming and events | - |
| Auxiliary services | - |
| Ticket handling fees and other revenues | 1.2 |
| **Total** | **76.1** |

| USES | OPERATING FUND |
|---|---|
| Programming | |
| Kennedy Center | 8.1 |
| Education & Visual Arts Disability | 7.7 |
| National Symphony Orchestra | 44.0 |
| External programming and events | - |
| Auxiliary services | - |
| General & Administrative | 4.6 |
| Fundraising | 2.7 |
| IT & System Infrastructure | 5.6 |
| **Total** | **72.7** |
| **Difference** | **3.4** |

DELTA
CONSULTING GROUP




delta-cgi.com