# A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - -x

JOYCE BEATTY, :

Plaintiff, :

v. : Case No.

DONALD J. TRUMP, et al., : 25 Civ 4480 (CRC)

Defendants. :

- - - - - - - - - - - - - - - - -x

Wednesday, October 7, 2026
Washington, D.C.

Deposition of:

MATT FLOCA 30(b)(6),

called for oral examination by counsel for the Plaintiff, pursuant to notice, at the law offices of Washington Litigation Group, 1717 K Street, Northwest, Suite 1120, Washington, D.C. 20006, before Christina S. Hotsko, RPR, CRR, CA CSR, of Lexitas, a Notary Public in and for the District of Columbia, beginning at 9:45 a.m., when were present on behalf of the respective parties:

A P P E A R A N C E S

On behalf of Plaintiff:
KYLE R. FREENY ESQUIRE
ALEXANDER KRISTOFCAK, ESQUIRE
ROSA BAUM, ESQUIRE
Washington Litigation Group
1717 K Street, Northwest, Suite 1120
Washington, D.C. 20006
(202) 521-8750

On behalf of Defendants:
WILLIAM JANKOWSKI, EQUIRE
CHRISTOPHER M. LYNCH, ESQUIRE
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, Northwest
Washington, D.C. 20530-0001
(202) 514-2000

Also Present:
Elliot Berke, Kennedy Center General Counsel
Bridget Kennedy-Bailey, Washington Legal Group

A. Correct.
Q. Okay. If President Trump directed the board not to proceed with renovation until he got recognition that he was seeking -- let me just start that again because I might have made a mistake.
If the -- if Chairman Trump directed the Center or Center management not to proceed with renovation until he received certain recognition by the Center, would the Center follow that instruction?
MR. JANKOWSKI: Objection. Vague and speculative.
THE WITNESS: An instruction like that would need to come by way of resolution. That is counter to the resolution that was passed in the previous board meeting.
BY MS. FREENY:
Q. Which resolution? In -- the September resolution?
A. Yes.
Q. Okay. And so if Chairman Trump made that

instruction to Center management without having gotten board approval, you're saying that the Center would not follow that instruction?

MR. JANKOWSKI: Objection. Vague and speculative.

THE WITNESS: The Center responds to the board, and President Trump is the chair of the board and a trustee.

BY MS. FREENY:

Q. Yes.

A. So it would have to be a -- that's pretty one to one, that -- the board would have to say, here's what needs to happen, and the Center would respond to that.

Q. Does the Center expect a situation in which President Trump either directs or suggests that renovations should not proceed until he gets recognition?

MR. JANKOWSKI: Objection. Compound and speculative and vague.

THE WITNESS: I don't -- I don't know what to expect.

BY MS. FREENY:
Q. Okay. I'm going to draw your attention to tab -- or ask you to turn to tab 25 in your binder.
MS. FREENY: And that is going to be marked as Exhibit -- what are we up to?
MS. BAUM: 9.
MS. FREENY: Exhibit 9.
(Floca (30(b)(6) Deposition Exhibit 9 marked for identification and attached to the transcript.)
BY MS. FREENY:
Q. Mr. Floca, can you take a look at Exhibit 9 and confirm for me that this is a Truth Social post from Donald Trump from September 15th, 2026?
A. Where is the date?
Q. In the --
A. Oh, yes. September 15th. Sorry.
Q. And that's the same date of the board meeting?
A. Yes.

Q. Okay. Do you recall when you first saw this -- saw this post?
A. I don't.
Q. Do you recall learning that President Trump had made a social media post where he had indicated that if the ruling on the renaming issue, which is at the D.C. Circuit, is a negative one, that the reconstruction and renovation of the Kennedy Center will not take place?
A. There's a sep- -- you're saying there's a separate tweet that says that?
Q. Oh, no. So if you take a look --
A. Oh, sorry.
Q. You see where it says, "If the ruling is a negative one" -- let me back up just so you get the whole picture.
Do you see where it starts, "The closing"?
A. Yes.
Q. Or why don't we just -- just read the whole thing.

A. Yeah.
Q. "The board of the Kennedy Center today agreed, almost unanimously, to close the building for safety reasons and so that it can begin the process of reconstruction."
And so that, you would agree, indicates that this Truth Social post was issued after the board meeting was held, right?
A. Yes.
Q. Okay. And then Mr. Trump goes on to say, "The closing will take place immediately; however, the renovation and reconstruction, which is a very large and complex job, cannot begin until such time as the D.C. Circuit rules on the board's approved name."
Do you see that?
A. I do.
Q. And then he goes on to say, "If the ruling is a negative one, which it should not be, and is not overturned by the U.S. Supreme Court, the reconstruction and the renovation of the Kennedy Center will not take place."

Do you see that?

A. Yes.

Q. Do you recall -- even if you don't recall actually seeing this tweet specifically, do you recall knowing or learning that President Trump had made a Truth Social post in sum and substance like this?

A. Yes.

Q. Okay. What can you tell me about when you first learned that?

MR. JANKOWSKI: Objection. Vague.

THE WITNESS: I think it was that afternoon, or early the next day.

BY MS. FREENY:

Q. Okay. And what was the Center's response, if any, after learning that Chairman Trump had indicated that the renovation and reconstruction that had just been approved by the board would not, at least according to him, take place until rulings on the renaming issue?

A. Again, this is not a -- the form of direction that the Center can take.

Q. Uh-huh.

A. Resolutions or committee meeting guidance, that's the direction that the Center takes.

Q. Has anyone at the Center had any discussions with President Trump about his public statement that the reconstruction and renovation of the Kennedy Center will not take place unless certain things happen in the legal proceedings around renaming?

MR. JANKOWSKI: Object on executive privilege grounds and instruct the witness not to answer.

MS. FREENY: And I assume that's the same presidential communications aspect.

MR. JANKOWSKI: Yes.

MS. FREENY: And I assume that the answer will be the same when I ask whether you have -- whether you're making an assertion at the direction of the president or his designee.

MR. JANKOWSKI: Same answer.