**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOYCE BEATTY,<br><br>*Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-4480 (CRC) |

**NOTICE OF ERRATA**

In conducting discovery in this case, it has come to Defendants' attention that portions of three sentences in Defendants' consolidated memorandum in support of their renewed motion for partial summary judgment and motion to dissolve the preliminary injunction, ECF Nos. 88-1 & 89-1, mistakenly describe the JLL Comprehensive Project Development Plan shared with the Center's Board in advance of its August 13, 2026 meeting.

Specifically, the first sentence of the second full paragraph of page 9 of Defendants' memorandum includes the statement that the JLL report "includ[es] a comparison of the construction costs of a two year closure of the building and an alternative four-year project with phased, partial closures of the building" and the final sentence of the first paragraph of page 32 of Defendants' memorandum states that "JLL's estimate that a phased closure of parts of the building would cost $41 million more than a temporary closure of the building—in construction costs alone—further supports this conclusion." ECF Nos. 88-1 & 89-1 at 14, 37.[1] The comparative

[1] The page citations in the text of the preceding sentence refer to the page numbers at the bottom center of Defendants' brief on which the quoted material appears. The page numbers in the citation refer to the corresponding page numbers in the blue ECF stamp at the top of the page of the filed document.

assessment described in those two sentences references not the June 8 version of the JLL report presented to the Board in advance of its August 13, 2026 meeting, but an alternate version of the report provided to the Center on August 20, 2026, which was not provided to the Board. The updated version of the JLL report has been provided to Plaintiff in discovery.

Additionally, in the fourth sentence of the second full paragraph of page 30, Defendants describe the JLL report as a "180-page" report, the length of the report Defendants received on August 20, rather than a 160-page report, which was the length of the report provided to the Board in advance of the August 13 meeting. *See* ECF Nos. 88-1 & 89-1 at 35.[2]

Defendants regret these errors, correct the reference to a "180-page" report to a "160-page" report, and withdraw the remaining quoted language above from their memorandum.

[2] *See supra* n.1.

Dated: October 21, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

BRANTLEY MAYERS
Counsel to the Assistant Attorney General

STEPHEN M. ELLIOTT
Assistant Branch Director

CHRISTOPHER M. LYNCH
Chief Litigation Counsel

*/s/ William S. Jankowski*
WILLIAM S. JANKOWSKI
D.C. Bar No. 90021524
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
(202) 353-7578
william.s.jankowski@usdoj.gov

*Counsel for Defendants*