# EXHIBIT A

**Beatty v. Trump**
**No. 1:25-cv-4480 (CRC) (D.D.C.)**
**Defendants' Privilege Log**
**October 23, 2026**

| Privilege Control Number | DATE | Bates No | FROM | To | CC | Description | Privilege | Privilege Description |
|---|---|---|---|---|---|---|---|---|
| 1 | 07-30-26 | n/a | Matt Floca (Kennedy Center) | Meghan Danner (Department of Commerce); Walker Shippy (Department of Commerce); Layla Rogers (White House Executive Office of the President) | | Email thread between Matt Floca and advisers at the Department of Commerce and in the White House Executive Office of the President. First email (to Meghan Danner) sent on 7/30/26 at 2:30 PM. Second email (to Walker Shippy) sent on 7/30/26 at 2:40 PM. Third email (to Layla Rogers) sent on 7/30/26 at 3:07 PM. | Executive privilege (Presidential Communications Privilege) | Email communication to presidential advisers intended to provide deliberative information to aid President and advisers in decisionmaking; attaches summary document discussing Kennedy Center matters |
| 2 | 07-30-26 | n/a | Matt Floca (Kennedy Center) | Meghan Danner (Department of Commerce); Walker Shippy (Department of Commerce); Layla Rogers (White House Executive Office of the President) | | Attachment to email thread described above in privilege control number 1. | Executive privilege (Presidential Communications Privilege) | Summary document intended to inform President and advisers about Kennedy Center matters |
| 3 | 06-17-26 | n/a | Meredith Syms (Office of Presidential Correspondence, Executive Office of the President) | Matt Floca (Kennedy Center) | | Email thread between Meredith Syms and Matt Floca discussing distribution of presidential correspondence; includes four emails. First email (Syms to Floca) sent 6/17/2026 at 3:55 PM. Second email (Floca to Syms) sent 6/17/2026 at 4:09 PM. Third email (Syms to Floca) sent 6/17/2026 at 4:10 PM. Fourth email (Floca to Syms) 6/17/2026 at 4:13 PM. | Executive privilege (Presidential Communications Privilege) | Communications between presidential adviser and head of Kennedy Center regarding the facilitation of correspondence between President and Mr. Floca |
| 4 | 04-23-26 | n/a | Elliot Berke (Kennedy Center) | Marie Policastro (White House Executive Office of the President) | Natalie Harp (White House Executive Office of the President); Chamberlain Harris (White House Executive Office of the President); Matt Floca (Kennedy Center) | Email thread started by Elliot Berke regarding planning for the Kennedy Center Honors program. First email (Berke to Policastro, Harp, Harris, Floca) sent 4/23/2026 at 3:54 PM. Second email (Policastro to Berke, Harp, Harris, Floca) sent 5/1/2026 at 10:18 AM. Third email (Berke to Policastro, Harp, Harris, Floca) sent 5/1/2026 at 10:21 AM. Fourth email (Policastro to Berke, Harp, Harris, Floca) sent 5/1/2026 at 1:56 PM. Fifth email (Berke to Policastro, Harp, Harris, Floca) sent 5/1/2026 at 2:01 PM. Sixth email (Berke to Policastro, Harp, Harris, Floca) sent 5/1/2026 at 2:07 PM. Seventh email (Berke to Policastro, Harp, Harris, Floca) sent 5/5/2026 at 3:49 PM. Eighth email (Policastro to Berke, Harp, Harris, Floca) sent 5/6/2026 at 9:27 AM. Ninth email (Berke to Policastro, Harp, Harris, Floca) sent 5/6/2026 at 9:32 AM. Tenth email (Berke to Policastro, Harp, Harris, Floca) sent 5/7/2026 at 12:39 PM. Eleventh email (Policastro to Berke, Harp, Harris, Floca) sent 5/7/2026 at 12:46 PM. Twelfth email (Berke to Policastro, Harp, Harris, Floca) sent 5/7/2026 at 12:57 PM. Thirteenth email (Berke to Policastro, Harp, Harris, Floca) sent 5/22/2026 at 11:27 AM. Fourteenth email (Policastro to Berke, Harp, Harris, Floca) sent 5/26/2026 at 9:46 AM. Fifteenth email (Berke to Policastro, Harp, Harris, Floca) sent 6/2/2026 at 10:32 AM. Sixteenth email (Policastro to Berke, Harp, Harris, Floca) | Executive privilege (Presidential Communications Privilege) as to whole thread; attorney-client privilege (as to portion of fifteenth email only). | Executive privilege: communications between representative of Kennedy Center and presidential advisers reflecting deliberations over planning for Kennedy Center Honors program<br><br>Attorney-client privilege: communication in fifteenth email between Kennedy Center General Counsel and presidential advisers (serving President, who is a Defendant/Chair of Kennedy Center Board) briefly discussing steps following May 29 preliminary injunction |

| Privilege Control Number | DATE | Bates No | FROM | To | CC | Description | Privilege | Privilege Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | | sent 6/2/2026 at 10:42 AM. Seventeenth email (Berke to Policastro, Harp, Harris, Floca) sent 6/2/2026 at 10:44 AM. | | |
| 5 | 05-29-26 | n/a | Matt Floca (Kennedy Center) | Joshua Fisher (White House Executive Office of the President) | | Email thread started by Matt Floca attaching executive memorandum on Kennedy Center operations, statutory duties, and litigation risks). First email (Floca to Fisher) sent 5/29/2026 at 9:56 AM. Second email (Fisher to Floca) sent 5/29/2026 at 10:07 AM. | Executive privilege (Presidential Communications Privilege) | Communications between head of Kennedy Center and presidential adviser including an attachment intended to inform President and advisers in deliberations over Kennedy Center operations |
| 6 | 05-29-26 | n/a | Matt Floca (Kennedy Center) | Joshua Fisher (White House Executive Office of the President) | | Executive memorandum attached to email thread described above in privilege control number 5. Discussion of Kennedy Center operations, statutory duties, litigation risks, financial outlook | Executive privilege (Presidential Communications Privilege) as to whole thread; attorney-client privilege/attorney work product (as to portions reflecting Kennedy Center legal assessment of statutory duties and litigation risks) | Executive privilege: communications between head of Kennedy Center and presidential adviser including an attachment intended to inform President and advisers in deliberations over Kennedy Center operations<br><br>Attorney-client privilege: portions of executive memorandum between head of Kennedy Center and presidential adviser contain Center's legal positions on statutory/trust responsibilities and litigation risk |
| 7 | 07-30-26 | n/a | Emma Wilson (Office of Presidential Scheduling, White House Executive Office of the President) | Matt Floca (Kennedy Center) | Tiffany Boguslawski (White House Executive Office of the President) | Email regarding scheduling presidential meeting on July 30, 2026 and White House logistical details | Executive privilege (Presidential Communications Privilege) | Communication between presidential adviser and head of Kennedy Center regarding facilitation of in-person meeting with President |
| 8 | 06-18-26 | n/a | Matt Floca (Kennedy Center) | Natalie Harp (White House Executive Office of the President) | | Text message thread between Matt Floca and presidential adviser (Harp). In-scope messages begin on 6/18/2026. First message (Floca to Harp) sent 6/18/2026 at 8:34 PM. Second message (Harp to Floca) sent same day. Third message (Harp to Floca) sent 7/14/2026 at 12:04 PM. Fourth message (Floca to Harp) sent same day. Fifth message (Harp to Floca) sent same day). Sixth message (Harp to Floca) sent 7/30/2026 at 11:53 AM. Seventh message (Floca to Harp) sent same day. Eighth message (Harp to Floca) sent 8/2/2026 at 9:22 AM. Ninth mesage (Harp to Floca) sent 9/15/2026 at 11:50 AM. Tenth message (Floca to Harp) sent same day. Eleventh message (Harp to Floca) sent same day. Twelfth and thirteenth messages (Floca to Harp) sent same day. Fourteenth, fifteenth, and sixteenth messages (Harp to Floca) sent same day. Seventeenth and eighteenth messages | Executive privilege (Presidential Communications Privilege) | Communications between presidential adviser and head of Kennedy Center regarding operations, renovation, Board of Trustee matters at Kennedy Center, intended to inform and reflect presidential deliberations |

| Privilege Control Number | DATE | Bates No | FROM | To | CC | Description | Privilege | Privilege Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | | (Floca to Harp) sent same day. Nineteenth message (Harp to Floca) sent same day. | | |
| 9 | 05-30-26 | n/a | Matt Floca (Kennedy Center) | Howard Lutnick (Secretary of Commerce; presidential adviser) | | Text message thread between Matt Floca and Secretary of Commerce/presidential adviser.<br><br>Thread begins on 5/30/2026. Eleven messages (Floca to Lutnick) on 5/30/2026.<br><br>One message (Lutnick to Floca) on 5/31/2026. Four messages (Floca to Lutnick) on same day.<br><br>Two messages (Floca to Lutnick) on 6/1/2026. One message (Lutnick to Floca) on same day. One message (Floca to Lutnick) on same day. One message (Lutnick to Floca) on same day.<br><br>One message (Floca to Lutnick) on 6/2/2026. One message (Lutnick to Floca) on same day. Three messages (Floca to Lutnick) on same day.<br><br>Three messages (Floca to Lutnick) on 6/3/2026. Two messages (Lutnick to Floca) on same day. Two messages (Floca to Lutnick) on same day.<br><br>One message (Floca to Lutnick) on 6/4/2026. One message (Lutnick to Floca) on same day. One message (Floca to Lutnick) on same day.<br><br>One message (Floca to Lutnick) on 6/5/2026. Two messages (Lutnick to Floca) on same day. Two messages (Floca to Lutnick) on same day. One message (Lutnick to Floca) on same day. Two messages (Floca to Lutnick) on same day. One message (Lutnick to Floca) on same day.<br><br>Two messages (Floca to Lutnick) on 6/8/2026. Two messages (Lutnick to Floca) on same day. Two messages (Floca to Lutnick) on same day.<br><br>One message (Floca to Lutnick) on 6/10/2026.<br><br>Eight messages (Floca to Lutnick) on 6/11/2026. One message (Lutnick to Floca) on same day. One message (Floca to Lutnick) on same day.<br><br>One message (Floca to Lutnick) on 6/12/2026. One message (Lutnick to Floca) on same day. Five messages (Floca to Lutnick) on same day.<br><br>Three messages (Floca to Lutnick) on 6/24/2026. One message (Lutnick to Floca) on same day. One message (Floca to Lutnick) on same day.<br><br>One message (Lutnick to Floca) on 6/25/2026. One message (Floca to Lutnick) on same day. One message (Lutnick to Floca) on same day. One message (Floca to Lutnick) on same day.<br><br>Two messages (Lutnick to Floca) on 7/6/2026. One message (Floca to Lutnick) on same day. One message (Lutnick to Floca) on same day. One message (Floca to Lutnick) on | Executive privilege (Presidential Communications Privilege) as to whole thread; attorney-client privilege/attorney work product (as to first and second messages on 6/2/2026; all messages on 6/3/2026; final two messages on 6/24/2026) | Executive privilege: conversation between head of Kennedy Center and cabinet secretary about operations, renovation, and other planning related to Kennedy Center Board of Trustees and management matters. Deliberative conversations, all intended to help advisers formulate plans to and reflect advice from the President.<br><br>Attorney-client privilege/attorney work product: text messages cited reflect attorney input (which was not made public) regarding compliance with court orders and other litigation requirements. |

| Privilege Control Number | DATE | Bates No | FROM | To | CC | Description | Privilege | Privilege Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | | same day.<br><br>One message (Floca to Lutnick) on 7/16/2026. One message (Lutnick to Floca) on same day. Three messages (Floca to Lutnick) on same day. One message (Lutnick to Floca) on same day. One messsage (Floca to Lutnick) on same day.<br><br>One message (Floca to Lutnick) on 7/30/2026. Two messages (Lutnick to Floca) on same day. One message (Floca to Lutnick) on same day. One message (Lutnick to Floca) on same day. One message (Floca to Lutnick) on same day. One message (Lutnick to Floca) on same day. Three messages (Floca to Lutnick) on same day.<br><br>One message (Lutnick to Floca) on 7/31/2026. Two messages (Floca to Lutnick) on same day.<br><br>One message (Floca to Lutnick) on 8/7/2026.<br><br>One message (Floca to Lutnick) on 8/9/2026. One message (Lutnick to Floca) on same day. One message (Floca to Lutnick) on same day.<br><br>Two messages (Lutnick to Floca) on 8/10/2026.<br><br>Six messages (Floca to Lutnick) on 8/11/2026.<br><br>One message (Floca to Lutnick) on 8/12/2026. One message (Lutnick to Floca) on same day. One message (Floca to Lutnick) on same day.<br><br>One message (Floca to Lutnick) on 8/13/2026. One message (Lutnick to Floca) on same day. Five messages (Floca to Lutnick) on same day. One message (Lutnick to Floca) on same day.<br><br>One message (Lutnick to Floca) on 8/14/2026. One message (Floca to Lutnick) on same day.<br><br>One message (Floca to Lutnick) on 8/25/2026. One message (Lutnick to Floca) on same day. One message (Floca to Lutnick) on same day.<br><br>Three messages (Floca to Lutnick) on 8/27/2026.<br><br>One message (Lutnick to Floca) on 8/30/2026. Two messages (Floca to Lutnick) on same day. One message (Lutnick to Floca) on same day. One message (Floca to Lutnick) on same day.<br><br>One message (Floca to Lutnick) on 9/1/2026. One message (Lutnick to Floca) on same day. Three messages (Floca to Lutnick) on same day.<br><br>One message (Floca to Lutnick) on 9/2/2026.<br><br>One message (Floca to Lutnick) on 9/3/2026. One message (Lutnick to Floca) on same day. One message (Floca to Lutnick) on same day. One message (Lutnick to Floca) on same day. | | |

| Privilege Control Number | DATE | Bates No | FROM | To | CC | Description | Privilege | Privilege Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Two messsages (Floca to Lutnick) on 9/4/2026. One message (Lutnick to Floca) on same day. One message (Floca to Lutnick) on same day. One message (Lutnick to Floca) on same day.<br><br>Two messages (Floca to Lutnick) on 9/5/2026.<br><br>Two messages (Floca to Lutnick) on 9/9/2026.<br><br>Two messages (Floca to Lutnick) on 9/10/2026.<br><br>One message (Floca to Lutnick) on 9/11/2026.<br><br>One message (Floca to Lutnick) on 9/14/2026. One message (Lutnick to Floca) on same day. Three messages (Floca to Lutnick) on same day. Two messages (Lutnick to Floca) on same day. Two messages (Floca to Lutnick) on same day. One message (Lutnick to Floca) on same day. Three messages (Floca to Lutnick) on same day.<br><br>Two messages (Floca to Lutnick) on 9/15/2026. One message (Lutnick to Floca) on same day. Two messages (Floca to Lutnick) on same day. | | |