**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOYCE BEATTY,<br><br>*Plaintiff*,<br>v.<br><br>DONALD J. TRUMP *et al.*,<br><br>*Defendants*. | No. 25-CV-4480 (CRC) |

**DECLARATION OF ALEXANDER KRISTOFCAK**

I, Alexander Kristofcak, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I represent Plaintiff Joyce Beatty in this matter. I submit this declaration in support of Plaintiff's Opposition to Defendants' Motion to Dissolve the Preliminary Injunction. I have personal knowledge of the facts stated herein except where stated otherwise.

2. Exhibits A through H contain the deposition transcripts, deposition exhibits, documents produced by Defendants in discovery, and other documents cited in the Opposition. Each exhibit begins with a cover sheet bearing its exhibit letter, and each deposition exhibit or other document within an exhibit is preceded by a slip sheet identifying it. Where an exhibit contains excerpts rather than a complete document, the excerpts consist of the first page of the transcript or document, each page cited in the Opposition, and the pages immediately before and after each cited page; transcript excerpts also include the court reporter's certificate.

3. Attached to this declaration as **Exhibit A** are true and correct copies of excerpts of the transcript of the October 1, 2026, deposition of Joseph LaFauci taken in this matter, together with excerpts of LaFauci Deposition Exhibit 3 (e-mail chain dated August 31, 2026, transmitting

the report of Delta Consulting Group), Exhibit 4 (minutes of the August 13, 2026, Board meeting), and Exhibit 8 (materials for the September 15, 2026, special meeting of the Board).

4. Attached to this declaration as **Exhibit B** are true and correct copies of excerpts of the transcript of the October 2, 2026, deposition of Carissa Faroughi taken in this matter.

5. Attached to this declaration as **Exhibit C** are true and correct copies of excerpts of the transcript of the October 5, 2026, deposition of Darin Buchalter taken in this matter, together with excerpts of Buchalter Deposition Exhibit 1 (contract order and solicitation, KC-BEATTY0200–0262), Exhibit 3 (e-mail chain dated August 8, 2026, KC-BEATTY0405–0453), Exhibit 6 (Delta Consulting Group's presentation to the Board of Trustees on August 13, 2026), and Exhibit 11 (Appendix T to Delta Consulting Group's Construction Program Assessment Report).

6. Attached to this declaration as **Exhibit D** are true and correct copies of excerpts of the transcript of the October 6, 2026, deposition of Matthew Floca taken in this matter, together with Floca Deposition Exhibit 1 (memorandum dated March 4, 2026, KC-BEATTY0827–0829) in its entirety; excerpts of Exhibit 2 (materials for the August 3, 2026, meeting of the Board's Audit and Finance Committee, KC-BEATTY1089–1096), excerpts of Exhibit 6 (Defendants' Objections and Responses to Plaintiff's First Set of Expedited Discovery Requests), excerpts of Exhibit 7 (e-mails dated September 16, 2026, KC-BEATTY0307–0349), and Exhibit 8 (cash-burn spreadsheet) in its entirety.

7. Attached to this declaration as **Exhibit E** are true and correct copies of excerpts of the transcript of the October 7, 2026, deposition of the John F. Kennedy Center for the Performing Arts pursuant to Federal Rule of Civil Procedure 30(b)(6), through its designee Matt Floca, together with Floca 30(b)(6) Deposition Exhibit 1 (declaration of Matthew Floca dated June 19,

2026), Exhibit 2 (minutes of the June 1, 2026, meeting of the Audit and Finance Committee), excerpts of Exhibit 4 (presentation to the June 1, 2026, meeting of the Audit and Finance Committee), excerpts from Exhibit 7 (Appendix V to Delta Consulting Group's Construction Program Assessment Report, containing the Kennedy Center's audited consolidated financial statements for fiscal years 2023 and 2024), excerpts from Exhibit 8 (agenda and materials for the September 15, 2026, special meeting of the Board), Exhibit 9 (Truth Social post dated September 15, 2026), Exhibit 11 (e-mail chain dated July 14, 2026, regarding the schedule for the Center's consultants, KC-BEATTY0075-1109), Exhibit 12 (e-mail chain dated September 16, 2026, regarding the timing of Delta Consulting Group's report, KC-BEATTY0307-0349), and Exhibit 14 (letter from Jones Lang LaSalle to the Kennedy Center dated June 16, 2026, KC-BEATTY6800–6806).

8. Attached to this declaration as **Exhibit F** are true and correct copies of documents, or excerpts of documents, produced by Defendants in discovery in this matter that were not marked as deposition exhibits, each identified by its Bates number: July 21, 2026, Award Decision Memorandum issued by the Kennedy Center (KC-BEATTY0078-0083); an e-mail from K. Brown dated September 4, 2026 (KC-BEATTY1178-1179); excerpts from The Trump Kennedy Center Renewal Project Charter (KC-BEATTY6956–6963); an e-mail chain between Jones Lang LaSalle and M. Floca dated August 20, 2026 (KC-BEATTY7744–7747); text messages among M. Floca, D. Buchalter, and K. Aziza (KC-BEATTY7835–7836); text messages between M. Floca and D. Buchalter (KC-BEATTY7837–7855); text messages between M. Floca and D. Arduin (KC-BEATTY7911-7922); Delta Presentation transmitted August 10, 2026, at 4:22 p.m. (KC-BEATTY7958-7963); Delta Presentation transmitted August 10, 2026, at 7:21pm (KC-BEATTY7946-7951); Delta August 7, 2026 Recommendation (KC-BEATTY7977-7978); Delta

Presentation transmitted August 10, 2026, at 6:27pm (KC-BEATTY7952-7957); and Delta Presentation transmitted August 9, 2026, at 11:11pm (KC-BEATTY7970-7975).

9. Attached to this declaration as **Exhibit G** are true and correct copies, in their entirety, of the following documents: (1) an e-mail from W. Jankowski to Plaintiff's counsel dated October 23, 2026; (2) a D.C. corporate filing for The Trump Kennedy Center for the Performing Arts Foundation dated March 18, 2026 obtained from https://dlcp.dc.gov/; (3) Defendants' Emergency Motion for a Stay Pending Appeal, filed on June 12, 2026, in *Beatty v. Trump*, No. 26-5224 (D.C. Cir.); (4) a letter from W. Jankowski to Plaintiff's counsel dated October 19, 2026; (5) the October 7, 2026, article titled "If the Kennedy Center Is 'Dangerous', Why Is the Symphony Rehearsing There?," published by the New York Times at https://www.nytimes.com/2026/10/07/us/politics/kennedy-center-trump.html; (6) the September 20, 2026, article titled "How President Trump Broke the Kennedy Center," published by the New York Times at https://www.nytimes.com/2026/09/20/us/politics/trump-kennedy-center.html; (7) the March 4, 2025, article titled "People Are Paying Millions to Dine With Donald Trump at Mar-a-Lago," published by Wired at https://www.wired.com/story/people-paying-millions-donald-trump-mar-a-lago/.

10. Attached to this declaration as **Exhibit H** is a true and correct copy the Comprehensive Project Development Plan that Jones Lang LaSalle provided to the Kennedy Center on August 20, 2026 (KC-BEATTY7562–7743). Defendants have designated parts of this document confidential, and Plaintiff is filing Exhibit H under seal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of October, 2026.

/s/ Alexander Kristofcak
Alexander Kristofcak
Washington Litigation Group
1717 K Street, NW, Suite 1120
Washington, D.C. 20006
(202) 521-8734
akristofcak@washingtonlitigationgroup.org