**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOYCE BEATTY,<br><br>*Plaintiff*,<br>v.<br><br>DONALD J. TRUMP *et al.*,<br><br>*Defendants*. | No. 25-CV-4480 (CRC) |

**DECLARATION OF NATHANIEL A.G. ZELINSKY**

I, Nathaniel A.G. Zelinsky, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I represent Plaintiff Joyce Beatty in this matter. I submit this declaration in support of Plaintiff's Opposition to Defendants' Motion to Dissolve the Preliminary Injunction. I have personal knowledge of the facts stated herein except where stated otherwise.

2. Exhibit I is a true and correct copy of an October 29, 2026 letter and portions of an appendix included therewith that Senator Sheldon Whitehouse sent to Elliot Berke, General Counsel of the John F. Kennedy Center for the Performing Arts; Defendant Matt Floca; and every member of the Board of Trustees for the John F. Kennedy Center for the Performing Arts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of October, 2026.

/s/ Nathaniel A.G. Zelinksy
Nathaniel A.G. Zelinksy
Washington Litigation Group
1717 K Street, NW, Suite 1120
Washington, D.C. 20006
(202) 521-8734
nzelinksy@washingtonlitigationgroup.org