**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOYCE BEATTY,<br><br>*Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP *et al.*,<br><br>*Defendants*. | No. 25 Civ. 4480 (CRC) |

**DECLARATION OF NIDHI RAO**

I, Nidhi Rao, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I submit this declaration in support of Plaintiff's opposition to Defendants' motion to lift the preliminary injunction. My declaration is based on my review of certain financial records and other documentation provided to me concerning the John F. Kennedy Center for the Performing Arts' financial condition and communications to its Board of Trustees and Audit and Finance Committee. My review was limited to the materials provided and did not constitute an audit, a review of individual transactions or independent verification of the Kennedy Center's financial records. Except as otherwise stated, the observations and conclusions herein are based on my review of these materials and my professional experience as a forensic accountant.

2. The following summarizes my three principal observations based on the financial information and other documentation provided to me. First, the unaudited financial records reflect significant Operating Fund deficits in FY2025 and FY2026. Second, the financial records and Cash Burn Scenarios do not provide sufficient information to determine the Center's overall financial condition, available liquidity, or ability to continue operations. In particular, I have not been provided with the FY2025 audited financial statements, periodic management financial statements and budget-to-actual comparisons for FY2026,[1] or sufficient supporting information to evaluate the Cash Burn Scenarios. Third, while certain financial information and concerns were communicated to the Audit and Finance Committee, the documentation provided does not establish whether, when, or to what extent the full Board of Trustees was informed of these matters. Given the serious financial concerns described in the Audit and Finance Committee and Board of Trustee meeting materials as discussed below, I would ordinarily expect the Board to receive current financial statements, cash flow projections, complete information about outstanding and projected financial obligations, and management's plans to address such concerns. The Board materials provided to me did not include this information, and I cannot determine whether it was provided through other means.

3. The materials I principally relied upon in preparing this declaration are identified in Appendix A.

**<u>Professional Background and Qualifications</u>**

4. I received a Bachelor of Business Administration in Accounting from the University of Texas at Arlington in 1994. I am a Certified Public Accountant (CPA), having

[1] Although the June 1, 2026 Audit and Finance Committee materials included FY2026 budgets and financial projections, I did not identify FY2026 actual operating results or budget-to-actual comparisons in the materials provided.

obtained licenses in Texas, Maryland, and the District of Columbia. I also hold the Certified Fraud Examiner (CFE), Certified in Financial Forensics (CFF), and Certified Compliance and Ethics Professional (CCEP) credentials.

5. I began my professional career in the internal audit departments of several multinational companies, where I gained experience evaluating financial reporting practices, internal controls, business processes, and operational risks.

6. I subsequently joined BDO USA P.C., where I worked for approximately 20 years, ultimately serving as a Managing Director in its Monitorship and Investigations practice. I am currently the Founder and Principal of Orion Forensic Advisory Services LLC, where I provide forensic accounting, investigative, and litigation-related services.

7. I have over 25 years of professional experience conducting and managing complex domestic and international forensic accounting investigations and litigation-related engagements. Throughout my career, I have conducted and managed numerous investigations involving allegations of financial misconduct, fraud, misappropriation of assets, and other financial irregularities. My work has included analyzing complex financial transactions, examining accounting records and underlying supporting documentation, tracing the receipt and disbursement of funds, and evaluating financial information to identify and assess potential irregularities.

8. I have extensive experience working with Boards of Directors, Audit Committees, senior management, and legal counsel in connection with internal investigations and other sensitive financial matters. My responsibilities have included overseeing complex investigations, evaluating financial information, and communicating investigative findings and conclusions to relevant stakeholders, including presenting findings directly to Boards of Directors and Audit

Committees. My experience also includes leading multidisciplinary teams across multiple jurisdictions and navigating complex organizational and financial structures.

**Review of Financial Information and Observations**

9. In connection with this matter, I reviewed certain financial information concerning the John F. Kennedy Center for the Performing Arts (the "Center"), including audited consolidated financial statements for fiscal years ended October 1, 2023 ("FY2023") and September 29, 2024 ("FY2024");[2] an unaudited consolidated Statement of Activities for fiscal year ended September 28, 2025 ("FY2025");[3] and draft trial balances for FY2025 and September 27, 2026 ("FY2026").[4]

10. The financial information for FY2025 and FY2026 is unaudited and has not been independently verified by me. Accordingly, the reported amounts for these years may be subject to adjustments, reclassifications, or closing entries, and may differ from those ultimately reported in the Center's audited financial statements. I also have not been provided with sufficient account mapping and reconciliations to confirm that the Operating Fund results for all four years are directly comparable.

11. Based on the financial information provided, the Center reported the following operating income (deficits) for FY2023 through FY2026 for the Operating Fund. The Operating Fund income (deficit) amounts were obtained from different financial records. The FY2023 and FY2024 amounts are from audited financial statements, while the FY2025 and FY2026 amounts are from unaudited financial records. Without additional reconciliations, I cannot determine whether the amounts were calculated on a consistent basis and are directly comparable:

---

[2] *See* Appendix V-Consolidated Financial Statements FY2023 and 2024.
[3] *See* Appendix W-Unaudited Financial Statements FY2025. The DRAFT unaudited consolidated financial statements for FY2025 were prepared on June 22, 2026, per the document.
[4] *See* KC-BEATTY7541.

| Fiscal Year | Operating Fund Income (Deficit)[5] | Source of Financial Information |
|---|---|---|
| FY2023 | $717,571 | Audited financial statements[6] |
| FY2024 | ($521,440) | Audited financial statements[7] |
| FY2025 | ($22,303,693) | Unaudited – Statement of Activities[8] |
| FY2026 | ($19,634,675) | Unaudited – Draft Trial Balance[9] |

12. The above table reflects a significant deterioration in the Center's reported operating results for the Operating Fund in FY2025 and continues through FY2026.

13. The reported operating deficits do not necessarily represent cash shortfalls or establish that the Center is unable to continue operations. Additional financial information, including, but not limited to, cash flow statements, outstanding and anticipated financial obligations, and anticipated funding sources, would be necessary to assess the impact of these deficits on the Center's financial condition.

14. Based on the financial information provided, the following cash balances were reported for FY2023 through FY2026:

| Fiscal Year | Cash Balance | Source of Financial Information |
|---|---|---|
| FY2023 | $28,697,766 | Audited financial statements[10] |
| FY2024 | $21,085,208 | Audited financial statements[11] |
| FY2025 | $15,031,371 | Unaudited – Draft Trial Balance[12] |

[5] The Operating Fund Income (Deficit) numbers are before non-operating Activity, transfers, and pension-related charges and costs.
[6] *See* Appendix V-Consolidated Financial Statements FY2023 and 2024.
[7] *See* Appendix V-Consolidated Financial Statements FY2023 and 2024.
[8] *See* Appendix W-Unaudited Financial Statements FY2025.
[9] *See* KC-BEATTY7541. The balances from the following accounts from the Trial Balance were used to arrive at the Operating Fund (Deficit): Revenue – 41000 to 42999, Expenses – 60000 – 99999, and Contributions, Grants, and Other Support – 56000 – 561000.
[10] *See* Appendix V-Consolidated Financial Statements FY2023 and 2024.
[11] *See* Appendix V-Consolidated Financial Statements FY2023 and 2024.
[12] *See* KC-BEATTY7541. The following accounts from the trial balance were used to derive the FY2025 Cash Balance – 10101 – 10240.

| Fiscal Year | Cash Balance | Source of Financial Information |
|---|---|---|
| FY2026 | $15,027,011 | Unaudited – Draft Trial Balance[13] |

15. I have not been provided with account mapping or reconciliations to determine whether the cash accounts in the FY2025 and FY2026 trial balances are directly comparable with the cash balances reported in the FY2023 and FY2024 audited financial statements. I therefore cannot determine whether the amounts are directly comparable across all four years. The balances also do not, by themselves, establish how much cash was available for general operating expenses.

16. The operating results and cash balances provide certain information about the Center's reported financial performance and position. However, these amounts alone are insufficient to assess the Center's overall liquidity or ability to continue operations. Additional information concerning the availability of cash, outstanding and anticipated financial obligations, and anticipated funding requirements would be necessary to make that assessment.

**Review of Cash Burn Scenarios**

17. I was provided with seven versions of cash burn calculations dated between July 20, 2026, and September 14, 2026 (the "Cash Burn Scenarios" or "Scenarios"). In an email dated October 15, 2026, from Defendant's counsel to Plaintiff's counsel, defense counsel represented that the Cash Burn Scenarios were prepared by Ms. Donna Arduin Kauranen ("Ms. Arduin"), the Center's former Chief Financial Officer prior to her departure.[14] However, I have not been provided with the underlying financial records or supporting documentation used to prepare these Scenarios.

18. Cash burn is a financial measure used to estimate the rate at which an organization uses its available cash resources. The Scenarios reflect cash burn rates on a monthly basis.

---

[13] *See* KC-BEATTY7541. The following accounts from the trial balance were used to derive the FY2026 Cash Balance – 10101 – 10240.

[14] Email from William Jankowski to Kyle Freeny, dated October 15, 2026.

19. Each Scenario identifies approximately $35 million in funding from a line of credit, debt reserves, and endowment funds. The Scenarios also identify Foundation funds as a source of remaining funding. The Cash Burn Scenarios appear to estimate how long the identified funding sources would last at spending rates noted in the Scenarios. However, the calculations do not appear to consider cash inflows from operating activities, federal appropriations, grants, contributions, investment returns, or other sources of financial support beyond those specifically identified in the Scenarios.

20. In certain Scenarios, the reported amount spent exceeds $35 million because it also includes expenditures funded by the Foundation. The funds from the Foundation are not included in the original $35 million funding amount. I have not been provided with sufficient supporting information to reconcile the reported spending to underlying financial records or confirm when the identified funds were available for use.

21. In addition, the Center's FY2024 audited Consolidated Statement of Financial Position reported approximately $180.6 million in marketable securities and other investments.[15] The accompanying financial statement notes indicate that these investments consist almost entirely of the Center's endowment investment portfolio, which supports various donor-restricted purposes, including the Center's general mission and operations. The notes further explain that amounts appropriated for expenditure from the endowment are determined in accordance with the Center's endowment spending policy[16] and a spending rate approved by the Board of Trustees.[17]

---

[15] *See* Appendix V-Consolidated Financial Statements FY2023 and 2024, page 5.
[16] Per the Financial notes, the Center's endowment policy is established and approved by the Board of Trustees, while the investment policy is approved by the Finance Committee.
[17] *See* Appendix V-Consolidated Financial Statements FY2023 and 2024, page 14 - 15.

22. The Cash Burn Scenarios include $10 million identified as endowment funds with the description "Pending WNO Litigation." The June 1, 2026 Audit and Finance Committee meeting material states that “TKC has transferred $10 million from our consolidated endowment to our bank account as an additional payout for FY25 and FY26 WNO expenses.”[18] It is unclear whether the Cash Burn Scenarios consider other endowment funds or investment earnings that may be available under the Center's spending policy. Additional information concerning the endowment's restrictions, spending policy, and available distributions would be necessary to determine whether the scenarios appropriately reflect the endowment resources available to meet the Center's anticipated financial obligations.

23. In the ordinary course of business, an assessment of projected cash burn would generally consider anticipated cash receipts and expenditures, as well as the availability of funds to meet those expenditures. In the Cash Burn Scenarios provided to me, the monthly burn rate was calculated by dividing the reported amount spent by the number of months elapsed since January 1, 2026. The resulting monthly rate was then used to estimate how long the identified remaining funding would last. The following table summarizes the amounts and projected dates as reflected in the Cash Burn Scenarios. I have not independently verified these amounts:

| Scenario Date | Monthly Cash Burn | Remaining Sources of Funds | Months Remaining | Projected Exhaustion Date |
|---|---|---|---|---|
| 7/20/26[19] | $5.10M | $23M | 4.46 | 11/30/26 |
| 7/29/26[20] | $4.74M | $24M | 4.96 | 12/24/26 |
| 7/30/26[21] | $4.71M | $24M | 4.98 | 12/26/26 |
| 8/05/26[22] | $4.58M | $24M | 5.13 | 1/5/27 |

[18] Financial Documents Accompanying Sen. Whitehouse September 24, 2026 Letter, page 99.
[19] KC-BEATTY7536.
[20] KC-BEATTY1098.
[21] KC-BEATTY7537.
[22] KC-BEATTY7538.

| Scenario Date | Monthly Cash Burn | Remaining Sources of Funds | Months Remaining | Projected Exhaustion Date |
|---|---|---|---|---|
| 8/25/26[23] | $4.96M | $14M | 2.72 | 11/14/26 |
| 9/05/26[24] | $4.49M | $16M | 3.45 | 12/17/26 |
| 9/14/26[25] | $4.10M | $18M | 4.27 | 1/20/27 |

24. A substantial portion of the remaining funding sources identified in the Cash Burn Scenarios consists of Foundation funds, ranging from approximately $12 million to $18 million. The Scenarios reflect different assumptions regarding the amounts of Foundation funding spent and remaining available, which affect the Monthly Cash Burn, the estimated months of funding remaining and projected exhaustion dates. However, the calculations do not establish whether these funds have been received by the Center, were expected to be received, or were subject to restrictions on their use.

25. In addition, the total debt reserve amount reflected in the Scenarios changes from approximately $8 million in the first four calculations to $4 million in the subsequent three calculations, without an explanation for the change. Without additional information regarding the Foundation funds and the change in debt reserves, I cannot determine how much of the identified remaining funding was actually available to meet the Center's anticipated cash requirements.

26. The Cash Burn Scenarios do not provide sufficient detail to determine how the reported amounts spent were calculated or whether any amounts spent relate to recurring expenses, capital expenditures, or one-time costs. The Scenarios also do not distinguish between costs that

[23] KC-BEATTY7535.
[24] KC-BEATTY7539.
[25] KC-BEATTY7540.

must be incurred from costs that could be decreased or eliminated. These factors could affect the monthly cash burn rate used to estimate how long the identified funds would last.

27. Based on the information provided, additional financial records would be necessary to assess the reasonableness of the Cash Burn Scenarios, including support for the reported expenditures, anticipated costs, and availability of the identified funding as well as potential for other funding sources. The projected exhaustion dates are based on assumptions used in each scenario and do not necessarily indicate when the Center would run out of cash or become unable to meet its financial obligations.

**Limitations in Assessing the Center's Financial Condition**

28. The materials provided do not give me a sufficient basis to determine whether the Center's financial condition threatens its ability to continue operations. In particular, the unaudited FY2025 Statement of Activities and draft FY2026 trial balance do not, by themselves, establish the Center's available liquidity, outstanding obligations, or ability to meet future expenses.

29. In evaluating the financial condition of a nonprofit institution with public and private funding sources, I would ordinarily expect to receive additional financial information, including audited financial statements from the most recently available fiscal year-end, cash flow statements, details of outstanding and anticipated financial obligations, operating budgets for FY2025 and FY2026 as well as comparisons of actual results to budgets with explanations of significant variances, cash flow projections, and information concerning restrictions on the use of funds and anticipated sources of funding.[26] These records would help me to assess the Center's available liquidity, financial obligations, and ability to sustain its operations.

---

[26] Although certain Audit and Finance Committee meeting materials included high-level FY2025 and FY2026 budget information, it did not include detailed budgets or comparisons of actual results to budget.

30. The independent auditor's report for the fiscal year ended September 29, 2024, was dated March 7, 2025.[27] As of October 2026, I have not been provided with an independent auditor's report or audited consolidated financial statement for the fiscal year ended on September 28, 2025. Although I received an incomplete draft audit report package, as discussed below, I have not been provided with information establishing whether the FY2025 audit has been completed or an explanation regarding the status of the audit.[28]

31. The incomplete draft FY2025 audit report package contains certain notes to the consolidated financial statements and unresolved comments. It does not include the independent auditor's report or the FY2025 consolidated financial statements. Accordingly, the package does not provide sufficient information to evaluate the Center's financial position, operating results, or any conclusions reached by the Center's independent auditors.[29]

32. I was also provided with a general ledger detail report for FY2025 in Excel format containing approximately 149,000 rows,[30] as well as Transaction Writer reports in PDF format for six companies,[31] that appear to be related to the Center's trial balance. One of the Transaction Writer reports contains approximately 5,260 pages. I was also provided with FY2026 quarterly general ledger detail reports for Q1 through Q4 in Excel format, ranging from approximately

---

[27] *See* Appendix V-Consolidated Financial Statements FY2023 and 2024.
[28] KC-BEATTY6861.
[29] KC-BEATTY6861.
[30] KC-BEATTY1327.
[31] FY2025 Transaction Writer Reports for Six companies: (1) KC-BEATTY1328 - Kennedy Center Trust Operating, (2) KC-BEATTY6585 - KC Trust Temporarily Restricted, (3) KC-BEATTY6647 - KC Trust Permanently Restricted, (4) KC-BEATTY6661 - Plant & Bond Fund, (5) KC-BEATTY6663 - KCFed Operations & Maintenance, (6) KC-BEATTY6741 - KCFed Capital Funds.

44,000 to 125,000 rows of data each.[32] The memo/description fields in the FY2026 quarterly general ledger reports were redacted.

33. Although these reports contain substantial volumes of financial transaction data, their usefulness in assessing the Center's financial condition is limited without the corresponding account mapping, reconciliations, and supporting documentation. This information is needed to connect all of that detail to the trial balances and financial statements. The redacted memo/description fields in the FY2026 quarterly general ledger reports further limit my ability to understand the nature and purpose of certain transactions. Additional information would be necessary to meaningfully analyze these records and assess the extent to which they support the Center's reported financial condition.

34. Although I was provided with a draft trial balance for FY2026, I have not been provided with monthly or quarterly management financial statements or budget-to-actual comparisons for that year.[33] I also understand that additional adjusting entries remain to be recorded in the FY2026 trial balance. Without these reports and the necessary adjustments, I cannot adequately assess the Center's FY2026 financial performance or determine how its actual operating results compared with its budget.

35. I was provided with two Excel workbooks containing budget and financial information for multiple fiscal years (each a "Workbook" and collectively, the "Budget Workbooks"). One Workbook includes FY2023 actual results, FY2024 estimated results, and budgets for FY2025 through FY2027.[34] The second Workbook includes an FY2027 budget that

[32] FY2026 Quarterly General Ledger reports: (1) KC-BEATTY7529 - Q1FY2026, (2) KC-BEATTY7530 - Q2FY2026, (3) KC-BEATTY7531 - Q3FY2026, and (4) KC-BEATTY7532 - Q4FY2026.
[33] *See* KC-BEATTY7541.
[34] KC-BEATTY7534.

appears to contemplate "a partial closure of the Kennedy Center's main building to accommodate renovation activities" with continued programming and performances at off-site venues.[35] Both Budget Workbooks contain multiple worksheets presenting revenues and expenses by portfolio or reporting category. Neither Workbook identifies its preparation date or whether the budgets were finalized or approved.

36. The FY2027 Budget compares projected FY2027 amounts to FY2024 actual results, rather than more recent FY2025 or FY2026 information. In addition, certain FY2023 and FY2024 actual amounts reflected in the Budget Workbooks do not appear to agree with the corresponding amounts reported in the Center's audited financial statements. These differences may be attributable to management's use of different account classifications, portfolio groupings, or reporting categories. However, I have not been provided with the account mapping or reconciliations needed to explain them.

37. In evaluating the Budget Workbooks, I would expect to review more recent financial results, including FY2025 actual results, FY2026 actual results or year-to-date financial information available when the budgets were prepared, and budget-to-actual variance reports. I would also expect to review the assumptions underlying the budget projections, particularly anticipated revenues and expenses associated with any planned building closure and continued programming at off-site venues. Additional information would be necessary for me to evaluate the reasonableness of the budget assumptions and assess the extent to which the Budget Workbooks reflect the Center's anticipated financial condition and operating requirements.

[35] KC-BEATTY7533.

38. I reviewed management-prepared memoranda addressed to the audit files for FY2023 and FY2024, dated January 31, 2024,[36] and March 5, 2025,[37] respectively. In both memoranda, management evaluated the Center's ability to continue as a going concern and concluded that "conditions or events, considered in the aggregate **DO NOT** [emphasis in the original] raise substantial doubt about the entity's ability to continue as a going concern and no going concern disclosures are required at this time."[38]. In fact, neither the audited financial statements for FY2023 and FY2024 nor the independent auditor's report contained disclosures regarding substantial doubt about the Center's ability to continue as a going concern.

39. In contrast, I was provided with a draft memorandum dated September 3, 2026, prepared by Alex Antkowiak, the Center's Vice President of Accounting, for the FY2025 audit files.[39] The memorandum is expressly marked "DRAFT" and states that management has concluded that "conditions and events, considered in the aggregate, **DO** [emphasis in the original] raise substantial doubt about the Center's ability to continue normal business operations. However, the Center has significantly modified and expects to continue modifying its operations during the next twelve months while the renovations funded by Federal Appropriations are underway, with reopening expected after the next year. Accordingly, the John F. Kennedy Center for the Performing Arts expects to continue operating during the next twelve months through significant curtailment of activities, use of Federal Appropriations and endowment resources, and reliance on fundraising and off-premises programming revenues."[40] However, I have not been provided with

---

[36] KC-BEATTY7556. The FY2023 memorandum provided to me contains a comment within the document, although it is not marked as a draft. I have not been provided with information confirming whether this version represents the final memorandum.
[37] KC-BEATTY7548.
[38] KC-BEATTY7548, page 2 and KC-BEATTY7556, page 2.
[39] KC-BEATTY7542.
[40] KC-BEATTY7542, page 1.

a finalized version of the memorandum, the FY2025 audited financial statements, or the independent auditor's assessment of the concerns identified in the draft memorandum. Additional information, including the finalized management assessment, the independent auditor's assessment, and any related communications with management or those charged with governance, would be necessary to determine how the concerns identified in the draft memorandum were ultimately evaluated and addressed.

40. Certain financial information and documentation necessary for a comprehensive assessment, as described above, have not been made available to me. Accordingly, I do not have sufficient information to independently assess the Center's overall financial condition or determine whether its financial circumstances present a substantial risk to its continued operations. The absence of these materials from my review does not establish that they were never prepared or that the Center's management or governing bodies did not receive them.

**Communications to the Board of Trustees**

41. Based on my experience conducting financial investigations and working with boards and Audit Committees, significant concerns about an organization's financial condition, liquidity, or ability to continue operations ordinarily would warrant communication to those responsible for its financial oversight and governance. I have not been provided with the Center's governing documents or the Audit and Finance Committee ("Audit and Finance Committee" or "Committee") charter and therefore cannot assess the specific reporting responsibilities established by those documents.

42. I was provided with meeting records for 10 meetings of the Center's committees or Board of Trustees ("Board of Trustees" or "Board") held between January 21, 2025, and September

15, 2026. The table below summarizes the meeting records provided to me. It does not establish that these represent all of the meetings held during this period.

| | Date | Committee or Board of Trustees | Meeting Minutes Provided | Meeting Material Provided |
|---|---|---|---|---|
| **Committee Meetings** | | | | |
| 1 | January 21, 2025 | Finance Committee | No | PowerPoint–Meeting Agenda and Supporting Materials[41] |
| 2 | May 8, 2025 | Audit and Finance Committee | No | PowerPoint–Meeting Agenda and Supporting Materials [42] |
| 3 | April 14, 2026 | Audit and Finance Committee | No | PowerPoint–Meeting Agenda and Supporting Materials [43] |
| 4 | June 1, 2026 | Audit and Finance Committee | Final[44] | PowerPoint–Meeting Agenda and Supporting Materials [45] |
| 5 | August 3, 2026 | Audit and Finance Committee | No | PowerPoint–Meeting Agenda and Supporting Materials [46] |
| 6 | August 7, 2026 | Joint Meeting of the Audit & Finance Committee and Buildings & Grounds Committee | Draft[47] | Not Provided |
| **Board of Trustees Meetings** | | | | |
| 1 | May 5, 2026 | Board of Trustees | No | Not Provided |
| 2 | June 11, 2026 | Board of Trustees Special Meeting | Final[48] | Not Provided |
| 3 | August 13, 2026 | Board of Trustees | Final[49] | Meeting Agenda and Supporting Materials [50] |

[41] KC-BEATTY1251-1277.
[42] Financial Documents Accompanying Sen. Whitehouse September 24, 2026 Letter, pages 34 - 68.
[43] Financial Documents Accompanying Sen. Whitehouse September 24, 2026 Letter, pages 69 - 93.
[44] KC-BEATTY1106-1108.
[45] Financial Documents Accompanying Sen. Whitehouse September 24, 2026 Letter, pages 94 - 123.
[46] KC-BEATTY1089-1096.
[47] KC-BEATTY1110-1112.
[48] August 13, 2026 Board of Trustees Meeting Packet, pages 2 - 12.
[49] August 13 Meeting Minutes.
[50] August 13, 2026 Board of Trustees Meeting Packet.

| | Date | Committee or Board of Trustees | Meeting Minutes Provided | Meeting Material Provided |
|---|---|---|---|---|
| 4 | September 15, 2026 | Board of Trustees Special Meeting | No | Meeting Agenda and Supporting Materials [51] |

43. As shown in the table above, I received meeting minutes for two of the six Committee meetings and two of the four Board of Trustees meetings. Of the four sets of meeting minutes provided, three were finalized and one was marked as draft. Although I received the meeting agendas and some supporting financial information included in the PowerPoint presentations, these materials do not establish what information was actually presented or discussed at each meeting, who received the materials, or whether additional materials were provided during the meetings.

44. The Committee meeting materials included information concerning operating results, budgets and projections, cash balances, debt reserve balances, endowment fund balances, and projected operating deficits. For example, the May 8, 2025 presentation showed a decline in the Center's monthly cash position from $35.5 million in September 2024 to $10.3 million in April 2025.[52]

45. The June 1, 2026 presentation referred to the Center as being "Out of cash," as reportedly discussed at the May 8, 2025 Committee meeting.[53] The presentation also stated that the "FY25 budget [was] out of balance by $26M due to fictitious funds" and included an updated

[51] September 15, 2026 Meeting Materials.
[52] Financial Documents Accompanying Sen. Whitehouse September 24, 2026 Letter, page 48.
[53] Financial Documents Accompanying Sen. Whitehouse September 24, 2026 Letter, pages 109, 111.

FY2026 budget projecting an operating deficit of $23 million.[54] In addition, the presentation included a graph showing trend of ticket sales from FY2020 through FY2025, and stated that the decline "accelerates in 2025."[55] Based on deposition testimony, I understand that this presentation was not provided to the full Board of Trustees.[56]

46. The June 1, 2026 Committee meeting minutes included a statement from Ms. Arduin that "following the December board meeting at which the name change was approved, ticket sales and fundraising came to halt. The Center is back to prior deficit levels, reversing progress made in the months leading up to that decision."[57] The June 1 and August 7, 2026 meeting minutes also referenced declining revenue and fundraising challenges but did not provide details of management's proposed actions to address these concerns.

47. Although the Committee materials included FY2026 budgets and financial projections, I did not identify FY2026 actual operating results or budget-to-actual comparisons in the materials provided.

48. The Board materials and meeting minutes provided to me primarily addressed revenue trends, renovations, and litigation updates. For example, the draft minutes of the June 11, 2026 Board meeting primarily addressed litigation updates and did not document a discussion of the Center's financial condition.[58] These minutes were approved with minor corrections during the August 13, 2026 Board meeting.

---

[54] Financial Documents Accompanying Sen. Whitehouse September 24, 2026 Letter, pages 109, 111.
[55] Financial Documents Accompanying Sen. Whitehouse September 24, 2026 Letter, page 110.
[56] Floca Rule 30(b)(6) Deposition, 75:13 - 76:19.
[57] KC-BEATTY1106-1108, page 2.
[58] August 13, 2026 Board of Trustees Meeting Packet, pages 2 - 12.

49. The August 13, 2026 Board materials primarily focused on renovations. The August 13, 2026 meeting minutes stated that Ms. Arduin provided a report on the Center's financials. However, the meeting materials did not include any financial information, and the minutes did not describe the financial information presented. Therefore, I cannot determine what financial information Ms. Arudin communicated to the Board.[59]

50. Per the August 13, 2026 meeting minutes, Senator Whitehouse also requested pro forma financials for the proposed two-year renovation period. In response, Vice Chair Fischer stated that the "pro formas are important and have been the subject of extensive internal discussion, but that costs escalate and money is lost each day a decision is deferred."[60] It is unclear whether the requested pro forma financials were subsequently provided to Senator Whitehouse or the Board.

51. The September 15, 2026 materials included a two-page "Financial Context" report discussing revenue trends and operating deficits without providing any quantified financial amounts.[61] Specifically, the report indicated whether revenues had increased or decreased and whether operating deficits widened or were projected to narrow as compared to the preceding fiscal year. There were no dollar amounts provided in the report. For FY2025, the report stated that earned revenue is expected to "increase – partial rebound projected" compared to FY2024. Similarly, for FY2025 Operating Deficit, the report states "Deficit – projected to narrow vs. FY2024, but still a deficit." These conclusions appear to be based on FY2025 projections prepared using information available as of January 2025.

---

[59] August 13, 2026 Board of Trustees Meeting Packet, page 10.
[60] August 13, 2026 Board of Trustees Meeting Packet, page 10.
[61] September 15, 2026 Meeting Materials, pages 48 - 49.

52. The financial information included in the September 15, 2026 Board meeting materials appears to have been outdated. Specifically, the FY2025 revenue trends were based on projections using information available as of January 2025, even though more recent financial information was available. For example, the April 14, 2026 Committee meeting materials included preliminary FY2025 actual results and the June 1, 2026 Committee meeting materials included updated FY2026 budget projections.

53. The September 15, 2026 Board materials also included a draft resolution describing the Center as being "in dire financial position" and warning of possibly being unable to meet payroll and routine maintenance obligations within weeks. The draft resolution also noted the Center faced "certain financial collapse within weeks."[62] The materials provided to me do not establish whether the resolution was adopted or what financial information was presented to support these statements. As noted above, it does not appear that any FY2026 financial information was provided to the Board for its review during this meeting.

54. Given the serious financial concerns described in the September 15, 2026 draft resolution, I would ordinarily expect the Board of Trustees to receive current financial statements, cash flow projections, outstanding financial obligations, and management's plans to address these concerns.[63] The Board materials provided to me did not include this information.

55. I was also provided with a May 5, 2026 Board Report ("May 2026 Report") containing revenue trends from FY2019 through FY2026, ticket sales, ticket refunds, and cancelled performances since February 7, 2025, among other sales data.[64] However, the May 2026 Report does not identify the underlying financial records used to prepare this information. Based

[62] September 15, 2026 Meeting Materials, page 56.
[63] September 15, 2026 Meeting Materials, page 56.
[64] May 5, 2026 Board Report.

on deposition testimony, I understand that the May 2026 Report was not provided to the Board.[65] Accordingly, I have not considered the May 2026 Report as evidence of financial information communicated to the Board.

56. Based on the materials provided to me, I cannot determine the full extent of the financial information communicated to the Board of Trustees, including whether the significant financial concerns identified in the Audit and Finance Committee materials were also communicated to the full Board.

57. In my experience, an institution of this nature would ordinarily prepare periodic internal financial reports, including monthly or quarterly financial statements and budget-to-actual variance analyses. These types of reports are typically used to inform operating, financial and planning decisions. Although I was provided with general ledger reports, budget workbooks, and Cash Burn Scenarios for the Center, I have not been provided with a complete set of periodic management financial statements or documentation establishing what financial information was regularly provided to management, the Audit and Finance Committee, or the Board of Trustees.

58. Based on my professional experience, if the Board materials provided to me represent the full extent of the financial information available to the Board of Trustees, that information would be less comprehensive than I would ordinarily expect for an institution facing the serious financial concerns described in the September 15, 2026 draft resolution. However, I cannot determine whether additional financial information was provided to the Board through other means.

59. Given the reported FY2025 and FY2026 operating deficits and the concerns raised in management's draft going-concern memorandum, I would expect to receive management's

[65] Floca Rule 30(b)(6) Deposition, 144:13 - 147:8.

assessment of the Center's financial condition, proposed actions, and related communications to those responsible for financial oversight. Additional meeting minutes, complete meeting materials, and related communications would be necessary to determine what financial information was presented to or discussed by the respective committees and the full Board, and what actions, if any, were taken in response. The absence of these records from my review does not establish that the communications did not occur.

60. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of October, 2026

Signed by:
Nidhi Rao
ED860F4296B64A1...
Nidhi Rao

# Appendix A to Declaration of Nidhi Rao

The following is a list of documents on which Ms. Rao principally relied in drafting her declaration. Those documents not filed on the Court's docket or produced during discovery are appended hereto.

**The following documents are filed on the Court's docket**

- Delta Report, Appendix V - Consolidated Financial Statements FY2023 and 2024, ECF No. 88-7, at 1-49
- Delta Report, Appendix W - Unaudited Financial Statements FY2025, ECF No. 88-7, at 50-51
- Kennedy Center Board of Trustees August 13, 2026 Meeting Materials, ECF Nos. 65-1, 65-2
- Kennedy Center Board of Trustees September 15, 2026 Meeting Materials, ECF No. 88-1

**Defendants produced the following documents in discovery:**

- KC-BEATTY1089
- KC-BEATTY1098
- KC-BEATTY1106
- KC-BEATTY1110
- KC-BEATTY1251
- KC-BEATTY1327
- KC-BEATTY1328
- KC-BEATTY6585
- KC-BEATTY6647
- KC-BEATTY6661
- KC-BEATTY6663
- KC-BEATTY6741
- KC-BEATTY6861
- KC-BEATTY7529
- KC-BEATTY7530
- KC-BEATTY7531
- KC-BEATTY7532
- KC-BEATTY7533
- KC-BEATTY7534
- KC-BEATTY7535
- KC-BEATTY7536
- KC-BEATTY7537
- KC-BEATTY7538
- KC-BEATTY7539
- KC-BEATTY7540
- KC-BEATTY7541
- KC-BEATTY7542
- KC-BEATTY7548

- KC-BEATTY7556

**Appended Documents**

- Portion of Appended Financial Documents Accompanying Senator Whitehouse's September 24, 2026 Letter to Defendant Floca
- May 5, 2026 Board Report
- Portion of Kennedy Center Board of Trustees August 13, 2026 Meeting Packet
- Kennedy Center Board of Trustees August 13, 2026 Board Meeting Minutes
- Email from William Jankowski, October 15, 2026

# Financial Documents Accompanying Senator Whitehouse's September 24, 2026 Letter to Defendant Floca

# Appendix

Financial Performance Report for Fiscal Year Ended September 30, 2025, With Management's Discussion and Analysis (June 30, 2026) .......... 1–31

FY24 Summary of Operations .......... 32

FY25 Summary of Operations .......... 33

Audit and Finance Committee Presentation (May 8, 2025) .......... 34–68

Audit and Finance Committee Presentation (Apr. 14, 2026) .......... 69–93

Audit and Finance Committee Presentation (June 1, 2026) .......... 94–123

OBBBA Spend Plan, Kennedy Center (July 2025) .......... 124–126

Letter from David Z. Seide, Government Accountability Project, to Chair Shelley Moore Capito and Chair Sam Graves, Senate Committee on Environment and Public Works and House Committee on Transportation and Infrastructure (Sept. 24, 2026) .......... 127–148

# Financial Performance Report for Fiscal Year Ended September 30, 2025

*With Management's Discussion and Analysis*

**JOHN F. KENNEDY CENTER FOR THE PERFORMING ARTS**

June 30, 2026

# Table of Contents

President's Message ........ 3

Management Assurances ........ 4

Section 1: Management's Discussion and Analysis:
- Mission and Organizational Structure ........ 5
- Performance Goals, Objectives and Results ........ 7
- Financial Statements and Stewardship Information ........ 9
- Systems, Controls and Legal Compliance ........ 10
- Limitations of the Financial Statements ........ 10

Section 2: Financial Section:
- Message from the Chief Financial Officer ........ 11
- Overview of the Financial Statements ........ 12
- Differences between GAAP for Federal Entities and Amounts Reported Herein ........ 12
- Required Supplementary Information:
  - *Deferred Maintenance Costs ........ 13*
  - *Statements of Budgetary Resources Breakdown ........ 14*
- Financial Statements and Footnotes:
  - *Balance Sheets ........ 17*
  - *Statements of Net Cost ........ 18*
  - *Statements of Changes in Net Position ........ 19*
  - *Statements of Budgetary Resources ........ 20*
  - *Notes to the Financial Statements ........ 21*

## CFO's Message

Since opening to the public in 1971, the John F. Kennedy Center for the Performing Arts Kennedy Center" or "Center") has come to symbolize our nation's artistic heritage and appreciation for the performing arts. The Center fulfills its statutory obligation as the national cultural center and living memorial to the late President Kennedy through the presentation of performing arts programming and education activities in the District of Columbia, all 50 states, and around the world. The Center also fulfills its memorial obligation through the permanent exhibit entitled **Art & Ideals: President John F. Kennedy** that opened on September 8, 2022. This immersive exhibit focuses on the values of President Kennedy and his presidency, educating visitors about the role the arts played in the President's administration and telling the Center's origin story. The Center also continues to honor President Kennedy's legacy through the display of a bronze bust of President Kennedy located in the Grand Foyer, as well as a life-sized sculpture of the president located on the Center's REACH grounds.

Each year, the Center offers over 400 free performances and events across the campus, including Millennium Stage performances, film screenings, community programs, educational activities, digital programs, and more. Across them all, these activities and performances tie back to programming at the Center, in the community, and throughout society as part of the Center's Social Impact Program, highlighting equity and access for artists and audiences.

The Center increases the public's recognition of and appreciation for the performing arts nationwide through marquee televised programs including the Kennedy Center Honors, the Kennedy Center Mark Twain Prize for American Humor, and Next at the Kennedy Center on PBS. Of the approximately 2,000 performances and events held annually across the campus, the Center presents over 80% of them, many in conjunction with its resident orchestra, the National Symphony Orchestra; and resident opera, Washington National Opera. Whether for performances, activities, or as a living memorial, the Center welcomes more than 2.1 million visitors annually from the United States and around the world.

In addition, the Center continues to be the national leader in arts education and arts integration, providing over 40 programs that impact over 1.7 million students annually in all 50 states and the District of Columbia. From professional development for educators and classroom lesson plans for students to summer intensives for young artists and performances for young audiences, the Center offers a wide array of resources. Whether in person, on-line, or in print these resources inspire, excite, and empower students and young artists while simultaneously providing the tools and connections to help educators incorporate the arts into classrooms of all types. These experiences strive to reflect the nation and its communities, and to be accessible and inclusive for all.

We are proud to serve as a dynamic national resource contributing to the cultural enrichment of the United States while fulfilling our obligation as a living memorial to President Kennedy.

Donna Arduin
*Chief Financial Officer*

## Management Assurances

Enclosed I am pleased to present the John F. Kennedy Center for the Performing Arts' financial information as of and for the year ending September 30, 2025. As Executive Director of the Center, I state and assure that to the best of my knowledge:

1. The financial data included in this report is reliable and complete.

2. The organization's internal controls support the following objectives:

   a. *Reliability of financial reporting:* Transactions are properly recorded, processed, and summarized to permit the preparation of the financial statements and supplementary information in accordance with generally accepted accounting principles for federal entities, except as discussed in Section 2 of this report, and assets are safeguarded against loss from unauthorized acquisition, use, or disposition.

   b. *Compliance with applicable laws and regulations:* Transactions are executed in accordance with laws governing the use of budget authority; other laws and regulations that could have a direct and material effect on the financial statements; and any other laws, regulations, and government-wide policies identified in applicable OMB guidance.

3. The controls in place on September 30, 2025, and during the fiscal year then ended, provide reasonable assurance that the foregoing objectives were met.

4. There are no identified material weaknesses or significant deficiencies to report.

5. There have been no changes to internal controls after September 30, 2025, or other factors that might significantly affect the effectiveness of internal control.

Donna Arduin
*Chief Financial Officer*

## Section 1: Management's Discussion and Analysis

Mission and Organizational Structure

Originally established in 1958 as the National Cultural Center and an independently administered bureau of the Smithsonian (P.L. 85-874), the John F. Kennedy Center for the Performing Arts was designated a living memorial to President Kennedy in 1964. The original act of 1958 charged the Board of Trustees with responsibility for constructing and administering the nation's center for the performing arts. The Center was constructed with a combination of private contributions ($34.5 million), federal matching funds ($23.0 million), and long-term revenue bonds held by the U. S. Department of Treasury ($20.4 million).

Construction began in 1964 and the facility opened to the public in 1971 with three major operating theaters. In 1972, the Center's Board of Trustees (Board) requested assistance from Congress to meet the growing needs and interests of the millions of memorial visitors to the Center. Subsequently in 1972, Congress authorized funds through the National Park Service to provide the Board assistance with maintenance, security, and other services necessary to operate and maintain the building. From fiscal year 1972 until fiscal year 1995, the National Park Service received direct appropriations for the operation and repair of the presidential memorial.

In the early 1990s, the Board sought a new and more efficient approach to management of the Kennedy Center building, with one entity responsible for the physical buildings and the activities of the presidential memorial. In 1994, Congress passed with a bipartisan vote H.R. 3567 which became P. L. 103-279, authorizing the transfer of all appropriated fund responsibilities to the Kennedy Center's Board of Trustees.

Since the start of fiscal year 1995, the Board has been responsible for both the management and expenditure of federal appropriated funds for operation, maintenance, and capital repair of the presidential memorial as well as its trust funded artistic programming. The direct federal funding provided to the Center is used for routine maintenance and larger scale capital repairs across the campus. The direct federal funding received typically provides less than 20 percent of the institution's total annual funding needs.

The Center fulfills its obligation as the national cultural center and living memorial to the late President Kennedy through advancing world class arts, promoting and innovating nationwide arts education, and by increasing visitor attendance as a national destination. The Center continues to present nearly 2,000 performances and events every year that include contemporary and classical music, dance, opera, jazz, hip hop, comedy, choral, film, and many more genres. The Center continues to promote arts education in every state and is focused on ensuring that the arts are accessible to all by making performances and facilities accessible to all audiences, and by providing resources, programs, and opportunities for educators, cultural administrators, emerging and professional artists, and performers with disabilities. The **Art & Ideals: President John F. Kennedy** exhibit enhances the presidential memorial by creating a space where patrons and visitors can learn about President Kennedy and understand why the nation's cultural center bears his name.

## Section 1: Management's Discussion and Analysis (Cont.)



### The Kennedy Center Building

The original building consists of approximately 1.5 million square feet of usable space on 17 acres of land. The building contains eight stages which together have approximately 7,200 seats, two public restaurants, nine function/special event rooms, five public galleries/halls/foyers, and approximately 78,000 square feet of administrative offices. In addition, the Center Facilities Management staff maintains complex HVAC systems, 28 elevators, six sets of escalators, 133 restrooms, more than 2,000 doors, 13 mechanical rooms, 108 crystal chandeliers, and 200 valuable paintings, sculptures, tapestries, and textiles. Under normal conditions, support systems in the building often operate at capacity more than 18 hours a day, 365 days a year.

The Center's REACH has approximately 72,000 gross square feet of interior space on three levels plus 8,900 gross square feet of subgrade parking, 33,500 gross square feet of garage access roads, and approximately 130,200 square feet of landscaping and adds ten multi-purpose flexible spaces. The REACH opened to the public on September 7, 2019 and continues to be a hub of activity.

### Legal and Operating Status

The Center is a hybrid cultural organization – both a federal trust instrumentality and an IRS recognized 501(c)(3) nonprofit organization.

In its federal capacity and as designated by statute, the Center serves as the national center for the performing arts and living memorial to President John F. Kennedy. As such, the Center's enabling statute, which is regularly updated and reauthorized by Congress, provides direct authority for the Center. Additionally, the statute establishes a Board of Trustees and the federal responsibility for the support of the Center's maintenance activities and capital repairs. The annual federal appropriation supports the operation, maintenance, and memorial aspects of the Center's work and the upkeep of the building itself.

As a 501(c)(3) nonprofit organization, the Center is governed by its own bylaws, written and approved by its Board of Trustees. These bylaws established the role and responsibilities of the trustees and a governance structure for the prudent management of the Center. The Center's artistic programming and performances are supported with private funds. Supporting the private fundraising goals of the Center is an essential role of the Board of Trustees.

Taken together, the Center's statute and bylaws integrate the federal and private functions of the Center. They create a governance structure that effectively manages the Center both as a living memorial to President Kennedy and a robust and internationally acclaimed performing arts center.

## Section 1: Management's Discussion and Analysis (Cont.)

Mission and Organizational Structure (Cont.)

The Center is a unique cultural organization that works to celebrate and present all the disciplines within the performing arts. The Center's artistic umbrella includes an affiliate organization – the National Symphony Orchestra (NSO). The NSO maintains a governing Board, which provides guidance to its artistic and financial planning. However, the Center Board has an integrated and collaborative approach to oversight of the NSO and retains ultimate financial responsibility.

Performance Goals, Objectives and Results

The appropriated funds requested by the President of the United States and provided by Congress support the operation and maintenance and repair and restoration of the Center's facilities. The Operations & Maintenance (O&M) appropriation for fiscal year 2025 is a two-year appropriation that is available for obligation for a definite period of two fiscal years, and the Capital Repair and Restoration (Capital) appropriation is available until expended.

The appropriation makes it possible for Americans as well as visitors from around the world to enjoy the living presidential memorial and the performing arts/education initiatives of the Center. The appropriation is restricted in that such funds may not be used for any direct expense incurred in the production of the Center's performances and events. Those activities are supported through earned revenue including ticket sales, donor contributions, and auxiliary activities (e.g., parking garage, gift shops).

The continued success of the Center and its many programs and initiatives is possible only with the ongoing support of the President of the United States and the Congress. Effective use of the Center's federal appropriation was supposed to ensure that the Center's facility and infrastructure was kept up to date. Unfortunately, the federal appropriation had not been adequate to ensure that the Center's visitors have access to a facility that is safe and accessible by all patrons, thereby allowing them to enjoy the presidential memorial, performing arts, and education activities of the Center.

The Center has developed the following broad goals and objectives to encapsulate the operation, maintenance, and capital improvement activities of the Center. In fiscal year 2025, the Center continued its progress toward achieving its mission by:

- Preserving and protecting the presidential monument; maintaining the building and grounds as the nation's cultural center and in a manner consistent with other national presidential monuments; providing a proactive approach to security for all patrons, visitors, and employees to the Center campus; educating visitors by providing a deeper knowledge and understanding of President Kennedy and his relationship to the performing arts in America and around the world.

## Section 1: Management's Discussion and Analysis (Cont.)

Performance Goals, Objectives and Results (Cont.)

- Maintaining an interpretive program that helps visitors understand how the national cultural center conceived by President Eisenhower was later named a living memorial to President Kennedy; continuing to improve accessibility for patrons with disabilities; executing the Comprehensive Building Plan (CBP) which outlines necessary major repairs and restoration activities across the monument, with priority on life-safety, accessibility, and building infrastructure improvements; ensuring effective and efficient building operations and visitor services by maintaining comfortable, clean, and safe accommodations for up to three million visitors and patrons annually; and continuing reduction of the backlog in deferred repairs.

- Effective and efficient building operations and visitor services – The Center continues to employ an on-site operations staff to ensure that the building is maintained as would be expected for a living presidential memorial and the nation's performing arts center. The Center uses a Computerized Maintenance Management System (CMMS) to track and guide the routine and preventative maintenance requirements for the facility. Service request assignments and completion data are also tracked through the CMMS and provide much needed information to the initial requestors.

- The CBP guides the Center on the priority and scope of major repairs and restoration needs across the monument. The Center continues to perform and complete projects listed in the CBP that focus on building infrastructure. The Center has pursued a systematic and comprehensive approach to capital projects since the initiation of the Capital Repair and Restoration program in 1995, an approach that is documented through the annual updates of the CBP, which includes a detailed description of all building system elements and components, as well as an analysis of operational and functional facility issues for the next five to seven years. A total of 25 projects were carried forward from prior years. Of the 25, a total of 7 were completed, 12 were put on hold, 1 was pending award, and 5 were completed. In FY2025, a total of 7 projects were initiated, 1 of which is pending award and 6 of which were put on hold. Priorities for fiscal year 2025 included advancing the design documents for the Eisenhower block office renovation, initiating the replacement of the outdated fire alarm system, and completing the replacement of worn finishes in the main (plaza level) lobbies of the Center. Additional projects included the creation of Level A office spaces, and the replacement of a section of the main building's soffit which failed due to water intrusion.

  The CBP follows the 2021 Facilities Condition Assessment which held that the Center has been keeping up with capital repairs over the prior five years, but also held that significant future capital investment in infrastructure – plumbing, electrical, fire alarm, waterproofing, hydronic, vertical lift and theatrical systems will be needed in order to keep pace with the long-term decline of these systems. Additional funding for critical needs was secured through the One Big Beautiful Bill Act in July 2025 appropriating an additional $256.7 million to address significant deferred maintenance identified after change in the Board and Management took place in February 2025.

## Section 1: Management's Discussion and Analysis (Cont.)

Performance Goals, Objectives and Results (Cont.)

- Prudent and efficient contracting and utilization of appropriated resources, in accordance with Federal rules and regulations – The Center's management team continued its focus on ensuring the processes, controls, and procedures related to the contracting, obligation, and expenditure of appropriated funds adequately supported our serious emphasis on faithfully fulfilling the Center's responsibility as a steward of appropriated resources.

- Continuation of annual planned power outages in accordance with the National Fire Protection Association (NFPA) and the National Electrical Codes (NEC). These outages are necessary to ensure the reliability and operability of critical fire and life-safety systems during emergency power conditions.

Financial Statements and Stewardship Information

The financial data and information presented herein focuses solely on the Center's activities supported by direct Congressional appropriations during fiscal year 2025. At the time of the preparation of this report, the annual audit of the Center's consolidated financial statements is not complete. The Center's independent certified public accounting firm completed interim fieldwork over the first three quarters of the fiscal year, including tests over internal controls. The independent certified public accounting firm is expected to issue its report by mid-2026.

The responsibility for the integrity of the financial information included in these statements rests with the management of the Center. The accompanying financial statements present the appropriated fund financial activity and position that was processed by General Services Administration (GSA), as a shared service provider, on behalf of the Center. However, the activity shown does not reflect amounts capitalized by the Center in accordance with generally accepted accounting principles for non-federal entities in its audited financial statements, which are prepared separately from this submission. Instead, certain costs incurred by the Center for capital building projects are reflected as operating expenditures in the accompanying statements.

Highlights of the financial information presented on the principal statements are:

*Operating Results:* The total of the Center's appropriations for fiscal year 2025 was $301.58 million compared to the amount received in fiscal year 2024 of $44.92 million. The appropriation breaks down between O&M and Capital as follows:

| ($ in millions) | FY 2025 | FY 2024 |
|---|---|---|
| Capital | $12.63 | $12.63 |
| Capital – Big Beautiful Bill | $251.40 | |
| O&M – Annual | $32.29 | $32.29 |
| O&M – Big Beautiful Bill | $5.26 | |
| Total | $301.58 | $44.92 |

The net cost of operations totaled $41.4 and $40.2 million for the years ended September 30, 2025 and 2024, respectively.

## Section 1: Management's Discussion and Analysis (Cont.)

Financial Statements and Stewardship Information (Cont.)

*Balance Sheet:* The Center's total assets as of fiscal years end 2025 and 2024, were $329 million and $68 million, respectively. Total liabilities as of September 30, 2025 and 2024 totaled $8.0 million and $6.3 million, respectively.

The total net position of the Center as of September 30, 2025 and 2024 was $321.5 and $61.7 million, respectively. Of the net position in 2025, which is $260.0 million (or 421%) higher than September 30, 2024, the Center has $322.1 million in unexpended appropriations ($60.8 million in 2024) and $0.7 million decrease in cumulative results of operations (versus an increase last year of $0.9 million).

This year's growth in unexpended appropriations is primarily due to additional appropriations secured by the Center's Chair, President Donald J. Trump, to address the deferred maintenance issues. Historically, the Center's operations and maintenance appropriations and expenditures offset each other while capital activities, with mismatched award and expenditure cycles, have tended to grow unexpended appropriations. Funds for capital projects are obligated based on a timeline outlined in a multi-year comprehensive building plan. That plan, along with the availability of appropriated funds and the availability of contracting and project management staff, dictates the volume of annual capital project activity. While the life cycle analysis for major projects adds to the obligation timeline, it ensures that capital projects provide best value over the long term.

Systems, Controls and Legal Compliance

Pursuant to 31 U.S.C. § 3512(c)(1), please see the President's statement of assurance (on page 4) for the Center's assessment of its controls that reasonably ensure the: (a) reliability of financial reporting and (b) compliance with applicable laws and regulations.

Limitations of the Financial Statements

The accompanying financial statements have been prepared to report the Federal financial position and results of operations of the Center, as processed by GSA, pursuant to the requirement of 31 U.S.C. § 3515(b). The statements have been prepared from the books and records of the Center in accordance with generally accepted accounting principles (GAAP) for Federal entities (except as otherwise noted in Section 2) and the formats prescribed by OMB. The statements are in addition to the financial reports used to monitor and control budgetary resources, which are prepared from the same books and records. These statements should be read with the realization that they are for a component of the U.S. Government, a sovereign entity.

## Section 2: Financial Section

### Message from the Vice President of Accounting

I am pleased to present this year's financial report, which highlights the impact of federal appropriation funding on our organization's mission as a living tribute to President John F. Kennedy and as the nation's premier cultural center. We are grateful for the ongoing support provided through these funds and by those secured by the Center's Chairman, President Donald J. Trump, to address the accumulation of deferred maintenance, which enables us to maintain and operate this esteemed memorial as a safe, vibrant, and welcoming place for the public.

Throughout the last half of the year, we prepared for a major renovation consistent with end-of-life structural issues and declining infrastructure. These efforts are crucial to strengthening our operational foundation and achieving greater mission impact. Our leadership team and Board of Trustees are dedicated to upholding these standards of excellence in financial management.

Included in this report, you will find the Center's appropriated fund financial statements, along with accompanying notes. It's important to note that our independent certified public accounting firm conducts a separate audit that combines both our appropriated and non-appropriated fund financial positions and operational results.

As of this report's release, the annual audit of our consolidated financial statements, for the year ending September 30, 2025, nears completion. Final audit work began in February 2026, and we expect the independent certified public accounting firm to issue its report in mid-2026.

With gratitude, we look forward to overseeing major renovations while continuing our commitment to maintain our federal memorial so that in the future we may best serve our patrons, partners, and the public.

[redacted]

## Section 2: Financial Section (Cont.)

Overview of the Financial Statements
The following provides a description of each accompanying financial statement.

The *Balance Sheet* presents the assets, liabilities, and net position components of the Center.

The *Statement of Net Cost* summarizes the Center's net cost of operations by its primary program. All operating costs reflect full costs, including all direct and indirect costs, consumed by a program.

The *Statement of Changes in Net Position* identifies appropriated funds used as a financing source for goods, services, or capital acquisitions. This statement presents the accounting events that caused changes in the net position section of the Balance Sheets from the beginning to the end of the reporting period.

The *Statement of Budgetary Resources* identifies the Center's budget authority. Budget authority is the right that Federal law gives to agencies to incur financial obligations that will eventually result in outlays or expenditures. Specific forms of budget authority that the Center receives are appropriations, imputed financing, contract authority, and spending authority. The Statement of Budgetary Resources provides information on budgetary resources available to the Center during the year and the status of those resources at the end of the year.

Differences between GAAP for Federal Entities and Amounts Reported Herein
There are certain differences between GAAP for Federal Entities and the amounts reported in the accompanying financial statements. The Center's financial statements were prepared from its books and records, as processed by GSA, in accordance with GAAP for Federal entities except for:

1. The activity shown does not reflect amounts capitalized in its general-purpose audited statements, which are prepared separately from this submission. Instead, certain costs incurred by the Center for capital building projects are reflected as operating expenditures herein. The table below presents the fixed asset information not included in the accompanying financial statements at September 30, 2025 and 2024, respectively ($ in thousands):

| | 2025 | 2024 |
|---|---|---|
| Construction-in-progress | $5,879 | $ 42,484 |
| Building improvements and security projects | 451,600 | 404,545 |
| Total fixed assets | 457,479 | 447,029 |
| Less: Accumulated depreciation | (366,773) | (350,229) |
| Net Fixed Assets | $90,706 | $ 96,800 |

## Section 2: Financial Section (Cont.)

Differences between GAAP for Federal Entities and Amounts Reported Herein (Cont.)

2. The appropriated fund amounts reported in the accompanying statements also differ from those reported in the Center's general-purpose statements due to the fact that:
   a. The general-purpose statements are prepared in conformity with GAAP for non-federal entities, which affect how amounts are reported (e.g., fixed assets as discussed above).
   b. Center accounts payable and cash disbursement processes reflect entries a few days ahead of GSA's records which lead to timing differences. At this year's end, these differences were immaterial.

Required Supplementary Information

*Deferred Maintenance Cost*—Statement of Federal Financial Accounting Standards (SFFAS) No. 6, *Accounting for Property, Plant and Equipment*, as amended by SFFAS Nos. 14 and 40, requires an organization to disclose its estimate of deferred maintenance costs and to describe the requirements or standards for acceptable operating condition.

Prior to this year, the Center considered its facility to be in an "acceptable condition" because the organization was able to fulfill its mission. In August of 2021, the Center completed a full Facilities Condition Assessment that identified priority projects to be included in the Comprehensive Building Plan. The Plan included $122 million in prioritized projects to maintain the infrastructure of the Center with a focus on waterproofing, plumbing, fire alarm safety, and finishes renovations over the next five years. Until this fiscal year, recent updates included a focus on addressing water infiltration issues, soffit repairs, and moving forward with elevator and escalator capital repairs.

The Center's new leadership, under direction of the chairman and President of the United States, Donald J. Trump, determined swift and comprehensive action was required to address the Center's deferred maintenance. A new assessment was conducted, needs were defined, and a request for funds was included in the House budget reconciliation package which was later included in the One Big Beautiful Bill Act (OBBBA) passed in July 2025.

The OBBBA funding supports a major capital investment in the Center's critical infrastructure. This investment provides the Center with a unique opportunity to comprehensively renovate and modernize the main building. The effort will ensure that all building systems, components, and functional facility needs are systematically assessed, upgraded, and fully implemented. Program, project, and activity scopes include essential infrastructure systems such as plumbing, electrical, fire alarm, waterproofing, and hydronic systems, each vital to maintaining building performance, reliability, and life safety. A new comprehensive Facilities Condition Assessment will ensure that the Center, the REACH, and all campus-wide assets are fully documented and incorporated into the Comprehensive Building Plan (CBP) for future years. These investments are critical to sustaining the long-term functionality, resilience, and legacy of the nation's premier cultural and performing arts institution.

## Section 2: Financial Section (Cont.)

*Statements of Budgetary Resources Breakdown*— The Center monitors its budget execution at the individual account level. Accordingly, budgetary information aggregated in the Statements of Budgetary Resources is disaggregated below into each of the Center's major budget accounts for O&M and Capital. For the purposes of this presentation, all activity for O&M accounts not yet returned to Treasury was aggregated into the O&M column.

| ***For the year ended September 30, 2025*** | **O&M** | **Capital** | **Total** |
|---|---|---|---|
| *($ in thousands)* | | | |
| **Budgetary Resources:** | | | |
| Unobligated balance from prior year budget authority, net | $5,334 | $44,945 | $50,279 |
| Appropriations received | 37,550 | 264,033 | 301,583 |
| Total budgetary resources | 42,884 | 308,978 | 351,862 |
| **Status of Budgetary Resources:** | | | |
| New Obligations and upward adjustments (total) | $31,602 | $8,794 | $40,396 |
| Unobligated balance, end of year: | | | |
| Apportioned | 5,551 | 48,784 | 54,335 |
| Unapportioned, unexpired accounts | 5,257 | 251,400 | 256,657 |
| Exempt from apportionment, unexpired accounts: | | | |
| Unexpired unobligated | 10,808 | 300,184 | 310,992 |
| Expired unobligated | 474 | | 474 |
| Unobligated balance, end of year (total) | $11,282 | $300,184 | $311,466 |
| Total status of budgetary resources | $42,884 | $308,978 | $351,862 |
| **Net Outlays:** | | | |
| Gross outlays | $28,834 | $10,772 | $39,606 |
| Net outlays | $28,834 | $10,772 | $39,606 |

## Section 2: Financial Section (Cont.)

| ***For the year ended September 30, 2024*** | **O&M** | **Capital** | **Total** |
|---|---|---|---|
| *($ in thousands)* | | | |
| **Budgetary Resources:** | | | |
| Unobligated balance from prior year budget authority, net | $948 | $41,721 | $42,669 |
| Appropriations received | 32,293 | 12,633 | 44,926 |
| Total budgetary resources | 33,241 | 54,354 | 87,595 |
| **Status of Budgetary Resources:** | | | |
| New Obligations and upward adjustments (total) | $28,297 | $9,435 | $37,732 |
| Unobligated balance, end of year: | | | |
| Apportioned | 4,712 | 43,921 | 48,633 |
| Unapportioned, unexpired accounts | 0 | 998 | 998 |
| Exempt from apportionment, unexpired accounts: | | | |
| Unexpired unobligated | 4,712 | 44,919 | 49,631 |
| Expired unobligated | 232 | | 232 |
| Unobligated balance, end of year (total) | $4,944 | $44,919 | $49,863 |
| Total status of budgetary resources | $33,241 | $54,354 | $87,595 |
| **Net Outlays:** | | | |
| Gross outlays | $3,172 | $16,555 | $19,728 |
| Net outlays | $3,172 | $16,555 | $19,728 |

# FINANCIAL STATEMENTS AND FOOTNOTES

## Balance Sheets

| September 30, | 2025 | 2024 |
|---|---|---|
| Assets | | |
| Intragovernmental: | | |
| Fund balance with Treasury (Note 2) | $329,499,044 | $67,959,845 |
| Accounts receivable (Note 3) | - | - |
| Total intragovernmental liabilities | 329,499,044 | 67,959,845 |
| Total assets | $329,499,044 | $67,959,845 |
| Liabilities and net position | | |
| Liabilities (Notes 4 and 6): | | |
| Intragovernmental liabilities: | | |
| Accounts payable | $26,487 | $464,140 |
| Debt (Note 5) | - | - |
| Other liabilities | 276,453 | 258,033 |
| Total intragovernmental liabilities | 302,940 | 722,173 |
| Accounts payable | 7,108,124 | 4,864,664 |
| Other liabilities | 615,032 | 671,991 |
| Total liabilities | 8.026,096 | 6,258,828 |
| Net position: | | |
| Unexpended appropriations – other funds | 322,143,941 | 60,800,039 |
| Cumulative results of operations – other funds | (670,993) | 900,978 |
| Total net position | 321,472,948 | 61,701,017 |
| Total liabilities and net position | $329,499,044 | $67,959,845 |

*See accompanying notes.*

## Statements of Net Cost

| For the years ended September 30, | 2025 | 2024 |
|---|---|---|
| Program Costs: | | |
| Gross costs | $41,416,346 | $40,231,341 |
| Total net program costs | 41,416,346 | 40,231,341 |
| Net cost of operations | $41,416,346 | $40,231,341 |

*See accompanying notes.*

## Statements of Changes in Net Position

*All Other Funds*

| For the years ended September 30, | 2025 | 2024 |
|---|---|---|
| Unexpended Appropriations: | | |
| Beginning balances | $60,847,738 | $57,670,787 |
| Corrections of GSA errors | 1,608,921 | (40) |
| Beginning balances, adjusted | 62,456,659 | 57,670,747 |
| Budgetary Financing Sources: | | |
| Appropriations received | 301,583,000 | 44,926,000 |
| Other adjustments | | |
| Funds returned to Treasury | (438,300) | (420,279) |
| Other | (799,319) | (47,697) |
| Appropriations used | (40,658,099) | (41,328,732) |
| Total Budgetary Financing Sources | 259,687,282 | 3,129,292 |
| Total Unexpended Appropriations | 322,143,941 | 60,800,039 |
| Cumulative results of operations | | |
| Beginning Balances | (707,944) | (638,020) |
| Budgetary Financing Sources: | | |
| Appropriations Used | 40,658,099 | 41,328,732 |
| Other Financing Sources (Nonexchange): | | |
| Imputed Financing (Note 8) | 795,198 | 441,607 |
| Total Financing Sources | 41,453,297 | 41,770,339 |
| Net Cost of Operations | 41,416,346 | 40,231,341 |
| Net Change | 36,951 | 1,538,998 |
| Cumulative Results of Operations | (670,993) | 900,978 |
| Net position | $321,472,948 | $61,701,017 |

*See accompanying notes.*

## Statements of Budgetary Resources

*Budgetary Accounts*

| For the years ended September 30, | 2025 | 2024 |
|---|---|---|
| Budgetary Resources: | | |
| Unobligated balances, brought forward, October 1 | $50,278,879 | $42,668,976 |
| Appropriations | 301,583,000 | 44,926,000 |
| Spending authority from offsetting collections | | (127) |
| Total budgetary resources | 351,861,879 | 87,594,849 |
| Status of Budgetary Resources: | | |
| New Obligations and upward adjustments (Note 9) | 40,395,670 | 37,732,440 |
| Unobligated balance, end of year: | | |
| Apportioned, unexpired accounts | 54,335,521 | 48,632,903 |
| Unapportioned, unexpired accounts | 256,657,000 | 997,810 |
| Unexpired unobligated balance, end of year | 310,992,521 | 49,630,713 |
| Expired unobligated balance, end of year | 473,688 | 231,696 |
| Unobligated balance, end of year | 311,466,209 | 49,862,409 |
| Total budgetary resources | $351,861,879 | $87,594,849 |
| Outlays, net: | | |
| Net outlays | $39,605,864 | $19,727,591 |

*See accompanying notes.*

# Notes to the Financial Statements

## Note 1. Summary of Significant Accounting Policies

***Reporting Entity*** — In 1958, the National Cultural Center was established as an independently administered bureau of the Smithsonian Institution. Its Board of Trustees (Board) was charged with constructing and administering the nation's center for the performing arts (*see* Pub. L. No. 85-874). In 1964, after the death of President Kennedy, the National Cultural Center was renamed in his honor and became the John F. Kennedy Center for the Performing Arts (Center). The Center was designated as a living memorial to President Kennedy (*see* Pub. L. No. 88-260) and its authorizing legislation became known as the John F. Kennedy Center Act (*see* 20 U.S.C. §§ 76h *et seq.*).

The Center was created to serve as a living presidential memorial and as the national center for the performing arts. It is specifically directed and empowered by its authorizing legislation to administer its building and to develop and present a broad array of performing arts programs, including theater, music, opera, ballet, dance, education and public service activities in Washington, D.C., and across the country.

The Kennedy Center is governed by a 59-member Board, composed of 36 Presidentially appointed general trustees who must be U.S. citizens and who serve a term of six years, nine trustees designated ex-officio representatives of the Executive Branch and other government branches; and 14 Congressional representative trustees.

In 1994, the John F. Kennedy Center Act was amended (*see* Pub. L. No. 103-279) to permit the Kennedy Center to directly receive appropriations for operation and maintenance (O&M) and capital repair and restoration projects (Capital). The Kennedy Center has also received additional direct appropriations for COVID relief and anti-terrorism security measures through separate legislation.

***Basis of Presentation*** — The financial statements have been prepared from the accounting records of the Kennedy Center in accordance with generally accepted accounting principles (GAAP), except for federal fixed assets that have been excluded from these statements. The Office of Management and Budget (OMB) specifies the form and content of the Kennedy Center's financial statements in OMB Circular No. A-136, as amended. GAAP for Federal entities are standards prescribed by the Federal Accounting Standards Advisory Board (FASAB), which has been designated the official accounting standards-setting body for the Federal Government by the American Institute of Certified Public Accountants.

OMB Circular No. A-136 requires agencies to prepare principal statements, which include a Balance Sheet, Statement of Net Cost, Statement of Changes in Net Position, and a Statement of Budgetary Resources.

- As of the end of the fiscal year, the balance sheet presents amounts of future economic benefits owned or managed by the Kennedy Center (assets), amounts owed by the Center (liabilities), and amounts, which comprise the difference (net position).
- The Statement of Net Cost reports the full cost of the program, both direct and indirect costs of the output, and the costs of identifiable supporting services provided by other segments within the Kennedy Center and other reporting entities.
- The Statement of Changes in Net Position reports the change in net position which results from changes to Unexpended Appropriations and Cumulative Results of Operations.
- The Statement of Budgetary Resources reports on an agency's budgetary activity.

# Notes to the Financial Statements (Cont.)

## Note 1. Summary of Significant Accounting Policies (Cont.)

***Basis of Accounting*** — Transactions are recorded on the accrual basis of accounting in accordance with general government practice. Under the accrual basis of accounting, revenues are recognized when earned, and expenses are recognized when a liability is incurred, without regard to receipt or payment of cash. Budgetary accounting facilitates compliance with legal constraints and controls over the use of Federal funds. Through these financial statements, assets, liabilities, earned revenue and costs have been classified according to the type of entity with whom the transactions were made. Intragovernmental assets and liabilities are those from or to other Federal entities. Intragovernmental earned revenue represents collections or accruals of revenue from other Federal entities, and intragovernmental costs are payments or accruals to other Federal entities (see Note 7).

***Fund Balance with Treasury*** — Funds with the Department of the Treasury (Treasury) primarily represent appropriated funds that are available to pay current liabilities and finance authorized purchases (see Note 2). The fund balance is increased through the receipt of non-expenditure Treasury warrants for appropriations, positive non-expenditure transfers, and other expenditure inflows of funds. The Fund Balance with Treasury is reduced through non-expenditure Treasury Warrants for recessions, negative non-expenditure transfers, disbursements, and other expenditure cash outflows of funds. The Treasury processes the Center's disbursements and receipts, and the Center's records are reconciled with those of Treasury. No non-appropriated (i.e., Trust) or other fund type was used to fund the Center's appropriated activities.

***Liabilities*** — Liabilities represent amounts of monies or other resources likely to be paid by the Center as a result of a transaction or event that has already occurred. However, no liability can be paid by the Center absent an authorized appropriation. Liabilities for which an appropriation has not been enacted are, therefore, classified as not covered by budgetary resources (see Note 4), and there is no certainty that the appropriations will be enacted. Examples of unfunded liabilities are actuarial liabilities for future Federal Employees' Compensation Act payments and annual leave. Also, the Government may, through its sovereign capacity, abrogate the liabilities of the Center arising from other than contracts.

***Accrued Annual, Sick, and Other Leave*** — Federal employees' annual leave is accrued as it is earned, and the accrual is reduced annually for actual leave taken. Each year, the accrued annual leave balance is adjusted to reflect the latest pay rates. Annual leave will be obtained from future financing sources when taken. Sick leave and other types of non-vested leave are expensed as taken.

***Retirement Plans: Federal Employees*** — Two primary retirement systems for Federal employees exist. Employees hired prior to January 1, 1984, may participate in the Civil Service Retirement System (CSRS). On January 1, 1984, the Federal Employees Retirement System (FERS) went into effect pursuant to Public Law 99-335. Most employees hired after December 31, 1983, are automatically covered by FERS and Social Security. Employees hired prior to January 1, 1984, elected to either join FERS and Social Security or remain in CSRS. The Center does not report CSRS or FERS assets, accumulated plan benefits, or unfunded liabilities, if any, applicable to its employees. Reporting such amounts is the responsibility of the Office of Personnel Management (OPM) and the Federal Employees Retirement System. The Center does report, as an imputed financing source (see Note 12) and a program expense, the difference between its contributions to Federal employee pension and other retirement benefits and the estimated actuarial costs as computed by the OPM.

## Notes to the Financial Statements (Cont.)

### Note 1. Summary of Significant Accounting Policies (Cont.)

***Federal Employees Group Life Insurance*** — Employees are entitled to participate in the Federal Employees Group Life Insurance (FEGLI) Program. Participating employees can obtain "basic life" term life insurance, with the employee paying two-thirds of the cost and the Center paying one-third. Additional coverage is optional, to be paid fully by the employee. The basic life coverage may be continued into retirement if certain requirements are met. OPM administers the FEGLI program and is responsible for the reporting of related liabilities. Each fiscal year, OPM calculates the U.S. Government's service cost for the post-retirement portion of basic life coverage. Because the Center's contributions to the basic life coverage are fully allocated by OPM to the preretirement portion of coverage, the Center has recognized the entire service cost of the post-retirement portion of basic life coverage, as an Imputed Cost and Imputed Financing Source.

***Net Position*** — Net position consists of unexpended appropriations and cumulative results of operations. Unexpended appropriations represent amounts of budget authority to include unobligated or obligated balances not rescinded or withdrawn. The cumulative result of operations is comprised of the difference between revenues and expenses.

***Net Cost of Operations*** — Program costs are summarized in the Statement of Net Cost by program. Program costs reflect full costs including all direct and indirect costs consumed by program. Full costs are reduced by exchange (earned) revenues, when applicable, to arrive at net operating cost.

***Revenues and Other Financing Sources*** — The Center receives appropriations that may be used, within statutory limits, for operating and capital expenditures. Other financing sources for the Center consist of imputed financing sources which are costs financed by other Federal entities on behalf of the Center, as required by Statement of Federal Financial Accounting Standard (SFFAS) No. 5, "Accounting for Liabilities of the Federal Government". In certain instances, program costs of the Center are paid out of funds appropriated to other Federal agencies. For example, the OPM pays certain costs of retirement programs for the Center's Federal employees; certain legal judgments against the Center, if any, are paid from the Judgment Fund maintained by the Treasury. When costs that are directly attributable to the Center's operations are paid by other Federal agencies, the Center recognizes these amounts on the Statements of Net Cost. Additionally, these amounts are recognized as imputed financing sources on the Statements of Changes in Net Position. The Center records imputed expenses and financing sources for employee retirement plan contributions, group term life insurance, and health benefit costs, which are paid by the Office of Personnel Management (OPM).

***Contingencies*** — The criteria for recognizing contingencies for claims are (1) a past event or exchange transaction has occurred as of the date of the statements; (2) a future outflow or other sacrifice of resources is probable; and (3) the future outflow or sacrifice of resources is measurable (reasonably estimated). The Center recognizes material contingent liabilities in the form of claims, legal action, administrative proceedings and environmental suits that have been brought to the attention of legal counsel, some of which will be paid by the Treasury Judgment Fund. It is the opinion of management and legal counsel that the ultimate resolution of these proceedings, actions and claims, will not materially affect the financial position or results of operations.

***Use of Estimates*** — The preparation of financial statements requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities, the disclosure of contingent assets and liabilities at the date of the financial statements, and the reported amounts of revenues and expenses during the reporting period. Actual results may differ from those estimates.

## Notes to the Financial Statements (Cont.)

### Note 1. Summary of Significant Accounting Policies (Cont.)

***Budgets and Budgetary Accounting*** — The Center follows standard federal budgetary accounting policies and practices in accordance with OMB Circular A-11, "Preparation, Submission, and Execution of the Budget". Budgetary accounting facilitates compliance with legal constraints and controls over the use of federal funds. The Center recognizes budgetary resources as assets when cash (funds held by Treasury) is made available through warrants and when spending authority from the offsetting collection is incurred.

### Note 2. Fund Balance with Treasury

The Center's fund balances with the Treasury were:

| As of September 30, | 2025 | 2024 |
|---|---|---|
| Fund Balances with Treasury: | | |
| General funds | $329,499,044 | $67,959,845 |
| Status of Fund Balances with Treasury: | | |
| Unobligated balances: | | |
| Available | $54,809,209 | $49,630,796 |
| Unavailable | 256,657,000 | 231,696 |
| Obligated balances not yet disbursed | 18,032,835 | 18,097,353 |
| Total General Funds | $329,499,044 | $67,959,845 |

### Note 3. Accounts Receivable, Net

The line item represents the gross amount of monies owed to the Center. For more information regarding the sinking fund receivable, see Note 5. The Center has historically collected receivables due and thus has not established an allowance for uncollectible accounts.

The Center's accounts receivable, net:

| ***As of September 30,*** | **2025** | **2024** |
|---|---|---|
| Intragovernmental: | | |
| Sinking Fund Receivable | $ | $ |
| Other | | |
| Total accounts receivable | $ | $ |

## Notes to the Financial Statements (Cont.)

### Note 4. Liabilities Not Covered by Budgetary Resources

Liabilities of the Center are classified as liabilities covered or not covered by budgetary resources. Liabilities not covered by budgetary resources require future congressional action whereas liabilities covered by budgetary resources reflect prior congressional action.

| As of September 30, | 2025 | 2024 |
|---|---|---|
| Intragovernmental: | | |
| Accounts Payable | $26,487 | $464,140 |
| Debt | - | - |
| Other liabilities | 276,453 | 258,033 |
| Total Intragovernmental | 302,940 | 722,173 |
| | | |
| Accounts Payable | 7,108,124 | 4,864,664 |
| Federal Employees Benefits Payable | 451,030 | 503,608 |
| Other liabilities | 164,002 | 168,383 |
| Total liabilities | 8,026,096 | 6,258,828 |
| | | |
| Total liabilities not covered by budgetary resources | 670,955 | 707,605 |
| Total liabilities covered by budgetary resources | 7,355,141 | 5,551,223 |
| Total liabilities | $8,026,096 | $6,258,828 |

### Note 5. Debt

In 1964, Congress authorized the Center to borrow up to $20,400,000 from Treasury, with debt maturities not to exceed 50 years to finance necessary parking facilities. The Center borrowed the full amount and issued ten revenue bonds to Treasury with 50-year maturities, maturation starting in 2017. In 1984, Congress established a new statutory framework to assist the Center in retiring the debt, which included: halting and forgiving accrued unpaid interest, requiring annual payments of $200,000 to the sinking fund for 30 years and the sinking fund to be invested by Treasury. The final payment was made in FY2016. At that time, the balance of the sinking fund was insufficient to retire the $20,400,000 in loan obligations. The deficiency may be attributed to exceptionally low market interest rates over the last decade. At current market rates, it was estimated that Treasury would have to invest the entire sinking fund for an estimated additional 8 years beyond 2017 to accumulate sufficient funds to cover the deficiency. This additional investment period caused the 50-year bonds to extend past their maturity date. Treasury agreed that this does not constitute an event of default, nor was the Center expected to make any additional payments into the sinking fund. In November 2016, Treasury and the Center reached an agreement to resolve the organization's different accounting treatment of the $20,400,000 principal obligations which resulted in the Center continuing to reflect the debt and corresponding receivable with Treasury in their financial records through repayment.

In March 2024, funds sufficient to repay the bonds in full had accumulated. On March 28, 2024. Treasury transferred from the sinking fund to the Center the amounts required to pay off the loan obligations, and the Center transferred the amounts necessary to retire the Center's debt obligations with Treasury.

## Notes to the Financial Statements (Cont.)

### Note 6. Other Liabilities

Total "Other Liabilities" on the Balance Sheets consists of both liabilities that are covered and not covered by budgetary resources. Other liabilities were:

| *September 30, 2025* | Non-Current | Current | Total |
|---|---|---|---|
| Intragovernmental: | | | |
| Other liabilities | | $276,453 | $276,453 |
| With the public: | | | |
| Federal Employees Benefits Payable | 451,030 | | 451,030 |
| Other liabilities | | 164,002 | 164,002 |
| Subtotal other liabilities with the public | 451,030 | 164,002 | 615,032 |
| Total other liabilities | $451,030 | $440,455 | $891,485 |

| *September 30, 2024* | Non-Current | Current | Total |
|---|---|---|---|
| Intragovernmental: | | | |
| Other liabilities | | $258,033 | $258,033 |
| With the public: | | | |
| Federal Employees Benefits Payable | 503,608 | | 503,608 |
| Other liabilities | | 168,383 | 168,383 |
| Subtotal other liabilities with the public | 503,608 | 168,383 | 671,971 |
| Total other liabilities | $503,608 | $426,416 | $930,024 |

| *September 30, 2023* | Non-Current | Current | Total |
|---|---|---|---|
| Intragovernmental: | | | |
| Other liabilities | | $225,830 | $225,830 |
| With the public: | | | |
| Federal Employees Benefits Payable | 450,144 | 5,038 | 455,182 |
| Other liabilities | | 113,662 | 113,662 |
| Subtotal other liabilities with the public | 450,144 | 118,700 | 568,844 |
| Total other liabilities | $450,144 | $344,530 | $794,674 |

## Notes to the Financial Statements (Cont.)

### Note 7. Leases

The Center leases warehouse space in the Commonwealth of Virginia under a ten-year lease that expired October 17, 2024. During the year, the Center entered a new ten-year lease for the same space expiring on October 17, 2034. Under the expired and new leases, the Center is also obligated to pay a proportionate share of operating expenses and real estate taxes. Rent expense for the fiscal year ended September 30, 2025, was $135,130. For September 30, 2024, the rent expense was $133,822.

The future minimum lease payments (FMLP) associated with the Center's new space rental lease is as follows as of September 30, 2025:

| | **FMPL** |
|---|---|
| 2026 | 182,854 |
| 2027 | 182,854 |
| 2028 | 198,968 |
| 2029 | 199,740 |
| 2030 | 199,740 |
| 2031 and thereafter | 863,844 |
| Total | $ 1,828,000 |

### Note 8. Inter-Entity Costs

The Center recognizes certain inter-entity costs for goods and services that are received from other federal entities at no cost or at a cost less than the full cost. Certain costs of the providing entity that are not fully reimbursed are recognized as imputed cost and are offset by imputed revenue. Such imputed costs relate to employee benefits. The Center recognizes as inter-entity costs the amount of accrued pension and post-retirement benefit expenses for current employees. The assets and liabilities associated with such benefits are the responsibility of the administering agency, OPM.

Inter-entity costs were as follows:

| ***For the years ended September 30,*** | **2025** | **2024** |
|---|---|---|
| Office of Personnel Management | $795,198 | $441,607 |
| Total Imputed Financing Sources | $795,198 | $441,607 |

### Note 9. Apportionment Categories of New Obligations and Upward Adjustments

Apportionment is a plan, approved by the U.S. Office of Management and Budget (OMB), to spend resources provided by one of the annual appropriations acts, a supplemental appropriations act, a continuing resolution, or a permanent law (mandatory appropriations). Resources are apportioned by Treasury Appropriation Fund Symbol (TAFS).

The apportionment identifies amounts available for obligation and expenditure. It specifies and limits the obligations that may be incurred and expenditures made (or makes other limitations, as appropriate) for specified time periods, programs, activities, projects, objects, or any combination thereof. An apportioned amount may be further subdivided by an agency into allotments, sub-allotments, and allocations.

## Notes to the Financial Statements (Cont.)

The new obligations and upward adjustments against apportioned amounts on the latest SF132 were:

| ***For the years ended September 30,*** | **2025** | **2024** |
|---|---|---|
| Direct obligations: | | |
| Category B | | |
| Operations and Maintenance – Annual | 31,601,789 | 28,296,687 |
| Capital Repair and Restoration | 8,793,881 | 9,435,753 |
| Total new obligations & upward adjustments | **$40,395,670** | **$37,732,440** |

### Note 10. Undelivered Orders at the End of the Period

Undelivered orders represent the value of goods and services ordered and obligated that have not been received. This amount includes any orders for which advance payment has been made but for which delivery or performance has not yet occurred. The amount of undelivered orders for goods and services contracted for but not yet received was:

| ***For the years ended September 30,*** | | **2025** | | **2024** |
|---|---|---|---|---|
| Unpaid undelivered orders | $ | 18,032,835 | $ | 18,097,353 |
| Paid undelivered orders | | | | |
| Total undelivered orders at the end of the period | $ | 18,032,835 | $ | 18,097,353 |

### Note 11. Explanation of Differences between the Statement of Budgetary Resources and the Budget of the U.S. Government

The Center is not directly presented within the budget of the U.S. Government. SFFAS No. 7, Accounting for Revenue and Other Financing Sources and Concepts for Reconciling Budgetary and Financial Accounting, requires an explanation of material differences between budgetary resources available, the status of those resources and outlays as presented in the Statement of Budgetary Resources to the related actual balances published in the Budget of the United States Government (Budget). The Budget that will include FY 2024 actual budgetary execution information is scheduled for publication in February 2025, which will be available through OMB's website at http://www.whitehouse.gov/omb. Accordingly, information required for such disclosure is not available at the time of publication of these financial statements.

Balances reported in the **FY 2024 SBR** and the related President's Budget reflected the following (in millions):

| *FY2025* | Budgetary Resources | New Obligations & Upward Adjustments (Total) | Net Outlays |
|---|---|---|---|
| Statement of Budgetary Resources | $ 88 | 38 | $ 20 |
| Budget of the U.S. Government | 88 | 37 | 20 |
| Rounding | (0) | (1) | (0) |
| Difference | $ - | - | $ - |

## Notes to the Financial Statements (Cont.)

### Note 12. Reconciliation of Net Cost to Outlays

The following table presents the Center's reconciliation of net cost to outlays:

| *September 30, 2025* | Intra-governmental | With the Public | Total |
|---|---|---|---|
| **Net Operating Cost (SNC)** | | | |
| Budgetary Resources Obligated | 3,429,555 | 37,986,791 | 41,416,346 |
| **Change in Liabilities not Affecting Budget Outlays:** | | | |
| Accounts Payable | 437,653 | (1,491,776) | (1,054,123) |
| Salaries and Benefits | | 56,864 | 56,864 |
| Other Liabilities | (18,026) | | (18,026) |
| Other financing sources: | (795,198) | | (795,198) |
| **Total Components of Net Operating Cost not part of the Budgetary Outlays:** | ($375,571) | ($1,434,912) | ($1,810,483) |
| **Net Outlays (calculated)** | $3,053,984 | $36,551,879 | $39,605,863 |
| **Statement of Budgetary Resources Outlays, net (SBR Line 4190)** | | | $39,605,863 |

| *September 30, 2024* | Intra-governmental | With the Public | Total |
|---|---|---|---|
| **Net Operating Cost (SNC)** | | | |
| Budgetary Resources Obligated | 3,824,293 | 36,407,047 | 40,231,340 |
| **Change in Assets not Affecting Budget Outlays:** | | | |
| Accounts Receivable | | (20,400,000) | (20,400,000) |
| **Change in Liabilities not Affecting Budget Outlays:** | | | |
| Accounts Payable | (200,807) | 658,195 | 457,388 |
| Salaries and Benefits | | (108,485) | (108,485) |
| Other Liabilities | (9,779) | (1,266) | (11,045) |
| Other financing sources: | (441,607) | | (441,607) |

| | | | |
|---|---|---|---|
| **Total Components of Net Operating Cost not part of the Budgetary Outlays:** | ($652,193) | $548,444 | ($103,749) |
| **Net Outlays (calculated)** | ($652,193) | $548,444 | ($103,749) |
| **Statement of Budgetary Resources Outlays, net (SBR Line 4190)** | | | $19,727,591 |

## Notes to the Financial Statements (Cont.)

### Note 14. Subsequent Events

In preparing these financial statements, management has evaluated events and transactions for potential recognition or disclosure through June 30, 2026, which is the date these financial statements were available to be issued.




May 8, 2025

# Audit and Finance Committee

John F. Kennedy Center for the Performing Arts

The Kennedy Center

The Kennedy Center

# Agenda

I. Approval of Meeting Minutes

II. Committee Charter Revision

III. FY24 Audit Report (BDO/VP Accounting)

IV. FY25 Update (CFO, Marketing, Development)

V. FY26 Proposed Budget (CFO/VP FP&A)

VI. US Bank Investment Report (US Bank)



# Approval of Meeting Minutes

# Audit and Finance Committee Charters

- Motion to Consolidate Audit and Finance Committees
- A new committee charter will be reviewed at the next committee meeting
- Resolution will be presented to the Board.

# FY24 Audit Report

# Audit Update

Since January 23, 2025, audit wrap up work concluded including going concern assessment, management's response to compliance audit findings, and management representation letter.

Statements were issued March 7, 2025.

Compliance audit filed by March 31, 2025, deadline.

Statements delivered to US Bank, Inc. and Eastern Bank in keeping with debt requirements

The Kennedy Center

# With You Today

[redacted]

[redacted]

# BDO Greater Washington D.C.

World-class resources and exceptional service in Washington D.C. and beyond.

As the capital of the United States, Washington D.C. is known for its rich heritage and vibrant political scene. The professionals in the Greater Washington D.C. (GWDC) offices help our clients adapt to a constantly changing marketplace in government contracting, nonprofit, technology, life sciences, public sector, healthcare, real estate, insurance, and other key industries across the region. We provide the local presence, experience, and insights that clients in this metropolis expect from BDO.

## BDO GWDC BY THE NUMBERS

Over 660 professionals, including more than 250 CPAs

66 principals

3,280+ clients served out of the GWDC offices

## INDUSTRY BREAKDOWN






# BDO Nonprofit Experience

American Cancer Society

AAAS American Association for the Advancement of Science

easterseals Serving Chicagoland and Greater Rockford

National Trust for Historic Preservation

National Geographic

Cato Institute

Colonial Williamsburg

The Kennedy Center

FASB Financial Accounting Standards Board

The Rockefeller Foundation

Bill & Melinda Gates foundation

hjf

The White House Historical Association

William + Flora Hewlett Foundation

ICC International Code Council

American Diabetes Association

the David & Lucile Packard Foundation

Urban Institute

National 4-H Council

The Center for Discovery

The Joyce Foundation

PGA

National Association of Realtors

The Humane Society of the United States

# Summary of Required Communication

**Financial Statement Overview**

- BDO issued an unmodified opinion on the consolidated financial statements including the supplemental schedules of operations for National Symphony Orchestra and Washington National Opera and an unmodified opinion on the Center's Single Audit report, including the Schedule of Expenditures of Federal Awards (SEFA) on March 7, 2025.
- There were no corrected misstatements. There was one uncorrected misstatement regarding the exchange portion of sponsorship revenue as a restricted contribution instead of deferred revenue.
- The Center adopted Accounting Standard Update (ASU) 2016-13, Financial Instruments – Credit Losses (Topic 326) during the fiscal year.
- There were no changes in accounting policies or significant estimates that impact the consolidated financial statements.

**Internal Controls over Financial Reporting**

- There were no material weakness.
- Best practices recommendations, previously communicated, pertain to the following areas (see Appendix A):
  - Administrative access granted to SAP concur system
  - ASC 606 Deferred Revenue recognition
  - Federal appropriation reconciliation was delayed due to staff turnover (2023)
  - Key position – turnover or vacant (2023)
  - Standardizing internal and external reporting (2022)
  - IT Infrastructure & Business Processes (2020)

**Internal Controls Over Compliance (Single Audit)**

- Activities Allowed or Unallowed and Allowable Cost / Cost Principles – related to payroll

Docusign Envelope ID: ADB71339-5C72-8757-8345-97B8558828C7


# Banking Resolution

- Motion to approve the banking resolution included in the meeting materials.

# FY24 Accounting Review


FOR KENNEDY CENTER USE ONLY– NOT INTENDED FOR PUBLIC DISTRIBUTION

# Consolidated Statements of Financial Position

## At the end of FY 24:

- Liquidity
  - Working capital
    - Negative working capital
    - ($16.6 m)
- $155.5 million endowment
- Our buildings are our largest asset
- Leverage
  - Note (debt) to be repaid by 2030
  - Debt to Equity: 13 percent

| | | September 29, 2024 | | October 1, 2023 |
|---|---|---|---|---|
| **Assets** | | | | |
| Cash and cash equivalents | $ | 21,085,208 | $ | 28,697,766 |
| Accounts receivable, net | | 5,679,261 | | 3,976,109 |
| Contributions receivable, net | | 118,264,660 | | 83,477,418 |
| Marketable securities and other investments | | 180,585,839 | | 149,226,815 |
| Restricted cash and investments (Note 6B) | | 9,000,000 | | 9,000,000 |
| Federal government appropriation held by the U.S. Treasury – | | | | |
| Operations and maintenance | | 11,649,653 | | 8,733,028 |
| Capital repair and restoration | | 56,310,192 | | 54,849,405 |
| Property, net of accumulated depreciation | | 272,639,988 | | 282,687,194 |
| Other assets | | 8,930,378 | | 4,309,239 |
| Right-of-use assets- operating leases | | 7,251,603 | | 7,637,139 |
| Right-of-use assets- finance leases | | 15,001 | | 25,074 |
| **Total assets** | $ | 691,411,783 | $ | 632,619,187 |
| **Liabilities and net assets** | | | | |
| **Liabilities:** | | | | |
| Accounts payable and accrued liabilities | $ | 13,574,332 | $ | 17,290,515 |
| Future performance receipts | | 29,756,627 | | 29,336,937 |
| Loan payable, net | | 71,612,163 | | 75,063,515 |
| Accrued pension cost | | 4,760,448 | | 6,101,105 |
| Charitable gift annuity liability | | 383,958 | | 400,775 |
| Other liabilities | | 4,819,344 | | 5,490,204 |
| Lease liabilities- operating leases | | 8,214,394 | | 8,830,426 |
| Lease liabilities- finance leases | | 12,960 | | 22,805 |
| **Total liabilities** | | 133,134,226 | | 142,536,282 |

# Cash, Debt, Endowment Update

Docusign Envelope ID: ADB71339-5C72-8757-8345-97B8558828C7


# Monthly Cash Position ($ millions)






FOR KENNEDY CENTER USE ONLY– NOT INTENDED FOR PUBLIC DISTRIBUTION

# Debt

B. Loan payable – Eastern Bank

On August 27, 2020, the Center entered into a loan agreement with Eastern Bank (formerly called Century Bank) for $82 million. The loan term is 10 years issued in two promissory notes, one for $9 million (Note A) that is required to be collateralized in full with an account at Eastern Bank, and one for $73 million (Note B) that is unsecured. The collateralized amount of $9 million is reported as "Restricted Cash and Investments" in the consolidated statements of financial position. Note A bears interest at a fixed rate of 3% and Note B bears interest at a fixed rate of 2.54%. There are no required financial covenants under the Eastern Bank loan facility.

Total maturities of the Eastern Bank loans as of September 29, 2024, were as follows:

| | |
|---|---|
| 2025 | $ 3,500,000 |
| 2026 | 3,600,000 |
| 2027 | 3,700,000 |
| 2028 | 3,800,000 |
| 2029 | 3,900,000 |
| Thereafter | 53,400,000 |
| Total loan payable | 71,900,000 |
| Less unamortized debt issuance costs | (287,837) |
| Total | $ 71,612,163 |

The Center deferred $486,485 in loan issuance costs as a result of the refinancing for the year ended September 27, 2020 and recorded amortization for both the years ended September 29, 2024 and October 1, 2023 of $48,648.

The Center recorded interest for the years ended September 29, 2024 and October 1, 2023 of $1,971,138 and $2,055,833, respectively, related to the Eastern Bank loans.

- Eastern Bank
  - Fixed rates 3.0% and 2.54%
  - Now fully-budgeting for principal repayments
  - Balloon payment $53.4M due 9/1/30
    - Budget for repayment or refinance
- US Bank Line of Credit
  - $10M total
  - Must be repaid before year end





FOR KENNEDY CENTER USE ONLY– NOT INTENDED FOR PUBLIC DISTRIBUTION

# Endowment Update ($ Millions)




Endowment balance growth since year end primarily from new gifts. Assets managed by US Bank, 90% of endowed funds, were down 1.41% net of fees fiscal year to date.

Kennedy Center received a $10 million endowment gift deposited in October, and the WNO received a gift of $8.6M in March 2025. The WNO's gift will be separately managed.

At the end of April, the Kennedy Center received a $1.9M endowment pledge payment.

Note: The Kennedy Center Endowment includes permanently restricted endowments and undesignated bequests.

# FY25 Update



FOR KENNEDY CENTER USE ONLY– NOT INTENDED FOR PUBLIC DISTRIBUTION

# The fiscal Year 25 budget was passed with $26M of fictitious funds:

- $7.5 million "unidentified" contributions
- $6.8 million "TBD profit holds"
- $3.9 million "revenue stretch goals" for auxiliary services and KC Foundation unidentified contributions
- $5.4 million spend from the debt reserve
- $2.25 million unbudgeted but required debt service

# FY25 Actions Taken

- Expenditure reduction/margin increase plans were put together by each Department
- Headcount has been reduced by 82
- Personnel costs have been reduced by $7.3M
- NSO and WNO support reduced by 10%
- Marketing spend reduced by $830k; revenues up $500k
- G&A costs reduced 8%

# FY25 Current Projection ($ Millions)

| Category | FY25 Approved Budget | FY25 Current Projection | Variance to Budget Favorable / (Unfavorable) |
|---|---|---|---|
| **Revenues** | | | |
| Earned Revenues | $129.2 | $110.8 | ($18.4) |
| Contributed Revenues | $87.4 | $93.1 | $5.7 |
| Endowment Releases | $5.7 | $6.9 | $1.3 |
| Sustainability Fund | $5.4 | $0 | ($5.4) |
| **Total Revenues** | **$227.6** | **$210.8** | **($16.8)** |
| **Expenses** | | | |
| Programs | $178.9 | $170.8 | ($8.1) |
| Auxiliary Services | $8.0 | $5.7 | ($2.3) |
| Development | $17.7 | $12.9 | ($4.8) |
| G&A | $22.0 | $20.3 | ($1.7) |
| Debt Repayment and Interest Expenses | $3.1 | $5.4 | $2.3 |
| IT Projects / Miscellaneous Expenses | ($2.1) | $3.1 | $5.1 |
| **Total Expenses** | **$227.6** | **$218.1** | **($9.5)** |
| **Net Surplus / (Deficit) Before Fictitious Funds and Debt Reserve** | **($0.0)** | **($7.3)** | **($7.3)** |
| Fictitious Funds and Debt Reserve | ($25.9) | $0.0 | $25.9 |
| **Final Net Surplus / (Deficit)** | **($25.9)** | **($7.3)** | **$18.6** |

# Ticket Sales through April 23 by Fiscal Year

| | 2022 | 2023 | 2024 | 2025* |
|---|---|---|---|---|
| **YTD Actuals** | **$71.2M** | **$77.7M** | **$57M** | **$51.1M** |
| | 72% | 78% | 78% | 69% |
| **Annual Actuals/ Projection** | **$85.2M** | **$99.4M** | **$72.7M** | **$74M** |



*2025 represents the FY25 annual revenue projection. This figure fluctuates based on recent sales experience and updated expectations as performances are added and tickets sold.

# FY 25 Marketing Plan Highlights
## *Drive New Audiences*

- **Paid Media Plan Shift:** Expand media to new patron segments, geographies, affiliations and interests based on gap analysis data
  - **Example Channels:** WMAL Radio, Fox News TV, WRVA Richmond (TV), Golf Channel, CTV Cable
- **Expand Messaging and Offers to appeal to new patron segments**
  - **New Patron Segments:** Suburban Families (Make memories), Young Professionals (Share the Joy)
    - **Email/CRM/Social Communication:** inclusive of new patrons from festivals, social media, partners
    - **Promotional Pricing:** Expand RUSH tickets and promotions to affinity groups, TodayTix, MyTix, and partners.
    - **Affiliate Marketing:** This commission-based marketing channel reaches new audiences efficiently.
  - **Expand Strategic Partnerships:** Expand partner network with discounts for single tickets and subscriptions. Creating landing pages for key partners.

# FY 25 Marketing Plan Highlights

## *Increase Awareness, New Packages*



- **Email/Direct Mail Campaign** to prospects and previous renters to promote available space for corporate events, graduations, performances, and weddings.
- **Destination DC** – Expand presence on the Destination DC website and collaborate on additional local events and meeting planner initiatives. Be present at Destination DC and Convention Center high traffic events.
- **Partner Outreach** – Connect with meeting planners, corporate and embassy partners with new rental collateral and curated pricing packages.
- **Rental incentives with promotional packages** including extra space, parking, and catering opportunities.

The Kennedy Center

# FY25 Contributed Revenue

## FY25 Progress Toward Annual Goal ($ Millions)

**$94,693,010** FY25 Contributed Revenue Goal (Projection 205)




| | Raised | Raised – Pending Assignment | Left to Raise – Identified | Left to Raise – Unidentified | Total Goal |
|---|---|---|---|---|---|
| **Total** | **$48.12** | **$16.50** | **$23.56** | **$6.51** | **$94.7** |
| KC | $32.00 | $12.36 | $18.54 | $2.70 | $65.6 |
| WNO | $8.06 | $2.07 | $3.20 | $1.33 | $14.7 |
| NSO | $8.06 | $2.07 | $1.82 | $2.48 | $14.4 |

58

*Fiscal Year 2025 Projection 205, Period 6 Actuals*

*Note: Figures may not sum exactly due to rounding.*



*Last updated April 30, 2025*

The Kennedy Center

# FY26 Budget

# Multi-Year Financial Summary

- FY 24 ended the year out of balance
- FY 25 deficit has been reduced significantly
- FY 26 budget is balanced without fictitious funds
- Personnel costs are down $9 m from the FY 25 budget; Headcount down by 88
- FY 25 and FY 26 now include full debt service payments
- Department plans include continued expenditure reductions plus new marketing and development plans

The Kennedy Center

# FY26 Proposed Budget ($ Millions)

| Category | FY24 Actual | FY25 Approved Budget | FY25 Current Projection | FY26 Proposed Budget |
|---|---|---|---|---|
| **Revenues** | | | | |
| Earned Revenues | $125.3 | $129.2 | $110.8 | $114.8 |
| Contributed Revenues | $83.5 | $87.4 | $93.1 | $97.6 |
| Endowment Releases | $6.8 | $5.7 | $6.9 | $7.6 |
| Sustainability Fund | $8.3 | $5.4 | $0.0 | ($5.4) |
| **Total Revenues** | **$223.9** | **$227.6** | **$210.8** | **$220.1** |
| **Expenses** | | | | |
| Programs | $175.5 | $178.9 | $170.8 | $174.1 |
| Auxiliary Services | $9.2 | $8.0 | $5.7 | $6.3 |
| Development | $15.6 | $17.7 | $12.9 | $12.7 |
| G&A | $20.8 | $22.0 | $20.3 | $21.5 |
| Debt Repayment and Interest Expenses | $3.2 | $3.1 | $5.4 | $5.4 |
| IT Projects / Miscellaneous Expenses | $0.8 | ($2.1) | $3.1 | ($0.1) |
| **Total Expenses** | **$225.0** | **$227.6** | **$218.1** | **$220.1** |
| **Net Surplus / (Deficit) Before Fictitious Funds and Debt Reserve** | **($1.1)** | **($0.0)** | **($7.3)** | **$0** |
| Fictitious Funds and Debt Reserve | ($8.3) | ($25.9) | $0.0 | $0 |
| **Final Net Surplus / (Deficit)** | **($9.4)** | **($25.9)** | **($7.3)** | **$0** |

Note: Expenses include non-operating activity.

# US Bank Investment Report


FOR KENNEDY CENTER USE ONLY– NOT INTENDED FOR PUBLIC DISTRIBUTION

# Structure of Organizational Support and Resources

*As of 12/31/2024.*

**U.S. Bancorp**

- Parent company of U.S. Bank, N.A.
- 70k+ employees and $678b in assets

**U.S. Bank, N.A.**

- Among the largest commercial banks in the U.S. by assets

**U.S. Bancorp Asset Management, Inc.**

- Institutionally focused Registered Investment Adviser
- Fixed income and multi-asset solutions for institutional investors
- $394b in assets under management*

**PFM Asset Management**

- A division of U.S. Bancorp Asset Management, Inc.
- 40+ years of providing public sector investment solutions



usbancorp Asset Management, Inc.

[redacted]

[redacted]

[redacted]

usbanc[redacted]
Asset Management, Inc.

Source: Investment Metrics (Paris)

[redacted]

[redacted]



# Thank you

John F. Kennedy Center for the Performing Arts

The Kennedy Center



April 14, 2026

# Audit and Finance Committee

The Trump Kennedy Center

# Agenda

I. Approval of Meeting Minutes

II. Banking Resolution

III. FY25 Preliminary Financial Results

- I. Net Margins by Program
- II. Fundraising and Endowment Releases by Program
- III. Fundraising Update
- IV. Affiliate Financial Overview

IV. Audit Status

V. Debt Report

VI. Post Shutdown Plan



# Approval of Meeting Minutes

## May 8, May 19, February 2

# Banking Resolution Update

Adding Elliot and [redacted]

# FY25 Preliminary Financial Results

# The fiscal year 25 preliminary results (October 2024 – September 2025) :

- Projected deficit of $16.1M or $7.4M unfavorable variance to the budget
- Driven by:
- Fundraising performance below target by $5.1M
- Program margins below budget by $3.2 m
- Parking, restaurant, gift shops below budget by $2.3 m
- Endowment releases unspent $1 m
- Offset by underspending on G&A $4.4m

# FY 25 Preliminary Results ($ Millions)

| Net Margins | FY25 Budget | FY25 Prelim Actual | Variance Fav/(Unfav) |
|---|---|---|---|
| Program Operating Net Margins | (87.2) | (90.4) | (3.2) |
| Non-Program Net Margins | 21.4 | 19.1 | (2.3) |
| **Total Net Margins** | **(65.7)** | **(71.2)** | **(5.5)** |
| Fundraising and Endowment Releases | 100.0 | 93.8 | (6.2) |
| **Total Net Margins and Fundraising and Endowment Releases** | **34.3** | **22.6** | **(11.7)** |
| G&A | (38.6) | (34.4) | 4.2 |
| IT projects / Miscelleneous Expenses | (3.1) | (2.9) | 0.2 |
| **Total Expenses** | **(41.6)** | **(37.3)** | **4.4** |
| **Net Surplus / (Deficit)** | **(7.3)** | **(14.7)** | **(7.4)** |
| Adjustment to Budget: Severance Payment * | (1.4) | (1.4) | 0.0 |
| **Net Surplus / (Deficit) After Adjustment** | **(8.7)** | **(16.1)** | **(7.4)** |

Note: Expenses include non-operating activity.
* Severance costs were not reflected in the approved budget, as they were identified during the final stage of the budget approval process.

# FY25 Highlights:

- $4.4M saving from G&A
- Significant fundraising from VIP events (NSO Gala, Les Mis)
- Accounting system modernization effort
- Enhanced Board engagement



# Net Margins by Program

# Net Margins by Program ($ Millions)

| Net Margins | FY25 Budget | FY25 Prelim Actual | Variance Fav/(Unfav) |
|---|---|---|---|
| **Program Operating Net Margins** | | | |
| KC Programming | (5.6) | (6.3) | (0.7) |
| Education | (13.3) | (13.2) | 0.0 |
| NSO | (27.1) | (29.7) | (2.6) |
| WNO | (17.9) | (18.5) | (0.6) |
| Other Program Supports | (23.3) | (22.6) | 0.8 |
| **Total Program Operating Net Margins** | **(87.2)** | **(90.4)** | **(3.2)** |
| **Non-Program Net Margins** | | | |
| Campus Rentals, Restaurants, Parking, and Gift Shops | 11.9 | 10.4 | (1.5) |
| Other Earned Revenues | 9.5 | 8.8 | (0.8) |
| **Total Non-Program Net Margins** | **21.4** | **19.1** | **(2.3)** |
| **Total Net Margins** | **(65.7)** | **(71.2)** | **(5.5)** |

Note: Expenses include non-operating activity.

# Fundraising and Endowment Releases by Program

# FY25 Fundraising and Endowment Releases by Program ($ Millions)

| Fundraising and Endowment Releases | FY25 Budget | FY25 Prelim Actual | Variance Fav/(Unfav) |
|---|---|---|---|
| **Fundraising by Program Area** | | | |
| KC Programming | 15.1 | 6.8 | (8.3) |
| Education | 13.2 | 10.1 | (3.1) |
| Special Fundraising Events | 14.4 | 16.4 | 2.0 |
| NSO | 14.8 | 10.7 | (4.1) |
| WNO Excl FFIE | 12.7 | 11.3 | (1.5) |
| WNO FFIE | 1.9 | 4.0 | 2.1 |
| Unrestricted Contributions | 21.0 | 28.8 | 7.8 |
| **Total fundraising** | **93.1** | **88.0** | **(5.1)** |
| **Endowment Releases by Program Area** | | | |
| KC Programming | 1.4 | 0.9 | (0.4) |
| Education | 0.7 | 0.2 | (0.4) |
| NSO | 2.4 | 2.1 | (0.2) |
| WNO | 0.7 | 0.7 | 0.0 |
| Unrestricted Contributions | 1.8 | 1.8 | 0.0 |
| **Total Endowment Releases** | **6.9** | **5.8** | **(1.1)** |
| **Total Fundraising & Endowment Releases** | **100.0** | **93.8** | **(6.2)** |

# Fundraising Update

# Trump Kennedy Center Foundation

- Created as a 501(c)(3) July 2024
- Serves as a fundraising platform during shutdown
- Fundraising team provided by our Chairman
- Operating in close coordination with TKC staff



# Affiliate Financial Overview

# The fiscal year 25 preliminary results (October 2024 – September 2025) :

- Projected deficit of $16.1M, $7.4M unfavorable variance to the budget
- Also driven by:
- NSO underperformance $7.9M, including $4.1M fundraising shortfall, $0.7M ticket sales shortfall, and $2.6M expenditure overruns

# FY25 NSO Preliminary Result ($ Millions)

| NSO | FY25 Budget | FY25 Prelim Actual | Variance Fav/(Unfav) |
|---|---|---|---|
| **Revenues** | | | |
| Earned Revenues | 13.7 | 12.8 | (0.9) |
| Fundraising | 14.8 | 10.7 | (4.1) |
| Endowment Releases | 2.4 | 2.1 | (0.2) |
| **Total Revenues** | **30.9** | **25.6** | **(5.3)** |
| **Expenses** | | | |
| NSO Orchestra | (24.7) | (24.4) | 0.3 |
| NSO Education | (0.8) | (0.7) | 0.0 |
| NSO Programming | (11.4) | (12.0) | (0.6) |
| NSO Fundraising, Admin, & Other | (4.0) | (5.4) | (1.4) |
| **Total Expenses** | **(40.9)** | **(42.5)** | **(1.7)** |
| **Net Surplus / (Deficit)** | **(10.0)** | **(17.0)** | **(7.0)** |
| Trump Kennedy Center–Funded Costs * | (3.4) | (4.3) | (0.9) |
| **Net Surplus / (Deficit) after TKC Funded Costs** | **(13.4)** | **(21.2)** | **(7.9)** |
| **Approved Trump Kennedy Center Support** | **13.4** | **21.2** | **7.9** |

* TKC funded costs include theater license fee for venue usage, which incorporate cost allocations from Marketing, and a designated Development team for fundraising.

# FY25 WNO Preliminary Result ($ Millions)

| WNO | FY25 Budget | FY25 Prelim Actual | Variance Fav/(Unfav) |
|---|---|---|---|
| **Revenues** | | | |
| Earned Revenues | 5.6 | 4.8 | (0.8) |
| Fundraising | 12.7 | 11.3 | (1.5) |
| Endowment Releases | 0.7 | 0.7 | 0.0 |
| **Total Revenues** | **19.0** | **16.7** | **(2.2)** |
| **Expenses** | | | |
| WNO Education | (1.0) | (0.9) | 0.0 |
| WNO Programming | (15.8) | (15.2) | 0.6 |
| WNO Fundraising, Admin, & Other | (6.7) | (7.1) | (0.5) |
| **Total Expenses** | **(23.4)** | **(23.3)** | **0.1** |
| Fund for Innovation and Excellence | 1.9 | 4.0 | 2.1 |
| **Net Surplus / (Deficit)** | **(2.5)** | **(2.5)** | **(0.0)** |
| Trump Kennedy Center–Funded Costs * | (3.1) | (3.3) | (0.2) |
| **Net Surplus / (Deficit) after TKC Funded Costs** | **(5.6)** | **(5.8)** | **(0.2)** |
| **Approved Trump Kennedy Center Support** | **2.5** | **2.5** | **0.0** |
| **Funding shortfall requiring use of WNO FFIE and endowments** | **(3.1)** | **(3.3)** | **(0.2)** |

* TKC funded costs include theater license fee for venue usage, which incorporate cost allocations from Marketing, a designated Development team for fundraising, and allocated staff responsible for KCOHO musicians.

# Audit Status

# Audit Status

- BDO conducting audits
- Two audits: Financial and Uniform Guidance
- Audit testing has commenced
  - Evaluation of policies, procedures, and controls;
  - Confirmation of bank and investment balances;
  - Examination of fixed assets, leases, liabilities, etc.
  - Several areas remain open, namely contribution revenue, pledges receivable, federal appropriations
- Goal: June 30, 2026

# FY25 Debt Overview and Debt Reserve

# Debt Overview

## Long-term Debt - Eastern Bank

- Fixed rates 3.0% and 2.54%
- Now fully-budgeting for principal repayments
- Balloon payment $53.4M due Sept. 1, 2030

Total Debt Reserve Balance $17.9M

## US Bank Line of Credit

- Refinanced Sept. 25, 2025
- Collateralized by Board Designated funds
- $21M available credit
- $15M drawn as of April 1, 2026
- 4.97% interest rate, March 2026

# Post Shutdown Plan

# Post Shutdown Plan

- Education programs will continue through offsite delivery, touring, and broadcast
- Funding is supported primarily by the Department of Education and other grants
- NSO programs will continue at offsite venues
- Significantly reduced staffing levels across the organization
- Essential operations will remain in place, including future program planning, Board relations, system upgrades, and institutional readiness for reopening
- Revisions to the FY26 budget are underway



# Thank you

The Trump Kennedy Center



June 1, 2026

# Audit and Finance Committee

The Trump Kennedy Center

# Agenda

I. Approval of Meeting Minutes

II. Banking Resolution Update

III. WNO Resolution Update

IV. WNO Disaffiliation

V. Financial Update

VI. Post-Shutdown Plan

VII. Federal Funds Reporting



# Approval of Meeting Minutes

April 14, 2026

# Banking Resolution Update

# WNO Resolution Update

Docusign Envelope ID: ADB71339-5C72-8757-8345-97B8558828C7


# Audit and Finance Committee Resolution from February 2, 2026

*TKC has transferred $10 million from our consolidated endowment to our bank account as an additional payout for FY25 and FY 26 WNO expenses.*

BE IT THEREFORE RESOLVED THAT, the Committee asks the management to review and request "additional payout" for the WNO donor restricted (endowment) portion of the Center's endowment to pay the WNO's fiscal year 2025 and fiscal year 2026 expenses that paid with WNO earned and contributed revenues. Management must ensure that this "additional payout" is in accordance with UPMIFA and GAAP standards.

# WNO Disaffiliation

# Review

- WNO voted to disaffiliate January 9, 2026
- TKC voted to disaffiliate March 16, 2026
- Engaged BDO accounting consultancy services to account for WNO net assets
- Presented calculation to WNO on 5/1/2026 showing WNO net assets
- WNO asked TKC to make an offer
- TKC is seeking Committee guidance

# Endowments for the Benefit of the WNO

*(True Endowments and Funds Functioning Like an Endowment)*

- The following components were shared with WNO in BDO's materials
- True Endowments
  - Created through restriction by donor
  - Total Market Value as of December 31, 2025: $10,287,440
    - Historic Gift Value: $9,387,306
- Funds invested, but not endowments
  - Unrestricted bequests designated by Board to invest, rather than to pay annual bills
  - Total Market Value as of December 31, 2025: $8,993,746
  - Note:
    - Bequests were counted against WNO Expenses through FY2022
    - FY2023 through December 31, 2025 totaled $4,718,259
    - Consolidated TKC bequest funds have been used to collateralize our line of credit

# BDO Calculations of Total WNO Net Assets (FY11 – FY26)

| | | | | | |
|---|---|---|---|---|---|
| 1 | **WNO 2011 Beginning Net Assets** | | | $ | 2,561,072 |
| | WNO 2011 Beginning Net Assets - Unrestricted | $ | (10,378,078) | | |
| | WNO 2011 Beginning Net Assets - Temp Restricted | $ | 12,698,955 | | |
| | WNO 2011 Beginning Net Assets - Restricted | $ | 240,195 | | |
| | **WNO Net Financial Position (FY2011 - April 14, 2026)** | | | $ | (74,037,568) |
| | WNO Net Margin Gain/(Loss) Before Allocation | $ | (28,356,466) | | |
| | Net Allocated Revenues/(Expenses) | $ | (55,968,543) | | |
| | WNO Endowment | $ | 10,287,440 | | |
| 2 | **Fixed Assets Transferred to WNO** | | | $ | - |
| 3 | **Intellectual Property** | | | $ | - |
| | **Total WNO Net Assets** | | | $ | (71,476,496) |

***Notes***

1 WNO's net assets are reported in the Summary of Significant Accounting Policies section of the FY2011 audit report.

2 The value of fixed assets transferred to WNO upon separation is unknown at this time.

3 The value of the intellectual property assets created by or at the direction of the Center for WNO or otherwise provided to or on behalf of WNO by the Center has not yet been determined.

# BDO Calculations of Total WNO Net Assets (FY11 – FY26)

| Annual Financial Results | Total |
|---|---|
| Earned Revenues | $96.4 |
| Contributions, Grants, and Other Support | $171.2 |
| FFIE Funds | $14.0 |
| CARES Funding | $3.4 |
| Operating Expenses | ($317.3) |
| Intra-company Eliminations | $3.9 |
| **Net Margin Gain/(Loss) Before Allocation** | **($28.4)** |
| Support recorded in TKC book attributable to WNO | |
| Special Revenue Fund | $4.7 |
| Revenues Allocation to WNO | $11.1 |
| Expenses Allocation to WNO | ($71.8) |
| **Net Margin Gain/(Loss) After Allocation** | **($84.3)** |
| **WNO Endowment Releases** | **$10.3** |
| **WNO Net Financial Position (2011 - 2026)** | **($74.0)** |

# BDO Calculation of Support Paid to WNO

- FY2011 – FY2026 average annual subsidy paid has been $3 million
- Following the FY2024 affiliation agreement, subsidy was reduced to $2.75 million in FY2023 and FY2024 and then further reduced to $2.5 million in FY2025
- FY2026 actual spend on WNO: $3.4 million
- FY2027 subsidy budget: $2.5 million

# Current Financial Situation

## Long-term Debt - Eastern Bank

- Fixed rates 3.0% and 2.54%
- Now fully-budgeting for principal repayments
- Balloon payment $53.4M due Sept. 1, 2030

## Moved $10 m from Endowment

## US Bank Line of Credit

- Refinanced Sept. 25, 2025
- Collateralized by Board Designated funds
- $21 M available credit
- $21 M drawn
- 4.97% interest rate, March 2026

Total Debt Reserve Balance:
$18 M at 9/28/2025
$13 M at 6/1/2026
$9 M projected by end of FY 26

# WNO Negotiation

- We have concluded amicably negotiations over most issues and are now negotiating over financial assets.
- WNO believes the TKC owes them $19 m. BDO calculates the WNO is in debt to the TKC for $71 m.
- WNO asked us to make an offer.
- We need direction from this Committee.
- Either party can move from negotiation to mediation at any time.

## Committee Potential Action Items

- Committee could give us very specific parameters.
- Committee could give us a ceiling up to which we could negotiate.
- Committee could tell us to move to mediation.

# Financial Review

# Where We Were...

Where we were when this board convened, as reported in the May 8, 2025 committee meeting:

- Out of cash
- Owe Eastern Bank $72 million for the Reach
- Borrowing for operations
- Debt reserve. Once $54M, $10M remaining September 2025
- FY 25 budget out of balance by $26M due to fictitious funds

The Trump Kennedy Center

# Where We Are Now…

In-person attendance has declined across the performing arts industry
- Ticket sales decline since the pandemic
- This decline accelerates in 2025 when the new board is announced
- By 2Q 2026, ticket sales further drop to pandemic levels – around $4m since Jan
- FY2026 total projected ticket sales: $17.8m




Jan – Apr fundraising starkly contrasts Oct – Dec
- Gifts drop 42%
- Pledges drop >100% due to adjustments and write-offs

110

# FY26 Budget vs. Reprojection (Consolidated)

| Category | FY26 Approved Budget | FY26 Projection | Variance (Fav/Unfav) |
|---|---|---|---|
| **Revenues** | | | |
| Earned Revenues | $93.8 | $28.3 | ($65.4) |
| Auxiliary Programs | $21.1 | $7.5 | ($13.6) |
| Contributed Revenues | $84.9 | $63.5 | ($21.5) |
| Grant Revenues | $12.7 | $8.6 | ($4.1) |
| Endowment Releases | $7.6 | $16.0 | $8.4 |
| **Total Revenues** | **$220.1** | **$123.9** | **($96.1)** |
| **Expenses** | | | |
| Programs | $171.1 | $112.5 | $58.7 |
| Auxiliary Services | $6.8 | $2.9 | $3.9 |
| Development | $12.3 | $8.8 | $3.6 |
| G&A | $24.9 | $16.9 | $8.0 |
| Debt Repayments and Interest Expenses | $5.4 | $5.9 | ($0.5) |
| Miscelleneous Expenses | ($0.5) | $0.1 | ($0.5) |
| **Total Expenses** | **$220.1** | **$146.9** | **$73.1** |
| **Net Surplus / (Deficit)** | **($0.0)** | **($23.0)** | **($23.0)** |

# FY26 Budget vs. Reprojection (NSO)

| Category | FY26 Approved Budget | FY26 Reprojection | Variance (Fav/Unfav) |
|---|---|---|---|
| Earned Revenues | $16.5 | $8.8 | ($7.7) |
| Contributed Revenues | $14.7 | $11.8 | ($3.0) |
| Endowment Releases | $2.6 | $2.6 | $0.0 |
| Expenses | ($42.9) | ($39.3) | $3.6 |
| **Net Surplus / (Deficit)** | **($9.0)** | **($16.1)** | **($7.1)** |
| **TKC Support recorded in TKC Book** | **$0.0** | **($1.1)** | **($1.1)** |
| **Net Surplus / (Deficit) after TKC Support recorded in TKC Book** | **($9.0)** | **($17.2)** | **($8.2)** |

# Current Financial Situation

## Long-term Debt - Eastern Bank

- Fixed rates 3.0% and 2.54%
- Now fully-budgeting for principal repayments
- Balloon payment $53.4M due Sept. 1, 2030

## Moved $10 m from Endowment

## US Bank Line of Credit

- Refinanced Sept. 25, 2025
- Collateralized by Board Designated funds
- $21 M available credit
- $21 M drawn
- 4.97% interest rate, March 2026

Total Debt Reserve Balance:
$18 M at 9/28/2025
$13 M at 6/1/2026
$9 M projected by end of FY 26

# Where We Are Heading...

# Trump Kennedy Center Foundation

- Created as a 501(c)(3) July 2024
- Serves as a fundraising platform during shutdown
- Fundraising team provided by our Chairman
- Operating in close coordination with TKC staff
- Funds received to date $17.5M



# Post Shutdown Plan

- Education programs will continue through offsite delivery, touring, and broadcast
- Funding is supported primarily by the Department of Education and other grants
- NSO programs will continue at offsite venues
- Significantly reduced staffing levels across the organization
- Essential operations will remain in place, including future program planning, Board relations, system upgrades, and institutional readiness for reopening
- Matt will share a shutdown budget with this committee as soon as possible

# Federal Funds Reporting

# Federal Funds Reporting

The Future of Reporting will provide:

- Automation compatibility by streamlining the reporting process to enhance decision-making for internal and external reviewers i.e.
    - Chief Operating Officer
    - Board of Trustees
    - Office of Management and Budget
- Provides real-time data for analysis on spending trends and forecasting

- Reduces operational costs by highlighting variances and streamlines the audit/reconciliation process.

- Provides **Full Transparency** in granular tracking to ensure clear separation of funding sources and provides an intuitive top-level budget/s with "drill-down" of transactions to lowest level. (Data will be able to pull by program, projects, and activities, commitments, obligations, and expenditures)



# Federal Funds Reporting – Example

## Appropriation 5 –Year Cycle By Budget Request & Approved Budget By OMB/Congress

Level 1
(Topline Funding Source)

| Fiscal Year Budget | Funding Class | Funding Class Description | BUDGET REQUEST | FULL YEAR ENACTED/APPROVED BUDGET | CONTINUING RESLOUTION/ QUARTERLY INSTALLMENTS CR1 | CR2 | CR3 | CR4 | Carried Forward Balance from Previous Year | Total Funds Available |
|---|---|---|---|---|---|---|---|---|---|---|
| FY2022 | F5115 | Operations and Maintenance | 27,000,000 | 27,000,000 | 6,750,000 | 6,750,000 | 6,750,000 | 6,750,000 | - | - |
| FY2023 | F5115 | Operations and Maintenance | 27,640,000 | 27,640,000 | 6,910,000 | 6,910,000 | 6,910,000 | 6,910,000 | - | - |
| FY2024 | F5115 | Operations and Maintenance | 29,380,000 | 32,293,000 | 8,073,250 | 8,073,250 | 8,073,250 | 8,073,250 | 4,500,000 | 4,500,000 |
| FY2025 | F5115 | Operations and Maintenance | 32,293,000 | 32,293,000 | 8,073,250 | 8,073,250 | 8,073,250 | 8,073,250 | 5,000,000 | 5,000,000 |
| FY2026 | F5115 | Operations and Maintenance | 32,340,000 | 32,340,000 | 8,085,000 | 8,085,000 | 8,085,000 | 8,085,000 | - | 32,340,000 |
| **TOTALS** | | | **148,653,000** | **151,566,000** | **37,891,500** | **37,891,500** | **37,891,500** | **37,891,500** | **9,500,000** | **41,840,000** |

| Fiscal Year Budget | Funding Class | Funding Class Description | BUDGET REQUEST | FULL YEAR ENACTED/APPROVED BUDGET | CR1 | CR2 | CR3 | CR4 | Carried Forward Balance from Previous Year | Total Funds Available |
|---|---|---|---|---|---|---|---|---|---|---|
| FY2022 | F5101 | Capital Appropriation Fund | 13,440,000 | 13,440,000 | 3,360,000 | 3,360,000 | 3,360,000 | 3,360,000 | - | - |
| FY2023 | F5101 | Capital Appropriation Fund | 17,740,000 | 17,740,000 | 4,435,000 | 4,435,000 | 4,435,000 | 4,435,000 | - | - |
| FY2024 | F5101 | Capital Appropriation Fund | 18,650,000 | 12,633,000 | 3,158,250 | 3,158,250 | 3,158,250 | 3,158,250 | - | - |
| FY2025 | F5101 | Capital Appropriation Fund | 13,430,000 | 12,633,000 | 3,158,250 | 3,158,250 | 3,158,250 | 3,158,250 | 43,813,000 | - |
| FY2026 | F5101 | Capital Appropriation Fund | 4,860,000 | 4,860,000 | 1,215,000 | 1,215,000 | 1,215,000 | 1,215,000 | - | 48,673,000 |
| **TOTALS** | | | **68,120,000** | **61,306,000** | **15,326,500** | **15,326,500** | **15,326,500** | **15,326,500** | **43,813,000** | **48,673,000** |

# Federal Funds Reporting

Budget Allocation By Directorates/Departments (Program Area)

Level 2

Directorates/Departments (Program Area)

*** EXAMPLE - NUMBERS ARE FOR ILLUSTRATION PURPOSES

| BUSINESS UNIT ID | PROGRAM AREA (DIRECTORATES/DEPARTMENTS) BUSINESS UNIT DESCRIPTION | BUDGET REQUEST | QUARTERLY INSTALLMENTS CR1 | CR2 | CR3 | CR4 | FULL YEAR ENACTED/APPROVED BUDGET | Carryover Balance from the Previous Year |
|---|---|---|---|---|---|---|---|---|
| DFC114 | Facilities Administration Unit | $ 4,030,266.00 | $ 1,007,566.50 | $ 1,007,566.50 | $ 1,007,566.50 | $ 1,007,566.50 | $ 4,030,266.00 | $ 500,000.00 |
| DFC115 | Operations and Maintenanc Unit | $ 12,473,883.00 | $ 3,118,470.75 | $ 3,118,470.75 | $ 3,118,470.75 | $ 3,118,470.75 | $ 12,473,883.00 | $ 800,000.00 |
| DFC116 | Facilities Services Unit | $ 5,960,001.00 | $ 1,490,000.25 | $ 1,490,000.25 | $ 1,490,000.25 | $ 1,490,000.25 | $ 5,960,001.00 | $ 200,000.00 |
| DFC117 | Safety & Security Unit | $ 9,875,850.00 | $ 2,468,962.50 | $ 2,468,962.50 | $ 2,468,962.50 | $ 2,468,962.50 | $ 9,875,850.00 | $ 200,000.00 |
| DFC118 | Facilities Project Management Unit | $ 248,900,000.00 | $ 62,225,000.00 | $ 62,225,000.00 | $ 62,225,000.00 | $ 62,225,000.00 | $ 248,900,000.00 | $ 200,000,000.00 |
| | **TOTALS** | **$ 281,240,000.00** | **$ 70,310,000.00** | **$ 70,310,000.00** | **$ 70,310,000.00** | **$ 70,310,000.00** | **$ 281,240,000.00** | **$ 201,700,000.00** |

Financial Data will be readily available by Fiscal Year for any stakeholder requesting visibility of funding at different levels

The Trump Kennedy Center

# Federal Funds Reporting

## Financial Tracking At Project Levels

Level 3
Project Area

*** CODES AND NUMBERS ARE NOT ACTUAL BUT ARE JUST FOR ILLUSTRATION PURPOSES

| Project (Level 2) | Project Description | FULL YEAR ENACTED/ APPROVED BUDGET | Revised Budget (Based on Departmental Offsets) | Commitment | Oblgiations | Disbursements/Payments | Remaining Obligation | Remaining Budget (APPROVED BUDGET VS OBLIGATIONS) |
|---|---|---|---|---|---|---|---|---|
| EB00-00-001 | Exterior Building Envelop Portfolio | $ 1,000,000.00 | | $ - | $ - | $ - | $ - | $ - |
| LS00-00-001 | Life Safety and Security Portfolio | $ 1,500,000.00 | | $ - | $ - | $ - | $ - | $ - |
| IR00-00-001 | Interior Repair, Accessibility, and Egress Portfolio | $ 2,000,000.00 | | $ - | $ - | $ - | $ - | $ - |
| BS00-00-001 | Building Systems Portfolio | $ 5,000,000.00 | | $ - | $ - | $ - | $ - | $ - |
| MI00-00-001 | Memorial Interpretation Portfolio | $ - | | $ - | $ - | $ - | $ - | $ - |
| PS00-00-001 | Parking and Site Circulation Portfolio | $ - | | $ - | $ - | $ - | $ - | $ - |
| EB00-00-001 | Comprehensive Planning and Project Management Portfolio | $ 10,000,000.00 | | $ - | $ - | $ - | $ - | $ - |
| LS00-00-001 | Exterior Building Envelop Portfolio | $ 5,000,000.00 | | $ - | $ - | $ - | $ - | $ - |
| IR00-00-001 | Life Safety and Security Portfolio | $ 2,000,000.00 | | $ - | $ - | $ - | $ - | $ - |
| BS00-00-001 | Interior Repair, Accessibility, and Egress Portfolio | $ 5,000,000.00 | | $ - | $ - | $ - | $ - | $ - |
| MI00-00-001 | Building Systems Portfolio | $ - | | $ - | $ - | $ - | $ - | $ - |
| PS00-00-001 | Memorial Interpretation Portfolio | $ 840,000.00 | | $ - | $ - | $ - | $ - | $ - |
| PP00-00-001 | Parking and Site Circulation Portfolio | $ - | | $ - | $ - | $ - | $ - | $ - |
| **Total O&M Projects** | | **$ 32,340,000.00** | | | | | | |
| EB00-00-001 | Exterior Building Envelop Portfolio | $ 1,000,000.00 | | $ - | $ - | $ - | $ - | $ - |
| LS00-00-001 | Life Safety and Security Portfolio | $ 1,500,000.00 | | $ - | $ - | $ - | $ - | $ - |
| IR00-00-001 | Interior Repair, Accessibility, and Egress Portfolio | $ 2,000,000.00 | | $ - | $ - | $ - | $ - | $ - |
| BS00-00-001 | Building Systems Portfolio | $ 5,000,000.00 | | $ - | $ - | $ - | $ - | $ - |
| MI00-00-001 | Memorial Interpretation Portfolio | $ - | | $ - | $ - | $ - | $ - | $ - |
| PS00-00-001 | Parking and Site Circulation Portfolio | $ - | | $ - | $ - | $ - | $ - | $ - |
| PP00-00-001 | Comprehensive Planning and Project Management Portfolio | $ 2,800,000.00 | | $ - | $ - | $ - | $ - | $ - |
| **Total CR&R Projects** | | **$ 12,300,000.00** | | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** |
| BB00-00-001 | Public and Support Spaces Portfolio | $ 50,000,000.00 | | $ - | $ - | $ - | $ - | $ - |
| SI00-00-001 | Shell & Site Infrastructure Portfolio | $ 50,000,000.00 | | $ - | $ - | $ - | $ - | $ - |
| PV00-00-001 | Performance Venue Revitalization Portfolio | $ 50,000,000.00 | | $ - | $ - | $ - | $ - | $ - |
| SB00-00-001 | Safety & Building Systems Portfolio | $ 50,000,000.00 | | $ - | $ - | $ - | $ - | $ - |
| BA00-00-001 | BBB Administrative Portfolio | $ 56,000,000.00 | | $ - | $ - | $ - | $ - | $ - |
| **Total BBB Projects** | | **$ 256,000,000.00** | | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** |

Financial Data at the project level provides visibility into the total number of the Center's projects initiated as commitments, obligations, and disbursements. Director-level officials manage project funding with the flexibility to realign projects/resources in accordance with the Center's strategic mission.

# Federal Funds Reporting

Financial Transactions at the Lowest Level Detail

## Level 4- Activities

*** CODES AND NUMBERS ARE NOT ACTUAL BUT ARE JUST FOR ILLUSTRATION PURPOSES

| Activity | Activity Description | Purchase Order Number | Contract Number | Contract Description | Start Date | End Date | Total Contract Amount |
|---|---|---|---|---|---|---|---|
| BS04-99-001 | Elevator Modernization | FED-001 | CC-001 | Elevator Modernization | 10/1/2025 | 9/30/2026 | $ 625,000.00 |
| BS04-99-001 | Elevator Modernization | FED-002 | CC-002 | Elevator Modernization | 10/1/2025 | 9/30/2026 | $ 625,000.00 |
| BS04-99-001 | Elevator Modernization | FED-003 | CC-003 | Elevator Modernization | 10/1/2025 | 9/30/2026 | $ 625,000.00 |
| BS04-99-001 | Elevator Modernization | FED-004 | CC-004 | Elevator Modernization | 10/1/2025 | 9/30/2026 | $ 625,000.00 |
| BS04-99-001 | Elevator Modernization | FED-005 | CC-005 | Elevator Modernization | 10/1/2025 | 9/30/2026 | $ 625,000.00 |
| BS04-99-001 | Elevator Modernization | FED-006 | CC-006 | Elevator Modernization | 10/1/2025 | 9/30/2026 | $ 625,000.00 |
| BS04-99-001 | Elevator Modernization | FED-007 | CC-007 | Elevator Modernization | 10/1/2025 | 9/30/2026 | $ 625,000.00 |
| BS04-99-001 | Elevator Modernization | FED-008 | CC-008 | Elevator Modernization | 10/1/2025 | 9/30/2026 | $ 625,000.00 |
| **Total** | | | | | | | **$ 5,000,000.00** |

| Purchae Order | ITEM ID | ITEM TYPE |
|---|---|---|
| FED-001 | F7155 | Cont Svs-Elevator Inspection |
| FED-002 | F7156 | Cont Svs-Elevator/Escalator |

Financial data at the activity level provides detail visibility into the total volume of purchase order transactions processed and managed on a daily basis.

In addition, each purchase order transaction offers further granular insight into lower-level categories called "**Item Types**" of goods and service.

- **The item type** provides a short description of what is being purchased (i.e., contract services types, utilities, supplies, equipment, and other expenditures).



# Thank you

The Trump Kennedy Center

# May 5, 2026 Board Report

# Board Report

Revenue by Fiscal Year




Subscriber Revenue by Fiscal Year




The 2022 production of *Hamilton* brought in $26.05M in revenue, making up nearly 29% of the total revenue for that fiscal year. 2023 had three strong Theater productions - *Wicked*, *Moulin Rouge!*, and *The Lion King*, collectively bringing in $38.65M, roughly 39% of the total revenue for that fiscal year.
*Hamilton* led to a surge in Theater subscription revenue in 2022. At $10.45M, Theater brought in 73% of the total subscription revenue that fiscal year.

Revenue by Order Date




EXHIBIT
LaFauci Exhibit 10

Subs Revenue by Order Date




You can clearly see the revenue impact from the pandemic closure. Subscriptions for the 2022 season went on sale in April of 2021, The revenue spike in March 2022 was the single ticket on sale for *Hamilton*. We do typically see a dip in revenue around the holidays, with things picking back up in February or March. However, we did not see that same uptick in 2025, and sales have been slow ever since. Looking at subscription sales, the spikes in April/May coincide with subscription on sale for Theater and some non-classical genres. You can see that same increase in revenue did not happen in 2025, and with no upcoming season sales have remained flat.

Refunds from Cancelled Performances since Feb 2025

Total Ticket Refund Amount

**$6,806,481.38**

Since the administration change in February 2025, we have seen a large amount of refunds due to cancelled performances. This included the cancellation of *Legally Blonde* in June of 2025, resulting in $1.15M in refunded revenue for that production alone. The line graph below shows when these refunds were processed. All of the spikes are associated with cancelled performances, including Issa Ra, *Eureka Day*, *Legally Blonde*, *Parade*, Washington National Opera, and *The Outsiders*.

Refunds since Feb 2025



# of Paid Performances




# of Single Tickets Sold




# of Subscriber Tickets Sold



# of First Time Buyers by Calendar Year




# Additional Data

NSO Refunds from Cancelled Performances since 2/7/25

Total Ticket Refund Amount

**$371,230.09**

Refunds from Cancelled Performances since 2/7/25

| Production Season | Days in Production Season Opening Date | Total Ticket Refund Amount |
|---|---|---|
| BCS: Legally Blonde | 6/13/25 | $1,145,242 |
| Eureka Day | 3/4/25 | $847,940 |
| WNO: West Side Story | 5/8/26 | $549,975 |
| The Outsiders | 7/28/26 | $488,942 |
| Mrs. Doubtfire | 7/14/26 | $268,681 |
| WNO: The Crucible | 3/19/26 | $258,992 |
| WNO: Treemonisha | 3/12/26 | $250,628 |
| Back to the Future | 7/7/26 | $228,337 |
| Ben Rector: Symphonies | 3/27/26 | $220,257 |
| An Evening with Issa Rae | 3/16/25 | $201,939 |
| New York City Ballet | 6/2/26 | $197,448 |
| San Francisco Ballet | 5/27/26 | $197,052 |
| Natalia Lafourcade | 10/17/25 | $182,293 |
| NSO Presents: Buniatishvili | 4/24/26 | $100,401 |
| Rhiannon Giddens | 5/11/25 | $88,587 |
| Bluey | 7/8/25 | $65,674 |
| Tyrese | 3/21/26 | $49,889 |
| Martha Graham Dance | 4/2/26 | $45,069 |
| RIOT! Funny Women Standup | 3/5/25 | $43,903 |
| Shear Madness | 10/1/24 | $22,165 |
| | 10/7/25 | $15,819 |
| Pathways to Performance | 6/17/26 | $37,605 |
| Jazz New Year's Eve | 12/31/25 | $32,192 |
| The Wizard of Oz | 5/21/25 | $22,597 |
| Spamalot | 12/16/25 | $18,961 |
| A.I.M. | 5/21/26 | $14,640 |
| American Promise | 2/13/26 | $14,607 |
| WNO: AOI 20 Minute Operas | 1/24/26 | $14,301 |
| Doug Varone | 4/24/26 | $14,163 |
| Fortas: Brentano Quartet | 2/1/26 | $13,997 |
| Fraggle Rock | 6/25/26 | $11,768 |
| Pires and Hamelin | 5/3/26 | $11,448 |
| Fortas: Dover Quartet | 2/11/26 | $10,684 |
| Coltrane 100 | 4/9/26 | $10,113 |

Refunds from Cancelled Performances since 2/7/25

| Season | Production Season | Days in Production Season Opening Date | Total Tick Refund Amount |
|---|---|---|---|
| NSO Classical - 2025 | NSO: The Lion King | 6/21/25 | $4, |
| NSO Pops - 2025 | NSO: Ali Sethi | 6/28/25 | $8, |
| | The Wizard of Oz | 5/21/25 | $22, |
| NSO Pops - 2026 | American Promise | 2/13/26 | $14, |
| | Ben Rector: Symphonies | 3/27/26 | $220, |
| NSO Special Events - 2026 | NSO Presents: Buniatishvili | 4/24/26 | $100, |
| Total Ticket Refund Amount | | | $371, |

# Revenue Year-over-Year

Subs & Single Ticket Revenue by FY




Monthly Revenue by Order Date



NSO Monthly Revenue by Order Date




Cumulative Annual Revenue by Order Date




NSO Cumulative Annual Revenue by Order Date



Total Revenue by Season Fiscal Year

| Season Fiscal Year | Total Ticket Revenue | Single Ticket Revenue | Subscription Revenue |
|---|---|---|---|
| 2019 | $57,839,379.35 | $54,744,275.85 | $3,095,103 |
| 2020 | $44,990,317.25 | $36,625,896.00 | $8,364,421 |
| 2021 | $573,501.00 | $573,141.00 | $360 |
| 2022 | $90,757,574.63 | $76,340,731.63 | $14,416,843 |
| 2023 | $98,808,929.55 | $86,369,832.30 | $12,439,097 |
| 2024 | $72,607,481.65 | $61,224,913.40 | $11,382,568 |
| 2025 | $68,264,215.25 | $57,700,815.25 | $10,563,400 |
| 2026 | $16,930,576.84 | $13,164,652.59 | $3,765,924 |

NSO Revenue by Season Fiscal Year

| Season Fiscal Year | Total Ticket Revenue | Single Ticket Revenue | Subscription Revenue |
|---|---|---|---|
| 2019 | $5,857,910.05 | $5,542,032.80 | $315,877 |
| 2020 | $7,166,486.25 | $5,918,591.25 | $1,247,895 |
| 2021 | $23,318.00 | $23,318.00 | $0 |
| 2022 | $7,146,556.00 | $5,548,525.25 | $1,598,030 |
| 2023 | $9,593,848.75 | $7,806,078.00 | $1,787,770 |
| 2024 | $11,946,424.50 | $10,037,890.75 | $1,908,533 |
| 2025 | $10,969,367.75 | $8,992,774.50 | $1,976,593 |
| 2026 | $5,188,924.34 | $3,676,354.84 | $1,512,569 |

NSO Revenue by Season Fiscal Year




# Sales Patterns

NSO Revenue by Order Date



Revenue by Order Date (Focus on 2.7.25)




NSO Revenue by Order Date (Focus on 2.7.25)




Revenue by Order Date (Focus on 12.19.25)




NSO Revenue by Order Date (Focus on 12.19.25)



30 Day Sales Comparison by Genre anchored at 2/7

| Season | 1.9-2.7 Revenue | 2.8-3.9 Revenue | +/- 30 Days % Revenue Dif. |
|---|---|---|---|
| Arts & Wellbeing - 2025 | $4,305.00 | $720.00 | -8 |
| Ballet - 2025 | $747,508.25 | $360,682.75 | -5 |
| Comedy - 2025 | $55,301.00 | $26,523.00 | -5 |
| Concerts for YA - 2025 | $1,186.50 | $1,804.00 | 5 |
| Contemporary Music - 2025 | $71,580.00 | $55,535.00 | -2 |
| Dance - 2025 | $788,743.50 | $101,391.75 | -8 |
| Edu School Age & Engage - 2025 | $5,362.00 | $2,581.00 | -5 |
| Edu School Perf - 2025 | $1,974.00 | $2,647.00 | 3 |
| Et Cetera/Int'l Prog - 2025 | $65,248.75 | $67,124.00 | |
| Explore the Arts Public - 2025 | $8,610.00 | $1,828.00 | -7 |
| Fortas/Chamber - 2025 | $7,225.00 | $1,760.00 | -7 |
| Hip Hop - 2025 | $11,983.00 | | -10 |
| Hip Hop - 2026 | $8,162.00 | $13,185.00 | 6 |
| Jazz - 2025 | $43,781.75 | $10,044.50 | -7 |
| KC Bookings - 2025 | | $47,528.00 | |
| KC Chamber Players - 2025 | $4,954.00 | $4,531.50 | - |
| KCTYA - 2025 | $97,495.25 | $68,979.25 | -2 |
| Moonshot Studio - 2025 | $2,095.00 | $675.00 | -6 |
| Music Other - 2025 | $300.00 | $2,110.00 | 60 |
| New Music - 2025 | $2,425.00 | | -10 |
| NSO Classical - 2025 | $379,566.50 | $309,387.25 | -1 |
| NSO Family - 2025 | $15,511.50 | $9,118.00 | -4 |
| NSO Pops - 2025 | $209,275.75 | $85,055.50 | -5 |
| NSO Special Events - 2025 | $18,995.50 | $39,964.00 | 11 |
| Parking 2025 | $156,060.00 | $132,292.00 | -1 |
| Parking 2026 | $1,198.00 | $9,540.00 | 69 |
| Shear Madness - 2025 | $147,636.00 | $153,796.50 | |
| Theater - 2025 | $1,483,807.25 | $1,748,169.25 | 1 |
| Voices - 2025 | $7,225.00 | $3,930.00 | -4 |
| Washington Nat'l Opera - 2025 | $81,919.00 | $78,963.50 | - |
| Grand Total | $4,429,434.50 | $3,339,865.75 | -2 |

30 Day Sales Comparison by Genre anchored at 12/17

| Season | 11.18-12.17 Revenue | 12.18-1.16 Revenue | +/- 30 Days % Revenue Dif. |
|---|---|---|---|
| Ballet - 2026 | $326,474.00 | $60,941.00 | -8 |
| Comedy - 2026 | $177,700.00 | $67,963.75 | -6 |
| Dance - 2026 | $9,143.50 | $1,273.00 | -8 |
| Edu NSO Ev for Students - 2026 | $1,817.00 | $1,967.00 | |
| Edu School Age & Engage - 2026 | | $105.00 | |
| Edu School Perf - 2026 | $903.00 | $672.00 | -2 |
| Explore the Arts Public - 2026 | $1,092.00 | $0.00 | -10 |
| Faith-Based & Family 2026 | $34,981.75 | $2,675.00 | -9 |
| Fortas/Chamber - 2026 | $6,239.50 | $625.00 | -9 |
| KC Chamber Players - 2026 | $4,005.25 | $6,332.25 | 5 |
| KCTYA - 2026 | $25,770.00 | $770.00 | -9 |
| Moonshot Studio - 2026 | $845.00 | $125.00 | -8 |
| Music Other - 2026 | $20,046.50 | $28,881.50 | 4 |
| NSO Classical - 2026 | $130,375.25 | $210,617.75 | 6 |
| NSO Family - 2026 | $1,970.50 | $7,599.00 | 28 |
| NSO Pops - 2026 | $268,342.50 | $82,634.50 | -6 |
| NSO Special Events - 2026 | $207,420.75 | $32,913.00 | -8 |
| Parking 2026 | $94,086.00 | $56,064.00 | -4 |
| Shear Madness - 2026 | $57,416.00 | $31,153.00 | -4 |
| Theater - 2026 | $891,220.50 | $425,691.00 | -5 |
| Washington Nat'l Opera - 2026 | $98,264.00 | $0.00 | -10 |
| Grand Total | $2,358,113.00 | $1,019,002.75 | -5 |

3 Month Sales Comparison by Genre anchored at 12/17

| Season | 9.25-12.17 Revenue | 12.18-3.11 Revenue | +/- 3 Month % Revenue Dif. |
|---|---|---|---|
| Ballet - 2026 | $1,103,845.00 | $281,970.50 | -74% |
| Comedy - 2026 | $358,426.50 | $122,070.75 | -66% |
| Concerts for YA - 2026 | $256.00 | | -100% |
| Dance - 2026 | $38,182.00 | $35,184.75 | -8% |
| Edu NSO Ev for Students - 2026 | $52,749.00 | $25,859.00 | -51% |
| Edu School Age & Engage - 2026 | $1,115.00 | $105.00 | -91% |
| Edu School Perf - 2026 | $12,985.00 | $8,967.00 | -31% |
| Explore the Arts Public - 2026 | $6,264.00 | $3,680.50 | -41% |
| Faith-Based & Family 2026 | $34,981.75 | $8,295.50 | -76% |
| Fortas/Chamber - 2026 | $16,347.00 | $4,538.00 | -72% |
| Hip Hop - 2026 | $37,247.00 | | -100% |
| Jazz - 2026 | $22,376.00 | | -100% |
| KC Chamber Players - 2026 | $11,292.00 | $12,047.00 | 7% |
| KCTYA - 2026 | $63,257.50 | $8,270.00 | -87% |
| Millennium Stage - 2026 | $0.00 | $9,275.00 | |
| Moonshot Studio - 2026 | $1,182.50 | $1,035.00 | -12% |
| Music Other - 2026 | $92,227.50 | $141,822.00 | 54% |
| NSO Classical - 2026 | $637,808.50 | $602,807.24 | -5% |
| NSO Family - 2026 | $34,835.25 | $18,761.25 | -46% |
| NSO Pops - 2026 | $585,228.02 | $215,376.50 | -63% |
| NSO Special Events - 2026 | $438,106.25 | $48,830.25 | -89% |
| Parking 2026 | $268,038.00 | $123,374.00 | -54% |
| Shear Madness - 2026 | $250,126.00 | $172,993.00 | -31% |
| Theater - 2025 | $418,707.75 | | -100% |
| Theater - 2026 | $2,037,025.00 | $734,063.75 | -64% |
| Washington Nat'l Opera - 2026 | $1,130,745.25 | $0.00 | -100% |
| Grand Total | $7,653,353.77 | $2,579,325.99 | -66% |

To Date Sales Comparison by Genre anchored at 12/17

| Season | 8.2-12.17 Revenue |
|---|---|
| Arts & Wellbeing - 2026 | $11,200.00 |
| Ballet - 2026 | $1,444,868.25 |
| Comedy - 2026 | $382,651.50 |
| Concerts for YA - 2026 | $766.75 |
| Dance - 2025 | $1,600.00 |
| Dance - 2026 | $47,517.75 |
| Edu NSO Ev for Students - 2026 | $68,632.00 |
| Edu School Age & Engage - 2026 | $17,608.00 |
| Edu School Perf - 2026 | $45,479.00 |
| Explore the Arts Public - 2026 | $6,264.00 |
| Faith-Based & Family 2026 | $34,981.75 |
| Fortas/Chamber - 2026 | $19,877.00 |
| Hip Hop - 2026 | $39,416.00 |
| Jazz - 2026 | $31,452.00 |
| KC Bookings - 2025 | $3,200.00 |
| KC Bookings - 2026 | $0.00 |
| KC Chamber Players - 2026 | $13,592.00 |
| KCTYA - 2025 | $161,619.75 |
| KCTYA - 2026 | $67,375.50 |
| Millennium Stage - 2026 | $0.00 |
| Moonshot Studio - 2026 | $1,182.50 |
| Music Other - 2026 | $92,227.50 |
| NSO Classical - 2026 | $885,637.75 |
| NSO Family - 2026 | $51,592.75 |
| NSO Pops - 2026 | $937,574.77 |
| NSO Special Events - 2026 | $557,111.25 |
| Parking 2025 | $29,680.00 |
| Parking 2026 | $391,800.00 |
| Shear Madness - 2026 | $566,547.00 |
| Theater - 2025 | $2,671,951.75 |
| Theater - 2026 | $2,162,994.00 |
| Washington Nat'l Opera - 2026 | $1,425,833.00 |
| Grand Total | $12,172,233.52 |

# Subscription Sales

NSO Subscription Refunds since 2/7/25



# Portion of Kennedy Center Board of Trustees August 13, 2026 Meeting Packet

The Kennedy Center

# THE JOHN F. KENNEDY CENTER FOR THE PERFORMING ARTS
# BOARD OF TRUSTEES
# MEETING AGENDA

Thursday, August 13th 2026
10:30 A.M. Eastern time
Zoom link provided to members

**Call to Order** — **Jennifer Fischer, Vice Chair**

**Approval of June Meeting Minutes**

**Election of Officers**
Chairman
Vice Chair
Treasurer
Secretary
General Counsel

**Litigation Update** — **Elliot Berke, General Counsel**

**Building & Grounds Presentation** — **Matt Floca, Executive Director**

**Adjournment**

**CONFIDENTIAL**
**DRAFT – DO NOT DISTRIBUTE** Rev. 6-16-26

The Kennedy Center

**BOARD OF TRUSTEES**
**SPECIAL MEETING**

**Thursday, June 11, 2026**
**4:00 pm Eastern Time**
**Virtual, Via Zoom**

**Meeting Minutes**

**OFFICERS:**

President Donald J. Trump, Chair
Matt Floca, Chief Operating Officer and Executive Director
Jennifer Fischer, Vice Chair
John Falconetti, Treasurer
Elliot Berke, General Counsel

**OFFICERS ABSENT:**

Sergio Gor, Secretary

**SPECIAL GUEST:**

Howard Lutnick, United States Secretary of Commerce

**TRUSTEES**

Brian Ballard
Maria Bartiromo
Pamela Bondi
Mary Helen Bowers
Robert Castellani
Pamella DeVos
Patricia Duggan
Lee Greenwood
Kate Haselwood
Mindy Levine
Lynda Lomangino
Allison Lutnick

DRAFT

Douglas Manchester
Laura Perlmutter
Denise Saul
Andrea Wynn
Paolo Zampolli

**TRUSTEES ABSENT**

Hannah Buchan
Elaine Chao
Emilia May Fanjul
Lynn Friess
Pamela Gross
Laura Ingraham
Dana Kraft
Barbara Long
Catherine Reynolds
Dan Scavino
Cheri Summerall
Susan Wiles

**EX OFFICIO TRUSTEES**

Representative Joyce Beatty (Ex Officio)
Representative Rick Larsen (Ex Officio)
Representative Michael McCaul (Ex Officio)
Senator Sheldon Whitehouse (Ex Officio)

**EX OFFICIO TRUSTEES ABSENT**

The Honorable Muriel Bowser, Mayor of District of Columbia
Lonnie Bunch, Secretary, Smithsonian Institution
Senator Shelley Moore Capito
Senator Susan Collins
Lewis Ferebee, Chancellor, DC Public Schools
Senator Deb Fischer
Representative Sam Graves
Representative Hakeem Jeffries, Democratic Leader of the House of Representatives
Representative Mike Johnson, Speaker of the House of Representatives
Robert F. Kennedy, United States Secretary Health & Human Services
Representative Julia Letlow
Linda McMahon, United States Secretary of Education

DRAFT

Robert Newlen, Acting Librarian of Congress
Marco Rubio, United States Secretary of State
Senator Chuck Schumer, Senate Democratic Leader
Senator John Thune, Senate Majority Leader
Billie Tsien. Chair, US Commission of Fine Arts
Senator Mark Warner

**Surrogates Attending**

LaToya Foster on behalf of Mayor Muriel Bowser
Johanna Hardy on behalf of Chairman Sam Graves
Emily Barret on behalf of Leader Hakeem Jeffries
Ann Jacobs on behalf of Representative Rick Larsen
Stefanie Muchow on behalf of Leader John Thune
Erin Vaughn on behalf of Leader Chuck Schumer
Elizabeth Falcone on behalf of Senator Mark Warner

**KENNEDY CENTER STAFF IN ATTENDANCE**

Donna Arduin, Chief Financial Officer
Roma Daravi, Vice President Public Relations
Bronagh Donlon, Vice President, Special Events
Joe LaFauci, Vice President, Board Relations & Government Affairs
Sarah Weingast, Associate General Counsel, Notetaker

I. **Call to Order** **Vice Chair Jennifer Fischer**

Vice Chair Jennifer Fischer called the meeting to order at 4:09 pm.

II. **Approval of March 16, 2026 Board Minutes** **Vice Chair Jennifer Fischer**

Ms. Fischer asked for any edits to the draft Minutes of the Board's March 16, 2026 meeting. Senator Whitehouse raised an edit to correct a typo in Laura Ingraham's name. With this edit, a motion to pass the minutes of the March 16, 2026 meeting was made by Denise Saul and seconded by John Falconetti, Treasurer. The motion was passed unanimously.

III. **Vice Chair's Remarks** **Vice Chair Jennifer Fischer**

Ms. Fischer reminded the Board that the meeting is confidential. There will be no recording.

IV. **Upcoming Events and Programming** **Bronagh Donlon, Vice President, Special Events**

Bronagh Donlon, Vice President of Special Events, provided an update on the following upcoming special events and programming:

- **Mark Twain Prize** – weekend of June 28, 2026. Recipient is Bill Maher. Presenting Sponsors: Wells Fargo; Official Airline Sponsor: United Airlines; Sponsor: Booz Allen. Ms. Donlon noted we would love to see all board members there. Ms. Fischer added that if you cannot be there, please support financially.

- **Fourth of July – Fireworks on the Fourth**: Ms. Donlon noted that it was a special year celebrating America 250. She reviewed the timeline of events and noted there were packages available for individuals and corporations and that complimentary parking would be offered to all guests.

- **Moulin Rouge**: running from June 17, 2026 to June 28, 2026. Ms. Donlon noted there will be a party for Circles Members on June 18, 2026 in the Syberjet Lounge.

- **Bluey**: running from June 24, 2026 to June 28, 2026. Ms. Donlon noted this is a fantastic family show.

- **Honors**: Ms. Donlon noted that planning will start in July and she is excited to get it going. There will be requests for help and for sponsorship.

V. **Litigation Update** **General Counsel Elliot Berke**

Elliot Berke, General Counsel to the Center, provided an update on the two lawsuits. Two Fridays ago, the US District Court for the District of Columbia issued rulings both in *Beatty v. Trump* and *DC Preservation League v. Board of Trustees of the John F. Kennedy Center for the Performing Arts*.

On June 4, 2026, the Center's Office of General Counsel issued a memo to all staff regarding compliance with the orders. Staff was instructed to change letterhead and documents immediately, with other changes such the website and social media by this Friday. There is also activity related to the Court's order regarding the renovation plans. We intend to call a Board meeting after July 4th to discuss.

Representative Rick Larsen, Ex Officio, asked whether the removal of the President's name from the front of the building was to be by tomorrow. Mr. Berke confirmed that it was to be removed by close of business tomorrow.

Representative Larsen asked if the Board was precluded from following up on appeal. Mr. Berke responded that while we are not pursuing a stay and while we would not discuss strategy because of privilege concerns, we are still considering an appeal. That being said, Mr. Berke said the Center is not making again decisions without consulting with outside counsel.

Representative Joyce Beatty, Ex Officio, thanked the Board for being in compliance. She looks forward to all the programming mentioned and intends to fully participate in all.

Doug Manchester, Trustee, asked what options, if any, do we have to preserve President Trump's name. Mr. Berke responded that it would be an appeal by Board vote. Mr. Manchester stated he would like to appeal.

Mindy Levine, Trustee, stated that before a consensus of the board is taken, there is a lot more work to be done, guidance from counsel and guidance from the Department of Justice. She indicated that she is not ready to vote.

Mr. Manchester stated that he would like to be advised by counsel what our options are going forward.

Brian Ballard, Trustee, asked why we would not appeal before taking the name down. President Donald J. Trump, Chairman of the Board, stated that he had asked that same question but that the lawyers wanted to do it a different way. He noted that we are saving the place, but the judge does not care that it is structurally a mess. The Chair did not think it should be be dictated by the Court. The place has been poorly run and has been losing money for years; we are going to make it into a diamond, just like we did with the reflecting pool and the city of Washington. Now they are beautiful again. The Chair also stated that the judge is a radical and that his wife does not go by the same last name, Cooper. The Chair said that he would have done the stay and he would have done the appeal. He thinks we have to fight it out.

**VI. Secretary Howard Lutnick's Remarks** — **Secretary Howard Lutnick, US Secretary of Commerce**

Ms. Fischer then welcomed Secretary Howard Lutnick, US Secretary of Commerce, as a special guest to provide remarks.

Secretary Lutnick began by acknowledging that the President's commitment is second to none. Secretary Lutnick has run public companies for thirty-five years.



DRAFT

He wants to be sure we use best practices going forward. We want this institution to stand in glorious honor to President Kennedy. We want programing. We know this building is significant disrepair to point of danger. It's only a matter of time before it falls apart; thankfully President Trump is going to renovate.

Secretary Lutnick stated that the building is falling into disrepair. Getting money from Congress is nearly impossible.

Secretary Lutnick said that as the greatest fundraiser, President Trump can create the Trump Kennedy Center Fund, an endowment to defend the institution going forward. President Trump has agreed to help.

Secretary Lutnick said that we want to appropriately acknowledge President Trump and the $257 million in appropriations. The Trump Kennedy Center Fund will protect this center. Secretary Lutnick stated that we will work with the courts regarding this acknowledgement.

Ms. Fischer read the following Resolution proposed by Secretary Lutnick:

**RESOLUTION**

WHEREAS President Donald J. Trump serves as Chairman of the Board of Trustees of the John F. Kennedy Memorial Center for the Performing Arts ("Center"), as duly elected by the Board of Trustees in January of 2025. His commitment to uphold this cherished American institution is unprecedented.

WHEREAS, The Board of Trustees recognizes President Trump's resolve, having secured $257 million from the United States Congress to renovate and restore this national treasure.

WHEREAS, the Trump Kennedy Center Fund is committing to raise additional funds to endow the Center, so that it takes its place as the preeminent performing arts institution of the United States.

WHEREAS the major contribution by President Donald J. Trump and the Trump Kennedy Center Fund exemplifies a profound dedication to the ongoing legacy of The John F. Kennedy Memorial Center for The Performing Arts, through its renovation, restoration, and endowment to the highest standards.

BE IT RESOLVED, The Board of Trustees will abide by the Center's governing statute (as amended), court orders, and internal policies to effectuate this acknowledgement.

Lee Greenwood, Trustee, moved to pass the resolution proposed by Secretary Lutnick. The motion was seconded by John Falconetti.

Doug Manchester, Trustee, moved to pass the resolution to stay and appeal the court's orders related to the Donald J. Trump and John F. Kennedy Memorial Center for the Performing Arts. The motion was seconded by Brian Ballard, Trustee.

Vice Chair Fischer emphasized the importance of procedure, stating that the board is in the middle of discussion on another business item. This item will be revisited after discussion and action on the matter at hand.

Regarding Secretary Lutnick's resolution, Representative Beatty asked whether the fund should be an endowment. The Center already has an endowment. Per our Bylaws, the Center already has a Trust. Representative Beatty asked for clarification on the difference between the Trump Kennedy Center Fund and the Trust and asked what of the previous Board's endowment? The trust and endowment are entirely different by law.

Secretary Lutnick responded that the Center has been funded by Congress to try to get money to fix the building. Congress would say no. He noted that it is very difficult to get Congress to give money to renovate. President Trump's idea for the Trump Kennedy Center Fund is new. It will raise hundreds of millions of dollars so that the Center will not have ask Congress for money. The Center would never have gotten $257 million unless President Trump fought for the money.

Representative Beatty responded that she was not questioning the need or the purpose, she is simply asking to differentiate. There are different laws to endow. The resolution we are voting for is endowment. We have a trust now. Is this a third thing that we are establishing?

Secretary Lutnick responded that the Center has the ability to raise a significant amount of money. When President Trump puts his mind to it and his name to it, it is beautiful. President Trump says I am going to work hard to have additional funds; if Congress does not step up, then the Trump Kennedy Fund will be there. This is in addition to. We are going to go to the court and work with the courts to recognize the President and the fund. We will have the courts agree that it is appropriate. It is in

addition to – it adds to the glory and strength of this organization. Secretary Lutnick think it is appropriate since President Trump raised $257 million and he is going to raise more funds.

Donna Arduin, Chief Financial Officer to the Center, clarified for Representative Beatty that the Center has several endowments named for other people. This would not be unusual.

Representative Rick Larsen thanked the resolution writer for acknowledging that President did not act alone. It came out of the Public Building Subcommittee. He wants to continue this work forward. Representative Larsen asked Mr. Berke about the extent that the resolution binds the Board. Mr. Berke responded that it was collaborative, but it is not resolving anything at this time; rather to work with the legal team to make sure it is in compliance with the Court. Representative Larsen expressed concerned that it may bind the Board to an action he does not agree with (example, the Board decision to name for President Kennedy when that was Congress' right).

Mr. Berke note that as of now, the Court has ordered that the name come down; no one has moved for a stay which would change the dynamic. This resolution provides that we want to continue to acknowledge the President's support and that we want to abide by the court order. Someone could move for a stay, and DOJ can then move for a stay. The Center could appeal.

Representative Larsen thanked Mr. Berke for the discussion. He did not think that what Secretary Lutnick outlined was exclusive. He understands from the President that he would have preferred a stay. But it would be a solution to one of the issues. Representative Larsen then yielded back his time to the chair.

Mr. Manchester restated his resolution to stay the order. It was seconded by Brian Ballard, Trustee.

Maria Bartiromo, Trustee, stated that all the info the Board has has been based on merit. We cannot be on defense here. We are talking about the Commander in Chief having a special skill set of building across the world. All the decisions that have been made have been made on merit.

Ms. Levine, stated that the hesitancy may be due to the fact that what we are considering is not contradictory to the court's mandate, we are asking to work with

DRAFT

the court to come up with a solution. We are not in an adversarial position. We are trying to come up with a solution.

Senator Whitehouse noted that the actual operative language of the resolution neither creates nor approves a fund. The resolution says we will abide by the law and by court orders.

## V. Action on Secretary Lutnick's Resolution

Mr. Falconetti called for a vote on Secretary Lutnick's resolution. The motion was passed unanimously.

## VI. Action on Mr. Manchester's Resolution

Mr. Manchester restated his motion to stay and appeal the court's orders related to the The Donald J. Trump and the John F. Kennedy Memorial Center for the Performing Arts. Mr. Ballard seconded it.

Secretary Lutnick noted that it is easy to add a stay. The Justice Department is going to file documents. Mr. Ballard noted that he thinks it is important to appeal the judge's decision. To not appeal makes it look like we did something wrong. Mr. Berke noted to amend the motion to stay and appeal.

Senator Whitehouse stated that it seems like the Board is going forward with minimal discussion and with no information regarding a stay and appeal and nothing from Department of Justice. This does not answer the judge's question of due diligence before making these decisions. We should have an adequate presentation from the litigating lawyers, especially if they think that would not be the best use of trust assets.

Mr. Berke noted that while the DOJ is the defending counsel, he can speak to the question. The judge's decision brings up points we would dispute, for example, the memorial to President Trump or a plaque in the nature of a memorial. Mr. Berke thinks there are certainly issues that the judge raised in his opinion that are subject to appeal.

Representative Beatty stated that she cannot vote or participate in this, however she reminded the Board members that they are defendants and as someone pointed out, they have not been adequately briefed. Even if the Center appeals and stays, there is

still a second order. You have an obligation to keep the Center open. There is more board work to do. The Board members are all named because of their oversight and responsibility.

Secretary Lutnick stated we are going to keep the center open. We are going to have another board meeting in a couple of weeks and will have full info regarding the construction. The Board will review it together. The information will be sent to all.

Mr. Manchester stated that we need to stay the order or else it has to be taken down.

Ms. Beatty stated that people need to think carefully. We are approving something people have not even read. It looked like we were off to a good start with acting like board members instead of personally or emotionally.

Ms. Levine asked how do we best serve this president? We are all presidential appointees – how do we best serve him in a loyal and efficient way. We need to do our due diligence on the second resolution – need to really get to know the issues and be briefed by the attorneys regarding optics, liabilities, legalities.

Secretary Lutnick stated that the appeal would be ordinary: just asking the judge to consider a different outcome. There is one judge who is politically motivated against the President. His wife is politically motivated. The resolution says that we will do things properly, and we will do it the right way and work through the courts. This is logical, practical and easy.

Joe LaFauci, VP Board Relations and Government Affair for the Center, read the Bylaws, Article VII Meetings of the Board – Section 6: Voting. Mr. Falconetti requested advice of counsel.

Mr. Berke stated that Secretary Lutnick laid it out clearly. The resolution that passed said that we would lay it out within the law. Requesting an appeal and a stay does not compromise fiduciary duties. No action will be taken in violation of the law. If there is a motion to stay and the judge denies it, the letter would have to come down.

Pam Bondi, Trustee, stated that she would have to abstain because the Board is asking the Department of Justice to do something.

A motion was made to take a roll call vote. The motion was passed by a majority of Trustees present.

A motion was made on Mr. Manchester's resolution for a stay and appeal. A roll call vote was taken and the motion was passed:

In favor: 15
Ballard, Bartiromo, Bowers, Castellani, Falconetti, Fischer, Greenwood, Perlmutter, Levine, Lomangino Long, Manchester, Saul, Wynn, Zampolli

Against: 2
Larsen, Whitehouse

Abstentions: 3
Beatty, Bondi, Lutnick

Ms. Fischer thanked everyone for their valuable time.

## VII. Executive Session

The Board went into executive session at 5:18 pm

## VIII. Adjournment

The meeting was adjourned at 5:24 pm

DRAFT

# Kennedy Center Board of Trustees August 13, 2026 Board Meeting Minutes

**THE JOHN F. KENNEDY CENTER FOR THE PERFORMING ARTS**

# BOARD OF TRUSTEES — Meeting Minutes

Thursday, August 13, 2026 | 10:40AM | Held Virtually via Zoom

**EXECUTIVE BOARD MEMBERS PRESENT:**

Chairman, President Donald J. Trump *(addressed the meeting by phone; vote relayed)*
Vice Chair, Jennifer Fischer *(presiding)*
Secretary, Sergio Gor *(through Item III)*
Secretary, Brian Ballard *(elected at Item III)*
Treasurer, John Falconetti
General Counsel, Elliot Berke

**ATTENDED VIRTUALLY:**

Brian Ballard, Presidential Appointee
Maria Bartiromo, Presidential Appointee
Pamela Bondi, Presidential Appointee
Mary Helen Bowers, Presidential Appointee
Hannah F. Buchan, Presidential Appointee
Robert Castellani, Presidential Appointee
Pamella Roland DeVos, Presidential Appointee
Patricia Duggan, Presidential Appointee *(connection lost, recorded by email)*
John Falconetti, Presidential Appointee
Jennifer Fischer, Presidential Appointee
Lynette Friess, Presidential Appointee
Ambassador Sergio Gor, Presidential Appointee
Pamela Gross, Presidential Appointee
Kate Adamson Haselwood, Presidential Appointee
Laura Ingraham, Presidential Appointee
Dana Kraft, Presidential Appointee
Mindy Levine, Presidential Appointee
Lynda Lomangino, Presidential Appointee
Allison Lutnick, Presidential Appointee
Douglas Manchester, Presidential Appointee
Laurie Perlmutter, Presidential Appointee
Catherine B. Reynolds, Presidential Appointee
Denise Saul, Presidential Appointee
Andrea Wynn, Presidential Appointee
Paolo Zampolli, Presidential Appointee
Representative Joyce Beatty, Ex-Officio Member
Representative Rick Larsen, Ex-Officio Member
Senator Sheldon Whitehouse, Ex-Officio Member
Emily Berret — on behalf of Leader Hakeem Jeffries, Ex-Officio Member
Elizabeth Falcone — on behalf of Senator Mark Warner, Ex-Officio Member
Johanna Hardy — on behalf of House T&I Chairman Sam Graves, Ex-Officio Member
Ted Verrill — on behalf of Representative Julia Letlow, Ex-Officio Member
Jonathan Misk — Office of Senator Sheldon Whitehouse

EXHIBIT
LaFauci Exhibit 4

Ann Jacobs — Office of Representative Rick Larsen
Todd Valentine — Office of Representative Joyce Beatty
Adam Tomlinson – on behalf of Senator Shelley Moore Capito, Ex-Officio Member

**ABSENT:**

Secretary Elaine Chao, Presidential Appointee
Emilia Fanjul, Presidential Appointee
Alma Gildenhorn, Presidential Appointee
Lee Greenwood, Presidential Appointee
Barbara Long, Presidential Appointee
Dan Scavino, Presidential Appointee
Cheri Summerall, Presidential Appointee
Susie Wiles, Presidential Appointee *(vote relayed)*
Mayor Muriel Bowser, Ex-Officio Member
Secretary Lonnie Bunch, Ex-Officio Member
Senator Shelley Moore Capito, Ex-Officio Member
Senator Susan Collins, Ex-Officio Member
Senator Deb Fischer, Ex-Officio Member
Chancellor Lewis Ferebee, Ex-Officio Member
Speaker Mike Johnson, Ex-Officio Member
Secretary Robert F. Kennedy, Jr., Ex-Officio Member
Representative Michael McCaul, Ex-Officio Member
Robert Newlen, Ex-Officio Member
Secretary Marco Rubio, Ex-Officio Member
Leader Chuck Schumer, Ex-Officio Member
Leader John Thune, Ex-Officio Member
Billie Tsien, Ex-Officio Member

**STAFF PRESENT:**

Donna Arduin, Chief Financial Officer
Ary Boltansky, Education Grants Manager
Ben Dransfield, Unified Communications Manager
JoEllen Dinges, Associate General Counsel
Bronagh Donlon, Vice President of Special Events
Laura Hagan, Associate General Counsel
Laura Hanley, Director of Special Projects
Joe LaFauci, Vice President of Board Relations and Protocol
Lydia Makande, Associate General Counsel
Allie Marvin, Director of PR for institution
Bob Sellappan, Chief Information Officer
Taylor Strand, Director of Protocol
Sarah Weingast, Associate General Counsel

**ALSO PRESENT:**

Secretary Howard Lutnick, U.S. Secretary of Commerce
Ashley Davis, Vice Chair, National Symphony Orchestra
Darin Buchalter, Chief Executive Officer, Delta Consulting Group
John Cracraft, JLL Project Principal

## I. Call to Order

Jennifer Fischer

The annual meeting was called to order at 10:42 a.m. ET, held virtually via Zoom. A quorum of the Board of Trustees was confirmed to be present.

## II. Approval of Prior Meeting Minutes

Jennifer Fischer

A motion was called to approve the minutes of the June 11, 2026 Board of Trustees meeting.

Representative Rick Larsen noted several typographical errors for staff to correct, and further noted that the formal name of the subcommittee that dealt with the reconciliation bill (referenced on p. 8) was stated improperly. Rep. Larsen advised that the correct formal name is the Subcommittee on Economic Development, Public Buildings, and Emergency Management, and that he would provide the correction to Mr. LaFauci. Vice Chair Fischer accepted the corrections.

**Motion:** by John Falconetti
**Second: by Rick Larsen**
**Vote:** Motion carried by show of hands, 25 in favor, none opposed, one abstention (Ms. Gross). The minutes of the June 11, 2026 meeting were approved as amended.

The minutes were further amended later in the meeting on the motion of Senator Whitehouse. See Item IV.

## III. Election of Officers

Joe LaFauci

Mr. LaFauci advised the Board that, per the Bylaws, the annual meeting requires the election of officers, and that the Nominating and Governance Committee had met two days earlier, on Tuesday, August 11, 2026, to consider the slate.

General Counsel Elliot Berke observed that it would be recommended for the slate to be moved by a member of the Board who was not on the slate. Ms. Fischer confirmed that, as one of the officers, she could not bring the slate forward. Mr. Berke clarified that it is preferred to move the slate as a whole, rather than office by office.

At the request of Representative Larsen, the slate was read in full:

| Office | Nominee | |
|---|---|---|
| Chairman | President Donald J. Trump | Re-election |
| Vice Chair | Jennifer Fischer | Re-election |
| Treasurer | John Falconetti | Re-election |
| General Counsel | Elliot Berke | Re-election |
| Secretary | Brian Ballard | New — succeeding Sergio Gor |

Representative Joyce Beatty asked whether there would be time for nominations from the floor, and whether other nominations had been submitted. Pamella Roland DeVos, chair of the Nominating and Governance Committee, responded that the Committee had largely carried forward the prior term's

slate, that some new names had been put forward, and that the slate presented reflected the Committee's decision. Mr. LaFauci added that the Committee is appointed by the Chair not less than thirty days prior to the annual Board meeting. Representative Beatty indicated that she accepted that answer.

Secretary Lutnick stated that although it was not the ordinary process, the Board was open to nominations from the floor, and invited any member wishing to nominate an alternative candidate to do so. No nominations were made from the floor.

Ambassador Sergio Gor raised a point of clarification, asking whether the members of Congress serving on the Board are voting members. Representative Beatty noted that they had voted in the last meeting as well. Vice Chair Fischer confirmed that they are.

**Motion: by Mindy Levine**
**Second:** Made from the floor
**Vote:** Motion carried by voice vote, 23 in favor, 3 opposed. Representative Beatty, Representative Larsen and Senator Whitehouse were recorded in opposition. The slate was elected.

## IV. Amendment to the June 11, 2026 Minutes — Senator Sheldon Whitehouse

Senator Whitehouse, who had joined the meeting after the minutes were approved, asked to return to the earlier item in order to have his amendment considered.

Senator Whitehouse advised the Board that the minutes contain a reference to a comment he had made: that the measure voted upon at the previous meeting neither creates nor funds any entity — and that proposed amendatory text had been circulated to Senator Whitehouse's office in advance through staff. Mr. Berke confirmed, as counsel, that the Senator's statement of the matter was correct.

The amendment revises page 9 of the June 11, 2026 minutes to read as follows:

> "Senator Whitehouse noted that the actual operative language of the resolution neither creates nor approves a fund, which counsel confirmed. The resolution says we will abide by the law and by court orders."

**Motion: by** Senator Sheldon Whitehouse, Ex-Officio Member
**Second: by Hannah Buchan**
**Vote:** Motion carried by voice vote. None opposed. One abstention: Pamela Gross

## V. Litigation Update — Elliot Berke

Mr. Berke advised the Board at the outset that he would not address legal strategy, for reasons of privilege, and that nothing in his report constituted a waiver of privilege. He confirmed that no decisions regarding the litigation, and no actions taken at this meeting, are made without consultation with outside counsel. Mr. Berke noted that a litigant in one of the matters is a member of the Board.

Mr. Berke reported on three principal matters:

**1. Beatty v. Trump** The Center has appealed a ruling concerning the name and concerning the right of ex officio members to vote. Under the court's order, ex officio members may presently vote; that ruling

is now on appeal. The Center did not appeal the ruling concerning closure, and that litigation continues; the Board's vote on the renovation at this meeting will determine the next stage. A joint status report is due within five days of this meeting, and in any event by August 20, 2026. The Department of Justice takes the position that the preliminary injunction must be formally dissolved before any decision regarding the renovation can take effect, and that process will begin following the vote. This will not prevent the National Symphony Orchestra from announcing and proceeding with its plans for off-site performance.

**2. DC Preservation League v. Board of Trustees of the John F. Kennedy Center for the Performing Arts.** An answer has been filed and counsel are required to file a report every ninety days. There is no injunction in this matter; the process is going forward. Mr. Berke expressed confidence in the outcome.

**3. The Washington National Opera v. U.S.** An extension of time to answer has been granted and the answer is now due October 13, 2026. It is being drafted together with the Center's counterclaims. The case is filed in the Court of Federal Claims, which permits the Department of Justice to represent the Center.

Senator Whitehouse asked Mr. Berke to address a further matter concerning Mr. Chuck Redd, who had cancelled a Christmas Eve performance, and the attorney's fees judgment entered against the Center. Mr. Berke reported that the Center had brought litigation against Mr. Redd, that in his view the case was not well advised given that the performance was free and the compensation to the artist relatively small, and that the Center lost. Under applicable anti-SLAPP provisions. the Center has been ordered to pay Mr. Redd's attorney's fees in the amount of $250,000. That award will be appealed, as the amount is outrageous; Center's own costs in the matter were less than ten percent of that sum.

Mr. Berke estimated the cost of appeal to be approximately $10,000 to $15,000, which he considered a bargain measured against the fees charged by Mr. Redd's counsel.

Senator Whitehouse asked that the Center examine the performance of its outside counsel in that matter, stating that deadlines had been repeatedly missed and page limits ignored, characterizing the handling of the litigation as amateurish, and stating that the Kennedy Center deserves better. He asked whether the Center was reviewing whether that firm would be retained again, and further asked for an explanation of why the firm had been retained in the first instance and who had selected it. Mr. Berke confirmed that the selection is under review, and responded that the field had been canvassed to identify counsel thought to be well suited to bring the case.

Secretary Lutnick stated that the Board will clearly review that selection and its outcome, that he agreed with the concerns raised, and that the Center will be much more considered and precise in how it proceeds going forward.

## VI. Buildings and Grounds — Independent Assessment

Hannah Buchan / Darin Buchalter

Ms. Buchan reported that the Buildings and Grounds Committee had held several meetings reviewing the options to be presented — whether to leave the building partially open, or to close it and operate from the REACH with the National Symphony Orchestra performing off campus. Ms. Buchan advised

that the Committee had spent considerable time reviewing the materials from JLL and having discussions with Darin Buchalter. She believes there is a clear path forward with regard to efficiency and cost savings with the partial closure. Secretary Lutnick stated that the Center hired two experts to do a complete analysis – JLL and Delta Consulting. JLL's full Project Plan of approximately 130 pages had been sent to every Member; Delta's report is being finalized and the Center asked him to do an executive summary of his findings and recommendations..

Secretary Lutnick noted that the Center as a whole will not close. The REACH is new and will stay open and will continue to program. Secretary Lutnick met with the National Symphony Orchestra which remains fully committed to the Center and the Center remains fully committed to them. The NSO is a national treasure. Secretary Lutnick noted that we are only talking about the main building and how to renovate it. Secretary Lutnick pointed out that at the Mark Twain Awards, the air conditioning failed in the morning and the executive staff had to make it work. Secretary Lutnick closed his remarks by observing that the building needs massive renovations, and that JLL and Delta had no dog in the hunt and were hired to do a full, independent analysis with no preconceived notions.

The meeting was then turned over to Darin Buchalter, CEO of the Delta Consulting Group

**Qualifications and Scope of Engagement**

Mr. Buchalter described a thirty-six year career as a board advisor and expert witness in the real estate and construction industry, including testimony in federal courts and arbitral forums worldwide and before the Ninth Circuit. Delta Consulting Group has provided advisory services internationally for twenty-six years and employs 180 personnel, largely accounting, valuation and engineering professionals. He noted the firm's involvement with high-visibility sites in Washington, D.C., including Capitol Hill, the Senate and House office buildings and the Library of Congress, and a client relationship with the Architect of the Capitol spanning more than ten years.

Delta was engaged to independently assess the construction program and identify the most effective path forward for the repair and renovation of the Center while balancing operations and mission. The analysis relied on the JLL 2026 Comprehensive Project Development Plan and the 2021 DLR Comprehensive Building Plan, supplemented by Delta's own site tours alongside on-site project managers, interviews with finance, programming and operations staff, and briefings with Board committees. Mr. Buchalter emphasized that Delta had no prior involvement with the Center and no preconceived notion as to the proper path forward.

**The Two Scenarios**

Delta evaluated each scenario against the priority of work, schedule impacts, capital cost against the fixed appropriation, operating expense implications, and the implications for the Center's long-term mission. Delta thinks about the project as "What is priority of Work" It's a fixed appropriation, going to spend it on certain improvements. Question is What are operating Costs? Take into consideration long-term mission.

Operate and partially renovate means continuing to operate main building. The REACH continues to operate under either scenario.

Mr. Buchalter stated that the state of disrepair of the Center is significant and that the remedy will necessarily be invasive, and that the JLL report, the prior evidence, the site visits and the invasive testing currently underway all show rapidly accelerating deterioration. He further stated that these conditions "instantly challenging" to consider how the Center can continue to operate during the planned construction activities.

**Operate and partially renovate.** The complexity of construction would be severe, requiring that patrons, workmen and equipment be safely channeled so that they never meet, producing an invasive visitor experience. We would have to expect having equipment on various decks, temporary entrances; a very invasive, frankly unpleaseant experience for someone visiting the Center. Costs more and takes longer. The $257 million appropriation would cover only approximately half of the work. Delta prioritized utilities — the entirety of the mechanical, electrical and plumbing systems, which are antiquated and in disrepair. In thirty-six years, Mr. Buchalter has only seen one electrical room that looks like the electrical room at the Center. Once the utilities work is completed (cost $225M) , there would be insufficient funds (shortfall of $124M) to complete the structural renovation and no remaining funds at all for venue improvement. Revenues would be expected to decline, a compression Delta believes is already visible in year-over-year revenue decline because of uncertainty and friction; would expect that to continue. The main building does not segment well, gravitating around a core rather than separable wings; on a four-year assumption, approximately a third of the building would have to be closed at any given time, reducing programming space by a third (to allow for equipment etc). That's additional revenue degredation. The capital program would be underfunded by as much as half, while the Center runs a meaningful operating deficit, directing fundraising toward the deficit and capital gaps rather than toward an endowment.

**Close the main building.** The $257 million appropriation covers most of the program. Escalating the 2021 study to present-day dollars yields approximately $285 million; the resulting $30 million difference could be addressed through value engineering, modest fundraising, or scope adjustment. Executing over a certain two-year period rather than an uncertain four-year period produces a dramatically different exposure to cost escalation and a different level of safety. Delta believes operating costs can be curtailed. The Center can build excitement around the reopening. By leveraging the REACH and thinking about its mission, we can ensure it keeps the mandate during shutdown. Mr. Buchalter advised that he had been involved in renovation of Carnegie Libraries, so he understands the cultural mandate. The partial closure would be a much more virtuous use of fundraising dollars.

### Recommendation

Mr. Buchalter stated Delta's recommendation to close the main building and renovate, as the most efficient, economical and safest way to maximize permanent capital improvements while maintaining mission continuity and the memorial experience.

## VII. Board Discussion

Jennifer Fischer

### Cost Comparison

Secretary Lutnick asked Mr. Buchalter to confirm whether a four-year phased approach would cost approximately $500 million, with additional annual fundraising requirements, producing a comparison figure of $600 to $650 million. Mr. Buchalter confirmed the characterization, stating that the Board would either have to raise $300 million plus a $70 to $80 million annual deficit for four years, or raise the $80 million annual deficit while cutting the scope of work in half.

**Materials and Process**

Representative Beatty stated that her packet contained only two PowerPoint slides, received two days prior, and asked whether other trustees had received the detailed materials referenced in the presentation. She noted the difficulty of digesting the volume of material within a one-hour meeting and stated that if a vote were to be called, she would need more time.

Mr. LaFauci confirmed that a 180-page PDF had been distributed to all Board members on the Tuesday prior to the meeting. Secretary Lutnick clarified that two separate documents were involved: the JLL report, running approximately 130 pages, distributed to every Board member; and the Delta report, prepared at a summary level, Delta's full report of roughly 100 pages not having been distributed because it was repetitive of the same analysis. He emphasized that JLL and Delta worked independently, with no predetermined outcome.

Secretary Lutnick further stated that the REACH will remain open and programming will continue, that the memorial will be moved to the REACH, and that the only question before the Board is whether the renovation of the main building proceeds in stages or as a single concentrated effort. He cited the Chairman's record as a builder, referenced donated materials including steel for the ballroom and a donated air conditioning system, and stated that the Chairman is willing to complete the work for $257 million in two years and has agreed to seek to raise the endowment. He stated that the Center has lost approximately $100 million per year in operations for the last decade against approximately $85 million per year in fundraising, for a net loss of $15 million.

Representative Beatty responded that she had received the JLL materials but not the full Delta report, that she has never argued the need for renovations, and that she was seeking clarity on the meaning of "partial" and on how programming would continue, in order to be sure the Board was not putting the cart before the horse with respect to what the litigation required.

Secretary Lutnick responded that the litigation made clear that the Board should conduct a full and complete analysis, and reiterated that the Center will not close and will not stop programming. It will move the memorial to the REACH for the interim period. The question for the Board is it will cost twice as much and twice as long if you do it in parts: do we hit the whole building for $257 million or do we do it in phases which will cost $500 million?  Secretary Lutnick noted President Trump has agreed to seek to raise the endowment ; he’s the best fundraiser in the world.

Representative Beatty stated that she never argued the need for renovation. She clarified that she had received the 100 page JLL report; she did not receive the Delta report other than the two PowerPoint slides.

At Rep. Beatty's request, Mr. Buchalter clarified the meaning of 'partial' - the most focused way to think of it is whether it is best to close the main building for a focused two year period for renovation or to rotate areas of the building over a four year period, sectioning off areas to do work. He reiterated the safety concerns of the public having access to the main building under construction. Trustee Andrea Wynn spoke in support of closing the main building while making use of the REACH.

**Report Reconciliation, Operating Deficit and the NSO**

Representative Larsen stated that he was not prepared to endorse characterizations of the Chairman as the greatest builder or fundraiser, citing cost overruns on the ballroom construction and delays to transit projects, but added that he did not consider the point relevant to the Board's discussion.

Rep. Larsen asked how the 2021 DLR report had been used relative to the 2026 JLL report. Mr. Buchalter responded that Delta aligned the two reports and found no notable change in scope; the real issues existed in 2021 and exist in 2026, with continuing deterioration. Delta treats the 2021 study as the cost baseline, escalated to present-day dollars, producing the $285 million figure. The JLL report's value lies in its detailed examination of individual building components, which allowed Delta to prioritize utilities over structure and over venue improvements.

Rep. Larsen asked whether the $78 million operating deficit was tied strictly to the four-year analysis and asked if there was an operating deficit associated with the two-year analysis. Mr. Buchalter responded that there is an operating deficit analysis associated with the two-year scenario, reflecting scaled programming and overhead including orchestra touring, and that over the two-year period Delta believes the deficit is relatively de minimis, as summarized on the sources-and-uses slide.

Rep. Larsen requested a document memorializing the NSO's commitment to the Center. Vice Chair Fischer responded that an affiliate agreement has been in effect since 1986 and remains fully in effect, and that amending it requires three-quarters of the Kennedy Center Board and three-quarters of the NSO Board.

Ashley Davis, Vice Chair of the National Symphony Orchestra, confirmed that the NSO is eager to continue as part of the Kennedy Center and is looking forward to announcing its season, and that the commitment is in writing through the affiliate agreement. Ms. Davis reported that no musicians have left over the past two years. Vice Chair Fischer noted the success of the NSO's summer season at Wolf Trap.

**Request for Pro Forma Financials**

Senator Whitehouse requested pro forma financials for the two-year period during which the JLL project would proceed, on a REACH-operating-only basis, summarizing his request in six points:

1. A REACH-operating-only scenario for the two-year period.
2. Forward-looking revenue and operating expense projections, noting that the falloff in revenues described by Mr. Buchalter is not reflected in figures reaching back into 2024.
3. A risk and range analysis of necessary capital expense under best-case and worst-case plausible scenarios.
4. An assessment of restoring the Center's performance capability, a number of acts having been unwilling to perform there.

5. The obligations reflected in the NSO agreement.
6. Any reportable prospect of an endowment.

Senator Whitehouse characterized these as baseline requirements for a decision of this kind, and noted that the authorizing committee would have to approve any shortfall.

Vice Chair Fischer responded that the pro formas are important and have been the subject of extensive internal discussion, but that costs escalate and money is lost each day a decision is deferred. She noted that programming at the REACH is limited by the size of those facilities, but that the REACH will produce savings with the symphony by accommodating rehearsals and equipment storage, and will house the John F. Kennedy memorial, relocated from the third floor, allowing public access at all hours. She also drew the Board's attention to the condition of the parking garage.

**Report of the Chief Financial Officer**

At Secretary Lutnick's request, Chief Financial Officer Donna Arduin gave a report on the Center's financials.

Vice Chair Fischer stated that a decision on when and how to renovate must precede the building of reopening programming.

## VIII. Board Action — Resolution Regarding Closure of the Main Building    John Falconetti

Treasurer Falconetti, stating that he did not wish to limit discussion, advised the Board that a resolution had been prepared for its consideration and asked that the General Counsel read it to the Board. General Counsel Berke read the resolution aloud while it was displayed to the Board. The resolution, as executed, provides as follows:

**RESOLUTION OF THE BOARD OF TRUSTEES**
**OF THE JOHN F. KENNEDY CENTER FOR THE PERFORMING ARTS**

WHEREAS, the Board of Trustees has engaged the services of Delta Consulting Group, an internationally recognized leader in project advisory services, risk mitigation, and construction planning and management, to provide an independent and objective analysis of the Center's options to address decades of physical neglect and deferred maintenance;

WHEREAS, the two options for the renovation and restoration presented to the Buildings and Grounds Committee, and then to the full Board, included either a closure of the main building

with continued programming in the REACH and offsite or a phased renovation while programming continues throughout the Center;

WHEREAS, Delta Consulting Group conducted a thorough review of the costs and benefits of each option, and reported its findings through an oral presentation:

WHEREAS, Delta Consulting Group's findings, reflected in its report and in the Minutes, demonstrate that the risks and costs of a phased renovation and restoration so greatly outweigh any potential benefit that the only viable safe and fiscally prudent course is to shut down the Center's main building entirely during construction;

WHEREAS, Delta Consulting Group's findings will be memorialized for the Board and will be submitted as part of any court record;

WHERAS, the Board has also reviewed the Comprehensive Project Development Plan dated June 8, 2026 and anticipates further updates consistent with it.

WHEREAS, the Board is fully committed to its statutory and fiduciary obligations to maintain the Center as the Nation's Cultural Center, to maintain public access to the Memorial to John F. Kennedy, to maintain the historic and architecturally significant nature of the Center's main building, and to continue to present arts and educational programming during construction; and

WHEREAS, the Board believes that continuing its artistic and educational programming at the Center's performing arts facilities in the REACH, maintaining the memorial to President Kennedy for public access, and through its partnership with the National Symphony Orchestra, supporting those performances offsite, as well as other signature artistic productions offsite including but not limited to the Kennedy Center Honors and the Mark Twain Prize for American Humor, allows the Kennedy Center to perform its statutory mandate while the main building and theaters are closed for renovation;

IT IS HEREBY RESOLVED that the John F. Kennedy Center for the Performing Arts shall continue to present educational and artistic programming at the REACH; that the Center shall continue its partnership with and support of the National Symphony Orchestra in performances at off-site venues; that the Center shall continue signature artistic productions offsite including but not limited to the Kennedy Center Honors and the Mark Twain Prize for American Humor; that the Memorial to President John F. Kennedy be temporarily relocated to the REACH where it will remain open to the public; and that, based on technical assessments and expert opinions confirming the necessity of a closure, the main building be closed to the public for restoration

and renovation in line with Delta Consulting Group expert opinion as well as the Comprehensive Project Development Plan dated June 8, 2026, and subsequent updates thereto.

IT IS FURTHER RESOLVED that the Executive Director and Chief Operating Officer shall undertake all legal means to effectuate the Board's direction in this matter, including by seeking to dissolve the preliminary injunction, entered in *Beatty v. Trump*, No. 25-cv-4480 (D.D.C.), currently preventing closure of the main building of the Kennedy Center for construction.

**Motion:** John Falconetti, Treasurer

**Second:** Not recorded

**Vote:** Motion carried by roll call, 23 in favor, 3 opposed. Representative Beatty, Representative Larsen and Senator Whitehouse were recorded in opposition.

**Roll call — appointed members**

| Trustee | Vote | Trustee | Vote |
|---|---|---|---|
| Brian Ballard | Yes | Mindy Levine | Yes |
| Maria Bartiromo | Yes | Lynda Lomangino | Yes |
| Pamela Bondi | Yes *(by email)* | Barbara Long | Absent |
| Mary Helen Bowers | Yes | Allison Lutnick | Yes |
| Hannah Buchan | Yes | Douglas Manchester | Yes *(by email)* |
| Bob Castellani | Yes | Laurie Perlmutter | Yes |
| Elaine Chao | Absent | Catherine B. Reynolds | Present, not voting |
| Pamella Roland DeVos | Yes | Denise Saul | Yes |
| Patricia Duggan | Yes *(by email)* | Dan Scavino | Absent |
| John Falconetti | Yes | Cheri Summerall | Absent |
| Emilia Fanjul | Absent | Susie Wiles | Yes *(relayed)* |
| Jennifer Fischer | Yes | Andrea Wynn | Yes |
| Lynn Friess | Yes | Paolo Zampolli | Yes |
| Alma Gildenhorn | Absent | President Donald J. Trump | Yes *(relayed)* |
| Sergio Gor | Yes | | |
| Lee Greenwood | Absent | | |
| Pamela Gross | Yes | | |
| Kate Haselwood | Yes | | |

| Trustee | Vote | Trustee | Vote |
|---|---|---|---|
| Laura Ingraham | Yes | | |
| Dana Kraft | Present, not voting | | |

**Roll call — ex-officio members**

| Member | Vote |
|---|---|
| Representative Joyce Beatty | No |
| Representative Rick Larsen | No |
| Senator Sheldon Whitehouse | No |

All remaining ex-officio members were called and were absent.

Trustees in attendance who experienced technical difficulties during the roll call subsequently recorded their votes by email, each in the affirmative: Pam Bondi, Mr. Manchester and Ms. Duggan, whose connection was lost while travelling. During the roll call, Secretary Lutnick advised the Board that both Ms. Wiles and the Chairman had contacted him directly and asked that their votes be recorded in the affirmative. Trustee Denise Saul noted that her name had not been called; Mr. LaFauci confirmed that her vote was recorded in the affirmative.

## IX. Discussion Following the Vote

Jennifer Fischer

Secretary Lutnick addressed the three members who had voted in the negative, asking whether their position was that the Center should remain open and renovate over four years, or whether they lacked sufficient information, stating that his objective was for the Board to reach agreement.

Representative Larsen responded that he had received and read everything sent to him, but that the materials addressed the two-year scenario and that the Board did not have the full four-year analysis. He noted that, as a member of Congress serving on the relevant committees, he and his colleagues would be accountable for any future appropriations. Rep. Larsen stated that the trustees had taken a vote, the majority had prevailed, and the discussion was concluded, and offered to speak with Secretary Lutnick separately.

Secretary Lutnick stated that he would like to speak separately with each member who voted in the negative. Senator Whitehouse agreed to speak separately and reiterated that the pro forma he had requested was elementary.

Representative Beatty stated that her position reflected a combination of the concerns raised by Rep. Larsen and Senator Whitehouse, that it was difficult for her — as a member of Congress, a board member, and a businessperson — to make a decision of this magnitude in this manner, and that the matter appeared to have been predetermined. She stated that she agreed the renovations are needed and that she was willing to have offline discussions; but this seems predetermined and exaggerated. The

Center held the Mark Twain Prize despite the conditions. She does not believe other members read it all or understood it and that it was predetermined.

Trustee Mindy Levine stated that obstacles have been put in place that preclude communication among trustees, and that the pending litigation has created hesitancy on both sides. She said that no one had contacted her to discuss concerns and that she had received only an email directing the preservation of documents, and urged that lines of communication be opened. She has respect for Representative Beatty and she knows they can find common ground.

Representative Beatty responded that she has undertaken such efforts, noting that she sat next to Ms. Levine at the in-person Board meeting and discussed these matters, that she has taken the tour, spoken with staff, and personally contacted the Center's prior administrative officer to arrange a tour. She observed that communication is a two-way street and acknowledged that Vice Chair Fischer had reached out to her. Vice Chair Fischer responded that everyone wants to say we've made good decisions.

Secretary Lutnick reflected on the due-diligence process and on his approximately twenty-two years of involvement with the Kennedy Center, and committed to reaching out to Rep. Beatty and others.

## X. Board Action — Resolution Recognizing the Chairman

Brian Ballard

Secretary Lutnick introduced a discussion regarding recognition of the Chairman, stating that if the Chairman is to complete the renovation in two years for $257 million, and has further committed to help raise money to endow the institution, it is appropriate that he be recognized. It is important to President Trump that if he's going to put his time and effort into the building and fundraising, that he be recognized. Secretary Lutnick stated that the name on the exterior of the building will remain the John F. Kennedy Memorial Center for the Performing Arts. Secretary Lutnick would like to talk about recognizing President Trump for renovating and restoring the building; also if he raises $100 million to endow, the Center would recognize the Trump Kennedy Center Fund.

Representative Larsen asked if the Board was going to be faced with a resolution to vote on immediately, stating that the renovation had not yet occurred and he had seen no endowment figure, and that if a resolution were brought forward at this meeting he would vote against it. Senator Whitehouse raised a procedural objection, noting that the item was not on the agenda and had not been raised by a member of the Board, and urged that it be handled through regular order. Vice Chair Fischer clarified that the item was framed as a discussion and not yet a vote.

Secretary Ballard asked whether the Board had voted unanimously at the previous meeting to establish an endowment fund. Senator Whitehouse and Vice Chair Fischer both responded that it had not; the earlier vote recognized the Chairman's contribution toward raising the $257 million and did not establish a fund.

Representative Beatty noted that Congress had appropriated the funds; and observed from long experience on the Board that the Center has always had to approach Congress and has never received the full amount needed. She stated that she had no objection to recognizing the Chairman inside the

building, but opposed any change to the exterior name, which she regarded as unlawful given the governing statute and the pending litigation. Ambassador Gor responded that he had been present when the Chairman personally lobbied senators to increase Kennedy Center funding, and argued that this merited recognition. Representative Beatty responded that she had no objection to recognizing the Chairman's role, but opposed doing so by changing the exterior name.

**Remarks of the Chairman**

Secretary Lutnick advised the Board that the Chairman wished to address the meeting, and the Board invited him to do so. President Trump addressed the Board at length, commenting on prior management and spending at the Center, the condition of the building including the parking structure, and the White House ballroom project, which he described as on time, under budget and privately funded. He responded to earlier comments by Rep. Larsen and Senator Whitehouse, described improvements in Washington, D.C., and stated his commitment to complete the renovation within two years with the building closed, and to reopen it in a substantially improved condition.

**Resolution**

Secretary Ballard brought forward a resolution that the Center recognize the Chairman for his contributions, and asked that it be displayed. General Counsel Berke read the resolution aloud. The resolution, as executed, provides as follows:

**RESOLUTION OF THE BOARD OF TRUSTEES**
**OF THE JOHN F. KENNEDY CENTER FOR THE PERFORMING ARTS**

WHEREAS, the John F. Kennedy Center for the Performing Arts ("Center") is currently experiencing decades of physical neglect and deferred maintenance that have resulted in significant degradation to the structure of the facility;

WHEREAS, the Center has been in dire need of funding for both the physical plant and the programming mission, historically losing $100M per year;

WHEREAS, President Donald J. Trump is successfully engaging in fundraising efforts, already raising hundreds of millions of dollars for the Center, both in appropriated funds and private funds, and bringing the Center back from the brink of disaster by overseeing an extensive restoration and renovation;

WHEREAS, the Center would be in financial ruin without President Trump's unique stature as both an unparalleled fundraiser and world-class developer, and it is due to President Trump's position as the head of the Center that both financial backers and Congress have been willing to, and remain willing to, support the Center to prevent financial ruin;

IT IS HEREBY RESOLVED that the Center desires to recognize and honor President Trump's current and future existential and unprecedented contributions to the survival of the Center by all legal means, in any or all of the following ways:

FIRST, the Center desires to honor the President's contributions, current and future, with an inscribed recognition on the building, below the name of the Center, as follows:

**The John F. Kennedy Memorial Center for the Performing Arts**
**renovated and restored by**
**President Donald J. Trump**

SECOND, the Center desires to further recognize the President's contributions, current and future, upon the endowment of the Trump Kennedy Center Fund reaching $100M, with an inscribed recognition on or in the building, below the name of the Center, once the $100M threshold is met, as follows:

**The John F. Kennedy Memorial Center for the Performing Arts**
**renovated and restored by**
**President Donald J. Trump**
**endowed by**
**The Trump Kennedy Center Fund**

THIRD, the Center desires to name the physical site and grounds upon which the Center sits, which are not named in the governing statutes, the "President Donald J. Trump Plaza."

IT IS FURTHER RESOLVED, that the Executive Director and Chief Operating Officer shall undertake all legal means to effectuate such recognition after fourteen (14) days from the date of the adoption of this resolution.

Secretary Ballard explained that the intent was to honor the Chairman for the $250 million raised and for the future fundraising needed to keep the Center open.

Representative Beatty asked whether the resolution complies with the statute governing the Center, which restricts inscriptions and plaques to specified exceptions, stating that she had no objection to recognition after an endowment is raised, nor to the naming of the plaza, but sought clarity. General Counsel Berke responded that he could not get into privileged conversations, but that we would not be moving forward with a resolution that DOJ did not think was legally defensible. In consultation with outside counsel at the Department of Justice and with the Office of Management and Budget, the position is that the proposed recognition does not constitute a memorial or a plaque in the nature of a memorial within the meaning of the statute.

Senator Whitehouse raised a further procedural objection, noting that the item was not on the agenda, had not been circulated in advance, and that the Board had received assurances rather than a formal

written legal opinion. Mr. Berke responded that, in consultation with the Department of Justice as outside counsel, the resolution is considered legally defensible. Mr. Berke reiterated that nothing should constitute a waiver of attorney/client privilege. Secretary Lutnick stated that if the court were to disagree, the Board would not execute it, confirming that the Center will not proceed unless it is within legal parameters and that this is the purpose of the fourteen-day period

Trustee Mindy Levine asked whether the Center had in fact obtained an advisory opinion from the Department of Justice. Representative Beatty stated that she would vote against the resolution, having been advised that it may not be in compliance, and that revisiting the matter after fourteen days does not resolve that concern. Mr. Berke reiterated that our position is that this resolution will not violate the injunction currently in place.

Vice Chair Fischer asked whether Secretary Lutnick's remarks were being added to Secretary Ballard's motion or whether the Board was voting on the original motion. Mr. Berke clarified that the fourteen-day provision is already contained in the resolution text. Mr. Ballard called for the vote.

**Motion:** Brian Ballard, Secretary

**Second: John Falconetti**

**Vote:** Motion carried by roll call, 20 in favor, 3 opposed. Representative Beatty, Representative Larsen and Senator Whitehouse were recorded in opposition.

**Roll call — appointed members**

| Trustee | Vote | Trustee | Vote |
|---|---|---|---|
| Brian Ballard | Yes | Mindy Levine | Yes |
| Maria Bartiromo | Present, not voting | Lynda Lomangino | Yes |
| Pamela Bondi | Yes *(by email)* | Barbara Long | Absent |
| Mary Helen Bowers | Yes | Allison Lutnick | Yes |
| Hannah Buchan | Yes | Douglas Manchester | Yes *(by email)* |
| Bob Castellani | Yes | Laurie Perlmutter | Yes |
| Elaine Chao | Absent | Catherine B. Reynolds | Present, not voting |
| Pamella Roland DeVos | Yes | Denise Saul | Yes |
| Patricia Duggan | Yes *(by email)* | Dan Scavino | Absent |
| John Falconetti | Yes | Cheri Summerall | Absent |
| Emilia Fanjul | Absent | Susie Wiles | Yes *(relayed)* |
| Jennifer Fischer | Yes | Andrea Wynn | Yes |
| Lynn Friess | Yes | Paolo Zampolli | Yes |
| Alma Gildenhorn | Absent | President Donald J. Trump | Yes *(relayed)* |
| Sergio Gor | Yes | | |
| Lee Greenwood | Absent | | |

| Trustee | Vote | Trustee | Vote |
|---|---|---|---|
| Pamela Gross | Yes | | |
| Kate Haselwood | Yes | | |
| Laura Ingraham | Present, not voting | | |
| Dana Kraft | Present, not voting | | |

**Roll call — ex-officio members**

| Member | Vote |
|---|---|
| Representative Joyce Beatty | No |
| Representative Rick Larsen | No |
| Senator Sheldon Whitehouse | No |

Trustees in attendance who experienced technical difficulties during the roll call subsequently recorded their votes by email, each in the affirmative: Ms. Bondi, Mr. Manchester and Ms. Duggan. The tally above is as announced at the meeting.

## XI. Other Business

Mindy Levine

Trustee Levine raised a matter for future meetings, asking for clarification between an "executive session" and an "executive committee" meeting. She stated that she had been excluded from the executive session at the previous meeting, that she still did not have access to what took place, and that under Robert's Rules the terminology should be used precisely so that members are not unnecessarily excluded.

General Counsel Berke clarified that an executive committee had been called at the previous meeting, and that Secretary Lutnick had referenced that executive sessions are normally warranted for every board meeting, but that the Board never in fact moved into an executive session and no executive committee meeting was held. Mr. Berke confirmed that the Center will be precise in its use of these terms going forward. Vice Chair Fischer thanked Ms. Levine for raising the matter.

Trustee Paolo Zampolli addressed the Board, observing that the building is fifty-five years old, is deteriorating and is not safe, that the Board has now voted, and that the Center should move forward.

## XII. Adjournment

Jennifer Fischer

Vice Chair Fischer thanked the trustees for their time, thanked Secretary Lutnick for his participation, and thanked the Chairman for making time to join the meeting. There being no further business, a motion to adjourn was made and seconded.

**Motion:** Jennifer Fischer, Vice Chair
**Second:** Ambassador Sergio Gor, and from the floor

**Vote:** Motion carried. The meeting was adjourned at 1:07 p.m. ET.

__________________________________
Brian Ballard, Secretary

__________________________________
Date

# Email from William Jankowski, October 15, 2026

**From:** Jankowski, William S (CIV)
**To:** Kyle Freeny; Lynch, Christopher M. (CIV); Mayers, Brantley T (CIV)
**Cc:** Nathaniel Zelinsky; Alexander Kristofcak; Rosa Baum; Erin Wenokur; Norman Eisen; David Ogden
**Subject:** RE: [External] Discovery Meet-and-Confer Letter
**Date:** Thursday, October 15, 2026 2:36:26 PM

Kyle,

You should be receiving an email shortly linking you to today's document production. As we noted earlier this week, the production contains the FY 2026 data that the Center is able to provide under the expedited discovery timeline in this case and under the Court's most recent order. The production also contains several other documents responsive to other requests that you have made this week. As we previously stated, any FY 2026 financial data being provided today is in a preliminary form and has not been audited or otherwise verified.

Specifically, the production contains:

- Quarterly payroll register data from FY 2026
  - These spreadsheets appear at Bates Nos. 7509–12. Q1 data (Bates No. 7509) is available in a summary view; data from Q2–Q4 is available only on an employee-by-employee level
  - The data is in native format, save for redactions that we've made removing employee names and employee numbers, which are PII
- Documents related to internal ticket sales trends and the "Board Report" Plaintiff included as Exhibit 6 to the 30(b)(6) deposition
  - These documents appear at Bates Nos. 7513–28
  - The Center has been unable to discover an exact copy of the exhibit you included as evidence, but the "Sales Trends" PowerPoint, starting at Bates No. 7517, includes what the Center believes is the same information
- FY 2027 Budget estimates:
  - This spreadsheet appears at Bates No. 7533. No changes have been made to the native format of this document
  - This document reflects the Center's working copy (as of October 7, 2026) of its internal budget estimates for FY 2027 and represents the "FY 2027 Budget" document Matt Floca testified about during his 30(b)(6) testimony
- FY 2026 core financial data:
  - The General Ledger reports from Q1, Q2, Q3, and Q4 of FY 2026 reflect every transaction on the Center's ledger from those quarters. These reports appear at Bates Nos. 7529–32
    - The data in these reports is in native format, save for redactions that we've made to the "Memo/Description" column. Cells in that column contain information identifying each individual transaction, which includes, to large extent, identifying information for the person or entity involved in the transaction. Although we cannot guarantee that every cell redacted does in fact contain PII, given the burden of producing this discovery in an

expedited fashion, we redacted every cell in the "Memo/Description" column. Data is otherwise unchanged in these reports

   - The report at Bates No. 7534 reflects budgeting data (for FY 2027) that relies on data from recent fiscal years, including FY 2026. This spreadsheet includes data pulled from the "Interim Budget Tool" that Mr. Floca referenced during his deposition. The tool itself is an interactive database/program that is not in a form to be produced in discovery, but the spreadsheet included at Bates No. 7534 contains FY 2026 data retrieved from that database. No changes have been made to this report
     - FY 2026 data from the Interim Budget Tool can be found on the "Combined_Data" worksheet and by filtering the "RunGroup" tab in column A by "2026-93"
   - Cash burn tables developed by Donna Arduin between July 20 and September 14, 2026 appear at Bates Nos. 7535–40. No changes have been made to these files
   - The Center's latest FY 2026 "Trial Balance Report" appears at Bates No. 7541. This report provides balances for the trust's accounts through FY 2026. As noted in the file, the data included is preliminary and has not audited or verified
- Going-concern letters:
   - The documents at Bates Nos. 7542–59 contain the Center's FY 2023, FY 2024 final going-concern letters and the Center's draft FY 2025 going-concern letter. As has been our practice, these documents are being provided in PDF form

We intend to have additional responses to your discovery requests in the coming days, though, to your question yesterday, likely will not yet be able to talk through our positions until Monday.

Will

**William S. Jankowski**
Federal Programs Branch
Phone: (202) 353-7578
Cell: (202) 598-5325

---

**From:** Kyle Freeny <kfreeny@washingtonlitigationgroup.org>
**Sent:** Wednesday, October 14, 2026 5:05 PM
**To:** Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>; Lynch, Christopher M. (CIV) <Christopher.M.Lynch@usdoj.gov>; Mayers, Brantley T (CIV) <Brantley.T.Mayers@usdoj.gov>
**Cc:** Nathaniel Zelinsky <nzelinsky@washingtonlitigationgroup.org>; Alexander Kristofcak <akristofcak@washingtonlitigationgroup.org>; Rosa Baum <rbaum@washingtonlitigationgroup.org>; Erin Wenokur <ewenokur@washingtonlitigationgroup.org>; Norman Eisen <norman@democracydefenders.org>; David Ogden <david@democracydefenders.org>
**Subject:** RE: [External] Discovery Meet-and-Confer Letter

Hi Will—

Thanks for the confirmation re: format.

Can we plan to talk on Thursday afternoon or Friday about whatever Defendants' have been able to come to ground on by then? Even you are still coming to ground on some of the issues set forth in our letter, an initial call this week will help us get in front of the Court without delay, if there is an issue needs Court resolution. For example (and this is just a hypothetical), if Defendants are going to take the position that JLL communications are out of scope or otherwise do not need to be produced (including communications surrounding the JLL letter re: phased construction), it would help to know that now, because we can get that teed up for the Court pretty quickly. It would also help to have even an interim update on your perspective on search adequacy and information about why certain clearly responsive records weren't identified or produced. We realize that could be an iterative discussion, but that is all the more reason why it makes sense to start the discussion this week, even if it remains ongoing into next.

Given Defendants' stated opposition to extending the briefing schedule on their motion to the lift the PI, we think it is particularly important to identify and tee up any disputes now, so that we do not find ourselves confronting the same unresolved issues that necessitated the Court's extension of discovery last week. I am available tomorrow 2:30-6pm or Friday at 11:30am or after 1pm.
Regards,
Kyle

**Kyle R. Freeny**
Principal | Washington Litigation Group | (202) 521-8790
www.washingtonlitigationgroup.org

---

**From:** Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>
**Sent:** Wednesday, October 14, 2026 4:47 PM
**To:** Kyle Freeny <kfreeny@washingtonlitigationgroup.org>; Lynch, Christopher M. (CIV) <Christopher.M.Lynch@usdoj.gov>; Mayers, Brantley T (CIV) <Brantley.T.Mayers@usdoj.gov>
**Cc:** Nathaniel Zelinsky <nzelinsky@washingtonlitigationgroup.org>; Alexander Kristofcak <akristofcak@washingtonlitigationgroup.org>; Rosa Baum <rbaum@washingtonlitigationgroup.org>; Erin Wenokur <ewenokur@washingtonlitigationgroup.org>; Norman Eisen <norman@democracydefenders.org>; David Ogden <david@democracydefenders.org>
**Subject:** RE: [External] Discovery Meet-and-Confer Letter

Kyle,

Although we haven't yet received the full batch of financial information from the Center that we expect to share with you tomorrow, we do expect to provide that data in native format.

We'll endeavor to provide you with responses to the rest of your inquiries as soon as we're able, though we cannot promise that will be possible by the end of this week, as your meet-and-confer letter is quite extensive.

Will

**William S. Jankowski**
Federal Programs Branch
Phone: (202) 353-7578
Cell: (202) 598-5325

---

**From:** Kyle Freeny <kfreeny@washingtonlitigationgroup.org>
**Sent:** Wednesday, October 14, 2026 12:07 PM
**To:** Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>; Lynch, Christopher M. (CIV) <Christopher.M.Lynch@usdoj.gov>; Mayers, Brantley T (CIV) <Brantley.T.Mayers@usdoj.gov>
**Cc:** Nathaniel Zelinsky <nzelinsky@washingtonlitigationgroup.org>; Alexander Kristofcak <akristofcak@washingtonlitigationgroup.org>; Rosa Baum <rbaum@washingtonlitigationgroup.org>; Erin Wenokur <ewenokur@washingtonlitigationgroup.org>; Norman Eisen <norman@democracydefenders.org>; David Ogden <david@democracydefenders.org>
**Subject:** RE: [External] Discovery Meet-and-Confer Letter

Hi Will—
We appreciate your confirmation that we will receive FY26 records by tomorrow. Can you please confirm that Defendants will be producing in native format—that is, Defendants will not be altering the data or its format in ways that would (intentionally or not) make it less usable to Plaintiff (for example, by converting financial data to flat PDFs)?

We look forward to your response on the other matters we raised as well. Given the time frame, we'd like to identify any remaining issues of dispute this week, so we have ample time to raise anything that needs to be raised with the Court with sufficient time remaining to allow the Court to rule (and, as applicable, for Defendants to complete production) before the new close of discovery.

Regards,
-Kyle

**Kyle R. Freeny**
Principal | Washington Litigation Group | (202) 521-8790
www.washingtonlitigationgroup.org

---

**From:** Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>
**Sent:** Tuesday, October 13, 2026 5:09 PM

**To:** Kyle Freeny <kfreeny@washingtonlitigationgroup.org>; Lynch, Christopher M. (CIV) <Christopher.M.Lynch@usdoj.gov>; Mayers, Brantley T (CIV) <Brantley.T.Mayers@usdoj.gov>
**Cc:** Nathaniel Zelinsky <nzelinsky@washingtonlitigationgroup.org>; Alexander Kristofcak <akristofcak@washingtonlitigationgroup.org>; Rosa Baum <rbaum@washingtonlitigationgroup.org>; Erin Wenokur <ewenokur@washingtonlitigationgroup.org>; Norman Eisen <norman@democracydefenders.org>; David Ogden <david@democracydefenders.org>
**Subject:** RE: [External] Discovery Meet-and-Confer Letter

Kyle,

We're in receipt of your meet-and-confer letter. We can confirm that the Center will produce a significant amount of (unverified) FY26 data, which should be available for your use by roughly midday Thursday. We're still reviewing your other requests and will respond more fully as soon as we are able.

Will

**William S. Jankowski**
Federal Programs Branch
Phone: (202) 353-7578
Cell: (202) 598-5325

---

**From:** Kyle Freeny <kfreeny@washingtonlitigationgroup.org>
**Sent:** Monday, October 12, 2026 12:03 PM
**To:** Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>; Lynch, Christopher M. (CIV) <Christopher.M.Lynch@usdoj.gov>; Mayers, Brantley T (CIV) <Brantley.T.Mayers@usdoj.gov>
**Cc:** Nathaniel Zelinsky <nzelinsky@washingtonlitigationgroup.org>; Alexander Kristofcak <akristofcak@washingtonlitigationgroup.org>; Rosa Baum <rbaum@washingtonlitigationgroup.org>; Erin Wenokur <ewenokur@washingtonlitigationgroup.org>; Norman Eisen <norman@democracydefenders.org>; David Ogden <david@democracydefenders.org>
**Subject:** [EXTERNAL] Discovery Meet-and-Confer Letter

Will—Please see the attached meet-and-confer letter, which identifies deficiencies in Defendants' production that we would like to see corrected before the new close of discovery.

**Kyle R. Freeny**
Principal | Washington Litigation Group | (202) 521-8790
www.washingtonlitigationgroup.org

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.