# Exhibit F

# KC-BEATTY0078–0083

The Kennedy Center
Office of Contracting
2700 F Street, N.W.
Washington, D.C. 20566
(202) 416-7979

**Award Decision Memorandum**

| | |
|---|---|
| From: | Georgia Robinson, Contract Specialist (Contractor) |
| Date: | July 21, 2026 |
| Subject: | Award to Delta Consulting Group, Inc for Independent Construction Program Assessment and Advisory Services– Contract Number 33310526C0011 |

---

## I. Background Information:

| | |
|---|---|
| **Contracting Office:** | The Kennedy Center Office of Contracting |
| **PR No.** | BBB26DFC118012 |
| **Solicitation No.** | 33310526R0009 |
| **Award No.** | 33310526C0011 |
| **IGCE:** | $179,950.00 |
| **Award Amount:** | $261,253.16 |
| **Contract Specialists:** | Georgia Robinson<br>Jo-Lynn Davis |
| **Contracting Officer:** | Cecelia Royster |
| **Technical Evaluators:** | Matt Floca<br>Donna Arduin<br>Eliott Berke |

## II. Description of Procurement

On July 16, 2026, The John F. Kennedy Center for the Performing Arts (the "Center") issued a Request for Proposal to engage a contractor to provide Independent Construction Program Assessment and Advisory (ICPAA) services to assess and advise on a multiyear capital portfolio estimated at $250 million in construction volume, with the primary construction window spanning from July 6, 2026, through July 28, 2028.

While the Center is not subject to the Federal Acquisition Regulation (FAR), its contracting policies and procedures are guided by principles in the FAR. This acquisition will result in the award of a standalone contract for commercial services.

## III. Chronology of Events

1. Procurement Request (PR) assigned to Georgia Robinson on 7/14/2026, in the amount of $179,950.00 for a 28 day engagement.

2. Market research was completed on 7/14/2026.

3. A Milestone Acquisition Plan was approved on 7/14/2026.

4. On 7/16/2026, RFP 33310526R0009 announced the requirement for Independent Construction Program Assessment and Advisory (ICPAA) services. The announcement was released via separate emails to two firms identified in the market research. The RFP established an approximately 60 day period of performance (dependent on contract award date), with one 30-day option period.

   Past performance and case studies were required to be submitted as part of the technical proposal presentation.

   The following attachments were included in the RFP:

   a. Independent Construction Program Assessment and Advisory Services SOW 7 15 2026
   b. ICPAA RFP 7 15 2026
   c. RFP Package 33310526R0009 – ICPAA 7 16 2026

5. Proposals were due by 7/20/2026, 10:00 am, EST.

   No Amendments were issued for this solicitation.

6. One technical proposal was presented via oral presentation on Microsoft Teams on 7/20/2026 from the following firm:

   a. Delta Consulting Group

   One firm, AEGIS, declined to submit a proposal in response to the RFP.

7. The Technical Evaluation Team was established by the Contracting Officer on 7/14/2026. The technical evaluation team members were:

   Matt Floca
   Donna Arduin
   Elliot Berke

8. On 7/20/2026, on the spot consensus was achieved and individual evaluations were received by the Contract Specialist which supported the consensus.

9. Based on the oral presentation proposal, the technical evaluation team determined Delta Consulting Group to be technically acceptable as reflected in the high confidence rating by each member:

   Extracted from the evaluation report:

   - Delta evaluates each project line item and operational scenario across five connected dimensions: Cost, Schedule, Operations, Technical Readiness, and Risk.
   - They establish a common analytical baseline to normalize data points (scope, technical baseline, operational constraints) across all operational scenarios before validating data confidence levels and identifying gaps.
   - To evaluate processes across cost, schedule, risk, and change management, Delta applies a Project Management Institute standard maturity model to determine whether baseline line items are executable and supported.
   - They map the operational phasing scenarios directly onto the interface touchpoints to analyze how each scenario changes project characteristics, categorizing impacts into five response categories across their 5-dimensional framework.
   - Delta applies land and real estate development economics to the interface analysis, evaluating long-term financial viability, donor dollar friction, and short-term vs. long-term revenue loss (e.g., comparing near-term construction disruption against long-term patron/donor brand stigma).
   - The team emphasized their ability to translate dense, complex engineering analytics into concise, executive-level presentations, slide decks, heat maps, and dashboards tailored for boards, commissions, and public hearings.
   - When handling board members or stakeholders with murky or conflicting motives, Delta relies strictly on an objective, evidence-based approach, anchoring their responses in validated facts and data models rather than entering confrontational debates.
   - The leadership team highlighted extensive experience under cross-examination (including over 100 depositions, arbitrations, and jury trials), noting that this background makes their pre-briefing work and presentation dry-runs significantly more effective.
   - Delta stress-tested the importance of performing thorough pre-briefing work and iterative stakeholder check-ins to anticipate friction points and address board members' concerns before formal deliverable rollouts.

10. On 7/21/2026, Delta Consulting Group's price proposal was sent to the requisitoner for evaluation and to provide recommendation for award.

Excerpted from the full analysis email:

**Cost Reasonableness and Price Evaluation**

Following completion of the review and evaluation of Delta's cost proposal, we approve the cost evaluation findings and concur with the assessment that Delta's proposed Time-and-Materials (T&M) pricing is fair and reasonable for the required scope of services.

The proposed level of effort, totaling 952 labor hours with an estimated burdened labor cost of $261,253.16, is considered appropriate for the complexity of the independent construction program assessment, the anticipated 60-day period of performance, and the requirement for senior advisory, technical, analytical, and project controls support.

The proposed cost structure demonstrates an appropriate understanding of the T&M, Not-to-Exceed (NTE) contract requirements. Delta has identified reasonable budget management controls, including monitoring cumulative expenditures and providing notification when costs approach the authorized NTE threshold. No material concerns were identified with the proposed labor hours, cost allocation by phase, or overall pricing approach.

Accordingly, we approve the cost evaluation and find Delta's proposed pricing acceptable and suitable for consideration in the overall source selection process. Subject to completion of all required technical, contractual, and administrative reviews, the proposal is recommended for further award consideration.

## IV. Affirmation of Fair and Reasonable Price, and Signatures

Based on the above which demonstrated alignment with the market in terms of labor rates, and a technical and cost proposal that represents a low risk for contractor performance throughout the period of performance, Delta Consulting Group's proposal is determined to be fair and reasonable.

It is recommended to award Contract # 33310526C0011 to Delta Consulting Group not-to-exceed the total amount of $261,253.16.

Prepared By:
Georgia Robinson
Contract Specialist (Contractor)
JFKC, Office of Contracting

Date: 7/29/2026

Approved By:

Cecelia Royster

Cecelia Royster
Contracting Officer
JFKC, Office of Contracting

Date 7/29/2026

# Final Award Memo ICPAA

Final Audit Report 2026-07-30

| | |
|---|---|
| Created: | 2026-07-29 |
| By: | Georgia Robinson [redacted] |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAuyDvMg3_qxIPvfj5sT7K2XOxkh2dSkwu |

## "Final Award Memo ICPAA" History

Document created by Georgia Robinson [redacted]
2026-07-29 - 7:40:46 PM GMT

Document emailed to Cecelia Royster [redacted] for signature
2026-07-29 - 7:44:11 PM GMT

Email viewed by Cecelia Royster [redacted]
2026-07-30 - 2:09:16 PM GMT

Document e-signed by Cecelia Royster [redacted]
Signature Date: 2026-07-30 - 2:11:04 PM GMT - Time Source: server - Signature Appearance Selected: IMAGE

Agreement completed.
2026-07-30 - 2:11:04 PM GMT

# KC-BEATTY1178–1179

**From:** Brown, Kelvin D.
**To:** SECURITY-OPERATIONS
**Cc:** Floca, Matt; Miller, Aaron; KC Operations Staff – Theater Managers; Kee, Nick; Burgess, Joseph; Cherry, Rodney; Parking Distro; Borelli, Lucia
**Subject:** Main Building Closure Tonight – Grand Foyer Restricted Through Weekend
**Date:** Friday, September 4, 2026 5:56:00 PM

---

SOC Team,

Due to safety issues that arose today, please proceed with closing the Main Building for the remainder of tonight. This closure is necessary to ensure the safety of staff, contractors, and any other personnel who may otherwise access the facility while O&M evaluates and addresses the identified conditions.

The Main Building is expected to reopen tomorrow for its normal operating hours. However, the Grand Foyer will remain closed and restricted from all visits and non-essential access throughout the weekend until the O&M team has completed the necessary work and determined that the area is safe for occupancy.

Please ensure that Security personnel are made aware of this restriction and that no unauthorized personnel are permitted to enter the Grand Foyer during this period. O&M will provide notification once the area has been evaluated, corrective actions have been completed, and the Grand Foyer is cleared for normal access.

I, along with other O&M personnel, will be working onsite tonight to address additional building issues and will continue this work tomorrow morning as necessary. Please ensure that the SOC and responding officers are aware that O&M personnel will be actively working throughout the building during the closure.

If any alarms, water conditions, electrical issues, unusual conditions, or other safety concerns arise overnight, please contact me and the appropriate O&M personnel immediately.

Thank you for your assistance and coordination as we work to safely address these issues.

Thanks,

Kelvin D Brown Sr.
Director, Operations & Maintenance
The John F. Kennedy Center for the Performing Arts
2700 F Street NW | Washington, DC 20566
(O) [redacted] (C) [redacted]
[redacted]

The Kennedy Center

# Excerpts from KCBEATTY6956-6963

**The Trump Kennedy Center Renewal Project Charter**

Charter Version: 2.0 DRAFT

Charter Date: March 31, 2026

________________________________________

1. PROJECT OVERVIEW

**Purpose and Background**

The Center Renewal Project is a comprehensive $250 million infrastructure modernization initiative addressing deferred maintenance and upgrading critical building systems in the 55-year-old facility. This capital program ensures The Center continues serving as America's premier performing arts venue for the next generation while meeting the Board's mandate for completion by Q3 2028.

The facility will close entirely for construction, executed in two phases: Year 1 focusing on core infrastructure and building systems, and Year 2 completing performance venue improvements and final integration. The replacement of core MEP systems work will extend across years 1 & 2. The Reach facility will remain open and operational throughout construction.

**Strategic Importance**

This project fulfills The Center's Board of Trustees commitment to preserve and enhance this National Center for the Performing Arts. The aggressive 25-month construction timeline reflects The Board's priorities and requires exceptional coordination, proactive decision-making, and disciplined execution.

________________________________________

2. PROJECT OBJECTIVES

**The Center Renewal Project will deliver:**

Infrastructure Modernization: Replace aging mechanical, electrical, plumbing, and life safety systems to improve patron experience and ensure long-term performance, & reliability.

Building Envelope Restoration: Address building envelope deterioration including façade, soffit, and roofing repairs while maintaining the iconic Edward Durell Stone design.

Performance Venue Enhancement: Upgrade Opera House, Concert Hall, Family Theater, and Eisenhower Theater systems including lighting, sound, acoustics, finishes, seating, and patron amenities to world-class standards.

Schedule Achievement: Substantially complete all work by Q3 2028, prioritizing projects requiring building closure over work that can be completed after reopening.

Budget Discipline: Deliver project within approved $250M budget through validated scope, competitive procurement (where specifically authorized by The Center in lieu of sole sourcing), and rigorous cost control.

Stakeholder Confidence: Maintain transparent communication and proactive problem-solving throughout project lifecycle.

Success Criteria

- Substantial completion achieved by Q3 2028, with closeout and commissioning completed by Q4 2028, enabling Q3 2028 reopening
- Final costs within approved budget (including approved contingency utilization)
- All building systems commissioned and operational
- All regulatory approvals and occupancy permits obtained from CFA, NCPC, SHPO, DDOT, NPS/US Park Police, DC Water, DC Health Department, Pepco, Washington Gas, Federal Protective Service

- Buildings & Grounds Committee: Project oversight; quarterly reviews
- Contracting Office Representative: (Kole Campbell): Day-to-day Center PM, daily project coordination
- CEO (Matt Floca): Project Sponsor and Center Leader: operational interface; budgeted scope approvals; scope and requirements validation
- Chief Financial Officer (CFO): Budget oversight; funds availability certifications
- General Counsel: Contract review; legal compliance; risk mitigation
- Chief Procurement Executive (Cecelia Royster): Procurement oversight; contract awards per Interim Procurement Policies
- Quality Assurance/Quality Control: Inspection O&M staff & Jensen Hughes; testing; commissioning coordination TBD

**Project Management Team (JLL)**

- Principal in Charge (John Cracraft): Overall project accountability; senior escalation; Board interface
- Senior Project Manager (Greg Spivey): Day-to-day project leadership; team coordination; contractor oversight
- Project Managers (Jeff Williams Infrastructure), Kelly Ring (Interiors & Venues), Jake McGillis (MEP), Mike Mensing (CM on-site)
- Project Controls: Schedule management; cost tracking; reporting




**Design Team**

- Overall Interiors & Venue Architect of Record: [To be procured - Sprint 3]
- Civil Engineer: [To be procured - Sprint 3]
- MEP Engineer: [To be procured - Sprint 3]
- Structural Engineer: [To be procured - Sprint 3]
- Acoustic Consultant: [To be procured - Sprint 3]

**Construction Team**

- General Contractor: [To be procured - Sprint 3] - Assumes construction risk; responsible for schedule and budget performance
- Major Trade Contractors: Competitively bid per The Center's Procurement Policies

**Regulatory & External Stakeholders**

- Commission of Fine Arts: Exterior & Interior work review
- National Capital Planning Commission: Exterior work review
- District of Columbia State Historic Preservation Officer (SHPO): Coordination with CFA and NCPC
- National Park Service: Rock Creek Parkway coordination
- DC Department of Transportation (DDOT): Rock Creek Parkway coordination
- •
- EPA & Army Corps of Engineers: Coordination with the Potomac River water supply and discharge
- District of Columbia Health Department: Permit approvals
- DC Water: Wastewater service coordination; temporary services
- Pepco: Electrical service coordination
- Saudi Embassy (adjacent): Construction access coordination; good neighbor protocols

**Political Stakeholders**

- Board of Trustees
- Congressional Appropriations: Federal reporting (Senate & House)
- Office of Management and Budget

---

8. ASSUMPTIONS

This Project Charter is based on the following critical assumptions:

- Funding: Full $250M project funding is available and committed
- Building Closure: Center can close entirely from July 2026 through June 2028 without revenue-generating operations
- Procurement Authority: The Center’s Procurement Policies govern all contracting and provide necessary authority delegation
- Building Conditions: 2020-2021 building assessments are substantially accurate; additional conditions discovered will be managed through contingency
- Design Documentation: Sufficient prior studies, as-builts, and CAD files exist to accelerate planning
- Regulatory Approvals: Approvals achievable within Sprint 4 timeline (6 months)
- Decision-Making: Governance framework will enable rapid decisions necessary to maintain aggressive schedule
- Scope Stability: Upon completion of the CPDP, no major scope additions beyond those identified

---

9. CONSTRAINTS

**Non-Negotiable Constraints**

- Completion Deadline: Q3 2028 reopening is absolute; driven by Presidential mandate
- Budget Ceiling: $250M total project cost; no expectation of additional funding
- Construction Start: July 6, 2026 required to achieve completion deadline

**Execution Constraints**

- The Reach Operations: Must remain functional throughout construction; utility shutdowns require advance coordination

- Security Protocols: The Center controls all construction access protocols and security coordination
- Historic Preservation: Commission of Fine Arts and NCPC review completed before exterior changes begin
- Climate Control: Art collections and artifacts removed off-site or secured by The Center before façade, roofing, and interior work begins
- Procurement Methods: Must follow The Center's Procurement Policies (11-17-25)
- Working Hours: [TBD - restrictions on construction hours, noise, vibration]
- Laydown/Staging: Limited on-site staging area; logistics planning identified in the CPDP

---

10. KEY RISKS

- Schedule Risk: The Q3 2028 completion deadline is non-negotiable with $5,000 per day liquidated damages. The 25-month construction timeline is aggressive for renovating a 55-year-old facility. JLL mitigates through sprint-based planning that front-loads critical decisions, early contractor engagement, real-time progress monitoring, and pre-developed schedule recovery protocols.
- Governance Risk: Decision delays from committee approval structures and multiple stakeholder interests could impact the critical path. Sprint 1 will establish clear authority delegation, pre-approved decision frameworks for common scenarios, and emergency protocols allowing immediate action with post-decision ratification.
- Technical Risk: The building's 55-year age presents significant unknowns in existing conditions and concealed deterioration potentially not captured in the 2021 assessment. JLL addresses this through comprehensive Sprint 2 building investigation, advocacy for appropriate renovation contingency, and phased assessment that surfaces high-risk issues early.
- Procurement Risk: Attracting top-tier design and construction teams may prove challenging given the project's high-profile nature, intense scrutiny, aggressive schedule, and reputational consequences of failure. Mitigation includes wide national outreach emphasizing project prestige, competitive compensation reflecting complexity and risk, and early Sprint 3 engagement allowing adequate selection and mobilization time.
- Political Risk: The project operates within a complex political environment involving Presidential priorities, Congressional oversight, federal agencies, and intense media interest, creating potential for competing stakeholder directions and public scrutiny. JLL employs proactive stakeholder communication and clear governance protocols, while The Center handles all media inquiries and political interface.
- Regulatory Risk: Exterior envelope work requires Commission of Fine Arts approval and potential Section 106 consultation, while concealed envelope conditions may trigger additional preservation reviews delaying critical path activities. Early Sprint 2 structural investigation, proactive CFA engagement for conceptual approvals, and alternative technical solutions mitigate regulatory obstacles.

Risk Management Approach

- Comprehensive risk register maintained and updated monthly
- Proactive mitigation strategies developed during Sprints 1-7
- Regular risk reviews with Center leadership
- Escalation protocols for high-impact risks

---

11. PROJECT GOVERNANCE

**Decision-Making Framework**

All procurement, contracting, and financial decisions shall be conducted in accordance with The Center Interim Procurement Policies and Procedures (November 17, 2025), which establish:

- Chief Procurement Executive has authority and oversight
- Contracting Officers will issue contracts

# KC-BEATTY7744–7747

[redacted]

---

[redacted]

---

**From:** [redacted]
**Sent:** Thursday, August 20, 2026 4:03 PM
**To:** Floca, Matt <[redacted]>
**Cc:** Hood, Jennifer <[redacted]>
**Subject:** RE: [EXTERNAL]: Kennedy center 4 year scenario

Matt – please see the final combined CPDP attached. Let me know if you would like any additional changes.

Thank you

**John Cracraft**
Managing Director, Development
Project & Development Services
JLL
M: +1 [redacted]
[redacted]

---

**From:** Cracraft, John
**Sent:** Thursday, August 20, 2026 12:10 PM
**To:** 'Floca, Matt' <[redacted]>
**Cc:** Hood, Jennifer <[redacted]>
**Subject:** RE: [EXTERNAL]: Kennedy center 4 year scenario

Matt I have redone some of the funding explanation which you will see in the revision and combined CPDP:

In Summary:
Congressional Appropriation: $248,900,000

Cost of Occupied Execution:
Bare Minimum Scope: $191,450,000
Occupied Premiums: +$83,093,000
Escalation (2029-2030): +$15,691,500
Total Required: $290,234,500
Less: Scope Deferrals: -$67,450,000
Performance venues: $48,450,000
Employee offices: $19,000,000
Results in Funding Gap: $290,234,500 - $248,900,000 = $41,334,500 shortfall

Bottom Line: The occupied approach consumes $83.1M (43%) of remaining scope in execution premiums, defers $67.5M in documented needs, still requires $41.3M in unsecured supplemental funding, and takes twice as long.

**John Cracraft**
Managing Director, Development
Project & Development Services
JLL
M: +1 [redacted]
[redacted]

---

**From:** Floca, Matt <[redacted]>
**Sent:** Thursday, August 20, 2026 10:48 AM
**To:** Cracraft, John <[redacted]>
**Cc:** Hood, Jennifer <[redacted]>
**Subject:** Re: [EXTERNAL]: Kennedy center 4 year scenario

**Caution: Message from external sender**

Can you explain a bit more how the costs in the Project Overview section work?

Is it that $101M of the $250M is to be spent on premiums? So we are reducing scope.

But how do we get to the $274.9M number?

Matt Floca
Executive Director & Chief Operating Officer
The John F. Kennedy Center for the Performing Arts
2700 F Street NW | Washington, DC 20566
[redacted] | Kennedy-Center.org

---

**From:** [redacted]

**Sent:** Thursday, August 20, 2026 10:35 AM
**To:** Floca, Matt <[redacted]>
**Cc:** Hood, Jennifer <[redacted]>
**Subject:** [EXTERNAL]: Kennedy center 4 year scenario

Matt,

Here is the draft 4 year occupied remodel CPDP you requested. Please review and let me know if you or Secretary Lutnick would like any changes.

Thank you,

**John Cracraft**
Managing Director, Development
Project & Development Services
JLL
M: +1 [redacted]
[redacted]

JLL SEE A BRIGHTER WAY

One of the 2025 World's Most Ethical Companies®

Jones Lang LaSalle

For more information about how JLL processes your personal data, please click here
This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in the future then please respond to the sender to this effect.

CAUTION: This email originated from outside of The Kennedy Center. DO NOT click any links or open attachments unless you recognize the sender and know the content is safe.

---

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

---

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this

information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

# Text Messages Among M. Floca, D. Buchalter and K. Aziza (KC-BEATTY7835–7836)

iMessage
Encrypted

Tue, Aug 4 at 3:55 PM

Can you guys help with scheduling a meeting via Zoom?

I'm lining up the programming experts now

Khaled Aziza

KA Sure, what time is best?

11 am with us and Jeffrey Finn

[redacted]

Khaled Aziza

KA Got it

2 pm with Kevin Couch

[redacted]

Well talk with Rick Canny at 1 PM

Wed, Aug 5 at 11:34 AM

We are going to go ahead and notice the follow up committee meeting for this coming Friday at 9 AM

I'm waiting to hear back from Sec Lutnick's office about when we may be able to meet with him but that should be Friday also

Mon, Aug 10 at 1:59 PM

Please shoot me a text when you've completed the updates

Mon, Aug 10 at 4:22 PM

Khaled Aziza

KA Matt - I have just sent the updated slide deck.

I want to tweak a few things



Not there yet unfortunately

Can we talk in 15?

Can be just us three

Darin Buchalter

DB

Can I have 5:15?

That works

Darin Buchalter

DB

I'll call you directly

Is there a way to make the tweaks live?

Darin Buchalter

DB

I'll set up a call and have my staffer on

# Text Messages between M. Floca and D. Buchalter (KC-BEATTY7837-7855)

iMessage
Encrypted

Wed, Jul 15 at 1:25 PM

Please send me you email

Dbuchalter@delta-cgi.com

Fri, Jul 17 at 6:48 PM

Did you want to talk?

Just wanted to confirm your team is on for Monday

You bet!

Tue, Jul 21 at 7:16 PM

You have our material. Let me know if you need anything.

Mon, Jul 27 at 3:11 PM

Dinner on Wednesday or Thursday night?

Fri, Jul 31 at 10:13 AM

Please remember to send me your handwritten notes from yesterday





| | | |
|---|---|---|
| Venue & Phasing Strategy | Concurrent, parallel work ... venues and infrastructure operating loss = X | Sequential phasing of venues, ... performances and off-hours ... operating loss 2X |
| MEP & Systems Integration | Complete shutdown allows unified installation, testing, and full-load commissioning Included | Zone-by-zone replacement requiring complex temporary utility bypasses and incremental testing additional cost X20-10 |
| Risk Management & Float | High schedule float to absorb unforeseen conditions in the 55-year-old structure | Minimal schedule float; unexpected mid-phase discoveries cause cascading delays additional operation X10.0 |

257 +60 +25 x15 GMA

42

I'll scan this on Monday when I'm back in the office

The notes are from HL

I created the base document from files and information that you should already have like the JLL letter

Sun, Aug 2 at 4:38 PM

Please remember to send me connection information for 10:30 am tomorrow.

Sun, Aug 2 at 6:22 PM

Just forwarded

Mon, Aug 3 at 9:39 AM

Good morning! Please give me a shout when you can

Mon, Aug 3 at 11:32 AM

Can you jump on teams for 10

Yes

See the invite I just sent

Via Outlook

I don't have it?




Didn't get this?

Mon, Aug 3 at 6:46 PM

I want Khalid to spend the day (tomorrow) with the right project manager from JLL to go through Appendix B to the JLL Project Development Plan.

Copy that

I can connect us in 30 mins with JLL

Send me the contact information and I will Khalid reach out directly

Email

Kolan: [redacted]

And

Jennifer: [redacted]

And

John: [redacted]

Separately just forwarded a letter to you for situational awareness

Tue, Aug 4 at 9:26 AM

When you get a chance I would like to discuss a separate but related activity I think I would like to engage on

Tue, Aug 4 at 4:32 PM

On with Vice Chair of Board

Will call back in a bit

Thu, Aug 6 at 12:33 PM

Can you speak with me soon?

In 10?

Free when you are

Call when you can. Want to talk before locking in a noon with Sec Lutnick

Noon tomorrow

Seems like in person

Thu, Aug 6 at 5:01 PM

1230 with HL at department of commerce

Call when you can with thoughts

Not deal but I need to do the committee meeting from the train and will arrive Union Station at noon. I should go straight to Commerce and meet you.

No planes without missing the committee meeting.

Copy that

Is what it is and HL is probably priority

Exactly my reasoning

How do you feel about the committee?

Anything I should do to help facilitate

No.  I'm not concerned.

PDF

**Operating Losses.pdf**

Some of my notes for discussion between meetings tomorrow

Fri, Aug 7 at 7:56 AM

I am concerned that I will be underground at Penn Station at 9 am without signal. I can't be sure so I guess we play it out?

When's the train depart?

Or do we delay the start 15 min?  I'm looking at the time table and I'm in Newark at 9:15

Maybe push to 930?

I think we only need 30 minutes

Right?

Yes to all.

Do you have anything to pull up during the conversation? If so I can do that from my computer if it helps with stability

We're gonna start at 9:15 have the general council's office do a litigation update then our CFO do a short finance update and then we'll jump into building and grounds which is where we can discuss

Perfect. I'll come on and wait my turn

Khalid will send you a document to project

Got it

How's your connection

I want to talk to you about the Reach debt

Later today

Sorry about the connection. I guess we knew that would happen. See you soon.

Copy that

And no worries!

Meeting in person will be worth it

Agreed. The work spoke for itself.

How goes the commute

15 minutes. I'll go straight to Commerce.

Copy

Leaving the center now








38°53'36.3"N 77°02'01.0"W
maps.google.com

Blue awning

15th street side

Fri, Aug 7 at 3:37 PM

What is the origin of the timeline estimate?

Edited

Both scenarios?

Do you mean, where did the two-year timeline come from

Yes and the 4 year?

Can you encourage Donna to restate her operating results estimate and send to me?

Sun, Aug 9 at 8:31 AM

Is the BOD meeting held at the Center?

Sun, Aug 9 at 9:46 AM

No virtual

Where do you want me? With you?

Yes I think it would be good for you to be onsite

Agreed, at The Center, and you have an appropriate room / camera, etc.?

Yes definitely

Give me a shout when you can

Give me 30 min, I'm on a different call

Sun, Aug 9 at 6:35 PM

How's progress?

Sun, Aug 9 at 9:03 PM

Want to make sure we can get some to HL tonight or give him an update the other way

We're close to sending. You will definitely have something for HL

All good

Just checking

Sun, Aug 9 at 11:03 PM

Status update?

Mon, Aug 10 at 12:26 PM

Give me a 15 min delay. It will be a better result

I shared the initial with HL

His response

"Clear presentation"

Not sure if that is a statement or directive

Mon, Aug 10 at 2:46 PM

We should be sending you deck shortly. Finishing last table. All other changes made.

Copy. Will keep an eye out. I was on the line with the chair of the Building and Grounds committee who had an idea.

She wants a slide added after your introduction but before the two scenarios. This new slide would be a summary of both cases. Essentially a bottom line up top. She thinks this will be important for the "old people" who are on the call virtually and can only take away or see high level information.

I'll flag this for HL and if deemed ok we can incorporate before the meeting

Sure. As I work on my presentation notes. I pull out the headlines. We'll layout a sheet and then decide, as you say.

Edited

Mon, Aug 10 at 4:11 PM

Close to the update?

Want to get it through HL, internal and out to the board today

You should have it now.

Mon, Aug 10 at 6:28 PM

I just sent you new version. I like this one. Look at Partially Close page closely for various key words

I think we're good to go!

Oddly, something happened on this last turn where it "looks" better, as well

Edited

All set? Please confirm

Fielding comment from Elliot

Copy

Started a text about needing legal but didn't hit send

Will call him shortly

Ok seeing his addition

Elliot and I are talking

Likely we will send out the CPDP also to the BoT

Got it

Wed, Aug 12 at 8:09 AM

What is the start and expected end time of the meeting tomorrow?

Wed, Aug 12 at 9:24 AM

1030 start

Likely lasts 2 hours

Thank you

Want to plan to meet onsite around noon, grab lunch, then run through docs and plans? Elliot suggested a 2 pm for us three? Still waiting on time from HI

Wed, Aug 12 at 10:55 AM

Lunch at Kingfisher at Watergate at noon?

Can we hit Tazza?

Just next door to the building

Yes. 12:00?

Sounds good

Wed, Aug 12 at 4:24 PM

Great to see you for lunch today.

Likewise!

Fingers crossed but I think we are in a good spot

The naming aspect of what we are about to traverse...

That's going to be bumpy

Understood

The story on the renovation is crisp

LFG

Wed, Aug 12 at 6:21 PM



- The state of disrepair is significant and escalating," says a two-slide construction assessment prepared by Virginia-based Delta Consulting Group.

**The big picture:** The consulting group prepared two renovation options for the Kennedy Center board, chaired by Trump, to consider at its highly anticipated meeting on Thursday.

- The first option: A four-year renovation that would partially close the building in phases, allowing the National Symphony Orchestra to perform on site.
- That option would balloon the total cost to $560 million, more than double the $257 million Congress already approved.

**The second option:** Close the main building for two years, sending the NSO "offsite

Thu, Aug 13 at 8:51 AM

Head to the REACH when you get here

Got it

I'm here

Door locked / security

Thu, Aug 13 at 5:29 PM

Call Lutnick when you can

[redacted].

Do you have a direct dial number?

Got it thanks. I just landed ATL.

[redacted].

Use ([redacted]) to call him?

Yes

Thu, Aug 13 at 8:33 PM

I spoke with Sec. Lutnick. We're going to press for a Delta report in a week.

Copy that

Feel that's doable?

And are you trying for a deliverable to meet the court deadline? I think that's Tuesday end of day

Edited

No, but I have an idea for that date if we tactically want to do that. That would be a declaration. The full report would be later in the week.

Can we speak at 3 pm on Friday?

Fri, Aug 14 at 6:58 PM

Need to discuss adjusting your fee to the new deliverables

I'm sensitive to that

When you can, Monday is fine

Thank you. Let's talk Monday. And, of course, if you want to talk about anything over the weekend ping me. I'm flying back from ATL now and will be in NYC.

Mon, Aug 17 at 6:57 PM

I didn't call you today. We're making substantial progress on drafting. Let me get to Thursday and we'll talk about where we are, and where we are going.

Is Donna responding to requests of Sen. Whitehouse or do you need our help there (after Wednesday)?

Thu, Aug 20 at 8:05 AM

Can you confirm receipt of my Expert Report? I sent you a link as I am sure that it is too large to email.

Received!

1400 pages

While I'm on vacation!

Thu, Aug 27 at 5:27 PM

Talk tomorrow?

Yes definitely

Debriefing now on the hearing today

Fri, Aug 28 at 3:15 PM

Can you talk at 430?

5:30, over weekend, or Monday?

Sat, Aug 29 at 8:10 AM

Do you want to talk this weekend?

Mon, Aug 31 at 9:27 AM

Do you have time to talk today?

Yes definitely

Call whenever you can. Pretty free this am

10 mins, pulled into HR

Wed, Sep 2 at 6:58 PM

If at all possible, please try for my meeting with the Trustees to be the week of 14 September. I'll give you top priority that week. You name it. The week prior and following I have international travel. I will be available, but virtual.

Thu, Sep 3 at 9:38 PM

Can you do Monday the 14th?



Fri, Sep 4 at 10:06 AM

More context, that is the only day the week of the 14th that the Vice Chair is not traveling

Also sooner is better in general

All good. Thank you.

Wed, Sep 9 at 1:27 PM

We are locked in for a Board of Trustees meeting on Tuesday next week at 12:30 PM

Do you still want to have a prep meeting on Monday afternoon?

Yes I think so

Cool. I may come down Monday morning (not Sunday).

Great

Trying to confirm the exact agenda for Tuesday's meeting but I know the main intention is to and a Q&A on your report

I created something also which I would love for you to review

PDF

**KC BoT Letter.pdf**

Wed, Sep 9 at 5:49 PM

Please give me overnight as I am in London

Copy that no worries.

Fri, Sep 11 at 4:56 PM

I don't want you to dilute your point. There is significant and accelerating deterioration, you feel an obligation to address the problem, and you believe the partisan squabbles are distracting the Trustees from their duty.

Talk this weekend?

I'm on the plane coming home. I read your work. Two reactions: (i) I don't think you need to take such a strong hit on the bottom of p. 2 and top of p. 3. You can instead say that the process of the last several months has produced a body of evidence that provides every Trustee with the information they need to make responsible decisions. You own the solution. Later, we will investigate how we got here. Your text is noble, but not true.

(ii) I think you get one shot at Beatty on p. 3 which I would not personalize (the photo shoot). Also, it feels too strong when you say "profoundly hypocritical"

Edited

Definitely can talk this weekend. You tell me.

Fri, Sep 11 at 7:43 PM

You tell me the best day and time for you

Copy

Check this out and let me know your thoughts

**Sharing Link Validation**
jfkcpa-my.sharepoint.com

Pass is Potomac123

Sat, Sep 12 at 4:26 PM

BRILLIANT!

1. Kennedy Center September 15 2026 Agenda.pdf

2. Kennedy Center Trustee Memo.pdf

PDF 3. Kennedy Center Trustee Memo - Attachment 1.pdf

PDF 4. Kennedy Center Trustee Memo - Attachment 2.pdf

PDF 5. Kennedy Center Trustee Memo - Attachment 3.pdf

PDF 6. Kennedy Center Trustee Memo - Attachment 4.pdf

These files are going to the Trustees shortly

Let's talk on Monday ... need to put all of this fun aside for a little bit

Happy to talk Sunday if you prefer. Certainly Monday.

Sun, Sep 13 at 8:36 PM

I'll be arriving DC Monday around 6 pm by train

Mon, Sep 14 at 1:16 PM

Do you need to speak today or meet for coffee tomorrow morning?

Let's meet in the am. Just come here and we'll spend the morning together

Cool. Do you get in a 9?

I'm at Watergate



9 am

👍

Tue, Sep 15 at 8:22 AM

ETA 930

Tue, Sep 15 at 9:25 AM

I'm at Tazza

Thank you can find your way to that same office space we met in last time

Think

Yes

I may not be able to get through the door, but I'll text you.
Walking now.

Rick Canny is not in the building is he?

Negative

West coast

I'm at the entrance to the REACH

Otw

Tue, Sep 15 at 5:53 PM

How are you doing?

I'm drafting the addendum now

Still on train to NYC



Wed, Sep 16 at 1:01 PM

Hey!

With HR

Wed, Sep 23 at 1:38 PM

Update, if any?  Talk on Friday?

# Text Messages between M. Floca and D. Arduin (KC-BEATTY7911-7922)

Only asking because I have an out of the box idea

Fri, May 29 at 2:07 PM

Falconnetti texted me and would like to be pre briefed prior to the committee meeting Monday FYI. Also, the only staff I plan to have on the zoom meeting are you, Elliot, and me.

Copy. A quick 30 minutes earlier in the day?

Sat, May 30 at 1:36 PM

Do you have or could you throw together a very high level financial picture of FY23, 24, 25 and 26?

Yes, we have it

Can you send to me asap

I'll share more when I can but I just had an hour long heart to heart with our new boss

New boss?

Will share when I can

Just really need some high level financials

Will send you what we currently have in our files shortly

Tyvm!

I emailed you two decks. If you need me to pull the relevant pages out and put them in one presentation, give me some time.

Copy will check it out

I sent you the relevant slides in one deck

Ty



When was this prepared

When was this prepared

The Kennedy Center

Structural Deficit Update ($ Millions)

| | FY17 Actual | FY18 Actual | FY19 Actual | FY22 Actual | FY23 Actual | FY24 Actual | FY25 Current Projection | FY26 Progress |
|---|---|---|---|---|---|---|---|---|
| Earned Revenues | $109.9 | $168.1 | $123.1 | $127.3 | $152.0 | $125.3 | $129.0 | $150.0 |
| Contributed Revenues | $72.2 | $75.8 | $74.8 | $73.8 | $77.8 | $83.5 | $91.0 | $94.1 |
| Endowment Releases | $5.4 | $4.6 | $4.7 | $5.8 | $5.3 | $6.8 | $7.0 | $7.6 |
| Total Revenues | $187.5 | $248.5 | $202.6 | $206.8 | $235.1 | $215.7 | $227.0 | $251.8 |
| Expenses | | | | | | | | |
| Programs | $151.1 | $197.0 | $160.3 | $160.6 | $182.0 | $166.0 | $170.9 | |
| Non-Programs | $41.2 | $46.5 | $48.6 | $47.4 | $59.5 | $59.0 | $63.2 | $266.6 |
| Total Operating Expenses | $192.3 | $243.5 | $208.9 | $208.0 | $241.4 | $225.0 | $234.1 | $266.6 |
| Net Surplus/(Deficit) excl Sustainability Funds | ($4.8) | $5.0 | ($6.4) | [illegible] | ($6.3) | ($9.3) | [illegible] | ($14.8) |
| Effective Operating Deficit | ($4.8) | $5.0 | ($6.4) | ($1.2) | ($6.3) | ($12.4) | ($10.6) | ($14.8) |

Effective operating deficit accounts for one-time adjustments in FY24 and high-risk areas in FY25.

January 2025

Before me

Copy

Mon, Jun 1 at 11:30 AM

Are you joining John Falconetti and me?

Yes

30 seconds

Tue, Jun 2 at 4:35 PM

I left out the important item...the TKC Foundation money is ours.

The KC can only gift those funds to a performing arts nonprofit

Tue, Jun 2 at 5:47 PM

low, we can't give it back. I have spoken to our auditors, but not our lawyers.

Did someone say give it back?

I know that's coming but I also think a TKC Foundation resurgence may also happen

Elliot says [redacted]

KC-BEATTY7912

[redacted]

Well let the board and time sort that one out

We need to read the law

1 Reply

Our new overload has something positive on the foundation front I think

We need to read the law

And the law :)

A nonprofit can only gift funds to a nonprofit with the same mission.

low, we can't give the money back

Wed, Jun 3 at 4:48 PM

Getting to you on the NSO board agenda in 5 minutes or so

Wed, Jun 3 at 8:54 PM

Your old lady CFO is going to bed but can talk if you need.

All is good! I'm feeling optimistic about the path forward

Thu, Jun 4 at 10:23 AM

**Kasama Apfalbaum**

KA

We just tried to call you. You can reach Kasama on Teams or on her cell.

Alex and I are here.

Mon, Jun 8 at 1:14 PM

Can we connect today or tomorrow on the contracting process front? I'd like to make sure we are aligned on that and put something in place

Would you like Sarah and Bob as well?

I want to somewhat pencil out the whole process flowchart style from start to finish ... should we do that with the whole group? Or I could send something out like I did on the reqs and POs first then we all meet.

Thinking more about it now that might be best. Thoughts?

Whatever you would like. We have our US bankers in from NY at 10 am but can meet before then if you'd like.

Mon, Jun 8 at 2:39 PM

Are you wanting to discuss pre contract signing or the system flow you sent us for post contract signing.

Fri, Jun 12 at 5:55 PM

I told Jennifer we are meeting with you in budget/NSO Monday. She wants to know the outcome.

Tue, Jun 16 at 11:59 AM

Add comedy

Not statutory requirement

Makes money!

Mon, Jun 22 at 12:42 PM

My badge doesn't work on your door anymore 😳

Mon, Jun 22 at 7:05 PM

Did you get Joe's email with our new slides?

Tue, Jun 23 at 6:12 AM



Will focus on this today.

Can you join a meeting at 4 pm with Lutnick? At the Dept of Commerce

Yes

Tue, Jun 23 at 7:33 PM

Hoping you have better things than the meeting tonight, but I did talk to Jennifer. We have old broad perspective. You are smart and what this place needs. We can help.

Tue, Jun 23 at 9:35 PM



Wed, Jul 1 at 8:34 AM

Is there an audit and finance committee meeting scheduled for this afternoon

No

Wed, Jul 1 at 1:11 PM

Are you here?

Yes

Mon, Jul 6 at 5:14 PM

I should have reminded you today that under the current Foundation bylaws, I am the Treasurer of the Foundation. In case anyone gets upset.

Tue, Jul 7 at 9:36 PM

I spent hours this evening with John and Jennifer. If you want to download before the 1:30 committee meeting lmk



Wed, Jul 8 at 9:53 AM

Yes definitely

Let's find some time to talk between meetings this am

Fri, Jul 10 at 1:31 PM

Wrapping up a meeting downstairs

Be up in a second

Can we meet in your office?

Yes. Be right down.

Who processes the invoices for Marlon and Emily?

Daniella puts Emily's into the system and I approve it. HR put Marlon on autopay.

Fri, Jul 10 at 5:38 PM

When you review FTE's for FY27, please know the NSO budget includes outsourced marketing.

Tue, Jul 14 at 8:14 AM

Can we fly our flags at half staff for Lindsey Graham?

Tue, Jul 14 at 9:27 AM

Beat me to it!

Tue, Jul 14 at 12:13 PM

Are you here?

Yes

Should I come up to your office?

Want to grab you, Elliot and Tasha to talk about development

Can you come up now?

On my way!

Thu, Aug 6 at 2:43 PM

Do you need me?

Yes. Will come by in 15 mins ok?

I'm walking back from Georgetown

Naaa

We can do virtual

Don't come back for me

Teams is ok.

I'll always come back for you 😊 but thx

15 mins

Teams ok or fell?

Cell

Either

Fri, Aug 7 at 11:30 AM

Are you going to be in your office shortly?

In 10 mins will be back over there

Sun, Aug 9 at 9:08 AM

I don't understand what Darin is doing. Alex could have created that spreadsheet in five minutes.

Sun, Aug 9 at 10:18 AM

Going to talk with him in a few. Agreed. Thinking also it's good he get there on his own with the information provided

as long as we get the ultimate draft delivered today

Fully agree. We can't put our thumbs on the scale.

Sun, Aug 9 at 12:32 PM

I hope Darin is working hard on the construction aspect. An entire weekend on numbers we could have done concerns me :)

Mon, Aug 10 at 8:58 PM

Jennifer says she is calling you in 30 min

Thu, Sep 3 at 9:57 AM

Running a few minutes late

Should I meet you in your office?

That's great

Multitasking

Thu, Sep 3 at 8:16 PM

Thank you so much for meeting with Divya today. It made a hide difference getting the audit and released

Fri, Sep 4 at 9:56 AM

*great difference.  We need someone to review the problems raised by Whitehouse to Grenell and then BDO will release the audit.

Copy that

I'm going to reach out to Elliot about this later today

Ty!

I also have a 1030 with ParkerPoe to see if Tom can help us on that front but I don't want to overstep Elliot too much

Divya raised the issue of inside v outside counsel with Elliot and he mentioned he has represented Ric, so he may with

for outside counsel.

*Wish for

Sat, Sep 5 at 8:43 AM

When you have la flew minutes, please call me.

Sat, Sep 5 at 5:31 PM

If we need to transfer Foundation funds Tuesday, we need to inform Trust and NSO admin staff that they are immediately furloughed. I suggest a Tuesday meeting of senior staff to ask them how to get through this and what they are willing to volunteer to get through it. We can only transfer immediately to the TKC Foundation what's left after we cover our current bills and the next payrolls, which are arrears. I have asked Bob to start telling us what current contractors can and cannot do, including the nest payroll.

Let's meet Tuesday to confirm the details. Please prepare what backup you can

Meeting with Alex and Bob to get details. Suggest asking Laura if we can immediately furlough all Trust and NSO admin staff.

Do you want to put a Tuesday meeting on senior staff's calendars to tell them about immediate furloughs and ask what needs to be done and if they will volunteer to do so.

No we can't get that far over our ⛷️

I assume you saw the email from Elliot.

Negative

[redacted].

[redacted]

Sat, Sep 5 at 7:18 PM

On the phone with Bob and Alex

Off with Bob and Alex. All thinking through what we need to do if [redacted]

Sun, Sep 6 at 3:40 PM

Let's meet at 930 Tuesday morning in my office

Great

10 am

Wed, Sep 9 at 12:08 PM

FWIW, the KC pays Abby Mathis to perform donor relations for the foundation account.

Thu, Sep 10 at 6:43 PM

JF texted that she did talk to HL today. Have you talked with her?

Thu, Sep 10 at 8:48 PM

I know she spoke to you.

She told him we need to get shut and need a unanimous vote. Matt is preparing a video and engineers etc.

She said we are broke and borrowed money to pay the bills. It is wasteful how we are burning money. Opponents are going to say Grenell raised a ton of money and then we burned it to the ground.

We have spent $6 m of the Foundation money. She said we had to pay the NSO with that money and we promised them we would pay them. She asked HL to let us have $10 m.

Can we avoid the naming?

HL said no, but we are going to have a full and transparent discussion. JF suggested HL become a trustee..he said no. She wants to know which trustee is going to bring this up.

She said we are so far behind we will never reopen in two years.



Not one word against me and you should not have spent the

money.

She's prepared to resign.

Sat, Sep 12 at 4:56 PM

Board agenda..financial update?

Mon, Sep 14 at 12:58 PM

Was the Board prep meeting cancelled or was just I cancelled?

Everyone

When is the next endowment draw

Alex will get that for you. Can I assume you are thinking about cash ?

Correct just when the next round might be

Mon, Sep 14 at 2:45 PM

Alex emailed you—$1 m

Tue, Sep 15 at 9:34 AM

Can you meet in the level a offices (on the way to the REACH) at 1030 am

Yes

Ty. Want to run through the little bit of financial information that may come up today. I'm going to work everything

Tue, Sep 15 at 10:42 AM

Am I in the wrong place?

Sorry hang tight

Otw

Read 9/15/26

All good

# Delta Presentation transmitted August 10, 2026, at 4:22pm (KC-BEATTY7958-7963)

**From:** Khaled Aziza
**To:** Floca, Matt
**Cc:** dbuchalter
**Subject:** [EXTERNAL]: Updated KC Deck
**Date:** Monday, August 10, 2026 4:22:45 PM
**Attachments:** deltalogo_email192x184_92ec157f-80c3-4da9-89df-ab01cd83bdf3_4192fb7c-9c10-4539-9a0d-d6959ff570bc.png
delta_linkedin_icon_6aff6e4c-0baf-4d5a-b893-d0dd0ea47337.png
delta_facebook_icon_86990161-e2c3-4082-9dde-319e0955036e.png
delta_x_icon_60e82a31-e72e-477c-a722-2f373db41305.png
delta_instagram_icon_47036a74-a9c7-41bb-af85-3a29b975eddc.png
delta-cgi-url_79x14_4549b815-63f4-4570-a2ec-c9f0f4b776c4.png
Kennedy Center Construction Program Assessment.pdf

---

Matt - Attached is the updated slides, as discussed.

Best,
Khaled

**Khaled Aziza**
**Senior Director**
CCP, PSP, PMP, EVP, CPM
**D:** +1 (571) 477 1858 | **M**: +1 ([redacted]
**E:** kaziza@delta-cgi.com
Based in the Washington, DC metro area | Serving clients globally

*This email contains information from Delta Consulting Group which may be privileged or confidential. The information contained herein, or attached, is for the exclusive use of the addressee above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this information is prohibited. If you have received this electronic mail transmission in error, please notify us and delete the message without reading, copying, saving or disclosing it.*

CAUTION: This email originated from outside of The Kennedy Center. DO NOT click any links or open attachments unless you recognize the sender and know the content is safe.

DELTA
CONSULTING GROUP



# Construction
## Program Assessment

INDEPENDENT CONSTRUCTION PROGRAM ASSESSMENT AND ADVISORY SERVICES
August 10, 2026
Contract No. 33310526C0011

*Prepared for*

The Kennedy Center

*Privileged & Confidential*

# Darin L. **Buchalter**

## Chief Executive Officer

**Darin L. Buchalter** is a senior operating executive with 36 years of experience driving turnaround, transformation and strategic growth across the professional services, real estate and construction industries.

- Proven track record delivering year-over-year revenue growth, EBITDA improvement and increased enterprise and shareholder value
- Extensive executive leadership experience across businesses ranging from startup operations to companies exceeding $550 million in revenue
- Deep expertise leading global transformations that enhance operational performance, market position and company valuation
- Experienced in leading human capital-intensive, asset-light businesses with a focus on strategic growth and financial performance
- Independent board member of several private equity-backed companies and former Chair of the Friends of the San Francisco Public Library

## Education

- **Harvard Business School Executive Education**
  Leading Professional Service Firms, January 2020
- **University of California, Santa Cruz**
  BA (Honors, Phi Beta Kappa), 1990

## Certifications & Licenses

- Fellow of the Royal Institution of Chartered Surveyors (FRICS)
- Counselor of Real Estate (CRE)

DELTA
CONSULTING GROUP

**T:** (646) 814-9421
**E:** dbuchalter@delta-cgi



# Operate

## AND PARTIALLY RENOVATE

| Scope | Funding | Need | Shortfall |
|---|---|---|---|
| Utilities | 225 | 225 | -- |
| Structure | 32 | 156 | (124) |
| Venues | -- | 179 | (179) |
| Total | [redacted] | 560 | (303) |

*(all figures in millions USD; except percentages)*

| SOURCES | OPERATING FUND |
|---|---|
| Programming | |
| Kennedy Center | 32.7 |
| Education & Visual Arts Disability | 1.1 |
| National Symphony Orchestra | 6.6 |
| External programming and events | 3.2 |
| Auxiliary services | 5.0 |
| Ticket handling fees and other revenues | 5.1 |
| Contributions | 62.0 |
| **Total** | **115.7** |

| USES | OPERATING FUND |
|---|---|
| Programming | |
| Kennedy Center | 72.5 |
| Education & Visual Arts Disability | 15.3 |
| National Symphony Orchestra | 41.9 |
| External programming and events | 2.2 |
| Auxiliary services | 3.6 |
| General & Administrative, Marketing & Sales | 39.1 |
| Development, Institutional Affairs | 16.2 |
| Production, Operation and Maintenance | 2.6 |
| **Total** | **193.5** |
| **Difference** | **(77.8)** |

## Partial Access. Higher Cost. Prolonged Impact.

- 4-year revolving closures throughout main building.
- One-third of the main structure will be inaccessible to the public at any given time; accordingly, programming, ticket sales and patron experience will be constrained.
- Invested capital will deliver 46% of the program, with an annual operating deficit of ~$78M for the term of the renovation.

## CAPITAL INVESTMENT

- The logistics and duration of simultaneously operating and renovating reduces the amount of capital spent on the building.
- The $257M appropriation does not deliver the full program.
- Instead, the renovation of the structure is under-funded and venue improvement is unfunded.

## OPERATING DEFICIT

- Phased construction will impact the usable programming space by one-third each year.
- Revenue will reduce given the disruption caused by significant construction.
- At the same time, operating costs will be constant given the extent of necessary operations.
- Endowment releases and new contributions will become critical while disruption at the Center is high.

## Considerations

- The state of disrepair is significant and escalating; the remedy is invasive.
- Patron safety will be an ever-present challenge.
- Time introduces increased uncertainty and complexity.
- Fundraising efforts will go to operating costs and infrastructure remediation, rather than building a durable, profitable national arts program through a sustainable endowment.

# Partially Close

## AND RENOVATE

## Essential Renovations. Protect the Institution.

- 2-year concentrated renovation duration; close the main building; erect fencing and commence large scale renovations.
- Mission-based programming continues in the REACH. NSO is off-site.

| Scope | Vertically Integrated | Commercial Bid | Premium |
|---|---|---|---|
| Utilities | 115 | 160 | +45 |
| Structure | 80 | 110 | +30 |
| Venues | 90 | 130 | +40 |
| Total | 285 | 400 | +115 / +40% |

## CAPITAL INVESTMENT

- The $257M appropriation advances 90% of the program.
- Value engineering or targeted fundraising of $30M would close the gap and enable 100% completion.
- Commercial execution costs 40% more for the same scope.

## OPERATING DEFICIT

- Curtails annual operating deficit of ~$78M.
- Partially closing enables staff reduction and a reset of expenses.
- Pro forma operating deficit (before debt service) is minimal during a shorter renovation period.
- Partially closing preserves current funds, limits long-term reputational harm and delivers a faster return to full programming.

*(all figures in millions USD; except percentages)*

| SOURCES | OPERATING FUND |
|---|---|
| Programming | |
| Kennedy Center | 38.3 |
| Education & Visual Arts Disability | 8.3 |
| National Symphony Orchestra | 28.3 |
| External programming and events | - |
| Auxiliary services | - |
| Ticket handling fees and other revenues | 1.2 |
| **Total** | **76.1** |

| USES | OPERATING FUND |
|---|---|
| Programming | |
| Kennedy Center | 8.1 |
| Education & Visual Arts Disability | 7.7 |
| National Symphony Orchestra | 44.0 |
| External programming and events | - |
| Auxiliary services | - |
| General & Administrative | 4.6 |
| Fundraising | 2.7 |
| IT & System Infrastructure | 5.6 |
| **Total** | **72.7** |
| **Difference** | **3.4** |

## Considerations

- Focused execution over shortest possible duration further reduces cost uncertainty.
- Vertically integrated delivery model avoids standard commercial premiums.
- Fundraising efforts build endowment funds and durability of the national arts program.

DELTA
CONSULTING GROUP




delta-cgi.com

# Delta Presentation transmitted August 10, 2026, at 7:21pm (KC-BEATTY7946-7951)

**From:** Darin L. Buchalter
**To:** Floca, Matt
**Subject:** [EXTERNAL]: Kennedy Center | Final BOD presentation
**Date:** Monday, August 10, 2026 7:21:23 PM
**Attachments:** deltalogo_email192x184_92ec157f-80c3-4da9-89df-ab01cd83bdf3_4192fb7c-9c10-4539-9a0d-d6959ff570bc.png
delta_linkedin_icon_6aff6e4c-0baf-4d5a-b893-d0dd0ea47337.png
delta_facebook_icon_86990161-e2c3-4082-9dde-319e0955036e.png
delta_x_icon_60e82a31-e72e-477c-a722-2f373db41305.png
delta_instagram_icon_47036a74-a9c7-41bb-af85-3a29b975eddc.png
delta-cgi-url_79x14_4549b815-63f4-4570-a2ec-c9f0f4b776c4.png
Kennedy Center Construction Program Assessment_vF.pdf

---

**Darin L. Buchalter**
**Chief Executive Officer**
CRE, FRICS

**D:** +1 (646) 814 9421 | **M**: +1 [redacted]
**E:** dbuchalter@delta-cgi.com
Based in the New York metro area | Serving clients globally

*This email contains information from Delta Consulting Group which may be privileged or confidential. The information contained herein, or attached, is for the exclusive use of the addressee above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this information is prohibited. If you have received this electronic mail transmission in error, please notify us and delete the message without reading, copying, saving or disclosing it.*

CAUTION: This email originated from outside of The Kennedy Center. DO NOT click any links or open attachments unless you recognize the sender and know the content is safe.

DELTA
CONSULTING GROUP

# Construction
## Program Assessment

INDEPENDENT CONSTRUCTION PROGRAM ASSESSMENT AND ADVISORY SERVICES

August 13, 2026

Contract No. 33310526C0011

*Prepared for*

The Kennedy Center

*Privileged & Confidential*

# Darin L. **Buchalter**

## Chief Executive Officer

**Darin L. Buchalter** is a senior operating executive with 36 years of experience driving turnaround, transformation and strategic growth across the professional services, real estate and construction industries.

- Proven track record delivering year-over-year revenue growth, EBITDA improvement and increased enterprise and shareholder value
- Extensive executive leadership experience across businesses ranging from startup operations to companies exceeding $550 million in revenue
- Deep expertise leading global transformations that enhance operational performance, market position and company valuation
- Experienced in leading human capital-intensive, asset-light businesses with a focus on strategic growth and financial performance
- Independent board member of several private equity-backed companies and former Chair of the Friends of the San Francisco Public Library

## Education

- **Harvard Business School Executive Education**
  Leading Professional Service Firms, January 2020
- **University of California, Santa Cruz**
  BA (Honors, Phi Beta Kappa), 1990

## Certifications & Licenses

- Fellow of the Royal Institution of Chartered Surveyors (FRICS)
- Counselor of Real Estate (CRE)

DELTA
CONSULTING GROUP

**T:** (646) 814-9421
**E:** dbuchalter@delta-cgi



# Operate

## AND PARTIALLY RENOVATE

*(all figures in millions USD; except percentages)*

| Scope | Funding | Need | Shortfall |
|---|---|---|---|
| **Utilities** | 225 | 225 | -- |
| **Structure** | 32 | 156 | (124) |
| **Venues** | -- | 179 | (179) |
| **Total** | [redacted] | 560 | (303) |

| SOURCES | OPERATING FUND |
|---|---|
| Programming | |
| Kennedy Center | 32.7 |
| Education & Visual Arts Disability | 1.1 |
| National Symphony Orchestra | 6.6 |
| External programming and events | 3.2 |
| Auxiliary services | 5.0 |
| Ticket handling fees and other revenues | 5.1 |
| Contributions | 62.0 |
| **Total** | **115.7** |

| USES | OPERATING FUND |
|---|---|
| Programming | |
| Kennedy Center | 72.5 |
| Education & Visual Arts Disability | 15.3 |
| National Symphony Orchestra | 41.9 |
| External programming and events | 2.2 |
| Auxiliary services | 3.6 |
| General & Administrative, Marketing & Sales | 39.1 |
| Development, Institutional Affairs | 16.2 |
| Production, Operation and Maintenance | 2.6 |
| **Total** | **193.5** |
| **Difference** | **(77.8)** |

## Partial Access. Higher Cost. Prolonged Impact.

- 4-year revolving closures throughout main building.
- One-third of the main structure will be inaccessible to the public at any given time; accordingly, programming, ticket sales and patron experience will be constrained.
- Invested capital will deliver 46% of the program, with an annual operating deficit of ~$78M for the term of the renovation.

## CAPITAL INVESTMENT

- The logistics and duration of simultaneously operating and renovating reduces the amount of capital spent on the building.
- The $257M appropriation does not deliver the full program.
- Instead, the renovation of the structure is under-funded and venue improvement is unfunded.

## OPERATING DEFICIT

- Phased construction will impact the usable programming space by one-third each year.
- Revenue will reduce given the disruption caused by significant construction.
- At the same time, operating costs will be constant given the extent of necessary operations.
- Endowment releases and new contributions will become critical while disruption at the Center is high.

## Considerations

- The state of disrepair is significant and escalating; the remedy is invasive.
- Patron safety will be an ever-present challenge.
- Time introduces increased uncertainty and complexity.
- Fundraising efforts will go to operating costs and infrastructure remediation, rather than building a durable, profitable national arts program through a sustainable endowment.

# Partially Close

## AND RENOVATE

## Essential Renovations. Protect the Institution.

- 2-year concentrated renovation duration; close the main building; erect fencing and commence large scale renovations.
- This program renovates an historic structure and is not a wholesale rebuilding of the site; character-defining historic elements will be restored and preserved.
- Mission-based programming continues in the REACH, the primary onsite hub.
- NSO events are held offsite through regional partner venues, touring and digital broadcasts. Signature events like the Kennedy Center Honors and the Mark Twain Prize are also held offsite.
- Allows the time necessary to program for 2028-2029 in accordance with industry practice, mitigates market and consumer confusion, and best preserves the brand by delivering the highest caliber performances in the highest quality venues.

## CAPITAL INVESTMENT

- The $257M appropriation advances 90% of the program.
- Value engineering or targeted fundraising of $30M would close the gap and enable 100% completion.
- Commercial execution costs 40% more for the same scope.

## OPERATING DEFICIT

- Curtails annual operating deficit of ~$78M.
- Partially closing enables staff reduction and a reset of expenses.
- Pro forma operating deficit (before debt service) is minimal during a shorter renovation period.
- Partially closing preserves current funds, limits long-term reputational harm and delivers a faster return to full programming.

## Considerations

- The Center maintains its statutory cultural mandate during a facility shutdown.
- The REACH will preserve the memorial experience with public displays and interactive content.
- The renovation process will serve as a means of engagement with patrons and donors.
- Key staff will be redeployed in alignment with the needs of the Center during renovations.
- Focused execution over shortest possible duration further reduces cost uncertainty.
- Vertically integrated delivery model avoids standard commercial premiums.
- Fundraising efforts build endowment funds and durability of the national arts program.

*(all figures in millions USD; except percentages)*

| Scope | Vertically Integrated | Commercial Bid | Premium |
|---|---|---|---|
| Utilities | 115 | 160 | +45 |
| Structure | 80 | 110 | +30 |
| Venues | 90 | 130 | +40 |
| Total | 285 | 400 | +115 / +40% |

| SOURCES | OPERATING FUND |
|---|---|
| Programming | |
| Kennedy Center | 38.3 |
| Education & Visual Arts Disability | 8.3 |
| National Symphony Orchestra | 28.3 |
| External programming and events | - |
| Auxiliary services | - |
| Ticket handling fees and other revenues | 1.2 |
| **Total** | **76.1** |

| USES | OPERATING FUND |
|---|---|
| Programming | |
| Kennedy Center | 8.1 |
| Education & Visual Arts Disability | 7.7 |
| National Symphony Orchestra | 44.0 |
| External programming and events | - |
| Auxiliary services | - |
| General & Administrative | 4.6 |
| Fundraising | 2.7 |
| IT & System Infrastructure | 5.6 |
| **Total** | **72.7** |
| **Difference** | **3.4** |

DELTA
CONSULTING GROUP




delta-cgi.com

# Delta August 7, 2026 Recommendation (KC-BEATTY7977-7978)

DELTA CONSULTING GROUP

Making *the* Difference

*August 07, 2026*

# KENNEDY CENTER CONSTRUCTION PROGRAM

## Recommendation on Closure vs Phased Renovation

**OBJECTIVE:** Independently evaluate the delivery strategy that will most effectively convert the Center's $248.9 million capital appropriation into permanent improvements.

**ALTERNATIVES:**

- Closure assumes the main building is closed during construction, performance activity is conducted in the REACH, and the NSO performs at off-campus venues.
- Phased Renovation involves the sequential renovation of individual theaters, public areas, and building zones while unaffected areas of the main building remain open and operational.

**FUNDING & USES:**

- The $248.9 million appropriation is a fixed capital constraint, not a validated cost against a complete program scope to complete the Kennedy Center Construction Program.
- DLR's 2021 Comprehensive Building Plan (2021 CBP) proposed $252.8 million for a multi-year upgrade plan comprised of $168.2 million for essential improvements based on site investigations and surveys, and an additional $84.6 million for lower priority repair projects.
- The 2021 CBP estimates do not account for subsequent escalation, additional deterioration and scope development, contingency, and program risk.
- Therefore, $248.9 million is a challenging funding ceiling for essential work that is only further aggravated by Phased Renovation.

**RECOMMENDATION:** Closure is the most efficient, economical, manageable, and safest way to maximize permanent capital improvements while maintaining mission continuity.

**Washington D.C.**
4330 Prince William Pkwy., Suite 301
Woodbridge, VA 22192
+1 (703) 580-8801

DELTA
CONSULTING GROUP

## WHY CLOSURE IS RECOMMENDED

| | |
|---|---|
| **43% DECREASE IN DURATION** | • Sequential closures, limited outage windows, repeated turnovers, and reduced concurrency would make "Phased Renovation" materially longer to execute.<br>• Estimated durations are 25-28 months under "Closure," and 45-48 months under "Phased Renovation".<br>• Further delay increases cost escalation, building deterioration, long-lead procurement exposure, carrying and management costs, and schedule compression.<br>• Increasing the duration of the work reduces the time and purchasing power available to deploy the federal appropriation (*i.e.*, August 2029 expiry). |
| **15% INCREASE IN YIELD ON INVESTED CAPITAL** | • 82% of the critical work will be completed under "Closure," compared to 67% under "Phased Renovation" because of increased cost of logistics when performing work in an occupied building. |
| **12.5% INCREASE IN COST CERTAINTY** | • "Closure" enables larger work fronts, coordinated utility outages, concurrent MEP, envelope, and interior construction, and integrated testing; however, it requires confirmed protection of REACH utilities, access, life safety, and operations.<br>• "Phased Renovation" adds increased costs and risk for temporary systems, repeated cutovers, public protection, security, safety, off-hours work, and more live interfaces.<br>• "Closure" carries an estimated 27.5% combined contingency and reserve allowance for identified risks, compared to an estimated 40% under "Phased Renovation." |
| **50% REDUCTION IN OPERATING LOSSES** | • FY24 operations generated a loss of $12.4 million excluding sustainability funding. "Phased Renovation" may allow some revenue to be realized but retains much of the operating cost base.<br>• "Closure" forgoes main-building revenue but allows for operating cost reductions, REACH programming, off-campus NSO activity, and shorter period of disruption.<br>• Estimated cumulative operational losses are approx. $60 million under "Phased Renovation" compared to approx. $30 million under "Closure," a 50% reduction.<br>• Even assuming no betterment of operating cost through renovations, "Phased Renovation" has years of extended losses and possible long-term reputational harm. |
| **33% ACCELERATION OF MISSION FOCUSED PROGRAMMING** | • Mission-focused programming could begin at the REACH or off campus within six to eight months.<br>• Preserving existing programming will not improve financial performance because the operating costs required to generate that revenue remain disproportionately high (*e.g.*, marketing and staff resources). The Center continues to rely on contributed support.<br>• Profitable programming, especially Broadway, generally requires 18 to 24 months of advance planning, booking, marketing, and audience rebuilding. |

# Delta Presentation transmitted August 10, 2026, at 6:27pm (KC-BEATTY7952-7957)

**From:** Darin L. Buchalter
**To:** Floca, Matt
**Subject:** [EXTERNAL]: The Kennedy Center | Board Briefing
**Date:** Monday, August 10, 2026 6:27:17 PM
**Attachments:** deltalogo_email192x184_92ec157f-80c3-4da9-89df-ab01cd83bdf3_4192fb7c-9c10-4539-9a0d-d6959ff570bc.png
delta_linkedin_icon_6aff6e4c-0baf-4d5a-b893-d0dd0ea47337.png
delta_facebook_icon_86990161-e2c3-4082-9dde-319e0955036e.png
delta_x_icon_60e82a31-e72e-477c-a722-2f373db41305.png
delta_instagram_icon_47036a74-a9c7-41bb-af85-3a29b975eddc.png
delta-cgi-url_79x14_4549b815-63f4-4570-a2ec-c9f0f4b776c4.png
Kennedy Center Construction Program Assessment.pdf

---

Matt:

Please review the attached.

Best,

Darin

**Darin L. Buchalter**
**Chief Executive Officer**
CRE, FRICS

**D:** +1 (646) 814 9421 | **M**: +1 [redacted]
**E:** dbuchalter@delta-cgi.com
Based in the New York metro area | Serving clients globally

*This email contains information from Delta Consulting Group which may be privileged or confidential. The information contained herein, or attached, is for the exclusive use of the addressee above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this information is prohibited. If you have received this electronic mail transmission in error, please notify us and delete the message without reading, copying, saving or disclosing it.*

CAUTION: This email originated from outside of The Kennedy Center. DO NOT click any links or open attachments unless you recognize the sender and know the content is safe.

DELTA
CONSULTING GROUP



# Construction
## Program Assessment

INDEPENDENT CONSTRUCTION PROGRAM ASSESSMENT AND ADVISORY SERVICES
August 13, 2026
Contract No. 33310526C0011

*Prepared for*

The Kennedy Center

*Privileged & Confidential*

# Darin L. **Buchalter**

## Chief Executive Officer

**Darin L. Buchalter** is a senior operating executive with 36 years of experience driving turnaround, transformation and strategic growth across the professional services, real estate and construction industries.

- Proven track record delivering year-over-year revenue growth, EBITDA improvement and increased enterprise and shareholder value
- Extensive executive leadership experience across businesses ranging from startup operations to companies exceeding $550 million in revenue
- Deep expertise leading global transformations that enhance operational performance, market position and company valuation
- Experienced in leading human capital-intensive, asset-light businesses with a focus on strategic growth and financial performance
- Independent board member of several private equity-backed companies and former Chair of the Friends of the San Francisco Public Library

## Education

- **Harvard Business School Executive Education**
  Leading Professional Service Firms, January 2020
- **University of California, Santa Cruz**
  BA (Honors, Phi Beta Kappa), 1990

## Certifications & Licenses

- Fellow of the Royal Institution of Chartered Surveyors (FRICS)
- Counselor of Real Estate (CRE)

DELTA
CONSULTING GROUP

**T:** (646) 814-9421
**E:** dbuchalter@delta-cgi



# Operate

## AND PARTIALLY RENOVATE

*(all figures in millions USD; except percentages)*

| Scope | Funding | Need | Shortfall |
|---|---|---|---|
| **Utilities** | 225 | 225 | -- |
| **Structure** | 32 | 156 | (124) |
| **Venues** | -- | 179 | (179) |
| **Total** | [redacted] | 560 | (303) |

| SOURCES | OPERATING FUND |
|---|---|
| Programming | |
| Kennedy Center | 32.7 |
| Education & Visual Arts Disability | 1.1 |
| National Symphony Orchestra | 6.6 |
| External programming and events | 3.2 |
| Auxiliary services | 5.0 |
| Ticket handling fees and other revenues | 5.1 |
| Contributions | 62.0 |
| **Total** | **115.7** |

| USES | OPERATING FUND |
|---|---|
| Programming | |
| Kennedy Center | 72.5 |
| Education & Visual Arts Disability | 15.3 |
| National Symphony Orchestra | 41.9 |
| External programming and events | 2.2 |
| Auxiliary services | 3.6 |
| General & Administrative, Marketing & Sales | 39.1 |
| Development, Institutional Affairs | 16.2 |
| Production, Operation and Maintenance | 2.6 |
| **Total** | **193.5** |
| **Difference** | **(77.8)** |

## Partial Access. Higher Cost. Prolonged Impact.

- 4-year revolving closures throughout main building.
- One-third of the main structure will be inaccessible to the public at any given time; accordingly, programming, ticket sales and patron experience will be constrained.
- Invested capital will deliver 46% of the program, with an annual operating deficit of ~$78M for the term of the renovation.

## CAPITAL INVESTMENT

- The logistics and duration of simultaneously operating and renovating reduces the amount of capital spent on the building.
- The $257M appropriation does not deliver the full program.
- Instead, the renovation of the structure is under-funded and venue improvement is unfunded.

## OPERATING DEFICIT

- Phased construction will impact the usable programming space by one-third each year.
- Revenue will reduce given the disruption caused by significant construction.
- At the same time, operating costs will be constant given the extent of necessary operations.
- Endowment releases and new contributions will become critical while disruption at the Center is high.

## Considerations

- The state of disrepair is significant and escalating; the remedy is invasive.
- Patron safety will be an ever-present challenge.
- Time introduces increased uncertainty and complexity.
- Fundraising efforts will go to operating costs and infrastructure remediation, rather than building a durable, profitable national arts program through a sustainable endowment.

# Partially Close
## AND RENOVATE

## Essential Renovations. Protect the Institution.

- 2-year concentrated renovation duration; close the main building; erect fencing and commence large scale renovations.
- This program renovates an historic structure and is not a wholesale rebuilding of the site; character-defining historic elements will be restored and preserved.
- Mission-based programming continues in the REACH, the primary onsite hub.
- NSO events are held offsite through regional partner venues, touring and digital broadcasts.

## CAPITAL INVESTMENT

- The $257M appropriation advances 90% of the program.
- Value engineering or targeted fundraising of $30M would close the gap and enable 100% completion.
- Commercial execution costs 40% more for the same scope.

## OPERATING DEFICIT

- Curtails annual operating deficit of ~$78M.
- Partially closing enables staff reduction and a reset of expenses.
- Pro forma operating deficit (before debt service) is minimal during a shorter renovation period.
- Partially closing preserves current funds, limits long-term reputational harm and delivers a faster return to full programming.

## Considerations

- The Center maintains its statutory cultural mandate during a facility shutdown.
- The REACH will preserve the memorial experience with public displays and interactive content.
- The renovation process will serve as a means of engagement with patrons and donors.
- Key staff will be redeployed in alignment with the needs of the Center during renovations.
- Focused execution over shortest possible duration further reduces cost uncertainty.
- Vertically integrated delivery model avoids standard commercial premiums.
- Fundraising efforts build endowment funds and durability of the national arts program.

*(all figures in millions USD; except percentages)*

| Scope | Vertically Integrated | Commercial Bid | Premium |
|---|---|---|---|
| Utilities | 115 | 160 | +45 |
| Structure | 80 | 110 | +30 |
| Venues | 90 | 130 | +40 |
| Total | 285 | 400 | +115 / +40% |

| SOURCES | OPERATING FUND |
|---|---|
| Programming | |
| Kennedy Center | 38.3 |
| Education & Visual Arts Disability | 8.3 |
| National Symphony Orchestra | 28.3 |
| External programming and events | - |
| Auxiliary services | - |
| Ticket handling fees and other revenues | 1.2 |
| **Total** | **76.1** |

| USES | OPERATING FUND |
|---|---|
| Programming | |
| Kennedy Center | 8.1 |
| Education & Visual Arts Disability | 7.7 |
| National Symphony Orchestra | 44.0 |
| External programming and events | - |
| Auxiliary services | - |
| General & Administrative | 4.6 |
| Fundraising | 2.7 |
| IT & System Infrastructure | 5.6 |
| **Total** | **72.7** |
| **Difference** | **3.4** |

DELTA
CONSULTING GROUP




delta-cgi.com

# Delta Presentation transmitted August 9, 2026, at 11:11pm (KC-BEATTY7970-7975)

**From:** Khaled Aziza
**To:** Floca, Matt
**Cc:** dbuchalter
**Subject:** [EXTERNAL]: Board Briefing - Delta
**Date:** Sunday, August 9, 2026 11:11:36 PM
**Attachments:** deltalogo_email192x184_92ec157f-80c3-4da9-89df-ab01cd83bdf3_4192fb7c-9c10-4539-9a0d-d6959ff570bc.png
delta_linkedin_icon_6aff6e4c-0baf-4d5a-b893-d0dd0ea47337.png
delta_facebook_icon_86990161-e2c3-4082-9dde-319e0955036e.png
delta_x_icon_60e82a31-e72e-477c-a722-2f373db41305.png
delta_instagram_icon_47036a74-a9c7-41bb-af85-3a29b975eddc.png
delta-cgi-url_79x14_4549b815-63f4-4570-a2ec-c9f0f4b776c4.png
260810_Kennedy Center Construction Program Assessment.pdf

---

Matt – Please see the attached Delta slides for the Board briefing.

Best,
Khaled

**Khaled Aziza**
**Senior Director**
CCP, PSP, PMP, EVP, CPM
**D:** +1 (571) 477 1858 | **M**: +1 ([redacted]
**E:** kaziza@delta-cgi.com
Based in the Washington, DC metro area | Serving clients globally

*This email contains information from Delta Consulting Group which may be privileged or confidential. The information contained herein, or attached, is for the exclusive use of the addressee above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this information is prohibited. If you have received this electronic mail transmission in error, please notify us and delete the message without reading, copying, saving or disclosing it.*

CAUTION: This email originated from outside of The Kennedy Center. DO NOT click any links or open attachments unless you recognize the sender and know the content is safe.

DELTA
CONSULTING GROUP



# Construction
## Program Assessment

INDEPENDENT CONSTRUCTION PROGRAM ASSESSMENT AND ADVISORY SERVICES
August 10, 2026
Contract No. 33310526C0011

*Prepared for*

The Kennedy Center

*Privileged & Confidential*

# Darin L. **Buchalter**

## Chief Executive Officer

**Darin L. Buchalter** is a senior operating executive with 36 years of experience driving turnaround, transformation and strategic growth across the professional services, real estate and construction industries.

- Proven track record delivering year-over-year revenue growth, EBITDA improvement and increased enterprise and shareholder value
- Extensive executive leadership experience across businesses ranging from startup operations to companies exceeding $550 million in revenue
- Deep expertise leading global transformations that enhance operational performance, market position and company valuation
- Experienced in leading human capital-intensive, asset-light businesses with a focus on strategic growth and financial performance
- Independent board member of several private equity-backed companies and former Chair of the Friends of the San Francisco Public Library

### Education

- **Harvard Business School Executive Education**
  Leading Professional Service Firms, January 2020
- **University of California, Santa Cruz**
  BA (Honors, Phi Beta Kappa), 1990

### Certifications & Licenses

- Fellow of the Royal Institution of Chartered Surveyors (FRICS)
- Counselor of Real Estate (CRE)

DELTA
CONSULTING GROUP

**T:** (646) 814-9421
**E:** dbuchalter@delta-cgi



# Close
## AND RENOVATE

## Essential Renovations. Protect the Institution.

- 2-year concentrated renovation duration; close the main building; erect fencing and commence large scale renovations.
- Mission-based programming continues in the REACH. NSO is off-site.

### CAPITAL INVESTMENT

- More federal funding applied to Safety, Structure & Utilities (SSU) and Venue Improvement (VI).
- The $257M appropriation advances 90% of essential SSU & VI needs.
- Value engineering or targeted fundraising of $30M would close the gap and enable 100% completion.
- Commercial execution costs 40% more for the same SSU + VI program.

### OPERATING DEFICIT

- Curtails annual operating deficit of ~$100M.
- Closing enables staff reduction and a reset of expenses.
- Estimated total operational losses are ~$30M during a shorter renovation period, preserving current funds, limiting long-term reputational harm and delivering a quicker return to full programming.

## Considerations

- Proposed leadership by President Donald J. Trump avoids $115M in costs.
- Fundraising efforts build endowment funds and durability of the national arts program.
- Focused execution over shortest possible duration further reduces cost uncertainty.

| SOURCES | OPERATING FUND |
|---|---|
| Programming | |
| Kennedy Center | 38.3 |
| Education & Visual Arts Disability | 8.3 |
| National Symphony Orchestra | 28.3 |
| Washington National Opera | 0 |
| External programming and events | 0 |
| Auxiliary services | 0 |
| Ticket handling fees and other revenues | 1.2 |
| **Total** | **76.1** |

| USES | OPERATING FUND |
|---|---|
| Programming | |
| Kennedy Center | 8.1 |
| Education & Visual Arts Disability | 7.7 |
| National Symphony Orchestra | 44 |
| Washington National Opera | 0 |
| External programming and events | 0 |
| Auxiliary services | 0 |
| General & Administrative, Marketing & Sales | 4.6 |
| Fundraising | 2.7 |
| IT & System Infrastructure | 5.6 |
| **Total** | **72.7** |
| **Difference** | **3.4** |

| Safety, Structure & Utilities (SSU) and Venue Improvement (VI) | Unified Leadership. CLOSE + RENOVATE | Commercial Execution | Commercial Premium |
|---|---|---|---|
| SSU | $195 | $270 | +$75M |
| VI | $90 | $130 | +$40M |
| Total | $285 | $400 | +$115M / +40% |

# Operate

## AND RENOVATE

| SOURCES | OPERATING FUND |
|---|---|
| Programming | |
| Kennedy Center | 30,346 |
| Education & Visual Arts Disability | 1,111 |
| National Symphony Orchestra | 6,585 |
| Washington National Opera | 2,445 |
| External programming and events | 3,211 |
| Auxiliary services | 5,035 |
| Ticket handling fees and other revenues | 5,135 |
| **Total** | **53,869** |

| USES | OPERATING FUND |
|---|---|
| Programming | |
| Kennedy Center | 65,497 |
| Education & Visual Arts Disability | 15,346 |
| National Symphony Orchestra | 41,877 |
| Washington National Opera | 25,278 |
| External programming and events | 2,249 |
| Auxiliary services | 3,600 |
| General & Administrative, Marketing & Sales | 39,091 |
| Development, Institutional Affairs | 16,232 |
| Production, Operation and Maintenance | 2,564 |
| **Total** | **211,735** |
| **Difference** | **-157,866** |

| Safety, Structure & Utilities (SSU) and Venue Improvement (VI) | Unified Leadership. CLOSE + RENOVATE | Commercial Execution. OPERATE + RENOVATE |
|---|---|---|
| SSU | $195 | $400 |
| VI | $90 | $185 |
| Total | $285 | $585 |

## Partial Access. Higher Cost. Prolonged Impact.

- 4-year revolving closures.
- One-third of the main structure will be inaccessible to the public at any given time; programming, ticket sales and patron experience constrained.
- Estimated capital cost of $585 with operating deficiency of $160M per year during the term of the renovation.

## CAPITAL INVESTMENT

- Simultaneously operating and renovating adds $300M to the same SSU + VI program.
- Leaves $328M capital gap, before operating losses.
- The $257M appropriation will only cover 45% of essential SSU & VI needs under this approach.

## OPERATING DEFICIT

- Phased construction will impact the usable programming space by one-third each year.
- Revenue will reduce given the disruption caused by significant construction.
- At the same time, operating costs will be constant given the extent of necessary operations.
- Endowment releases and new contributions will become critical just when the institution's reputation may be flagging.
- Current funds depleting. Fundraising focus without full programming. Staid institution.

## Considerations

- The state of disrepair is significant and escalating; the remedy is invasive.
- Patron safety will be an ever-present challenge.
- Time introduces increased uncertainty and complexity.
- Fundraising efforts will go to operating costs and infrastructure remediation, rather than improving patron experience, marketing, growth and building a durable, profitable national arts program.

DELTA

CONSULTING GROUP




delta-cgi.com