**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOYCE BEATTY,<br>*Plaintiff*,<br>v.<br>DONALD J. TRUMP, *et al.*,<br>*Defendants*. | Civil Action No. 25-4480 (CRC) |

**DECLARATION OF CHARLES MATTHEW ("MATT") FLOCA**

In accordance with the provisions of 28 U.S.C. § 1746, I, Charles Matthew Floca, state as follows, under penalty of perjury, pertinent to the above-styled and numbered case:

1. I currently serve as the Executive Director and Chief Operating Officer of the John F. Kennedy Center for the Performing Arts ("the Center"). In this capacity, I exercise operational authority over all institutional departments, managing a complex integration of both trust and federal functions, including all elements of the Center's physical footprint. I represent the executive management of the Center before its Board of Trustees. In my employment, I report to the Board of Trustees ("Board").

2. The matters set forth in this Declaration are true and correct from my own personal knowledge and from information made available to me in the course of my official duties. I make this Declaration in support of Defendants' Reply in Support of Their Motion to Dissolve Preliminary Injunction.

3. I can confirm as the highest-ranking executive officer of the Center that—consistent with and to effectuate the decisions of the Center's Board at its August and September 2026 meetings—should the Court lift or dissolve the preliminary injunction currently preventing the Board and the Center from enforcing or implementing the Board's March 16, 2026 decision to wind down programming and to close the main building of the Center for renovation, the Center intends to ramp up construction activities to the full scope of the renovation plan adopted by the Board at its August and September meetings as quickly as is practicable.

4. As I stated in my declaration in this case of October 2, 2026, certain limited non-emergency work contemplated under the renovation plan—*e.g.*, design and planning work—has begun. *See* ECF No. 94-1 at ¶ 25 n.1. But should the Court lift the injunction, the Center expects to begin implementing the full scope of the planned renovation, as authorized by the Board, as quickly as possible.

5. On September 16, 2026, I ordered a temporary operational closure of the main building of the Center to assess and address certain acute life-safety risks in public areas of the building. On September 23, 2026, I extended that closure. Over that period, and since then, I have reevaluated the necessity of a closure on a weekly basis.

6. On October 30, 2026, I sent an email to all Center staff, titled "Main Building Update: Technical Review Findings & Near-Term Planning," communicating the most recent update as to the Center's ongoing assessment of those emergency life-safety needs. A true and accurate copy of that email, with email addresses and other contact information redacted, is attached to this declaration as Exhibit A.

7. As I stated in my October 30, 2026 email, the Center's operations, safety, facilities, and project management leadership have finalized their review of the independent emergency egress assessment. Because exterior soffit panels remain restricted pending structural shoring and/or soffit panel replacement, the Center cannot utilize its full exterior plaza exit doors. Under life-safety codes, routing emergency egress through the Center's lower-level corridors requires the Center to operate under a strict, reduced building capacity. The soffit restrictions result from advanced deterioration of the supports holding in place the soffit panels ringing the exterior of the building, and the risk that such deterioration presents to pedestrians moving underneath the soffit panels.

8. Assuming the Court does not lift the preliminary injunction in the interim, the Center is planning a phased approach to occupancy in the main building. As stated in Exhibit A, public access is being planned to reopen initially for the Hall of States, Hall of Nations, and the Roof Terrace, capped at 500 patrons. Under this proposed framework, to ensure the facility does not exceed it 672-person ceiling, entry and exit would be consolidated through the Center's underground corridors, with security managing occupancy counts.

9. Prior to opening to visitors, Center teams must complete certified egress routing, adjust directional exit signage, implement physical route delineations, and conduct emergency evacuation drills.

10. The In parallel, the Center is coordinating the procurement of a contractor who will install specialized overhead shoring above exterior doors and pathways as part of the larger soffit replacement project and capital improvement plan.

11. Because egress route certification, signage adjustments, and safety drills must be completed first, the temporary closure of the main building will continue for at least two weeks from October 30, 2026, that is, through at least November 13, 2026. As stated in Exhibit A, firm reopening dates for the main building and specific operational instructions will be shared once the Center's implementation schedule and route certifications are finalized.

Executed in Washington, DC, on Friday, November 6, 2026.

Charles Matthew Floca