# A

[redacted]

**From:** Floca, Matt <[redacted]>
**Sent:** Friday, October 30, 2026 7:31 PM
**To:** KC Staff – All Locations <[redacted]>
**Subject:** Main Building Update: Technical Review Findings & Near-Term Planning

Dear Kennedy Center Colleagues,

Our operations, safety, facilities, and project management leadership have finalized our review of the independent emergency egress assessment, and I want to share more information around our near-term operational planning.

Because exterior soffit panels remain restricted pending structural shoring and/or soffit panel replacement, we cannot utilize our full exterior plaza exit doors. Under life-safety codes, routing emergency egress through our lower-level corridors requires us to operate under a strict, reduced building capacity.

To safely reoccupy the facility while maintaining total life-safety compliance, we are planning a phased approach to occupancy moving forward:

- Potential Phased Occupancy: Public access is being planned to reopen initially for the Hall of States, Hall of Nations, and the Roof Terrace Level, capped at 500 patrons. Under this proposed framework, to ensure our facility does not exceed its 672-person life-safety ceiling, entry and exit would be consolidated through the Level A Motor Lobby with security managing occupancy counts.

- Safety Prerequisites: Prior to opening to visitors, teams must complete certified egress routing, adjust directional exit signage, implement physical route delineations, and conduct emergency evacuation drills.

- Overhead Protection: In parallel, we are coordinating the procurement of a contractor who will install specialized overhead shoring above exterior doors and pathways as part of the larger soffit replacement project.

Because egress route certification, signage adjustments, and safety drills must be completed first, the temporary closure of the main building will continue for at least the next two weeks.

Firm reopening dates and specific operational instructions will be shared once our implementation schedule and route certifications are finalized.

Current protocols remain in full effect:

- Non-essential staff should continue teleworking unless coordinated directly through department heads for scheduled on-site tasks.

- Essential personnel on-site must continue using designated REACH or garage portals and adhere to restricted-zone PPE requirements.

- The REACH remains open with full public programming, and the NSO continues its regional performances.

- Media inquiries must be directed to publicrelations@kennedy-center.org. Staff should not comment to reporters.

Thank you for your steady support, professionalism, and patience as we continue to move forward.

Matt Floca
Executive Director & Chief Operating Officer
The John F. Kennedy Center for the Performing Arts
2700 F Street NW | Washington, DC 20566
[redacted] | Kennedy-Center.org

---

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.