**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOYCE BEATTY,<br><br>*Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-4480 (CRC) |

**DECLARATION OF WILLIAM S. JANKOWSKI IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISSOLVE PRELIMINARY INJUNCTION**

I, William S. Jankowski, make the following Declaration pursuant to 28 U.S.C. § 1746, and state that under penalty of perjury the following is true and correct to the best of my knowledge and belief.

1. I am a Trial Attorney with the Federal Programs Branch of the Civil Division of the United States Department of Justice and counsel for Defendants in this matter.

2. Attached as Exhibit A to this declaration is a true and correct copy of a document entitled "Statement of Work" that Defendants produced to Plaintiff in discovery in this matter.

3. Attached as Exhibit B to this declaration is a true and correct copy of a document entitled "Structural Emergency in the Grand Foyer, Capital Priorities, and Governance" that Defendants produced to Plaintiff in discovery in this matter.

4. Attached as Exhibit C to this declaration is a true and correct copy of the full transcript of the individual deposition of Matthew Floca, taken on October 6, 2026 in this matter.

5. Attached as Exhibit D to this declaration, and signified by the exhibit marker "Exhibit Floca 7," is a true and correct copy of a document entered as Exhibit 7 to the individual deposition of Matthrew Floca, taken on October 6, 2026 in this matter.

6. Attached as Exhibit E to this declaration is a true and correct copy of the full transcript of the individual deposition of Darin Buchalter, taken on October 5, 2026 in this matter.

7. Attached as Exhibit F to this declaration, and signified by the exhibit marker "Exhibit Buchalter 1," is a true and correct copy of a document entered as Exhibit 1 to the individual deposition of Darin Buchalter, taken on October 5, 2026 in this matter.

8. Attached as Exhibit G to this declaration is a true and correct copy of the full transcript of the October 7, 2026 deposition of the John F. Kennedy Center for the Performing Arts, taken pursuant to Federal Rule of Civil Procedure 30(b)(6) through its designee, Matt Floca.

9. Attached as Exhibit H to this declaration is a true and correct copy of excerpts of the full transcript of the individual deposition of Carissa Faroughi, taken on October 2, 2026 in this matter.

Executed this 6th day of November, 2026.

*/s/ William S. Jankowski*
William S. Jankowski