# A

The Kennedy Center

**STATEMENT OF WORK (SOW)**

**Date:** July 9, 2026

**Project:** Independent Construction Program Assessment & Advisory Services

### 1.0 Objective & Background

The Kennedy Center (the "Center") requires the immediate procurement, execution, delivery, and ongoing management of comprehensive independent construction advisory, capital program strategy, and forensic analysis services.

The primary objective of this Statement of Work (SOW) is to establish an objective, third-party structural and financial analytical platform enabling the evaluation of efficiency, risk profiles, procurement frameworks, and fundamental technical necessity for various proposed capital improvement and facility renewal projects. The final deliverables must provide clear, actionable insights for institutional governance and be suitable for presentation, formal briefing, and expert testimony before judicial bodies and the Board of Trustees.

### 2.0 Scope of Work

The Contractor shall provide all labor, materials, technology, engineering data analysis, tools, reporting systems, and supervision necessary to perform the independent construction program assessment operations detailed below.

### 2.1 Engineering, Analytics & Design Requirements

- All forensic engineering, architectural, and structural assessments must be led and validated by individuals holding relevant, active professional licensures (e.g., licensed Professional Engineer (PE) or Registered Architect (AIA)).
- Analytical models must evaluate the underlying technical necessity of proposed improvements. Review and audit existing building conditions, comprehensive building plans, mechanical, electrical, and plumbing systems infrastructure, structural integrity reports, and building envelope assessments to differentiate between critical liabilities and discretionary improvements.
- Audit baseline project cost estimates against macro market conditions, labor availability, and material escalation risks. Assess whether comprehensive value

engineering has been applied to optimize project budgets without sacrificing institutional quality.

- Analyze the viability, risk allocation, and cost-certainty metrics of proposed project delivery methods, specifically comparing traditional methods against agile frameworks (e.g., Job Order Contracting (JOC) and Integrated Project Delivery (IPD)).
- The Contractor shall perform an asset-level gap analysis between the authorized portfolio of federally funded capital projects (the Baseline Capital Program, Attachment A) and a larger master outline (the Master Capital Program, Attachment C).
- The Contractor shall perform a forensic schedule review of the Center's established baseline schedule (*Appendix B*).

**2.2 Capital Program Phasing Scenario Matrix**

The Contractor shall perform a comparative risk, cost, and schedule diagnostic analysis for the identified list of projects against the following seven (4) distinct operational phasing scenarios:

- Scenario 1 - Partial Campus Closure: Evaluate a compressed timeline under a main building shutdown model that keeps the REACH open.
- Scenario 2 - Single Theater Sequential Closure: Analyze a rolling, sequential shutdown structure across the campus and theaters.
- Scenario 3 - Concurrent Multi-Theater Closure: Model a partial facility shutdown where multiple performance spaces are offline simultaneously.
- Scenario 4 - Fully Operational: Analyze a zero-downtime scenario where all disruptive work is restricted to third-shift or weekend windows.

Note that additional operational phasing scenarios may be deemed necessary for evaluation as the SOW is implemented.

**2.3 Two-Step Program Phasing Assessment**

The Contractor shall execute a distinct, two-step analytical methodology to evaluate project sequencing against multiple operational phasing scenarios:

- Step 1 - Baseline Program Evaluation: The Contractor shall first map, stress-test, and risk-model each funded project within the Baseline Capital Program (Attachment A) against the four phasing scenarios to optimize immediate execution efficiency and validate the baseline master schedule (Attachment B).

- Step 2 - Master Program Interface Mapping: Upon completion of Step 1, the Contractor shall perform a subsequent, macro-level compatibility analysis against the Master Capital Program (Attachment C).

**2.3 Analysis Development**

- The reporting and development process shall incorporate a multi-tiered structure, moving systematically through internal working drafts, advanced progress reports, and dry-run presentation workshops.
- Produce highly scannable, visually clear presentation decks, translating complex data into strategic governance takeaways for the Board of Trustees. Provide formal, legally defensible independent expert reports configured to survive rigorous cross-examination.
- Two-step assessment should be reflected in the Contractor's analysis and presentation materials.

**2.4 Board of Trustees & Committee Governance Briefing Requirements**

The Contractor shall provide targeted, high-touch strategic briefing support and data translation tailored specifically for the Center's governance bodies. Because project sequencing choices directly impact unalterable reopening milestones, financial allocations, and long-term institutional liabilities, the Contractor must structure all presentations to address the discrete oversight mandates of individual board committees.

The Contractor shall prepare materials for and participate in briefings targeting, at minimum, the following corporate committees:

- The Audit & Finance / Building & Grounds Committees: Deliver technical evaluations to Board of Trustee sub-committees regarding the physical necessity and standard of care metrics of major systems renewals, such as the sanitary & domestic piping replacement and central plant upgrades. Present detailed logistical impacts such as temporary construction safety barriers, dust/vibration mitigation plans, and utility shut-down charts to prove how public-facing spaces are impacted by active construction zones.

- Full Board of Trustees: Deliver macro-level executive slide decks and presentations summarizing the multi-venue operational impacts, with related cost and schedule information of all four phasing scenarios. Focus findings on the comparative risk profiles between a compressed facility shutdown and staggered theater closures, specifically demonstrating how reopening milestones are impacted by each

scenario. Presentations must translate heavy engineering, logistical, and architectural parameters into clear, actionable governance choices.

**3.0 Deliverables & Project Milestones**

The Contractor shall execute the SOW according to the following deliverables:

| Item | Requirements | Timeline |
|---|---|---|
| 1. Preliminary Analysis | Preliminary assessment and gap analysis. | 2 business days post-award 2 business days doesn't seem realistic for the scope and availability of complete documents re: condition, history, planning documents, court findings, historical preservation, etc. |
| 2. Rough Draft | Submission of draft status report (MS Word) and Committee / Board presentation materials. Must be complete by 12:00 PM (Noon). | July 22, 2026 Date subject to change??? |
| 3. Committee Presentations | One presentation to the Audit and Finance Committee and one presentation to the Building & Grounds Committee. | Week of July 27, 2026 |
| 3. Final Reporting & Presentation | Comprehensive final expert report, finalized Board of Trustees slide deck and formal presentation. | Week of August 3, 2026 |