# D

EXHIBIT
PENGAD 800-631-6989
Floca 7

EXHIBIT
PENGAD 800-631-6989
FLOCA 30(b)(6)
12
CM 10/7/21

**Darin L. Buchalter**

**From:** Berke, Elliot <[redacted]>
**Sent:** Wednesday, September 16, 2026 7:13 AM
**To:** Darin L. Buchalter
**Cc:** Floca, Matt
**Subject:** Re: [EXTERNAL]: Delta Consulting

Thanks Darin. Much appreciated.

**Elliot S. Berke**
General Counsel
John F. Kennedy Center for the Performing Arts
2700 F Street NW | Washington, DC 20566

[redacted] (o) | [redacted] (c)
Email: [redacted]
www.kennedy-center.org

On Sep 16, 2026, at 7:10 AM, Darin L. Buchalter <dbuchalter@delta-cgi.com> wrote:

See attached

**Darin L. Buchalter**
**Chief Executive Officer**
CRE, FRICS

**D:** +1 (646) 814 9421 | **M:** +1 [redacted]
**E:** dbuchalter@delta-cgi.com
Based in the New York metro area | Serving clients globally

<delta_linkedin_icon_6aff6e4c-0baf-4d5a-b893-d0dd0ea47337.png> <delta_facebook_icon_86990161-e2c3-4082-9dde-319e0955036e.png> <delta_x_icon_60e82a31-e72e-477c-a722-2f373db41305.png> <delta_instagram_icc a9c7-41bb-af85-3a29b975eddc.png>

*This email contains information from Delta Consulting Group which may be privileged or confidential. The information contained herein, or attached, is foı the addressee above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this information is prohibited. If yc electronic mail transmission in error, please notify us and delete the message without reading, copying, saving or disclosing it.*

**From:** Berke, Elliot <[redacted]>
**Sent:** Tuesday, September 15, 2026 10:09 PM
**To:** Darin L. Buchalter <dbuchalter@delta-cgi.com>
**Cc:** Floca, Matt <[redacted]>
**Subject:** Re: [EXTERNAL]: Delta Consulting

Thanks. Can you remove the "Protected Under Seal"? We would need to file as part of the public court record.

**Elliot S. Berke**
General Counsel
John F. Kennedy Center for the Performing Arts
2700 F Street NW | Washington, DC 20566

[redacted] (o) | [redacted] (c)
Email: [redacted]
www.kennedy-center.org

On Sep 15, 2026, at 9:49 PM, Darin L. Buchalter <dbuchalter@delta-cgi.com> wrote:

As discussed.

**Darin L. Buchalter**
**Chief Executive Officer**
CRE, FRICS

**D:** +1 (646) 814 9421 | **M:** +1 [redacted]
**E:** dbuchalter@delta-cgi.com
Based in the New York metro area | Serving clients globally

<delta_linkedin_icon_6aff6e4c-0baf-4d5a-b893-d0dd0ea47337.png> <delta_facebook_icon_86990161-e2c3-4082-9dde-319e0955036e.png> <delta_x_icon_60e82a31-e72e-477c-a722-2f373db41305.png> <delta_instag a9c7-4 3a29b9

*This email contains information from Delta Consulting Group which may be privileged or confidential. The information contained herein, or attac the addressee above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this information is prohi electronic mail transmission in error, please notify us and delete the message without reading, copying, saving or disclosing it.*

CAUTION: This email originated from outside of The Kennedy Center. DO NOT click any links or open attachments unless you recognize the sender and know the content is safe.

<Addendum to Expert Report of Darin L. Buchalter.pdf>

---

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.
<Addendum_to_Expert_Report_of_Darin_L_Buchalt.pdf>

---

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

**Darin L. Buchalter**

**From:** Berke, Elliot <[redacted]>
**Sent:** Tuesday, September 15, 2026 10:09 PM
**To:** Darin L. Buchalter
**Cc:** Floca, Matt
**Subject:** Re: [EXTERNAL]: Delta Consulting

Thanks. Can you remove the "Protected Under Seal"? We would need to file as part of the public court record.

**Elliot S. Berke**
General Counsel
John F. Kennedy Center for the Performing Arts
2700 F Street NW | Washington, DC 20566

[redacted] (o) | [redacted] (c)
Email: [redacted]
www.kennedy-center.org

On Sep 15, 2026, at 9:49 PM, Darin L. Buchalter <dbuchalter@delta-cgi.com> wrote:

As discussed.

**Darin L. Buchalter**
**Chief Executive Officer**
CRE, FRICS

**D:** +1 (646) 814 9421 | **M:** +1 [redacted]
**E:** dbuchalter@delta-cgi.com
Based in the New York metro area | Serving clients globally

<delta_linkedin_icon_6aff6e4c-0baf-4d5a-b893-d0dd0ea47337.png> <delta_facebook_icon_86990161-e2c3-4082-9dde-319e0955036e.png> <delta_x_icon_60e82a31-e72e-477c-a722-2f373db41305.png> <delta_instagram_ico a9c7-41bb-af85-3a29b975eddc.png>

*This email contains information from Delta Consulting Group which may be privileged or confidential. The information contained herein, or attached, is fo the addressee above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this information is prohibited. If yo electronic mail transmission in error, please notify us and delete the message without reading, copying, saving or disclosing it.*

CAUTION: This email originated from outside of The Kennedy Center. DO NOT click any links or open attachments unless you recognize the sender and know the content is safe.

<Addendum to Expert Report of Darin L. Buchalter.pdf>

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission,

dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

**Darin L. Buchalter**

| | |
|---|---|
| **From:** | Berke, Elliot <E[redacted]> |
| **Sent:** | Thursday, August 20, 2026 11:01 AM |
| **To:** | Floca, Matt; Khaled Aziza; Darin L. Buchalter |
| **Subject:** | RE: [EXTERNAL]: Darin L. Buchalter shared "Kennedy Center Expert Report - Delta Consulting Group FINAL" with you |

No – looks like it needs to come to me directly to access.

**Elliot S. Berke**
General Counsel
John F. Kennedy Center for the Performing Arts
2700 F Street NW | Washington, DC 20566

[redacted] (o) | [redacted] (c)
Email: [redacted]
www.kennedy-center.org

---

**From:** Floca, Matt <[redacted]>
**Sent:** Thursday, August 20, 2026 10:53 AM
**To:** Khaled Aziza <kaziza@delta-cgi.com>; Berke, Elliot <[redacted]>; dbuchalter <dbuchalter@delta-cgi.com>
**Subject:** Fw: [EXTERNAL]: Darin L. Buchalter shared "Kennedy Center Expert Report - Delta Consulting Group FINAL" with you

Elliot can you access?

Matt Floca
Executive Director & Chief Operating Officer
The John F. Kennedy Center for the Performing Arts
2700 F Street NW | Washington, DC 20566
[redacted] | Kennedy-Center.org

---

**From:** Darin L. Buchalter <dbuchalter@delta-cgi.com>
**Sent:** Thursday, 20 August 2026 08:03:34
**To:** Floca, Matt <[redacted]>
**Subject:** [EXTERNAL]: Darin L. Buchalter shared "Kennedy Center Expert Report - Delta Consulting Group FINAL" with you

## Darin L. Buchalter shared a file with you

Here's the document that Darin L. Buchalter shared with you.

Kennedy Center Expert Report - Delta Consulting Group FINAL

This link only works for the direct recipients of this message.

Open

DELTA

This email is generated through Delta Consulting Group's use of Microsoft 365 and may contain content that is controlled by Delta Consulting Group.

**Darin L. Buchalter**
**Chief Executive Officer**
CRE, FRICS

**D:** +1 (646) 814 9421 | **M:** +1 [redacted]
**E:** dbuchalter@delta-cgi.com
Based in the New York metro area | Serving clients globally

delta-cgi.com

*This email contains information from Delta Consulting Group which may be privileged or confidential. The information contained herein, or attached, is for the exclusive use of the addressee above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this information is prohibited. If you have received this electronic mail transmission in error, please notify us and delete the message without reading, copying, saving or disclosing it.*

CAUTION: This email originated from outside of The Kennedy Center. DO NOT click any links or open attachments unless you recognize the sender and know the content is safe.

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

**Darin L. Buchalter**

| | |
|---|---|
| **From:** | Berke, Elliot <[redacted]> |
| **Sent:** | Saturday, August 15, 2026 3:44 PM |
| **To:** | Darin L. Buchalter |
| **Cc:** | Floca, Matt |
| **Subject:** | Re: [EXTERNAL]: Delta + KC GC |

[redacted] it's the 18th not the 20th. My guess is you won't be ready by the 18th. If that's the case, then [redacted].

**Elliot S. Berke**
General Counsel
John F. Kennedy Center for the Performing Arts
2700 F Street NW | Washington, DC 20566

[redacted] (o) | [redacted] (c)
Email: [redacted]
www.kennedy-center.org

On Aug 14, 2026, at 5:04 PM, Darin L. Buchalter <dbuchalter@delta-cgi.com> wrote:

Got it

**Darin L. Buchalter**
**Chief Executive Officer**
CRE, FRICS

**D:** +1 (646) 814 9421 | **M:** +1 [redacted]
**E:** dbuchalter@delta-cgi.com
Based in the New York metro area | Serving clients globally

<delta_linkedin_icon_6aff6e4c-0baf-4d5a-b893-d0dd0ea47337.png> <delta_facebook_icon_86990161-e2c3-4082-9dde-319e0955036e.png> <delta_x_icon_60e82a31-e72e-477c-a722-2f373db41305.png> <delta_instagram_icc a9c7-41bb-af85-3a29b975eddc.png>

*This email contains information from Delta Consulting Group which may be privileged or confidential. The information contained herein, or attached, is foi the addressee above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this information is prohibited. If yo electronic mail transmission in error, please notify us and delete the message without reading, copying, saving or disclosing it.*

---

**From:** Berke, Elliot <[redacted]>
**Sent:** Friday, 14 August 2026 16:56:20
**To:** Darin L. Buchalter <dbuchalter@delta-cgi.com>; Floca, Matt <[redacted]>
**Subject:** Re: [EXTERNAL]: Delta + KC GC

Darin:

We just got off with Howard. He wants a report even if preliminary ready to go by 8am on 8/20. We realize this is a heavy lift.

**Elliot S. Berke**
General Counsel
John F. Kennedy Center for the Performing Arts
2700 F Street NW | Washington, DC 20566

[redacted] (o) | [redacted] (c)
Email: [redacted]
www.kennedy-center.org

---

**From:** Darin L. Buchalter <dbuchalter@delta-cgi.com>
**Sent:** Saturday, August 8, 2026 11:33 AM
**To:** Arduin, Donna <[redacted]>; Floca, Matt <[redacted]>; Berke, Elliot [redacted]>; Antkowiak, Alex <[redacted]>; Khaled Aziza <kaziza@delta-cgi.com>
**Subject:** RE: [EXTERNAL]: Delta + KC GC

See highlight. This amount is included in the 62? If yes, what is the 62 net of this figure? That would be your in place pledges?

**Darin L. Buchalter**
**Chief Executive Officer**
CRE, FRICS

**D:** +1 (646) 814 9421 | **M:** +1 [redacted]
**E:** dbuchalter@delta-cgi.com
Based in the New York metro area | Serving clients globally

<delta_linkedin_icon_6aff6e4c-0baf-4d5a-b893-d0dd0ea47337.png> <delta_facebook_icon_86990161-e2c3-4082-9dde-319e0955036e.png> <delta_x_icon_60e82a31-e72e-477c-a722-2f373db41305.png> <delta_instagram_icc a9c7-41bb-af85-3a29b975eddc.png>

*This email contains information from Delta Consulting Group which may be privileged or confidential. The information contained herein, or attached, is foi the addressee above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this information is prohibited. If yo electronic mail transmission in error, please notify us and delete the message without reading, copying, saving or disclosing it.*

**From:** Arduin, Donna <[redacted]>
**Sent:** Saturday, August 8, 2026 11:26 AM
**To:** Floca, Matt <[redacted]>; Berke, Elliot [redacted]>; Antkowiak, Alex <[redacted]>; Khaled Aziza <kaziza@delta-cgi.com>; Darin L. Buchalter <dbuchalter@delta-cgi.com>
**Subject:** Re: [EXTERNAL]: Delta + KC GC

I should have added a note there, Darin. Matt and I are using our FY 27 contributed revenue number because we have no reasonable belief we could raise more if we stay open. $62 m

is the amount we have in solid pledges for the KC with no new fundraising, and for the NSO, a reasonable FY 27 fundraising goal.

---

**From:** Darin L. Buchalter <dbuchalter@delta-cgi.com>
**Sent:** Saturday, 08 August 2026 11:18:35
**To:** Arduin, Donna <[redacted]>; Floca, Matt <[redacted]>; Berke, Elliot <[redacted]>; Antkowiak, Alex <[redacted]>; Khaled Aziza <kaziza@delta-cgi.com>
**Subject:** RE: [EXTERNAL]: Delta + KC GC

And, just to confirm, contributed revenue of 62 is actual for FY 25?

**Darin L. Buchalter**
**Chief Executive Officer**
CRE, FRICS
**D:** +1 (646) 814 9421 | **M:** +1 [redacted]
**E:** dbuchalter@delta-cgi.com
Based in the New York metro area | Serving clients globally

<image002.png> <image003.png> <image004.png> <image005.png>

*This email contains information from Delta Consulting Group which may be privileged or confidential. The information contained herein, or attached, is for the exclusive use of the addressee above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this information is prohibited. If you have received this electronic mail transmission in error, please notify us and delete the message without reading, copying, saving or disclosing it.*

**From:** Darin L. Buchalter
**Sent:** Saturday, August 8, 2026 11:17 AM
**To:** 'Arduin, Donna' <[redacted]>; Floca, Matt <[redacted]>; Berke, Elliot <[redacted]>; Antkowiak, Alex <[redacted]>; Khaled Aziza <kaziza@delta-cgi.com>
**Subject:** RE: [EXTERNAL]: Delta + KC GC

Donna:

On the KC programming of 59 is the 75% a floor space reduction and 80% a sales reduction stemming from construction impacts? Is that how you think about it?

Best regards,

Darin

---

**From:** Arduin, Donna <[redacted]>
**Sent:** Saturday, August 8, 2026 8:59 AM
**To:** Floca, Matt <[redacted]>; Darin L. Buchalter <dbuchalter@delta-cgi.com>; Berke, Elliot [redacted]>; Antkowiak, Alex <[redacted]>; Khaled Aziza <kaziza@delta-cgi.com>
**Subject:** Re: [EXTERNAL]: Delta + KC GC

I get this line using FY 25 financial statements and discounting ticket sales:

Revenue
KC programming: 59m*.75*.8=35.4 m
Opera programming: make this zero
NSO programming: 13
Education: 6
Tkt handling and Aux: 20m*.75*.8=12 m
Total: 66

Contributed revenue: 62

Expenses: 218
Ex-WNO: 211

Deficit: 83 m

---

**From:** Floca, Matt <[redacted]>
**Sent:** Friday, August 7, 2026 7:10 PM
**To:** dbuchalter <dbuchalter@delta-cgi.com>; Berke, Elliot [redacted]>; Arduin, Donna <[redacted]>; Antkowiak, Alex <[redacted]>; Khaled Aziza <kaziza@delta-cgi.com>
**Subject:** Re: [EXTERNAL]: Delta + KC GC

Donna,

I took a stab at this. Can you please review?

Matt Floca
Executive Director & Chief Operating Officer
The John F. Kennedy Center for the Performing Arts
2700 F Street NW | Washington, DC 20566
[redacted] | Kennedy-Center.org

---

**From:** Darin L. Buchalter <dbuchalter@delta-cgi.com>
**Sent:** Friday, August 7, 2026 5:07 PM
**To:** Berke, Elliot <[redacted]>
**Cc:** Floca, Matt <[redacted]>
**Subject:** RE: [EXTERNAL]: Delta + KC GC

We will make revisions this weekend and be sure to send you a copy. Thank you, Elliot.

**Darin L. Buchalter**
**Chief Executive Officer**
CRE, FRICS

**D:** +1 (646) 814 9421 | **M:** +1 [redacted]

**E:** dbuchalter@delta-cgi.com
Based in the New York metro area | Serving clients globally

<image002.png> <image003.png> <image004.png> <image005.png>

*This email contains information from Delta Consulting Group which may be privileged or confidential. The information contained herein, or attached, is for the exclusive use of the addressee above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this information is prohibited. If you have received this electronic mail transmission in error, please notify us and delete the message without reading, copying, saving or disclosing it.*

**From:** Berke, Elliot <[redacted]>
**Sent:** Friday, August 7, 2026 2:39 PM
**To:** Darin L. Buchalter <dbuchalter@delta-cgi.com>
**Cc:** Floca, Matt <[redacted]>
**Subject:** Re: [EXTERNAL]: Delta + KC GC

Nice work today. I think that's helped. Can you send me the materials you intend to circulate to the board — even if in draft form? [redacted]

**Elliot S. Berke**
General Counsel
John F. Kennedy Center for the Performing Arts
2700 F Street NW | Washington, DC 20566

[redacted] (o) | [redacted] (c)
Email: [redacted]
www.kennedy-center.org

On Aug 4, 2026, at 11:55 AM, Darin L. Buchalter <dbuchalter@delta-cgi.com> wrote:

3 pm would be great.

**Darin L. Buchalter**
**Chief Executive Officer**
CRE, FRICS

**D:** +1 (646) 814 9421 | **M:** +1 [redacted]

**E:** dbuchalter@delta-cgi.com
Based in the New York metro area | Serving clients globally

<image002.png> <image003.png> <image004.png> <image005.png>

*This email contains information from Delta Consulting Group which may be privileged or confidential. The information contained herein, or attached, is for the exclusive use of the addressee above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this information is prohibited. If you have received this electronic mail transmission in error, please notify us and delete the message without reading, copying, saving or disclosing it.*

---

**From:** Hagan, Laura [redacted]>
**Sent:** Tuesday, 04 August 2026 11:50:25
**To:** Darin L. Buchalter <dbuchalter@delta-cgi.com>; Floca, Matt <[redacted]>; Berke, Elliot <[redacted]>; Makande, Lydia <[redacted]>; Khaled Aziza <kaziza@delta-cgi.com>; Campbell, Kolan A. <[redacted]>
**Subject:** RE: [EXTERNAL]: Delta + KC GC

I have a conflict from 1-3

**Laura M. Hagan**
Associate General Counsel
John F. Kennedy Center for the Performing Arts
2700 F Street NW | Washington, DC 20566
(o) [redacted] | (m) [redacted]
Email: [redacted] | www.kennedy-center.org

<image007.jpg>

---

**From:** Darin L. Buchalter <dbuchalter@delta-cgi.com>
**Sent:** Tuesday, August 4, 2026 11:49 AM
**To:** Floca, Matt <[redacted]>; Berke, Elliot <[redacted]>; Makande, Lydia <[redacted]>; Hagan, Laura <[redacted]>; Khaled Aziza <kaziza@delta-cgi.com>; Campbell, Kolan A. <[redacted]>
**Subject:** [EXTERNAL]: Delta + KC GC

May we move this call to 2 pm tomorrow?

**Darin L. Buchalter**
**Chief Executive Officer**
CRE, FRICS

**D:** +1 (646) 814 9421 | **M:** +1 [redacted]

**E:** dbuchalter@delta-cgi.com
Based in the New York metro area | Serving clients globally

<image002.png> <image003.png> <image004.png> <image005.png>

*This email contains information from Delta Consulting Group which may be privileged or confidential. The information contained herein, or attached, is for the exclusive use of the addressee above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this information is prohibited. If you have received this electronic mail transmission in error, please notify us and delete the message without reading, copying, saving or disclosing it.*

**From:** Floca, Matt
**Sent:** Monday, 03 August 2026 13:11:43
**To:** Floca, Matt <[redacted]>; Berke, Elliot <[redacted]>; Makande, Lydia <[redacted]>; Hagan, Laura <[redacted]>; Darin L. Buchalter <dbuchalter@delta-cgi.com>; Khaled Aziza <kaziza@delta-cgi.com>; Campbell, Kolan A. <[redacted]>
**Subject:** Delta + KC GC
**When:** Wednesday, August 5, 2026 12:30 PM-1:00 PM.
**Where:** Microsoft Teams Meeting

Please let me know if this time does not work.

---

_

## Microsoft Teams meeting

**Join:**
https://teams.microsoft.com/meet/288953902552619?p=N10ejYlxbNNsvToKxC

Meeting ID: 288 953 902 552 619

Passcode: So3jT9tE

---

Need help? | System reference

**Dial in by phone**

+1 332-249-0718,,673553094# United States, New York City

Find a local number

Phone conference ID: 673 553 094#

For organizers: Meeting options | Reset dial-in PIN

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information.

---

_

---

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or

entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

CAUTION: This email originated from outside of The Kennedy Center. DO NOT click any links or open attachments unless you recognize the sender and know the content is safe.

---

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

---

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

---

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

---

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

---

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

---

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

**Darin L. Buchalter**

---

**From:** Berke, Elliot <[redacted]>
**Sent:** Friday, August 14, 2026 4:56 PM
**To:** Darin L. Buchalter; Floca, Matt
**Subject:** Re: [EXTERNAL]: Delta + KC GC

Darin:

We just got off with Howard. He wants a report even if preliminary ready to go by 8am on 8/20. We realize this is a heavy lift.

**Elliot S. Berke**
General Counsel
John F. Kennedy Center for the Performing Arts
2700 F Street NW | Washington, DC 20566

[redacted] (o) | [redacted] (c)
Email: [redacted]
www.kennedy-center.org

---

**From:** Darin L. Buchalter <dbuchalter@delta-cgi.com>
**Sent:** Saturday, August 8, 2026 11:33 AM
**To:** Arduin, Donna <[redacted]>; Floca, Matt <[redacted]>; Berke, Elliot <[redacted]>; Antkowiak, Alex <[redacted]>; Khaled Aziza <kaziza@delta-cgi.com>
**Subject:** RE: [EXTERNAL]: Delta + KC GC

See highlight. This amount is included in the 62? If yes, what is the 62 net of this figure? That would be your in place pledges?

**Darin L. Buchalter**
**Chief Executive Officer**
CRE, FRICS

**D:** +1 (646) 814 9421 | **M:** +1 [redacted]
**E:** dbuchalter@delta-cgi.com
Based in the New York metro area | Serving clients globally

delta-cgi.com

*This email contains information from Delta Consulting Group which may be privileged or confidential. The information contained herein, or attached, is for the exclusive use of the addressee above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this information is prohibited. If you have received this electronic mail transmission in error, please notify us and delete the message without reading, copying, saving or disclosing it.*

**From:** Arduin, Donna <[redacted]>
**Sent:** Saturday, August 8, 2026 11:26 AM
**To:** Floca, Matt <[redacted]>; Berke, Elliot [redacted]>; Antkowiak, Alex <[redacted]>; Khaled Aziza <kaziza@delta-cgi.com>; Darin L. Buchalter <dbuchalter@delta-cgi.com>
**Subject:** Re: [EXTERNAL]: Delta + KC GC

I should have added a note there, Darin. Matt and I are using our FY 27 contributed revenue number because we have no reasonable belief we could raise more if we stay open. $62 m is the amount we have in solid pledges for the KC with no new fundraising, and for the NSO, a reasonable FY 27 fundraising goal.

---

**From:** Darin L. Buchalter <dbuchalter@delta-cgi.com>
**Sent:** Saturday, 08 August 2026 11:18:35
**To:** Arduin, Donna <[redacted]>; Floca, Matt <[redacted]>; Berke, Elliot [redacted]>; Antkowiak, Alex <[redacted]>; Khaled Aziza <kaziza@delta-cgi.com>
**Subject:** RE: [EXTERNAL]: Delta + KC GC

And, just to confirm, contributed revenue of 62 is actual for FY 25?

**Darin L. Buchalter**
**Chief Executive Officer**
CRE, FRICS

D: +1 (646) 814 9421 | M: +1 [redacted]
E: dbuchalter@delta-cgi.com
Based in the New York metro area | Serving clients globally
delta-cgi.com

*This email contains information from Delta Consulting Group which may be privileged or confidential. The information contained herein, or attached, is for the exclusive use of the addressee above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this information is prohibited. If you have received this electronic mail transmission in error, please notify us and delete the message without reading, copying, saving or disclosing it.*

---

**From:** Darin L. Buchalter
**Sent:** Saturday, August 8, 2026 11:17 AM
**To:** 'Arduin, Donna' <[redacted]>; Floca, Matt <[redacted]>; Berke, Elliot <[redacted]>; Antkowiak, Alex <[redacted]>; Khaled Aziza <kaziza@delta-cgi.com>
**Subject:** RE: [EXTERNAL]: Delta + KC GC

Donna:

On the KC programming of 59 is the 75% a floor space reduction and 80% a sales reduction stemming from construction impacts? Is that how you think about it?

Best regards,

Darin

**From:** Arduin, Donna <[redacted]>
**Sent:** Saturday, August 8, 2026 8:59 AM
**To:** Floca, Matt <[redacted]>; Darin L. Buchalter <dbuchalter@delta-cgi.com>; Berke, Elliot <[redacted]>; Antkowiak, Alex <[redacted]>; Khaled Aziza <kaziza@delta-cgi.com>
**Subject:** Re: [EXTERNAL]: Delta + KC GC

I get this line using FY 25 financial statements and discounting ticket sales:

Revenue
KC programming: 59m*.75*.8=35.4 m
Opera programming: make this zero
NSO programming: 13
Education: 6
Tkt handling and Aux: 20m*.75*.8=12 m
Total: 66

Contributed revenue: 62

Expenses: 218
Ex-WNO: 211

Deficit: 83 m

---

**From:** Floca, Matt <[redacted]>
**Sent:** Friday, August 7, 2026 7:10 PM
**To:** dbuchalter <dbuchalter@delta-cgi.com>; Berke, Elliot <[redacted]>; Arduin, Donna <[redacted]>; Antkowiak, Alex <[redacted]>; Khaled Aziza <kaziza@delta-cgi.com>
**Subject:** Re: [EXTERNAL]: Delta + KC GC

Donna,

I took a stab at this. Can you please review?

Matt Floca
Executive Director & Chief Operating Officer
The John F. Kennedy Center for the Performing Arts
2700 F Street NW | Washington, DC 20566
[redacted] | Kennedy-Center.org

**From:** Darin L. Buchalter <dbuchalter@delta-cgi.com>
**Sent:** Friday, August 7, 2026 5:07 PM
**To:** Berke, Elliot <[redacted]>
**Cc:** Floca, Matt <[redacted]>
**Subject:** RE: [EXTERNAL]: Delta + KC GC

We will make revisions this weekend and be sure to send you a copy. Thank you, Elliot.

**Darin L. Buchalter**
**Chief Executive Officer**
CRE, FRICS

**D:** +1 (646) 814 9421 | **M:** +1 [redacted]
**E:** dbuchalter@delta-cgi.com
Based in the New York metro area | Serving clients globally
delta-cgi.com

*This email contains information from Delta Consulting Group which may be privileged or confidential. The information contained herein, or attached, is for the exclusive use of the addressee above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this information is prohibited. If you have received this electronic mail transmission in error, please notify us and delete the message without reading, copying, saving or disclosing it.*

---

**From:** Berke, Elliot <[redacted]>
**Sent:** Friday, August 7, 2026 2:39 PM
**To:** Darin L. Buchalter <dbuchalter@delta-cgi.com>
**Cc:** Floca, Matt <[redacted]>
**Subject:** Re: [EXTERNAL]: Delta + KC GC

Nice work today. I think that's helped. Can you send me the materials you intend to circulate to the board — even if in draft form? [redacted]

**Elliot S. Berke**
General Counsel
John F. Kennedy Center for the Performing Arts
2700 F Street NW | Washington, DC 20566

[redacted] (o) | [redacted] (c)
Email: [redacted]
www.kennedy-center.org

On Aug 4, 2026, at 11:55 AM, Darin L. Buchalter <dbuchalter@delta-cgi.com> wrote:

3 pm would be great.

**Darin L. Buchalter**
**Chief Executive Officer**
CRE, FRICS
D: +1 (646) 814 9421 | M: +1 [redacted]
E: dbuchalter@delta-cgi.com
Based in the New York metro area | Serving clients globally
delta-cgi.com

*This email contains information from Delta Consulting Group which may be privileged or confidential. The information contained herein, or attached, is for the exclusive use of the addressee above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this information is prohibited. If you have received this electronic mail transmission in error, please notify us and delete the message without reading, copying, saving or disclosing it.*

---

**From:** Hagan, Laura <[redacted]>
**Sent:** Tuesday, 04 August 2026 11:50:25
**To:** Darin L. Buchalter <dbuchalter@delta-cgi.com>; Floca, Matt <[redacted]>; Berke, Elliot <[redacted]>; Makande, Lydia <[redacted]>; Khaled Aziza <kaziza@delta-cgi.com>; Campbell, Kolan A. [redacted]>
**Subject:** RE: [EXTERNAL]: Delta + KC GC

I have a conflict from 1-3

**Laura M. Hagan**
Associate General Counsel
John F. Kennedy Center for the Performing Arts
2700 F Street NW | Washington, DC 20566
(o) [redacted] | (m) [redacted]
Email: [redacted] | www.kennedy-center.org

**The Kennedy Center**

---

**From:** Darin L. Buchalter <dbuchalter@delta-cgi.com>
**Sent:** Tuesday, August 4, 2026 11:49 AM
**To:** Floca, Matt <[redacted]>; Berke, Elliot <[redacted]>; Makande, Lydia <[redacted]>; Hagan, Laura <[redacted]>; Khaled Aziza <kaziza@delta-cgi.com>; Campbell, Kolan A. <[redacted]>
**Subject:** [EXTERNAL]: Delta + KC GC

May we move this call to 2 pm tomorrow?

**Darin L. Buchalter**
**Chief Executive Officer**
CRE, FRICS
**D:** +1 (646) 814 9421 | **M:** +1 [redacted]
**E:** dbuchalter@delta-cgi.com
Based in the New York metro area | Serving clients globally
delta-cgi.com

*This email contains information from Delta Consulting Group which may be privileged or confidential. The information contained herein, or attached, is for the exclusive use of the addressee above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this information is prohibited. If you have received this electronic mail transmission in error, please notify us and delete the message without reading, copying, saving or disclosing it.*

---

**From:** Floca, Matt
**Sent:** Monday, 03 August 2026 13:11:43
**To:** Floca, Matt <[redacted]>; Berke, Elliot <[redacted]>; Makande, Lydia <[redacted]; Hagan, Laura <[redacted]>; Darin L. Buchalter <dbuchalter@delta-cgi.com>; Khaled Aziza <kaziza@delta-cgi.com>; Campbell, Kolan A. <[redacted]>
**Subject:** Delta + KC GC
**When:** Wednesday, August 5, 2026 12:30 PM-1:00 PM.
**Where:** Microsoft Teams Meeting

Please let me know if this time does not work.

---

## Microsoft Teams meeting

**Join:**
https://teams.microsoft.com/meet/288953902552619?p=N10ejYlxbNNsvToKxC

Meeting ID: 288 953 902 552 619

Passcode: So3jT9tE

---

Need help? | System reference

**Dial in by phone**

+1 332-249-0718,,673553094# United States, New York City

Find a local number

Phone conference ID: 673 553 094#

For organizers: Meeting options | Reset dial-in PIN

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information.

---

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

CAUTION: **This email originated from outside of The Kennedy Center. DO NOT click any links or open attachments unless you recognize the sender and know the content is safe.**

---

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

---

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

---

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

---

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

---

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

**Darin L. Buchalter**

| | |
|---|---|
| **From:** | Berke, Elliot <[redacted]> |
| **Sent:** | Monday, August 10, 2026 6:50 PM |
| **To:** | Floca, Matt; Arduin, Donna; Antkowiak, Alex; Darin L. Buchalter |
| **Subject:** | Re: [EXTERNAL]: The Kennedy Center \| Board Briefing |

[redacted]

[redacted]

[redacted]

[redacted]

**Elliot S. Berke**
General Counsel
John F. Kennedy Center for the Performing Arts
2700 F Street NW | Washington, DC 20566

[redacted] (o) | [redacted] (c)
Email: [redacted]
www.kennedy-center.org

---

**From:** Floca, Matt <[redacted]>
**Sent:** Monday, August 10, 2026 6:30 PM
**To:** Berke, Elliot <[redacted]>; Arduin, Donna <[redacted]>; Antkowiak, Alex <[redacted]>; dbuchalter <dbuchalter@delta-cgi.com>
**Subject:** Fw: [EXTERNAL]: The Kennedy Center | Board Briefing

Thanks Darin! I think this looks good. CC the team.

Elliot,

Will call you shorty.

Matt Floca
Executive Director & Chief Operating Officer
The John F. Kennedy Center for the Performing Arts

2700 F Street NW | Washington, DC 20566
[redacted] | Kennedy-Center.org

---

**From:** Darin L. Buchalter <dbuchalter@delta-cgi.com>
**Sent:** Monday, 10 August 2026 18:26:06
**To:** Floca, Matt <[redacted]>
**Subject:** [EXTERNAL]: The Kennedy Center | Board Briefing

Matt:

Please review the attached.

Best,

Darin

**Darin L. Buchalter**
**Chief Executive Officer**
CRE, FRICS
**D:** +1 (646) 814 9421 | **M:** +1 [redacted]
**E:** dbuchalter@delta-cgi.com
Based in the New York metro area | Serving clients globally
delta-cgi.com

*This email contains information from Delta Consulting Group which may be privileged or confidential. The information contained herein, or attached, is for the exclusive use of the addressee above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this information is prohibited. If you have received this electronic mail transmission in error, please notify us and delete the message without reading, copying, saving or disclosing it.*

CAUTION: This email originated from outside of The Kennedy Center. DO NOT click any links or open attachments unless you recognize the sender and know the content is safe.

---

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

**Darin L. Buchalter**

**From:** Berke, Elliot <[redacted]>
**Sent:** Monday, August 10, 2026 12:04 PM
**To:** Darin L. Buchalter
**Cc:** Arduin, Donna; Floca, Matt; Antkowiak, Alex; Khaled Aziza
**Subject:** Re: [EXTERNAL]: Delta + KC GC

[redacted]:

[redacted]

[redacted]

- [redacted]

**Elliot S. Berke**
General Counsel
John F. Kennedy Center for the Performing Arts
2700 F Street NW | Washington, DC 20566

[redacted] (o) | [redacted] (c)
Email: [redacted]
www.kennedy-center.org

On Aug 8, 2026, at 11:34 AM, Darin L. Buchalter <dbuchalter@delta-cgi.com> wrote:

See highlight. This amount is included in the 62? If yes, what is the 62 net of this figure? That would be your in place pledges?

**Darin L. Buchalter**
**Chief Executive Officer**
CRE, FRICS
D: +1 (646) 814 9421 | M: +1 [redacted]
E: dbuchalter@delta-cgi.com
Based in the New York metro area | Serving clients globally

<delta_linkedin_icon_6aff6e4c-0baf-4d5a-b893-d0dd0ea47337.png> <delta_facebook_icon_86990161-e2c3-4082-9dde-319e0955036e.png> <delta_x_icon_60e82a31-e72e-477c-a722-2f373db41305.png> <delta_instagram_icc a9c7-41bb-af85-3a29b975eddc.png>

*This email contains information from Delta Consulting Group which may be privileged or confidential. The information contained herein, or attached, is foi the addressee above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this information is prohibited. If yc electronic mail transmission in error, please notify us and delete the message without reading, copying, saving or disclosing it.*

**From:** Arduin, Donna <[redacted]>
**Sent:** Saturday, August 8, 2026 11:26 AM
**To:** Floca, Matt <[redacted]>; Berke, Elliot <[redacted]>; Antkowiak, Alex <[redacted]>; Khaled Aziza <kaziza@delta-cgi.com>; Darin L. Buchalter <dbuchalter@delta-cgi.com>
**Subject:** Re: [EXTERNAL]: Delta + KC GC

I should have added a note there, Darin. Matt and I are using our FY 27 contributed revenue number because we have no reasonable belief we could raise more if we stay open. $62 m is the amount we have in solid pledges for the KC with no new fundraising, and for the NSO, a reasonable FY 27 fundraising goal.

---

**From:** Darin L. Buchalter <dbuchalter@delta-cgi.com>
**Sent:** Saturday, 08 August 2026 11:18:35
**To:** Arduin, Donna <[redacted]>; Floca, Matt <[redacted]>; Berke, Elliot <[redacted]>; Antkowiak, Alex <[redacted]>; Khaled Aziza <kaziza@delta-cgi.com>
**Subject:** RE: [EXTERNAL]: Delta + KC GC

And, just to confirm, contributed revenue of 62 is actual for FY 25?

**Darin L. Buchalter**

**Chief Executive Officer**
CRE, FRICS

**D:** +1 (646) 814 9421 | **M:** +1 [redacted]
**E:** dbuchalter@delta-cgi.com
Based in the New York metro area | Serving clients globally

<image002.png> <image003.png> <image004.png> <image005.png>

*This email contains information from Delta Consulting Group which may be privileged or confidential. The information contained herein, or attached, is for the exclusive use of the addressee above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this information is prohibited. If you have received this electronic mail transmission in error, please notify us and delete the message without reading, copying, saving or disclosing it.*

---

**From:** Darin L. Buchalter
**Sent:** Saturday, August 8, 2026 11:17 AM
**To:** 'Arduin, Donna' <[redacted]>; Floca, Matt <[redacted]>; Berke, Elliot <[redacted]>; Antkowiak, Alex <[redacted]>; Khaled Aziza <kaziza@delta-cgi.com>
**Subject:** RE: [EXTERNAL]: Delta + KC GC

Donna:

On the KC programming of 59 is the 75% a floor space reduction and 80% a sales reduction stemming from construction impacts? Is that how you think about it?

Best regards,

Darin

---

**From:** Arduin, Donna <[redacted]>
**Sent:** Saturday, August 8, 2026 8:59 AM
**To:** Floca, Matt <[redacted]>; Darin L. Buchalter <[redacted]>; Berke, Elliot <[redacted]>; Antkowiak, Alex <[redacted]>; Khaled Aziza <kaziza@delta-cgi.com>
**Subject:** Re: [EXTERNAL]: Delta + KC GC

I get this line using FY 25 financial statements and discounting ticket sales:

Revenue
KC programming: 59m*.75*.8=35.4 m
Opera programming: make this zero
NSO programming: 13
Education: 6
Tkt handling and Aux: 20m*.75*.8=12 m
Total: 66

Contributed revenue: 62

Expenses: 218

Ex-WNO: 211

Deficit: 83 m

---

**From:** Floca, Matt <[redacted]>
**Sent:** Friday, August 7, 2026 7:10 PM
**To:** dbuchalter <dbuchalter@delta-cgi.com>; Berke, Elliot <[redacted]>; Arduin, Donna <[redacted]>; Antkowiak, Alex <[redacted]>; Khaled Aziza <kaziza@delta-cgi.com>
**Subject:** Re: [EXTERNAL]: Delta + KC GC

Donna,

I took a stab at this. Can you please review?

Matt Floca
Executive Director & Chief Operating Officer
The John F. Kennedy Center for the Performing Arts
2700 F Street NW | Washington, DC 20566
[redacted] | Kennedy-Center.org

---

**From:** Darin L. Buchalter <dbuchalter@delta-cgi.com>
**Sent:** Friday, August 7, 2026 5:07 PM
**To:** Berke, Elliot [redacted]
**Cc:** Floca, Matt <[redacted]
**Subject:** RE: [EXTERNAL]: Delta + KC GC

We will make revisions this weekend and be sure to send you a copy. Thank you, Elliot.

**Darin L. Buchalter**
**Chief Executive Officer**
CRE, FRICS
**D:** +1 (646) 814 9421 | **M:** +1 [redacted]
**E:** dbuchalter@delta-cgi.com
Based in the New York metro area | Serving clients globally

<image002.png> <image003.png> <image004.png> <image005.png>

*This email contains information from Delta Consulting Group which may be privileged or confidential. The information contained herein, or attached, is for the exclusive use of the addressee above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this information is prohibited. If you have received this electronic mail transmission in error, please notify us and delete the message without reading, copying, saving or disclosing it.*

**From:** Berke, Elliot <[redacted]>
**Sent:** Friday, August 7, 2026 2:39 PM
**To:** Darin L. Buchalter <dbuchalter@delta-cgi.com>
**Cc:** Floca, Matt [redacted]>
**Subject:** Re: [EXTERNAL]: Delta + KC GC

Nice work today. I think that's helped. Can you send me the materials you intend to circulate to the board — even if in draft form? [redacted]

**Elliot S. Berke**
General Counsel
John F. Kennedy Center for the Performing Arts
2700 F Street NW | Washington, DC 20566

[redacted] (o) | [redacted] (c)
Email: [redacted]
www.kennedy-center.org

On Aug 4, 2026, at 11:55 AM, Darin L. Buchalter <dbuchalter@delta-cgi.com> wrote:

3 pm would be great.

**Darin L. Buchalter**
**Chief Executive Officer**
CRE, FRICS
**D:** +1 (646) 814 9421 | **M:** +1 [redacted]
**E:** dbuchalter@delta-cgi.com
Based in the New York metro area | Serving clients globally

<image002.png> <image003.png> <image004.png> <image005.png>

*This email contains information from Delta Consulting Group which may be privileged or confidential. The information contained herein, or attached, is for the exclusive use of the addressee above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this information is prohibited. If you have received this electronic mail transmission in error, please notify us and delete the message without reading, copying, saving or disclosing it.*

---

**From:** Hagan, Laura <[redacted]>
**Sent:** Tuesday, 04 August 2026 11:50:25
**To:** Darin L. Buchalter <dbuchalter@delta-cgi.com>; Floca, Matt <[redacted]>; Berke, Elliot <[redacted]>; Makande, Lydia <[redacted]>; Khaled Aziza <kaziza@delta-cgi.com>; Campbell, Kolan A. <[redacted]>
**Subject:** RE: [EXTERNAL]: Delta + KC GC

I have a conflict from 1-3

**Laura M. Hagan**
Associate General Counsel
John F. Kennedy Center for the Performing Arts
2700 F Street NW | Washington, DC 20566
(o) [redacted] | (m) [redacted]
Email: [redacted] | www.kennedy-center.org

<image007.jpg>

---

**From:** Darin L. Buchalter <dbuchalter@delta-cgi.com>
**Sent:** Tuesday, August 4, 2026 11:49 AM
**To:** Floca, Matt <[redacted]>; Berke, Elliot <[redacted]>; Makande, Lydia <[redacted]>; Hagan, Laura <[redacted]>; Khaled Aziza <kaziza@delta-cgi.com>; Campbell, Kolan A. <[redacted]>
**Subject:** [EXTERNAL]: Delta + KC GC

May we move this call to 2 pm tomorrow?

**Darin L. Buchalter**
**Chief Executive Officer**
CRE, FRICS
**D:** +1 (646) 814 9421 | **M:** +1 [redacted]
**E:** dbuchalter@delta-cgi.com
Based in the New York metro area | Serving clients globally

<image002.png> <image003.png> <image004.png> <image005.png>

*This email contains information from Delta Consulting Group which may be privileged or confidential. The information contained herein, or attached, is for the exclusive use of the addressee above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this information is prohibited. If you have received this electronic mail transmission in error, please notify us and delete the message without reading, copying, saving or disclosing it.*

---

**From:** Floca, Matt
**Sent:** Monday, 03 August 2026 13:11:43
**To:** Floca, Matt <[redacted]>; Berke, Elliot <[redacted]>; Makande, Lydia <[redacted]>; Hagan, Laura <[redacted]>; Darin L. Buchalter <dbuchalter@delta-cgi.com>; Khaled Aziza <kaziza@delta-cgi.com>; Campbell, Kolan A. <[redacted]>
**Subject:** Delta + KC GC
**When:** Wednesday, August 5, 2026 12:30 PM-1:00 PM.
**Where:** Microsoft Teams Meeting

Please let me know if this time does not work.

---

## Microsoft Teams meeting

**Join:**
https://teams.microsoft.com/meet/288953902552619?p=N10ejYlxbNNsvToKxC

Meeting ID: 288 953 902 552 619

Passcode: So3jT9tE

---

Need help? | System reference

**Dial in by phone**

+1 332-249-0718,,673553094# United States, New York City

Find a local number

Phone conference ID: 673 553 094#

For organizers: Meeting options | Reset dial-in PIN

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information.

---

–

---

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

CAUTION: This email originated from outside of The Kennedy Center. DO NOT click any links or open attachments unless you recognize the sender and know the content is safe.

---

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

---

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any actior in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

---

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

---

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

---

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

**Darin L. Buchalter**

---

**From:** Berke, Elliot <[redacted]>
**Sent:** Friday, August 7, 2026 2:39 PM
**To:** Darin L. Buchalter
**Cc:** Floca, Matt
**Subject:** Re: [EXTERNAL]: Delta + KC GC

Nice work today. I think that's helped. Can you send me the materials you intend to circulate to the board — even if in draft form? [redacted]

**Elliot S. Berke**
General Counsel
John F. Kennedy Center for the Performing Arts
2700 F Street NW | Washington, DC 20566

[redacted] (o) | [redacted] (c)
Email: [redacted]
www.kennedy-center.org

On Aug 4, 2026, at 11:55 AM, Darin L. Buchalter <dbuchalter@delta-cgi.com> wrote:

3 pm would be great.

**Darin L. Buchalter**
**Chief Executive Officer**
CRE, FRICS
**D:** +1 (646) 814 9421 | **M:** +1 [redacted]
**E:** dbuchalter@delta-cgi.com
Based in the New York metro area | Serving clients globally
delta-cgi.com

*This email contains information from Delta Consulting Group which may be privileged or confidential. The information contained herein, or attached, is for the exclusive use of the addressee above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this information is prohibited. If you have received this electronic mail transmission in error, please notify us and delete the message without reading, copying, saving or disclosing it.*

---

**From:** Hagan, Laura <[redacted]>
**Sent:** Tuesday, 04 August 2026 11:50:25
**To:** Darin L. Buchalter <dbuchalter@delta-cgi.com>; Floca, Matt <[redacted]>; Berke, Elliot <[redacted]>; Makande, Lydia <[redacted]>; Khaled Aziza

<kaziza@delta-cgi.com>; Campbell, Kolan A. <[redacted]>
**Subject:** RE: [EXTERNAL]: Delta + KC GC

I have a conflict from 1-3

**Laura M. Hagan**
Associate General Counsel
John F. Kennedy Center for the Performing Arts
2700 F Street NW | Washington, DC 20566
(o) [redacted] | (m) [redacted]
Email: [redacted] | www.kennedy-center.org

The Kennedy Center

**From:** Darin L. Buchalter <dbuchalter@delta-cgi.com>
**Sent:** Tuesday, August 4, 2026 11:49 AM
**To:** Floca, Matt <[redacted]>; Berke, Elliot <[redacted]>; Makande, Lydia [redacted]>; Hagan, Laura <[redacted]>; Khaled Aziza <kaziza@delta-cgi.com>; Campbell, Kolan A. <[redacted]>
**Subject:** [EXTERNAL]: Delta + KC GC

May we move this call to 2 pm tomorrow?

**Darin L. Buchalter**
**Chief Executive Officer**
CRE, FRICS
**D:** +1 (646) 814 9421 | **M:** +1 [redacted]
**E:** dbuchalter@delta-cgi.com
Based in the New York metro area | Serving clients globally
delta-cgi.com

DELTA

*This email contains information from Delta Consulting Group which may be privileged or confidential. The information contained herein, or attached, is for the exclusive use of the addressee above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this information is prohibited. If you have received this electronic mail transmission in error, please notify us and delete the message without reading, copying, saving or disclosing it.*

---

**From:** Floca, Matt
**Sent:** Monday, 03 August 2026 13:11:43
**To:** Floca, Matt <[redacted]>; Berke, Elliot <[redacted]>; Makande, Lydia <[redacted]; Hagan, Laura [redacted]>; Darin L.

Buchalter <dbuchalter@delta-cgi.com>; Khaled Aziza <kaziza@delta-cgi.com>; Campbell, Kolan A. [redacted]>
**Subject:** Delta + KC GC
**When:** Wednesday, August 5, 2026 12:30 PM-1:00 PM.
**Where:** Microsoft Teams Meeting

Please let me know if this time does not work.

---

## Microsoft Teams meeting

**Join:**
https://teams.microsoft.com/meet/288953902552619?p=N10ejYlxbNNsvToKxC

Meeting ID: 288 953 902 552 619

Passcode: So3jT9tE

---

Need help? | System reference

**Dial in by phone**

+1 332-249-0718,,673553094# United States, New York City

Find a local number

Phone conference ID: 673 553 094#

For organizers: Meeting options | Reset dial-in PIN

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information.

---

---

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

CAUTION: This email originated from outside of The Kennedy Center. DO NOT click any links or open attachments unless you recognize the sender and know the content is safe.

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

**Darin L. Buchalter**

| | |
|---|---|
| **From:** | Berke, Elliot <[redacted]> |
| **Sent:** | Tuesday, August 4, 2026 11:51 AM |
| **To:** | Hagan, Laura; Darin L. Buchalter; Floca, Matt; Makande, Lydia; Khaled Aziza; Campbell, Kolan A. |
| **Subject:** | RE: [EXTERNAL]: Delta + KC GC |

I can 2:30pm onward.

**Elliot S. Berke**
General Counsel
John F. Kennedy Center for the Performing Arts
2700 F Street NW | Washington, DC 20566

[redacted] (o) | [redacted] (c)
Email: [redacted]
www.kennedy-center.org

---

**From:** Hagan, Laura <[redacted]>
**Sent:** Tuesday, August 4, 2026 11:50 AM
**To:** Darin L. Buchalter <dbuchalter@delta-cgi.com>; Floca, Matt <[redacted]>; Berke, Elliot <[redacted]>; Makande, Lydia <[redacted]>; Khaled Aziza <kaziza@delta-cgi.com>; Campbell, Kolan A. <[redacted]>
**Subject:** RE: [EXTERNAL]: Delta + KC GC

I have a conflict from 1-3

**Laura M. Hagan**
Associate General Counsel
John F. Kennedy Center for the Performing Arts
2700 F Street NW | Washington, DC 20566
(o) [redacted] | (m) [redacted]
Email: [redacted] | www.kennedy-center.org

**The Kennedy Center**

---

**From:** Darin L. Buchalter <dbuchalter@delta-cgi.com>
**Sent:** Tuesday, August 4, 2026 11:49 AM
**To:** Floca, Matt <[redacted]>; Berke, Elliot <[redacted]>; Makande, Lydia <[redacted]>; Hagan, Laura <[redacted]>; Khaled Aziza <kaziza@delta-cgi.com>; Campbell, Kolan A. <[redacted]>
**Subject:** [EXTERNAL]: Delta + KC GC

May we move this call to 2 pm tomorrow?

**Darin L. Buchalter**
**Chief Executive Officer**
CRE, FRICS
**D:** +1 (646) 814 9421 | **M:** +1 [redacted]
**E:** dbuchalter@delta-cgi.com
Based in the New York metro area | Serving clients globally
delta-cgi.com

*This email contains information from Delta Consulting Group which may be privileged or confidential. The information contained herein, or attached, is for the exclusive use of the addressee above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this information is prohibited. If you have received this electronic mail transmission in error, please notify us and delete the message without reading, copying, saving or disclosing it.*

---

**From:** Floca, Matt
**Sent:** Monday, 03 August 2026 13:11:43
**To:** Floca, Matt <[redacted]>; Berke, Elliot <[redacted]>; Makande, Lydia [redacted]>; Hagan, Laura [redacted]>; Darin L. Buchalter <dbuchalter@delta-cgi.com>; Khaled Aziza <kaziza@delta-cgi.com>; Campbell, Kolan A. <[redacted]>
**Subject:** Delta + KC GC
**When:** Wednesday, August 5, 2026 12:30 PM-1:00 PM.
**Where:** Microsoft Teams Meeting

Please let me know if this time does not work.

---

## Microsoft Teams meeting

### Join:

https://teams.microsoft.com/meet/288953902552619?p=N10ejYlxbNNsvToKxC

Meeting ID: 288 953 902 552 619

Passcode: So3jT9tE

---

Need help? | System reference

**Dial in by phone**

+1 332-249-0718,,673553094# United States, New York City

Find a local number

Phone conference ID: 673 553 094#

For organizers: Meeting options | Reset dial-in PIN

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information.

---

---

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

CAUTION: This email originated from outside of The Kennedy Center. DO NOT click any links or open attachments unless you recognize the sender and know the content is safe.

---

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

**Darin L. Buchalter**

**From:** Berke, Elliot <[redacted]>
**Sent:** Monday, August 3, 2026 1:18 PM
**To:** Floca, Matt
**Cc:** Hagan, Laura; Makande, Lydia; Campbell, Kolan A.; Darin L. Buchalter; Khaled Aziza
**Subject:** Re: DOJ Meeting

You don't often get email from [redacted] Learn why this is important

Got it. We can handle that.

**Elliot S. Berke**
General Counsel
John F. Kennedy Center for the Performing Arts
2700 F Street NW | Washington, DC 20566

[redacted] (o) | [redacted] (c)
Email: [redacted]
www.kennedy-center.org

On Aug 3, 2026, at 7:13 PM, Floca, Matt <[redacted]> wrote:

I scheduled some time on Wednesday for us. Darin from Delta is on this email and can confirm the thinking or questions but from our conversation after the committee meeting it relates to exactly what documents are going to be prepared for the board and then used in subsequent status reports.

Matt Floca
Executive Director & Chief Operating Officer
The John F. Kennedy Center for the Performing Arts
2700 F Street NW | Washington, DC 20566
[redacted] Kennedy-Center.org

**From:** Berke, Elliot [redacted]
**Sent:** Monday, August 3, 2026 12:56 PM
**To:** Floca, Matt <[redacted]>
**Cc:** Hagan, Laura <[redacted]>; Makande, Lydia <[redacted]>; dbuchalter@delta-cgi.com; Khaled Aziza <kaziza@delta-cgi.com>; Campbell, Kolan A. <[redacted]>
**Subject:** Re: DOJ Meeting

[redacted] I'm happy to do so.

**Elliot S. Berke**
General Counsel
John F. Kennedy Center for the Performing Arts
2700 F Street NW | Washington, DC 20566

[redacted] (o) | [redacted] (c)
Email: [redacted]
www.kennedy-center.org

On Aug 3, 2026, at 6:48 PM, Floca, Matt <[redacted]> wrote:

Delta would like to [redacted]

How should we schedule?

I think it makes sense to have [redacted].

Matt Floca
Executive Director & Chief Operating Officer
The John F. Kennedy Center for the Performing Arts
2700 F Street NW | Washington, DC 20566
[redacted] | Kennedy-Center.org

---

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

**Darin L. Buchalter**

---

**From:** Berke, Elliot <[redacted]>
**Sent:** Monday, August 3, 2026 12:56 PM
**To:** Floca, Matt
**Cc:** Hagan, Laura; Makande, Lydia; Darin L. Buchalter; Khaled Aziza; Campbell, Kolan A.
**Subject:** Re: DOJ Meeting

**DELTA CONSULTING GROUP couldn't recognize this email as this is the first time you received an email from this sender** [redacted]

You don't often get email from [redacted] Learn why this is important

[redacted] I'm happy to do so.

**Elliot S. Berke**
General Counsel
John F. Kennedy Center for the Performing Arts
2700 F Street NW | Washington, DC 20566

[redacted] (o) | [redacted] (c)
Email: [redacted]
www.kennedy-center.org

On Aug 3, 2026, at 6:48 PM, Floca, Matt <[redacted]> wrote:

Delta would like to [redacted].

How should we schedule?

I think it makes sense to have [redacted].

Matt Floca
Executive Director & Chief Operating Officer
The John F. Kennedy Center for the Performing Arts
2700 F Street NW | Washington, DC 20566
[redacted] | Kennedy-Center.org

---

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities

other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

**Darin L. Buchalter**

---

| | |
|---|---|
| **From:** | Darin L. Buchalter |
| **Sent:** | Tuesday, September 15, 2026 9:49 PM |
| **To:** | Floca, Matt; Berke, Elliot |
| **Subject:** | Delta Consulting |
| **Attachments:** | Addendum to Expert Report of Darin L. Buchalter.pdf |

As discussed.

**Darin L. Buchalter**

**From:** Darin L. Buchalter
**Sent:** Thursday, August 20, 2026 8:04 AM
**To:** [redacted]
**Subject:** Darin L. Buchalter shared "Kennedy Center Expert Report - Delta Consulting Group FINAL" with you

## Darin L. Buchalter shared a file with you

Here's the document that Darin L. Buchalter shared with you.

Kennedy Center Expert Report - Delta Consulting Group FINAL

This link only works for the direct recipients of this message.

Open

DELTA

This email is generated through Delta Consulting Group's use of Microsoft 365 and may contain content that is controlled by Delta Consulting Group.

**Darin L. Buchalter**

**From:** Darin L. Buchalter
**Sent:** Friday, August 14, 2026 12:50 PM
**To:** Floca, Matt
**Subject:** Accepted: Kennedy Center + Delta

**Darin L. Buchalter**

**From:** Darin L. Buchalter
**Sent:** Wednesday, August 12, 2026 8:03 PM
**To:** Matt Floca
**Subject:** ** FOR PRESENTATION **
**Attachments:** Construction Program Assessment Deck vFn.pptx

This is the presentation in native format for best presentation quality. Please direct this material to the person running tomorrow's presentation.

**Darin L. Buchalter**

**From:** Darin L. Buchalter
**Sent:** Wednesday, August 12, 2026 4:50 PM
**To:** Floca, Matt
**Subject:** Accepted: BoT Prep

**Darin L. Buchalter**

**From:** Darin L. Buchalter
**Sent:** Wednesday, August 12, 2026 4:27 PM
**To:** Elliot Berke; Matt Floca
**Subject:** RE:

Very well done. Can we change report to presentation in recital 4?

**From:** Elliot Berke <[redacted]>
**Sent:** Wednesday, August 12, 2026 3:50 PM
**To:** Darin L. Buchalter <dbuchalter@delta-cgi.com>; Matt Floca <[redacted]>
**Subject:**

You don't often get email from [redacted]. Learn why this is important

Delta Consulting Group conducted a thorough review of the costs and benefits of each option, and reported its findings through an oral presentation:

Delta Consulting Group's findings, reflected in its report and in the Minutes, demonstrate that the risks and costs of a phased renovation and restoration so greatly outweigh any potential benefit that the only viable safe and fiscally prudent course is to shut down the Center entirely during construction;

Delta Consulting Group's findings will be memorialized for the Board and will be submitted as part of any court record;

Elliot S. Berke
Managing Partner
Berke Farah LLP
1730 Pennsylvania Ave NW, Suite 200
Washington, DC 20006

[redacted] (Tel.)
http://www.berkefarah.com

*This e-mail may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading forwarding to others. The following statement is provided pursuant to U.S. Treasury Department Regulations: This communication is not intended or written to be used, and cannot be used, by a taxpayer for the purpose of avoiding penalties that the Internal Revenue Service may impose on the taxpayer.*

**Darin L. Buchalter**

| | |
|---|---|
| **From:** | Darin L. Buchalter |
| **Sent:** | Wednesday, August 12, 2026 2:28 PM |
| **To:** | Floca, Matt |
| **Subject:** | Accepted: BoT Prep |

**Darin L. Buchalter**

**From:** Darin L. Buchalter
**Sent:** Wednesday, August 12, 2026 12:03 PM
**To:** Floca, Matt
**Subject:** Accepted: BoT Prep

**Darin L. Buchalter**

---

**From:** Darin L. Buchalter
**Sent:** Wednesday, August 12, 2026 10:34 AM
**To:** Floca, Matt
**Subject:** Accepted: BoT Prep

**Darin L. Buchalter**

---

| | |
|---|---|
| **From:** | Darin L. Buchalter |
| **Sent:** | Monday, August 10, 2026 7:20 PM |
| **To:** | Floca, Matt |
| **Subject:** | Kennedy Center \| Final BOD presentation |
| **Attachments:** | Kennedy Center Construction Program Assessment_vF.pdf |

**Darin L. Buchalter**

**From:** Darin L. Buchalter
**Sent:** Monday, August 10, 2026 6:26 PM
**To:** Floca, Matt
**Subject:** The Kennedy Center | Board Briefing
**Attachments:** Kennedy Center Construction Program Assessment.pdf

Matt:

Please review the attached.

Best,

Darin

## Darin L. Buchalter

| | |
|---|---|
| **Subject:** | Final Edits |
| **Location:** | Microsoft Teams Meeting |
| **Start:** | Mon 8/10/2026 5:30 PM |
| **End:** | Mon 8/10/2026 6:00 PM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |
| **Meeting Status:** | Not yet responded |
| **Organizer:** | Darin L. Buchalter |
| **Required Attendees:** | Floca, Matt; Carrie Sherreard; Cory Milburn |

---

## Microsoft Teams meeting

**Join:** https://teams.microsoft.com/meet/217893474932423?p=NMOnEoaOp4a9NzbyK4

Meeting ID: 217 893 474 932 423

Passcode: FV3Qe7wT

---

Need help? | System reference

**Dial in by phone**

+1 332-249-0740,,176466713# United States, New York City

Find a local number

Phone conference ID: 176 466 713#

For organizers: Meeting options | Reset dial-in PIN

---

**Darin L. Buchalter**

---

**From:** Darin L. Buchalter
**Sent:** Monday, August 10, 2026 12:57 PM
**To:** Floca, Matt
**Subject:** Accepted: Board Prep

## Darin L. Buchalter

**From:** Darin L. Buchalter
**Sent:** Sunday, August 9, 2026 12:41 PM
**To:** Floca, Matt
**Subject:** Accepted: Board Prep

**Darin L. Buchalter**

**From:** Darin L. Buchalter
**Sent:** Saturday, August 8, 2026 2:38 PM
**To:** Floca, Matt
**Subject:** Logistics

Where is the Board Meeting of the Center held?

## Darin L. Buchalter

| | |
|---|---|
| **Subject:** | Meeting with Sec. Ludnick |
| **Location:** | Herbert C. Hoover Federal Building (1401 Constitution Ave NW, Washington, DC 20230) |
| **Start:** | Fri 8/7/2026 12:30 PM |
| **End:** | Fri 8/7/2026 2:00 PM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |
| **Meeting Status:** | Not yet responded |
| **Organizer:** | Darin L. Buchalter |
| **Required Attendees:** | Floca, Matt |

**Darin L. Buchalter**

| | |
|---|---|
| **From:** | Darin L. Buchalter |
| **Sent:** | Saturday, August 8, 2026 11:33 AM |
| **To:** | Arduin, Donna; Floca, Matt; Berke, Elliot; Antkowiak, Alex; Khaled Aziza |
| **Subject:** | RE: [EXTERNAL]: Delta + KC GC |

See highlight. This amount is included in the 62? If yes, what is the 62 net of this figure? That would be your in place pledges?

---

**From:** Arduin, Donna <[redacted]>
**Sent:** Saturday, August 8, 2026 11:26 AM
**To:** Floca, Matt <[redacted]>; Berke, Elliot <[redacted]>; Antkowiak, Alex <[redacted]>; Khaled Aziza <kaziza@delta-cgi.com>; Darin L. Buchalter <dbuchalter@delta-cgi.com>
**Subject:** Re: [EXTERNAL]: Delta + KC GC

I should have added a note there, Darin. Matt and I are using our FY 27 contributed revenue number because we have no reasonable belief we could raise more if we stay open. $62 m is the amount we have in solid pledges for the KC with no new fundraising, and for the NSO, a reasonable FY 27 fundraising goal.

---

**From:** Darin L. Buchalter <dbuchalter@delta-cgi.com>
**Sent:** Saturday, 08 August 2026 11:18:35
**To:** Arduin, Donna <[redacted]>; Floca, Matt <[redacted]>; Berke, Elliot <[redacted]>; Antkowiak, Alex <[redacted]>; Khaled Aziza <kaziza@delta-cgi.com>
**Subject:** RE: [EXTERNAL]: Delta + KC GC

And, just to confirm, contributed revenue of 62 is actual for FY 25?

**Darin L. Buchalter**
**Chief Executive Officer**
CRE, FRICS
**D:** +1 (646) 814 9421 | **M:** +1 [redacted]
**E:** dbuchalter@delta-cgi.com
Based in the New York metro area | Serving clients globally
delta-cgi.com

*This email contains information from Delta Consulting Group which may be privileged or confidential. The information contained herein, or attached, is for the exclusive use of the addressee above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this information is prohibited. If you have received this electronic mail transmission in error, please notify us and delete the message without reading, copying, saving or disclosing it.*

---

**From:** Darin L. Buchalter
**Sent:** Saturday, August 8, 2026 11:17 AM
**To:** 'Arduin, Donna'[redacted]>; Floca, Matt <[redacted]>; Berke, Elliot

<[redacted]>; Antkowiak, Alex [redacted]>; Khaled Aziza <kaziza@delta-cgi.com>
**Subject:** RE: [EXTERNAL]: Delta + KC GC

Donna:

On the KC programming of 59 is the 75% a floor space reduction and 80% a sales reduction stemming from construction impacts? Is that how you think about it?

Best regards,

Darin

---

**From:** Arduin, Donna <[redacted]>
**Sent:** Saturday, August 8, 2026 8:59 AM
**To:** Floca, Matt <[redacted]>; Darin L. Buchalter <dbuchalter@delta-cgi.com>; Berke, Elliot <[redacted]>; Antkowiak, Alex <[redacted]>; Khaled Aziza <kaziza@delta-cgi.com>
**Subject:** Re: [EXTERNAL]: Delta + KC GC

I get this line using FY 25 financial statements and discounting ticket sales:

Revenue
KC programming: 59m*.75*.8=35.4 m
Opera programming: make this zero
NSO programming: 13
Education: 6
Tkt handling and Aux: 20m*.75*.8=12 m
Total: 66

Contributed revenue: 62

Expenses: 218
Ex-WNO: 211

Deficit: 83 m

---

**From:** Floca, Matt <[redacted]>
**Sent:** Friday, August 7, 2026 7:10 PM
**To:** dbuchalter <dbuchalter@delta-cgi.com>; Berke, Elliot <[redacted]>; Arduin, Donna <[redacted]>; Antkowiak, Alex [redacted]>; Khaled Aziza <kaziza@delta-cgi.com>
**Subject:** Re: [EXTERNAL]: Delta + KC GC

Donna,

I took a stab at this. Can you please review?

Matt Floca
Executive Director & Chief Operating Officer
The John F. Kennedy Center for the Performing Arts
2700 F Street NW | Washington, DC 20566
[redacted] | Kennedy-Center.org

---

**From:** Darin L. Buchalter <dbuchalter@delta-cgi.com>
**Sent:** Friday, August 7, 2026 5:07 PM
**To:** Berke, Elliot <[redacted]>
**Cc:** Floca, Matt <[redacted]>
**Subject:** RE: [EXTERNAL]: Delta + KC GC

We will make revisions this weekend and be sure to send you a copy. Thank you, Elliot.

**Darin L. Buchalter**
**Chief Executive Officer**
CRE, FRICS
**D:** +1 (646) 814 9421 | **M:** +1 [redacted]
**E:** dbuchalter@delta-cgi.com
Based in the New York metro area | Serving clients globally

delta-cgi.com

*This email contains information from Delta Consulting Group which may be privileged or confidential. The information contained herein, or attached, is for the exclusive use of the addressee above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this information is prohibited. If you have received this electronic mail transmission in error, please notify us and delete the message without reading, copying, saving or disclosing it.*

---

**From:** Berke, Elliot <[redacted]>
**Sent:** Friday, August 7, 2026 2:39 PM
**To:** Darin L. Buchalter <dbuchalter@delta-cgi.com>
**Cc:** Floca, Matt <[redacted]>
**Subject:** Re: [EXTERNAL]: Delta + KC GC

Nice work today. I think that's helped. Can you send me the materials you intend to circulate to the board — even if in draft form? [redacted].

**Elliot S. Berke**
General Counsel
John F. Kennedy Center for the Performing Arts
2700 F Street NW | Washington, DC 20566

[redacted] (o) | [redacted] (c)
Email: [redacted]

www.kennedy-center.org

On Aug 4, 2026, at 11:55 AM, Darin L. Buchalter <dbuchalter@delta-cgi.com> wrote:

3 pm would be great.

**Darin L. Buchalter**
**Chief Executive Officer**
CRE, FRICS
**D:** +1 (646) 814 9421 | **M:** +1 [redacted]
**E:** dbuchalter@delta-cgi.com
Based in the New York metro area | Serving clients globally
delta-cgl.com

*This email contains information from Delta Consulting Group which may be privileged or confidential. The information contained herein, or attached, is for the exclusive use of the addressee above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this information is prohibited. If you have received this electronic mail transmission in error, please notify us and delete the message without reading, copying, saving or disclosing it.*

---

**From:** Hagan, Laura <[redacted]>
**Sent:** Tuesday, 04 August 2026 11:50:25
**To:** Darin L. Buchalter <dbuchalter@delta-cgi.com>; Floca, Matt <[redacted]>; Berke, Elliot <[redacted]>; Makande, Lydia <[redacted]>; Khaled Aziza <kaziza@delta-cgi.com>; Campbell, Kolan A. <[redacted]>
**Subject:** RE: [EXTERNAL]: Delta + KC GC

I have a conflict from 1-3

**Laura M. Hagan**
Associate General Counsel
John F. Kennedy Center for the Performing Arts
2700 F Street NW | Washington, DC 20566
(o) [redacted] | (m) [redacted]
Email: [redacted] | www.kennedy-center.org

The Kennedy Center

**From:** Darin L. Buchalter <dbuchalter@delta-cgi.com>
**Sent:** Tuesday, August 4, 2026 11:49 AM
**To:** Floca, Matt <[redacted]>; Berke, Elliot <[redacted]>; Makande, Lydia <[redacted]>; Hagan, Laura <[redacted]>; Khaled Aziza <kaziza@delta-cgi.com>; Campbell, Kolan A. <[redacted]>
**Subject:** [EXTERNAL]: Delta + KC GC

May we move this call to 2 pm tomorrow?

**Darin L. Buchalter**
**Chief Executive Officer**
CRE, FRICS
**D:** +1 (646) 814 9421 | **M:** +1 [redacted]
**E:** dbuchalter@delta-cgi.com
Based in the New York metro area | Serving clients globally
delta-cgi.com

*This email contains information from Delta Consulting Group which may be privileged or confidential. The information contained herein, or attached, is for the exclusive use of the addressee above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this information is prohibited. If you have received this electronic mail transmission in error, please notify us and delete the message without reading, copying, saving or disclosing it.*

---

**From:** Floca, Matt
**Sent:** Monday, 03 August 2026 13:11:43
**To:** Floca, Matt <[redacted]>; Berke, Elliot <[redacted]>; Makande, Lydia <[redacted]>; Hagan, Laura <[redacted]>; Darin L. Buchalter <dbuchalter@delta-cgi.com>; Khaled Aziza <kaziza@delta-cgi.com>; Campbell, Kolan A. [redacted]>
**Subject:** Delta + KC GC
**When:** Wednesday, August 5, 2026 12:30 PM-1:00 PM.
**Where:** Microsoft Teams Meeting

Please let me know if this time does not work.

---

## Microsoft Teams meeting

**Join:**
https://teams.microsoft.com/meet/288953902552619?p=N10ejYlxbNNsvToKxC

Meeting ID: 288 953 902 552 619

Passcode: So3jT9tE

---

Need help? | System reference

**Dial in by phone**

+1 332-249-0718,,673553094# United States, New York City

Find a local number

Phone conference ID: 673 553 094#

For organizers: Meeting options | Reset dial-in PIN

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information.

---

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

CAUTION: This email originated from outside of The Kennedy Center. DO NOT click any links or open attachments unless you recognize the sender and know the content is safe.

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

---

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

---

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets,

attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

**Darin L. Buchalter**

| | |
|---|---|
| **From:** | Darin L. Buchalter |
| **Sent:** | Saturday, August 8, 2026 11:29 AM |
| **To:** | Arduin, Donna; Floca, Matt; Berke, Elliot; Antkowiak, Alex; Khaled Aziza |
| **Subject:** | RE: [EXTERNAL]: Delta + KC GC |

Understood. I am using 37.5 on programming space for reasons I explained to Matt and 18% sales impact based on YoY declines in revenue (FY23 to FY 25).

---

**From:** Arduin, Donna <[redacted]>
**Sent:** Saturday, August 8, 2026 11:22 AM
**To:** Floca, Matt <[redacted]>; Berke, Elliot <[redacted]>; Antkowiak, Alex <[redacted]>; Khaled Aziza <kaziza@delta-cgi.com>; Darin L. Buchalter <dbuchalter@delta-cgi.com>
**Subject:** Re: [EXTERNAL]: Delta + KC GC

I was using a 25% floor space reduction and a 20% sales reduction on top of that.

---

**From:** Darin L. Buchalter <dbuchalter@delta-cgi.com>
**Sent:** Saturday, 08 August 2026 11:17:04
**To:** Arduin, Donna <[redacted]>; Floca, Matt <[redacted]>; Berke, Elliot <[redacted]>; Antkowiak, Alex <[redacted]>; Khaled Aziza <kaziza@delta-cgi.com>
**Subject:** RE: [EXTERNAL]: Delta + KC GC

Donna:

On the KC programming of 59 is the 75% a floor space reduction and 80% a sales reduction stemming from construction impacts? Is that how you think about it?

Best regards,

Darin

**Darin L. Buchalter**
**Chief Executive Officer**
CRE, FRICS
**D:** +1 (646) 814 9421 | **M:** +1 [redacted]
**E:** dbuchalter@delta-cgi.com
Based in the New York metro area | Serving clients globally
delta-cgi.com

*This email contains information from Delta Consulting Group which may be privileged or confidential. The information contained herein, or attached, is for the exclusive use of the addressee above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this information is prohibited. If*

*you have received this electronic mail transmission in error, please notify us and delete the message without reading, copying, saving or disclosing it.*

**From:** Arduin, Donna <[redacted]>
**Sent:** Saturday, August 8, 2026 8:59 AM
**To:** Floca, Matt <[redacted]>; Darin L. Buchalter <dbuchalter@delta-cgi.com>; Berke, Elliot <[redacted]>; Antkowiak, Alex <[redacted]>; Khaled Aziza <kaziza@delta-cgi.com>
**Subject:** Re: [EXTERNAL]: Delta + KC GC

I get this line using FY 25 financial statements and discounting ticket sales:

Revenue
KC programming: 59m*.75*.8=35.4 m
Opera programming: make this zero
NSO programming: 13
Education: 6
Tkt handling and Aux: 20m*.75*.8=12 m
Total: 66

Contributed revenue: 62

Expenses: 218
Ex-WNO: 211

Deficit: 83 m

**From:** Floca, Matt <[redacted]>
**Sent:** Friday, August 7, 2026 7:10 PM
**To:** dbuchalter <dbuchalter@delta-cgi.com>; Berke, Elliot <[redacted]>; Arduin, Donna <[redacted]>; Antkowiak, Alex <[redacted]>; Khaled Aziza <kaziza@delta-cgi.com>
**Subject:** Re: [EXTERNAL]: Delta + KC GC

Donna,

I took a stab at this. Can you please review?

Matt Floca
Executive Director & Chief Operating Officer
The John F. Kennedy Center for the Performing Arts
2700 F Street NW | Washington, DC 20566
[redacted] | Kennedy-Center.org

**From:** Darin L. Buchalter <dbuchalter@delta-cgi.com>
**Sent:** Friday, August 7, 2026 5:07 PM
**To:** Berke, Elliot <[redacted]>
**Cc:** Floca, Matt <[redacted]>
**Subject:** RE: [EXTERNAL]: Delta + KC GC

We will make revisions this weekend and be sure to send you a copy. Thank you, Elliot.

**Darin L. Buchalter**
**Chief Executive Officer**
CRE, FRICS
**D:** +1 (646) 814 9421 | **M:** +1 [redacted]
**E:** dbuchalter@delta-cgi.com
Based in the New York metro area | Serving clients globally
delta-cgi.com

*This email contains information from Delta Consulting Group which may be privileged or confidential. The information contained herein, or attached, is for the exclusive use of the addressee above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this information is prohibited. If you have received this electronic mail transmission in error, please notify us and delete the message without reading, copying, saving or disclosing it.*

---

**From:** Berke, Elliot <[redacted]>
**Sent:** Friday, August 7, 2026 2:39 PM
**To:** Darin L. Buchalter <dbuchalter@delta-cgi.com>
**Cc:** Floca, Matt <[redacted]>
**Subject:** Re: [EXTERNAL]: Delta + KC GC

Nice work today. I think that's helped. Can you send me the materials you intend to circulate to the board — even if in draft form? [redacted].

**Elliot S. Berke**
General Counsel
John F. Kennedy Center for the Performing Arts
2700 F Street NW | Washington, DC 20566

[redacted] (o) | [redacted] (c)
Email: [redacted]
www.kennedy-center.org

On Aug 4, 2026, at 11:55 AM, Darin L. Buchalter <dbuchalter@delta-cgi.com> wrote:

3 pm would be great.

**Darin L. Buchalter**
**Chief Executive Officer**
CRE, FRICS
**D:** +1 (646) 814 9421 | **M:** +1 [redacted]
**E:** dbuchalter@delta-cgi.com
Based in the New York metro area | Serving clients globally
delta-cgi.com

*This email contains information from Delta Consulting Group which may be privileged or confidential. The information contained herein, or attached, is for the exclusive use of the addressee above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this information is prohibited. If you have received this electronic mail transmission in error, please notify us and delete the message without reading, copying, saving or disclosing it.*

**From:** Hagan, Laura <[redacted]>
**Sent:** Tuesday, 04 August 2026 11:50:25
**To:** Darin L. Buchalter <dbuchalter@delta-cgi.com>; Floca, Matt <[redacted]>; Berke, Elliot <[redacted]>; Makande, Lydia <[redacted]>; Khaled Aziza <kaziza@delta-cgi.com>; Campbell, Kolan A. <[redacted]>
**Subject:** RE: [EXTERNAL]: Delta + KC GC

I have a conflict from 1-3

**Laura M. Hagan**
Associate General Counsel
John F. Kennedy Center for the Performing Arts
2700 F Street NW | Washington, DC 20566
(o) [redacted] | (m) [redacted]
Email: [redacted] | www.kennedy-center.org

**The Kennedy Center**

**From:** Darin L. Buchalter <dbuchalter@delta-cgi.com>
**Sent:** Tuesday, August 4, 2026 11:49 AM
**To:** Floca, Matt <[redacted]>; Berke, Elliot <[redacted]>; Makande, Lydia <[redacted]>; Hagan, Laura <[redacted]>; Khaled Aziza <kaziza@delta-cgi.com>; Campbell, Kolan A. <[redacted]>
**Subject:** [EXTERNAL]: Delta + KC GC

May we move this call to 2 pm tomorrow?

**Darin L. Buchalter**
**Chief Executive Officer**
CRE, FRICS
**D:** +1 (646) 814 9421 | **M:** +1 [redacted]
**E:** dbuchalter@delta-cgi.com
Based in the New York metro area | Serving clients globally
delta-cgi.com

*This email contains information from Delta Consulting Group which may be privileged or confidential. The information contained herein, or attached, is for the exclusive use of the addressee above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this information is prohibited. If you have received this electronic mail transmission in error, please notify us and delete the message without reading, copying, saving or disclosing it.*

**From:** Floca, Matt
**Sent:** Monday, 03 August 2026 13:11:43
**To:** Floca, Matt <[redacted]>; Berke, Elliot <[redacted]>; Makande, Lydia [redacted]>; Hagan, Laura <[redacted]>; Darin L. Buchalter <dbuchalter@delta-cgi.com>; Khaled Aziza <kaziza@delta-cgi.com>; Campbell, Kolan A. <[redacted]>
**Subject:** Delta + KC GC
**When:** Wednesday, August 5, 2026 12:30 PM-1:00 PM.
**Where:** Microsoft Teams Meeting

Please let me know if this time does not work.

---

## Microsoft Teams meeting

### Join:

https://teams.microsoft.com/meet/288953902552619?p=N10ejYlxbNNsvToKxC

Meeting ID: 288 953 902 552 619

Passcode: So3jT9tE

---

Need help? | System reference

**Dial in by phone**

+1 332-249-0718,,673553094# United States, New York City

Find a local number

Phone conference ID: 673 553 094#

For organizers: Meeting options | Reset dial-in PIN

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information.

---

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

CAUTION: **This email originated from outside of The Kennedy Center. DO NOT click any links or open attachments unless you recognize the sender and know the content is safe.**

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

---

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

**Darin L. Buchalter**

**From:** Darin L. Buchalter
**Sent:** Saturday, August 8, 2026 11:19 AM
**To:** Arduin, Donna; Floca, Matt; Berke, Elliot; Antkowiak, Alex; Khaled Aziza
**Subject:** RE: [EXTERNAL]: Delta + KC GC

And, just to confirm, contributed revenue of 62 is actual for FY 25?

---

**From:** Darin L. Buchalter
**Sent:** Saturday, August 8, 2026 11:17 AM
**To:** 'Arduin, Donna' <[redacted]>; Floca, Matt <[redacted]>; Berke, Elliot <[redacted]>; Antkowiak, Alex [redacted]>; Khaled Aziza <kaziza@delta-cgi.com>
**Subject:** RE: [EXTERNAL]: Delta + KC GC

Donna:

On the KC programming of 59 is the 75% a floor space reduction and 80% a sales reduction stemming from construction impacts? Is that how you think about it?

Best regards,

Darin

---

**From:** Arduin, Donna <[redacted]>
**Sent:** Saturday, August 8, 2026 8:59 AM
**To:** Floca, Matt <[redacted]>; Darin L. Buchalter <dbuchalter@delta-cgi.com>; Berke, Elliot <[redacted]>; Antkowiak, Alex <[redacted]>; Khaled Aziza <kaziza@delta-cgi.com>
**Subject:** Re: [EXTERNAL]: Delta + KC GC

I get this line using FY 25 financial statements and discounting ticket sales:

Revenue
KC programming: 59m*.75*.8=35.4 m
Opera programming: make this zero
NSO programming: 13
Education: 6
Tkt handling and Aux: 20m*.75*.8=12 m
Total: 66

Contributed revenue: 62

Expenses: 218
Ex-WNO: 211

Deficit: 83 m

---

**From:** Floca, Matt <[redacted]>
**Sent:** Friday, August 7, 2026 7:10 PM
**To:** dbuchalter <dbuchalter@delta-cgi.com>; Berke, Elliot <[redacted]>; Arduin, Donna <[redacted]>; Antkowiak, Alex <[redacted]>; Khaled Aziza <kaziza@delta-cgi.com>
**Subject:** Re: [EXTERNAL]: Delta + KC GC

Donna,

I took a stab at this. Can you please review?

Matt Floca
Executive Director & Chief Operating Officer
The John F. Kennedy Center for the Performing Arts
2700 F Street NW | Washington, DC 20566
[redacted] Kennedy-Center.org

---

**From:** Darin L. Buchalter <dbuchalter@delta-cgi.com>
**Sent:** Friday, August 7, 2026 5:07 PM
**To:** Berke, Elliot <[redacted]>
**Cc:** Floca, Matt <[redacted]>
**Subject:** RE: [EXTERNAL]: Delta + KC GC

We will make revisions this weekend and be sure to send you a copy. Thank you, Elliot.

**Darin L. Buchalter**
**Chief Executive Officer**
CRE, FRICS
**D:** +1 (646) 814 9421 | **M:** +1 [redacted]
**E:** dbuchalter@delta-cgi.com
Based in the New York metro area | Serving clients globally
delta-cgi.com

*This email contains information from Delta Consulting Group which may be privileged or confidential. The information contained herein, or attached, is for the exclusive use of the addressee above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this information is prohibited. If you have received this electronic mail transmission in error, please notify us and delete the message without reading, copying, saving or disclosing it.*

---

**From:** Berke, Elliot <[redacted]>
**Sent:** Friday, August 7, 2026 2:39 PM
**To:** Darin L. Buchalter <dbuchalter@delta-cgi.com>

**Cc:** Floca, Matt <[redacted]>
**Subject:** Re: [EXTERNAL]: Delta + KC GC

Nice work today. I think that's helped. Can you send me the materials you intend to circulate to the board — even if in draft form? [redacted].

**Elliot S. Berke**
General Counsel
John F. Kennedy Center for the Performing Arts
2700 F Street NW | Washington, DC 20566

[redacted] (o) | [redacted] (c)
Email: [redacted]
www.kennedy-center.org

On Aug 4, 2026, at 11:55 AM, Darin L. Buchalter <dbuchalter@delta-cgi.com> wrote:

3 pm would be great.

**Darin L. Buchalter**
**Chief Executive Officer**
CRE, FRICS
**D:** +1 (646) 814 9421 | **M:** +1 [redacted]
**E:** dbuchalter@delta-cgi.com
Based in the New York metro area | Serving clients globally
delta-cgi.com

*This email contains information from Delta Consulting Group which may be privileged or confidential. The information contained herein, or attached, is for the exclusive use of the addressee above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this information is prohibited. If you have received this electronic mail transmission in error, please notify us and delete the message without reading, copying, saving or disclosing it.*

**From:** Hagan, Laura <[redacted]>
**Sent:** Tuesday, 04 August 2026 11:50:25
**To:** Darin L. Buchalter <dbuchalter@delta-cgi.com>; Floca, Matt <[redacted]>; Berke, Elliot <[redacted]>; Makande, Lydia <[redacted]>; Khaled Aziza <kaziza@delta-cgi.com>; Campbell, Kolan A. <[redacted]>
**Subject:** RE: [EXTERNAL]: Delta + KC GC

I have a conflict from 1-3

**Laura M. Hagan**
Associate General Counsel
John F. Kennedy Center for the Performing Arts
2700 F Street NW | Washington, DC 20566

(o) [redacted] | (m) [redacted]
Email: [redacted] | www.kennedy-center.org

The Kennedy Center

---

**From:** Darin L. Buchalter <dbuchalter@delta-cgi.com>
**Sent:** Tuesday, August 4, 2026 11:49 AM
**To:** Floca, Matt <[redacted]>; Berke, Elliot <[redacted]>; Makande, Lydia <[redacted]>; Hagan, Laura <[redacted]>; Khaled Aziza <kaziza@delta-cgi.com>; Campbell, Kolan A. <[redacted]>
**Subject:** [EXTERNAL]: Delta + KC GC

May we move this call to 2 pm tomorrow?

**Darin L. Buchalter**
**Chief Executive Officer**
CRE, FRICS
D: +1 (646) 814 9421 | M: +1 [redacted]
E: dbuchalter@delta-cgi.com
Based in the New York metro area | Serving clients globally
delta-cgi.com

*This email contains information from Delta Consulting Group which may be privileged or confidential. The information contained herein, or attached, is for the exclusive use of the addressee above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this information is prohibited. If you have received this electronic mail transmission in error, please notify us and delete the message without reading, copying, saving or disclosing it.*

---

**From:** Floca, Matt
**Sent:** Monday, 03 August 2026 13:11:43
**To:** Floca, Matt <[redacted]>; Berke, Elliot <[redacted]>; Makande, Lydia <[redacted]>; Hagan, Laura <[redacted]>; Darin L. Buchalter <dbuchalter@delta-cgi.com>; Khaled Aziza <kaziza@delta-cgi.com>; Campbell, Kolan A. <[redacted]>
**Subject:** Delta + KC GC
**When:** Wednesday, August 5, 2026 12:30 PM-1:00 PM.
**Where:** Microsoft Teams Meeting

Please let me know if this time does not work.

---

## Microsoft Teams meeting

**Join:**
https://teams.microsoft.com/meet/288953902552619?p=N10ejYlxbNNsvToKxC

Meeting ID: 288 953 902 552 619

Passcode: So3jT9tE

Need help? | System reference

**Dial in by phone**

+1 332-249-0718,,673553094# United States, New York City

Find a local number

Phone conference ID: 673 553 094#

For organizers: Meeting options | Reset dial-in PIN

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information.

---

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

CAUTION: This email originated from outside of The Kennedy Center. DO NOT click any links or open attachments unless you recognize the sender and know the content is safe.

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities

other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

---

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

**Darin L. Buchalter**

| | |
|---|---|
| **From:** | Darin L. Buchalter |
| **Sent:** | Saturday, August 8, 2026 11:17 AM |
| **To:** | Arduin, Donna; Floca, Matt; Berke, Elliot; Antkowiak, Alex; Khaled Aziza |
| **Subject:** | RE: [EXTERNAL]: Delta + KC GC |

Donna:

On the KC programming of 59 is the 75% a floor space reduction and 80% a sales reduction stemming from construction impacts? Is that how you think about it?

Best regards,

Darin

---

**From:** Arduin, Donna <[redacted]>
**Sent:** Saturday, August 8, 2026 8:59 AM
**To:** Floca, Matt <[redacted]>; Darin L. Buchalter <dbuchalter@delta-cgi.com>; Berke, Elliot <[redacted]>; Antkowiak, Alex <[redacted]>; Khaled Aziza <kaziza@delta-cgi.com>
**Subject:** Re: [EXTERNAL]: Delta + KC GC

I get this line using FY 25 financial statements and discounting ticket sales:

Revenue
KC programming: 59m*.75*.8=35.4 m
Opera programming: make this zero
NSO programming: 13
Education: 6
Tkt handling and Aux: 20m*.75*.8=12 m
Total: 66

Contributed revenue: 62

Expenses: 218
Ex-WNO: 211

Deficit: 83 m

---

**From:** Floca, Matt <[redacted]>
**Sent:** Friday, August 7, 2026 7:10 PM

**To:** dbuchalter <dbuchalter@delta-cgi.com>; Berke, Elliot <[redacted]>; Arduin, Donna <[redacted]>; Antkowiak, Alex <[redacted]>; Khaled Aziza <kaziza@delta-cgi.com>
**Subject:** Re: [EXTERNAL]: Delta + KC GC

Donna,

I took a stab at this. Can you please review?

Matt Floca
Executive Director & Chief Operating Officer
The John F. Kennedy Center for the Performing Arts
2700 F Street NW | Washington, DC 20566
[redacted] | Kennedy-Center.org

---

**From:** Darin L. Buchalter <dbuchalter@delta-cgi.com>
**Sent:** Friday, August 7, 2026 5:07 PM
**To:** Berke, Elliot <[redacted]>
**Cc:** Floca, Matt <[redacted]>
**Subject:** RE: [EXTERNAL]: Delta + KC GC

We will make revisions this weekend and be sure to send you a copy. Thank you, Elliot.

**Darin L. Buchalter**
**Chief Executive Officer**
CRE, FRICS
D: +1 (646) 814 9421 | M: +1 [redacted]
E: dbuchalter@delta-cgi.com
Based in the New York metro area | Serving clients globally
delta-cgi.com

*This email contains information from Delta Consulting Group which may be privileged or confidential. The information contained herein, or attached, is for the exclusive use of the addressee above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this information is prohibited. If you have received this electronic mail transmission in error, please notify us and delete the message without reading, copying, saving or disclosing it.*

---

**From:** Berke, Elliot <[redacted]>
**Sent:** Friday, August 7, 2026 2:39 PM
**To:** Darin L. Buchalter <dbuchalter@delta-cgi.com>
**Cc:** Floca, Matt <[redacted]>
**Subject:** Re: [EXTERNAL]: Delta + KC GC

Nice work today. I think that's helped. Can you send me the materials you intend to circulate to the board — even if in draft form? [redacted].

**Elliot S. Berke**
General Counsel
John F. Kennedy Center for the Performing Arts

2700 F Street NW | Washington, DC 20566
[redacted] (o) | [redacted] (c)
Email: [redacted]
www.kennedy-center.org

On Aug 4, 2026, at 11:55 AM, Darin L. Buchalter <dbuchalter@delta-cgi.com> wrote:

3 pm would be great.

**Darin L. Buchalter**
**Chief Executive Officer**
CRE, FRICS
**D:** +1 (646) 814 9421 | **M:** +1 [redacted]
**E:** dbuchalter@delta-cgi.com
Based in the New York metro area | Serving clients globally
delta-cgi.com

*This email contains information from Delta Consulting Group which may be privileged or confidential. The information contained herein, or attached, is for the exclusive use of the addressee above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this information is prohibited. If you have received this electronic mail transmission in error, please notify us and delete the message without reading, copying, saving or disclosing it.*

**From:** Hagan, Laura <[redacted]>
**Sent:** Tuesday, 04 August 2026 11:50:25
**To:** Darin L. Buchalter <dbuchalter@delta-cgi.com>; Floca, Matt <[redacted]>; Berke, Elliot <[redacted]>; Makande, Lydia <[redacted]>; Khaled Aziza <kaziza@delta-cgi.com>; Campbell, Kolan A. <[redacted]>
**Subject:** RE: [EXTERNAL]: Delta + KC GC

I have a conflict from 1-3

**Laura M. Hagan**
Associate General Counsel
John F. Kennedy Center for the Performing Arts
2700 F Street NW | Washington, DC 20566
(o) [redacted] | (m) [redacted]
Email: [redacted] | www.kennedy-center.org

# The Kennedy Center

**From:** Darin L. Buchalter <dbuchalter@delta-cgi.com>
**Sent:** Tuesday, August 4, 2026 11:49 AM
**To:** Floca, Matt <[redacted]>; Berke, Elliot <[redacted]>; Makande, Lydia <[redacted]>; Hagan, Laura <[redacted]>; Khaled Aziza <kaziza@delta-cgi.com>; Campbell, Kolan A. <[redacted]>
**Subject:** [EXTERNAL]: Delta + KC GC

May we move this call to 2 pm tomorrow?

**Darin L. Buchalter**
**Chief Executive Officer**
CRE, FRICS
**D:** +1 (646) 814 9421 | **M:** +1 [redacted]
**E:** dbuchalter@delta-cgi.com
Based in the New York metro area | Serving clients globally
delta-cgi.com

*This email contains information from Delta Consulting Group which may be privileged or confidential. The information contained herein, or attached, is for the exclusive use of the addressee above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this information is prohibited. If you have received this electronic mail transmission in error, please notify us and delete the message without reading, copying, saving or disclosing it.*

**From:** Floca, Matt
**Sent:** Monday, 03 August 2026 13:11:43
**To:** Floca, Matt <[redacted]>; Berke, Elliot <[redacted]>; Makande, Lydia <[redacted]>; Hagan, Laura <[redacted]>; Darin L. Buchalter <dbuchalter@delta-cgi.com>; Khaled Aziza <kaziza@delta-cgi.com>; Campbell, Kolan A. <[redacted]>
**Subject:** Delta + KC GC
**When:** Wednesday, August 5, 2026 12:30 PM-1:00 PM.
**Where:** Microsoft Teams Meeting

Please let me know if this time does not work.

## Microsoft Teams meeting

**Join:**
https://teams.microsoft.com/meet/288953902552619?p=N10ejYlxbNNsvToKxC

Meeting ID: 288 953 902 552 619

Passcode: So3jT9tE

---

Need help? | System reference

**Dial in by phone**

+1 332-249-0718,,673553094# United States, New York City

Find a local number

Phone conference ID: 673 553 094#

For organizers: Meeting options | Reset dial-in PIN

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information.

---

---

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

CAUTION: **This email originated from outside of The Kennedy Center. DO NOT click any links or open attachments unless you recognize the sender and know the content is safe.**

---

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

---

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

---

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

**Darin L. Buchalter**

**From:** Darin L. Buchalter
**Sent:** Tuesday, August 4, 2026 4:54 PM
**To:** Floca, Matt
**Subject:** Accepted: Delta + KC GC

**Darin L. Buchalter**

**From:** Darin L. Buchalter
**Sent:** Tuesday, August 4, 2026 11:55 AM
**To:** Hagan, Laura; Floca, Matt; Berke, Elliot; Makande, Lydia; Khaled Aziza; Campbell, Kolan A.
**Subject:** Re: [EXTERNAL]: Delta + KC GC

3 pm would be great.

---

**From:** Hagan, Laura <[redacted]>
**Sent:** Tuesday, 04 August 2026 11:50:25
**To:** Darin L. Buchalter <dbuchalter@delta-cgi.com>; Floca, Matt <[redacted]>; Berke, Elliot <[redacted]>; Makande, Lydia <[redacted]>; Khaled Aziza <kaziza@delta-cgi.com>; Campbell, Kolan A. <[redacted]>
**Subject:** RE: [EXTERNAL]: Delta + KC GC

I have a conflict from 1-3

**Laura M. Hagan**
Associate General Counsel
John F. Kennedy Center for the Performing Arts
2700 F Street NW | Washington, DC 20566
(o) [redacted] (m) [redacted]
Email: [redacted] | www.kennedy-center.org

**The Kennedy Center**

---

**From:** Darin L. Buchalter <dbuchalter@delta-cgi.com>
**Sent:** Tuesday, August 4, 2026 11:49 AM
**To:** Floca, Matt <[redacted]>; Berke, Elliot <[redacted]>; Makande, Lydia <[redacted]>; Hagan, Laura <[redacted]>; Khaled Aziza <kaziza@delta-cgi.com>; Campbell, Kolan A. <[redacted]>
**Subject:** [EXTERNAL]: Delta + KC GC

May we move this call to 2 pm tomorrow?

**Darin L. Buchalter**
**Chief Executive Officer**
CRE, FRICS
**D:** +1 (646) 814 9421 | **M:** +1 [redacted]
**E:** dbuchalter@delta-cgi.com
Based in the New York metro area | Serving clients globally
delta-cgi.com

*This email contains information from Delta Consulting Group which may be privileged or confidential. The information contained herein, or attached, is for the exclusive use of the addressee above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this information is prohibited. If you have received this electronic mail transmission in error, please notify us and delete the message without reading, copying, saving or disclosing it.*

---

**From:** Floca, Matt
**Sent:** Monday, 03 August 2026 13:11:43
**To:** Floca, Matt <[redacted]>; Berke, Elliot <[redacted]>; Makande, Lydia <[redacted]>; Hagan, Laura <[redacted]>; Darin L. Buchalter <dbuchalter@delta-cgi.com>; Khaled Aziza <kaziza@delta-cgi.com>; Campbell, Kolan A. <[redacted]>
**Subject:** Delta + KC GC
**When:** Wednesday, August 5, 2026 12:30 PM-1:00 PM.
**Where:** Microsoft Teams Meeting

Please let me know if this time does not work.

---

## Microsoft Teams meeting

### Join:

https://teams.microsoft.com/meet/288953902552619?p=N10ejYlxbNNsvToKxC

Meeting ID: 288 953 902 552 619

Passcode: So3jT9tE

---

Need help? | System reference

### Dial in by phone

+1 332-249-0718,,673553094# United States, New York City

Find a local number

Phone conference ID: 673 553 094#

For organizers: Meeting options | Reset dial-in PIN

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information.

---

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

CAUTION: This email originated from outside of The Kennedy Center. DO NOT click any links or open attachments unless you recognize the sender and know the content is safe.

---

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

**Darin L. Buchalter**

---

**From:** Darin L. Buchalter
**Sent:** Tuesday, August 4, 2026 11:49 AM
**To:** Floca, Matt; Berke, Elliot; Makande, Lydia; Hagan, Laura; Khaled Aziza; Campbell, Kolan A.
**Subject:** Delta + KC GC

May we move this call to 2 pm tomorrow?

---

**From:** Floca, Matt
**Sent:** Monday, 03 August 2026 13:11:43
**To:** Floca, Matt <[redacted]>; Berke, Elliot <[redacted]>; Makande, Lydia <[redacted]>; Hagan, Laura <[redacted]>; Darin L. Buchalter <dbuchalter@delta-cgi.com>; Khaled Aziza <kaziza@delta-cgi.com>; Campbell, Kolan A. <[redacted]>
**Subject:** Delta + KC GC
**When:** Wednesday, August 5, 2026 12:30 PM-1:00 PM.
**Where:** Microsoft Teams Meeting

Please let me know if this time does not work.

---

## Microsoft Teams meeting

**Join:**
https://teams.microsoft.com/meet/288953902552619?p=N10ejYlxbNNsvToKxC

Meeting ID: 288 953 902 552 619

Passcode: So3jT9tE

---

Need help? | System reference

**Dial in by phone**

+1 332-249-0718,,673553094# United States, New York City

Find a local number

Phone conference ID: 673 553 094#

For organizers: Meeting options | Reset dial-in PIN

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information.

---

---

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

**Darin L. Buchalter**

**From:** Darin L. Buchalter
**Sent:** Monday, August 3, 2026 7:40 PM
**To:** Berke, Elliot; Floca, Matt
**Cc:** Hagan, Laura; Makande, Lydia; Campbell, Kolan A.; Khaled Aziza
**Subject:** RE: DOJ Meeting

Thank you, all.

---

**From:** Berke, Elliot <[redacted]>
**Sent:** Monday, August 3, 2026 1:18 PM
**To:** Floca, Matt <[redacted]>
**Cc:** Hagan, Laura <[redacted]>; Makande, Lydia <[redacted]>; Campbell, Kolan A. <[redacted]>; Darin L. Buchalter <dbuchalter@delta-cgi.com>; Khaled Aziza <kaziza@delta-cgi.com>
**Subject:** Re: DOJ Meeting

You don't often get email from [redacted]. Learn why this is important

Got it. We can handle that.

**Elliot S. Berke**
General Counsel
John F. Kennedy Center for the Performing Arts
2700 F Street NW | Washington, DC 20566

[redacted] (o) | [redacted] (c)
Email: [redacted]
www.kennedy-center.org

On Aug 3, 2026, at 7:13 PM, Floca, Matt <[redacted]> wrote:

I scheduled some time on Wednesday for us. Darin from Delta is on this email and can confirm the thinking or questions but from our conversation after the committee meeting it relates to exactly what documents are going to be prepared for the board and then used in subsequent status reports.

Matt Floca
Executive Director & Chief Operating Officer
The John F. Kennedy Center for the Performing Arts
2700 F Street NW | Washington, DC 20566
[redacted] Kennedy-Center.org

---

**From:** Berke, Elliot <[redacted]>
**Sent:** Monday, August 3, 2026 12:56 PM

**To:** Floca, Matt <[redacted]>
**Cc:** Hagan, Laura <[redacted]>; Makande, Lydia <[redacted]>; dbuchalter@delta-cgi.com; Khaled Aziza <kaziza@delta-cgi.com>; Campbell, Kolan A. <[redacted]>
**Subject:** Re: DOJ Meeting

[redacted] I'm happy to do so.

**Elliot S. Berke**
General Counsel
John F. Kennedy Center for the Performing Arts
2700 F Street NW | Washington, DC 20566

[redacted] (o) | [redacted] (c)
Email: [redacted]
www.kennedy-center.org

On Aug 3, 2026, at 6:48 PM, Floca, Matt <[redacted]> wrote:

Delta would like to [redacted]

How should we schedule?

I think it makes sense to have [redacted].

Matt Floca
Executive Director & Chief Operating Officer
The John F. Kennedy Center for the Performing Arts
2700 F Street NW | Washington, DC 20566
[redacted] | Kennedy-Center.org

---

This e-mail message is intended only for the recipient(s) named above. This message may contain trade secrets, attorney-client communication, or other privileged and confidential information. Any review, re-transmission, dissemination, reproduction or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the Sender and delete the material from any computer.

**Darin L. Buchalter**

---

**From:** Darin L. Buchalter
**Sent:** Monday, August 3, 2026 1:48 PM
**To:** Floca, Matt
**Subject:** Accepted: Delta + KC GC

**Darin L. Buchalter**

**From:** Darin L. Buchalter
**Sent:** Monday, August 3, 2026 12:12 PM
**To:** Floca, Matt
**Subject:** Accepted: Check In

**Darin L. Buchalter**

**From:** Darin L. Buchalter
**Sent:** Monday, August 3, 2026 11:58 AM
**To:** Floca, Matt
**Subject:** Accepted: Check In

**The Kennedy Center**
Office of Contracting
2700 F Street, N.W.
Washington, D.C. 20566
(202) 416-7979

**Award Decision Memorandum**

From: Georgia Robinson, Contract Specialist (Contractor)

Date: July 21, 2026

Subject: Award to Delta Consulting Group, Inc for Independent Construction Program Assessment and Advisory Services– Contract Number 33310526C0011

---

## I. Background Information:

| | |
|---|---|
| **Contracting Office:** | The Kennedy Center Office of Contracting |
| **PR No.** | BBB26DFC118012 |
| **Solicitation No.** | 33310526R0009 |
| **Award No.** | 33310526C0011 |
| **IGCE:** | $179,950.00 |
| **Award Amount:** | $261,253.16 |
| **Contract Specialists:** | Georgia Robinson<br>Jo-Lynn Davis |
| **Contracting Officer:** | Cecelia Royster |
| **Technical Evaluators:** | Matt Floca<br>Donna Arduin<br>Eliott Berke |

## II. Description of Procurement

On July 16, 2026, The John F. Kennedy Center for the Performing Arts (the "Center") issued a Request for Proposal to engage a contractor to provide Independent Construction Program Assessment and Advisory (ICPAA) services to assess and advise on a multiyear capital portfolio estimated at $250 million in construction volume, with the primary construction window spanning from July 6, 2026, through July 28, 2028.

While the Center is not subject to the Federal Acquisition Regulation (FAR), its contracting policies and procedures are guided by principles in the FAR. This acquisition will result in the award of a standalone contract for commercial services.

## III. Chronology of Events

1. Procurement Request (PR) assigned to Georgia Robinson on 7/14/2026, in the amount of $179,950.00 for a 28 day engagement.

2. Market research was completed on 7/14/2026.

3. A Milestone Acquisition Plan was approved on 7/14/2026.

4. On 7/16/2026, RFP 33310526R0009 announced the requirement for Independent Construction Program Assessment and Advisory (ICPAA) services. The announcement was released via separate emails to two firms identified in the market research. The RFP established an approximately 60 day period of performance (dependent on contract award date), with one 30-day option period.

   Past performance and case studies were required to be submitted as part of the technical proposal presentation.

   The following attachments were included in the RFP:

   a. Independent Construction Program Assessment and Advisory Services SOW 7 15 2026
   b. ICPAA RFP 7 15 2026
   c. RFP Package 33310526R0009 – ICPAA 7 16 2026

5. Proposals were due by 7/20/2026, 10:00 am, EST.

   No Amendments were issued for this solicitation.

6. One technical proposal was presented via oral presentation on Microsoft Teams on 7/20/2026 from the following firm:

   a. Delta Consulting Group

   One firm, AEGIS, declined to submit a proposal in response to the RFP.

7. The Technical Evaluation Team was established by the Contracting Officer on 7/14/2026. The technical evaluation team members were:

   Matt Floca
   Donna Arduin
   Elliot Berke

8. On 7/20/2026, on the spot consensus was achieved and individual evaluations were received by the Contract Specialist which supported the consensus.

9. Based on the oral presentation proposal, the technical evaluation team determined Delta Consulting Group to be technically acceptable as reflected in the high confidence rating by each member:

   Extracted from the evaluation report:

   - Delta evaluates each project line item and operational scenario across five connected dimensions: Cost, Schedule, Operations, Technical Readiness, and Risk.
   - They establish a common analytical baseline to normalize data points (scope, technical baseline, operational constraints) across all operational scenarios before validating data confidence levels and identifying gaps.
   - To evaluate processes across cost, schedule, risk, and change management, Delta applies a Project Management Institute standard maturity model to determine whether baseline line items are executable and supported.
   - They map the operational phasing scenarios directly onto the interface touchpoints to analyze how each scenario changes project characteristics, categorizing impacts into five response categories across their 5-dimensional framework.
   - Delta applies land and real estate development economics to the interface analysis, evaluating long-term financial viability, donor dollar friction, and short-term vs. long-term revenue loss (e.g., comparing near-term construction disruption against long-term patron/donor brand stigma).
   - The team emphasized their ability to translate dense, complex engineering analytics into concise, executive-level presentations, slide decks, heat maps, and dashboards tailored for boards, commissions, and public hearings.
   - When handling board members or stakeholders with murky or conflicting motives, Delta relies strictly on an objective, evidence-based approach, anchoring their responses in validated facts and data models rather than entering confrontational debates.
   - The leadership team highlighted extensive experience under cross-examination (including over 100 depositions, arbitrations, and jury trials), noting that this background makes their pre-briefing work and presentation dry-runs significantly more effective.
   - Delta stress-tested the importance of performing thorough pre-briefing work and iterative stakeholder check-ins to anticipate friction points and address board members' concerns before formal deliverable rollouts.

10. On 7/21/2026, Delta Consulting Group's price proposal was sent to the requisitoner for evaluation and to provide recommendation for award.

Excerpted from the full analysis email:

**Cost Reasonableness and Price Evaluation**

Following completion of the review and evaluation of Delta's cost proposal, we approve the cost evaluation findings and concur with the assessment that Delta's proposed Time-and-Materials (T&M) pricing is fair and reasonable for the required scope of services.

The proposed level of effort, totaling 952 labor hours with an estimated burdened labor cost of $261,253.16, is considered appropriate for the complexity of the independent construction program assessment, the anticipated 60-day period of performance, and the requirement for senior advisory, technical, analytical, and project controls support.

The proposed cost structure demonstrates an appropriate understanding of the T&M, Not-to-Exceed (NTE) contract requirements. Delta has identified reasonable budget management controls, including monitoring cumulative expenditures and providing notification when costs approach the authorized NTE threshold. No material concerns were identified with the proposed labor hours, cost allocation by phase, or overall pricing approach.

Accordingly, we approve the cost evaluation and find Delta's proposed pricing acceptable and suitable for consideration in the overall source selection process. Subject to completion of all required technical, contractual, and administrative reviews, the proposal is recommended for further award consideration.

## IV. Affirmation of Fair and Reasonable Price, and Signatures

Based on the above which demonstrated alignment with the market in terms of labor rates, and a technical and cost proposal that represents a low risk for contractor performance throughout the period of performance, Delta Consulting Group's proposal is determined to be fair and reasonable.

It is recommended to award Contract # 33310526C0011 to Delta Consulting Group not-to-exceed the total amount of $261,253.16.

Prepared By:
Georgia Robinson
Contract Specialist (Contractor)
JFKC, Office of Contracting

Date: 7/29/2026

Approved By:

Cecelia Royster

Cecelia Royster
Contracting Officer
JFKC, Office of Contracting

Date 7/29/2026

# Final Award Memo ICPAA

Final Audit Report 2026-07-30

| | |
|---|---|
| Created: | 2026-07-29 |
| By: | Georgia Robinson [redacted] |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAuyDvMg3_qxIPvfj5sT7K2XOxkh2dSkwu |

## "Final Award Memo ICPAA" History

Document created by Georgia Robinson [redacted]
2026-07-29 - 7:40:46 PM GMT

Document emailed to Cecelia Royster [redacted] for signature
2026-07-29 - 7:44:11 PM GMT

Email viewed by Cecelia Royster [redacted]
2026-07-30 - 2:09:16 PM GMT

Document e-signed by Cecelia Royster [redacted]
Signature Date: 2026-07-30 - 2:11:04 PM GMT - Time Source: server - Signature Appearance Selected: IMAGE

Agreement completed.
2026-07-30 - 2:11:04 PM GMT