# F

**SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL PRODUCTS AND COMMERCIAL SERVICES**
**OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30**

1. REQUISITION NO. BBBCRR_000195

PAGE 1 OF 63

2. CONTRACT NO.

3. AWARD/EFFECTIVE DATE

4. ORDER NO.

5. SOLICITATION NUMBER 33310526R0009

6. SOLICITATION ISSUE DATE 7-16-2026

7. FOR SOLICITATION INFORMATION CALL: a. NAME Georgia Robinson

b. TELEPHONE NO. (No Collect Calls) [redacted]

8. OFFER DUE DATE/LOCAL TIME 07-21-2026 10:00AM EDT

9. ISSUED BY CODE

The John F Kennedy Center
Attn: Contracting
2700 F Street, N.W.
Washington DC 20566-0001

10. THIS ACQUISITION IS [X] UNRESTRICTED OR [ ] SET ASIDE: ____ % FOR:

[ ] SMALL BUSINESS
[ ] HUBZONE SMALL BUSINESS
[ ] SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS
[ ] WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
[ ] EDWOSB
[ ] 8(A)

NAICS: 541611

SIZE STANDARD: $24.5 Million

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED [ ] SEE SCHEDULE

12. DISCOUNT TERMS

[ ] 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)

13b. RATING N/A

14. METHOD OF SOLICITATION [ ] RFQ [ ] IFB [X] RFP

15. DELIVER TO CODE

JFKC Center for the Performing Arts
Loading Dock #1
2700 F Street, N.W.
Washington DC 20566-001

16. ADMINISTERED BY CODE

The John F Kennedy Center
Attn: Contracting
2700 F Street, N.W.
Washington DC 20566-0001

17a. CONTRACTOR/OFFEROR CODE FACILITY CODE

TELEPHONE NO. UEI: EFT:

[ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18a. PAYMENT WILL BE MADE BY CODE

Upload Invoices to Kolan Campbell:
https://forms.office.com/r/0VKLxz2ppt

PHONE: FAX:

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES — See CONTINUATION Page | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Unique Entity Identifier (UEI): ____________<br>Tax Identification Number (TIN): ____________<br><br>This is a Request for Proposal (RFP) for Independent Construction Program Assessment and Advisory Services in accordance with The Statement of Work (SOW).<br><br>The Center reserves the right to cancel this RFP at anytime.<br><br>(Use Reverse and/or Attach Additional Sheets as Necessary) | | | | |

EXHIBIT Buchalter 1 mp 10.5.26 PENGAD 800-631-6989

25. ACCOUNTING AND APPROPRIATION DATA See CONTINUATION Page

26. TOTAL AWARD AMOUNT (For Govt. Use Only)

[X] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA [X] ARE [ ] ARE NOT ATTACHED.

[ ] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

[ ] 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ______ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED

[ ] 29. AWARD OF CONTRACT: REF. ______ OFFER DATED ______. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN IS ACCEPTED AS TO ITEMS:

30a. SIGNATURE OF OFFEROR/CONTRACTOR

31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER)

30b. NAME AND TITLE OF SIGNER (TYPE OR PRINT)

30c. DATE SIGNED

31b. NAME OF CONTRACTING OFFICER (TYPE OR PRINT)

31c. DATE SIGNED

## Table of Contents

**SECTION A** .......... **1**

A.1 SF 1449 SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL PRODUCTS AND COMMERCIAL SERVICES .......... 1
A.2 PRICE/COST SCHEDULE .......... 3
ITEM INFORMATION .......... 3
A.3 DELIVERY SCHEDULE .......... 3

**ADDITIONAL PROVISIONS/TERMS AND CONDITIONS** .......... **4**

A.4 52.204-24 REPRESENTATION REGARDING CERTAIN TELECOMMUNICATIONS AND VIDEO SURVEILLANCE SERVICES OR EQUIPMENT (NOV 2021) .......... 4
A.5 52.204-29 FEDERAL ACQUISITION SUPPLY CHAIN SECURITY ACT ORDERS—REPRESENTATION AND DISCLOSURES (DEC 2023) .......... 6
A.6 52.212-2 EVALUATION—COMMERCIAL PRODUCTS AND COMMERCIAL SERVICES (NOV 2021) .......... 8
A.7 52.212-3 OFFEROR REPRESENTATIONS AND CERTIFICATIONS—COMMERCIAL PRODUCTS AND COMMERCIAL SERVICES (OCT 2025) .......... 8
A.8 52.212-5 CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS—COMMERCIAL PRODUCTS AND COMMERCIAL SERVICES (MAR 2026) .......... 24
A.9 52.217-8 OPTION TO EXTEND SERVICES (NOV 1999) .......... 31
A.10 NOTICE LISTING CLAUSES INCORPORATED BY REFERENCE .......... 32

ATTACHED DOCUMENTS .......... 33

CONTINUATION PAGE

## A.2 PRICE/COST SCHEDULE

### ITEM INFORMATION

| ITEM NUMBER | DESCRIPTION OF SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | Independent Construction Program Assessment And Advisory Services<br>Contract Period: Base<br>POP Begin: Date of Contract Award<br>POP End: 30 days from Contract Award | 1.00 | JA | ________ | ________ |
| 0002 | Optional Extension Period- 30 Day<br>Contract Period:<br>POP Begin: Date of Contract Award<br>POP End: 30 days from Contract Award | 1.00 | JA | ________ | ________ |
| | | | | **GRAND TOTAL** | |

## A.3 DELIVERY SCHEDULE

| ITEM NUMBER | SHIPPING INFORMATION | QUANTITY | DELIVERY DATE |
|---|---|---|---|
| 0001 | | 1.00 | |
| 0002 | | 1.00 | |

# ADDITIONAL PROVISIONS/TERMS AND CONDITIONS

---

## A.4 52.204-24 REPRESENTATION REGARDING CERTAIN TELECOMMUNICATIONS AND VIDEO SURVEILLANCE SERVICES OR EQUIPMENT (NOV 2021)

The Offeror shall not complete the representation at paragraph (d)(1) of this provision if the Offeror has represented that it ''does not provide covered telecommunications equipment or services as a part of its offered products or services to the Government in the performance of any contract, subcontract, or other contractual instrument'' in paragraph (c)(1) in the provision at 52.204–26, Covered Telecommunications Equipment or Services—Representation, or in paragraph (v)(2)(i) of the provision at 52.212–3, Offeror Representations and Certifications–Commercial Products and Commercial Services. The Offeror shall not complete the representation in paragraph (d)(2) of this provision if the Offeror has represented that it ''does not use covered telecommunications equipment or services, or any equipment, system, or service that uses covered telecommunications equipment or services'' in paragraph (c)(2) of the provision at 52.204–26, or in paragraph (v)(2)(ii) of the provision at 52.212–3.

(a) *Definitions*. As used in this provision—

*Backhaul, covered telecommunications equipment or services, critical technology, interconnection arrangements, reasonable inquiry, roaming,* and *substantial or essential component* have the meanings provided in the clause 52.204–25, Prohibition on Contracting for Certain Telecommunications and Video Surveillance Services or Equipment.

(b) *Prohibition*. (1) Section 889(a)(1)(A) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Pub. L. 115–232) prohibits the head of an executive agency on or after August 13, 2019, from procuring or obtaining, or extending or renewing a contract to procure or obtain, any equipment, system, or service that uses covered telecommunications equipment or services as a substantial or essential component of any system, or as critical technology as part of any system. Nothing in the prohibition shall be construed to—

(i) Prohibit the head of an executive agency from procuring with an entity to provide a service that connects to the facilities of a third-party, such as backhaul, roaming, or interconnection arrangements; or

(ii) Cover telecommunications equipment that cannot route or redirect user data traffic or cannot permit visibility into any user data or packets that such equipment transmits or otherwise handles.

(2) Section 889(a)(1)(B) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Pub. L. 115–232) prohibits the head of an executive agency on or after August 13, 2020, from entering into a contract or extending or renewing a contract with an entity that uses

any equipment, system, or service that uses covered telecommunications equipment or services as a substantial or essential component of any system, or as critical technology as part of any system. This prohibition applies to the use of covered telecommunications equipment or services, regardless of whether that use is in performance of work under a Federal contract. Nothing in the prohibition shall be construed to—

(i) Prohibit the head of an executive agency from procuring with an entity to provide a service that connects to the facilities of a third-party, such as backhaul, roaming, or interconnection arrangements; or

(ii) Cover telecommunications equipment that cannot route or redirect user data traffic or cannot permit visibility into any user data or packets that such equipment transmits or otherwise handles.

(c) *Procedures*. The Offeror shall review the list of excluded parties in the System for Award Management (SAM) (https://www.sam.gov) for entities excluded from receiving federal awards for "covered telecommunications equipment or services."

(d) *Representations*. The Offeror represents that—

(1) It [ ] will, [ ] will not provide covered telecommunications equipment or services to the Government in the performance of any contract, subcontract or other contractual instrument resulting from this solicitation. The Offeror shall provide the additional disclosure information required at paragraph (e)(1) of this section if the Offeror responds "will'' in paragraph (d)(1) of this section; and

(2) After conducting a reasonable inquiry, for purposes of this representation, the Offeror represents that—

It [ ] does, [ ] does not use covered telecommunications equipment or services, or use any equipment, system, or service that uses covered telecommunications equipment or services. The Offeror shall provide the additional disclosure information required at paragraph (e)(2) of this section if the Offeror responds "does'' in paragraph (d)(2) of this section.

(e) *Disclosures*. (1) Disclosure for the representation in paragraph (d)(1) of this provision. If the Offeror has responded "will'' in the representation in paragraph (d)(1) of this provision, the Offeror shall provide the following information as part of the offer:

(i) For covered equipment—

(A) The entity that produced the covered telecommunications equipment (include entity name, unique entity identifier, CAGE code, and whether the entity was the original equipment manufacturer (OEM) or a distributor, if known);

(B) A description of all covered telecommunications equipment offered (include brand; model number, such as OEM number, manufacturer part number, or wholesaler number; and item description, as applicable); and

(C) Explanation of the proposed use of covered telecommunications equipment and any factors relevant to determining if such use would be permissible under the prohibition in paragraph (b)(1) of this provision.

(ii) For covered services—

(A) If the service is related to item maintenance: A description of all covered telecommunications services offered (include on the item being maintained: Brand; model number, such as OEM number, manufacturer part number, or wholesaler number; and item description, as applicable); or

(B) If not associated with maintenance, the Product Service Code (PSC) of the service being provided; and explanation of the proposed use of covered telecommunications services and any factors relevant to determining if such use would be permissible under the prohibition in paragraph (b)(1) of this provision.

(2) Disclosure for the representation in paragraph (d)(2) of this provision. If the Offeror has responded "does'' in the representation in paragraph (d)(2) of this provision, the Offeror shall provide the following information as part of the offer:

(i) For covered equipment—

(A) The entity that produced the covered telecommunications equipment (include entity name, unique entity identifier, CAGE code, and whether the entity was the OEM or a distributor, if known);

(B) A description of all covered telecommunications equipment offered (include brand; model number, such as OEM number, manufacturer part number, or wholesaler number; and item description, as applicable); and

(C) Explanation of the proposed use of covered telecommunications equipment and any factors relevant to determining if such use would be permissible under the prohibition in paragraph (b)(2) of this provision.

(ii) For covered services—

(A) If the service is related to item maintenance: A description of all covered telecommunications services offered (include on the item being maintained: Brand; model number, such as OEM number, manufacturer part number, or wholesaler number; and item description, as applicable); or

(B) If not associated with maintenance, the PSC of the service being provided; and explanation of the proposed use of covered telecommunications services and any factors relevant to determining if such use would be permissible under the prohibition in paragraph (b)(2) of this provision.

(End of Provision)

## A.5 52.204-29 FEDERAL ACQUISITION SUPPLY CHAIN SECURITY ACT ORDERS—REPRESENTATION AND DISCLOSURES (DEC 2023)

(a) *Definitions*. As used in this provision, *Covered article, FASCSA order, Intelligence community, National security system, Reasonable inquiry, Sensitive compartmented information, Sensitive compartmented information system*, and *Source* have the meaning provided in the clause 52.204–30, Federal Acquisition Supply Chain Security Act Orders— Prohibition.

(b) *Prohibition*. Contractors are prohibited from providing or using as part of the performance of the contract any covered article, or any products or services produced or provided by a source, if the prohibition is set out in an applicable Federal Acquisition Supply Chain Security Act

(FASCSA) order, as described in paragraph (b)(1) of FAR 52.204–30, Federal Acquisition Supply Chain Security Act Orders—Prohibition.

(c) *Procedures.* (1) The Offeror shall search for the phrase ''FASCSA order'' in the System for Award Management (SAM)(*https://www.sam.gov*) for any covered article, or any products or services produced or provided by a source, if there is an applicable FASCSA order described in paragraph (b)(1) of FAR 52.204–30, Federal Acquisition Supply Chain Security Act Orders—Prohibition.

(2) The Offeror shall review the solicitation for any FASCSA orders that are not in SAM, but are effective and do apply to the solicitation and resultant contract (see FAR 4.2303(c)(2)).

(3) FASCSA orders issued after the date of solicitation do not apply unless added by an amendment to the solicitation.

(d) *Representation.* By submission of this offer, the offeror represents that it has conducted a reasonable inquiry, and that the offeror does not propose to provide or use in response to this solicitation any covered article, or any products or services produced or provided by a source, if the covered article or the source is prohibited by an applicable FASCSA order in effect on the date the solicitation was issued, except as waived by the solicitation, or as disclosed in paragraph (e).

(e) *Disclosures.* The purpose for this disclosure is so the Government may decide whether to issue a waiver. For any covered article, or any products or services produced or provided by a source, if the covered article or the source is subject to an applicable FASCSA order, and the Offeror is unable to represent compliance, then the Offeror shall provide the following information as part of the offer:

(1) Name of the product or service provided to the Government;

(2) Name of the covered article or source subject to a FASCSA order;

(3) If applicable, name of the vendor, including the Commercial and Government Entity code and unique entity identifier (if known), that supplied the covered article or the product or service to the Offeror;

(4) Brand;

(5) Model number (original equipment manufacturer number, manufacturer part number, or wholesaler number);

(6) Item description;

(7) Reason why the applicable covered article or the product or service is being provided or used;

(f) *Executive agency review of disclosures.* The contracting officer will review disclosures provided in paragraph (e) to determine if any waiver may be sought. A contracting officer may choose not to pursue a waiver for covered articles or sources otherwise subject to a FASCSA order and may instead make an award to an offeror that does not require a waiver.

(End of Provision)

## A.6 52.212-2 EVALUATION—COMMERCIAL PRODUCTS AND COMMERCIAL SERVICES (NOV 2021)

(a) The Government will award a contract resulting from this solicitation to the responsible offeror whose offer conforming to the solicitation will be most advantageous to the Government, price and other factors considered. The following factors shall be used to evaluate offers:

Technical and past performance, when combined, are .

(b) *Options.* The Government will evaluate offers for award purposes by adding the total price for all options to the total price for the basic requirement. The Government may determine that an offer is unacceptable if the option prices are significantly unbalanced. Evaluation of options shall not obligate the Government to exercise the option(s).

(c) A written notice of award or acceptance of an offer, mailed or otherwise furnished to the successful offeror within the time for acceptance specified in the offer, shall result in a binding contract without further action by either party. Before the offer's specified expiration time, the Government may accept an offer (or part of an offer), whether or not there are negotiations after its receipt, unless a written notice of withdrawal is received before award.

(End of Provision)

## A.7 52.212-3 OFFEROR REPRESENTATIONS AND CERTIFICATIONS—COMMERCIAL PRODUCTS AND COMMERCIAL SERVICES (OCT 2025)

The Offeror shall complete only paragraph (b) of this provision if the Offeror has completed the annual representations and certification electronically in the System for Award Management (SAM) accessed through https://www.sam.gov. If the Offeror has not completed the annual representations and certifications electronically, the Offeror shall complete only paragraphs (c) through (v) of this provision.

(a) *Definitions.* As used in this provision—

*Covered telecommunications equipment or services* has the meaning provided in the clause 52.204-25, Prohibition on Contracting for Certain Telecommunications and Video Surveillance Services or Equipment.

*Economically disadvantaged women-owned small business (EDWOSB) concern* means a small business concern that is at least 51 percent directly and unconditionally owned by, and the management and daily business operations of which are controlled by, one or more women who are citizens of the United States and who are economically disadvantaged in accordance with 13 CFR 127, and the concern is identified by SBA or an approved third-party certifier in accordance with 13 CFR 127.300. It automatically qualifies as a women-owned small business eligible under the WOSB Program.

*Forced or indentured child labor* means all work or service—

(1) Exacted from any person under the age of 18 under the menace of any penalty for its nonperformance and for which the worker does not offer himself voluntarily; or

(2) Performed by any person under the age of 18 pursuant to a contract the enforcement of which can be accomplished by process or penalties.

*Highest-level owner* means the entity that owns or controls an immediate owner of the offeror, or that owns or controls one or more entities that control an immediate owner of the offeror. No entity owns or exercises control of the highest level owner.

*Immediate owner* means an entity, other than the offeror, that has direct control of the offeror. Indicators of control include, but are not limited to, one or more of the following: Ownership or interlocking management, identity of interests among family members, shared facilities and equipment, and the common use of employees.

*Inverted domestic corporation* means a foreign incorporated entity that meets the definition of an inverted domestic corporation under 6 U.S.C. 395(b), applied in accordance with the rules and definitions of 6 U.S.C. 395(c).

*Manufactured end product* means any end product in product and service codes (PSCs) 1000-9999, except—

(1) PSC 5510, Lumber and Related Basic Wood Materials;

(2) Product or Service Group (PSG) 87, Agricultural Supplies;

(3) PSG 88, Live Animals;

(4) PSG 89, Subsistence;

(5) PSC 9410, Crude Grades of Plant Materials;

(6) PSC 9430, Miscellaneous Crude Animal Products, Inedible;

(7) PSC 9440, Miscellaneous Crude Agricultural and Forestry Products;

(8) PSC 9610, Ores;

(9) PSC 9620, Minerals, Natural and Synthetic; and

(10) PSC 9630, Additive Metal Materials.

*Place of manufacture* means the place where an end product is assembled out of components, or otherwise made or processed from raw materials into the finished product that is to be provided to the Government. If a product is disassembled and reassembled, the place of reassembly is not the place of manufacture.

*Predecessor* means an entity that is replaced by a successor and includes any predecessors of the predecessor.

*Reasonable inquiry* has the meaning provided in the clause 52.204–25, Prohibition on Contracting for Certain Telecommunications and Video Surveillance Services or Equipment.

*Restricted business operations* means business operations in Sudan that include power production activities, mineral extraction activities, oil-related activities, or the production of military equipment, as those terms are defined in the Sudan Accountability and Divestment Act of 2007 (Pub. L. 110-174). Restricted business operations do not include business operations that the person (as that term is defined in Section 2 of the Sudan Accountability and Divestment Act of 2007) conducting the business can demonstrate—

(1) Are conducted under contract directly and exclusively with the regional government of southern Sudan;

(2) Are conducted pursuant to specific authorization from the Office of Foreign Assets Control in the Department of the Treasury, or are expressly exempted under Federal law from the requirement to be conducted under such authorization;

(3) Consist of providing goods or services to marginalized populations of Sudan;

(4) Consist of providing goods or services to an internationally recognized peacekeeping force or humanitarian organization;

(5) Consist of providing goods or services that are used only to promote health or education; or

(6) Have been voluntarily suspended.

*Sensitive technology*—

(1) Means hardware, software, telecommunications equipment, or any other technology that is to be used specifically—

(i) To restrict the free flow of unbiased information in Iran; or

(ii) To disrupt, monitor, or otherwise restrict speech of the people of Iran; and

(2) Does not include information or informational materials the export of which the President does not have the authority to regulate or prohibit pursuant to section 203(b)(3) of the International Emergency Economic Powers Act (50 U.S.C. 1702(b)(3)).

*Service-disabled veteran-owned small business (SDVOSB) concern* means a small business concern—

(1)(i) Not less than 51 percent of which is owned and controlled by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and

(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a service-disabled veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran; or

(2) A small business concern eligible under the SDVOSB Program in accordance with 13 CFR part 128 (see subpart 19.14).

(3) *Service-disabled veteran*, as used in this definition, means a veteran as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16), and who is registered in the Beneficiary Identification and Records Locator Subsystem, or successor system that is maintained by the Department of Veterans Affairs' Veterans Benefits Administration, as a service-disabled veteran.

*Service-disabled veteran-owned small business (SDVOSB) concern eligible under the SDVOSB Program* means an SDVOSB concern that—

(1) Effective January 1, 2024, is designated in the System for Award Management (SAM) as certified by the Small Business Administration (SBA) in accordance with 13 CFR 128.300; or

(2) Has represented that it is an SDVOSB concern in SAM and submitted a complete application for certification to SBA on or before December 31, 2023.

*Service-disabled veteran-owned small business (SDVOSB) Program* means a program that authorizes contracting officers to limit competition, including award on a sole-source basis, to SDVOSB concerns eligible under the SDVOSB Program.

*Small business concern*—

(1) Means a concern, including its affiliates, that is independently owned and operated, not dominant in its field of operation, and qualified as a small business under the criteria in 13 CFR part 121 and size standards in this solicitation.

(2) *Affiliates*, as used in this definition, means business concerns, one of whom directly or indirectly controls or has the power to control the others, or a third party or parties control or have the power to control the others. In determining whether affiliation exists, consideration is given to all appropriate factors including common ownership, common management, and contractual relationships. SBA determines affiliation based on the factors set forth at 13 CFR 121.103.

*Small disadvantaged business concern*, consistent with 13 CFR 124.1001, means a small business concern under the size standard applicable to the acquisition, that—

(1) Is at least 51 percent unconditionally and directly owned (as defined at 13 CFR 124.105) by—

(i) One or more socially disadvantaged (as defined at 13 CFR 124.103) and economically disadvantaged (as defined at 13 CFR 124.104) individuals who are citizens of the United States; and

(ii) Each individual claiming economic disadvantage has a net worth not exceeding the threshold at 13 CFR 124.104(c)(2) after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); and

(2) The management and daily business operations of which are controlled (as defined at 13 CFR 124.106) by individuals, who meet the criteria in paragraphs (1)(i) and (ii) of this definition.

*Subsidiary* means an entity in which more than 50 percent of the entity is owned—

(1) Directly by a parent corporation; or

(2) Through another subsidiary of a parent corporation.

*Successor* means an entity that has replaced a predecessor by acquiring the assets and carrying out the affairs of the predecessor under a new name (often through acquisition or merger). The term "successor" does not include new offices/divisions of the same company or a company that only changes its name. The extent of the responsibility of the successor for the liabilities of the predecessor may vary, depending on State law and specific circumstances.

*Veteran-owned small business concern* means a small business concern—

(1) Not less than 51 percent of which is owned and controlled by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and

(2) The management and daily business operations of which are controlled by one or more veterans.

*Women-owned business concern* means a concern which is at least 51 percent owned by one or more women; or in the case of any publicly owned business, at least 51 percent of its stock is owned by one or more women; and whose management and daily business operations are controlled by one or more women.

*Women-owned small business concern* means a small business concern—

(1) That is at least 51 percent owned by one or more women; or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

(2) Whose management and daily business operations are controlled by one or more women.

*Women-owned small business (WOSB) concern eligible under the WOSB Program* (in accordance with 13 CFR part 127), means a small business concern that is at least 51 percent directly and unconditionally owned by, and the management and daily business operations of which are controlled by, one or more women who are citizens of the United States, and the concern is certified by SBA or an approved third-party certifier in accordance with 13 CFR 127.300.

(b)(1) Annual Representations and Certifications. Any changes provided by the Offeror in paragraph (b)(2) of this provision do not automatically change the representations and certifications in SAM.

(2) The offeror has completed the annual representations and certifications electronically in SAM accessed through *http://www.sam.gov*. After reviewing SAM information, the Offeror verifies by submission of this offer that the representations and certifications currently posted electronically at FAR 52.212–3, Offeror Representations and Certifications—Commercial Products and Commercial Services, have been entered or updated in the last 12 months, are current, accurate, complete, and applicable to this solicitation (including the business size standard(s) applicable to the NAICS code(s) referenced for this solicitation), at the time this offer is submitted and are incorporated in this offer by reference (see FAR 4.1201), except for paragraphs .

(c) Offerors must complete the following representations when the resulting contract is for supplies to be delivered or services to be performed in the United States or its outlying areas, or when the contracting officer has applied part 19 in accordance with 19.000(b)(1)(ii). Check all that apply.

(1) *Small business concern.* The offeror represents as part of its offer that—

(i) It [ ] is, [ ] is not a small business concern; or

(ii) It [ ] is, [ ] is not a small business joint venture that complies with the requirements of 13 CFR 121.103(h) and 13 CFR 125.8(a) and (b). [*The offeror shall enter the name and unique entity identifier of each party to the joint venture:* ___________________.]

(2) *Veteran-owned small business concern.* [*Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.*] The offeror represents as part of its offer that it [ ] is, [ ] is not a veteran-owned small business concern.

(3) *SDVOSB concern.* [*Complete only if the offeror represented itself as a veteran-owned small business concern in paragraph (c)(2) of this provision.*] The offeror represents that it [ ] is, [ ] is not an SDVOSB concern.

(4) *SDVOSB concern joint venture eligible under the SDVOSB Program.* The offeror represents that it [ ] is, [ ] is not an SDVOSB joint venture eligible under the SDVOSB Program that complies with the requirements of 13 CFR 128.402. [*Complete only if the offeror represented itself as an SDVOSB concern in paragraph (c)(3) of this provision.] [The offeror shall enter the name and unique entity identifier of each party to the joint venture:__.*]

(5) *Small disadvantaged business concern.* [*Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.*] The offeror represents that it [ ] is, [ ] is not a small disadvantaged business concern as defined in 13 CFR 124.1001.

(6) *Women-owned small business concern.* [*Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.*] The offeror represents that it [ ] is, [ ] is not a women-owned small business concern.

(7) *WOSB join venture eligible under the WOSB Program.* [Complete only if the offeror represented itself as a women-owned small business concern in paragraph (c)(5) of this provision.] The offeror represents that it [ ] is, [ ] is not a joint venture that complies with the requirements of 13 CFR 127.506(a) through (c). [*The offeror shall enter the name and unique entity identifier of each party to the joint venture:* ________________.]

(8) *Economically disadvantaged women-owned small business (EDWOSB) joint venture.* The offeror represents that it [ ] is, [ ] is not a joint venture that complies with the requirements of 13 CFR part 127.506(a) through (c). [*The offeror shall enter the name and unique entity identifier of each party to the joint venture:* ________________.]

**Note to Paragraphs (c)(9) and (10):** Complete paragraphs (c)(9) and (10) only if this solicitation is expected to exceed the simplified acquisition threshold.

(9) *Women-owned business concern (other than small business concern).* [*Complete only if the offeror is a women-owned business concern and did not represent itself as a small business concern in paragraph (c)(1) of this provision.*] The offeror represents that it [ ] is a women-owned business concern.

(10) *Tie bid priority for labor surplus area concerns.* If this is an invitation for bid, small business offerors may identify the labor surplus areas in which costs to be incurred on account of manufacturing or production (by offeror or first-tier subcontractors) amount to more than 50 percent of the contract price:

______________________________________________

(11) *HUBZone small business concern.* [*Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.*] The offeror represents, as part of its offer, that—

(i) It [ ] is, [ ] is not a HUBZone small business concern listed, on the date of this representation, as having been certified by SBA as a HUBZone small business concern in the Dynamic Small Business Search and SAM, and will attempt to maintain an employment rate of

HUBZone residents of 35 percent of its employees during performance of a HUBZone contract (see 13 CFR 126.200(e)(1)); and

(ii) It [ ] is, [ ] is not a HUBZone joint venture that complies with the requirements of 13 CFR Part 126.616(a) through (c). [*The offeror shall enter the name and unique entity identifier of each party to the joint venture:* __________________.] Each HUBZone small business concern participating in the HUBZone joint venture shall provide representation of its HUBZone status.

(d) Representations required to implement provisions of Executive Order 11246—

(1) *Previous contracts and compliance*. The offeror represents that—

(i) It [ ] has, [ ] has not participated in a previous contract or subcontract subject to the Equal Opportunity clause of this solicitation; and

(ii) It [ ] has, [ ] has not filed all required compliance reports.

(2) *Affirmative Action Compliance*. The offeror represents that—

(i) It [ ] has developed and has on file, [ ] has not developed and does not have on file, at each establishment, affirmative action programs required by rules and regulations of the Secretary of Labor (41 CFR parts 60-1 and 60-2), or

(ii) It [ ] has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.

(e) *Certification Regarding Payments to Influence Federal Transactions* (31 U.S.C. 1352). (Applies only if the contract is expected to exceed $200,000.) By submission of its offer, the offeror certifies to the best of its knowledge and belief that no Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress or an employee of a Member of Congress on his or her behalf in connection with the award of any resultant contract. If any registrants under the Lobbying Disclosure Act of 1995 have made a lobbying contact on behalf of the offeror with respect to this contract, the offeror shall complete and submit, with its offer, OMB Standard Form LLL, Disclosure of Lobbying Activities, to provide the name of the registrants. The offeror need not report regularly employed officers or employees of the offeror to whom payments of reasonable compensation were made.

(f) *Buy American Certificate*. (Applies only if the clause at Federal Acquisition Regulation (FAR) 52.225-1, Buy American—Supplies, is included in this solicitation.)

(1)(i) The Offeror certifies that each end product, except those listed in paragraph (f)(2) of this provision, is a domestic end product and that each domestic end product listed in paragraph (f)(3) of this provision contains a critical component.

(ii) The Offeror shall list as foreign end products those end products manufactured in the United States that do not qualify as domestic end products. For those foreign end products that do not consist wholly or predominantly of iron or steel or a combination of both, the Offeror shall also indicate whether these foreign end products exceed 55 percent domestic content, except for those that are COTS items. If the percentage of the domestic content is unknown, select "no".

(iii) The Offeror shall separately list the line item numbers of domestic end products that contain a critical component (see FAR 25.105).

(iv) The terms ''commercially available off-the-shelf (COTS) item,'' ''critical component,'' ''domestic end product,'' ''end product,'' ''foreign end product,'' and ''United States'' are defined in the clause of this solicitation entitled ''Buy American—Supplies.''

(2) Foreign End Products:

| Line item No. | Country of origin | Exceeds 55% domestic content (yes/no) |
|---|---|---|
| | | |
| | | |
| | | |

[*List as necessary*]

(3) Domestic end products containing a critical component: Line Item No. ___________

[*List as necessary*]

(4) The Government will evaluate offers in accordance with the policies and procedures of FAR part 25.

(g)(1) *Buy American—Free Trade Agreements—Israeli Trade Act Certificate.* (Applies only if the clause at FAR 52.225-3, Buy American—Free Trade Agreements—Israeli Trade Act, is included in this solicitation.)

(i)(A) The Offeror certifies that each end product, except those listed in paragraph (g)(1)(ii) or (iii) of this provision, is a domestic end product and that each domestic end product listed in paragraph (g)(1)(iv) of this provision contains a critical component.

(B) The terms ''Bahraini, Moroccan, Omani, Panamanian, or Peruvian end product,'' ''commercially available off-the-shelf (COTS) item,'' ''critical component,'' ''domestic end product,'' ''end product,'' ''foreign end product,'' ''Free Trade Agreement country,'' ''Free Trade Agreement country end product,'' ''Israeli end product,'' and ''United States'' are defined in the clause of this solicitation entitled ''Buy American—Free Trade Agreements—Israeli Trade Act.''

(ii) The Offeror certifies that the following supplies are Free Trade Agreement country end products (other than Bahraini, Moroccan, Omani, Panamanian, or Peruvian end products) or Israeli end products as defined in the clause of this solicitation entitled ''Buy American—Free Trade Agreements—Israeli Trade Act.''

Free Trade Agreement Country End Products (Other than Bahraini, Moroccan, Omani, Panamanian, or Peruvian End Products) or Israeli End Products:

| Line item No. | Country of origin |
|---|---|
| | |
| | |
| | |

[*List as necessary*]

(iii) The Offeror shall list those supplies that are foreign end products (other than those listed in paragraph (g)(1)(ii) of this provision) as defined in the clause of this solicitation entitled ''Buy American—Free Trade Agreements—Israeli Trade Act.'' The Offeror shall list as other foreign

end products those end products manufactured in the United States that do not qualify as domestic end products. For those foreign end products that do not consist wholly or predominantly of iron or steel or a combination of both, the Offeror shall also indicate whether these foreign end products exceed 55 percent domestic content, except for those that are COTS items. If the percentage of the domestic content is unknown, select ''no''.

Other Foreign End Products:

| Line item No. | Country of origin | Exceeds 55% domestic content (yes/no) |
|---|---|---|
| | | |
| | | |
| | | |

[*List as necessary*]

(iv) The Offeror shall list the line item numbers of domestic end products that contain a critical component (see FAR 25.105). Line Item No. ____________

[*List as necessary*]

(v) The Government will evaluate offers in accordance with the policies and procedures of FAR part 25.

(2) *Buy American—Free Trade Agreements—Israeli Trade Act Certificate, Alternate II.* If *Alternate II* to the clause at FAR 52.225-3 is included in this solicitation, substitute the following paragraph (g)(1)(ii) for paragraph (g)(1)(ii) of the basic provision:

(g)(1)(ii) The offeror certifies that the following supplies are Israeli end products as defined in the clause of this solicitation entitled "Buy American—Free Trade Agreements—Israeli Trade Act":

Israeli End Products:

| Line item No. | Country of origin |
|---|---|
| | |
| | |
| | |

[*List as necessary*]

(3) *Buy American—Free Trade Agreements—Israeli Trade Act Certificate, Alternate III.* If Alternate III to the clause at 52.225–3 is included in this solicitation, substitute the following paragraphs (g)(1)(i)(B) and (g)(1)(ii) for paragraphs (g)(1)(i)(B) and (g)(1)(ii) of the basic provision:

(g)(1)(i)(B) The terms ''Korean end product'', ''commercially available off-the shelf (COTS) item,'' ''critical component,'' ''domestic end product,'' ''end product,'' ''foreign end product,'' ''Free Trade Agreement country,'' ''Free Trade Agreement country end product,'' ''Israeli end product,'' and ''United States'' are defined in the clause of this solicitation entitled ''Buy American— Free Trade Agreements—Israeli Trade Act.''

(g)(1)(ii) The Offeror certifies that the following supplies are Korean end products or Israeli end products as defined in the clause of this solicitation entitled ''Buy American—Free Trade Agreements—Israeli Trade Act'':

Korean End Products or Israeli End Products:

| Line item No. | Country of origin |
|---|---|
| | |
| | |
| | |

[*List as necessary*]

(4) *Trade Agreements Certificate.* (Applies only if the clause at FAR 52.225-5, Trade Agreements, is included in this solicitation.)

(i) The offeror certifies that each end product, except those listed in paragraph (g)(4)(ii) of this provision, is a U.S.-made or designated country end product, as defined in the clause of this solicitation entitled "Trade Agreements".

(ii) The offeror shall list as other end products those end products that are not U.S.-made or designated country end products.

Other End Products:

| Line item No. | Country of origin |
|---|---|
| | |
| | |
| | |

[*List as necessary*]

(iii) The Government will evaluate offers in accordance with the policies and procedures of FAR Part 25. For line items covered by the WTO GPA, the Government will evaluate offers of U.S.-made or designated country end products without regard to the restrictions of the Buy American statute. The Government will consider for award only offers of U.S.-made or designated country end products unless the Contracting Officer determines that there are no offers for such products or that the offers for such products are insufficient to fulfill the requirements of the solicitation.

(h) *Certification Regarding Responsibility Matters* (Executive Order 12689). (Applies only if the contract value is expected to exceed the simplified acquisition threshold.) The offeror certifies, to the best of its knowledge and belief, that the offeror and/or any of its principals—

(1) [ ] Are, [ ] are not presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency;

(2) [ ] Have, [ ] have not, within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a Federal, state or local government contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or Commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, violating Federal criminal tax laws, or receiving stolen property;

(3) [ ] Are, [ ] are not presently indicted for, or otherwise criminally or civilly charged by a Government entity with, commission of any of these offenses enumerated in paragraph (h)(2) of this clause; and

(4) [ ] Have, [ ] have not, within a three-year period preceding this offer, been notified of any delinquent Federal taxes in an amount that exceeds the threshold at 9.104–5(a)(2) for which the liability remains unsatisfied.

(i) Taxes are considered delinquent if both of the following criteria apply:

(A) *The tax liability is finally determined.* The liability is finally determined if it has been assessed. A liability is not finally determined if there is a pending administrative or judicial challenge. In the case of a judicial challenge to the liability, the liability is not finally determined until all judicial appeal rights have been exhausted.

(B) *The taxpayer is delinquent in making payment.* A taxpayer is delinquent if the taxpayer has failed to pay the tax liability when full payment was due and required. A taxpayer is not delinquent in cases where enforced collection action is precluded.

(ii) *Examples.*

(A) The taxpayer has received a statutory notice of deficiency, under I.R.C. Sec. 6212, which entitles the taxpayer to seek Tax Court review of a proposed tax deficiency. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek Tax Court review, this will not be a final tax liability until the taxpayer has exercised all judicial appeal rights.

(B) The IRS has filed a notice of Federal tax lien with respect to an assessed tax liability, and the taxpayer has been issued a notice under I.R.C. Sec. 6320 entitling the taxpayer to request a hearing with the IRS Office of Appeals contesting the lien filing, and to further appeal to the Tax Court if the IRS determines to sustain the lien filing. In the course of the hearing, the taxpayer is entitled to contest the underlying tax liability because the taxpayer has had no prior opportunity to contest the liability. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek tax court review, this will not be a final tax liability until the taxpayer has exercised all judicial appeal rights.

(C) The taxpayer has entered into an installment agreement pursuant to I.R.C. Sec. 6159. The taxpayer is making timely payments and is in full compliance with the agreement terms. The taxpayer is not delinquent because the taxpayer is not currently required to make full payment.

(D) The taxpayer has filed for bankruptcy protection. The taxpayer is not delinquent because enforced collection action is stayed under 11 U.S.C. 362 (the Bankruptcy Code).

(i) *Certification Regarding Knowledge of Child Labor for Listed End Products (Executive Order 13126).*

(1) *Listed end products.*

| Listed end product | Listed countries of origin |
|---|---|
| | |
| | |
| | |
| | |
| | |

(2) *Certification. [If the Contracting Officer has identified end products and countries of origin in paragraph (i)(1) of this provision, then the offeror must certify to either (i)(2)(i) or (i)(2)(ii) by checking the appropriate block.]*

[ ] (i) The offeror will not supply any end product listed in paragraph (i)(1) of this provision that was mined, produced, or manufactured in the corresponding country as listed for that product.

[ ] (ii) The offeror may supply an end product listed in paragraph (i)(1) of this provision that was mined, produced, or manufactured in the corresponding country as listed for that product. The offeror certifies that it has made a good faith effort to determine whether forced or indentured child labor was used to mine, produce, or manufacture any such end product furnished under this contract. On the basis of those efforts, the offeror certifies that it is not aware of any such use of child labor.

(j) *Place of manufacture.* (Does not apply unless the solicitation is predominantly for the acquisition of manufactured end products.) For statistical purposes only, the offeror shall indicate whether the place of manufacture of the end products it expects to provide in response to this solicitation is predominantly—

(1) __ In the United States (Check this box if the total anticipated price of offered end products manufactured in the United States exceeds the total anticipated price of offered end products manufactured outside the United States); or

(2) __ Outside the United States.

(k) *Certificates regarding exemptions from the application of the Service Contract Labor Standards.* (Certification by the offeror as to its compliance with respect to the contract also constitutes its certification as to compliance by its subcontractor if it subcontracts out the exempt services.) [*The contracting officer is to check a box to indicate if paragraph (k)(1) or (k)(2) applies.*]

[] (1) Maintenance, calibration, or repair of certain equipment as described in FAR 22.1003-4(c)(1). The offeror [ ] does [ ] does not certify that—

(i) The items of equipment to be serviced under this contract are used regularly for other than Governmental purposes and are sold or traded by the offeror (or subcontractor in the case of an exempt subcontract) in substantial quantities to the general public in the course of normal business operations;

(ii) The services will be furnished at prices which are, or are based on, established catalog or market prices (see FAR 22.1003- 4(c)(2)(ii)) for the maintenance, calibration, or repair of such equipment; and

(iii) The compensation (wage and fringe benefits) plan for all service employees performing work under the contract will be the same as that used for these employees and equivalent employees servicing the same equipment of commercial customers.

[] (2) Certain services as described in FAR 22.1003- 4(d)(1). The offeror [ ] does [ ] does not certify that—

(i) The services under the contract are offered and sold regularly to non-Governmental customers, and are provided by the offeror (or subcontractor in the case of an exempt subcontract) to the general public in substantial quantities in the course of normal business operations;

(ii) The contract services will be furnished at prices that are, or are based on, established catalog or market prices (see FAR 22.1003-4(d)(2)(iii));

(iii) Each service employee who will perform the services under the contract will spend only a small portion of his or her time (a monthly average of less than 20 percent of the available hours on an annualized basis, or less than 20 percent of available hours during the contract period if the contract period is less than a month) servicing the Government contract; and

(iv) The compensation (wage and fringe benefits) plan for all service employees performing work under the contract is the same as that used for these employees and equivalent employees servicing commercial customers.

(3) If paragraph (k)(1) or (k)(2) of this clause applies—

(i) If the offeror does not certify to the conditions in paragraph (k)(1) or (k)(2) and the Contracting Officer did not attach a Service Contract Labor Standards wage determination to the solicitation, the offeror shall notify the Contracting Officer as soon as possible; and

(ii) The Contracting Officer may not make an award to the offeror if the offeror fails to execute the certification in paragraph (k)(1) or (k)(2) of this clause or to contact the Contracting Officer as required in paragraph (k)(3)(i) of this clause.

(l) *Taxpayer Identification Number (TIN)* (26 U.S.C. 6109, 31 U.S.C. 7701). (Not applicable if the offeror is required to provide this information to SAM to be eligible for award.)

(1) All offerors must submit the information required in paragraphs (l)(3) through (l)(5) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the Internal Revenue Service (IRS).

(2) The TIN may be used by the Government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the offeror's TIN.

(3) *Taxpayer Identification Number (TIN).*

[ ] TIN: ________________________.

[ ] TIN has been applied for.

[ ] TIN is not required because:

[ ] Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;

[ ] Offeror is an agency or instrumentality of a foreign government;

[ ] Offeror is an agency or instrumentality of the Federal Government.

(4) *Type of organization.*
[ ] Sole proprietorship;
[ ] Partnership;
[ ] Corporate entity (not tax-exempt);
[ ] Corporate entity (tax-exempt);
[ ] Government entity (Federal, State, or local);
[ ] Foreign government;
[ ] International organization per 26 CFR 1.6049-4;
[ ] Other ________________________.

(5) *Common parent.*
[ ] Offeror is not owned or controlled by a common parent;
[ ] Name and TIN of common parent:
Name ____________________.
TIN ____________________.

(m) *Restricted business operations in Sudan.* By submission of its offer, the offeror certifies that the offeror does not conduct any restricted business operations in Sudan.

(n) *Prohibition on Contracting with Inverted Domestic Corporations.*

(1) Government agencies are not permitted to use appropriated (or otherwise made available) funds for contracts with either an inverted domestic corporation, or a subsidiary of an inverted domestic corporation, unless the exception at 9.108-2(b) applies or the requirement is waived in accordance with the procedures at 9.108-4.

(2) *Representation.* The Offeror represents that—
(i) It [ ] is, [ ] is not an inverted domestic corporation; and
(ii) It [ ] is, [ ] is not a subsidiary of an inverted domestic corporation.

(o) *Prohibition on contracting with entities engaging in certain activities or transactions relating to Iran.*

(1) The offeror shall email questions concerning sensitive technology to the Department of State at CISADA106@state.gov.

(2) *Representation and certifications.* Unless a waiver is granted or an exception applies as provided in paragraph (o)(3) of this provision, by submission of its offer, the offeror—

(i) Represents, to the best of its knowledge and belief, that the offeror does not export any sensitive technology to the government of Iran or any entities or individuals owned or controlled by, or acting on behalf or at the direction of, the government of Iran;

(ii) Certifies that the offeror, or any person owned or controlled by the offeror, does not engage in any activities for which sanctions may be imposed under section 5 of the Iran Sanctions Act; and

(iii) Certifies that the offeror, and any person owned or controlled by the offeror, does not knowingly engage in any transaction that exceeds the threshold at FAR 25.703–2(a)(2) with Iran's Revolutionary Guard Corps or any of its officials, agents, or affiliates, the property and interests in property of which are blocked pursuant to the International Emergency Economic

Powers Act (50 U.S.C. 1701 *et seq.*) (see OFAC's Specially Designated Nationals and Blocked Persons List at https://www.treasury.gov/resource-center/sanctions/SDN-List/Pages/default.aspx).

(3) The representation and certification requirements of paragraph (o)(2) of this provision do not apply if—

(i) This solicitation includes a trade agreements certification (*e.g.*, 52.212–3(g) or a comparable agency provision); and

(ii) The offeror has certified that all the offered products to be supplied are designated country end products.

(p) *Ownership or Control of Offeror.* (Applies in all solicitations when there is a requirement to be registered in SAM or a requirement to have a unique entity identifier in the solicitation).

(1) The Offeror represents that it [ ] has or [ ] does not have an immediate owner. If the Offeror has more than one immediate owner (such as a joint venture), then the Offeror shall respond to paragraph (2) and if applicable, paragraph (3) of this provision for each participant in the joint venture.

(2) If the Offeror indicates "has" in paragraph (p)(1) of this provision, enter the following information:

Immediate owner CAGE code: ____.

Immediate owner legal name: ____.

(*Do not use a "doing business as" name*)

Is the immediate owner owned or controlled by another entity: [ ] Yes or [ ] No.

(3) If the Offeror indicates "yes" in paragraph (p)(2) of this provision, indicating that the immediate owner is owned or controlled by another entity, then enter the following information:

Highest-level owner CAGE code: ____.

Highest-level owner legal name: ____.

(*Do not use a "doing business as" name*)

(q) *Representation by Corporations Regarding Delinquent Tax Liability or a Felony Conviction under any Federal Law.*

(1) As required by sections 744 and 745 of Division E of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113-235), and similar provisions, if contained in subsequent appropriations acts, The Government will not enter into a contract with any corporation that—

(i) Has any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability, where the awarding agency is aware of the unpaid tax liability, unless an agency has considered suspension or debarment of the corporation and made a determination that suspension or debarment is not necessary to protect the interests of the Government; or

(ii) Was convicted of a felony criminal violation under any Federal law within the preceding 24 months, where the awarding agency is aware of the conviction, unless an agency has

considered suspension or debarment of the corporation and made a determination that this action is not necessary to protect the interests of the Government.

(2) The Offeror represents that—

(i) It is [ ] is not [ ] a corporation that has any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability; and

(ii) It is [ ] is not [ ] a corporation that was convicted of a felony criminal violation under a Federal law within the preceding 24 months.

(r) *Predecessor of Offeror.* (Applies in all solicitations that include the provision at 52.204-16, Commercial and Government Entity Code Reporting.)

(1) The Offeror represents that it [ ] is or [ ] is not a successor to a predecessor that held a Federal contract or grant within the last three years.

(2) If the Offeror has indicated "is" in paragraph (r)(1) of this provision, enter the following information for all predecessors that held a Federal contract or grant within the last three years (if more than one predecessor, list in reverse chronological order):

Predecessor CAGE code: ____ (or mark "Unknown").

Predecessor legal name: ____.

*(Do not use a "doing business as" name).*

(s) [Reserved]

(t) *Public Disclosure of Greenhouse Gas Emissions and Reduction Goals.* Applies in all solicitations that require offerors to register in SAM (12.301(d)(1)).

(1) This representation shall be completed if the Offeror received $7.5 million or more in contract awards in the prior Federal fiscal year. The representation is optional if the Offeror received less than $7.5 million in Federal contract awards in the prior Federal fiscal year.

(2) Representation. [Offeror to check applicable block(s) in paragraph (t)(2)(i) and (ii)]. (i) The Offeror (itself or through its immediate owner or highest-level owner) [ ] does, [ ] does not publicly disclose greenhouse gas emissions, i.e., makes available on a publicly accessible Web site the results of a greenhouse gas inventory, performed in accordance with an accounting standard with publicly available and consistently applied criteria, such as the Greenhouse Gas Protocol Corporate Standard.

(ii) The Offeror (itself or through its immediate owner or highest-level owner) [ ] does, [ ] does not publicly disclose a quantitative greenhouse gas emissions reduction goal, i.e., make available on a publicly accessible Web site a target to reduce absolute emissions or emissions intensity by a specific quantity or percentage.

(iii) A publicly accessible Web site includes the Offeror's own Web site or a recognized, third-party greenhouse gas emissions reporting program.

(3) If the Offeror checked "does" in paragraphs (t)(2)(i) or (t)(2)(ii) of this provision, respectively, the Offeror shall provide the publicly accessible Web site(s) where greenhouse gas emissions and/or reduction goals are reported:_____.

(u)(1) In accordance with section 743 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113-235) and its successor provisions in subsequent appropriations acts (and as extended in continuing resolutions), Government agencies are not permitted to use appropriated (or otherwise made available) funds for contracts with an entity that requires employees or subcontractors of such entity seeking to report waste, fraud, or abuse to sign internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting such waste, fraud, or abuse to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information.

(2) The prohibition in paragraph (u)(1) of this provision does not contravene requirements applicable to Standard Form 312 (Classified Information Nondisclosure Agreement), Form 4414 (Sensitive Compartmented Information Nondisclosure Agreement), or any other form issued by a Federal department or agency governing the nondisclosure of classified information.

(3) Representation. By submission of its offer, the Offeror represents that it will not require its employees or subcontractors to sign or comply with internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting waste, fraud, or abuse related to the performance of a Government contract to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information (e.g., agency Office of the Inspector General).

(v) *Covered Telecommunications Equipment or Services—Representation.* Section 889(a)(1)(A) and section 889(a)(1)(B) of Public Law 115-232.

(1) The Offeror shall review the list of excluded parties in the System for Award Management (SAM) (*https://www.sam.gov*) for entities excluded from receiving federal awards for "covered telecommunications equipment or services".

(2) The Offeror represents that—

(i) It [ ] does, [ ] does not provide covered telecommunications equipment or services as a part of its offered products or services to the Government in the performance of any contract, subcontract, or other contractual instrument.

(ii) After conducting a reasonable inquiry for purposes of this representation, that it [ ] does, [ ] does not use covered telecommunications equipment or services, or any equipment, system, or service that uses covered telecommunications equipment or services.

(End of Provision)

## A.8 52.212-5 CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS—COMMERCIAL PRODUCTS AND COMMERCIAL SERVICES (MAR 2026)

(a) The Contractor shall comply with the following Federal Acquisition Regulation (FAR) clauses, which are incorporated in this contract by reference, to implement provisions of law or Executive orders applicable to acquisitions of commercial products and commercial services:

(1) 52.203-19, Prohibition on Requiring Certain Internal Confidentiality Agreements or Statements (JAN 2017) (section 743 of Division E, Title VII, of the Consolidated and Further

Continuing Appropriations Act, 2015 (Pub. L. 113-235) and its successor provisions in subsequent appropriations acts (and as extended in continuing resolutions)).

(2) 52.204–23, Prohibition on Contracting for Hardware, Software, and Services Developed or Provided by Kaspersky Lab Covered Entities (DEC 2023) (Section 1634 of Pub. L. 115–91).

(3) 52.204–25, Prohibition on Contracting for Certain Telecommunications and Video Surveillance Services or Equipment. (NOV 2021) (Section 889(a)(1)(A) of Pub. L. 115–232).

(4) 52.209-10, Prohibition on Contracting with Inverted Domestic Corporations (NOV 2015).

(5) 52.232–40, Providing Accelerated Payments to Small Business Subcontractors (MAR 2023) (31 U.S.C. 3903 and 10 U.S.C. 3801).

(6) 52.233-3, Protest After Award (AUG 1996) (31 U.S.C. 3553).

(7) 52.233-4, Applicable Law for Breach of Contract Claim (OCT 2004) (Public Laws 108-77 and 108-78 (19 U.S.C. 3805 note)).

(b) The Contractor shall comply with the FAR clauses in this paragraph (b) that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial products and commercial services:

[] (1) 52.203–6, Restrictions on Subcontractor Sales to the Government (JUN 2020), with Alternate I (NOV 2021) (41 U.S.C. 4704 and 10 U.S.C. 4655).

[] (2) 52.203–13, Contractor Code of Business Ethics and Conduct (NOV 2021) (41 U.S.C. 3509).

[] (3) 52.203–15, Whistleblower Protections under the American Recovery and Reinvestment Act of 2009 (JUN 2010) (Section 1553 of Pub. L. 111-5). (Applies to contracts funded by the American Recovery and Reinvestment Act of 2009.)

[X] (4) 52.203–17, Contractor Employee Whistleblower Rights (NOV 2023) (41 U.S.C. 4712); this clause does not apply to contracts of DoD, NASA, the Coast Guard, or applicable elements of the intelligence community—see FAR 3.900(a).

[] (5) 52.204–10, Reporting Executive Compensation and First-Tier Subcontract Awards (JUN 2020) (Pub. L. 109–282) (31 U.S.C. 6101 note).

[] (6) [Reserved]

[] (7) 52.204–14, Service Contract Reporting Requirements (OCT 2016) (Pub. L. 111–117, section 743 of Div. C).

[] (8) 52.204–15, Service Contract Reporting Requirements for Indefinite-Delivery Contracts (OCT 2016) (Pub. L. 111–117, section 743 of Div. C).

[X] (9) 52.204–27, Prohibition on a ByteDance Covered Application (JUN 2023) (Section 102 of Division R of Pub. L. 117–328).

[] (10) 52.204–28, Federal Acquisition Supply Chain Security Act Orders—Federal Supply Schedules, Governmentwide Acquisition Contracts, and Multi-Agency Contracts. (DEC 2023) (Pub. L. 115–390, title II).

[X] (11)(i) 52.204–30, Federal Acquisition Supply Chain Security Act Orders— Prohibition. (DEC 2023) (Pub. L. 115–390, title II).

[] (ii) Alternate I (DEC 2023) of 52.204–30.

[X] (12) 52.209–6, Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, Proposed for Debarment, or Voluntarily Excluded. (JAN 2025) (31 U.S.C. 6101 note).

[] (13) 52.209-9, Updates of Publicly Available Information Regarding Responsibility Matters (OCT 2018) (41 U.S.C. 2313).

[] (14) [Reserved]

[] (15) 52.219–3, Notice of HUBZone Set-Aside or Sole-Source Award (OCT 2022) (15 U.S.C. 657a).

[] (16) 52.219–4, Notice of Price Evaluation Preference for HUBZone Small Business Concerns (OCT 2022) (if the offeror elects to waive the preference, it shall so indicate in its offer) (15 U.S.C. 657a).

[] (17) [Reserved]

[] (18)(i) 52.219-6, Notice of Total Small Business Set-Aside (NOV 2020) (15 U.S.C. 644).

[] (ii) Alternate I (MAR 2020) of 52.219-6.

[] (19)(i) 52.219-7, Notice of Partial Small Business Set-Aside (NOV 2020) (15 U.S.C. 644).

[] (ii) Alternate I (MAR 2020) of 52.219-7.

[] (20) 52.219-8, Utilization of Small Business Concerns (JAN 2025) (15 U.S.C. 637(d)(2) and (3)).

[] (21)(i) 52.219–9, Small Business Subcontracting Plan (JAN 2025) (15 U.S.C. 637(d)(4)).

[] (ii) Alternate I (NOV 2016) of 52.219-9.

[] (iii) Alternate II (NOV 2016) of 52.219-9.

[] (iv) Alternate III (JAN 2025) of 52.219–9.

[] (v) Alternate IV (JAN 2025) of 52.219–9.

[] (22)(i) 52.219-13, Notice of Set-Aside of Orders (MAR 2020) (15 U.S.C. 644(r)).

[] (ii) Alternate I (MAR 2020) of 52.219-13.

[] (23) 52.219–14, Limitations on Subcontracting (OCT 2022) (15 U.S.C. 657s).

[] (24) 52.219-16, Liquidated Damages—Subcontracting Plan (SEP 2021) (15 U.S.C. 637(d)(4)(F)(i)).

[] (25) 52.219–27, Notice of Set-Aside for, or Sole-Source Award to, Service-Disabled Veteran-Owned Small Business (SDVOSB) Concerns Eligible Under the SDVOSB Program (FEB 2024) (15 U.S.C. 657f).

[X] (26) (i) 52.219-28, Postaward Small Business Program Rerepresentation (JAN 2025) (15 U.S.C. 632(a)(2)).

[] (ii) Alternate I (MAR 2020) of 52.219–28.

[] (27) 52.219–29, Notice of Set-Aside for, or Sole-Source Award to, Economically Disadvantaged Women-Owned Small Business Concerns (OCT 2022) (15 U.S.C. 637(m)).

[] (28) 52.219–30, Notice of Set-Aside for, or Sole-Source Award to, Women-Owned Small Business Concerns Eligible Under the Women-Owned Small Business Program (OCT 2022) (15 U.S.C. 637(m)).

[] (29) 52.219-32, Orders Issued Directly Under Small Business Reserves (MAR 2020) (15 U.S.C. 644(r)).

[] (30) 52.219–33, Nonmanufacturer Rule (SEP 2021) (15 U.S.C. 637(a)(17)).

[X] (31) 52.222-3, Convict Labor (JUN 2003) (E.O. 11755).

[] (32) 52.222–19, Child Labor—Cooperation with Authorities and Remedies (MAR 2026) (E.O. 13126).

[X] (33) 52.222-21, Prohibition of Segregated Facilities (APR 2015).

[X] (34)(i) 52.222–26, Equal Opportunity (SEP 2016) (E.O. 11246).

[] (ii) Alternate I (FEB 1999) of 52.222-26.

[] (35)(i) 52.222–35, Equal Opportunity for Veterans (JUN 2020) (38 U.S.C. 4212).

[] (ii) Alternate I (JUL 2014) of 52.222-35.

[X] (36)(i) 52.222–36, Equal Opportunity for Workers with Disabilities (JUN 2020) (29 U.S.C. 793).

[] (ii) Alternate I (JUL 2014) of 52.222-36.

[] (37) 52.222–37, Employment Reports on Veterans (JUN 2020) (38 U.S.C. 4212).

[] (38) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (DEC 2010) (E.O. 13496).

[X] (39)(i) 52.222-50, Combating Trafficking in Persons (OCT 2025) (22 U.S.C. chapter 78 and E.O. 13627).

[] (ii) Alternate I (MAR 2015) of 52.222-50 (22 U.S.C. chapter 78 and E.O. 13627).

[X] (40) 52.222-54, Employment Eligibility Verification (JAN 2025). (E.O. 12989). (Not applicable to the acquisition of commercially available off-the-shelf items or certain other types of commercial products or commercial services as prescribed in FAR 22.1803.)

[] (41)(i) 52.223-9, Estimate of Percentage of Recovered Material Content for EPA-Designated Items (MAY 2008) (42 U.S.C.6962(c)(3)(A)(ii)). (Not applicable to the acquisition of commercially available off-the-shelf items.)

[] (ii) Alternate I (MAY 2008) of 52.223-9 (42 U.S.C. 6962(i)(2)(C)). (Not applicable to the acquisition of commercially available off-the-shelf items.)

[] (42) 52.223-11, Ozone-Depleting Substances and High Global Warming Potential Hydrofluorocarbons (MAY 2024) (42 U.S.C. 7671, *et seq*.).

[] (43) 52.223-12, Maintenance, Service, Repair, or Disposal of Refrigeration Equipment and Air Conditioners (MAY 2024) (42 U.S.C. 7671, *et seq*.).

[] (44) 52.223-20, Aerosols. (MAY 2024) (42 U.S.C. 7671, *et seq*.).

[] (45) 52.223-21, Foams (MAY 2024). (42 U.S.C. 7671, *et seq*.).

[X] (46) 52.223-23, Sustainable Products and Services (MAY 2024) (E.O. 14057, 7 U.S.C. 8102, 42 U.S.C. 6962, 42 U.S.C. 8259b, and 42 U.S.C. 7671l).

[] (47)(i) 52.224-3, Privacy Training (JAN 2017) (5 U.S.C. 552a).

[] (ii) Alternate I (JAN 2017) of 52.224-3.

[] (48)(i) 52.225-1, Buy American—Supplies (OCT 2022) (41 U.S.C. chapter 83).

[] (ii) Alternate I (OCT 2022) of 52.225-1.

[] (49)(i) 52.225-3, Buy American—Free Trade Agreements—Israeli Trade Act (NOV 2023) (19 U.S.C. 3301 note, 19 U.S.C. 2112 note, 19 U.S.C. 3805 note, 19 U.S.C. 4001 note, 19 U.S.C. chapter 29 (sections 4501-4732), Public Law 103-182, 108-77, 108-78, 108-286, 108-302, 109-53, 109-169, 109-283, 110-138, 112-41, 112-42, and 112-43.

[] (ii) Alternate I [Reserved].

[] (iii) Alternate II (JAN 2025) of 52.225-3.

[] (iv) Alternate III (FEB 2024) of 52.225-3.

[] (v) Alternate IV (OCT 2022) of 52.225-3.

[] (50) 52.225–5, Trade Agreements (NOV 2023) (19 U.S.C. 2501, *et seq*., 19 U.S.C. 3301 note

[X] (51) 52.225-13, Restrictions on Certain Foreign Purchases (FEB 2021) (E.O.'s, proclamations, and statutes administered by the Office of Foreign Assets Control of the Department of the Treasury).

[] (52) 52.225–26, Contractors Performing Private Security Functions Outside the United States (OCT 2016) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. Subtitle A, Part V, Subpart G Note).

[] (53) 52.226-4, Notice of Disaster or Emergency Area Set-Aside (NOV 2007) (42 U.S.C. 5150).

[] (54) 52.226-5, Restrictions on Subcontracting Outside Disaster or Emergency Area (NOV 2007) (42 U.S.C. 5150).

[X] (55) 52.226-8, Encouraging Contractor Policies to Ban Text Messaging While Driving (MAY 2024) (E.O. 13513)

[] (56) 52.229–12, Tax on Certain Foreign Procurements (FEB 2021).

[] (57) 52.232-29, Terms for Financing of Purchases of Commercial Products and Commercial Services (NOV 2021) (41 U.S.C. 4505, 10 U.S.C. 3805).

[] (58) 52.232-30, Installment Payments for Commercial Products and Commercial Services (NOV 2021) (41 U.S.C. 4505, 10 U.S.C. 3805).

[X] (59) 52.232-33, Payment by Electronic Funds Transfer—System for Award Management (OCT 2018) (31 U.S.C. 3332).

[] (60) 52.232-34, Payment by Electronic Funds Transfer—Other than System for Award Management (JUL 2013) (31 U.S.C. 3332).

[] (61) 52.232-36, Payment by Third Party (MAY 2014) (31 U.S.C. 3332).

[] (62) 52.239-1, Privacy or Security Safeguards (AUG 1996) (5 U.S.C. 552a).

[X] (63) 52.240–1, Prohibition on Unmanned Aircraft Systems Manufactured or Assembled by American Security Drone Act—Covered Foreign Entities (NOV 2024) (Sections 1821–1826, Pub. L. 118–31, 41 U.S.C. 3901 note prec.).

[] (64) 52.242-5, Payments to Small Business Subcontractors (JAN 2017)(15 U.S.C. 637(d)(13)).

[] (65)(i) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (NOV 2021) (46 U.S.C. 55305 and 10 U.S.C. 2631).

[] (ii) Alternate I (APR 2003) of 52.247-64.
[] (iii) Alternate II (NOV 2021) of 52.247-64.

(c) The Contractor shall comply with the FAR clauses in this paragraph (c), applicable to commercial services, that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial products and commercial services:

[X] (1) 52.222-41, Service Contract Labor Standards (AUG 2018) (41 U.S.C. chapter 67).

[X] (2) 52.222-42, Statement of Equivalent Rates for Federal Hires (MAY 2014) (29 U.S.C. 206 and 41 U.S.C. chapter 67).

| Employee Class | Monetary Wage-Fringe Benefits |
| --- | --- |

[] (3) 52.222-43, Fair Labor Standards Act and Service Contract Labor Standards—Price Adjustment (Multiple Year and Option Contracts) (AUG 2018) (29 U.S.C. 206 and 41 U.S.C. chapter 67).

[] (4) 52.222-44, Fair Labor Standards Act and Service Contract Labor Standards—Price Adjustment (MAY 2014) (29 U.S.C 206 and 41 U.S.C. chapter 67).

[] (5) 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment—Requirements (MAY 2014) (41 U.S.C. chapter 67).

[] (6) 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services—Requirements (MAY 2014) (41 U.S.C. chapter 67).

[X] (7) 52.222-55, Minimum Wages for Contractor Workers Under Executive Order 14026 (JAN 2022).

[X] (8) 52.222-62, Paid Sick Leave Under Executive Order 13706 (JAN 2022) (E.O. 13706).

[] (9) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations (JUN 2020) (42 U.S.C. 1792).

[] (10) 52.247-69, Reporting Requirement for U.S.-Flag Air Carriers Regarding Training to Prevent Human Trafficking (JAN 2025) (49 U.S.C. 40118(g)).

(d) Comptroller General Examination of Record. The Contractor shall comply with the provisions of this paragraph (d) if this contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, as defined in FAR 2.101, on the date of award of this contract, and does not contain the clause at 52.215-2, Audit and Records—Negotiation.

(1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to and right to examine any of the Contractor's directly pertinent records involving transactions related to this contract.

(2) The Contractor shall make available at its offices at all reasonable times the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in FAR Subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes clause

or to litigation or the settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.

(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of type and regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e)(1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c), and (d) of this clause, the Contractor is not required to flow down any FAR clause, other than those in this paragraph (e)(1) in a subcontract for commercial products or commercial services. Unless otherwise indicated below, the extent of the flow down shall be as required by the clause—

(i) 52.203–13, Contractor Code of Business Ethics and Conduct (NOV 2021) (41 U.S.C. 3509).

(ii) 52.203–17, Contractor Employee Whistleblower Rights (NOV 2023) (41 U.S.C. 4712).

(iii) 52.203-19, Prohibition on Requiring Certain Internal Confidentiality Agreements or Statements (JAN 2017) (section 743 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113-235) and its successor provisions in subsequent appropriations acts (and as extended in continuing resolutions)).

(iv) 52.204–23, Prohibition on Contracting for Hardware, Software, and Services Developed or Provided by Kaspersky Lab Covered Entities (DEC 2023) (Section 1634 of Pub. L. 115–91).

(v) 52.204–25, Prohibition on Contracting for Certain Telecommunications and Video Surveillance Services or Equipment. (NOV 2021) (Section 889(a)(1)(A) of Pub. L. 115–232).

(vi) 52.204–27, Prohibition on a ByteDance Covered Application (JUN 2023) (Section 102 of Division R of Pub. L. 117–328).

(vii) (A) 52.204–30, Federal Acquisition Supply Chain Security Act Orders— Prohibition. (DEC 2023) (Pub. L. 115–390, title II).

(B) Alternate I (DEC 2023) of 52.204–30.

(viii) 52.219–8, Utilization of Small Business Concerns (JAN 2025) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds the applicable threshold specified in FAR 19.702(a) on the date of subcontract award, the subcontractor must include 52.219–8 in lower tier subcontracts that offer subcontracting opportunities.

(ix) 52.222-21, Prohibition of Segregated Facilities (APR 2015).

(x) 52.222–26, Equal Opportunity (SEP 2016) (E.O. 11246).

(xi) 52.222–35, Equal Opportunity for Veterans (JUN 2020) (38 U.S.C. 4212).

(xii) 52.222–36, Equal Opportunity for Workers with Disabilities (JUN 2020) (29 U.S.C. 793).

(xiii) 52.222–37, Employment Reports on Veterans (JUN 2020) (38 U.S.C. 4212).

(xiv) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (DEC 2010) (E.O. 13496). Flow down required in accordance with paragraph (f) of FAR clause 52.222-40.

(xv) 52.222-41, Service Contract Labor Standards (AUG 2018) (41 U.S.C. chapter 67).

(xvi)(A) 52.222-50, Combating Trafficking in Persons (OCT 2025) (22 U.S.C. chapter 78 and E.O. 13627).

(B) Alternate I (MAR 2015) of 52.222-50 (22 U.S.C. chapter 78 and E.O. 13627).

(xvii) 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment—Requirements (MAY 2014) (41 U.S.C. chapter 67).

(xviii) 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services—Requirements (MAY 2014) (41 U.S.C. chapter 67).

(xix) 52.222-54, Employment Eligibility Verification (JAN 2025) (E.O. 12989).

(xx) 52.222-55, Minimum Wages for Contractor Workers Under Executive Order 14026 (JAN 2022).

(xxi) 52.222-62 Paid Sick Leave Under Executive Order 13706 (JAN 2022) (E.O. 13706).

(xxii)(A) 52.224-3, Privacy Training (JAN 2017) (5 U.S.C. 552a).

(B) Alternate I (JAN 2017) of 52.224-3.

(xxiii) 52.225–26, Contractors Performing Private Security Functions Outside the United States (OCT 2016) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. Subtitle A, Part V, Subpart G Note).

(xxiv) 52.226–6, Promoting Excess Food Donation to Nonprofit Organizations (JUN 2020) (42 U.S.C. 1792). Flow down required in accordance with paragraph (e) of FAR clause 52.226-6.

(xxv) 52.232–40, Providing Accelerated Payments to Small Business Subcontractors (MAR 2023) (31 U.S.C. 3903 and 10 U.S.C. 3801). Flow down required in accordance with paragraph (c) of 52.232–40.

(xxvi) 52.240–1, Prohibition on Unmanned Aircraft Systems Manufactured or Assembled by American Security Drone Act—Covered Foreign Entities (NOV 2024) (Sections 1821–1826, Pub. L. 118–31, 41 U.S.C.3901 note prec.).

(xxvii) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (NOV 2021) (46 U.S.C. 55305 and 10 U.S.C. 2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64.

(2) While not required, the Contractor may include in its subcontracts for commercial products and commercial services a minimal number of additional clauses necessary to satisfy its contractual obligations.

(End of Clause)

## A.9 52.217-8 OPTION TO EXTEND SERVICES (NOV 1999)

The Government may require continued performance of any services within the limits and at the rates specified in the contract. These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor. The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed 6 months. The Contracting Officer may exercise the option by written notice to the Contractor within 30 days.

(End of Clause)

## A.10 NOTICE LISTING CLAUSES INCORPORATED BY REFERENCE

The following clauses are hereby incorporated by reference (by Citation Number, Title, and Date) in accordance with the clause at FAR "52.252-2 CLAUSES INCORPORATED BY REFERENCE" contained in this document. See FAR 52.252-2 for an internet address (if specified) for electronic access to the full text of a clause.

FEDERAL ACQUISITION REGULATION (48 CFR Chapter 1)

| FAR Number | Title | Date |
|---|---|---|
| 52.204-7 | SYSTEM FOR AWARD MANAGEMENT | NOV 2024 |
| 52.204-9 | PERSONAL IDENTITY VERIFICATION OF CONTRACTOR PERSONNEL | JAN 2011 |
| 52.204-13 | SYSTEM FOR AWARD MANAGEMENT MAINTENANCE | OCT 2018 |
| 52.204-16 | COMMERCIAL AND GOVERNMENT ENTITY CODE REPORTING | AUG 2020 |
| 52.204-18 | COMMERCIAL AND GOVERNMENT ENTITY CODE MAINTENANCE | AUG 2020 |

The Kennedy Center

Project: Independent Construction Program Assessment & Advisory Services

1. **Purpose**

The purpose of this Statement of Work (SOW) is to provide independent construction program assessment and advisory services through objective information review, analysis, documentation, and reporting. The services are intended to provide stakeholders with an independent understanding of program status, performance conditions, and available program information.

The Consultant shall perform an independent assessment of construction program information, including program documentation, cost and schedule data, risk information, reporting processes, and other relevant program records. Advisory services under this scope are limited to independent analysis, clarification, and informational support based on reviewed materials.

**2. Scope of Services**

**General Requirements**

The Consultant shall perform the assessment, analysis, and reporting activities required to evaluate program management practices, project controls, cost and schedule performance, risk management, contract administration, and construction delivery processes.

**Specific Requirements**

The Consultant shall provide independent construction program assessment and advisory services, including:

**Task 1 – Program Information Assessment**

Review and assess available program documentation, including project records, plans, schedules, budgets, reports, and performance data. Document program organization, governance, processes, reporting methods, and the completeness and reliability of available information.

**Task 2 – Cost and Schedule Assessment**

Review program cost data, forecasts, schedules, milestones, and progress information. Analyze available data to summarize cost and schedule status, trends, and documented variances.

**Task 3 – Risk, Issue, and Performance Review**
Review risk registers, issue logs, change documentation, and performance information. Summarize identified risks, issues, trends, and documented program conditions.

**Task 4 – Program Controls and Reporting Assessment**
Review program controls, reporting processes, performance metrics, and information management practices. Document methods used to monitor, track, and communicate program status.

**Task 5 – Independent Advisory Support**
Provide independent analysis, clarification, and informational support through document reviews, stakeholder discussions, interviews, and assessment briefings.

**Task 6 – Assessment Reporting** Prepare assessment reports documenting:

- Information reviewed and assessment methodology
- Program status observations
- Cost and schedule summaries
- Risk and issue review results
- Data limitations and information gaps
- Independent assessment findings

**3. Deliverables**
The Consultant shall provide the following deliverables, as applicable:

- Document Review Summary
- Independent Construction Program Assessment Report
- Cost and Schedule Assessment Summary
- Risk and Issue Review Summary
- Stakeholder Briefing Materials
- Final Assessment Report

Deliverables shall present factual observations, analysis, and documented findings based on available programmatic and other information.

**4. Independence and Objectivity**
The Consultant shall perform all services independently and objectively. The assessment shall be based on but not limited to documentation provided, stakeholder input, interviews, and program data. The Consultant shall not assume responsibility for program management, construction management, project execution, decision-making, or implementation of program changes.

**5. Advisory Services Limitation**

Advisory services provided under this Statement of Work are limited to independent review, analysis, interpretation, and communication of program information. The Consultant shall not provide construction management services, direct project activities, implement corrective actions, or assume responsibility for program outcomes.

**6. Reporting and Coordination**

The Consultant shall coordinate with designated stakeholders to obtain relevant program information, conduct reviews, and communicate assessment results. Reports and briefings shall be prepared in a format suitable for stakeholder and executive-level review.

**7. Period of Performance**

The period of performance for the Independent Construction Program Assessment & Advisory Services shall commence upon issuance of the Owner's Notice to Proceed (NTP) and continue for approximately sixty (60) calendar days.

The Center may authorize a thirty (30) calendar day extension. The maximum period of performance, including the optional extension, shall not exceed ninety (90) calendar days from the effective date of the NTP.

**Phase 1 – Project Initiation and Data Collection**

**Duration:** As agreed upon by the Consultant and Contracting Officer's Representative

The Consultant shall initiate services, establish communication protocols, and collect the information necessary to perform the independent program assessment.

Activities shall include:

- Conduct project kickoff meeting with Owner representatives.
- Confirm scope, objectives, and expectations.
- Review available project documentation, including:
  - Program management plans
  - Project schedules
  - Cost reports and budgets
  - Contracts and procurement documents
  - Risk registers
  - Status reports
  - Change management records
  - Quality and safety documentation
- Identify key stakeholders and establish interview schedule.
- Any other relevant information and documentation

**Deliverables:**

- Project Management Plan
- Document Request Log
- Assessment Work Plan
- Stakeholder Interview Schedule

**Phase 2 – Program Assessment and Analysis**
**Duration:** As agreed upon by the Consultant and Contracting Officer's Representative

The Consultant shall perform an independent assessment of the Owner's construction program management practices, controls, and project delivery performance.

**Activities at a minimum shall include:**

- Evaluate program governance and organizational structure.
- Assess project management processes and procedures.
- Review cost and schedule controls.
- Evaluate risk management practices.
- Assess change management processes.
- Review contract administration procedures.
- Evaluate reporting processes and performance metrics.
- Identify opportunities for improvement and risk mitigation.

**Deliverables:**

- Preliminary Assessment Findings
- Program Risk Assessment
- Cost and Schedule Review Memoranda
- Draft Recommendations

**Phase 3 – Final Assessment and Advisory Report**
**Duration:** As agreed upon by the Consultant and Contracting Officer's Representative (COR)

The Consultant shall finalize findings and provide actionable recommendations to support Owner decision-making.

**Activities shall include:**

- Validate assessment findings with Owner stakeholders.
- Incorporate Owner comments and additional information.
- Develop final recommendations and implementation strategies.
- Conduct executive briefing.

**Deliverables:**

- Final Independent Construction Program Assessment Report
- Executive Summary Presentation
- Program Improvement Recommendations
- Final Risk Register
- Closeout Meeting

**Optional Extension Period**

The Owner may authorize a **thirty (30) calendar day extension**

The optional extension may be used for tasks such as:

- Additional briefings suitable for stakeholder and executive-level review
- Additional review of Owner-provided documentation.
- Development of supplemental recommendations.
- Additional stakeholder interviews or workshops.
- Owner-requested advisory support related to the assessment findings.

•

**Period of Performance Milestones**

| **Milestone** | **Completion Date** |
|---|---|
| Notice to Proceed Issued | Date of Award |
| Kickoff Meeting | Within 2 Business Days of Award |
| Document Review | Complete by Day 15 or As agreed upon by the Consultant and COR |
| Assessment Analysis | Complete by Day 45 or As agreed upon by the Consultant and COR |
| Draft Findings | Submit Day 50 or As agreed upon by the Consultant and COR |
| Final Assessment Report | Submit Day 60 or As agreed upon by the Consultant and COR |
| Optional Extension Period | Days 61–90 |

**8. PLACE OF PERFORMANCE**

The primary place of performance shall be:

John F. Kennedy Center for the Performing Arts
2700 F Street, NW
Washington, DC 20566

**9. CONTRACTOR RESPONSIBILITIES**

The Contractor shall provide qualified personnel, supervision, equipment, and management necessary to perform all services required.

a. Disclosure of Information

Information made available to the Contractor by the Center shall be used only for purposes directly related to performance of this contract. The Contractor shall not disclose, publish, release, or reproduce the Center's information without written approval.

b. Project Security Requirements

Any Contractor personnel requiring recurring access to Kennedy Center facilities shall obtain and maintain Kennedy Center-issued badges. The Contractor shall complete and submit all required badging documentation, including Form RFID-Rev B and Kennedy Center Pass Applications.

Contractor personnel shall comply with all security procedures and access requirements. The Center reserves the right to deny or revoke access to any Contractor employee who fails to comply with security requirements.

**10. PAYMENT**

•

The Contractor shall submit invoices monthly unless otherwise directed by the Government. Invoices shall be reviewed and signed by the Contractor's authorized representative prior to submission. Invoices shall be submitted through the Kennedy Center Invoice Submission Portal: https://forms.office.com/r/0VKLxz2ppt

Failure to provide complete and accurate documentation may result in delayed payment processing.

---

**END OF STATEMENT OF WORK**

# The Kennedy Center

**REQUEST FOR PROPOSALS (RFP)**

**Project:** Independent Construction Program Assessment & Advisory Services

### 1.0 Overview & Purpose

The Kennedy Center (the "Center") is soliciting proposals from qualified, independent construction advisory, forensic engineering, and capital program management consulting firms ("Offeror") to conduct an objective, independent technical and financial evaluation of its proposed facility renewal projects.

Due to the urgent, highly iterative nature of this evaluation, which requires immediate data aggregation, stakeholder coordination workshops, fluid scenario mapping, and extensive boardroom and committee alignment, the Center has determined that a Time and Materials (T&M) contract structure with a Not-to-Exceed (NTE) ceiling is the most appropriate procurement method. This structure allows for maximum agility while ensuring strict cost control.

### 1.1 Urgent Requirement

Time is of the essence in the performance of all services and the delivery of all iterative drafts specified under this RFP and the attached SOW. Due to impending governance deadlines, strict statutory court schedules, and the Center's critical master capital schedule, unexcused delays in meeting the designated milestones will result in immediate procurement review and constitute a material breach of contract.

### 1.2 Dual-Track Capital Program Framework

The Center's capital construction pipeline is organized into two distinct strategic and operational tracks that the Offeror must evaluate simultaneously:

- The Baseline Capital Program: The authorized, line-item budget allocation totaling $248,900,000. These subprojects have secured funding across Design, Project Management, and Construction phases and are prioritized for immediate sequential execution.
- The Master Capital Program: The broader, comprehensive facility renewal index totaling $563.35 Million. This track represents the complete long-term

institutional framework, components of which currently remain unfunded or partially integrated.

**1.3 The Core Advisory Challenge**

The selected Consultant will be required to execute a distinct, two-step analytical methodology. The advisor will model how executing the Baseline Capital Program under four distinct operational phasing scenarios affects, blocks, or unlocks the future realization of the wider Master Capital Program. The final analysis must identify overlapping space requirements, shared utility shut-down dependencies, and physical friction points to ensure immediate construction choices protect the authorized budget and do not create structural rework hazards or inflation penalties when future funding cycles open.

**2.0 Statement of Work (SOW) Reference**

The selected Contractor will perform all duties, participate in all stakeholder meetings, support all board committee briefings, and deliver all iterative drafts and expert testimonies outlined in the attached Statement.of.Work.(SOW)¿Independent.Construction. Program.Assessment.™ .Advisory.Services.

**3.0 Proposal Evaluation via Oral Presentation**

To accelerate the procurement lifecycle and ensure the overall project schedule, Offerors will be evaluated through a mandatory, interactive Oral Presentation and Capability Interview to be scheduled immediately. No proprietary Center project data will be provided to firms prior to contract award outside of the attachments referenced in the SoW; evaluations will focus on the Offeror's standard corporate experience, resources and staffing; plan of action and statement of understanding; management plan, risk assessment, and overall methodology; and past performance. The live presentation dynamics will also be considered.

Offerors must submit a 2-page Rate and LOE Sheet (matching Section 4.0) by the submission deadline. The Oral Presentation must walk the evaluation panel through the following sections:

**3.1 Technical Approach & Two-Step Phasing Methodology (Oral Delivery)**

- Step 1 — Baseline Portfolio Evaluation Process: Detail the corporate methodologies, predictive data tools, and analytical frameworks your firm standardly deploys to stress-test and risk-model funded institutional assets against complex phasing scenarios (e.g., full facility closures vs. staggered operational shutdowns) to optimize immediate execution efficiency and validate master schedule milestones.

- Step 2 — Master Program Interface Analysis: Detail your standard corporate methodology for executing macro-level compatibility and splicing analyses between funded project lines and un-spliced, long-range master planning lists. Detail how your firm isolates spatial conflicts, multi-theater operational overlaps, and infrastructure dependencies to prevent future rework.
- Testimony & Boardroom Readiness: Provide case studies demonstrating the Lead Expert's historical experience translating technical project controls and forensic engineering diagnostics into clear, strategic presentations for corporate boards, specialized board committees, and formal expert witness testimony in court proceedings.

### 3.2 Corporate Experience and Key Personnel

- Present the designated Lead Expert and senior project team members who will actively work on this contract. Offerors must submit professional CVs/Resumes along with their Section 4.0 rate sheet.
- Demonstrate compliance with minimum qualifications: Team leaders must possess 15–20 years of dedicated forensic engineering or capital program controls experience, active professional licensures (such as licensed Professional Engineer (PE) or Registered Architect (AIA)), and a documented history of delivering expert boardroom and court testimony.

## 4.0 Cost Proposal & T&M Pricing Structure

Offerors must submit their financial proposals strictly conforming to the following Time & Materials framework. All labor rates must remain fully burdened (inclusive of overhead, profit, and administrative costs) for the duration of the contract.

### 4.1 Fully Burdened Hourly Labor Rate Schedule

Proposals must populate the following labor matrix for all personnel assigned to the scope:

| Personnel Labor Category / Role | Name of Designated Professional | Professional Certifications (PE, AIA, CCM, etc.) | Fully Burdened Hourly Rate ($/HR) |
|---|---|---|---|
| **Lead Expert / Principal** | | | $ |

| | | | |
|---|---|---|---|
| **Managing Director / Senior Advisor** | | | $ |
| **Forensic Scheduling Lead / Analyst** | | | $ |
| **Forensic MEP/Structural Engineer** | | | $ |
| **Consultant / Data Support Associate** | | | $ |

### 4.2 Estimated Level of Effort & Cost Ceiling

Offerors must map out their estimated resource allocation across the contract milestones to establish their total proposed pricing ceiling:

| **Milestone / Phase** | **Estimated Hours** | **Total Burdened Labor Cost** |
|---|---|---|
| **Phase I: Data Diagnostics & SOW Item 1** | | $ |
| **Phase II: Progress Drafts & SOW Item 2** | | $ |
| **Phase III: Final Reports, Committee Dry Runs & Testimony** | | $ |

| | | |
|---|---|---|
| **Total Estimated Labor Hours / Cost** | **[Insert Hours]** | **$ [Insert Base Labor Total]** |

**4.3 Materials, Travel, & Direct Expenses (ODCs)**

- **Materials & Software Access:** Any specialized proprietary software license access (e.g., Primavera P6, NetPoint, or advanced 4D modeling suites) required to execute the schedule logic audit must be itemized.
- **Travel & Lodging:** As the Center expects heavy localized coordination and in-person presentations/testimony in Washington, D.C., regional travel expenses must be strictly estimated. Reimbursements will be governed strictly by Federal Travel Regulations rates.

**NOT-TO-EXCEED (NTE) CONTRACT CEILING:**

The final contract will be awarded with a strict, legally binding Not-to-Exceed (NTE) cap of **$ [To Be Finalized Upon Award]**. The Contractor shall be compensated only for actual hours worked and verified expenses incurred, up to this ceiling. The Contractor shall give immediate written notice to the Center when total cumulative billings reach 75% of the NTE cap.

**5.0 Evaluation Criteria**

Proposals will be evaluated on a Best-Value basis.

The Center will award a contract resulting from this solicitation to the responsible Offeror whose proposal, conforming to the solicitation, represents the Best Value to the institution. The selection will be based on a balanced trade-off analysis across the following firmly defined criteria, listed in descending order of importance:

1. Technical Capability & Oral Presentation Alignment (Weight: 40%): Evaluation of the firm's standard analytical processes, schedule diagnostic modeling tools, and their live demonstrated ability to clearly translate dense technical data into high-level, defensible boardroom takeaways. Additional credit will be awarded for documented experience mobilizing high-stakes advisory services under extreme, compressed short-term timelines.
2. Past Performance & Key Personnel Qualifications (Weight: 40%): Evaluation of the firm and its designated team members against technical benchmarks. The proposing firm must possess more than 5 years of corporate experience handling

complex institutional capital renewals. The designated lead professionals must hold active Professional Engineer (PE) and/or Registered Architect (AIA) certifications and possess a proven record of surviving rigorous cross-examination in judicial and/or Board settings.

3. Cost Realism & Rate Optimization (Weight: 20%): Evaluation of the cost proposal for rate competitiveness, billing transparency, and the realism of the estimated level of effort required to execute the SOW deliverables within the 28-day window.

**The John F. Kennedy Center for the Performing Arts (the Center)**
**STANDARD TERMS AND CONDITIONS**

**Statement on The Center Special Terms and Conditions [MAR 2026]**

The following Center specific clauses shall apply to the order, contract, or agreement. These terms and conditions flow down to any subcontractors.

**Prohibition of Advertising of the Center Award [MAR 2026]**

(a) Prohibition on Reproduction of Images and Seals. The Contractor shall not, in any form of advertising or promotion, regardless of format, reproduce or use the image of The John F. Kennedy Center for the Performing Arts (the Center) or any other image of the Center or any Center component. This includes images of official seals and buildings as well as any images or photographs relating to the Contract or work performed under the Contract, whether for goods or services.

(b) Prohibition on Suggested Endorsement. The Contractor shall not, in any form of advertising or promotion, regardless of format, state, imply, or suggest in any manner that the products or services provided by Contractor are endorsed, preferred, or considered superior by the Center, or any Center component, to any products or services provided by others. This paragraph (b) is derived from ethics requirements, and the CO has no authority or discretion to waive these requirements.

(c) Prohibition on Identification of Relationship. The Contractor shall not, in any form of advertising or promotion, regardless of format, identify the Center, or any Center component as a customer of the Contractor under this Contract or otherwise state, imply, or infer in any manner that the Center is associated with the Contractor or with this Contract.

(1) <u>Limited Exceptions.</u> In very limited circumstances, the CO may have authority to waive the prohibition in (c), specifically, to allow the Contractor to identify of the Center, or a Center component (as applicable) as a customer of the Contractor in a list or visual depiction of the customers of the Contractor. Any request by the Contractor to identify the Center, or a Center component, must be made in writing to the CO, and provide sufficient details (including time, place, and manner of identification) to allow the CO to make a fully informed decision. Such a request must be approved by the CO expressly in writing, and, even if approved by the CO, any references to the Center, or a Center component shall not be highlighted over, or given any more prominence than, Contractor's references to its other customers. Any limited waiver to (c) is at the sole discretion of the CO, subject to subsequent review by the CO, subject to unilateral withdrawal by the CO, and not subject to appeal by the Contractor. Furthermore, any such waiver applies only to this contract, the Center and automatically expires at the end of the period of performance of this Contract.

(d) Past Performance References Excluded. Nothing in this clause shall prevent Contractor from requesting that the Center serve as a past performance reference in Contractor's proposal responses to other federal, state, or local government solicitations.

(e) Continuing Prohibitions. This Clause, though not waivers granted under (c)(1), shall survive any termination or expiration of the Contract.

(End of clause)

**Contractor's Responsibility for Personnel [MAR 2026]**

The Contractor shall be responsible for managing and overseeing the activities of all of its personnel, as well as Subcontractor personnel used in performance of this effort. The Contractor's management responsibilities shall include timely and effective support, performed in accordance with the requirements contained in the order, contract, or agreement.

**Conflicts of Interest [MAR 2026]**

(a) The Center's policy is to require Contractor to identify actual and potential organizational conflicts of interest (OCI), as defined by FAR 2.101, and actual and potential personal conflicts of interest (PCI), as defined by FAR 3.1101, at the earliest possible stage and actively work to prevent actual and potential OCI and PCI from affecting the Contract. In accordance with that policy:

(1) In its response to the solicitation, Contractor shall state, to the best of its knowledge and belief, whether or not it would have an actual or potential OCI if awarded the Contract, and whether or not any personnel to be assigned to perform work directly on the Contract would have an actual or potential PCI if awarded the Contract. If the response is affirmative, the Contractor shall also provide a plan to mitigate the actual or potential OCI or PCI, as applicable.

(2) If, at any time prior to award, Contractor has information tending to indicate that it would have an actual or potential OCI if awarded the Contract, or that any personnel to be assigned to perform work directly on the Contract would have an actual or potential PCI, Contractor shall notify the CO in writing immediately, and in no event later than 12:00 p.m. (noon) of the following business day. Not later than ten (10) business days thereafter, Contractor shall also provide a plan to mitigate the actual or potential OCI or PCI, as applicable.

If, at any time after award, the Contractor has information tending to indicate that it has an actual or potential OCI with respect to the Contract, or that any personnel assigned to perform work directly on the Contract has an actual or potential PCI, Contractor shall notify the CO and the COR in writing immediately, and in no event later than 12 p.m. (noon) of the following business day. The notification shall provide full disclosure of the actual or potential OCI or PCI, as applicable, and a description of the actions that the Contractor has taken and proposes to take to mitigate the actual or potential OCI or PCI, as applicable. Not later than ten (10) business days thereafter, Contractor shall also provide a plan to mitigate the actual or potential OCI or PCI, as applicable.

(b) The CO will address any actual or potential OCI or PCI in consultation with the Office of General Counsel. In addition to any other remedies that may be available to the Center to address an actual or potential OCI or PCI, the Center may, in its sole discretion, direct that the Contractor assign alternate personnel to the Contract. If the Center determines that the assignment of alternate personnel does not adequately mitigate the actual or potential OCI or PCI, the Center may, in its sole discretion, terminate the conflicted portion of the Contract or the entirety of the work to be performed, and the Center shall have no further liability to Contractor for any work thus terminated.

(c) If the CO determines that Contractor knowingly violated subsection (a), the Center may immediately terminate the Contract for cause, without the Center having any liability to Contractor whatsoever.

(d) In addition, Contractor shall immediately notify the CO and COR whenever Contractor becomes aware of any circumstances that might present an appearance of an OCI or PCI, including circumstances in which Contractor or a person or entity associated with Contractor is, or is likely to become, the subject of legal action.

(End of clause)

**Basic Logical Access - Information Technology Security [MAR 2026]**

(a) Compliance with Policies and Practices. The Contractor shall ensure that all Contractor personnel with access to Center information systems comply with all Center information assurance policies and security practices, as well as execute end-user agreements or any successor documents. These documents address matters which include but are not limited to the following:

(1) That users generally should have no expectation of privacy in the use of Center systems and devices;

(2) That the Center reserves the right to monitor and search Center systems and devices;

(3) That Center systems and devices are for official use and authorized purposes only;

(4) That unauthorized devices must not be attached to Center systems;

(5) Use of Center devices and systems for activities such as gambling, pornography, fundraising, or copyright or other intellectual property infringement is strictly prohibited; and

(6) Prohibition on Personal Use. In addition, any use of personal applications, including but not limited to e-mail, instant messaging, texting, or other social media on Center IT equipment or Center mobile phones, is strictly prohibited, as is the attachment of any mobile phone or other USB device, including Center devices or systems, to Center IT equipment.

(End of Clause)

**Privileged Access - Information Technology Security [MAR 2026]**

In addition to the end-user agreements for basic logical access, the Contractor shall ensure that all Contractor personnel who are granted privileged access to perform system administrator functions execute one or more additional forms or privileged access user agreements, or any successor documents, which outline acceptable privileged access uses and responsibilities.

The Contractor shall ensure that all Contractor personnel who are granted privileged access use such privileged access only when and to the degree required to perform authorized functions within the Contract and do not exceed the scope of their authorized privilege access use. Additionally, Contractor and its Contractor personnel with privileged access shall ensure that any personnel who are not authorized to have privileged access shall not receive such privileged access.

(End of clause)

**Restriction Against Disclosure [MAR 2026]**

Contractor shall treat all Center Information as confidential, whether or not the information is marked as such unless such information has been made publicly available, legally, by a Center official authorized to do so or approved by the CO in writing. Contractor shall keep all Center Information in the strictest confidence; Contractor shall not publish, reproduce, cause to be disseminated, or otherwise disclose such information, in whole or in part, in any manner or form, nor encourage, authorize, or permit others to do so. An authorized representative of Contractor shall execute and provide a company-wide NDA, covering the Contractor's entire organization. At the sole discretion of the Center, Contractor may also be required to obtain and provide NDAs signed by individuals who may perform work on the Contract.

Contractor shall take reasonable measures to restrict access to Center Information, while in Contractor's possession, regardless of location, to only those personnel who must have the information to perform work on the Contract (i.e., a "need-to-know" basis), regardless of the level of security clearance held by such personnel. In addition, Contractor shall ensure that appropriate personnel, administrative, technical, and physical safeguards are established to ensure that the security and confidentiality of any Center Information, and Government-Furnished Property is properly maintained and protected at all times, regardless of form.

If Contractor receives a request for Center Information, or any request to which Center Information might be responsive, Contractor shall, unless prohibited by law, (1) not provide Center Information in response to said requests, and (2) promptly refer such request to the CO in writing, attaching a copy of the original request, at which point the Center will address the request. Requests include, but are not limited to, Freedom of Information Act (FOIA), Congressional, litigation-related requests, demands, and subpoenas.

If the Contractor seeks to share Center Information with any parties outside the Contractor's immediate organization the Contractor shall make a written request to the CO detailing the specific information to be shared, the specific parties or individuals with whom the Contractor proposes to disclose or share such information, and the basis for such request. The CO, at the sole discretion of the Government, may reject or grant such a request in whole or in part, in writing.

Disclosure of information regarding Center operations and services to persons or parties not lawfully authorized to receive such information, or any failure to safeguard any classified or non-public information or CUI that may be disclosed to or become known by the Contractor in connection with work under the contract or any other Center contract or action, may subject Contractor, its Subcontractors or Contractor and Subcontractor personnel to criminal liability under Title 18, section 641, of the United States Code (U.S.C.), and potential civil liability, penalties, and remedies as well.

The Contractor shall immediately notify the CO in writing in the event the Contractor determines, or has reason to suspect, any breach of confidentiality. Consistent with 5 U.S.C. § 2302, the following statement is hereby incorporated:

> These provisions are consistent with and do not supersede, conflict with, or otherwise alter the employee obligations, rights, or liabilities created by existing statute or Executive order relating to (1) classified information, (2) communications to Congress, (3) the reporting to an Inspector General of a violation of any law, rule, or regulation, or mismanagement, a gross waste of funds, an abuse of authority, or a substantial and specific danger to public health or safety, or (4) any other whistleblower protection. The definitions, requirements, obligations, rights, sanctions, and liabilities created by controlling Executive orders and statutory provisions are incorporated into this agreement and are controlling.

This clause shall survive any termination or expiration of the Contract.

(End of clause)

**Rights To Data [MAR 2026]**

1. The Center owns the rights to all data/records produced as part of this contract. The Center owns the rights to all electronic information (electronic data, electronic databases, etc.) and all supporting documentation created as part of this contract.
2. The Contractor is required to obtain the COR's and the CO's approval prior to the award of any subcontract in support of this contract requiring the disclosure of information, documentary material and/or records generated under, or relating to, this contract. The Contractor (and any subcontractor) is required to abide by Government and Center guidance for protecting information.
3. All property rights, including publication rights, in the information and materials produced by the Contractor in connection with this contract vest in the Center. Information and materials include the following: progress reports, source data, source code, object

code, software documentation, plans, system analyses, design specifications, other reports and lists, test data and procedures.
4. All plans, visuals, designs, drawings, specifications, notes and other work developed in the performance of this contract become the sole property of the Center and may be used on any other project without additional compensation to the Contractor. The Center is the "person for whom the work was prepared" for the purposes of authorship in any copyrightable work under Section 201(b) of Title 17, U.S.C. With respect thereto, the Contractor agrees not to assert or authorize others to assert any rights or establish any claim under the design, patent or copyright laws.

**Government Copyright, Title, or Other Right to Materials [MAR 2026]**
The Center shall obtain title to all source data information and materials used in the creation of deliverables furnished to the Center. This includes but is not limited to all plans, systems analyses, design specifications, drawings, intermediate or completed programs and documentation thereof, reports, listings, tapes, disk files, and any other items pertaining to the work and services performed pursuant to the Contract. Rights to any of the preceding, including but not limited to copyrights or Government-Purpose Rights, shall vest and remain with the Center upon completion.

For any of the above the Center shall have full Government Purpose Rights to use any of the intermediate or final products or deliverables within all branches, departments, agencies, or instrumentalities of the U.S. Federal Government, whether domestically or overseas, without further compensation or any approval on the part of the Contractor.

For non-commercial technical data to which the Center may not be able to obtain full title or copyright, the Center may still seek up to unlimited rights, to use for any Government Purpose, modify, reproduce, perform, publicly display or distribute, release, prepare derivative works, or disclose technical data in whole or in part, in any manner, and to have or authorize others to do so on behalf of the U.S. Federal Government.

This Clause shall survive any termination or expiration of the Contract.

(End of clause)

**Protecting Center Information and Breach Reporting [MAR 2026]**

(a) The Contractor shall be responsible for the proper handling, storage, and security of all Center Information, in any form, regardless of location. The Contractor shall be responsible for any costs associated with the loss, breach, or compromise of Center Information held by the Contractor, its Subcontractors, or Vendors at all levels/tiers. The Contractor shall be responsible for:

(1) The proper control, accountability, and handling of Center Information residing on electronic devices, removable media, and paper documents;

(2) Ensuring portable data storage and communication devices are properly controlled, secured, and configured with current best practice security measures at all times; and

(3) Following the procedures for reporting a breach of Center Information, as outlined in

paragraph (b) below.

(b) Procedures for Reporting a Breach of Center Information.

(1) A breach of Center Information includes but is not limited to any loss of control, compromise, unauthorized disclosure, unauthorized acquisition, or unauthorized access of Center Information, whether physical or electronic, regardless of whether the breach is believed to be limited, small, or insignificant.

(2) Cybersecurity Breach: In the case of a breach or potential breach involving a network, Electronically Stored Information (ESI), IT asset(s), or other cybersecurity matter, involving Center Information, the Contractor shall provide a verbal notification of the breach or potential breach to the Center at (202) 416-8683 without undue delay of a confirmed breach , regardless of the time of day or day of the week. After providing the verbal notification, the Contractor shall provide an email update to the Center (ServiceDesk@Kennedy-Center.org), the CO, and the COR. Contractor shall ensure that non-publicly available information is not included in the email update. Thereafter, the Contractor shall provide incremental updates in writing.

(3) Non-Cybersecurity Breach (e.g., paper, loss, theft): In the case of a breach or potential breach that is not covered by paragraph (2) of this section (above), the Contractor shall notify without undue delay the CO upon discovery of actual breach(es).

(End of clause)

**Legal Control of Center Information [MAR 2026]**

The Center retains legal custody and control, in addition to all legal and exclusive property rights including but not limited to industrial, intellectual, and copyright, of all Center Information without regard to whether the information is in the physical or electronic possession, custody, control, knowledge or know-how of Contractor.

To the fullest extent permitted by law, such Center Information shall not become part of the Contractor's records or property. At its sole discretion and without any prior notification, the Center may modify such Center Information or require that such Center Information, be withdrawn from the Contractor's files or systems at no cost to the Center.

This clause shall survive any termination or expiration of the Contract.

(End of clause)

**Limited Use of Data [MAR 2026]**

Performance of this requirement may require the Contractor to access and use data and information proprietary to the Center which is of such a nature that its dissemination or use, other than in performance of this effort, would be adverse to the interests of the Center.

Contractor and/or Contractor personnel shall not divulge or release data or information developed or obtained in performance of this effort until made public by the Center, except to authorized Center personnel or upon written approval by the CO. The Contractor shall not use, disclose, or reproduce proprietary data that bears a restrictive legend, other than as required in the performance of this effort. Nothing herein shall preclude the use of any data independently acquired by the Contractor without such limitations or prohibit an agreement at no cost to the Center between the Contractor and the data owner which provides for greater rights to the Contractor.

Contractor shall release all required deliverables and data or other works developed under this order, contract, or agreement solely in accordance with the Center terms and conditions. All data collected and remaining in the custody of the Contractor at the close of any order, contract, or agreement shall be delivered to the Contracting Officer's Representative or destroyed in accordance with the terms of the order, contract, or agreement. No copies or parts of data derivative files (encrypted and/or individually identifiable) shall be kept by the Contractor.

**Payment for Unauthorized Supplies or Services [MAR 2026]**

No payments shall be made for any unauthorized supplies and/or services or for any unauthorized changes to the work specified herein. This includes any services performed by the Contractor of its own volition or at the request of an individual other than a duly appointed Contracting Officer.

**Inspection and Acceptance [MAR 2026]**

**Place of Inspection and Acceptance**

Inspection and acceptance of the products or services to be furnished hereunder shall be made by the appropriate COR, or other authorized representative designated in the order, contract or agreement.

**Scope of Inspection**

All deliverables will be inspected for content, completeness, accuracy and conformance to order, contract or agreement requirements by the COR, or other authorized representative designated in the order, contract or agreement. Inspection may include validation of information or inspection of the deliverables, as specified in the order, contract or agreement. The scope and nature of this inspection will be sufficiently comprehensive to ensure the completeness, quality and adequacy of deliverables.

**Basis of Acceptance**

The basis for acceptance will be in compliance with best commercial practices and those requirements provided in the order, contract or agreement.

Support products and travel will be accepted upon receipt of proper documentation.

Reports, documents and narrative type deliverables will be accepted when all

discrepancies, errors or other deficiencies identified in writing by the Center have been corrected by the Contractor.

**Non-Conforming Products or Services**

Unless specified otherwise in the orders or contracts, non-conforming products or services will be rejected. Deficiencies will be corrected, by the Contractor, within three workdays of the rejection notice or as time constraints deem necessary or as detailed in the order or contract. If the deficiencies cannot be corrected within the assigned timeframe, the Contractor shall immediately notify the COR, or other authorized representative(s) designated in each order, contract, or agreement of the delay and provide a proposed corrective action plan within three workdays or as time to conform dictates more urgent action.

(End of Center Terms and Conditions

## Construction & Building Rules and Regulations

The following rules and regulations have been formulated for the safety and well-being of all contractors and personnel working at The John F. Kennedy Memorial Center for the Performing Arts (Owner). Strict adherence is necessary to guarantee a safe work environment.

Owner may, upon request by Contractor, waive compliance of any of the following rules, provided that 1) no waiver shall be effective unless signed by Owner; 2) any such waiver shall not relieve Contractor from future obligation unless expressly consented to by Owner. Contractor shall comply with all requirements of the contractual agreement and/or purchase order executed with Owner.

Owner shall have full discretion to amend or eliminate any of these rules and regulations at any time, and to adopt additional reasonable rules and regulations.

Where these guidelines do not address project conditions, Contractor's safety policy and procedures shall be implemented. Any special circumstance or unusual condition not covered herein or by Contractor's safety policy and procedures shall be immediately brought to the attention of the JLL Project Manager before work proceeds.

The Kennedy Center Facilities, Operations & Maintenance (O&M) Department serves as the Authority Having Jurisdiction (AHJ) for facility operations, maintenance, life safety systems, and construction activities occurring on the campus. Contractors shall comply with all directives issued by the Facilities Department regarding code interpretation, life safety requirements, fire protection systems, means of egress, and temporary conditions.

### A. CONTACT INFORMATION:

The JLL On Site Construction Manager (CM) shall be notified of all work schedules, in writing, prior to mobilizing on site and prior to beginning construction. Construction activities shall be coordinated daily with the JLL project team, as necessary.

Michael Mensing

[redacted]

[redacted]

### B. IDENTIFICATION, BADGES & KEYS:

All personnel must display their name on their hard hat when on Owner's facilities and grounds.

Any misplaced badges or keys shall be the responsibility of Contractor as well as the cost incurred by Owner to re-key any areas due to such loss. Contractor must notify Owner and the Facilities Manager immediately of any lost keys or badges.

### C. ATTIRE:

Pants or jeans in good condition. Shorts are not permitted. Excessively stained pants or pants with holes, rips, or tears not permitted.

Shirts and tee shirts in good condition. Muscle shirts or shirts with obscene or vulgar wording or pictures not permitted. Excessively stained shirts or shirts with holes, rips, or tears not permitted.

Baseball hats permitted. Hats with obscene or vulgar wording or pictures not permitted.

Open-toed shoes or sandals are not permitted.

Personal Protective Equipment (PPE): High-visibility vests, boots, gloves, hard hats, and eye protection required in active construction zones.

**D. CONDUCT:**

All construction personnel shall conduct themselves in a manner appropriate to a cultural institution and public venue:

Personnel shall comply at all times with the Owner's security personnel and comply with all posted signage.

Refrain from vulgar language and shouting.

No alcohol or drugs at the Project or Property.

No smoking except in designated areas outside the building.

No radios or other audio devices during construction.

Do not visit or wander through areas outside the designated work area except when reasonably necessary to complete work.

Perform work in a manner which does not deface, destroy, or otherwise damage the Project, Property, sidewalks, or other improvements.

Take breaks and lunches in areas designated by the JLL Project Manager, not in common areas, public spaces, performance spaces, or on the grounds. Dispose of food trash promptly.

Obtain Owner's written approval prior to performing any work requiring access to secure or private premises. Owner's designee shall accompany Contractor's personnel into all occupied premises.

Contractors are permitted to use public restrooms within Owner's facility if facilities are not abused. Contractors and subcontractors shall be held responsible if facilities are damaged or abused.

If necessary, temporary portable toilet facilities shall be in a location designated by Owner if work is performed in areas without reasonable access to public restrooms. Contractors and subcontractors are responsible for maintaining such facilities in a safe and sanitary manner.

Any construction personnel that Owner or JLL deems objectionable will be removed from the property promptly by Contractor.

**E. PARKING:**

Park only in your assigned area of the garage.

Do not leave vehicles in front of the building, loading dock, visitor parking, accessible parking, or reserved parking areas.

Parking garage is only for vehicle parking, not to perform work, staging, or as a break area.

Parking privileges will be revoked, and Contractor responsible to clean up designated parking area daily and will be back-charged if Owner must perform cleanup.

**F. UTILITIES - POWER AND WATER:**

Power: Camlock connections available on the North and South Plaza. If Contractor is staging work within the building, Contractor may use available power and may run temporary services if needed. Contractor must repair any damage to building infrastructure resulting from temporary connections or overloads at Contractor's sole expense.

Water: Hose bib connections providing non-potable water available on the North and South Plaza. If Contractor requires potable water, JLL On Site CM will direct them to an appropriate source.

Owner does not meter power and water usage for construction projects.

All temporary utility connections must be approved in advance by JLL CM and Facilities Manager.

**G. FREIGHT ELEVATORS:**

Freight Elevator Capacities:

Eisenhower Theater (Ike) and Opera House (OH): 20,000 lbs. capacity, 22'-6" length x 8'-10" width x 9'-9" height.

Concert Hall (CH): 13,000 lbs. capacity, 13' length x 8'-6" width x 9' height.

Freight elevator walls and floors must be protected prior to construction materials being delivered. Coordinate with Facilities Manager to arrange deliveries.

Hallway floors to be protected with Masonite. Doors to be protected as necessary against scratches. Finished floors and walls to be protected with appropriate materials. Contractor responsible for supplying and maintaining protection.

Passenger elevators are strictly off limits to construction personnel. Any unauthorized person using passenger elevators will be asked to leave the project. Freight elevators and stairs are to be used for access to and from the area under construction or renovation.

**H. TRASH DISPOSAL:**

Building compactor, dumpsters, or recycling containers are NOT for construction debris. Contractor shall not use Owner's waste disposal systems unless provided clear instruction to do so.

Unless otherwise authorized by the Center, Contractors shall provide their own debris dumpsters and bins for disposal. The size and location of dumpsters must be approved by JLL CM and/or the COR. Contractors shall not store debris outside the designated work area.

Contractor shall comply with all applicable waste disposal and recycling regulations.

**I. ACCESS TO THE BUILDING:**

Use only designated areas for ingress and egress of construction personnel and materials.

Construction Hours: Per DC regulations (DCMR Title 20, Chapter 27), construction activities are permitted Monday through Saturday from 7:00 AM to 7:00 PM. Construction noise is prohibited on Sundays and Federal Holidays. Any construction activity outside these hours requires a special permit from the Owner and must be arranged through JLL CM with the names of personnel working during this time.

Entry doors must be properly secured after use.

All access to mechanical and electrical rooms must be arranged with JLL CM.

Roof access must be arranged with JLL CM. When work on the roof is complete, an inspection of the work area will be conducted jointly by Owner's Facilities Manager and Contractor.

Any construction activity in an occupied area, public space, or performance space must be pre-arranged and scheduled through JLL CM.

**J. MATERIAL STORAGE:**

Materials and tools must not be stored in hallways, public areas, or performance spaces. Sidewalks, entrances, passages, elevators, vestibules, stairways, corridors, halls, or other parts of the building shall not be obstructed or encumbered by Contractor or used for any purpose other than ingress and egress. Owner shall have the right to control and operate public portions of the facility and common-use areas.

**K. DAMAGES:**

Contractors shall notify JLL of any damages done to Owner's property, facilities, installations, common areas, or performance spaces. Repairs shall be done to the satisfaction of Owner. Costs for repairs shall be addressed per Contract terms and conditions.

**L. EXISTING BUILDING CONSTRUCTION REQUIREMENTS:**

Construction activities near The REACH related to power fastening, hammer drilling, and jack hammering to be performed during non-performance hours to minimize disruption to operations and patrons. These activities must be scheduled with JLL CM. All doors to public and performance areas to be closed during construction.

All doors to public areas, performance spaces, and common areas to be closed during construction.

Shutdown of any mechanical equipment must be pre-arranged with written notice at least seven (7) days in advance.

NO utilities (electricity, water, gas, plumbing) or services to be cut off or interrupted without first having requested and secured, in writing, permission from Owner at least seven (7) days prior to scheduled outage.

In the event of any electrical work in the existing building, Owner's Facilities Manager must be notified in advance. Owner may require Contractor to use an approved electrician.

Contractor must always maintain integrity of building fire detection and alarm system. Contractor must use extreme care not to set off smoke detectors. Contractor must comply with any directives from Owner's Facilities related to fire alarm system. All tie-ins to building's fire alarm/life safety system must be performed by Owner's approved vendor [Contact Facilities]. Any alterations to building's sprinkler system that require system to be drained to be coordinated with Owner's Facilities Manager. Written request required at least 48 hours in advance. All draining and filling of sprinkler system to be performed by Owner's Facilities staff only.

While working in common area or public space, area immediately around work area must be appropriately marked with warning signs and barriers.

If glazing is removed for loading of materials, Contractor responsible for protection of all adjoining surfaces, repair and/or replacement of any damage, and a one (1) year guarantee against defects for items disturbed. Any glazing removal/re-installation to be performed by Owner's approved vendor [contact Facilities]. at Contractor's expense.

Work associated with roofing membrane must be performed by an authorized roofing contractor [contact Facilities], with written proof of this authorization required before any work commences. This requirement is to maintain building roof guarantee.

All HVAC control work to be performed by Owner's approved base building control contractor [contact Facilities] to maintain system guarantees.

No wiring, cable, conduit, etc. shall be acceptable if laid on ceiling grid, tied, or clipped to any ceiling grid suspension wire or mechanical supports. All connections and supports will be made directly to building steel or concrete slabs at 4' intervals or by code. Any work found improperly installed shall be rejected and removed, reinforced, and re-hung at sole expense of Contractor.

Contractor shall obtain necessary Hot Work/Welding permits for performing any welding work.

Contractor shall comply with all local and national building codes.

Contractor shall comply with all local and national safety requirements.

Contractor shall take extraordinary care to protect all architectural finishes, artwork, historic materials, marble, terrazzo, woodwork, decorative metals, theatrical equipment, seating, and performance-related infrastructure. Damage shall be repaired or replaced to the satisfaction of the Owner at Contractor expense.

**M. SAFETY:**

Contractor expected to ensure safe work practices are exercised regarding fire, safety, health, and environmental regulations.

Contractor shall coordinate all personnel and equipment safety.

Contractor shall immediately notify JLL CM and Owner's Facilities Manager in the event of an incident, accident, or injury to any of Contractor's personnel or Owner's staff or patrons.

Only OSHA/UL approved, and undamaged trade tools and equipment may be used.

Contractor shall provide adequate temporary signage notifying of hazards where needed depending on nature of work.

Contractor's personnel to follow audible instructions and evacuate the building in an orderly manner in the event of a fire or life-threatening emergency. Personnel shall proceed to the nearest stairwell and/ or other predetermined muster location and await instructions from emergency command.

Contractor shall comply with all OSHA Lockout/Tagout (LOTO) requirements under 29 CFR 1910.147. Prior to servicing or maintenance activities involving hazardous energy sources, Contractor shall submit a written LOTO plan and coordinate all lockout activities with the Operations & Maintenance Director, or O&M Supervisor. Contractor personnel shall not lock or tag Owner equipment without prior authorization.

Any work involving permit-required confined spaces shall comply with OSHA regulations. Contractor shall provide confined space permits, rescue plans, atmospheric monitoring records, and competent personnel before entry is authorized.

Contractor shall immediately cease work and notify JLL CM if suspected asbestos-containing materials, lead-based paint, mold, PCBs, mercury-containing equipment, or other hazardous materials are encountered. Contractor shall not disturb such materials without written authorization.

Any impairment to fire protection systems or hot work activities may require a fire watch as determined by the Owner. Fire watch personnel shall remain on site during the activity and for a minimum period following completion as required by NFPA standards.

**N. INSURANCE:**

Owner's requirements for insurance are set forth in [Exhibit __ - Insurance Requirements]. No work may begin without satisfactory evidence to Owner and JLL that Contractor's insurance is in place and complies with the requirements.

**O. CONTRACTED VENDORS:**

Owner maintains contractors with vendors for certain specialized building systems. When work involves the systems listed below, Contractor may be required to use Owner's contracted vendor to maintain warranties, guarantees, and system integrity:

Fire Alarm/Life Safety Systems: [contact Facilities]

Exterior Glazing/Curtain Wall: [contact Facilities]

Roofing Systems: [contact Facilities]

HVAC Controls: [contact Facilities]

Electrical Systems (if required): [contact Facilities]

Contractor shall contact JLL CM to confirm contracted vendor requirements during pre-construction and prior to commencement of any plans for work affecting these systems.

Safety Program Requirements

**GENERAL SAFETY RESPONSIBILITY**

The Contractor is solely responsible for developing, implementing, and enforcing all safety plans, programs, and procedures required for the performance of the Work. The Contractor shall ensure compliance with all applicable federal, state, and local laws, regulations, and standards, including OSHA requirements, as well as any safety requirements imposed by the Center, government entities, or other authorities having jurisdiction over the Project.

The Contractor shall maintain a comprehensive employee training program to ensure safe performance of the Work and the safety of all persons at the Project site. All safety plans and procedures must be customized to meet the specific conditions of this Project and the requirements of the Center.

**SUBCONTRACTOR SAFETY COMPLIANCE**

The Contractor shall ensure that all subcontractors, suppliers, and their employees at all tiers are informed of and comply with the Project's safety plans and procedures at all times. The Contractor shall include safety compliance requirements in all subcontract agreements and shall enforce such requirements through regular monitoring and disciplinary action when necessary.

**COORDINATION AND COMMUNICATION**

The Contractor shall coordinate safety measures with the Center, the Architect, separate contractors (including the make-safe repair contractor), and other Project stakeholders. The Contractor shall participate in joint safety meetings when multiple trades or contractors are present on site and shall provide advance notice of hazardous operations that may affect other parties.

**REQUIRED SAFETY PROGRAMS AND PLANS**

The Contractor shall develop, implement, and maintain the following safety programs and plans, at minimum:

Site-Specific Safety Plan A comprehensive site-specific safety plan shall be submitted to the Center for review at least fourteen (14) calendar days prior to commencing any Work on site. The plan shall address all anticipated safety hazards and control measures specific to this Project, including but not limited to:

Project-specific hazard identification and risk assessment Site access control and security measures Emergency action plan and evacuation procedures Fire prevention and protection plan Personal protective equipment (PPE) requirements Fall protection program (work at heights, openings, leading edges) Excavation and trenching safety procedures Confined space entry program Electrical safety program (NFPA 70E compliance) Crane, rigging, and heavy equipment safety Hot work permit procedures Traffic control and pedestrian protection (maintaining public access to The REACH) Parking garage safety measures during phased construction Hazard communication program Coordination procedures with concurrent make-safe repair work Hazardous Materials Safety Program If the Work involves handling, disturbance, or abatement of hazardous materials, the Construction Manager shall implement a hazardous materials safety program including:

Hazardous materials contractor certifications and qualifications Air monitoring protocols during abatement or disturbance activities Containment, isolation, and negative pressure systems Worker protection measures (respirators, protective suits, decontamination) Waste handling, transportation, and disposal procedures in compliance with all applicable regulations Clearance testing and certification

before re-occupancy Notification to the Center per the Agreement. The Contractor shall conduct the following safety meetings and training:

Daily Safety Briefings: Brief tailgate safety meetings at the start of each shift addressing the day's work activities and associated hazards Weekly Toolbox Talks: Documented safety training on relevant topics for all field personnel Monthly Safety Meetings: Comprehensive safety meetings with all site supervision and key subcontractor representatives New Worker Orientation: Safety orientation for all workers before they begin work on the Project Task-Specific Training: Specialized training for high-hazard activities (confined space, fall protection, crane operations, etc.) All safety training shall be documented with attendance records, training materials, and certifications maintained on site.

**INCIDENT REPORTING AND INVESTIGATION**

The Contractor shall immediately report to the Center any accident, injury, fatality, property damage, near-miss incident, or safety violation occurring on the Project site. The Contractor shall conduct thorough investigations of all incidents and near-misses and shall provide written investigation reports to the Center within forty-eight (48) hours, including root cause analysis and corrective actions.

The Contractor shall maintain OSHA-required injury and illness records (Form 300, 300A, 301) and shall make such records available to the Center upon request.

**SAFETY INSPECTIONS AND ENFORCEMENT**

The Contractor shall conduct regular safety inspections of all work areas and shall enforce compliance with safety requirements. The Contractor's superintendent shall have the authority to stop any Work that presents an imminent safety hazard until the hazard is corrected.

The Center reserves the right to conduct safety inspections and audits at any time. If the Center identifies safety deficiencies, the Center may direct the Construction Manager to cease Work in affected areas until deficiencies are corrected, without adjustment to the Contract Sum or Substantial Completion Date per the Agreement.

**DOCUMENTATION AND RECORDKEEPING**

The Contractor shall maintain complete and current safety documentation on site, readily available for review by the Center and authorized representatives at all times, including:

Site-specific safety plan and all required programs, Safety meeting minutes and toolbox talk records, Safety training records and worker certifications, Daily safety inspection reports, Incident investigation reports and near-miss reports, Hot work permits and confined space entry permits, Crane inspection and certification records, Equipment inspection and maintenance records, Hazardous materials documentation (if applicable and as required), and Safety performance metrics and statistics.

**SAFETY REPORTING REQUIREMENTS**

The Contractor shall provide the following safety reports to the Center:

Daily Safety Reports: Brief summary of safety activities, inspections, and any incidents or near-misses (included in daily reports per the Agreement).

Weekly Safety Statistics: Summary of man-hours worked, recordable incidents, lost-time incidents, and safety observations.

Monthly Safety Performance Review: Comprehensive report including safety metrics, incident trends, corrective actions, training completed, and upcoming high-hazard activities (included in monthly reports per the Agreement).

Incident Investigation Reports: Detailed reports within forty-eight (48) hours of any incident.

**SAFETY PLAN APPROVAL AND COMPLIANCE**

Submission of the site-specific safety plan and related programs does not relieve the Contractor of its sole responsibility for safety, nor does the Center's review or acceptance of such plans constitute approval of the adequacy or safety of the Contractor's means, methods, techniques, sequences, or procedures.

The Contractor's compliance with all safety requirements is a material obligation under the Agreement. Failure to maintain required safety standards may result in Work stoppage, back-charges for Center-implemented safety measures, or termination of the Agreement.

All costs associated with developing, implementing, and maintaining required safety programs, conducting safety training, providing PPE, and complying with safety regulations are included in the GMP and shall not be the basis for any adjustment to the Contract Sum.

**UTILITY OUTAGE REQUESTS AND NOTIFICATIONS**

- Utility outage request procedures.
- Advance notification requirements for planned outages.
- Coordination and approval procedures with the Center prior to utility interruptions.

**RESCUE AND EMERGENCY MEDICAL RESPONSE PLANNING/COORDINATION**

- Site-specific rescue plans, including notification to the Security Operations Center (SOC) dial (202) 416-7911 for EMT response and/or activation of 911.
- Coordination and notification procedures with Center EMT personnel.
- Designated assembly areas and accountability procedures for emergency evacuations.

**SECURITY AND THREAT RESPONSE**

- Security incident reporting procedures.
- Suspicious package identification and reporting procedures.
- Procedures for non-credentialed visitors and site access control.
- Coordination requirements with the Center Safety and Security Team.
- Authority and procedures for removal of impaired, unfit, or unauthorized personnel from the Center.

**SEVERE WEATHER AND ENVIRONMENTAL CONDITIONS PLAN**

- Lightning response procedures.
- High-wind monitoring and work restrictions.
- Extreme heat exposure prevention and response measures.
- Extreme cold weather procedures.
- Snow and ice control and mitigation procedures.

**LOCK OUT/TAG OUT (LOTO)**

Contractor shall comply with all OSHA Lockout/Tagout (LOTO) requirements under 29 CFR 1910.147. Prior to servicing or maintenance activities involving hazardous energy sources, Contractor shall submit a written LOTO plan and coordinate all lockout activities with the Operations & Maintenance Director, or

O&M Supervisor. Contractor personnel shall not lock or tag Owner equipment without prior authorization.

**CONFINED SPACE REQUIREMENTS**

Any work involving permit-required confined spaces shall comply with OSHA regulations. Contractor shall provide confined space permits, rescue plans, atmospheric monitoring records, and competent personnel before entry is authorized.

**HAZARDOUS MATERIALS DISCOVERY PROCEDURES**

Contractor shall immediately cease work and notify JLL CM if suspected asbestos-containing materials, lead-based paint, mold, PCBs, mercury-containing equipment, or other hazardous materials are encountered. Contractor shall not disturb such materials without written authorization.

**FIRE WATCH REQUIREMENTS**

Any impairment to fire protection systems or hot work activities may require a fire watch as determined by the Owner. Fire watch personnel shall remain on site during the activity and for a minimum period following completion as required by NFPA standards.

# The John F. Kennedy Memorial Center for the Performing Arts

**Point of Contact List for Stakeholders**

**7/16/2026**

**Note: All communications with individuals identified on the Stakeholder Contact List must be coordinated with the COR prior to outreach.**

**Attendees**

| Name | Company | Group | Role | Email | Phone |
|---|---|---|---|---|---|
| Kolan Campbell | KC | Programming | COR | [redacted] | [redacted] |
| Jo-Lynn Davis | KC | Contracting | Sr. Contract Specialist | [redacted] | [redacted] |
| Georgia Robinson | KC | Contracting | Contract Specialist | [redacted] | [redacted] |
| Rodney Cherry | KC | Facilities | Director, Facility Services | [redacted] | [redacted] |
| Kelvin Brown | KC | O&M | Dir. O&M | [redacted] | [redacted] |
| Gregg Walker | KC | Safety | Safety & Occ. Health Officer | [redacted] | [redacted] |
| Kate Roberts | KC | Productions | Dir. Of Productions | [redacted] | [redacted] |
| Bob Sellappan | KC | IT | CIO | [redacted] | [redacted] |
| Security Operations Center (SOC) | KC | Security | All Emergencies, hot work permits, | Security-Operations@kennedy-center.org Call emergency number for all emergencies | 202.416.7900 (General) 202.416.7911 (Emergencies) |
| Karles Jackson | KC | Safety & Security | Director, Security | [redacted] | [redacted] |
| John Cracraft | JLL | | | [redacted] | [redacted] |
| Mike Mensing | JLL | | | [redacted] | [redacted] |
| Jared Ritchie | JLL | | | [redacted] | [redacted] |