**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOYCE BEATTY,<br>*Plaintiff*,<br>v.<br>DONALD J. TRUMP, *et al.*,<br>*Defendants*. | No. 25 Civ. 4480 (CRC) |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUR-REPLY

Pursuant to Local Civil Rule 7, Plaintiff Joyce Beatty respectfully moves for leave to file the attached sur-reply in further opposition to Defendants' Motion to Dissolve the Preliminary Injunction. ECF No. 88. The sur-reply is limited to three pages and responds to a subset of the new evidence and arguments Defendants raised for the first time in their reply. ECF No. 115.

The Court has discretion to grant leave to file a sur-reply if "the party making the motion would be unable to contest matters presented to the court for the first time in the opposing party's reply." *Lewis v. Rumsfeld*, 154 F. Supp. 2d 56, 61 (D.D.C. 2001); *see also Ben-Kotel v. Howard Univ.*, 319 F.3d 532, 536 (D.C. Cir. 2003). That standard is easily met here. Defendants filed their motion prior to discovery. As a result, the reply is the first time Defendants addressed key facts developed in discovery and which were discussed in Plaintiff's opposition. It would be unfair to not permit Plaintiff to offer a brief response to important mischaracterizations and inaccuracies. Moreover, Defendants submitted new evidence in their reply, ECF Nos. 115-1, 115-2, to which Plaintiff would otherwise not be able to respond.

Plaintiff's proposed sur-reply is brief. It will assist the Court by addressing a subset of the questions Defendants have chosen to put at issue, and it will not prejudice Defendants or delay

resolution of the motion. Pursuant to Local Civil Rule 7(m), counsel for Plaintiff conferred with counsel for Defendants regarding this motion on November 9, 2026. Defendants oppose Plaintiff's request.

For these reasons, Plaintiff respectfully requests that the Court grant leave to file the attached sur-reply. A proposed order is attached.

Dated: November 9, 2026

Respectfully submitted,

/s/ Nathaniel A.G. Zelinsky

NATHANIEL A.G. ZELINSKY
(D.C. Bar No. 1724093)
ALEXANDER KRISTOFCAK
(D.C. Bar No. 90045623)
KYLE R. FREENY
(D.C. Bar No. 1684764)
ROSA L. BAUM
(D.C. Bar No. 90032839)
WASHINGTON LITIGATION GROUP
1717 K Street, NW, Suite 1120
Washington, D.C. 20006
202-521-8750
nzelinsky@washingtonlitigationgroup.org

NORMAN EISEN
(D.C. Bar No. 435051)
STEPHEN JONAS
(D.C. Bar No. 90037069)
DAVID W. OGDEN
(D.C. Bar No. 375951)
DEMOCRACY DEFENDERS ACTION
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
202-594-9958
norman@democracydefenders.org

*Attorneys for Plaintiff Joyce Beatty*