**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JOYCE BEATTY,

*Plaintiff*,

v.

DONALD J. TRUMP, *et al.*,

*Defendants*.

No. 25 Civ. 4480 (CRC)

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Leave to File a Sur-Reply, and any response thereto, it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that the sur-reply attached to Plaintiff's motion is deemed filed as of the date of this Order.

SO ORDERED.

____________________________
CHRISTOPHER R. COOPER
United States District Judge

Date: ____________