**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOYCE BEATTY,<br>*Plaintiff*,<br>v.<br>DONALD J. TRUMP, *et al.*,<br>*Defendants*. | Civil Action No. 25-4480 (CRC) |

**DEFENDANTS' CONSENT MOTION FOR ONE-DAY EXTENSION TO RESPOND TO NOVEMBER 4, 2026 MINUTE ORDER**

Defendants respectfully request a one-day extension, until November 13, 2026, for them to respond to the Court's Minute Order of November 4, 2026. Good cause exists for this request, because the service outage affecting Microsoft Outlook today, November 12, 2026, prevented Defendants from completing the necessary coordination and obtaining the necessary approvals in time to fully set forth its position regarding deposition questions as to which counsel had instructed Mr. Floca not to answer on the ground of Executive Privilege.

Defendants emailed Plaintiff's counsel requesting their position on the relief set forth in this motion, and counsel have indicated that Plaintiff consents, but that Plaintiff will file her own statement tonight. Defendants submit a proposed order concurrently with this motion.

Dated: November 12, 2026

Respectfully submitted,

JONATHAN D. GUYNN
Acting Assistant Attorney General

BRANTLEY MAYERS
Counsel to the Assistant Attorney General

STEPHEN M. ELLIOTT
Assistant Branch Director

CHRISTOPHER M. LYNCH
Chief Litigation Counsel

*/s/ William S. Jankowski*
WILLIAM S. JANKOWSKI
D.C. Bar No. 90021524
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
(202) 353-7578
william.s.jankowski@usdoj.gov

*Counsel for Defendants*