**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOYCE BEATTY,<br>*Plaintiff*,<br>v.<br>DONALD J. TRUMP, *et al.*,<br>*Defendants*. | Civil Action No. 25-4480 (CRC) |

**DEFENDANTS' NOTICE OF *EX PARTE* LODGING OF DOCUMENTS FOR *IN CAMERA* REVIEW**

On November 17, 2026, this Court ordered Defendants to "provide the Court with copies of the documents reflected" in Defendants' privilege log (ECF No. 111-1) "that have been withheld exclusively on grounds of the presidential-communications privilege to allow for *in camera* review to assess the validity of Defendants' qualified privilege assertions." Min. Order (Nov. 17, 2026). In accordance with the Court's order, Defendants today delivered copies of documents withheld exclusively on grounds of the presidential-communications privilege. The documents retain redactions made pursuant to Defendants' assertions of attorney-client privilege, as indicated in their privilege log. *See* ECF No. 111-1. The numbered tabs in the binder that Defendants delivered to the Court correspond to the "Privilege Control Number[s]" included in their log. *Id.*

Defendants have provided the Court with otherwise unmodified email and text-message threads from the time period at issue for the remaining claims in this litigation—*i.e.*, beginning on or after May 29, 2026, and proceeding through the service of Plaintiff's requests for written and document discovery on September 23, 2026. Not every message included within each thread is within the scope of the Court's previously ordered limitations on discovery or of Plaintiff's written

discovery requests, and Defendants reserve the right to seek further redaction of these records on that basis should the Court determine that public disclosure of the documents is warranted. *See In re Sealed Case*, 121 F.3d 729, 745 (D.C. Cir. 1997) (explaining that non-relevant material should be "excise[d]").

Dated: November 20, 2026

Respectfully submitted,

JONATHAN D. GUYNN
Acting Assistant Attorney General, Civil Division

BRANTLEY MAYERS
Counsel to the Assistant Attorney General

STEPHEN M. ELLIOTT
Assistant Branch Director

CHRISTOPHER M. LYNCH
Chief Litigation Counsel

*/s/ William S. Jankowski*
WILLIAM S. JANKOWSKI
D.C. Bar No. 90021524
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
(202) 353-7578
william.s.jankowski@usdoj.gov

*Counsel for Defendants*